UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CORY EPPS, | |
| Plaintiff, | **ORDER DESIGNATING MEDIATOR** |
| V. | |
| CITY OF BUFFALO, et al., | 19-CV-281 |
| Defendants. | |

---

The parties having requested that the Court select a Mediator for this matter (Dkt. No. 11),

**IT IS HEREBY ORDERED** that **Richard J. Evans, Esq.** will serve as Mediator for this action.

**SO ORDERED.**

Dated:   Buffalo, New York
         September 3, 2019

                                              *s/ H. Kenneth Schroeder, Jr.*
                                              **H. KENNETH SCHROEDER, JR.**
                                              **United States Magistrate Judge**