UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CORY EPPS,

                                        Plaintiff,                          **ORDER**

        v.
                                                                             **19-CV-281V(F)**

CITY OF BUFFALO,
DETECTIVE JOHN BOHAN,
DETECTIVE REGINALD MINOR,
DETECTIVE MARK STAMBACH,
DETECTIVE JAMES GIARDINA,
DETECTIVE ANTHONY CONSTANTINO,
DETECTIVE ROBERT CHELLA,
DETECTIVE RANIERO MASSECHIA,
DETECTIVE CHARLES ARONICA,
CHIEF JOSEPH RIGA,

                                        Defendants.

_____

IN RE: ENFORCEMENT OF SUBPOENA FOR
DEPOSITION IN ACCORDANCE WITH FED.R.CIV.P. 45
OF JACQUELINE BRADLEY, A NON-PARTY, RESPONDENT.

_____

        By papers filed August 4, 2021, Plaintiff moves to hold non-party witness

Jacqueline Bradley in contempt for her failure to respond to a subpoena ad

testificandum (Dkt. 37).   Respondent's response shall be filed not later than

**September 9, 2021**.  Plaintiff's reply shall be filed not later than **September 14, 2021.**

Oral argument is scheduled for **September 16, 2021 at 2:30 p.m.** at United States

District Court, 2 Niagara Square, Buffalo, New York, 14202.

        The Clerk of Court shall serve a copy of this Order upon Respondent, Jacqueline

Bradley, at 65 Savona Street, Apt. #3, Buffalo, New York, 14210.

SO ORDERED.

                                                        /s/ *Leslie G. Foschio*

                                        _____
                                              LESLIE G. FOSCHIO
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  August 25, 2021
        Buffalo, New York