# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

October 30, 2021

**Via ECF**

Hon. Leslie G. Foschio
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    *Epps v. City of Buffalo, et al.*, 19-cv-00281 (LJV) (HKS)

Dear Judge Foschio,

We along with Glenn A. Garber, P.C. represent Plaintiff Cory Epps in the above-captioned civil rights suit.

We write to report that Ms. Bradley's deposition was completed yesterday.

We thank the Court for assisting us in obtaining this testimony.

Respectfully,

  /s/

Rob Rickner