UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CORY EPPS,

                          Plaintiff,

     v.                                                   Case No. 1:19-cv-00281

THE CITY OF BUFFALO,
DETECTIVE JOHN BOHAN,
DETECTIVE REGINALD MINOR,
DETECTIVE MARK STAMBACH,
DETECTIVE JAMES GIARDINA,
DETECTIVE ANTHONY CONSTANTINO,
DETECTIVE ROBERT CHELLA,
RANIERO MASSECHIA, CHARLES ARONICA,
AND CHIEF JOSEPH RIGA,

                          Defendants.

---

## **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Nature of Action: | Civil Rights/Wrongful Prosecution |
| Moving Party: | Defendants |
| Directed To: | Plaintiff |
| Return Date: | At a date and time to be set by the Court |
| Place: | The Chambers of the Honorable Leslie G. Foschio, United States Magistrate Judge, located at 2 Niagara Square, Buffalo, NY 14202, for report and recommendation to the Honorable Lawrence J. Vilardo, United States District Court Judge. |
| Supporting Papers: | Declaration of Peter A. Sahasrabudhe dated October 7, 2022, with exhibits, Statement of Undisputed Facts dated October 7, 2022, and Memorandum of Law in Support of Defendant's Motion for Summary Judgement, dated October 7, 2022. |
| Answering Papers: | Pursuant to Local Rule 7.1(b)(2)(a), Plaintiff shall file his papers opposing this motion on or before November 4, 2022, which is twenty-eight (28) days from service of this motion. |

|  |  |
|---|---|
|  | Defendants intend to file and serve reply papers, which shall be filed on or before November 18, 2022, fourteen (14) days after Plaintiff's opposition is filed.  The above briefing schedule is subject to change if the Court is inclined to set its own briefing schedule for this motion. |
| Relief Requested: | Defendants seek an order of summary judgment disposing of each of Plaintiff's five causes of action and granting such additional and further relief as this Court deems just proper. |
| Grounds for Relief: | Fed. R. Civ. P. 56 |
| Oral Argument: | Pursuant to the Court's Individual Rules, oral argument will be scheduled only if the Court deems it necessary. |

Dated: Buffalo, New York
October 7, 2022

                                                **HODGSON RUSS** LLP
                                                *Attorneys for City of Buffalo Defendants*

                                                By:     //s Peter A. Sahasrabudhe
                                                          Hugh M. Russ, Esq.
                                                          Peter A. Sahasrabudhe, Esq.
                                                The Guaranty Building
                                                140 Pearl Street – Suite 100
                                                Buffalo, New York  14202
                                                Telephone:   716-856-4000

TO:     GLENN A. GARBER, ESQ.
           *Attorneys for Plaintiff*
           Glenn A. Garber, Esq.
           233 Broadway
           New York, New York  10279
           ggarber@glenngarber.com

           RICKNER PLLC
           *Attorneys for Plaintiff*
           Rob Rickner, Esq.
           14 Wall Street – Suite 1603
           New York, New York  10005
           rob@ricknerpllc.com