```
 1                                              1

 2        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF NEW YORK
 3        --------------------------x

 4        CORY EPPS,

 5              Plaintiff,

 6              v.                   1:19-cv-00281-LJV

 7        THE CITY OF BUFFALO, DETECTIVE
          JOHN BOHAN, DETECTIVE
 8        REGINALD MINOR, DETECTIVE
          MARK STAMBACH, DETECTIVE
 9        JAMES GIARDINA DETECTIVE
          ANTHONY CONSTANTINO,
10        DETECTIVE ROBERT CHELLA,
          RANIERO MASSECHIA, CHARLES
11        ARONICA AND CHIEF JOSEPH RIGA,

12              Defendants.

13        --------------------------x
                                    January 19, 2021
14                                  11:22 a.m.

15

16           Videoconference deposition of JOHN

17        BOHEN, taken by plaintiff, pursuant to

18        notice, before Joseph B. Pirozzi, a

19        Registered Professional Reporter and Notary

20        Public of the State of New York.

21

22

23

24

25
```

```
 1                                                       2

 2          APPEARANCES: (ALL APPEARING REMOTELY)

 3

 4      RICKNER PLLC

 5           Attorneys for plaintiff

 6           14 Wall Street

 7           Suite 1603

 8           New York, NY 10005

 9      BY:  ROB RICKNER

10

11      GLENN A. GARBER P.C.

12           Attorney for plaintiff

13           233 Broadway

14           #2370

15           New York, NY 10279

16      BY:  GLENN A. GARBER

17

18

19

20

21

22

23

24

25
```

```
 1                                                      3

 2         APPEARANCES (Continued):

 3

 4      CITY OF BUFFALO LAW DEPARTMENT

 5      CORPORATION COUNSEL'S OFFICE

 6            Attorneys for defendants

 7            65 Niagara Square

 8            Room 1112

 9            Buffalo, NY 14202-3313

10      BY:  MAEVE HUGGINS

11            m.huggins@city-buffalo.com

12

13      PRESENT:

14      STEPHANIE PANOUSIERIS

15

16

17

18

19

20

21

22

23

24

25
```

1                                              4

2                    STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5      and between counsel for the respective

6      parties hereto, that all objections, except

7      as to form, are reserved to the time of

8      trial.

9          IT IS FURTHER STIPULATED AND AGREED

10     that the deposition may be signed and sworn

11     to before any officer authorized to

12     administer an oath.

13         IT IS FURTHER STIPULATED AND AGREED

14     that the sealing and filing of the

15     deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
 1                                               5
 2              THE REPORTER:  "The attorneys
 3         participating in this deposition
 4         acknowledge that I am not physically
 5         present in the deposition room and that
 6         I will be reporting this deposition
 7         remotely.
 8              "They further acknowledge that,
 9         in lieu of an oath administered in
10         person, I will administer the oath
11         remotely, pursuant to Executive Order
12         Number 202.7 issued by Governor Cuomo
13         on March 19, 2020.
14              "The parties and their counsel
15         consent to this arrangement and waive
16         any objections to this manner of
17         reporting.
18              "Please indicate your agreement
19         by stating your name and your agreement
20         on the record."
21              MR. RICKNER:  Plaintiff agrees.
22              MS. HUGGINS:  I agree on behalf
23         of defendant.
24              (Continued on next page)
25
```

```
1                    Bohen                    6
2        JOHN BOHEN,
3             called as a witness, having been duly
4             sworn, testified as follows:
5        EXAMINATION
6        BY MR. RICKNER:
7             Q.    Officer Bohen --
8             A.    Yes.
9             Q.    -- have you ever had your
10       deposition taken before?
11            A.    Yeah, I believe I have.
12            Q.    Okay.  I just want to go over
13       some ground rules.  Maybe your attorney
14       also went over them, but this is really
15       just to make sure that we get a nice, clear
16       transcript.
17            A.    Okay.
18            Q.    You have to answer every question
19       verbally, even though you are on camera and
20       being recorded, for the purpose of the
21       transcript you can't go uh-huh, you have to
22       say yes or no.  Gestures or more vague
23       statements that we use in conversation
24       aren't enough.
25                  Do you understand?
```

```
 1                    Bohen                    7
 2       A.    Yes.
 3             MS. HUGGINS:  Hang on just one
 4       moment, just a point of clarification.
 5       Did you say that the video portion is
 6       being recorded?
 7             MR. RICKNER:  That was my
 8       understanding, yeah.
 9             MS. HUGGINS:  I don't think that
10       I was given notice of that.  It does
11       not look like it's actually being
12       recorded.
13             MR. RICKNER:  I'm fine -- for the
14       nonparties I'm going to probably insist
15       on it.  For the officers I don't mind.
16             MS. HUGGINS:  I don't think it
17       was noticed that way.  I also don't see
18       it actually recording.
19             MR. RICKNER:  It says paused, but
20       I was going to mention we have to
21       unpause it, but it's fine.  I don't
22       need it --
23             MS. HUGGINS:  Okay.  All right.
24             MR. RICKNER:  Although I do think
25       it was noticed that way.  The form I
```

```
 1                    Bohen                    8

 2          use only notices -- I always do it, so

 3          pretty sure I did.

 4                    MS. HUGGINS:  Okay.

 5                    MR. RICKNER:  But for the

 6          officers, fine, no problem at all.

 7                    MS. HUGGINS:  Or at least for

 8          this one and then we can talk about it

 9          for the rest.  Thank you.

10                    MR. RICKNER:  Absolutely.  I'm

11          not dressed up anyway.

12          Q.    So, Officer Bohen, the other

13     thing that we need to make sure to do, is

14     that even though I ask these long, rambling

15     questions and you may know exactly where

16     I'm going, you still have to wait until I'm

17     finished asking the question before you

18     jump in and answer.

19                    Can you do that for me?

20          A.    Yes.

21          Q.    Do you have any medical reason

22     why you can't give full and truthful

23     testimony today?

24          A.    No.

25          Q.    You said you had your deposition
```

```
 1                     Bohen                    9

 2        taken before.  Can you tell me when that

 3        was?

 4             A.    Sometime in 1970.

 5             Q.    Since 1970, have you ever had

 6        your deposition taken?

 7             A.    No, I don't believe so.

 8             Q.    Is it fair to say that you have

 9        testified in court?

10             A.    Yes.

11             Q.    Have you testified in grand jury

12        proceedings?

13             A.    Yes.

14             Q.    When you testified in court, were

15        you ever cross-examined with grand jury

16        proceedings?

17             A.    Yes.

18             Q.    So is it fair to say that you

19        understand that you need to be careful to

20        give accurate answers when you're on the

21        record?

22             A.    Yes.

23             Q.    Did you do anything to prepare

24        for this deposition today?

25             A.    Just met with Maeve.
```

```
1                        Bohen              10
2            Q.   Without going into any of the
3       content of your conversations, can you tell
4       me how long you met with her?
5            A.   Oh, a couple of hours.
6            Q.   Besides the couple of hours that
7       you met with Maeve, did you do anything
8       else to prepare for this deposition?
9            A.   No.
10           Q.   When did you first have notice
11      that Cory Epps was bringing claims against
12      you?
13           A.   I was sent a mail on it and, in
14      fact, if I can look at it, I don't know
15      exactly what date.
16                MS. HUGGINS:  For the record, it
17           was just a communication from counsel.
18           Q.   Can you disclose the date for me?
19           A.   You're asking me?
20           Q.   I don't need to know the contents
21      of that communication because that's
22      privileged, but the date would not be.
23                MS. HUGGINS:  If you want to take
24           a look inside the letter that I sent
25           you and just tell him the date only
```

```
 1                    Bohen                  11
 2          that I sent that letter to you.
 3          A.    It looks like May 30th of 2019.
 4          Q.    Do you know -- withdrawn.
 5                Besides Maeve Huggins, have you
 6     discussed this lawsuit with anyone else?
 7          A.    No, sir.
 8          Q.    Do you know Detective Reginald
 9     Minor?
10          A.    Yes, I do.
11          Q.    When was the last time you spoke
12     with Detective Minor?
13          A.    Probably 24 years ago when I
14     retired.
15          Q.    Fair enough.
16                Do you know Detective Mark
17     Stambach?
18          A.    Yes.
19          Q.    When was the last time you spoke
20     with Detective Stambach?
21          A.    Probably the same, 24 years ago.
22          Q.    Do you know Detective James
23     Giardina?
24          A.    Yes, I do.
25          Q.    When was the last time you spoke
```

1                          Bohen                    12

2      with Detective Giardina?

3            A.    Probably about the same, 24 years

4      ago.

5            Q.    Do you know Detective Anthony

6      Constantino?

7            A.    Yes, I do.

8            Q.    When was the last time you spoke

9      with Detective Constantino?

10           A.    About 24 years ago.

11           Q.    And do you know Detective Robert

12     Chella?

13           A.    Yes, I do.

14           Q.    When was the last time you spoke

15     with Detective Chella?

16           A.    24 years ago.

17           Q.    Do you know Detective Raniero

18     Massechia?

19           A.    Yes, I do.

20           Q.    When was the last time you spoke

21     with Detective Massechia?

22           A.    24 years ago.

23           Q.    And do you know Detective Charles

24     Aronica?

25           A.    Yes, I do.

```
 1                    Bohen                13
 2          Q.    When was the last time you spoke
 3     with Detective Aronica?
 4          A.    24 years ago.
 5          Q.    Do you know Chief Joseph Riga?
 6          A.    Yes, I do.
 7          Q.    When was the last time you spoke
 8     with Chief Riga?
 9          A.    24 years ago.
10          Q.    So it's fair to say you haven't
11     really kept in contact with the old squad
12     since you retired?
13          A.    Yes, sir.
14          Q.    When did you graduate high
15     school?
16          A.    1950 -- no, high school, 1962.
17          Q.    And did you go to college?
18          A.    For a short time.
19          Q.    A year or two?
20          A.    Less than that.  Well, probably
21     at least a year.
22          Q.    So it's fair to say you didn't
23     earn a degree?
24          A.    No, I did not.
25          Q.    Prior to joining the police
```

```
 1                      Bohen              14

 2       department in Buffalo, did you work at any

 3       other police departments?

 4            A.    No.

 5            Q.    When did you join the Buffalo

 6       Police Department?

 7            A.    August 1968.

 8            Q.    Between 1962 and 1968, did you

 9       have any jobs in law enforcement?

10            A.    1962 to '68, yes, sir, I did.

11            Q.    And what was that?

12            A.    I got to go back.  I was with the

13       Erie County Sheriff's Department as a jail

14       guard.

15            Q.    And what years did you have that

16       position?

17            A.    Oh, probably, let me think,

18       probably 1967 to 1968.

19            Q.    And prior to 1967, did you have

20       any jobs in law enforcement?

21            A.    No, sir.

22            Q.    After you joined the police

23       department in August of 1968, did you go to

24       some sort of basic training?

25            A.    Yes, sir.
```

```
 1                    Bohen              15
 2          Q.    And about how long did that take?
 3          A.    I believe it was maybe four
 4     months.
 5          Q.    During that training, did you
 6     receive any instruction regarding lineup
 7     procedures?  And by that, I mean physical
 8     lineup procedures where the people are
 9     actually there.
10          A.    No, sir.
11          Q.    Did you receive any training
12     regarding photograph lineups, meaning where
13     you put six photographs on a sheet and then
14     show them to a witness?
15          A.    No, sir.
16          Q.    Did you receive any -- well, let
17     me try to get the dates right.
18               Did you receive any training
19     regarding Brady material, meaning
20     exculpatory material that needs to be
21     turned over to, ultimately, the criminal
22     defendant in a case?
23          A.    No, sir.
24          Q.    Now --
25               MS. HUGGINS:  Are you asking in
```

```
 1                    Bohen                    16
 2            terms of in the basic academy level
 3            training or are you asking generally?
 4                 MR. RICKNER:  I'm asking
 5            specifically in the four months.  And
 6            to be clear, my memory isn't perfect,
 7            he may have actually gone to training
 8            before Brady was enacted.  But I asked
 9            the question anyway, as to whether or
10            not it matters, we'll find out later.
11                 MS. HUGGINS:  I'm just asking you
12            to clarify the time frame.
13                 MR. RICKNER:  I'm specifically
14            talking about the four months and then
15            we're going to move on to other
16            training as we sort of march through
17            his career, hopefully make it quick.
18            Q.     So is it fair to say that you
19      started as some sort of patrol officer or
20      line-level officer?
21            A.     Yes, sir.
22            Q.     Did you have a title?
23            A.     Patrolman.
24            Q.     How long were you a patrolman?
25            A.     I think it was about 15 years.
```

```
 1                    Bohen                    17
 2          Q.   So is it fair to say that you
 3     were a patrolman from 1968 until 1983?
 4          A.    Somewhere in there, yes.
 5          Q.    After -- well, withdrawn.
 6               During those 15 years when you
 7     were a patrolman, did you get any
 8     additional training?
 9          A.    Yeah, probably.  What I got, I
10     don't know.
11          Q.    Okay.  Fair enough.
12               During the 15 years you were a
13     patrolman, did you get any training
14     regarding lineup procedures, either
15     photograph or in person?
16          A.    No, sir.
17          Q.    Did you get any training
18     regarding interrogation techniques?
19          A.    That's possible.
20          Q.    And did you get any training
21     regarding Brady or the obligation to turn
22     over exculpatory evidence in those 15
23     years?
24          A.    Not that I can recall.
25          Q.    After you stopped being a
```

```
 1                    Bohen                   18
 2      patrolman, were you promoted to a new
 3      position?
 4              A.    Yes, sir.
 5              Q.    And what was that position?
 6              A.    Detective.
 7              Q.    And when did you retire from the
 8      Buffalo Police Department?
 9              A.    December 18, 1997.
10              Q.    You said 1997?
11              A.    Yes.
12              Q.    Were you a detective continuously
13      from 1983 until your retirement in 1997?
14              A.    Yes.
15              Q.    When you started as a detective,
16      did you get -- I'm sorry.
17                    (Pause)
18                    MR. RICKNER:  Can everyone see me
19              and hear me again?
20                    (Discussion off the record)
21                    MR. RICKNER:  So back on the
22              record hopefully.
23              Q.    When you started work as a
24      detective in 1983, did you go back to the
25      academy for any additional training?
```

```
 1                    Bohen               19
 2          A.     Not that I'm aware of.
 3          Q.     Did you take any classes where
 4     you learned how to be a detective?
 5          A.     No.
 6          Q.     Did you receive on-the-job
 7     training?
 8          A.     Yes.
 9          Q.     When you received on-the-job
10     training, was there a particular structure
11     to it, meaning that the people who are
12     instructing you were following some sort of
13     plan in training you to be a detective?
14               MS. HUGGINS:  Form.
15          A.     Yes.
16          Q.     Okay.  Could you describe that
17     process?
18          A.     Well, you know, basically, it was
19     on a daily type basis where you would go
20     out with another detective who had cases to
21     work at and just kind of follow his lead
22     and watch what, you know, listen and watch
23     what he was doing.
24          Q.     Was there a particular detective
25     that you were assigned to follow?
```

1                      Bohen                    20

2          A.    No.

3          Q.    How long did the on-the-job

4    training take place; was it a year, six

5    months, something else?

6          A.    I would say, I might have had

7    that for all the years I was a detective,

8    you know, because you were learning things

9    at different times.

10         Q.    Sure.

11               Besides learning from other

12   officers, during your time as a detective,

13   did you ever take any classes regarding

14   detective work of any kind?

15         A.    Yes, sir.

16         Q.    Okay.  Did any of those classes

17   include instruction on lineup procedures?

18         A.    No, not really.

19         Q.    Did any of the classes concern

20   Brady materials or exculpatory evidence?

21         A.    Not that I can say.

22         Q.    Did you go to any seminars while

23   you were a detective, maybe not a formal

24   class, but a place where you would go and

25   hear about certain issues for being a

```
1                     Bohen              21
2      detective?
3             A.    Yes, sir.
4             Q.    Did any of those seminars involve
5      lineup procedures?
6             A.    No.
7             Q.    Any of these seminars involve
8      Brady material?
9             A.    No.
10                  MS. HUGGINS:  Form.
11                  When he's using the term Brady,
12            do you know what that means?
13                  THE WITNESS:  No, not really.
14            Q.    Well, let me ask that.
15                  Do you know what Brady material
16      is?
17            A.    No, sir, I don't.  I've heard of
18      it.
19            Q.    Do you understand that there's an
20      obligation to turn over evidence to the
21      prosecutor that may be exculpatory, meaning
22      that the criminal defendant may benefit
23      from getting it?
24            A.    Yes, sir.
25            Q.    Did you have a name for that
```

1               Bohen                 22

2      exculpatory evidence when you were working

3      as a detective?

4           A.    No, not that I can remember.

5           Q.    Was there any policy regarding

6      exculpatory evidence when you were working

7      as a detective?

8           A.    No.

9           Q.    Did you understand that you had

10     an obligation to record exculpatory

11     evidence and give it to the prosecutor to

12     ultimately be turned over to the criminal

13     defense attorney?

14          A.    Yes.

15          Q.    And how did you learn that?

16          A.    Through the assistant district

17     attorneys we worked with.

18          Q.    So the assistant district

19     attorneys would ask you, can you give me

20     the exculpatory evidence?

21          A.    Yes.

22          Q.    Besides that, did you have any

23     other instruction or training regarding

24     exculpatory evidence?

25          A.    No, not that I can remember, no.

```
 1                    Bohen              23

 2          Q.    Now, at some point in your time

 3     as a detective, you learned how to make

 4     photo arrays?

 5          A.    Yes.

 6          Q.    How did you learn how to make

 7     photo arrays?

 8          A.    Probably through other detectives

 9     when I'd worked with them in the precinct.

10          Q.    And when you make a photo array,

11     was there a particular procedure that you

12     were required to use?

13          A.    Yes.

14          Q.    And what was that procedure?

15          A.    Well, you submitted, you

16     submitted the person's photo, the suspect,

17     the person of interest, you submit it for a

18     picture of that person.  You would go to

19     ID, identification bureau, which was on the

20     fourth floor at police headquarters or you

21     would call them and talk to somebody there.

22          Q.    Is it fair to say that the

23     identification bureau had a collection of

24     photographs of different people to be used

25     in photo arrays?
```

1                          Bohen                    24

2          A.     Yes, sir.

3          Q.     Now, when you would make a photo

4     array, would you be the one who actually

5     made the choice as to which photographs

6     were used as fillers?

7          A.     Yes, sir.

8          Q.     Now, you say there's this

9     identification bureau on the fourth floor.

10    Were the photographs in there organized in

11    any particular way?

12         A.     Not that I remember, no.

13         Q.     If you were looking to find

14    filler photographs, what process would you

15    use at the identification bureau to do it?

16         A.     Well, you would just go to the

17    cabinet where they kept the photos and

18    you'd just got to weed through them.

19         Q.     You say the cabinet where they

20    kept the photos.  Were these just loose

21    photos in a cabinet or were they organized

22    in some fashion?

23         A.     No, they're, basically, if I

24    remember right, they were just loose.

25         Q.     Did the photos have any kind of

1                        Bohen                    25

2          information on them like the date they were

3          taken or who it was?

4                A.     Yes, sir, I believe so.

5                Q.     Was that, for example, written on

6          the back?

7                A.     It could have been, yes.

8                Q.     About how many photographs would

9          you say were in the cabinet, if you can

10         estimate?

11               A.     Hundreds.

12               Q.     And where did those photographs

13         come from?

14               A.     From when a person got arrested

15         and charged with a crime, all their

16         information would be sent up to

17         identification bureau.

18               Q.     Now, is it fair to say that you

19         also learned how to do in-person lineups?

20               A.     Very little.  Very little.

21               Q.     When you say "very little," what

22         do you mean?

23               A.     Like, I mean, you know, we

24         weren't -- there were certain individuals,

25         detectives, who were trained more in that

```
 1                      Bohen                   26

 2     than I was.

 3          Q.    Okay.  In 1997, which detectives

 4     were trained more than you were regarding

 5     lineup procedures?

 6          A.    I would say -- you want name-wise

 7     you mean?

 8          Q.    Yes.

 9          A.    I would say probably Detective

10     Andy Ortiz, Detective Juan Morales,

11     Detective Mark Stambach, maybe Detective

12     Charles Aronica, Detective Raniero

13     Massechia, and there might be others but I

14     can't recall them right now.

15          Q.    When you would do a lineup, let's

16     say in 1997, would you call on one of the

17     five officers you just listed for advice on

18     how to do it?

19          A.    Well, actually, I never put a

20     lineup together, you know.

21               We worked -- we always worked as

22     a squad.  So most of the people within the

23     squad within the homicide unit would be

24     aware of cases going on.  So they would

25     more or less handle those physical lineups.
```

```
 1                    Bohen                 27
 2          Q.    So just to be clear, you never
 3     put a lineup together yourself?
 4          A.    No, sir, I did not.
 5          Q.    And was there more than one
 6     detective squad in the Buffalo Police
 7     Department?
 8          A.    Yes, sir.
 9          Q.    Were you assigned to a specific
10     squad?
11          A.    I was assigned to homicide unit.
12                MS. HUGGINS:  Form.  What year
13          are you referring to?
14          Q.    That was my next question.
15                From 1983 to 1997 when you
16     retired, did you have more than one
17     assignment within the detective squad?
18          A.    Oh, yes, sir.
19          Q.    Let's go back to the beginning.
20     In 1983, where were you assigned?
21          A.    Precinct number 8.
22          Q.    And precinct number 8, did you
23     have any particular duties as a detective
24     there?
25          A.    Yes, sir.
```

```
 1                    Bohen              28
 2        Q.    What were those, just roughly?
 3        A.    I investigated house burglaries,
 4   business burglaries, assaults, purse
 5   snatchings, larcenies, different larcenies,
 6   grand larcenies, petit larcenies, crimes
 7   within the precinct.
 8        Q.    Is it fair to say that certain
 9   felonies within the precinct would be
10   investigated by detectives at the precinct
11   and that for other crimes there may be a
12   focused detective unit?
13        A.    Yes, sir.
14        Q.    Okay.  So at some point you were
15   assigned to the homicide unit?
16        A.    Yes, sir.
17        Q.    And when did you start at the
18   homicide unit in Buffalo?
19        A.    It would have been probably early
20   part of 1997.
21        Q.    So is it fair to say that you
22   were assigned to the homicide unit less
23   than a year?
24        A.    Yes.
25        Q.    Was working at the homicide unit
```

```
1                      Bohen                 29

2        a promotion?

3              A.    No, not really.

4              Q.    When you were assigned to the

5        homicide unit, did you get an increase in

6        salary?

7              A.    Well, you got more overtime pay

8        so, but salary-wise it was basically the

9        same.

10             Q.    Is your pension calculated based

11       on the overtime in your final year at the

12       police department?

13             A.    Yes, it is.

14             Q.    So is it fair to say by working

15       more time -- withdrawn.

16                   Would it be correct to say that

17       by working more overtime at the homicide

18       unit, you were ultimately able to secure a

19       better pension?

20                   MS. HUGGINS:  Objection.  Form.

21             A.    Yes, sir.

22             Q.    Now, was there more than one

23       shift at the homicide detectives unit at

24       the Buffalo PD?

25             A.    Yes, sir.
```

```
 1                    Bohen                    30
 2          Q.    Is it fair to say that the day
 3    was divided into three parts?
 4          A.    Yes, sir.
 5          Q.    Which particular shift were you
 6    assigned to?
 7          A.    You worked all three.
 8          Q.    Okay.  So it would alternate?
 9          A.    Yes, sir.
10          MS. HUGGINS:  Form.
11          Just for accuracy, how many
12       shifts were there on the homicide
13       detective squad?
14          THE WITNESS:  Oh, yeah.  Actually
15       there were only two.  It was a day
16       shift and the day shift went into the
17       afternoon shift, the afternoon shift
18       went into the evening.  So there was
19       two.
20          Q.    Okay.  And what were the times
21    that demarcated between the day shift and
22    the night shift?
23          A.    The day shift was 0900 hours to
24    1600 and then it was 1600 to 0200.
25          Q.    And from 0200 to 0900, there was
```

1                    Bohen                    31

2    nobody working?

3         A.    There was nobody working but you

4    were at call.

5         Q.    So if there was a homicide very

6    early in the morning, for example, somebody

7    would get called in for it?

8         A.    Yes, sir.

9         Q.    Okay.  Now, when you worked at

10    the homicide -- well, withdrawn.

11              Was there a specific name for

12    this homicide detective unit?

13         A.    No.  Just --

14              MS. HUGGINS:  Form.  Just at what

15         time are you referring?

16         Q.    In 1997, was there any name for

17    the homicide detective unit?

18         A.    Just homicide.

19         Q.    So when you were working at

20    homicide in 1997, how many detectives were

21    there total?

22         A.    Off the top of my head, I got to

23    say maybe ten.

24         Q.    And was there somebody who was an

25    immediate superior to the detectives at the

```
1                         Bohen                      32

2         homicide unit?

3               A.    Yes, sir.

4               Q.    And who was that?

5               A.    That would have been Captain

6         Joseph Riga and below him, second in

7         command Lieutenant William Conwall.

8               Q.    So when you listed the ten people

9         in the detective unit, were you including

10        Joseph Riga and Conwall?

11              A.    No, I don't -- no.

12              Q.    So there were ten detectives and

13        then two superior officers?

14              A.    Yes.

15              Q.    In any given year, how many

16        homicides -- withdrawn.  Let's make it

17        easier.

18                    In 1997, how many homicides were

19        there in Buffalo?

20              A.    I believe 64.

21              Q.    And, if you know, how many

22        homicides were there in 1996?

23              A.    No, I don't.

24              Q.    Do you remember --

25                    MS. HUGGINS:  I'm sorry, I missed
```

```
 1                    Bohen                 33
 2          the last question.
 3               MR. RICKNER:  I'm just wondering
 4          how many homicides there were in 1996,
 5          if he knew, in Buffalo.
 6               MS. HUGGINS:  What was your
 7          previous question before that?
 8               MR. RICKNER:  How many there were
 9          in 1997.
10               MS. HUGGINS:  And then your next
11          question is how many were in 1996?
12               MR. RICKNER:  Right.
13               MS. HUGGINS:  Sorry, I just
14          couldn't hear you.  Thank you.
15          Q.    Do you remember anyone saying
16     that 1997 was a particularly bad year for
17     homicides?
18          A.    No, not really.
19          Q.    Is it fair to say to your
20     knowledge that was roughly a normal number
21     of homicides, unfortunately, in Buffalo?
22               MS. HUGGINS:  Form.  You can
23          answer.
24          A.    Yes.
25          Q.    Is it fair to say that some of
```

1                           Bohen                    34

2          the homicides would go to trial?

3                 A.    Yes.

4                 Q.    When a homicide was going to

5          trial, would there be conversations about

6          it at the homicide unit?

7                 A.    Yes.

8                 Q.    Is it fair to say that the

9          officers would know when a homicide trial

10         was going on?

11                A.    Yes.

12                Q.    Now, just for the record, since

13         1997, have you had any other jobs in law

14         enforcement?

15                A.    No.

16                Q.    During your time at the Buffalo

17         Police Department, were you ever

18         disciplined?

19                A.    Yes.

20                Q.    Was any of that discipline for

21         making a false or inaccurate statement?

22                A.    No.

23                Q.    Now, when you were working as --

24         withdrawn.

25                      During your time at the Buffalo

```
1                    Bohen                    35
2        Police Department, did you ever come to
3        know somebody named Cory Epps?
4             A.    Yes.
5             Q.    Now, I know, and we'll go into it
6        later, that ultimately Epps was placed into
7        identification procedure, but prior to Epps
8        being implicated in the murder of Tomika
9        Means, did you know of Cory Epps?
10            A.    No, sir.
11            Q.    So is it fair to say that Cory
12       Epps did not have a reputation in the
13       police department to your knowledge?
14            A.    To my knowledge, yes.
15            Q.    Did you know somebody named
16       Russell Montgomery?
17            A.    No.
18            Q.    Did you know -- during your time
19       as a police officer or a detective, did you
20       know somebody named Paul Pope?
21            A.    No.
22            Q.    Is it correct to say that at some
23       point you were assigned to work on the
24       homicide of Tomika Means?
25            A.    Yes.
```

```
 1                     Bohen                    36
 2         Q.    How did you receive that
 3    assignment?
 4         A.    It would have probably been
 5    through Captain Joseph Riga.
 6         Q.    And I don't know if you used this
 7    term in Buffalo, but "catch a case," do you
 8    know what I mean when I say that?
 9         A.    Yes.
10         Q.    When you would catch a case,
11    would it always come from your superior
12    officer, Captain Riga?
13         A.    Yes.
14         Q.    And when you were assigned a
15    case, was there some sort of formal
16    procedure; you would get a packet, you
17    would get a form, something you would get
18    written down?
19         A.    I don't recall that.  But, you
20    know, you would be informed what the
21    circumstances are.
22         Q.    Okay.  When somebody was
23    investigating a homicide, were the
24    documents relating to the homicide
25    collected in some place inside the homicide
```

```
 1                    Bohen                    37

 2      unit?

 3            A.    Yes, they were.

 4            Q.    And would you have access to

 5      those documents?

 6            A.    Yes.

 7            Q.    So, for example, if you wanted to

 8      look up a prior witness statement, you

 9      could go to where those documents were

10      stored and look it up?

11            A.    Yes.

12            Q.    Was there an index created of

13      those documents, meaning did somebody start

14      at report number one and write it down and

15      then go all the way until the case was

16      finished?

17            A.    No, but whatever you personally

18      did, whatever a detective did personally

19      regarding that particular case, he had to

20      record it and then you turned it in to the

21      report technician who worked in our office

22      and she put it in the file.

23            Q.    What was the name of the report

24      technician?

25            A.    Marilyn Lanc.
```

```
 1                    Bohen                    38
 2         Q.    Were there any other report
 3    technicians?
 4         A.    No.
 5         Q.    So would it be correct to say
 6    that Marilyn Lanc was responsible for
 7    keeping all of the documents and reports
 8    relating to a homicide in one file?
 9         A.    Yes.
10         Q.    Did the files have numbers on
11    them?
12         A.    Yes, they did.
13         Q.    Now, do you know if more than one
14    copy of each file was created?
15         A.    Not as far as I know.
16         Q.    Going back to the murder of
17    Tomika Means, when were you assigned to
18    work on that investigation?
19         A.    Probably it would have been
20    shortly, maybe a day or two after the
21    homicide.
22         Q.    Now, when you worked as a
23    detective, did you have a memo book?
24         A.    Yes.
25         Q.    Were these memo books assigned to
```

                        Bohen                    39

1
2       you by the department?
3               A.      Not that I'm aware of.
4               Q.      Did you have to buy your own?
5               A.      No.
6               Q.      When a memo book was full,
7       meaning that all of the pages had been
8       written on, would you store it someplace?
9               A.      I don't remember that.
10              Q.      When you retired, did you take
11      your memo books with you?
12              A.      No.
13              Q.      Did you leave them somewhere?
14              A.      Left them at the office, probably
15      gave them to Marilyn Lanc.
16              Q.      Do you know as you sit --
17                      MS. HUGGINS:  Do you know exactly
18              what you did with your memo books?
19                      THE WITNESS:  No, I don't.
20              Q.      Was there any procedure for
21      storing memo books that were full or after
22      an officer retired?
23              A.      Not that I'm aware of.
24              Q.      This is going to sound stupid,
25      but what size were the memo books; were

Bohen                    40

1
2    these full-size, 8 1/2 by 11 pads or were
3    these smaller?
4         A.    Probably smaller.  Probably,
5    maybe eight inches long by three inches
6    wide.
7         Q.    So you could fit it in a large
8    pocket?
9         A.    Yes.
10        Q.    Following a homicide
11   investigation, would you turn over your
12   memo book pages relating to that
13   investigation to the district attorney?
14        A.    Yeah.
15        Q.    Would you actually rip them out
16   or would you make a photocopy?
17        A.    Probably, I probably would have
18   ripped them out.
19        Q.    Now, the murder of Tomika Means,
20   is it fair to say it took place on a street
21   or highway?
22        A.    Yes, sir.
23        Q.    Did you actually go to the scene
24   of the crime?
25        A.    No, I didn't.

```
 1                      Bohen                    41

 2          Q.     After -- withdrawn.

 3                 Starting from the beginning, what

 4     was the first thing that you remember doing

 5     with regards to the Tomika Means

 6     investigation?

 7          A.     You know, the most vivid in my

 8     memory would be doing a photo array of the

 9     suspect.  That's the biggest thing I

10     remember.

11          Q.     Which suspect?

12          A.     Cory Epps.

13          Q.     Is it fair to say that was in

14     July of 1997?

15          A.     Yes, sir.

16          Q.     Do you remember the date that

17     Tomika Means was murdered?

18          A.     I believe it was in May, May 27th

19     or something.

20          Q.     So there were several weeks

21     between the Tomika Means murder and the

22     identification procedure involving Mr.

23     Epps, is that correct?

24          A.     Yes.

25          Q.     Between those two times, do you
```

```
 1                      Bohen                    42
 2      remember anything that you did with respect
 3      to the Tomika Means investigation?
 4           A.    No.  Other than talk to several
 5      people, not necessarily witnesses, but
 6      people that sent information down to
 7      homicide.
 8           Q.    Okay.  You said you spoke to
 9      several people.  Can you tell me who you
10      spoke to?
11           A.    I believe it was, let's see, I
12      believe it was Tomika Means's aunt and a
13      friend of hers.
14           Q.    A friend of Tomika Means or a
15      friend of Tomika Means's aunt?
16           A.    A friend of Tomika Means herself.
17           Q.    Okay.  Now, do you remember the
18      name of Tomika Means's aunt?
19           A.    No, not offhand.
20           Q.    If I told you the name Linda,
21      does that refresh your recollection?
22           A.    Slightly, yes.
23           Q.    Okay.  Between the death of
24      Tomika Means and the identification
25      procedure involving Mr. Epps, how many
```

```
 1                    Bohen                    43
 2      times did you speak with Tomika Means's
 3      aunt?
 4           A.    How many times did I speak with
 5      Tomika Means?
 6           Q.    Her aunt.
 7           A.    Oh, her aunt.  As far as I can
 8      recall, once.
 9           Q.    Was that in person or over the
10      phone?
11           A.    No, I think it might have been in
12      person.  I'm a little vague about it.
13           Q.    When you worked at the Buffalo
14      Police Department Homicide Unit, was there
15      a document called the P-73?
16           A.    Yes, sir, there was.
17           Q.    What's a P-73?
18           A.    That's a departmental
19      correspondence from me or any detective
20      that's doing an investigation with notes
21      that he took from his notebook and what was
22      corresponded to him and then you are
23      corresponding it to Captain Joseph Riga.
24           Q.    Were these correspondence memos
25      the way that information regarding a
```

```
 1                    Bohen                    44

 2       homicide investigation was stored, kept

 3       track of?

 4            A.    Yes.

 5            Q.    Besides the P-73, were there any

 6       other kind of memorandum or documents that

 7       were generated with regard to a homicide

 8       investigation?

 9            A.    Well, if you would, if you

10       requested photos for a lineup, you would

11       have to submit a paperwork form on that and

12       anything that you submitted that you wanted

13       information for, you had to submit a

14       request for correspondence on it.

15            Q.    Got it.  Let me ask this question

16       a different way.

17                  Sometimes when you would speak

18       with a witness, you would actually get a

19       written witness statement, right?

20            A.    At some point, yes.

21            Q.    And there were other instances

22       where you didn't get a written witness

23       statement but you would record the

24       conversation, sum and substance, in a P-73?

25            A.    Yes.
```

```
 1                    Bohen              45
 2        Q.    Now, I'd like you to -- let's see
 3   if I can pull this out.
 4             If you go to --
 5             MR. RICKNER:  I marked it as
 6        document number 9, Maeve.
 7             MS. HUGGINS:  Does it have a
 8        Bates number on the bottom of it?
 9             MR. RICKNER:  This one doesn't.
10        It was part of the DA's file.  It's the
11        7/7/97 -- well, you know what, it's
12        this.  I can do a screen share.  There
13        are two of them that look nearly
14        identical.  I just want to talk about
15        the 7/7/97 one.
16             MS. HUGGINS:  So, for the record,
17        your office shared via email PDF forms,
18        some of which were disclosed in
19        discovery.  I have printed all of those
20        out and those are in front of the
21        witness.
22             He is now referring to a log
23        dated 7/7/97 and could you just
24        identify it for the record what this
25        log is?
```

```
 1                    Bohen                  46
 2        Q.    Yes, that was my next question.
 3        A.    Yeah.  This is what you did, what
 4    each detective did during his tour of duty.
 5    These are, you know, whatever information
 6    you gathered or whoever you talked with,
 7    you would put down on this paper.
 8        Q.    Got it.
 9              Now, the title of this in the
10    copy I got was cut off, but is there a name
11    for this particular document?
12        A.    I can't recall it, sir.
13              MR. RICKNER:  Can we mark the
14              7/7/1997 log as Exhibit 1.
15              I did number them but that was
16              not the numbers that I intend on using
17              them.  It felt like a smarter way to do
18              it than just giving the names.
19              MS. HUGGINS:  So for the purposes
20              of the deposition, I've written the
21              exhibit number on it for the witness.
22              So we'll deem this Exhibit 1.  If at
23              some point we want to somehow mark them
24              more formally, maybe at the end of the
25              deposition on the record, I'm fine with
```

```
 1                    Bohen              47
 2        that, and then we circulate PDFs with
 3        the actual exhibit number on it, that
 4        might be most efficient.
 5             MR. RICKNER:  Well, the way I've
 6        been doing it is actually having the
 7        court reporter who also has identical
 8        copies of all of these documents -- I
 9        don't know if we do it at the end or
10        concurrently, I don't really care, but
11        I've been having him or her mark it as
12        the depositions go on and then when
13        they circulate the transcripts, they
14        give us copies.
15             MS. HUGGINS:  That's acceptable.
16             MR. RICKNER:  Okay.  But one
17        thing, I don't know if this is your
18        normal practice but it is my normal
19        practice, I'm going to do consecutive
20        deposition numbers, meaning that the
21        first deposition document in the next
22        deposition could be number 15, but I'm
23        not going to be re-marking things.
24             So if we ever talk about
25        Exhibit 1 again in a different
```

```
 1                    Bohen              48
 2          deposition, it's just going to be the
 3          same Exhibit 1 rather than re-marking
 4          things.
 5                  MS. HUGGINS:  That's how I do it
 6          too.
 7                  MR. RICKNER:  Great.
 8                  (Log dated July 7, 1997 was
 9          marked Exhibit 1 for identification)
10          Q.    All right.  Sorry to bore you
11      with that, detective.
12          A.    No problem.
13          Q.    So here it says Sergeant Bratos,
14      Detective Bohen, and Detective Minor in the
15      upper left-hand corner of Exhibit 1, is
16      that correct?
17          A.    Yes.
18          Q.    And this is going to Lieutenant
19      Conwall, right?
20          A.    Yes.
21          Q.    Would this document actually be
22      handed to Lieutenant Conwall?
23          A.    No, it would have been turned
24      over to the report technician.
25          Q.    And it says -- it's from three
```

1                        Bohen                    49

2            different individuals, that's correct?

3                 A.    Yes.

4                 Q.    So does this collect what all

5            three of you did on that day?

6                 A.    Yes, could be.

7                 Q.    Were there some days where you

8            would just individually submit one of these

9            documents?

10                A.    Yes.

11                Q.    And is it correct to say looking

12           at the bottom half, that this document

13           records activities regarding multiple

14           different cases?

15                A.    Yes.

16                Q.    In fact, only, I believe two of

17           the five entries involve the Tomika Means

18           murder?

19                A.    Yes.

20                Q.    Were these documents stored

21           together, by which I mean, you know, every

22           day all of the documents relating to these

23           activities would be collected in one place

24           or were they handed to different files

25           depending on which files worked on or

```
 1                    Bohen               50

 2      anything else?

 3                MS. HUGGINS:  Form.  You can

 4           answer.

 5           A.    I'm not sure about that.

 6           Q.    Okay.  Out of curiosity, do you

 7      know if Marilyn Lanc is still alive?

 8           A.    No, I believe she passed away.

 9           Q.    So just looking at the bottom

10      entry, is it correct to say that this

11      reports the discussion that someone had

12      with Linda Means?

13           A.    Yes.

14           Q.    And it says she called at 23:30?

15           A.    Yes.

16           Q.    Now, it lists four initials at

17      the bottom, is that correct?

18           A.    Yes, sir.

19           Q.    And it's fair to say that that's

20      the initials that correspond to Bratos,

21      Bohen, and Minor?

22           A.    Yes, sir.

23           Q.    From this entry, can you tell me

24      who spoke with Linda Means?

25           A.    No, it doesn't specifically say.
```

```
 1                     Bohen                  51
 2      Oh, I don't know who specifically talked.
 3          Q.    Just to be clear, do you remember
 4      speaking to Linda Means at any point?
 5          A.    Vaguely.  I mean, this might have
 6      been my conversation with her but I'm not
 7      100 percent sure.
 8          Q.    Now, just going back, so we
 9      discussed your memo book.
10          A.    Yes.
11          Q.    Now, when you would have a
12      conversation with a witness, would you make
13      notes in your memo book?
14          A.    Either that or on a piece of
15      paper, you know, you carried a note -- not
16      a notebook but you carried blank pieces of
17      paper.
18          Q.    When you say blank pieces of
19      paper, do you actually mean --
20          A.    Like notebook paper.
21          Q.    By notebook paper, do you mean
22      loose leaf, like it's not connected on one
23      edge?
24          A.    Yes, sir.
25          Q.    So we've discussed that you kept
```

```
 1                    Bohen                    52

 2      handwritten notes, that there's the forms

 3      such as Exhibit 1, there's P-73s, and

 4      there's also witness statements.

 5             Besides those four sets of

 6      documents, were there any other places that

 7      you would record conversations that you had

 8      with witnesses?

 9      A.    No, I would say that would be it.

10      Q.    All right, so just going to go

11      back in time a bit.

12             MR. RICKNER:  I'd like to mark as

13         Exhibit 2 the Buffalo Police Department

14         Intra-Departmental Correspondence dated

15         June 9, 1997.

16             MS. HUGGINS:  June 25, 1997?

17             MR. RICKNER:  No, the 9th.

18             MS. HUGGINS:  Oh, the 9th.  Hang

19         on.

20             Can you just give me a moment,

21         I'm going to get a different colored

22         pen.

23             MR. RICKNER:  Actually, if we

24         could go off the record for two

25         minutes.
```

```
 1                    Bohen              53

 2                (Buffalo Police Department

 3           Intra-Departmental Correspondence dated

 4           June 9, 1997 marked Exhibit 2 for

 5           identification)

 6                (Pause)

 7                MR. RICKNER:  Thank you very

 8           much.

 9           Q.    Detective, is Exhibit 2 an

10      example of a P-73?

11           A.    Yes, it is, sir.

12           Q.    Now, when you drafted this

13      document, did you use a typewriter?

14           A.    Yes, I did.

15           Q.    Where were the typewriters

16      located at the homicide unit?

17           A.    In the homicide office.

18           Q.    Okay.  Do you remember how many

19      typewriters there were?

20           A.    There were as many as there were

21      detectives.

22           Q.    Did you have your own or was

23      there just enough to go around?

24           A.    We had enough to go around, so I

25      had my own.
```

```
 1                    Bohen                54

 2        Q.    Okay.  Now, is it fair to say

 3    that sometimes -- well, withdrawn.

 4            If you had -- when you were in

 5    the field, did you have access to a

 6    typewriter?

 7        A.    No.

 8        Q.    So when you needed to draft a

 9    P-73, how would you go about recording

10    information?

11        A.    Well, you would, when you were in

12    the field, you took your notes, you know,

13    on paper and then when you got back to the

14    office, you would put them, you know, type

15    them up.

16        Q.    And would you hold on to your

17    original notes as well?

18        A.    Probably for a while.

19        Q.    But you might throw them away?

20        A.    No, never.

21        Q.    Okay.  So where would you put

22    them?

23        A.    Keep them with you or you would

24    turn them over to Marilyn Lanc.

25        Q.    Now, going back to Exhibit 2, if
```

1                         Bohen                    55

2          I'm reading this correctly, there was a

3          witness that was brought to your attention

4          by another officer, is that correct?

5               A.    Yes.

6               Q.    Now, can you tell me from looking

7          at this document, who was the witness that

8          was brought to your attention?

9               A.    Well, I don't -- I don't know if

10         he was, if you could say he was a witness.

11         I think he was more of a possible suspect

12         or person of interest, and his name was

13         Donald Faison.

14              Q.    Now, can you tell me where the

15         name Donald Faison first originated in the

16         investigation?

17              A.    Well, it was two patrol officers

18         who stopped him at a traffic stop and they

19         wrote the information down and then they

20         forwarded it to the homicide office for my

21         attention.

22              Q.    Now, can you tell me what about

23         the traffic stop made you or the officers

24         believe that Donald Faison might be

25         involved in the murder?

```
1                    Bohen                    56
2              MS. HUGGINS:  Form.  He can
3         answer.
4         A.    It's just the idea that he was a
5    person of interest.
6         Q.    How did Donald Faison become a
7    person of interest?
8         A.    I think probably because of his
9    physical makeup and maybe the car that he
10   was driving -- that he was riding in.  It
11   just kind of caught the officer's eye.
12        Q.    Is it correct to say that a
13   composite of the assailant in the Tomika
14   Means murder was generated at some point?
15        A.    Yes.
16        Q.    Now, those composites, were they
17   circulated fairly widely inside of the
18   homicide unit?
19        A.    Yes.
20        Q.    Was there a board where all of
21   the composites for the current cases were
22   hung up on, for example?
23        A.    We did have that, yes.
24        Q.    And did you have a board like
25   that also for the other officers so they
```

```
 1                    Bohen                 57

 2        would know who you were looking for?

 3              A.    For the detectives?

 4              Q.    Oh, I mean besides the

 5        detectives.  Just ordinary police officers.

 6              A.    No.

 7              Q.    I guess what I'm trying to ask

 8        is, these patrol officers who brought

 9        Donald Faison to your attention, how would

10        they have known it looked like the

11        assailant that you were looking for in the

12        Tomika Means murder?

13              A.    Probably, might have been a radio

14        call out, and I don't know by who, but, you

15        know, stating that there was a shooting

16        that happened and there was this car and an

17        individual in the car might have been part

18        of the shooting.

19                   MS. HUGGINS:  Form as to the last

20              question.

21                   MR. RICKNER:  I'd like to mark

22              two documents.  So one of these

23              documents has the Bates stamp 953, and

24              let's make that -- that's number 17

25              that I marked on the file but it's
```

```
1                    Bohen                    58
2       going to be our Exhibit 3.
3              And then number 12 which has the
4       Bates stamp 986, that's COB 986, I'd
5       like to mark as Exhibit 4.
6              You know what, I marked the wrong
7       one.  My apologies.  To avoid the
8       record being unclear, Exhibit 5, let's
9       do COB 981.
10             (Discussion off the record)
11             MS. HUGGINS:  What did you say
12      would be Exhibit 3 and 4?
13             MR. RICKNER:  Exhibit 4 is COB
14      986.
15             MS. HUGGINS:  Let me look for
16      that first.
17             (Discussion off the record)
18             MS. HUGGINS:  Number 3 is going
19      to be 986?
20             MR. RICKNER:  No, number 3 is 953
21      and 981 is Exhibit 5 and then Exhibit 4
22      is the blue one.
23             MS. HUGGINS:  Okay, Exhibit 4 is
24      986.
25             MR. RICKNER:  Yes.
```

```
 1                    Bohen                    59
 2              MS. HUGGINS:  Okay.  So repeat
 3         Exhibit 3 again.
 4              MR. RICKNER:  953.
 5              (Discussion off the record)
 6              (Buffalo Police Department
 7         Intra-Departmental Correspondence dated
 8         July 3, 1997 marked Exhibit 3 for
 9         identification)
10              (Photo Spread Information, Bates
11         No. COB 986 marked Exhibit 4 for
12         identification)
13              (Buffalo Police Department
14         Intra-Departmental Correspondence dated
15         June 24, 1997 marked Exhibit 5 for
16         identification)
17         Q.    Taking a look at Exhibit 5, can
18    you tell me what this is?
19         A.    This is a request for photos to
20    be placed in a photo array.
21         Q.    Now, at the top and at the bottom
22    it has your name?
23         A.    Yes.
24         Q.    Does that indicate that you
25    created this photo array?
```

1                      Bohen                    60

2          A.    Yes.

3          Q.    Now, there is Donald Faison's

4     name and then a mug number 215197?

5          A.    Yes.

6          Q.    Does that indicate that you had a

7     mug shot of Donald Faison from some earlier

8     arrest?

9          A.    Yes.  From his, yes.

10         Q.    Right.  Now, there's also a list

11    of five other mug numbers.

12               Do you see that?

13         A.    Yes, sir.

14         Q.    Does each one of those correspond

15    to a photograph that would be placed in a

16    photo array as a filler?

17         A.    Yes, sir.

18         Q.    Now, I'd like to look at

19    Exhibit 4.  Can you identify this for the

20    record?

21         A.    This is a -- it looks like a copy

22    of the blue cardboard papers we used to

23    show the photo array.

24         Q.    Okay.  Were there sort of blanks

25    that you would then fill in or clip in the

```
1                        Bohen                    61
2       photos?
3            A.    Yeah, there were slices where you
4       could slip each photo down into, you know,
5       onto the page.
6            Q.    Got it.
7                 So if you look at Exhibit 2 -- or
8       if you look at page 2 of Exhibit 4, rather,
9       would it be correct to say that these
10      photos are loose but sitting in little
11      pockets on this blue sheet?
12           A.    They may be loose, but it's very
13      possible that at times personally, myself,
14      I would slightly glue them so they wouldn't
15      get jostled and moved around.
16           Q.    Got it.
17                Now, these blue folders, how many
18      pages were they?  Was it one sheet that
19      folded in half?
20           A.    No, it was two separate pieces.
21      One would be the -- the front page would be
22      basically what, you know, it shows the CD
23      number which is the complaint number, the
24      officer that requested it, the unit and the
25      list of mug shots.
```

```
 1                    Bohen                    62

 2              The second page would be the

 3      actual photos that were used in the array.

 4          Q.     Were these two pages attached in

 5      some way?

 6          A.     No, you attached them at some

 7      other time with the staple.

 8          Q.     Got it.

 9              Now, what is the CD number?

10          A.     That's complaint desk number.

11      When somebody calls 911, each call coming

12      in is given a number which is the complaint

13      desk number.

14          Q.     Okay.  So just going back to

15      Exhibit 2 for a moment.  If you look at the

16      top, there's a file number?

17          A.     Yes.

18          Q.     Now, that file number is 97-083,

19      is that correct?

20          A.     Yes.

21          Q.     That's different from the

22      complaint desk number?

23          A.     Yes, sir.

24          Q.     And going back to Exhibit 4, the

25      mug numbers, those correspond with the
```

```
 1                    Bohen                    63
 2       different photographs?
 3              A.    Yes, sir.
 4              Q.    And so here, Donald Faison,
 5       comparing Exhibit 5 and Exhibit 4, would
 6       have been in slot number 5?
 7              A.    Yes, sir.
 8              Q.    Once you were done creating a
 9       photo lineup, what would you do with it?
10              A.    You mean after you had showed it
11       to the witness or --
12              Q.    Yeah -- no, after you are
13       finished with it, after you have shown it
14       to a witness, what would you do with it?
15              A.    You would turn it over to the
16       report technician and she would put it in
17       the large file.
18              Q.    So would it be correct to say
19       that every photo lineup that was performed
20       during an investigation would eventually
21       become part of the file?
22              A.    Yes, sir.
23              MR. RICKNER:  I'd like to mark as
24       Exhibit 6, COB 119, it's a P-73 dated
25       June 25, 1997.
```

```
 1                        Bohen                    64

 2              MS. HUGGINS:  Exhibit 6?

 3              MR. RICKNER:  Yes.

 4              (Buffalo Police Department

 5         Intra-Departmental Correspondence dated

 6         June 25, 1997 marked Exhibit 6 for

 7         identification)

 8         Q.    Can you please identify Exhibit 6

 9    for the record?

10         A.    Yes.  It's a Buffalo Police

11    Department Intra-Departmental

12    Correspondence for a photo array being

13    shown to a witness.

14         Q.    Now, is it correct to say that

15    based on this document, on June 25, 1997,

16    you showed a photo array to Jacqueline

17    Bradley?

18         A.    Yes, sir.

19         Q.    That photo array contains Donald

20    Faison?

21         A.    Yes, sir.

22         Q.    And, in fact, the photo array

23    that you showed her is currently marked as

24    Exhibit 4?

25         A.    Yes, sir.
```

1              Bohen                    65

2         Q.    Do you remember showing this

3    photo array to Jacqueline Bradley?

4         A.    No, I don't recall it.  But I

5    would have to say I was there.

6         Q.    Okay.  In general, what was the

7    procedure by which you showed a photo array

8    to a witness, meaning what steps did you

9    actually take in presenting it to them and

10   letting them review it?

11            MS. HUGGINS:  Form.  You can

12         answer.

13        A.    Well, we would ask the witness if

14   she wore glasses or he wore glasses.  We'd

15   make sure the lighting in the room was

16   sufficient.  We would tell them once you

17   open up the photo array, take your time,

18   look it over carefully, and if you see the

19   party that you say caused the problem or

20   that you witnessed doing something wrong,

21   point to that person.

22        Q.    Was there a certain period of

23   time that you would let them look at it?

24        A.    Well, just at their will.

25        Q.    Based on Exhibit 6, can you tell

```
 1                      Bohen                    66

 2        me where Jacqueline Bradley was when she

 3        reviewed Exhibit 4?

 4             A.    I would say that she was at her

 5        home.

 6             Q.    Would you typically record where

 7        a photo array was shown to a witness?

 8             A.    Yes.

 9             Q.    Now, going back to Exhibit 5,

10        there's a date on the top right-hand

11        corner?

12             A.    Yes.

13             Q.    Does that indicate the date that

14        you made your request for a photo array?

15                   You know what, let me withdraw

16        that question.

17                   Which comes first, Exhibit 4 or

18        Exhibit 5, meaning which would be created

19        by you first in the photo array process?

20             A.    I would say Exhibit 5.

21             Q.    So you start out by making the

22        request and then you actually fill out the

23        photo array itself?

24             A.    Yes, sir.

25             Q.    Now, looking at Exhibit 4,
```

1                          Bohen                    67

2          there's a remark that says, "Photo array

3          set up 6-24-97"?

4                  A.    Exhibit 4?

5                  Q.    Yes.  The blue one.

6                  A.    Okay.  Okay, yes.

7                  Q.    Does that mean that you actually

8          put together the photo array on that date?

9                  A.    Yes.  6/24, yes.

10                 Q.    After you showed Jacqueline

11         Bradley the photo array, did you ask her if

12         she knew Donald Faison?

13                 A.    No, I don't believe I did.

14                 MR. RICKNER:  I'd like to mark as

15              Exhibit 7, the handwritten P-73 Bates

16              stamped COB 90.

17                 MS. HUGGINS:  Undated Bates stamp

18              COB 90 is Exhibit 7?

19                 MR. RICKNER:  Yes, that's

20              correct.  It's undated.

21                 (Buffalo Police Department

22              Intra-Departmental Correspondence,

23              Bates No. COB 90 marked Exhibit 7 for

24              identification)

25                 Q.    Now, detective, would it be

```
 1                     Bohen                    68

 2        correct to say that Exhibit 7 was the

 3        document you got regarding Donald Faison?

 4             A.    Yes, sir.

 5             Q.    Besides this document, did you

 6        talk to the police officers?

 7             A.    You know, I don't recall that.

 8             Q.    Now, there's a notation on the

 9        right.  It says, "John, here's the info on

10        the guy we stopped.  Thanks, Mary."

11             A.    Yeah, it's Marty.

12             Q.    Marty, got it.

13                   Would that be Marty Sentiff?

14             A.    Sentiff, right.

15             Q.    Gotcha.

16                   MR. RICKNER:  I'd like to mark as

17             Exhibit 8, this is the second of the

18             activity reports, it's dated June 26,

19             1997.

20                   (Buffalo Police Department

21             Activity Report dated June 26, 1997

22             marked Exhibit 8 for identification)

23             Q.    This is similar to the activity

24        reports that we discussed beforehand?

25             A.    Uh-huh.
```

```
 1                    Bohen                    69
 2              MS. HUGGINS:  For the benefit of
 3         the court reporter, um-hums are
 4         difficult to report.  A yes or no is
 5         better.
 6         A.    I'm sorry.  Yes.
 7         Q.    Now, this says from Detective
 8    Callari and Detective Bohen.
 9              Do you see that?
10         A.    Yes.
11         Q.    Would that indicate that you and
12    Detective Callari were working together
13    that day?
14         A.    Yes, sir.
15         Q.    Did you have a partner, meaning
16    somebody that you were assigned to work
17    with regularly?
18         A.    Yes, that would be Reginald
19    Minor.
20         Q.    Okay.  And that is a formal
21    designation, meaning that you would say,
22    "Detective Minor is my partner"?
23         A.    Yes.
24         Q.    In the Tomika Means homicide, was
25    there a lead detective?
```

```
 1                    Bohen              70
 2         A.    No, not really.  We all kind of
 3    shared information and, you know, there
 4    wasn't a so-called lead detective.
 5         Q.    Was there one person who was
 6    directing how the homicide was investigated
 7    or what your next steps were, something
 8    like that?
 9         A.    I would say Lieutenant Conwall or
10    Captain Riga.
11         Q.    Okay.  So would it be correct to
12    say that it's a small department and
13    therefore the supervisors were hands on in
14    the homicide investigations?
15         A.    Yes.
16         MS. HUGGINS:  Are you saying it
17    was all one case?
18         Q.    Yeah, I mean, I think the answer
19    is no, right, it belonged to everyone, is
20    that fair to say?
21         A.    Well, let me specify.
22         Q.    Okay.
23         A.    If we got called out to a scene,
24    homicide scene, you had one officer who
25    would record the scene itself and the other
```

```
 1                    Bohen              71

 2       detectives that were there, they would talk

 3       to witnesses or canvass the area.

 4            Q.    Now, the detective that took

 5       information about the scene itself, would

 6       they have any particular role going forward

 7       in the investigation?

 8            A.    Not really.  You know, just

 9       whatever information you as the scene

10       officer or -- received, you know, you would

11       always put that down on a P-73.

12                 MS. HUGGINS:  I think there's

13            just a confusion in terminology.  You

14            were asked earlier about catching a

15            case.  What did that phrase mean to

16            detectives at that time?

17                 THE WITNESS:  We didn't use that

18            at that time.  That was NYPD I think.

19            Q.    Yes, that would be correct.

20                 So maybe I shouldn't have been

21       confused, but we discussed earlier that you

22       were assigned to work on this case by one

23       of your superior officers, is that right?

24            A.    Yes, sir.

25            Q.    But there wasn't any --
```

1                    Bohen                    72

2        withdrawn.

3                    Besides your superior officers,

4        there wasn't one person whose case this was

5        who was the lead or the primary detective

6        on it, is that correct?

7             A.    Yes, sir.

8             Q.    Going back to Exhibit 8, now,

9        looking at the second entry, it says 1920

10       hours.

11                   Do you see that?

12            A.    Yes.

13            Q.    Is that for a different case or

14       is that part of the Tomika Means homicide?

15            A.    I believe that was a different

16       case.

17            Q.    So going one entry up, there's a

18       notation about getting a phone call from

19       the aunt of the victim, Linda Means, is

20       that correct?

21            A.    Yes, sir.

22            Q.    And over the phone she stated

23       that she thought that the suspect looked

24       like Cory Epps?

25            A.    Yes, sir.

```
 1                    Bohen                    73
 2          Q.    Did you ever interview Linda
 3    Means?
 4          A.    Not that I can remember.
 5          Q.    Did you ever find out how she
 6    knew Cory Epps?
 7          A.    Not that I can remember, no.
 8                MS. HUGGINS:  Form.  For
 9          clarification, just the use of the word
10          interview.
11                MR. RICKNER:  Yes.
12                MS. HUGGINS:  I have an
13          objection.
14          Q.    What is an interview?
15          A.    What is an interview?
16          Q.    Yeah.
17          A.    It's when you talk to somebody,
18    talk to a witness or the victim themselves.
19          Q.    Now, we've discussed two phone
20    calls that you had with Linda Means, is
21    that fair to say?
22          A.    Yes.
23          Q.    Did you ever sit down with Linda
24    Means in person and have a discussion about
25    Cory Epps?
```

```
 1                    Bohen              74
 2         A.    I don't recall that.
 3         Q.    And did you ever investigate how
 4    she may have known Cory Epps?
 5         A.    I don't recall that.
 6         Q.    What is a frap, F-R-A-P?
 7         A.    I don't know.
 8         Q.    Okay.  And just to be clear, I'm
 9    taking this from the entry on Exhibit 8.
10         A.    Yes.
11         Q.    Does that refresh your
12    recollection?
13         A.    No, I just don't recall what it
14    stands for.
15         Q.    Do you remember whether you or
16    Detective Callari spoke with Linda Means?
17         A.    No, I don't.
18         Q.    Now, let's skip ahead a little
19    bit.
20              MR. RICKNER:  Let's mark the
21         other blue ID sheet, the one that has
22         Cory Epps's photo, as Exhibit 9.
23              MS. HUGGINS:  951?
24              MR. RICKNER:  948.  COB 948.
25              (Photo Spread Information, Bates
```

```
1                    Bohen                    75

2         No. COB 948 marked Exhibit 9 for

3         identification)

4         Q.    Detective, going back to

5    Exhibit 3 and looking at Exhibit 9, is it

6    correct to say that you created the photo

7    array with Cory Epps in it?

8         A.    Well, what I'm looking at,

9    Exhibit 9, it doesn't have my name on the

10   cover sheet, it has another detective's

11   name.

12             As far as Exhibit 3, it looks

13   like I requested the photos and they were

14   requested by me but, like I say, Exhibit 9,

15   on the actual array, that shows a different

16   officer and my name is nowhere on it.

17        Q.    Okay.  So let's step back for a

18   second.  Looking at Exhibit 3, it's fair to

19   say that this has your name and signature

20   on it?

21        A.    Yes.

22        Q.    And it's dated July 3, 1997?

23        A.    Yes, sir.

24        Q.    And as we discussed before, the

25   BPD mug number in the top paragraph
```

```
 1                      Bohen                    76

 2        corresponds to the mug shot of the person

 3        who might or might not be identified in the

 4        array?

 5             A.    Yes.

 6             Q.    The the bottom has the fillers,

 7        right?

 8             A.    Yes.

 9             Q.    Now, when you went to the cabinet

10        of photographs to pick out the fillers,

11        would you actually take the individual

12        photos as you found ones that you thought

13        were suitable?

14             A.    Yes.

15             Q.    And then you would write down on

16        a document like Exhibit 3 which numbers

17        corresponded to those fillers?

18             A.    Yes.

19             Q.    So when you were asking to create

20        the photo array, would you come by with the

21        actual photos and this document and say, I

22        need this put together into a photo array?

23             A.    Well, actually, I would put the

24        photos in the array.

25             Q.    Okay.  Well, looking at
```

```
 1                    Bohen              77

 2        Exhibit 9, I think we've discussed that the

 3        front page does not have your name on it?

 4             A.    No.

 5             Q.    It has an Officer Morales?

 6             A.    Yes.

 7             Q.    Do you remember Officer Morales's

 8        first name?

 9             A.    Juan.

10             Q.    But just to be clear, if you

11        compare Exhibit 9 and Exhibit 4, it

12        contains the same CD number, meaning

13        100-714?

14             A.    Let me look.  Yes.

15             Q.    And based on that plus the other

16        documents, we know that Exhibit 9 was also

17        created with respect to the Tomika Means

18        homicide, right?

19             A.    I'm assuming, yes.

20             Q.    Well --

21             MS. HUGGINS:  We don't want you

22        to assume.

23             THE WITNESS:  Okay.

24             MS. HUGGINS:  Could you repeat

25        the question for him?
```

```
1                      Bohen                      78

2           Q.    Was Exhibit 9 created with

3      respect to the Tomika Means homicide?

4           A.    Yes.

5           Q.    Now, do you know why Officer

6      Morales's name is on the photo array?

7           A.    Well, he was part of the unit and

8      he might have picked the pictures to do

9      this array and he might have set this array

10     up.  I would say he probably did set it up.

11          Q.    Okay.  Well, looking at

12     Exhibit 3, it's fair to say this is a

13     request for a photo array that contains a

14     photograph of Cory Epps, right?

15          A.    Yes, sir.

16          Q.    And you picked out the fillers

17     for this photo array, right?

18          A.    Yes, sir.

19          Q.    But ultimately it appears that

20     you didn't actually put them into the

21     slots?

22          A.    Well, not this particular array

23     that I'm looking at.

24          Q.    Well, based on Exhibit 3 and

25     Exhibit 9, is it possible that there was
```

```
1                        Bohen                    79

2        more than one photo array created with Cory

3        Epps in it?

4             A.    There's possible, but not that I

5        was ever made aware of.

6             Q.    Okay.  Well, I'd like you to look

7        at Exhibit 9.

8             A.    Okay.

9             Q.    And would it be fair to say that

10       there is a list of mug numbers?

11            A.    Yes, sir.

12            Q.    Now, the first mug number is

13       212522?

14            A.    Yes.

15            Q.    I'd like you to look at

16       Exhibit 3.

17                  Does that mug number appear on

18       Exhibit 3?

19            A.    No, it doesn't.

20            Q.    And I'd like you to look at

21       number 2, it's 188001.

22                  Do you see that?

23            A.    Yes.

24            Q.    And I'd like you to look at

25       Exhibit 3.  Do you see that mug number?
```

```
 1                    Bohen              80
 2        A.    No, sir.
 3        Q.    Now, again, on Exhibit 9, there's
 4   mug number 187356.
 5              Do you see that?
 6        A.    Yes.
 7        Q.    And does that appear on
 8   Exhibit 3?
 9        A.    187356.  No.
10        Q.    Based on these discrepancies, is
11   it correct to say that there were two photo
12   arrays containing Cory Epps that were
13   created?
14              MS. HUGGINS:  Form.  You can
15        answer.
16        A.    Yes.
17        Q.    Now, on Exhibit 4 there was a
18   date as to when the photo array was
19   created, is that correct?
20        A.    Yes.
21        Q.    Is there another location on the
22   photo array where a date is typically
23   recorded?  And I mean a date that the photo
24   array was created, not the date that the
25   mug shots were taken.
```

```
1                          Bohen                    81
2               A.    No, not actually, no, just under
3       remarks.
4               Q.    And this isn't a trick question,
5       I'm actually wondering if there's something
6       I'm not seeing that elsewhere in this
7       document there's a date that corresponds to
8       when the photo array was created.
9               A.    Excuse me?
10              Q.    I said, this isn't a trick
11      question.
12                    I'm actually honestly curious, is
13      there someplace else on Exhibit 9 where
14      maybe you're seeing a date or indication as
15      to when the photo array was taken that I
16      may not see?
17              A.    No.
18              Q.    Now -- sorry.  One second.
19                    MR. RICKNER:  Now, I'd like to
20              mark the, let's see, it's a P-73 with
21              the date 7/7/97, Bates number on the
22              bottom right is COB 123.
23                    MS. HUGGINS:  And that will be
24              Exhibit 10?
25                    MR. RICKNER:  Yes.
```

```
 1                    Bohen                    82

 2               (Buffalo Police Department

 3          Intra-Departmental Correspondence dated

 4          July 7, 1997 marked Exhibit 10 for

 5          identification)

 6          Q.    Now, Exhibit 10 is a P-73 that

 7     was created by you?

 8          A.    Yes, sir.

 9          Q.    You typed this up yourself?

10          A.    Yes, sir.

11          Q.    Going back to July 6th of 1997,

12     do you actually have a recollection

13     independent of anything you've read in

14     these documents of the interview with

15     Jackie Bradley on that date?

16          A.    No, not really.

17               MS. HUGGINS:  And when you said

18          these documents, are you referring to

19          all of the exhibits or just the exhibit

20          in front of him?

21               MR. RICKNER:  All of the

22          exhibits.  Or any other document for

23          that matter.

24               MS. HUGGINS:  So answer that

25          question based on all the exhibits in
```

```
1                    Bohen                    83

2            front of you, do you have an

3            independent recollection of these

4            events?

5            A.    Yes, yes.

6            Q.    Okay.  No.  So is it fair to say

7      that some of the documents that you've

8      reviewed have refreshed your recollection?

9            A.    Yes.

10           Q.    So with that refreshed

11     recollection, without reading or

12     reiterating what you see in a specific

13     document, what do you remember about the

14     July 6, 1997 interview with Jacqueline

15     Bradley?

16                 MS. HUGGINS:  Independent of the

17           documents, he's asking.

18           A.    Going to her house along with

19     Detective Minor and showing her a photo

20     array.

21           Q.    Besides that, do you remember

22     anything else about that day?

23           A.    No.

24           Q.    Do you remember who was with

25     Jacqueline Bradley, if anyone, when you got
```

```
 1                    Bohen                    84

 2      to the house?

 3               A.    No.

 4               Q.    Would it be your practice to do a

 5      photo array without family members around?

 6               A.    Yes.

 7               Q.    Besides Detective Minor, did

 8      anyone else go with you?

 9               A.    No.

10               MS. HUGGINS:  Are you asking

11          independent of his independent

12          recollection?

13               MR. RICKNER:  Period.  Full stop.

14          Any source of information.

15               Q.    Besides Detective Minor, did

16      anybody else from Buffalo PD go with you to

17      see Jacqueline Bradley on July 6, 1997?

18               A.    No.

19               Q.    Is it correct to say that you

20      showed a photo array to Jacqueline Bradley?

21               A.    Yes.

22               Q.    Looking at Exhibit 9, do you know

23      whether or not this specific photo array is

24      the one that you showed to Jacqueline

25      Bradley?
```

```
1                    Bohen                    85
2         A.    I would say it was the one I
3    showed her because of the mug numbers.
4         Q.    Well --
5         A.    Well, I should say his mug number
6    appears on Exhibit 9.
7         Q.    Right.  Well, would it be correct
8    to say that any photo array that contains
9    Cory Epps would also have his mug number
10   listed?
11        A.    It should.
12        Q.    Right.  But with regard to the
13   fillers, do you know if the fillers in
14   Exhibit 9 are the same fillers that were in
15   the photo array that was shown to
16   Jacqueline Bradley?
17        A.    I'm not sure on that.
18             MR. RICKNER:  Now, I'd like to
19        mark a handwritten, it's a handwritten
20        one page, mark this as Exhibit 11.  And
21        it's got the Bates stamp COB 958.
22             (Handwritten notes dated July 6,
23        1997 marked Exhibit 11 for
24        identification)
25        Q.    Is Exhibit 11 a document with
```

                        Bohen                    86

your handwriting?

        A.    It's my printing, yes.

        Q.    You're differentiating between
cursive and printed?

        A.    Correct.

        Q.    But you wrote this?

        A.    But I wrote it, yes.

        Q.    Did you take this
contemporaneously with your interview of
Jacqueline Bradley?

        A.    Yeah, yes.

        Q.    Roughly the same time, maybe not
identical, but similar?

        A.    Correct, yes.

        Q.    Now, is this a page from your
memo book?

        A.    No, I wouldn't think so.  I would
believe it was just a piece of paper, you
know, like a three-ring piece of paper that
I carried.

        Q.    So your memo books were a bit
smaller?

        A.    Yes.

        Q.    Now, following Ms. Bradley's

```
 1                      Bohen                    87

 2        identification of Cory Epps in position

 3        number five --

 4            A.     Yes.

 5            Q.     -- did you tell Jacqueline

 6        Bradley the name of who she identified?

 7                   MS. HUGGINS:  Can you read the

 8            question back.

 9                   (Question read)

10                   MS. HUGGINS:  I just want to make

11            sure I understand your question.

12                   MR. RICKNER:  My question isn't

13            good.  I'm going to redo it.

14                   MS. HUGGINS:  Yeah, that's fine.

15            Q.     After Jacqueline Bradley made the

16        identification, did you tell her that she

17        had identified Cory Epps?

18            A.     I believe I did.

19            Q.     And prior to you telling her the

20        name Cory Epps, had you ever heard her say

21        that name?

22            A.     No.

23            Q.     Prior to her identifying Cory

24        Epps, did you ever ask her if she knew Cory

25        Epps, prior to?
```

```
 1                     Bohen                   88

 2            A.    No.

 3            Q.    Did Detective Minor ever ask her

 4      if she knew Cory Epps prior to the

 5      identification procedure?

 6            A.    I don't know.

 7            Q.    Fair to say that you don't

 8      remember it happening in your presence?

 9            A.    Yes.

10            MR. RICKNER:  There's one more in

11            this sequence that I'd like to mark.

12            There's an affidavit, it's got COB 4,

13            and let's just mark this as Exhibit 12.

14                (Photo-Array Identification

15            Affidavit dated July 6, 1997 marked

16            Exhibit 12 for identification)

17            Q.    Can you identify Exhibit 12 for

18      us, please, detective?

19            A.    Yes, it's a Department of Police,

20      City of Buffalo, it's a Photo-Array

21      Identification Affidavit.

22            Q.    Is it fair to say that the

23      sections above the signature block were

24      filled out by you?

25            A.    Yes.
```

```
 1                     Bohen                    89

 2          Q.    That's your handwriting?

 3          A.    Yes.

 4          Q.    Now, in section A, it says the

 5     photo number that was picked and, you know,

 6     the significance of the criminal act, is

 7     that correct?

 8          A.    Yes.

 9          Q.    Okay.  Now, in the bottom line it

10     says, "I was told by the above police

11     officer that the name of the person in the

12     photograph is" and then handwritten in is

13     "Cory Epps"?

14          A.    Yes.

15          Q.    Was it standard procedure to tell

16     witnesses the name of the person that they

17     had identified?

18          A.    I don't know if it was procedure,

19     but it was kind of, if you wanted to, I

20     think.

21          Q.    Okay.  Were there some instances

22     where the name of the person who was

23     identified was left out of one of these

24     affidavits, you'd leave it blank?

25                MS. HUGGINS:  Form of the
```

```
 1                    Bohen                    90
 2          question.  You may answer.
 3          A.    Possible.
 4                MR. RICKNER:  All right.  You
 5          want to go off the record for a few
 6          minutes?  I'm actually getting pretty
 7          close to being finished.
 8                MS. HUGGINS:  Let's go off the
 9          record and talk about timing for the
10          day.
11                (Discussion off the record)
12                (Recess)
13    EXAMINATION CONTINUED
14    BY MR. RICKNER:
15          Q.    Detective, in 1997, was there an
16    establishment in Buffalo called
17    Birchfield's?
18          A.    Yes.
19          Q.    What was Birchfield's?
20          A.    That was a tavern.
21          Q.    When you say tavern, do you mean
22    that it's a place that you could drink,
23    right?
24          A.    Yes, a bar.
25          Q.    A bar?
```

```
 1                         Bohen                    91

 2          A.     Yes.

 3          Q.     Could you also get food there?

 4          A.     Yes, I believe you could.

 5          Q.     Was there dancing, and by that, I

 6   mean a dance floor?

 7          A.     That I'm not sure.  I know people

 8   probably danced there.  But I was never

 9   personally there.

10          Q.     Okay.  Did Birchfield's have any

11   particular reputation at the Buffalo Police

12   Department in 1997?

13          A.     Not that I'm aware of.

14          Q.     Did you ever arrest anybody

15   outside of Birchfield's?

16          A.     No.

17          Q.     Were you aware of the fact that

18   Cory Epps had an alibi with respect to

19   where he was during the Tomika Means

20   murder?

21          A.     No, I'm not.

22          Q.     Okay.  Did you do anything to

23   investigate any alibis that Cory Epps had?

24          A.     No, I didn't.

25          Q.     Cory Epps was placed in a lineup,
```

1                          Bohen                    92

2          is that correct?

3                  A.    Yes.

4                  Q.    Were you there when he was placed

5          in a lineup?

6                  A.    No.

7                  MR. RICKNER:  I'd like to mark

8                  as, I guess we're up to Exhibit 13, the

9                  testimony, I think it's Epps 1022

10                 through 1038.

11                      (Trial testimony of Detective

12                 Bohen, Bates Nos. Epps 1022-1039 marked

13                 Exhibit 13 for identification)

14                 Q.    Do you see that?

15                 A.    Yes.

16                 Q.    Prior to the deposition, did you

17         review your testimony in Exhibit 13?

18                 A.    I'm not sure if I did.

19                 MS. HUGGINS:  Well, did you look

20                 at it today before you started

21                 testifying?

22                 THE WITNESS:  Oh, yes, I thought

23                 you meant originally.  I did, yeah.

24                 Q.    Looking at your testimony in

25         Exhibit 13, did you see anything that was

```
1                         Bohen                    93

2      inaccurate?

3                MS. HUGGINS:  If you want to take

4           a moment to look through it again

5           before you answer, you can.

6                THE WITNESS:  Sure.

7                (Pause)

8           A.    On the first page on the backside

9      of it, there was a mistake on the question

10     number 21, it says, "On June 6th of this

11     year did you have occasion to show that

12     photo array," and my answer which is 24, it

13     says, "I thought it was July 6th that I

14     showed this."

15               And 25 says, "I believe that's

16     what I stated."

17               And the next page, the court

18     said, "No.  Excuse me.  You said June 6th."

19     And Ms. Carrington, "I'm sorry.  Yes, July

20     6th."

21               So that's one.

22          Q.    Okay.  Now, is it correct to say

23     that there was some confusion at that time

24     as to whether or not somebody said June or

25     July?
```

```
1                    Bohen                 94
2            A.    I don't know.  I don't know why
3      she would have said that.
4            Q.    Put it this way, is the
5      transcript to your knowledge inaccurate in
6      that respect?
7            A.    Well, this transcript is -- and
8      with that part is inaccurate but then it
9      was clarified.
10           Q.    Okay.  So is it correct to say
11     that the transcript accurately describes
12     the back and forth that ultimately led to
13     the clarification?
14           A.    Yes.
15           Q.    Besides that, do you see any
16     other instances where there's -- withdrawn.
17                 Besides what we just discussed --
18           A.    Let me look for a minute.
19                 (Pause)
20           A.    Are you talking about what we
21     just discussed about the date-wise?
22           Q.    Let me just finish my question.
23                 Besides the date section that you
24     just identified for the record, do you see
25     anything else in Exhibit 13 where your
```

1                    Bohen                    95

2        testimony was inaccurate?

3              A.    Okay, let me look.

4                    (Pause)

5                    MS. HUGGINS:  If you don't mind

6              just reading the last question back to

7              the detective.

8                    MR. RICKNER:  Actually, I'd like

9              to do it slightly different.

10             Q.    Is it fair to say you spent about

11       15 minutes reviewing your prior testimony?

12             A.    Yes.

13             Q.    Now, besides the incident that we

14       discussed earlier where there was confusion

15       between June and July, did you see anything

16       else inaccurate in your testimony in

17       Exhibit 13?

18             A.    No, I didn't.

19             Q.    Do you stand by that testimony

20       today?

21             A.    Yes.

22             Q.    Do you -- well, do you still live

23       in Buffalo?

24             A.    I live outside of Buffalo.

25             Q.    In the general area?

```
1                      Bohen                    96
2          A.    Yes.
3          Q.    Do you subscribe to any Buffalo
4    newspapers?
5          A.    No, I don't.
6          Q.    Do you watch the local news?
7          A.    Yes.
8          Q.    Did you see newspaper or --
9    withdrawn.  I'll ask it more broadly.
10              Did you see on the news that Cory
11   Epps had been released from prison?
12         A.    No, I didn't.
13         Q.    Did anybody call you to say Cory
14   Epps had been released from prison?
15         A.    No.
16         Q.    Would it be correct to say that
17   the first time that you learned that Cory
18   Epps had been exonerated was when you heard
19   about this lawsuit?
20         A.    Yes.
21         Q.    Now, there's a district attorney
22   in this case in 1997, right?
23         A.    Yes.
24         Q.    Okay.  Now, would you talk to the
25   district attorney with respect to what you
```

```
 1                    Bohen                    97

 2       discovered in a homicide?

 3            A.    Yes.

 4            Q.    Would that be a continuous

 5       process throughout an investigation?

 6            A.    Yes.

 7            Q.    Did you understand that you had

 8       an obligation to -- withdrawn.

 9                  Would you tell the district

10       attorney everything that you had learned

11       during your investigation?

12            A.    Yes.

13            Q.    And the district attorney would

14       also be provided with documents relating to

15       the investigation, right?

16            A.    Yes.

17            Q.    Do you know who handled that?

18            A.    Who was the district attorney?

19            Q.    No, who gave documents to the

20       district attorney?

21            A.    Oh, I would say she was -- he or

22       she would come to the office and they wore

23       given the documents that were in the file.

24       So it would probably be Marilyn Lanc.

25            Q.    Okay.  Where was the homicide
```

```
 1                    Bohen                    98

 2      unit physically located?

 3           A.    At 74 Franklin Street in the City

 4      of Buffalo on the second floor.

 5           Q.    Okay.  Where was the district

 6      attorney's office in 1997?

 7           A.    That was at the county office

 8      building on Delaware Avenue.  I believe

 9      it's -- oh, I don't know the address

10      number-wise.

11           Q.    How far away was the district

12      attorney's office?

13           A.    About three blocks.

14           Q.    Now, I'd like to go back to your

15      memo book, and we discussed that you would

16      carry around loose sheets of paper but also

17      that you had an eight-by-three,

18      approximately, notebook, right?

19           A.    Yes, sir.

20           Q.    What did you call that notebook?

21           A.    Notebook.

22           Q.    Okay.  When you would take notes

23      regarding a particular homicide, would you

24      keep them all in the same spot in the

25      notebook?
```

1                    Bohen                    99
2          A.    No.
3          Q.    Would you keep information about
4    more than one case on the same page in a
5    notebook?
6          A.    Possibly, yes.
7          Q.    You mentioned that sometimes you
8    would tear sheets out of the notebook?
9          A.    Yes.
10         Q.    Would you also leave some sheets
11   in the notebook?
12         A.    Yes.
13         Q.    So earlier on we discussed sort
14   of when a notebook would get full.
15               Would there come a time when you
16   ran out of blank notebook pages?
17         A.    I personally didn't, but I'm sure
18   there would be.
19         Q.    Okay.  Well, so let's put it
20   differently.
21               Would it be correct to say that
22   you weren't in the detectives unit to
23   actually fill or completely use up a single
24   notebook?
25         A.    That's possible, yes.

```
 1                      Bohen                    100
 2          Q.    Did you see other detectives run
 3     out of pages in their notebook?
 4          A.    No.
 5          Q.    Okay.  We'll have other
 6     detectives to talk to to clarify the rest
 7     of that.
 8               Have you ever heard the name
 9     Wymiko Anderson?
10          A.    No.
11               MR. RICKNER:  First, I guess I
12          would ask opposing counsel, do you have
13          any questions that you would like to
14          ask?
15               MS. HUGGINS:  I don't believe so
16          but give me one moment to look at my
17          notes.
18               MR. RICKNER:  Sure.
19     EXAMINATION
20     BY MS. HUGGINS:
21          Q.    Detective, do you presently have
22     an independent recollection of why
23     Detective Morales's name appears on
24     Exhibit 9?
25          A.    No, I don't.
```

```
 1                    Bohen              101
 2              MS. HUGGINS:  I don't have
 3          anything further.
 4      RE-EXAMINATION
 5      BY MR. RICKNER:
 6          Q.    Detective, you've been testifying
 7      off and on for approximately three hours,
 8      is that fair to say?
 9          A.    Yes.
10          Q.    Thinking back to your testimony
11      that you've given today, is there anything
12      that you'd want to correct?
13          A.    Not that I can think of.
14          Q.    It is fair to say that you've
15      told the truth, the whole truth, and
16      nothing but the truth today?
17          A.    Yes, sir.
18              MR. RICKNER:  Then I have no
19          further questions.
20              You know what, before I say that,
21          Glenn, do you have anything else you
22          want to talk offline for a second or
23          are we good?
24              MR. GARBER:  We're good.  Thank
25          you, Rob.
```

1                          Bohen                    102

2                MR. RICKNER:  Okay.

3                MR. GARBER:  Hello, everybody, by

4           the way.  I remain as a dark screen for

5           now.

6                (Discussion off the record)

7                (Time noted:  2:07 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          Bohen                        103

 2        January 19, 2021

 3

 4                       ERRATA

 5

 6        PAGE/LINE       CHANGE/REASON

 7        _____

 8        _____

 9        _____

10        _____

11        _____

12        _____

13        _____

14        _____

15        _____

16        _____

17        _____

18        _____

19        _____

20        _____

21        _____

22        _____

23        _____

24        _____

25        _____
```

1                          Bohen                    104

2

3

4

5

6

7

8                                    _____

9                                    JOHN BOHEN

10

11

12

13        Subscribed and sworn to

14        before me this      day

15        of                  2021

16

17

18        _____

19

20

21

22

23

24

25

1                                                    105

2                         CERTIFICATE

3          STATE OF NEW YORK )

4                           ) ss.

5          COUNTY OF NEW YORK)

6

7               I, Joseph B. Pirozzi, a Registered

8          Professional Reporter and Notary Public

9          within and for the State of New York, do

10         hereby certify:

11              That JOHN BOHEN, the witness whose

12         deposition is hereinbefore set forth, was

13         duly sworn by me and that such deposition is

14         a true record of the testimony given by such

15         witness.

16              I further certify that I am not

17         related to any of the parties to this action

18         by blood or marriage and that I am in no way

19         interested in the outcome of this matter.

20

21

22              _____

23              JOSEPH B. PIROZZI, RPR

24

25

```
 1                                                      106

 2        January 19, 2021

 3                            INDEX

 4

 5        WITNESS                EXAMINATION BY      PAGE

 6        John Bohen            Mr. Rickner            6
                                Ms. Huggins          100
 7                              Mr. Rickner          101

 8

 9        EXHIBIT        PAGE

10        Exhibit 1     48     Log dated July 7, 1997

11        Exhibit 2     53     Buffalo Police
                               Department Intra-
12                             Departmental
                               Correspondence dated
13                             June 9, 1997

14        Exhibit 3     59     Buffalo Police
                               Department Intra-
15                             Departmental
                               Correspondence dated
16                             July 3, 1997

17        Exhibit 4     59     Photo Spread
                               Information, Bates No.
18                             COB 986

19        Exhibit 5     59     Buffalo Police
                               Department Intra-
20                             Departmental
                               Correspondence dated
21                             June 24, 1997

22        Exhibit 6     64     Buffalo Police
                               Department Intra-
23                             Departmental
                               Correspondence dated
24                             June 25, 1997

25
```

1                                                          107

2          January 19, 2021

3                          INDEX (continued)

4

5          EXHIBIT          PAGE

6          Exhibit 7      67      Buffalo Police
                                  Department Intra-
7                                 Departmental
                                  Correspondence, Bates
8                                 No. COB 90

9          Exhibit 8      68      Buffalo Police
                                  Department Activity
10                                Report dated June 26,
                                  1997
11
           Exhibit 9      74      Photo Spread
12                                Information, Bates No.
                                  COB 948
13
           Exhibit 10     82      Buffalo Police
14                                Department Intra-
                                  Departmental
15                                Correspondence dated
                                  July 7, 1997
16
           Exhibit 11     85      Handwritten notes dated
17                                July 6, 1997

18         Exhibit 12     88      Photo-Array
                                  Identification
19                                Affidavit dated July 6,
                                  1997
20
           Exhibit 13     92      Trial testimony of
21                                Detective Bohen, Bates
                                  Nos. Epps 1022-1039
22

23

24

25

**#**

**#2370** [1] - 2:14

**'**

**'68** [1] - 14:10

**0**

**0200** [2] - 30:24, 30:25
**0900** [2] - 30:23, 30:25

**1**

**1** [8] - 46:14, 46:22, 47:25, 48:3, 48:9, 48:15, 52:3, 106:10
**1/2** [1] - 40:2
**10** [4] - 81:24, 82:4, 82:6, 107:13
**100** [2] - 51:7, 106:6
**100-714** [1] - 77:13
**10005** [1] - 2:8
**101** [1] - 106:7
**1022** [1] - 92:9
**1022-1039** [2] - 92:12, 107:21
**10279** [1] - 2:15
**1038** [1] - 92:10
**11** [5] - 40:2, 85:20, 85:23, 85:25, 107:16
**1112** [1] - 3:8
**119** [1] - 63:24
**11:22** [1] - 1:14
**12** [5] - 58:3, 88:13, 88:16, 88:17, 107:18
**123** [1] - 81:22
**13** [7] - 92:8, 92:13, 92:17, 92:25, 94:25, 95:17, 107:20
**14** [1] - 2:6
**14202-3313** [1] - 3:9
**15** [6] - 16:25, 17:6, 17:12, 17:22, 47:22, 95:11
**1600** [1] - 30:24
**1603** [1] - 2:7
**17** [1] - 57:24
**18** [1] - 18:9
**187356** [2] - 80:4, 80:9
**188001** [1] - 79:21
**19** [5] - 1:13, 5:13, 103:2, 106:2, 107:2
**1920** [1] - 72:9
**1950** [1] - 13:16
**1962** [3] - 13:16, 14:8, 14:10
**1967** [2] - 14:18, 14:19
**1968** [5] - 14:7, 14:8, 14:18,

14:23, 17:3
**1970** [2] - 9:4, 9:5
**1983** [5] - 17:3, 18:13, 18:24, 27:15, 27:20
**1996** [3] - 32:22, 33:4, 33:11
**1997** [45] - 18:9, 18:10, 18:13, 26:3, 26:16, 27:15, 28:20, 31:16, 31:20, 32:18, 33:9, 33:16, 34:13, 41:14, 48:8, 52:15, 52:16, 53:4, 59:8, 59:15, 63:25, 64:6, 64:15, 68:19, 68:21, 75:22, 82:4, 82:11, 83:14, 84:17, 85:23, 88:15, 90:15, 91:12, 96:22, 98:6, 106:10, 106:13, 106:16, 106:21, 106:24, 107:10, 107:15, 107:17, 107:19
**1:19-cv-00281-LJV** [1] - 1:6

**2**

**2** [9] - 52:13, 53:4, 53:9, 54:25, 61:7, 61:8, 62:15, 79:21, 106:11
**2019** [1] - 11:3
**202.7** [1] - 5:12
**2020** [1] - 5:13
**2021** [5] - 1:13, 103:2, 104:15, 106:2, 107:2
**21** [1] - 93:10
**212522** [1] - 79:13
**215197** [1] - 60:4
**233** [1] - 2:13
**23:30** [1] - 50:14
**24** [11] - 11:13, 11:21, 12:3, 12:10, 12:16, 12:22, 13:4, 13:9, 59:15, 93:12, 106:21
**25** [6] - 52:16, 63:25, 64:6, 64:15, 93:15, 106:24
**26** [3] - 68:18, 68:21, 107:10
**27th** [1] - 41:18
**2:07** [1] - 102:7

**3**

**3** [20] - 58:2, 58:12, 58:18, 58:20, 59:3, 59:8, 75:5, 75:12, 75:18, 75:22, 76:16, 78:12, 78:24, 79:16, 79:18, 79:25, 80:8, 106:14, 106:16
**30th** [1] - 11:3

**4**

**4** [19] - 58:5, 58:12, 58:13, 58:21, 58:23, 59:11, 60:19,

61:8, 62:24, 63:5, 64:24, 66:3, 66:17, 66:25, 67:4, 77:11, 80:17, 88:12, 106:17
**48** [1] - 106:10

**5**

**5** [10] - 58:8, 58:21, 59:15, 59:17, 63:5, 63:6, 66:9, 66:18, 66:20, 106:19
**53** [1] - 106:11
**59** [3] - 106:14, 106:17, 106:19

**6**

**6** [13] - 63:24, 64:2, 64:6, 64:8, 65:25, 83:14, 84:17, 85:22, 88:15, 106:6, 106:22, 107:17, 107:19
**6-24-97** [1] - 67:3
**6/24** [1] - 67:9
**64** [2] - 32:20, 106:22
**65** [1] - 3:7
**67** [1] - 107:6
**68** [1] - 107:9
**6th** [5] - 82:11, 93:10, 93:13, 93:18, 93:20

**7**

**7** [9] - 48:8, 67:15, 67:18, 67:23, 68:2, 82:4, 106:10, 107:6, 107:15
**7/7/1997** [1] - 46:14
**7/7/97** [4] - 45:11, 45:15, 45:23, 81:21
**74** [2] - 98:3, 107:11

**8**

**8** [8] - 27:21, 27:22, 40:2, 68:17, 68:22, 72:8, 74:9, 107:9
**82** [1] - 107:13
**85** [1] - 107:16
**88** [1] - 107:18

**9**

**9** [22] - 45:6, 52:15, 53:4, 74:22, 75:2, 75:5, 75:9, 75:14, 77:2, 77:11, 77:16, 78:2, 78:25, 79:7, 80:3, 81:13, 84:22, 85:6, 85:14, 100:24, 106:13, 107:11
**90** [4] - 67:16, 67:18, 67:23, 107:8

**911** [1] - 62:11
**92** [1] - 107:20
**948** [4] - 74:24, 75:2, 107:12
**951** [1] - 74:23
**953** [3] - 57:23, 58:20, 59:4
**958** [1] - 85:21
**97-083** [1] - 62:18
**981** [2] - 58:9, 58:21
**986** [7] - 58:4, 58:14, 58:19, 58:24, 59:11, 106:18
**9th** [2] - 52:17, 52:18

**A**

**a.m** [1] - 1:14
**able** [1] - 29:18
**about** [28] - 8:8, 12:3, 12:10, 15:2, 16:14, 16:25, 20:25, 25:8, 34:5, 43:12, 45:14, 47:24, 50:5, 54:9, 55:22, 71:5, 71:14, 72:18, 73:24, 83:13, 83:22, 90:9, 94:20, 94:21, 95:10, 96:19, 98:13, 99:3
**above** [2] - 88:23, 89:10
**absolutely** [1] - 8:10
**academy** [2] - 16:2, 18:25
**acceptable** [1] - 47:15
**access** [2] - 37:4, 54:5
**accuracy** [1] - 30:11
**accurate** [1] - 9:20
**accurately** [1] - 94:11
**acknowledge** [2] - 5:4, 5:8
**act** [1] - 89:6
**action** [1] - 105:17
**activities** [2] - 49:13, 49:23
**activity** [2] - 68:18, 68:23
**Activity** [2] - 68:21, 107:9
**actual** [4] - 47:3, 62:3, 75:15, 76:21
**actually** [25] - 7:11, 7:18, 15:9, 16:7, 24:4, 26:19, 30:14, 40:15, 40:23, 44:18, 47:6, 48:21, 51:19, 65:9, 66:22, 67:7, 76:11, 76:23, 78:20, 81:2, 81:5, 81:12, 82:12, 90:6, 99:23
**Actually** [2] - 52:23, 95:8
**additional** [2] - 17:8, 18:25
**address** [1] - 98:9
**administer** [2] - 4:12, 5:10
**administered** [1] - 5:9
**advice** [1] - 26:17
**affidavit** [1] - 88:12
**Affidavit** [3] - 88:15, 88:21, 107:19
**affidavits** [1] - 89:24
**after** [11] - 14:22, 17:5, 17:25, 38:20, 39:21, 41:2,

63:10, 63:12, 63:13, 67:10, 87:15

**afternoon** [2] - 30:17

**again** [5] - 18:19, 47:25, 59:3, 80:3, 93:4

**against** [1] - 10:11

**ago** [8] - 11:13, 11:21, 12:4, 12:10, 12:16, 12:22, 13:4, 13:9

**agree** [1] - 5:22

**AGREED** [3] - 4:4, 4:9, 4:13

**agreement** [2] - 5:18, 5:19

**agrees** [1] - 5:21

**ahead** [1] - 74:18

**alibi** [1] - 91:18

**alibis** [1] - 91:23

**alive** [1] - 50:7

**all** [21] - 4:6, 8:6, 20:7, 25:15, 30:7, 37:15, 38:7, 39:7, 45:19, 47:8, 49:4, 49:22, 52:10, 56:20, 70:2, 70:17, 82:19, 82:21, 82:25, 90:4, 98:24

**All** [2] - 7:23, 48:10

**ALL** [1] - 2:2

**along** [1] - 83:18

**also** [13] - 6:14, 7:17, 25:19, 47:7, 52:4, 56:25, 60:10, 77:16, 85:9, 91:3, 97:14, 98:16, 99:10

**alternate** [1] - 30:8

**Although** [1] - 7:24

**always** [4] - 8:2, 26:21, 36:11, 71:11

**am** [3] - 5:4, 105:16, 105:18

**AND** [4] - 1:11, 4:4, 4:9, 4:13

**Anderson** [1] - 100:9

**Andy** [1] - 26:10

**another** [4] - 19:20, 55:4, 75:10, 80:21

**answer** [12] - 6:18, 8:18, 33:23, 50:4, 56:3, 65:12, 70:18, 80:15, 82:24, 90:2, 93:5, 93:12

**answers** [1] - 9:20

**Anthony** [1] - 12:5

**ANTHONY** [1] - 1:9

**any** [50] - 4:11, 5:16, 8:21, 10:2, 14:2, 14:9, 14:20, 15:6, 15:11, 15:16, 15:18, 17:7, 17:13, 17:17, 17:20, 18:25, 19:3, 20:13, 20:14, 20:16, 20:19, 20:22, 21:4, 21:7, 22:5, 22:22, 24:11, 24:25, 27:23, 31:16, 32:15, 34:13, 34:20, 38:2, 39:20, 43:19, 44:5, 51:4, 52:6, 71:6, 71:25, 82:22, 84:14, 85:8, 91:10, 91:23, 94:15, 96:3, 100:13, 105:17

**anybody** [3] - 84:16, 91:14, 96:13

**anyone** [4] - 11:6, 33:15, 83:25, 84:8

**anything** [14] - 9:23, 10:7, 42:2, 44:12, 50:2, 82:13, 83:22, 91:22, 92:25, 94:25, 95:15, 101:3, 101:11, 101:21

**anyway** [2] - 8:11, 16:9

**apologies** [1] - 58:7

**appear** [2] - 79:17, 80:7

**APPEARANCES** [2] - 2:2, 3:2

**APPEARING** [1] - 2:2

**appears** [3] - 78:19, 85:6, 100:23

**approximately** [2] - 98:18, 101:7

**area** [2] - 71:3, 95:25

**Aronica** [3] - 12:24, 13:3, 26:12

**ARONICA** [1] - 1:11

**arrangement** [1] - 5:15

**array** [47] - 23:10, 24:4, 41:8, 59:20, 59:25, 60:16, 60:23, 62:3, 64:12, 64:16, 64:19, 64:22, 65:3, 65:7, 65:17, 66:7, 66:14, 66:19, 66:23, 67:2, 67:8, 67:11, 75:7, 75:15, 76:4, 76:20, 76:22, 76:24, 78:6, 78:9, 78:13, 78:17, 78:22, 79:2, 80:18, 80:22, 80:24, 81:8, 81:15, 83:20, 84:5, 84:20, 84:23, 85:8, 85:15, 93:12

**Array** [3] - 88:14, 88:20, 107:18

**arrays** [4] - 23:4, 23:7, 23:25, 80:12

**arrest** [2] - 60:8, 91:14

**arrested** [1] - 25:14

**assailant** [2] - 56:13, 57:11

**assaults** [1] - 28:4

**assigned** [14] - 19:25, 27:9, 27:11, 27:20, 28:15, 28:22, 29:4, 30:6, 35:23, 36:14, 38:17, 38:25, 69:16, 71:22

**assignment** [2] - 27:17, 36:3

**assistant** [2] - 22:16, 22:18

**assume** [1] - 77:22

**assuming** [1] - 77:19

**attached** [2] - 62:4, 62:6

**attention** [4] - 55:3, 55:8, 55:21, 57:9

**attorney** [9] - 6:13, 22:13, 40:13, 96:21, 96:25, 97:10, 97:13, 97:18, 97:20

**Attorney** [1] - 2:12

**attorney's** [2] - 98:6, 98:12

**Attorneys** [2] - 2:5, 3:6

**attorneys** [3] - 5:2, 22:17, 22:19

**August** [2] - 14:7, 14:23

**aunt** [7] - 42:12, 42:15, 42:18, 43:3, 43:6, 43:7, 72:19

**authorized** [1] - 4:11

**Avenue** [1] - 98:8

**avoid** [1] - 58:7

**aware** [7] - 19:2, 26:24, 39:3, 39:23, 79:5, 91:13, 91:17

**B**

**backside** [1] - 93:8

**bad** [1] - 33:16

**bar** [2] - 90:24, 90:25

**based** [7] - 29:10, 64:15, 65:25, 77:15, 78:24, 80:10, 82:25

**basic** [2] - 14:24, 16:2

**basically** [4] - 19:18, 24:23, 29:8, 61:22

**basis** [1] - 19:19

**Bates** [15] - 45:8, 57:23, 58:4, 59:10, 67:15, 67:17, 67:23, 74:25, 81:21, 85:21, 92:12, 106:17, 107:7, 107:12, 107:21

**because** [4] - 10:21, 20:8, 56:8, 85:3

**become** [2] - 56:6, 63:21

**been** [20] - 6:3, 25:7, 28:19, 32:5, 36:4, 38:19, 39:7, 43:11, 47:6, 47:11, 48:23, 51:6, 57:13, 57:17, 63:6, 71:20, 96:11, 96:14, 96:18, 101:6

**before** [12] - 1:18, 4:11, 6:10, 8:17, 9:2, 16:8, 33:7, 75:24, 92:20, 93:5, 101:20, 104:14

**beforehand** [1] - 68:24

**beginning** [2] - 27:19, 41:3

**behalf** [1] - 5:22

**being** [9] - 6:20, 7:6, 7:11, 17:25, 20:25, 35:8, 58:8, 64:12, 90:7

**believe** [19] - 6:11, 9:7, 15:3, 25:4, 32:20, 41:18, 42:11, 42:12, 49:16, 50:8, 55:24, 67:13, 72:15, 86:19, 87:18, 91:4, 93:15, 98:8, 100:15

**belonged** [1] - 70:19

**below** [1] - 32:6

**benefit** [2] - 21:22, 69:2

**besides** [16] - 10:6, 11:5, 20:11, 22:22, 44:5, 52:5, 57:4, 68:5, 72:3, 83:21, 84:7,

84:15, 94:15, 94:17, 94:23, 95:13

**better** [2] - 29:19, 69:5

**between** [8] - 4:5, 14:8, 30:21, 41:21, 41:25, 42:23, 86:4, 95:15

**biggest** [1] - 41:9

**Birchfield's** [4] - 90:17, 90:19, 91:10, 91:15

**bit** [3] - 52:11, 71:19, 86:22

**blank** [4] - 51:16, 51:18, 89:24, 99:16

**blanks** [1] - 60:24

**block** [1] - 88:23

**blocks** [1] - 98:13

**blood** [1] - 105:18

**blue** [6] - 58:22, 60:22, 61:11, 61:17, 67:5, 74:21

**board** [2] - 56:20, 56:24

**BOHAN** [1] - 1:7

**Bohen** [8] - 6:7, 8:12, 48:14, 50:21, 69:8, 92:12, 106:6, 107:21

**BOHEN** [4] - 1:17, 6:2, 104:9, 105:11

**book** [7] - 38:23, 39:6, 40:12, 51:9, 51:13, 86:17, 98:15

**books** [6] - 38:25, 39:11, 39:18, 39:21, 39:25, 86:22

**bore** [1] - 48:10

**bottom** [8] - 45:8, 49:12, 50:9, 50:17, 59:21, 76:6, 81:22, 89:9

**BPD** [1] - 75:25

**Bradley** [14] - 64:17, 65:3, 66:2, 67:11, 82:15, 83:15, 83:25, 84:17, 84:20, 84:25, 85:16, 86:11, 87:6, 87:15

**Bradley's** [1] - 86:25

**Brady** [7] - 15:19, 16:8, 17:21, 20:20, 21:8, 21:11, 21:15

**Bratos** [2] - 48:13, 50:20

**bringing** [1] - 10:11

**broadly** [1] - 96:9

**Broadway** [1] - 2:13

**brought** [3] - 55:3, 55:8, 57:8

**BUFFALO** [2] - 1:7, 3:4

**Buffalo** [38] - 3:9, 14:2, 14:5, 18:8, 27:6, 28:18, 29:24, 32:19, 33:5, 33:21, 34:16, 34:25, 36:7, 43:13, 52:13, 53:2, 59:6, 59:13, 64:4, 64:10, 67:21, 68:20, 82:2, 84:16, 88:20, 90:16, 91:11, 95:23, 95:24, 96:3, 98:4, 106:11, 106:14, 106:19, 106:22, 107:6, 107:9, 107:13

**buffalo.com** [1] - 3:11
**building** [1] - 98:8
**bureau** [5] - 23:19, 23:23, 24:9, 24:15, 25:17
**burglaries** [2] - 28:3, 28:4
**business** [1] - 28:4
**buy** [1] - 39:4
**BY** [8] - 2:9, 2:16, 3:10, 6:6, 90:14, 100:20, 101:5, 106:5

**C**

**cabinet** [5] - 24:17, 24:19, 24:21, 25:9, 76:9
**calculated** [1] - 29:10
**call** [28] - 23:21, 26:16, 31:4, 57:14, 62:11, 72:18, 96:13, 98:20
**Callari** [3] - 69:8, 69:12, 74:16
**called** [7] - 6:3, 31:7, 43:15, 50:14, 70:4, 70:23, 90:16
**calls** [2] - 62:11, 73:20
**camera** [1] - 6:19
**Can** [1] - 52:20
**can** [37] - 8:8, 8:19, 9:2, 10:3, 10:14, 10:18, 17:24, 18:18, 20:21, 22:4, 22:19, 22:25, 25:9, 33:22, 42:9, 43:7, 45:3, 45:12, 46:13, 50:3, 50:23, 55:6, 55:14, 55:22, 56:2, 59:17, 60:19, 64:8, 65:11, 65:25, 73:4, 73:7, 80:14, 87:7, 88:17, 93:5, 101:13
**can't** [4] - 6:21, 8:22, 26:14, 46:12
**canvass** [1] - 71:3
**Captain** [5] - 32:5, 36:5, 36:12, 43:23, 70:10
**car** [3] - 56:9, 57:16, 57:17
**cardboard** [1] - 60:22
**care** [1] - 47:10
**career** [1] - 16:17
**careful** [1] - 9:19
**carefully** [1] - 65:18
**carried** [3] - 51:15, 51:16, 86:21
**Carrington** [1] - 93:19
**carry** [1] - 98:16
**case** [14] - 15:22, 36:7, 36:10, 36:15, 37:15, 37:19, 70:17, 71:15, 71:22, 72:4, 72:13, 72:16, 96:22, 99:4
**cases** [4] - 19:20, 26:24, 49:14, 56:21
**catch** [2] - 36:7, 36:10
**catching** [1] - 71:14
**caught** [1] - 56:11
**caused** [1] - 65:19

**CD** [3] - 61:22, 62:9, 77:12
**certain** [4] - 20:25, 25:24, 28:8, 65:22
**CERTIFICATE** [1] - 105:2
**certify** [2] - 105:10, 105:16
**CHANGE/REASON** [1] - 103:6
**charged** [1] - 25:15
**CHARLES** [1] - 1:10
**Charles** [2] - 12:23, 26:12
**CHELLA** [1] - 1:10
**Chella** [2] - 12:12, 12:15
**CHIEF** [1] - 1:11
**Chief** [2] - 13:5, 13:8
**choice** [1] - 24:5
**circulate** [2] - 47:2, 47:13
**circulated** [1] - 56:17
**circumstances** [1] - 36:21
**CITY** [2] - 1:7, 3:4
**City** [2] - 88:20, 98:3
**claims** [1] - 10:11
**clarification** [3] - 7:4, 73:9, 94:13
**clarified** [1] - 94:9
**clarify** [2] - 16:12, 100:6
**class** [1] - 20:24
**classes** [4] - 19:3, 20:13, 20:16, 20:19
**clear** [6] - 6:15, 16:6, 27:2, 51:3, 74:8, 77:10
**clip** [1] - 60:25
**close** [1] - 90:7
**COB** [16] - 58:4, 58:9, 58:13, 59:11, 63:24, 67:16, 67:18, 67:23, 74:24, 75:2, 81:22, 85:21, 88:12, 106:18, 107:8, 107:12
**collect** [1] - 49:4
**collected** [2] - 36:25, 49:23
**collection** [1] - 23:23
**college** [1] - 13:17
**colored** [1] - 52:21
**come** [6] - 25:13, 35:2, 36:11, 76:20, 97:22, 99:15
**comes** [1] - 66:17
**coming** [1] - 62:11
**command** [1] - 32:7
**communication** [2] - 10:17, 10:21
**compare** [1] - 77:11
**comparing** [1] - 63:5
**complaint** [4] - 61:23, 62:10, 62:12, 62:22
**completely** [1] - 99:23
**composite** [1] - 56:13
**composites** [2] - 56:16, 56:21
**concern** [1] - 20:19
**concurrently** [1] - 47:10
**confused** [1] - 71:21
**confusion** [2] - 71:13,

93:23, 95:14
**connected** [1] - 51:22
**consecutive** [1] - 47:19
**consent** [1] - 5:15
**Constantino** [2] - 12:6, 12:9
**CONSTANTINO** [1] - 1:9
**contact** [1] - 13:11
**containing** [1] - 80:12
**contains** [4] - 64:19, 77:12, 78:13, 85:8
**contemporaneously** [1] - 86:10
**content** [1] - 10:3
**contents** [1] - 10:20
**CONTINUED** [1] - 90:13
**continued** [2] - 5:24, 107:3
**Continued** [1] - 3:2
**continuous** [1] - 97:4
**continuously** [1] - 18:12
**conversation** [4] - 6:23, 44:24, 51:6, 51:12
**conversations** [3] - 10:3, 34:5, 52:7
**Conwall** [5] - 32:7, 32:10, 48:19, 48:22, 70:9
**copies** [2] - 47:8, 47:14
**copy** [3] - 38:14, 46:10, 60:21
**corner** [2] - 48:15, 66:11
**CORPORATION** [1] - 3:5
**correct** [35] - 29:16, 35:22, 38:5, 41:23, 48:16, 49:2, 49:11, 50:10, 50:17, 55:4, 56:12, 61:9, 62:19, 63:18, 64:14, 67:20, 68:2, 70:11, 71:19, 72:6, 72:20, 75:6, 80:11, 80:19, 84:19, 85:7, 86:6, 86:15, 89:7, 92:2, 93:22, 94:10, 96:16, 99:21, 101:12
**correctly** [1] - 55:2
**correspond** [3] - 50:20, 60:14, 62:25
**corresponded** [2] - 43:22, 76:17
**Correspondence** [14] - 52:14, 53:3, 59:7, 59:14, 64:5, 64:12, 67:22, 82:3, 106:12, 106:15, 106:20, 106:23, 107:7, 107:15
**correspondence** [3] - 43:19, 43:24, 44:14
**corresponding** [1] - 43:23
**corresponds** [2] - 76:2, 81:7
**Cory** [28] - 10:11, 35:3, 35:9, 35:11, 41:12, 72:24, 73:6, 73:25, 74:4, 74:22, 75:7, 78:14, 79:2, 80:12, 85:9, 87:2, 87:17, 87:20,

87:23, 87:24, 88:4, 89:13, 91:18, 91:23, 91:25, 96:10, 96:13, 96:17
**CORY** [1] - 1:4
**could** [14] - 19:16, 25:7, 37:9, 40:7, 45:23, 47:22, 49:6, 52:24, 55:10, 61:4, 77:24, 90:22, 91:3, 91:4
**couldn't** [1] - 33:14
**counsel** [4] - 4:5, 5:14, 10:17, 100:12
**COUNSEL'S** [1] - 3:5
**COUNTY** [1] - 105:5
**county** [1] - 98:7
**County** [1] - 14:13
**couple** [2] - 10:5, 10:6
**COURT** [1] - 1:2
**court** [5] - 9:9, 9:14, 47:7, 69:3, 93:17
**cover** [1] - 75:10
**create** [1] - 76:19
**created** [13] - 37:12, 38:14, 59:25, 66:18, 75:6, 77:17, 78:2, 79:2, 80:13, 80:19, 80:24, 81:8, 82:7
**creating** [1] - 63:8
**crime** [2] - 25:15, 40:24
**crimes** [2] - 28:6, 28:11
**criminal** [4] - 15:21, 21:22, 22:12, 89:6
**cross** [1] - 9:15
**cross-examined** [1] - 9:15
**Cuomo** [1] - 5:12
**curiosity** [1] - 50:6
**curious** [1] - 81:12
**current** [1] - 56:21
**currently** [1] - 64:23
**cursive** [1] - 86:5
**cut** [1] - 46:10

**D**

**DA's** [1] - 45:10
**daily** [1] - 19:19
**dance** [1] - 91:6
**danced** [1] - 91:8
**dancing** [1] - 91:5
**dark** [1] - 102:4
**date** [19] - 10:15, 10:18, 10:22, 10:25, 25:2, 41:16, 66:10, 66:13, 67:8, 80:18, 80:22, 80:23, 80:24, 81:7, 81:14, 81:21, 82:15, 94:21, 94:23
**date-wise** [1] - 94:21
**dated** [23] - 45:23, 48:8, 52:14, 53:3, 59:7, 59:14, 63:24, 64:5, 68:18, 68:21, 75:22, 82:3, 85:22, 88:15, 106:10, 106:12, 106:15,

106:20, 106:23, 107:10,
107:15, 107:16, 107:19
**dates** [1] - 15:17
**day** [12] - 30:2, 30:15,
30:16, 30:21, 30:23, 38:20,
49:5, 49:22, 69:13, 83:22,
90:10, 104:14
**days** [1] - 49:7
**death** [1] - 42:23
**December** [1] - 18:9
**deem** [1] - 46:22
**defendant** [3] - 5:23, 15:22,
21:22
**defendants** [1] - 3:6
**Defendants** [1] - 1:12
**defense** [1] - 22:13
**degree** [1] - 13:23
**Delaware** [1] - 98:8
**demarcated** [1] - 30:21
**DEPARTMENT** [1] - 3:4
**department** [6] - 14:2,
14:23, 29:12, 35:13, 39:2,
70:12
**Department** [25] - 14:6,
14:13, 18:8, 27:7, 34:17,
35:2, 43:14, 52:13, 53:2,
59:6, 59:13, 64:4, 64:11,
67:21, 68:20, 82:2, 88:19,
91:12, 106:11, 106:14,
106:19, 106:22, 107:6,
107:9, 107:14
**Departmental** [14] - 52:14,
53:3, 59:7, 59:14, 64:5,
64:11, 67:22, 82:3, 106:12,
106:15, 106:20, 106:23,
107:7, 107:14
**departmental** [1] - 43:18
**departments** [1] - 14:3
**depending** [1] - 49:25
**deposition** [20] - 1:16, 4:10,
4:15, 5:3, 5:5, 5:6, 6:10,
8:25, 9:6, 9:24, 10:8, 46:20,
46:25, 47:20, 47:21, 47:22,
48:2, 92:16, 105:12, 105:13
**depositions** [1] - 47:12
**describe** [1] - 19:16
**describes** [1] - 94:11
**designation** [1] - 69:21
**desk** [3] - 62:10, 62:13,
62:22
**DETECTIVE** [6] - 1:7, 1:7,
1:8, 1:8, 1:9, 1:10
**Detective** [34] - 11:8, 11:12,
11:16, 11:20, 11:22, 12:2,
12:5, 12:9, 12:11, 12:15,
12:17, 12:21, 12:23, 13:3,
26:9, 26:10, 26:11, 26:12,
48:14, 69:7, 69:8, 69:12,
69:22, 74:16, 83:19, 84:7,
84:15, 88:3, 92:11, 100:23,
101:6, 107:21

**detective** [41] - 18:6, 18:12,
18:15, 18:24, 19:4, 19:13,
19:20, 19:24, 20:7, 20:12,
20:14, 20:23, 21:2, 22:3,
22:7, 23:3, 27:6, 27:17,
27:23, 28:12, 30:13, 31:12,
31:17, 32:9, 35:19, 37:18,
38:23, 43:19, 46:4, 48:11,
53:9, 67:25, 69:25, 70:4,
71:4, 72:5, 75:4, 88:18,
90:15, 95:7, 100:21
**detective's** [1] - 75:10
**detectives** [16] - 23:8,
25:25, 26:3, 28:10, 29:23,
31:20, 31:25, 32:12, 53:21,
57:3, 57:5, 71:2, 71:16,
99:22, 100:2, 100:6
**did** [116] - 7:5, 8:3, 9:23,
10:7, 10:10, 13:14, 13:17,
13:24, 14:2, 14:5, 14:8,
14:10, 14:15, 14:19, 14:23,
15:2, 15:5, 15:11, 15:16,
15:18, 16:22, 17:7, 17:13,
17:17, 17:20, 18:7, 18:16,
18:24, 19:3, 19:6, 20:3,
20:13, 20:16, 20:19, 20:22,
21:4, 21:25, 22:9, 22:15,
22:22, 23:6, 24:25, 25:12,
27:4, 27:16, 27:22, 28:17,
29:5, 35:2, 35:9, 35:12,
35:15, 35:18, 35:19, 36:2,
37:13, 37:18, 38:10, 38:12,
38:23, 39:4, 39:10, 39:13,
39:18, 40:23, 42:2, 43:2,
43:4, 46:3, 46:4, 46:15, 49:5,
53:13, 53:14, 53:22, 54:5,
56:6, 56:23, 56:24, 58:11,
65:8, 67:11, 67:13, 68:5,
69:15, 71:15, 73:2, 73:5,
73:23, 74:3, 78:10, 84:7,
84:15, 86:9, 87:5, 87:16,
87:18, 87:24, 88:3, 91:10,
91:14, 91:22, 92:16, 92:18,
92:19, 92:23, 92:25, 93:11,
95:15, 96:8, 96:10, 96:13,
97:7, 98:20, 100:2
**Do** [2] - 8:21, 32:24
**document** [17] - 43:15,
45:6, 46:11, 47:21, 48:21,
49:12, 53:13, 55:7, 64:15,
68:3, 68:5, 76:16, 76:21,
81:7, 82:22, 83:13, 85:25
**documents** [21] - 36:24,
37:5, 37:9, 37:13, 38:7, 44:6,
47:8, 49:9, 49:20, 49:22,
52:6, 57:22, 57:23, 77:16,
82:14, 82:18, 83:7, 83:17,
97:14, 97:19, 97:23
**does** [13] - 7:10, 42:21,
45:7, 49:4, 59:24, 60:6,
60:14, 66:13, 67:7, 74:11,
77:3, 79:17, 80:7
**doesn't** [4] - 45:9, 50:25,
75:9, 79:19
**doing** [6] - 19:23, 41:4,
41:8, 43:20, 47:6, 65:20
**don't** [43] - 7:9, 7:15, 7:16,
7:17, 7:21, 9:7, 10:14, 10:20,

**discovered** [1] - 97:2
**discovery** [1] - 45:19
**discrepancies** [1] - 80:10
**discussed** [13] - 11:6, 51:9,
51:25, 68:24, 71:21, 73:19,
75:24, 77:2, 94:17, 94:21,
95:14, 98:15, 99:13
**discussion** [6] - 18:20,
50:11, 58:10, 73:24, 90:11,
102:6
**Discussion** [2] - 58:17,
59:5
**district** [11] - 22:16, 22:18,
40:13, 96:21, 96:25, 97:9,
97:13, 97:18, 97:20, 98:5,
98:11
**DISTRICT** [2] - 1:2, 1:2
**divided** [1] - 30:3
**do** [87] - 6:25, 7:24, 8:2,
8:13, 8:19, 9:23, 10:7, 11:4,
11:8, 11:10, 11:16, 11:22,
11:24, 12:5, 12:7, 12:11,
12:13, 12:17, 12:19, 12:23,
12:25, 13:5, 13:6, 21:12,
21:15, 21:19, 24:15, 25:19,
25:22, 26:15, 26:18, 33:15,
36:7, 38:13, 39:16, 39:17,
41:16, 41:25, 42:17, 45:12,
46:17, 47:9, 47:19, 48:5,
50:6, 51:3, 51:19, 51:21,
53:18, 58:9, 60:12, 63:9,
63:14, 65:2, 69:9, 72:11,
74:15, 77:7, 78:5, 78:8,
79:22, 79:25, 80:5, 82:12,
83:2, 83:13, 83:21, 83:24,
84:4, 84:22, 85:13, 90:21,
91:22, 92:14, 94:15, 94:24,
95:9, 95:19, 95:22, 96:3,
96:6, 97:17, 100:12, 100:21,
101:21, 105:9

**discovered** ...

**Donald** [11] - 55:13, 55:15,
55:24, 56:6, 57:9, 60:3, 60:7,
63:4, 64:19, 67:12, 68:3
**done** [1] - 63:8
**down** [9] - 36:18, 37:14,
42:6, 46:7, 55:19, 61:4,
71:11, 73:23, 76:15
**draft** [1] - 54:8
**drafted** [1] - 53:12
**dressed** [1] - 8:11
**drink** [1] - 90:22
**driving** [1] - 56:10
**duly** [2] - 6:3, 105:13
**during** [11] - 15:5, 17:6,
17:12, 20:12, 34:16, 34:25,
35:18, 46:4, 63:20, 91:19,
97:11
**duties** [1] - 27:23
**duty** [1] - 46:4

**E**

**early** [2] - 28:19, 31:6
**earn** [1] - 13:23
**easier** [1] - 32:17
**edge** [1] - 51:23
**efficient** [1] - 47:4
**eight** [2] - 40:5, 98:17
**eight-by-three** [1] - 98:17
**either** [2] - 17:14, 51:14
**else** [11] - 10:8, 11:6, 20:5,
50:2, 81:13, 83:22, 84:8,
84:16, 94:25, 95:16, 101:21
**elsewhere** [1] - 81:6
**email** [1] - 45:17
**enacted** [1] - 16:8
**end** [2] - 46:24, 47:9
**enforcement** [3] - 14:9,
14:20, 34:14
**enough** [5] - 6:24, 11:15,
17:11, 53:23, 53:24
**entries** [1] - 49:17
**entry** [5] - 50:10, 50:23,
72:9, 72:17, 74:9
**EPPS** [1] - 1:4
**Epps** [34] - 10:11, 35:3,
35:6, 35:7, 35:9, 35:12,
41:12, 41:23, 42:25, 72:24,
73:6, 73:25, 74:4, 75:7,
78:14, 79:3, 80:12, 85:9,
87:2, 87:17, 87:20, 87:24,
87:25, 88:4, 89:13, 91:18,

91:23, 91:25, 92:9, 92:12, 96:11, 96:14, 96:18, 107:21
**Epps's** [1] - 74:22
**Erie** [1] - 14:13
**ERRATA** [1] - 103:4
**establishment** [1] - 90:16
**estimate** [1] - 25:10
**even** [2] - 6:19, 8:14
**evening** [1] - 30:18
**events** [1] - 83:4
**eventually** [1] - 63:20
**ever** [17] - 6:9, 9:5, 9:15, 20:13, 34:17, 35:2, 47:24, 73:2, 73:5, 73:23, 74:3, 79:5, 87:20, 87:24, 88:3, 91:14, 100:8
**every** [3] - 6:18, 49:21, 63:19
**everybody** [1] - 102:3
**everyone** [2] - 18:18, 70:19
**everything** [1] - 97:10
**evidence** [8] - 17:22, 20:20, 21:20, 22:2, 22:6, 22:11, 22:20, 22:24
**exactly** [3] - 8:15, 10:15, 39:17
**EXAMINATION** [5] - 6:5, 90:13, 100:19, 101:4, 106:5
**examined** [1] - 9:15
**example** [5] - 25:5, 31:6, 37:7, 53:10, 56:22
**except** [1] - 4:6
**exculpatory** [9] - 15:20, 17:22, 20:20, 21:21, 22:2, 22:6, 22:10, 22:20, 22:24
**excuse** [1] - 93:18
**Excuse** [1] - 81:9
**Executive** [1] - 5:11
**Exhibit** [109] - 46:14, 46:22, 47:25, 48:3, 48:9, 48:15, 52:3, 52:13, 53:4, 53:9, 54:25, 58:2, 58:5, 58:8, 58:12, 58:13, 58:21, 58:23, 59:3, 59:8, 59:11, 59:15, 59:17, 60:19, 61:7, 61:8, 62:15, 62:24, 63:5, 63:24, 64:2, 64:6, 64:8, 64:24, 65:25, 66:3, 66:9, 66:17, 66:18, 66:20, 66:25, 67:4, 67:15, 67:18, 67:23, 68:2, 68:17, 68:22, 72:8, 74:9, 74:22, 75:2, 75:5, 75:9, 75:12, 75:14, 75:18, 76:16, 77:2, 77:11, 77:16, 78:2, 78:12, 78:24, 78:25, 79:7, 79:16, 79:18, 79:25, 80:3, 80:8, 80:17, 81:13, 81:24, 82:4, 82:6, 84:22, 85:6, 85:14, 85:20, 85:23, 85:25, 88:13, 88:16, 88:17, 92:8, 92:13, 92:17, 92:25, 94:25,

95:17, 100:24, 106:10, 106:11, 106:14, 106:17, 106:19, 106:22, 107:6, 107:9, 107:11, 107:13, 107:16, 107:18, 107:20
**EXHIBIT** [2] - 106:9, 107:5
**exhibit** [3] - 46:21, 47:3, 82:19
**exhibits** [3] - 82:19, 82:22, 82:25
**exonerated** [1] - 96:18
**eye** [1] - 56:11

## F

**fact** [4] - 10:14, 49:16, 64:22, 91:17
**fair** [33] - 9:8, 9:18, 11:15, 13:10, 13:22, 16:18, 17:2, 17:11, 23:22, 25:18, 28:8, 28:21, 29:14, 32:9, 33:19, 33:25, 34:8, 35:11, 40:20, 41:13, 50:19, 54:2, 70:20, 73:21, 75:18, 78:12, 79:9, 83:6, 88:7, 88:22, 95:10, 101:8, 101:14
**fairly** [1] - 56:17
**Faison** [10] - 55:13, 55:15, 55:24, 56:6, 57:9, 60:7, 63:4, 64:20, 67:12, 68:3
**Faison's** [1] - 60:3
**false** [1] - 34:21
**family** [1] - 84:5
**far** [4] - 38:15, 43:7, 75:12, 98:11
**fashion** [1] - 24:22
**felonies** [1] - 28:9
**felt** [1] - 46:17
**few** [1] - 90:5
**field** [2] - 54:5, 54:12
**file** [10] - 37:22, 38:8, 38:14, 45:10, 57:25, 62:16, 62:18, 63:17, 63:21, 97:23
**files** [3] - 38:10, 49:24, 49:25
**filing** [1] - 4:14
**fill** [3] - 60:25, 66:22, 99:23
**filled** [1] - 88:24
**filler** [2] - 24:14, 60:16
**fillers** [8] - 24:6, 76:6, 76:10, 76:17, 78:16, 85:13, 85:14
**final** [1] - 29:11
**find** [3] - 16:10, 24:13, 73:5
**fine** [5] - 7:13, 7:21, 8:6, 46:25, 87:14
**finish** [1] - 94:22
**finished** [4] - 8:17, 37:16, 63:13, 90:7
**first** [12] - 10:10, 41:4,

47:21, 55:15, 58:16, 66:17, 66:19, 77:8, 79:12, 93:8, 96:17, 100:11
**fit** [1] - 40:7
**five** [4] - 26:17, 49:17, 60:11, 87:3
**floor** [4] - 23:20, 24:9, 91:6, 98:4
**focused** [1] - 28:12
**folded** [1] - 61:19
**folders** [1] - 61:17
**follow** [2] - 19:21, 19:25
**following** [3] - 19:12, 40:10, 86:25
**follows** [1] - 6:4
**food** [1] - 91:3
**form** [14] - 4:7, 7:25, 19:14, 21:10, 27:12, 29:20, 30:10, 31:14, 33:22, 36:17, 44:11, 50:3, 56:2, 57:19, 65:11, 73:8, 80:14, 89:25
**formal** [3] - 20:23, 36:15, 69:20
**formally** [1] - 46:24
**forms** [2] - 45:17, 52:2
**forth** [2] - 94:12, 105:12
**forward** [1] - 71:6
**forwarded** [1] - 55:20
**found** [1] - 76:12
**four** [5] - 15:3, 16:5, 16:14, 50:16, 52:5
**fourth** [2] - 23:20, 24:9
**frame** [1] - 16:12
**Franklin** [1] - 98:3
**frap** [1] - 74:6
**FRAP** [1] - 74:6
**friend** [4] - 42:13, 42:14, 42:15, 42:16
**from** [27] - 10:17, 17:3, 18:7, 18:13, 20:11, 21:23, 25:13, 25:14, 27:15, 30:25, 36:11, 41:3, 43:19, 43:21, 48:25, 50:23, 55:6, 60:7, 60:9, 62:21, 69:7, 72:18, 74:9, 84:16, 86:16, 96:11, 96:14
**front** [5] - 45:20, 61:21, 77:3, 82:20, 83:2
**full** [6] - 8:22, 39:6, 39:21, 40:2, 84:13, 99:14
**full-size** [1] - 40:2
**further** [4] - 5:8, 101:3, 101:19, 105:16
**FURTHER** [2] - 4:9, 4:13

## G

**GARBER** [4] - 2:11, 2:16, 101:24, 102:3
**gathered** [1] - 46:6

**gave** [2] - 39:15, 97:19
**general** [2] - 65:6, 95:25
**generally** [1] - 16:3
**generated** [2] - 44:7, 56:14
**gestures** [1] - 6:22
**get** [18] - 6:15, 15:17, 17:7, 17:13, 17:17, 17:20, 18:16, 29:5, 31:7, 36:16, 36:17, 44:18, 44:22, 52:21, 61:15, 91:3, 99:14
**getting** [3] - 21:23, 72:18, 90:6
**Giardina** [2] - 11:23, 12:2
**GIARDINA** [1] - 1:9
**give** [7] - 8:22, 9:20, 22:11, 22:19, 47:14, 52:20, 100:16
**given** [6] - 7:10, 32:15, 62:12, 97:23, 101:11, 105:14
**giving** [1] - 46:18
**glasses** [2] - 65:14
**Glenn** [1] - 101:21
**GLENN** [2] - 2:11, 2:16
**glue** [1] - 61:14
**go** [29] - 6:12, 6:21, 13:17, 14:12, 14:23, 18:24, 19:19, 20:22, 20:24, 23:18, 24:16, 27:19, 34:2, 35:5, 37:9, 37:15, 40:23, 45:4, 47:12, 52:10, 52:24, 53:23, 53:24, 54:9, 84:8, 84:16, 90:5, 90:8, 98:14
**going** [30] - 7:14, 7:20, 8:16, 10:2, 16:15, 26:24, 34:4, 34:10, 38:16, 39:24, 47:19, 47:23, 48:2, 48:18, 51:8, 52:10, 52:21, 54:25, 58:2, 58:18, 62:14, 62:24, 66:9, 71:6, 72:8, 72:17, 75:4, 82:11, 83:18, 87:13
**gone** [1] - 16:7
**good** [3] - 87:13, 101:23, 101:24
**got** [19] - 14:12, 17:9, 24:18, 25:14, 29:7, 31:22, 44:15, 46:8, 46:10, 54:13, 61:6, 61:16, 62:8, 68:3, 68:12, 70:23, 83:25, 85:21, 88:12
**gotcha** [1] - 68:15
**Governor** [1] - 5:12
**graduate** [1] - 13:14
**grand** [3] - 9:11, 9:15, 28:6
**Great** [1] - 48:7
**ground** [1] - 6:13
**guard** [1] - 14:14
**guess** [3] - 57:7, 92:8, 100:11
**guy** [1] - 68:10

## H

**had** [31] - 6:9, 8:25, 9:5, 19:20, 20:6, 22:9, 23:23, 34:13, 37:19, 39:7, 44:13, 50:11, 52:7, 53:24, 53:25, 54:4, 60:6, 63:10, 70:24, 73:20, 87:17, 87:20, 89:17, 91:18, 91:23, 96:11, 96:14, 96:18, 97:7, 97:10, 98:17
**half** [2] - 49:12, 61:19
**hand** [2] - 48:15, 66:10
**handed** [2] - 48:22, 49:24
**handle** [1] - 26:25
**handled** [1] - 97:17
**hands** [1] - 70:13
**handwriting** [2] - 86:2, 89:2
**handwritten** [6] - 52:2, 67:15, 85:19, 85:22, 89:12
**Handwritten** [1] - 107:16
**Hang** [2] - 7:3, 52:18
**happened** [1] - 57:16
**happening** [1] - 88:8
**has** [9] - 47:7, 57:23, 58:3, 59:22, 74:21, 75:10, 75:19, 76:6, 77:5
**head** [1] - 31:22
**headquarters** [1] - 23:20
**hear** [3] - 18:19, 20:25, 33:14
**heard** [4] - 21:17, 87:20, 96:18, 100:8
**hello** [1] - 102:3
**HEREBY** [1] - 4:4
**hereby** [1] - 105:10
**hereinbefore** [1] - 105:12
**hereto** [1] - 4:6
**herself** [1] - 42:16
**high** [2] - 13:14, 13:16
**highway** [1] - 40:21
**hold** [1] - 54:16
**home** [1] - 66:5
**homicide** [44] - 26:23, 27:11, 28:15, 28:18, 28:22, 28:25, 29:5, 29:17, 29:23, 30:12, 31:5, 31:10, 31:12, 31:17, 31:18, 31:20, 32:2, 34:4, 34:6, 34:9, 35:24, 36:23, 36:24, 36:25, 38:8, 38:21, 40:10, 42:7, 44:2, 44:7, 53:16, 53:17, 55:20, 56:18, 69:24, 70:6, 70:14, 70:24, 72:14, 77:18, 78:3, 97:2, 97:25, 98:23
**Homicide** [1] - 43:14
**homicides** [7] - 32:16, 32:18, 32:22, 33:4, 33:17, 33:21, 34:2
**honestly** [1] - 81:12
**hopefully** [2] - 16:17, 18:22

**hours** [5] - 10:5, 10:6, 30:23, 72:10, 101:7
**house** [3] - 28:3, 83:18, 84:2
**how** [33] - 10:4, 15:2, 16:24, 19:4, 20:3, 22:15, 23:3, 23:6, 25:8, 25:19, 26:18, 30:11, 31:20, 32:15, 32:18, 32:21, 33:4, 33:8, 33:11, 36:2, 42:25, 43:4, 48:5, 53:18, 54:9, 56:6, 57:9, 61:17, 70:6, 73:5, 74:3, 98:11
**HUGGINS** [67] - 3:10, 5:22, 7:3, 7:9, 7:16, 7:23, 8:4, 8:7, 10:16, 10:23, 15:25, 16:11, 19:14, 21:10, 27:12, 29:20, 30:10, 31:14, 32:25, 33:6, 33:10, 33:13, 33:22, 39:17, 45:7, 45:16, 46:19, 47:15, 48:5, 50:3, 52:16, 52:18, 56:2, 57:19, 58:11, 58:15, 58:18, 58:23, 59:2, 64:2, 65:11, 67:17, 69:2, 70:16, 71:12, 73:8, 73:12, 74:23, 77:21, 77:24, 80:14, 81:23, 82:17, 82:24, 83:16, 84:10, 87:7, 87:10, 87:14, 89:25, 90:8, 92:19, 93:3, 95:5, 100:15, 100:20, 101:2
**Huggins** [2] - 11:5, 106:6
**hums** [1] - 69:3
**hundreds** [1] - 25:11
**hung** [1] - 56:22

## I

**ID** [2] - 23:19, 74:21
**idea** [1] - 56:4
**identical** [3] - 45:14, 47:7, 86:14
**Identification** [3] - 88:14, 88:21, 107:18
**identification** [24] - 23:19, 23:23, 24:9, 24:15, 25:17, 35:7, 41:22, 42:24, 48:9, 53:5, 59:9, 59:12, 59:16, 64:7, 67:24, 68:22, 75:3, 82:5, 85:24, 87:2, 87:16, 88:5, 88:16, 92:13
**identified** [6] - 76:3, 87:6, 87:17, 89:17, 89:23, 94:24
**identify** [4] - 45:24, 60:19, 64:8, 88:17
**identifying** [1] - 87:23
**immediate** [1] - 31:25
**implicated** [1] - 35:8
**in-person** [1] - 25:19
**inaccurate** [6] - 34:21, 93:2, 94:5, 94:8, 95:2, 95:16
**inches** [2] - 40:5
**incident** [1] - 95:13

**include** [1] - 20:17
**including** [1] - 32:9
**increase** [1] - 29:5
**independent** [6] - 82:13, 83:3, 83:16, 84:11, 100:22
**INDEX** [2] - 106:3, 107:3
**index** [1] - 37:12
**indicate** [5] - 5:18, 59:24, 60:6, 66:13, 69:11
**indication** [1] - 81:14
**individual** [2] - 57:17, 76:11
**individually** [1] - 49:8
**individuals** [2] - 25:24, 49:2
**info** [1] - 68:9
**Information** [4] - 59:10, 74:25, 106:17, 107:12
**information** [13] - 25:2, 25:16, 42:6, 43:25, 44:13, 46:5, 54:10, 55:19, 70:3, 71:5, 71:9, 84:14, 99:3
**informed** [1] - 36:20
**initials** [2] - 50:16, 50:20
**inside** [3] - 10:24, 36:25, 56:17
**insist** [1] - 7:14
**instances** [3] - 44:21, 89:21, 94:16
**instructing** [1] - 19:12
**instruction** [3] - 15:6, 20:17, 22:23
**intend** [1] - 46:16
**interest** [4] - 23:17, 55:12, 56:5, 56:7
**interested** [1] - 105:19
**interrogation** [1] - 17:18
**interview** [7] - 73:2, 73:10, 73:14, 73:15, 82:14, 83:14, 86:10
**Intra** [14] - 52:14, 53:3, 59:7, 59:14, 64:5, 64:11, 67:22, 82:3, 106:11, 106:14, 106:19, 106:22, 107:6, 107:14
**Intra-Departmental** [8] - 52:14, 53:3, 59:7, 59:14, 64:5, 64:11, 67:22, 82:3
**investigate** [2] - 74:3, 91:23
**investigated** [2] - 28:3, 28:10, 70:6
**investigating** [1] - 36:23
**investigation** [14] - 38:18, 40:11, 40:13, 41:6, 42:3, 43:20, 44:2, 44:8, 55:16, 63:20, 71:7, 97:5, 97:11, 97:15
**investigations** [1] - 70:14
**involve** [3] - 21:4, 21:7, 49:17
**involved** [1] - 55:25
**involving** [2] - 41:22, 42:25
**IS** [3] - 4:4, 4:9, 4:13

**issued** [1] - 5:12
**issues** [1] - 20:25
**IT** [3] - 4:4, 4:9, 4:13
**itself** [3] - 66:23, 70:25, 71:5

## J

**Jackie** [1] - 82:15
**Jacqueline** [13] - 64:16, 65:3, 66:2, 67:10, 83:14, 83:25, 84:17, 84:20, 84:24, 85:16, 86:11, 87:5, 87:15
**jail** [1] - 14:13
**James** [1] - 11:22
**JAMES** [1] - 1:9
**January** [4] - 1:13, 103:2, 106:2, 107:2
**job** [3] - 19:6, 19:9, 20:3
**jobs** [3] - 14:9, 14:20, 34:13
**JOHN** [5] - 1:7, 1:16, 6:2, 104:9, 105:11
**John** [2] - 68:9, 106:6
**join** [1] - 14:5
**joined** [1] - 14:22
**joining** [1] - 13:25
**JOSEPH** [2] - 1:11, 105:23
**Joseph** [7] - 1:18, 13:5, 32:6, 32:10, 36:5, 43:23, 105:7
**jostled** [1] - 61:15
**Juan** [2] - 26:10, 77:9
**July** [19] - 41:14, 48:8, 59:8, 75:22, 82:4, 82:11, 83:14, 84:17, 85:22, 88:15, 93:13, 93:19, 93:25, 95:15, 106:10, 106:16, 107:15, 107:17, 107:19
**jump** [1] - 8:18
**June** [17] - 52:15, 52:16, 53:4, 59:15, 63:25, 64:6, 64:15, 68:18, 68:21, 93:10, 93:18, 93:24, 95:15, 106:13, 106:21, 106:24, 107:10
**jury** [2] - 9:11, 9:15

## K

**keep** [3] - 54:23, 98:24, 99:3
**keeping** [1] - 38:7
**kept** [5] - 13:11, 24:17, 24:20, 44:2, 51:25
**kind** [7] - 19:21, 20:14, 24:25, 44:6, 56:11, 70:2, 89:19
**knew** [5] - 33:5, 67:12, 73:6, 87:24, 88:4
**know** [73] - 8:15, 10:14, 10:20, 11:4, 11:8, 11:16,

11:22, 12:5, 12:11, 12:17, 12:23, 13:5, 17:10, 19:18, 19:22, 20:8, 21:12, 21:15, 25:23, 26:20, 32:21, 34:9, 35:3, 35:5, 35:9, 35:15, 35:18, 35:20, 36:6, 36:8, 36:20, 38:13, 38:15, 39:16, 39:17, 41:7, 45:11, 46:5, 47:9, 47:17, 49:21, 50:7, 51:2, 51:15, 54:12, 54:14, 55:9, 57:2, 57:14, 57:15, 58:6, 61:4, 61:22, 66:15, 68:7, 70:3, 71:8, 71:10, 74:7, 77:16, 78:5, 84:22, 85:13, 86:20, 88:6, 89:5, 89:18, 91:7, 94:2, 97:17, 98:9, 101:20
**knowledge** [4] - 33:20, 35:13, 35:14, 94:5
**known** [2] - 57:10, 74:4

**L**

**Lanc** [6] - 37:25, 38:6, 39:15, 50:7, 54:24, 97:24
**larcenies** [4] - 28:5, 28:6
**large** [2] - 40:7, 63:17
**last** [11] - 11:11, 11:19, 11:25, 12:8, 12:14, 12:20, 13:2, 13:7, 33:2, 57:19, 95:6
**later** [2] - 16:10, 35:6
**LAW** [1] - 3:4
**law** [3] - 14:9, 14:20, 34:13
**lawsuit** [2] - 11:6, 96:19
**lead** [4] - 19:21, 69:25, 70:4, 72:5
**leaf** [1] - 51:22
**learn** [2] - 22:15, 23:6
**learned** [5] - 19:4, 23:3, 25:19, 96:17, 97:10
**learning** [2] - 20:8, 20:11
**least** [2] - 8:7, 13:21
**leave** [3] - 39:13, 89:24, 99:10
**led** [1] - 94:12
**left** [3] - 39:14, 48:15, 89:23
**left-hand** [1] - 48:15
**less** [3] - 13:20, 26:25, 28:22
**letter** [2] - 10:24, 11:2
**letting** [1] - 65:10
**level** [2] - 16:2, 16:20
**lieu** [1] - 5:9
**Lieutenant** [4] - 32:7, 48:18, 48:22, 70:9
**lighting** [1] - 65:15
**Linda** [9] - 42:20, 50:12, 50:24, 51:4, 72:19, 73:2, 73:20, 73:23, 74:16
**line** [2] - 16:20, 89:9

**line-level** [1] - 16:20
**lineup** [14] - 15:6, 15:8, 17:14, 20:17, 21:5, 26:5, 26:15, 26:20, 27:3, 44:10, 63:9, 63:19, 91:25, 92:5
**lineups** [3] - 15:12, 25:19, 26:25
**list** [3] - 60:10, 61:25, 79:10
**listed** [3] - 26:17, 32:8, 85:10
**listen** [1] - 19:22
**lists** [1] - 50:16
**little** [6] - 25:20, 25:21, 43:12, 61:10, 74:18
**live** [2] - 95:22, 95:24
**local** [1] - 96:6
**located** [2] - 53:16, 98:2
**location** [1] - 80:21
**Log** [1] - 106:10
**log** [4] - 45:22, 45:25, 46:14, 48:8
**long** [6] - 8:14, 10:4, 15:2, 16:24, 20:3, 40:5
**look** [24] - 7:11, 10:14, 10:24, 37:8, 37:10, 45:13, 58:15, 59:17, 60:18, 61:7, 61:8, 62:15, 65:18, 65:23, 77:14, 79:6, 79:15, 79:20, 79:24, 92:19, 93:4, 94:18, 95:3, 100:16
**looked** [2] - 57:10, 72:23
**looking** [16] - 24:13, 49:11, 50:9, 55:6, 57:2, 57:11, 66:25, 72:9, 75:5, 75:8, 75:18, 76:25, 78:11, 78:23, 84:22, 92:24
**looks** [3] - 11:3, 60:21, 75:12
**loose** [6] - 24:20, 24:24, 51:22, 61:10, 61:12, 98:16

**M**

**m.huggins@city** [1] - 3:11
**m.huggins@city-buffalo.com** [1] - 3:11
**made** [5] - 24:5, 55:23, 66:14, 79:5, 87:15
**Maeve** [4] - 9:25, 10:7, 11:5, 45:6
**MAEVE** [1] - 3:10
**mail** [1] - 10:13
**make** [13] - 6:15, 8:13, 16:17, 23:3, 23:6, 23:10, 24:3, 32:16, 40:16, 51:12, 57:24, 65:15, 87:10
**makeup** [1] - 56:9
**making** [2] - 34:21, 66:21
**manner** [1] - 5:16
**many** [14] - 25:8, 30:11,

31:20, 32:15, 32:18, 32:21, 33:4, 33:8, 33:11, 42:25, 43:4, 53:18, 53:20, 61:17
**March** [1] - 5:13
**march** [1] - 16:16
**Marilyn** [6] - 37:25, 38:6, 39:15, 50:7, 54:24, 97:24
**mark** [16] - 46:13, 46:23, 47:11, 52:12, 57:21, 58:5, 63:23, 67:14, 68:16, 74:20, 81:20, 85:19, 85:20, 88:11, 88:13, 92:7
**MARK** [1] - 1:8
**Mark** [2] - 11:16, 26:11
**marked** [17] - 45:5, 48:9, 53:4, 57:25, 58:6, 59:8, 59:11, 59:15, 64:6, 64:23, 67:23, 68:22, 75:2, 82:4, 85:23, 88:15, 92:12
**marking** [2] - 47:23, 48:3
**marriage** [1] - 105:18
**Marty** [3] - 68:11, 68:12, 68:13
**Mary** [1] - 68:10
**MASSECHIA** [1] - 1:10
**Massechia** [3] - 12:18, 12:21, 26:13
**material** [4] - 15:19, 15:20, 21:8, 21:15
**materials** [1] - 20:20
**matter** [2] - 82:23, 105:19
**matters** [1] - 16:10
**may** [10] - 4:10, 8:15, 16:7, 21:21, 21:22, 28:11, 61:12, 74:4, 81:16, 90:2
**May** [3] - 11:3, 41:18
**maybe** [12] - 6:13, 15:3, 20:23, 26:11, 31:23, 38:20, 40:5, 46:24, 56:9, 71:20, 81:14, 86:13
**me** [34] - 8:19, 9:2, 10:4, 10:18, 10:19, 14:17, 15:17, 18:18, 18:19, 21:14, 22:19, 42:9, 43:19, 44:15, 50:23, 52:20, 55:6, 55:14, 55:22, 58:15, 59:18, 66:2, 66:15, 70:21, 75:14, 77:14, 81:9, 93:18, 94:18, 94:22, 95:3, 100:16, 104:14, 105:13
**mean** [17] - 15:7, 25:22, 25:23, 26:7, 36:8, 49:21, 51:5, 51:19, 51:21, 57:4, 63:10, 67:7, 70:18, 71:15, 80:23, 90:21, 91:6
**meaning** [12] - 15:12, 15:19, 19:11, 21:21, 37:13, 39:7, 47:20, 65:8, 66:18, 69:15, 69:21, 77:12
**Means** [28] - 35:9, 35:24, 38:17, 40:19, 41:5, 41:17, 41:21, 42:3, 42:14, 42:16,

42:24, 43:5, 49:17, 50:12, 50:24, 51:4, 56:14, 57:12, 69:24, 72:14, 72:19, 73:3, 73:20, 73:24, 74:16, 77:17, 78:3, 91:19
**means** [1] - 21:12
**Means's** [4] - 42:12, 42:15, 42:18, 43:2
**meant** [1] - 92:23
**medical** [1] - 8:21
**members** [1] - 84:5
**memo** [3] - 38:23, 38:25, 39:6, 39:11, 39:18, 39:21, 39:25, 40:12, 51:9, 51:13, 86:17, 86:22, 98:15
**memorandum** [1] - 44:6
**memory** [2] - 16:6, 41:8
**memos** [1] - 43:24
**mention** [1] - 7:20
**mentioned** [1] - 99:7
**met** [3] - 9:25, 10:4, 10:7
**might** [13] - 20:6, 26:13, 43:11, 47:4, 51:5, 54:19, 55:24, 57:13, 57:17, 76:3, 78:8, 78:9
**mind** [2] - 7:15, 95:5
**MINOR** [1] - 1:8
**Minor** [10] - 11:9, 11:12, 48:14, 50:21, 69:19, 69:22, 83:19, 84:7, 84:15, 88:3
**minute** [1] - 94:18
**minutes** [3] - 52:25, 90:6, 95:11
**missed** [1] - 32:25
**mistake** [1] - 93:9
**moment** [5] - 7:4, 52:20, 62:15, 93:4, 100:16
**Montgomery** [1] - 35:16
**months** [4] - 15:4, 16:5, 16:14, 20:5
**Morales** [2] - 26:10, 77:5
**Morales's** [3] - 77:7, 78:6, 100:23
**morning** [1] - 31:6
**most** [3] - 26:22, 41:7, 47:4
**move** [1] - 16:15
**moved** [1] - 61:15
**MR** [56] - 5:21, 6:6, 7:7, 7:13, 7:19, 7:24, 8:5, 8:10, 16:4, 16:13, 18:18, 18:21, 33:3, 33:8, 33:12, 45:5, 45:9, 46:13, 47:5, 47:16, 48:7, 52:12, 52:17, 52:23, 53:7, 57:21, 58:13, 58:20, 58:25, 59:4, 63:23, 64:3, 67:14, 67:19, 68:16, 73:11, 74:20, 74:24, 81:19, 81:25, 82:21, 84:13, 85:18, 87:12, 88:10, 90:4, 90:14, 92:7, 95:8, 100:11, 100:18, 101:5, 101:18, 101:24, 102:2, 102:3

**MS** [64] - 5:22, 7:3, 7:9, 7:16, 7:23, 8:4, 8:7, 10:16, 10:23, 15:25, 16:11, 19:14, 21:10, 27:12, 29:20, 30:10, 31:14, 32:25, 33:6, 33:10, 33:13, 33:22, 39:17, 45:7, 45:16, 46:19, 47:15, 48:5, 50:3, 52:16, 52:18, 56:2, 57:19, 58:11, 58:15, 59:2, 64:2, 65:11, 67:17, 69:2, 70:16, 71:12, 73:8, 73:12, 74:23, 77:21, 77:24, 80:14, 81:23, 82:17, 82:24, 83:16, 84:10, 87:7, 87:10, 87:14, 89:25, 90:8, 92:19, 93:3, 95:5, 100:15, 100:20, 101:2
**mug** [16] - 60:4, 60:7, 60:11, 61:25, 62:25, 75:25, 76:2, 79:10, 79:12, 79:17, 79:25, 80:4, 80:25, 85:3, 85:5, 85:9
  **multiple** [1] - 49:13
  **murder** [9] - 35:8, 38:16, 40:19, 41:21, 49:18, 55:25, 56:14, 57:12, 91:20
  **murdered** [1] - 41:17
  **myself** [1] - 61:13

## N

  **name** [28] - 5:19, 21:25, 26:6, 31:11, 31:16, 37:23, 42:18, 42:20, 46:10, 55:12, 55:15, 59:22, 60:4, 75:9, 75:11, 75:16, 75:19, 77:3, 77:8, 78:6, 87:6, 87:20, 87:21, 89:11, 89:16, 89:22, 100:8, 100:23
  **name-wise** [1] - 26:6
  **named** [3] - 35:3, 35:15, 35:20
  **names** [1] - 46:18
  **nearly** [1] - 45:13
  **necessarily** [1] - 42:5
  **need** [5] - 7:22, 8:13, 9:19, 10:20, 76:22
  **needed** [1] - 54:8
  **needs** [1] - 15:20
  **never** [4] - 26:19, 27:2, 54:20, 91:8
  **new** [1] - 18:2
  **NEW** [3] - 1:2, 105:3, 105:5
  **New** [4] - 1:20, 2:8, 2:15, 105:9
  **news** [2] - 96:6, 96:10
  **newspaper** [1] - 96:8
  **newspapers** [1] - 96:4
  **next** [7] - 5:24, 27:14, 33:10, 46:2, 47:21, 70:7, 93:17
  **Niagara** [1] - 3:7

  **nice** [1] - 6:15
  **night** [1] - 30:22
  **no** [97] - 6:22, 8:6, 8:24, 9:7, 10:9, 11:7, 13:16, 13:24, 14:4, 14:21, 15:10, 15:15, 15:23, 17:16, 19:5, 20:2, 20:18, 21:6, 21:9, 21:13, 21:17, 22:4, 22:8, 22:25, 24:12, 27:4, 29:3, 31:13, 32:11, 32:23, 33:18, 34:15, 34:22, 35:10, 35:17, 35:21, 37:17, 38:4, 39:5, 39:12, 39:19, 40:25, 42:4, 42:19, 43:11, 48:23, 50:8, 50:25, 52:9, 54:7, 54:20, 57:6, 58:20, 61:20, 62:6, 63:12, 65:4, 67:13, 69:4, 70:2, 70:19, 73:7, 74:13, 74:17, 77:4, 79:19, 80:2, 80:9, 81:2, 81:17, 82:16, 83:6, 83:23, 84:3, 84:9, 84:18, 86:18, 87:22, 88:2, 91:16, 91:21, 91:24, 92:6, 95:18, 96:5, 96:12, 96:15, 97:19, 99:2, 100:4, 100:10, 100:25, 101:18, 105:18
  **No** [10] - 24:23, 48:12, 52:17, 59:11, 67:23, 75:2, 93:18, 106:17, 107:8, 107:12
  **nobody** [2] - 31:2, 31:3
  **nonparties** [1] - 7:14
  **normal** [1] - 33:20, 47:18
  **Nos** [2] - 92:12, 107:21
  **Notary** [1] - 1:19, 105:8
  **notation** [2] - 68:8, 72:18
  **note** [1] - 51:15
  **notebook** [15] - 43:21, 51:16, 51:20, 51:21, 98:18, 98:20, 98:21, 98:25, 99:5, 99:8, 99:11, 99:14, 99:16, 99:24, 100:3
  **noted** [1] - 102:7
  **notes** [9] - 43:20, 51:13, 52:2, 54:12, 54:17, 85:22, 98:22, 100:17, 107:16
  **nothing** [1] - 101:16
  **notice** [3] - 1:18, 7:10, 10:10
  **noticed** [2] - 7:17, 7:25
  **notices** [1] - 8:2
  **nowhere** [1] - 75:16
  **Number** [1] - 5:12
  **number** [39] - 27:21, 27:22, 33:20, 37:14, 45:6, 45:8, 46:15, 46:21, 47:3, 47:22, 57:24, 58:3, 58:18, 58:20, 60:4, 61:23, 62:9, 62:10, 62:12, 62:13, 62:16, 62:18, 62:22, 63:6, 75:25, 77:12, 79:12, 79:17, 79:21, 79:25, 80:4, 81:21, 85:5, 85:9, 87:3,

89:5, 93:10, 98:10
  **number-wise** [1] - 98:10
  **numbers** [8] - 38:10, 46:16, 47:20, 60:11, 62:25, 76:16, 79:10, 85:3
  **NY** [3] - 2:8, 2:15, 3:9
  **NYPD** [1] - 71:18

## O

  **oath** [3] - 4:12, 5:9, 5:10
  **objection** [2] - 29:20, 73:13
  **objections** [2] - 4:6, 5:16
  **obligation** [4] - 17:21, 21:20, 22:10, 97:8
  **occasion** [1] - 93:11
  **OF** [5] - 1:2, 1:7, 3:4, 105:3, 105:5
  **off** [12] - 18:20, 31:22, 46:10, 52:24, 58:10, 58:17, 59:5, 90:5, 90:8, 90:11, 101:7, 102:6
  **offhand** [1] - 42:19
  **office** [10] - 37:21, 39:14, 45:17, 53:17, 54:14, 55:20, 97:22, 98:6, 98:7, 98:12
  **OFFICE** [1] - 3:5
  **Officer** [4] - 8:12, 77:5, 77:7, 78:5
  **officer** [13] - 4:11, 6:7, 16:19, 16:20, 35:19, 36:12, 39:22, 55:4, 61:24, 70:24, 71:10, 75:16, 89:11
  **officer's** [1] - 56:11
  **officers** [14] - 7:15, 8:6, 20:12, 26:17, 32:13, 34:9, 55:17, 55:23, 56:25, 57:5, 57:8, 68:6, 71:23, 72:3
  **offline** [1] - 101:22
  **old** [1] - 13:11
  **on-the-job** [3] - 19:6, 19:9, 20:3
  **once** [3] - 43:8, 63:8, 65:16
  **one** [40] - 7:3, 8:8, 24:4, 26:16, 27:5, 27:16, 29:22, 37:14, 38:8, 38:13, 45:9, 45:15, 47:16, 49:8, 49:23, 51:22, 57:22, 58:7, 58:22, 60:14, 61:18, 61:21, 67:5, 70:5, 70:17, 70:24, 71:22, 72:4, 72:17, 74:21, 79:2, 81:18, 84:24, 85:2, 85:20, 88:10, 89:23, 93:21, 99:4, 100:16
  **ones** [1] - 76:12
  **only** [4] - 8:2, 10:25, 30:15, 49:16
  **open** [1] - 65:17
  **opposing** [1] - 100:12
  **Order** [1] - 5:11
  **ordinary** [1] - 57:5

  **organized** [2] - 24:10, 24:21
  **original** [1] - 54:17
  **originally** [1] - 92:23
  **originated** [1] - 55:15
  **Ortiz** [1] - 26:10
  **outcome** [1] - 105:19
  **outside** [2] - 91:15, 95:24
  **overtime** [3] - 29:7, 29:11, 29:17
  **own** [3] - 39:4, 53:22, 53:25

## P

  **P-73** [11] - 43:15, 43:17, 44:5, 44:24, 53:10, 54:9, 63:24, 67:15, 71:11, 81:20, 82:6
  **P-73s** [1] - 52:3
  **P.C** [1] - 2:11
  **p.m** [1] - 102:7
  **packet** [1] - 36:16
  **pads** [1] - 40:2
  **PAGE** [3] - 106:5, 106:9, 107:5
  **page** [11] - 5:24, 61:5, 61:8, 61:21, 62:2, 77:3, 85:20, 86:16, 93:8, 93:17, 99:4
  **PAGE/LINE** [1] - 103:6
  **pages** [6] - 39:7, 40:12, 61:18, 62:4, 94:20, 99:16, 100:3
  **PANOUSIERIS** [1] - 3:14
  **paper** [10] - 46:7, 51:15, 51:17, 51:19, 51:20, 51:21, 54:13, 86:19, 86:20, 98:16
  **papers** [1] - 60:22
  **paperwork** [1] - 44:11
  **paragraph** [1] - 75:25
  **part** [7] - 28:20, 45:10, 57:17, 63:21, 72:14, 78:7, 94:8
  **participating** [1] - 5:3
  **particular** [12] - 19:10, 19:24, 23:11, 24:11, 27:23, 30:5, 37:19, 46:11, 71:6, 78:22, 91:11, 98:23
  **particularly** [1] - 33:16
  **parties** [3] - 4:6, 5:14, 105:17
  **partner** [2] - 69:15, 69:22
  **parts** [1] - 30:3
  **party** [1] - 65:19
  **passed** [1] - 50:8
  **patrol** [3] - 16:19, 55:17, 57:8
  **patrolman** [6] - 16:23, 16:24, 17:3, 17:7, 17:13, 18:2
  **Paul** [1] - 35:20
  **pause** [4] - 53:6, 93:7,

94:19, 95:4
**Pause** [1] - 18:17
**paused** [1] - 7:19
**pay** [1] - 29:7
**PD** [2] - 29:24, 84:16
**PDF** [1] - 45:17
**PDFs** [1] - 47:2
**pen** [1] - 52:22
**pension** [2] - 29:10, 29:19
**people** [9] - 15:8, 19:11, 23:24, 26:22, 32:8, 42:5, 42:6, 42:9, 91:7
**person** [19] - 5:10, 17:15, 23:17, 23:18, 25:14, 25:19, 43:9, 43:12, 55:12, 56:5, 56:7, 65:21, 70:5, 72:4, 73:24, 76:2, 89:11, 89:16, 89:22
**person's** [1] - 23:16
**personally** [5] - 37:17, 37:18, 61:13, 91:9, 99:17
**petit** [1] - 28:6
**phone** [4] - 43:10, 72:18, 72:22, 73:19
**photo** [50] - 23:4, 23:7, 23:10, 23:16, 23:25, 24:3, 41:8, 59:20, 59:25, 60:16, 60:23, 61:4, 63:9, 63:19, 64:12, 64:16, 64:19, 64:22, 65:3, 65:7, 65:17, 66:7, 66:14, 66:19, 66:23, 67:8, 67:11, 74:22, 75:6, 76:20, 76:22, 78:6, 78:13, 78:17, 79:2, 80:11, 80:18, 80:22, 80:23, 81:8, 81:15, 83:19, 84:5, 84:20, 84:23, 85:8, 85:15, 88:14, 89:5, 93:12
**Photo** [7] - 59:10, 67:2, 74:25, 88:20, 106:17, 107:11, 107:18
**photo-Array** [1] - 88:14
**Photo-Array** [2] - 88:20, 107:18
**photocopy** [1] - 40:16
**photograph** [5] - 15:12, 17:15, 60:15, 78:14, 89:12
**photographs** [9] - 15:13, 23:24, 24:5, 24:10, 24:14, 25:8, 25:12, 63:2, 76:10
**photos** [13] - 24:17, 24:20, 24:21, 24:25, 44:10, 59:19, 61:2, 61:10, 62:3, 75:13, 76:12, 76:21, 76:24
**phrase** [1] - 71:15
**physical** [3] - 15:7, 26:25, 56:9
**physically** [2] - 5:4, 98:2

**pick** [1] - 76:10
**picked** [3] - 78:8, 78:16, 89:5
**picture** [1] - 23:18
**pictures** [1] - 78:8
**piece** [3] - 51:14, 86:19, 86:20
**pieces** [3] - 51:16, 51:18, 61:20
**Pirozzi** [1] - 1:18, 105:7
**PIROZZI** [1] - 105:23
**place** [6] - 20:4, 20:24, 36:25, 40:20, 49:23, 90:22
**placed** [5] - 35:6, 59:20, 60:15, 91:25, 92:4
**places** [1] - 52:6
**Plaintiff** [1] - 1:5
**plaintiff** [4] - 1:17, 2:5, 2:12, 5:21
**plan** [1] - 19:13
**PLLC** [1] - 2:4
**plus** [1] - 77:15
**pocket** [1] - 40:8
**pockets** [1] - 61:11
**point** [10] - 7:4, 23:2, 28:14, 35:23, 44:20, 46:23, 51:4, 56:14, 65:21
**police** [10] - 13:25, 14:3, 14:22, 23:20, 29:12, 35:13, 35:19, 57:5, 68:6, 89:10
**Police** [14] - 14:6, 18:8, 27:6, 34:17, 35:2, 43:14, 52:13, 53:2, 59:6, 59:13, 64:4, 64:10, 67:21, 68:20, 82:2, 88:19, 91:11, 106:11, 106:14, 106:19, 106:22, 107:6, 107:9, 107:13
**policy** [1] - 22:5
**Pope** [1] - 35:20
**portion** [1] - 7:5
**position** [4] - 14:16, 18:3, 18:5, 87:2
**possible** [7] - 17:19, 55:11, 61:13, 78:25, 79:4, 90:3, 99:25
**possibly** [1] - 99:6
**practice** [3] - 47:18, 47:19, 84:4
**precinct** [6] - 23:9, 27:21, 27:22, 28:7, 28:9, 28:10
**prepare** [2] - 9:23, 10:8
**presence** [1] - 88:8
**PRESENT** [1] - 3:13
**present** [1] - 5:5
**presenting** [1] - 65:9
**presently** [1] - 100:21
**pretty** [2] - 8:3, 90:6
**previous** [1] - 33:7
**primary** [1] - 72:5
**printed** [2] - 45:19, 86:5
**printing** [1] - 86:3

**prison** [2] - 96:11, 96:14
**privileged** [1] - 10:22
**probably** [24] - 7:14, 11:13, 11:21, 12:3, 13:20, 14:17, 14:18, 17:9, 23:8, 26:9, 28:19, 36:4, 38:19, 39:14, 40:4, 40:17, 54:18, 56:8, 57:13, 78:10, 91:8, 97:24
**problem** [3] - 8:6, 48:12, 65:19
**procedure** [11] - 23:11, 23:14, 35:7, 36:16, 39:20, 41:22, 42:25, 65:7, 88:5, 89:15, 89:18
**procedures** [6] - 15:7, 15:8, 17:14, 20:17, 21:5, 26:5
**proceedings** [2] - 9:12, 9:16
**process** [4] - 19:17, 24:14, 66:19, 97:5
**Professional** [2] - 1:19, 105:8
**promoted** [1] - 18:2
**promotion** [1] - 29:2
**prosecutor** [2] - 21:21, 22:11
**provided** [1] - 97:14
**Public** [2] - 1:20, 105:8
**pull** [1] - 45:3
**purpose** [1] - 6:20
**purposes** [1] - 46:19
**purse** [1] - 28:4
**pursuant** [2] - 1:17, 5:11
**put** [15] - 15:13, 26:19, 27:3, 37:22, 46:7, 54:14, 54:21, 63:16, 67:8, 71:11, 76:22, 76:23, 78:20, 94:4, 99:19

# Q

**question** [23] - 6:18, 8:17, 16:9, 27:14, 33:2, 33:7, 33:11, 44:15, 46:2, 57:20, 66:16, 77:25, 81:4, 81:11, 82:25, 87:8, 87:9, 87:11, 87:12, 90:2, 93:9, 94:22, 95:6
**questions** [3] - 8:15, 100:13, 101:19
**quick** [1] - 16:17

# R

**radio** [1] - 57:13
**rambling** [1] - 8:14
**ran** [1] - 99:16
**RANIERO** [1] - 1:10
**Raniero** [2] - 12:17, 26:12
**rather** [2] - 48:3, 61:8

**RE** [1] - 101:4
**re** [2] - 47:23, 48:3
**RE-EXAMINATION** [1] - 101:4
**re-marking** [2] - 47:23, 48:3
**read** [3] - 82:13, 87:7, 87:9
**reading** [3] - 55:2, 83:11, 95:6
**really** [10] - 6:14, 13:11, 20:18, 21:13, 29:3, 33:18, 47:10, 70:2, 71:8, 82:16
**reason** [1] - 8:21
**recall** [10] - 17:24, 26:14, 36:19, 43:8, 46:12, 65:4, 68:7, 74:2, 74:5, 74:13
**receive** [6] - 15:6, 15:11, 15:16, 15:18, 19:6, 36:2
**received** [2] - 19:9, 71:10
**recess** [1] - 90:12
**recollection** [8] - 42:21, 74:12, 82:12, 83:3, 83:8, 83:11, 84:12, 100:22
**record** [28] - 5:20, 9:21, 10:16, 18:20, 18:22, 22:10, 34:12, 37:20, 44:23, 45:16, 45:24, 46:25, 52:7, 52:24, 58:8, 58:10, 58:17, 59:5, 60:20, 64:9, 66:6, 70:25, 90:5, 90:9, 90:11, 94:24, 102:6, 105:14
**recorded** [4] - 6:20, 7:6, 7:12, 80:23
**recording** [2] - 7:18, 54:9
**records** [1] - 49:13
**redo** [1] - 87:13
**referring** [4] - 27:13, 31:15, 45:22, 82:18
**refresh** [2] - 42:21, 74:11
**refreshed** [2] - 83:8, 83:10
**regard** [2] - 44:7, 85:12
**regarding** [15] - 15:6, 15:12, 15:19, 17:14, 17:18, 17:21, 20:13, 22:5, 22:23, 26:4, 37:19, 43:25, 49:13, 68:3, 98:23
**regards** [1] - 41:5
**REGINALD** [1] - 1:8
**Reginald** [2] - 11:8, 69:18
**Registered** [2] - 1:19, 105:7
**regularly** [1] - 69:17
**reiterating** [1] - 83:12
**related** [1] - 105:17
**relating** [5] - 36:24, 38:8, 40:12, 49:22, 97:14
**released** [2] - 96:11, 96:14
**remain** [1] - 102:4
**remark** [1] - 67:2
**remarks** [1] - 81:3
**remember** [23] - 22:4, 22:25, 24:12, 24:24, 32:24, 33:15, 39:9, 41:4, 41:10,

41:16, 42:2, 42:17, 51:3, 53:18, 65:2, 73:4, 73:7, 74:15, 77:7, 83:13, 83:21, 83:24, 88:8

**remotely** [2] - 5:7, 5:11
**REMOTELY** [1] - 2:2
**repeat** [2] - 59:2, 77:24
**report** [7] - 37:14, 37:21, 37:23, 38:2, 48:24, 63:16, 69:4
**Report** [2] - 68:21, 107:10
**REPORTER** [1] - 5:2
**Reporter** [2] - 1:19, 105:8
**reporter** [4] - 47:7, 69:3
**reporting** [2] - 5:6, 5:17
**reports** [4] - 38:7, 50:11, 68:18, 68:24
**reputation** [2] - 35:12, 91:11
**request** [5] - 44:14, 59:19, 66:14, 66:22, 78:13
**requested** [4] - 44:10, 61:24, 75:13, 75:14
**required** [1] - 23:12
**reserved** [1] - 4:7
**respect** [5] - 42:2, 77:17, 78:3, 91:18, 94:6, 96:25
**respective** [1] - 4:5
**responsible** [1] - 38:6
**rest** [2] - 8:9, 100:6
**retire** [1] - 18:7
**retired** [5] - 11:14, 13:12, 27:16, 39:10, 39:22
**retirement** [1] - 18:13
**review** [2] - 65:10, 92:17
**reviewed** [2] - 66:3, 83:8
**reviewing** [1] - 95:11
**Rickner** [2] - 106:6, 106:7
**RICKNER** [56] - 2:4, 2:9, 5:21, 6:6, 7:7, 7:13, 7:19, 7:24, 8:5, 8:10, 16:4, 16:13, 18:18, 18:21, 33:3, 33:8, 33:12, 45:5, 45:9, 46:13, 47:5, 47:16, 48:7, 52:12, 52:17, 52:23, 53:7, 57:21, 58:13, 58:20, 58:25, 59:4, 63:23, 64:3, 67:14, 67:19, 68:16, 73:11, 74:20, 74:24, 81:19, 81:25, 82:21, 84:13, 85:18, 87:12, 88:10, 90:4, 90:14, 92:7, 95:8, 100:11, 100:18, 101:5, 101:18, 102:2
**riding** [1] - 56:10
**RIGA** [1] - 1:11
**Riga** [8] - 13:5, 13:8, 32:6, 32:10, 36:5, 36:12, 43:23, 70:10
**right** [27] - 7:23, 15:17, 24:24, 26:14, 33:12, 44:19, 48:10, 48:19, 52:10, 60:10, 66:10, 68:9, 68:14, 70:19,

71:23, 76:7, 77:18, 78:14, 78:17, 81:22, 85:7, 85:12, 90:4, 90:23, 96:22, 97:15, 98:18
**right-hand** [1] - 66:10
**ring** [1] - 86:20
**rip** [1] - 40:15
**ripped** [1] - 40:18
**ROB** [1] - 2:9
**Rob** [1] - 101:25
**Robert** [1] - 12:11
**ROBERT** [1] - 1:10
**role** [1] - 71:6
**room** [2] - 5:5, 65:15
**Room** [1] - 3:8
**roughly** [3] - 28:2, 33:20, 86:13
**RPR** [1] - 105:23
**rules** [1] - 6:13
**run** [1] - 100:2
**Russell** [1] - 35:16

# S

**said** [9] - 8:25, 18:10, 42:8, 81:10, 82:17, 93:18, 93:24, 94:3
**salary** [2] - 29:6, 29:8
**salary-wise** [1] - 29:8
**same** [9] - 11:21, 12:3, 29:9, 48:3, 77:12, 85:14, 86:13, 98:24, 99:4
**say** [84] - 6:22, 7:5, 9:8, 9:18, 13:10, 13:22, 16:18, 17:2, 20:6, 20:21, 23:22, 24:8, 24:19, 25:9, 25:18, 25:21, 26:6, 26:9, 26:16, 28:8, 28:21, 29:14, 29:16, 30:2, 31:23, 33:19, 33:25, 34:8, 35:11, 35:22, 36:8, 38:5, 40:20, 41:13, 49:11, 50:10, 50:19, 50:25, 51:18, 52:9, 54:2, 55:10, 56:12, 58:11, 61:9, 63:18, 64:14, 65:5, 65:19, 66:4, 66:20, 68:2, 69:21, 70:9, 70:12, 70:20, 73:21, 75:6, 75:14, 75:19, 76:21, 78:10, 78:12, 79:9, 80:11, 83:6, 84:19, 85:2, 85:5, 85:8, 87:20, 88:7, 88:22, 90:21, 93:22, 94:10, 95:10, 96:13, 96:16, 97:21, 99:21, 101:8, 101:14, 101:20
**saying** [2] - 33:15, 70:16
**scene** [5] - 40:23, 70:23, 70:24, 70:25, 71:5, 71:9
**school** [2] - 13:15, 13:16
**screen** [2] - 45:12, 102:4
**sealing** [1] - 4:14
**second** [8] - 32:6, 62:2, 68:17, 72:9, 75:18, 81:18,

98:4, 101:22
**section** [2] - 89:4, 94:23
**sections** [1] - 88:23
**secure** [1] - 29:18
**see** [23] - 7:17, 18:18, 42:11, 45:2, 60:12, 65:18, 69:9, 72:11, 79:22, 79:25, 80:5, 81:16, 81:20, 83:12, 84:17, 92:14, 92:25, 94:15, 94:24, 95:15, 96:8, 96:10, 100:2
**seeing** [2] - 81:6, 81:14
**seminars** [3] - 20:22, 21:4, 21:7
**sent** [5] - 10:13, 10:24, 11:2, 25:16, 42:6
**Sentiff** [2] - 68:13, 68:14
**separate** [1] - 61:20
**sequence** [1] - 88:11
**Sergeant** [1] - 48:13
**set** [4] - 67:3, 78:9, 78:10, 105:12
**sets** [1] - 52:5
**several** [3] - 41:20, 42:4, 42:9
**share** [1] - 45:12
**shared** [2] - 45:17, 70:3
**she** [19] - 37:22, 50:8, 50:14, 63:16, 65:14, 66:2, 66:4, 67:12, 72:22, 72:23, 73:5, 74:4, 87:6, 87:16, 87:24, 88:4, 94:3, 97:21, 97:22
**sheet** [5] - 15:13, 61:11, 61:18, 74:21, 75:10
**sheets** [3] - 98:16, 99:8, 99:10
**Sheriff's** [1] - 14:13
**shift** [9] - 29:23, 30:5, 30:16, 30:17, 30:21, 30:22, 30:23
**shifts** [1] - 30:12
**shooting** [2] - 57:15, 57:18
**short** [1] - 13:18
**shortly** [1] - 38:20
**shot** [2] - 60:7, 76:2
**shots** [2] - 61:25, 80:25
**should** [2] - 85:5, 85:11
**shouldn't** [1] - 71:20
**show** [3] - 15:14, 60:23, 93:11
**showed** [9] - 63:10, 64:16, 64:23, 65:7, 67:10, 84:20, 84:24, 85:3, 93:14
**showing** [2] - 65:2, 83:19
**shown** [4] - 63:13, 64:13, 66:7, 85:15
**shows** [2] - 61:22, 75:15
**signature** [2] - 75:19, 88:23
**signed** [1] - 4:10
**significance** [1] - 89:6

**similar** [2] - 68:23, 86:14
**since** [3] - 9:5, 13:12, 34:12
**single** [1] - 99:23
**sit** [2] - 39:16, 73:23
**sitting** [1] - 61:10
**six** [2] - 15:13, 20:4
**size** [2] - 39:25, 40:2
**skip** [1] - 74:18
**slices** [1] - 61:3
**slightly** [3] - 42:22, 61:14, 95:9
**slip** [1] - 61:4
**slot** [1] - 63:6
**slots** [1] - 78:21
**small** [1] - 70:12
**smaller** [3] - 40:3, 40:4, 86:23
**smarter** [1] - 46:17
**snatchings** [1] - 28:5
**so-called** [1] - 70:4
**some** [23] - 6:13, 14:24, 16:19, 19:12, 23:2, 24:22, 28:14, 33:25, 35:22, 36:15, 36:25, 44:20, 45:18, 46:23, 49:7, 56:14, 60:7, 62:5, 62:6, 83:7, 89:21, 93:23, 99:10
**somebody** [12] - 23:21, 31:6, 31:24, 35:3, 35:15, 35:20, 36:22, 37:13, 62:11, 69:16, 73:17, 93:24
**somehow** [1] - 46:23
**someone** [1] - 50:11
**someplace** [2] - 39:8, 81:13
**something** [6] - 20:5, 36:17, 41:19, 65:20, 70:7, 81:5
**sometime** [1] - 9:4
**sometimes** [3] - 44:17, 54:3, 99:7
**somewhere** [2] - 17:4, 39:13
**sorry** [7] - 18:16, 32:25, 33:13, 48:10, 69:6, 81:18, 93:19
**sort** [7] - 14:24, 16:16, 16:19, 19:12, 36:15, 60:24, 99:13
**sound** [1] - 39:24
**source** [1] - 84:14
**speaking** [1] - 51:4
**specific** [4] - 27:9, 31:11, 83:12, 84:23
**specifically** [4] - 16:5, 16:13, 50:25, 51:2
**specify** [1] - 70:21
**spent** [1] - 95:10
**spot** [1] - 98:24
**Spread** [4] - 59:10, 74:25, 106:17, 107:11
**squad** [7] - 13:11, 26:22, 26:23, 27:6, 27:10, 27:17,

30:13
**Square** [1] - 3:7
**ss** [1] - 105:4
**STAMBACH** [1] - 1:8
**Stambach** [3] - 11:17, 11:20, 26:11
**stamp** [4] - 57:23, 58:4, 67:17, 85:21
**stamped** [1] - 67:16
**stand** [1] - 95:19
**standard** [1] - 89:15
**stands** [1] - 74:14
**staple** [1] - 62:7
**start** [3] - 28:17, 37:13, 66:21
**started** [4] - 16:19, 18:15, 18:23, 92:20
**starting** [1] - 41:3
**STATE** [1] - 105:3
**State** [2] - 1:20, 105:9
**statement** [4] - 34:21, 37:8, 44:19, 44:23
**statements** [2] - 6:23, 52:4
**STATES** [1] - 1:2
**stating** [2] - 5:19, 57:15
**step** [1] - 75:17
**STEPHANIE** [1] - 3:14
**steps** [2] - 65:8, 70:7
**still** [3] - 8:16, 50:7, 95:22
**STIPULATED** [3] - 4:4, 4:9, 4:13
**STIPULATIONS** [1] - 4:2
**stop** [3] - 55:18, 55:23, 84:13
**stopped** [3] - 17:25, 55:18, 68:10
**store** [1] - 39:8
**stored** [3] - 37:10, 44:2, 49:20
**storing** [1] - 39:21
**street** [1] - 40:20
**Street** [2] - 2:6, 98:3
**structure** [1] - 19:10
**stupid** [1] - 39:24
**submit** [4] - 23:17, 44:11, 44:13, 49:8
**submitted** [3] - 23:15, 23:16, 44:12
**subscribe** [1] - 96:3
**Subscribed** [1] - 104:13
**substance** [1] - 44:24
**sufficient** [1] - 65:16
**suitable** [1] - 76:13
**Suite** [1] - 2:7
**sum** [1] - 44:24
**superior** [5] - 31:25, 32:13, 36:11, 71:23, 72:3
**supervisors** [1] - 70:13
**suspect** [5] - 23:16, 41:9, 41:11, 55:11, 72:23
**sworn** [4] - 4:10, 6:4,

104:13, 105:13

## T

**tavern** [2] - 90:20, 90:21
**tear** [1] - 99:8
**technician** [4] - 37:21, 37:24, 48:24, 63:16
**technicians** [1] - 38:3
**techniques** [1] - 17:18
**ten** [3] - 31:23, 32:8, 32:12
**term** [2] - 21:11, 36:7
**terminology** [1] - 71:13
**terms** [1] - 16:2
**testified** [4] - 6:4, 9:9, 9:11, 9:14
**testifying** [2] - 92:21, 101:6
**testimony** [12] - 8:23, 92:9, 92:11, 92:17, 92:24, 95:2, 95:11, 95:16, 95:19, 101:10, 105:14, 107:20
**THE** [19] - 1:7, 5:2, 21:13, 30:14, 39:19, 71:17, 77:23, 92:22, 93:6
**themselves** [1] - 73:18
**therefore** [1] - 70:13
**thinking** [1] - 101:10
**three** [9] - 30:3, 30:7, 40:5, 48:25, 49:5, 86:20, 98:13, 98:17, 101:7
**three-ring** [1] - 86:20
**throughout** [1] - 97:5
**throw** [1] - 54:19
**timing** [1] - 90:9
**title** [2] - 16:22, 46:9
**today** [6] - 8:23, 9:24, 92:20, 95:20, 101:11, 101:16
**together** [6] - 26:20, 27:3, 49:21, 67:8, 69:12, 76:22
**Tomika** [24] - 35:8, 35:24, 38:17, 40:19, 41:5, 41:17, 41:21, 42:3, 42:12, 42:14, 42:15, 42:16, 42:18, 42:24, 43:2, 43:5, 49:17, 56:13, 57:12, 69:24, 72:14, 77:17, 78:3, 91:19
**took** [4] - 40:20, 43:21, 54:12, 71:4
**top** [5] - 31:22, 59:21, 62:16, 66:10, 75:25
**total** [1] - 31:21
**tour** [1] - 46:4
**track** [1] - 44:3
**traffic** [2] - 55:18, 55:23
**trained** [2] - 25:25, 26:4
**training** [17] - 14:24, 15:5, 15:11, 15:18, 16:3, 16:7, 16:16, 17:8, 17:13, 17:17, 17:20, 18:25, 19:7, 19:10, 19:13, 20:4, 22:23

**transcript** [5] - 6:16, 6:21, 94:5, 94:7, 94:11
**transcripts** [1] - 47:13
**trial** [5] - 4:8, 34:2, 34:5, 34:9, 92:11
**Trial** [1] - 107:20
**trick** [2] - 81:4, 81:10
**true** [1] - 105:14
**truth** [3] - 101:15, 101:16
**truthful** [1] - 8:22
**try** [1] - 15:17
**trying** [1] - 57:7
**turn** [5] - 17:21, 21:20, 40:11, 54:24, 63:15
**turned** [4] - 15:21, 22:12, 37:20, 48:23
**two** [15] - 13:19, 30:15, 30:19, 32:13, 38:20, 41:25, 45:13, 49:16, 52:24, 55:17, 57:22, 61:20, 62:4, 73:19, 80:11
**type** [2] - 19:19, 54:14
**typed** [1] - 82:9
**typewriter** [2] - 53:13, 54:6
**typewriters** [2] - 53:15, 53:19
**typically** [2] - 66:6, 80:22

## U

**ultimately** [6] - 15:21, 22:12, 29:18, 35:6, 78:19, 94:12
**um** [1] - 69:3
**um-hums** [1] - 69:3
**unclear** [1] - 58:8
**undated** [2] - 67:17, 67:20
**under** [1] - 81:2
**understand** [6] - 6:25, 9:19, 21:19, 22:9, 87:11, 97:7
**understanding** [1] - 7:8
**unfortunately** [1] - 33:21
**unit** [22] - 26:23, 27:11, 28:12, 28:15, 28:18, 28:22, 28:25, 29:5, 29:18, 29:23, 31:12, 31:17, 32:2, 32:9, 34:6, 37:2, 53:16, 56:18, 61:24, 78:7, 98:2, 99:22
**Unit** [1] - 43:14
**UNITED** [1] - 1:2
**unpause** [1] - 7:21
**up** [14] - 8:11, 25:16, 37:8, 37:10, 54:15, 56:22, 65:17, 67:3, 72:17, 78:10, 82:9, 92:8, 99:23
**upper** [1] - 48:15

## V

**vague** [2] - 6:22, 43:12

**vaguely** [1] - 51:5
**verbally** [1] - 6:19
**via** [1] - 45:17
**victim** [2] - 72:19, 73:18
**video** [1] - 7:5
**Videoconference** [1] - 1:16
**vivid** [1] - 41:7

## W

**wait** [1] - 8:16
**waive** [1] - 5:15
**waived** [1] - 4:15
**Wall** [1] - 2:6
**watch** [3] - 19:22, 96:6
**weed** [1] - 24:18
**weeks** [1] - 41:20
**WESTERN** [1] - 1:2
**what's** [1] - 43:17
**whatever** [4] - 37:17, 37:18, 46:5, 71:9
**where** [29] - 8:15, 15:8, 15:12, 19:3, 19:19, 20:24, 24:17, 24:19, 25:12, 27:20, 37:9, 44:22, 49:7, 53:15, 54:21, 55:14, 56:20, 61:3, 66:2, 66:6, 80:22, 81:13, 89:22, 91:19, 94:16, 94:25, 95:14, 97:25, 98:5
**whole** [1] - 101:15
**wide** [1] - 40:6
**widely** [1] - 56:17
**William** [1] - 32:7
**wise** [4] - 26:6, 29:8, 94:21, 98:10
**withdraw** [1] - 66:15
**withdrawn** [12] - 11:4, 17:5, 29:15, 31:10, 32:16, 34:24, 41:2, 54:3, 72:2, 94:16, 96:9, 97:8
**witness** [22] - 6:3, 15:14, 37:8, 44:18, 44:19, 44:22, 45:21, 46:21, 51:12, 52:4, 55:3, 55:7, 55:10, 63:11, 63:14, 64:13, 65:8, 65:13, 66:7, 73:18, 105:11, 105:15
**WITNESS** [8] - 21:13, 30:14, 39:19, 71:17, 77:23, 92:22, 93:6, 106:5
**witnessed** [1] - 65:20
**witnesses** [4] - 42:5, 52:8, 71:3, 89:16
**wondering** [2] - 33:3, 81:5
**word** [1] - 73:9
**wore** [3] - 65:14, 97:22
**work** [8] - 14:2, 18:23, 19:21, 20:14, 35:23, 38:18, 69:16, 71:22
**worked** [10] - 22:17, 23:9, 26:21, 30:7, 31:9, 37:21,

38:22, 43:13, 49:25
 **working** [10] - 22:2, 22:6,
28:25, 29:14, 29:17, 31:2,
31:3, 31:19, 34:23, 69:12
 **write** [2] - 37:14, 76:15
 **written** [6] - 25:5, 36:18,
39:8, 44:19, 44:22, 46:20
 **wrote** [3] - 55:19, 86:7, 86:8
 **Wymiko** [1] - 100:9

## Y

 **year** [9] - 13:19, 13:21,
20:4, 27:12, 28:23, 29:11,
32:15, 33:16, 93:11
 **years** [14] - 11:13, 11:21,
12:3, 12:10, 12:16, 12:22,
13:4, 13:9, 14:15, 16:25,
17:6, 17:12, 17:23, 20:7
 **YORK** [3] - 1:2, 105:3,
105:5
 **York** [4] - 1:20, 2:8, 2:15,
105:9
 **yourself** [2] - 27:3, 82:9