1                                                         1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          -------------------------x

4          CORY EPPS,

5                  Plaintiff,

6                  v.                    1:19-cv-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE
8          REGINALD MINOR, DETECTIVE
           MARK STAMBACH, DETECTIVE
9          JAMES GIARDINA, DETECTIVE
           ANTHONY CONSTANTINO,
10         DETECTIVE ROBERT CHELLA,
           RANIERO MASSECHIA, CHARLES
11         ARONICA and CHIEF JOSEPH RIGA,

12                 Defendants.

13         -------------------------x
                                    March 29, 2021
14                                  10:50 a.m.

15

16              Videoconference deposition of REGINALD

17         MINOR, taken by plaintiff, pursuant to

18         agreement, reported remotely by Lisa Mango,

19         a Shorthand Reporter and Notary Public of

20         the State of New York.

21

22

23

24

25

```
 1                                                    2

 2        APPEARANCES:

 3

 4        RICKNER PLLC

 5              Attorneys for plaintiff

 6              14 Wall Street

 7              Suite 1603

 8              New York, New York  10005

 9        BY:  ROB RICKNER, ESQ.

10

11

12        CITY OF BUFFALO DEPARTMENT OF LAW

          CORPORATION COUNSEL'S OFFICE
13
                Attorneys for defendants
14
                65 Niagara Square
15
                Room 1112
16
                Buffalo, New York  14202
17
          BY:  MAEVE HUGGINS, ESQ.
18

19

20

21

22

23

24

25
```

1                                                                3

2                            STIPULATIONS

3

4            IT IS HEREBY STIPULATED AND AGREED,

5       by and between counsel for the respective

6       parties hereto, that all objections, except

7       as to form, are reserved to the time of

8       trial.

9            IT IS FURTHER STIPULATED AND AGREED

10      that the deposition may be signed and sworn

11      to before any officer authorized to

12      administer an oath.

13           IT IS FURTHER STIPULATED AND AGREED

14      that the sealing and filing of the

15      deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
 1                     Minor               4
 2        REGINALD MINOR,
 3             called as a witness, having been duly
 4             sworn, testified as follows:
 5        EXAMINATION
 6        BY MR. RICKNER:
 7             Q.    When you retired from the Buffalo
 8        Police Department, were you a detective?
 9             A.    Yes, sir.
10             Q.    I'm going to call you Detective
11        Minor then, if you don't mind.
12             A.    No problem.
13             Q.    Detective Minor, have you ever
14        had your deposition taken before?
15             A.    I've had depositions taken, yes.
16             Q.    Okay.  So you've been through a
17        process similar to this, probably not over
18        Zoom but in a conference room?
19             A.    Yes.
20             Q.    How many times have you had your
21        deposition taken?
22             A.    I can't count.
23             Q.    More than five?
24             A.    Yes.
25             Q.    And what types of cases were
```

```
1                      Minor                5
2      those?
3           A.    Mostly homicide cases.
4           Q.    You gave a deposition for a
5      homicide case or civil suit related to a
6      homicide?
7           A.    Well, not -- well, see --
8           MS. HUGGINS:  Can we just clarify
9           what you mean by deposition, Rob.
10          Q.    When I say deposition, I mean a
11     civil suit where you sit down and provide
12     testimony in a conference room or a similar
13     setting for the purpose of a civil case.
14     Have you ever done that before?
15          A.    Not that I recall.
16          Q.    Okay.  So your attorney probably
17     has gone over some ground rules, but I'm
18     just going to go over them now with you
19     just to make sure we get a nice, clear
20     record.
21               Now, the first ground rule is I
22     tend to ask rambling questions and I will
23     keep talking and you may know exactly where
24     I am going.  Even so, you need to wait
25     until I am finished talking before you jump
```

```
1                        Minor                      6

2        in to give your answer so we can get a

3        nice, clear division.

4                    Can you do that for me?

5        A.    I'll try.

6        Q.    Thanks.  That is all I can ask

7        for.

8                    You are testifying in a

9        conference room over Zoom.  This is as

10       though you are testifying in a court of

11       law, meaning you have to tell the truth,

12       the whole truth and nothing but the truth.

13                   Will you do that for me?

14       A.    Yes.

15       Q.    Now, there may come a time that

16       you want to take a break.  That's fine.

17       Just answer the pending question and then

18       ask us for a break and you are welcome to

19       do so whenever it is reasonable.  We don't

20       want you to get uncomfortable.

21                   Do you understand?

22       A.    Yes.

23       Q.    Now, if I ask a question, I'm

24       going to assume you understand it when you

25       provide an answer.  So, please, if you
```

```
 1                         Minor                   7
 2        don't understand one of my questions, tell
 3        me you don't understand so I can rephrase
 4        it.
 5                  Will you do that for me?
 6        A.    Yes.
 7        Q.    How many times do you think you
 8        testified in trial during your career as a
 9        police officer?
10        A.    Hundreds.
11        Q.    And did you ever testify at grand
12        juries?
13        A.    Yes.
14        Q.    And were you ever cross-examined
15        at trial with your grand jury testimony?
16        A.    No.
17        Q.    Not once?
18        A.    Cross-examined by a defense
19        attorney?
20        Q.    Yes, using the prior grand jury
21        testimony.
22        A.    Oh, I thought you meant
23        cross-examined in the grand jury.
24        Q.    Right.  That would never happen.
25        They are not allowed.
```

1                          Minor                    8

2              A.    That's why I said no to that.

3              Q.    You have testified with grand

4         jury testimony at a later trial?

5              A.    Yes.

6              Q.    You understand how important it

7         is to give careful, accurate answers when a

8         transcript is being generated, right?

9              A.    Yes.

10             Q.    Have you taken any medication or

11        failed to take any medication that would

12        somehow result in your memory being

13        impaired and you not being able to give

14        full and truthful testimony?

15             A.    No.

16             Q.    Do you have any medical

17        conditions that would prevent you from

18        giving full, truthful testimony due to some

19        impairment of your memory?

20             A.    No.

21             Q.    Now, prior to starting this

22        deposition, my understanding is that you

23        have glaucoma, is that right?

24             A.    Yes.

25             Q.    And that makes it difficult for

```
 1                    Minor                  9
 2       you to read?
 3            A.    Exactly.
 4            Q.    At certain times in this
 5       deposition, if you have any difficulty
 6       reading a particular exhibit, tell us and
 7       we'll get assistance from your attorney or
 8       I can potentially read it to you so you can
 9       understand what we're asking about even if
10       you may be having some trouble reading it.
11       Is that fair?
12            A.    Yes.
13            Q.    Great.  When did you join the
14       force?
15            A.    1984.  I believe January.
16            Q.    When did you graduate high
17       school?
18            A.    Like --
19            Q.    What year?
20            A.    -- '75 maybe.  '73, '75.
21            Q.    Okay.  So in between, let's say,
22       1973 or 1975 and 1984, were you employed as
23       a police officer anywhere?
24            A.    In between -- repeat the
25       question.
```

1                        Minor              10

2          Q.    Before you started with the

3     Buffalo Police Department but after you

4     left high school, did you ever work in law

5     enforcement?

6          A.    No.

7          Q.    Did you join the military?

8          A.    No.

9          Q.    Just, generally speaking, what

10    kind of employment did you have from the

11    time you left high school until the time

12    you joined the Buffalo Police Department?

13         A.    I was a youth counselor with CAO

14    Youth Development.  I was a nurse's aide,

15    Erie County Medical Center.  I was a

16    counselor with the Family Planning Program

17    under a federal grant.  I worked volunteer

18    work with anti-rape/sexual assault.

19               Let's see.  I think that's about

20    it that I can recall.

21         Q.    Okay.  When you joined the

22    Buffalo Police Department, did you go to

23    any kind of training academy?

24         A.    Yes.

25         Q.    Now, during the course of that

```
 1                           Minor              11
 2        training academy, were you ever trained on
 3        how to do a photographic lineup or a photo
 4        array?
 5             A.    Yes.
 6             Q.    And can you just describe to me
 7        what kind of training you got at the
 8        initial police academy regarding doing a
 9        photo array.
10             A.    Well, we would use photos and a
11        photo that we would have of a targeted
12        individual and we would have to choose
13        photographs that were similar in the
14        physical structure of the individual,
15        whether they are standing, sitting or
16        facial and a profile shot.
17                   We would put the photos together,
18        number them and basically display these
19        photo arrays to the witness by giving them
20        a preamble to the photo array.
21             Q.    What do you mean by a preamble?
22             A.    Like, for example, I'm going to
23        show you a Buffalo Police Department photo
24        array that consists of six photographs
25        numbered one through six.  It is
```

<pre>
 1                      Minor              12

 2      photographs of six black males.  I want you

 3      to review the array to determine if there

 4      is anyone in the array in regards to this

 5      case that we are investigating.

 6             The array would be placed on the

 7      desk before the person.  You step back

 8      three feet and observe the individual

 9      observing the photo array and record and

10      write down what that person has done.

11         Q.   Was that training you received at

12      the police academy or at some other later

13      date, for example, when you became a

14      detective?

15         A.   A little at the police academy

16      and then more so at a later date.

17         Q.   Now, do you know what Brady

18      material is?

19         A.   It is material that hasn't been

20      divulged in the investigation.  It was held

21      back.  I think.  Somewhere along those

22      lines.

23         Q.   You accurately described the

24      Brady violation.  Let me ask the question a

25      little differently.
</pre>

```
 1                    Minor                13
 2               Did you understand, in your time
 3       as a police officer and a detective, that
 4       you had an obligation to turn over
 5       exculpatory evidence to the prosecution,
 6       meaning evidence that might tend to suggest
 7       that the criminal defendant is innocent or
 8       that one of the witnesses was lying or
 9       something similar?  Did you know about
10       that?
11           A.    Yes.
12           Q.    Okay.  Did you learn about that
13       in the police academy?
14           A.    We might have learned about that
15       in the police academy, yes.
16           Q.    Did you learn about it when you
17       became a detective?
18           A.    Learned about it, yes.  When I --
19       once we were graduated, yes.
20           Q.    So after you graduated from the
21       police academy, what was your first
22       station?
23           A.    Precinct 12, 1186 Genesee Street,
24       as a patrolman.
25           Q.    How long were you a patrolman?
```

1                          Minor                14

2          A.    Eight-and-a-half years, I

3    believe.

4          Q.    So that brings us into 1994,

5    1995?

6          A.    1992 was when I believe I became

7    a detective in the Homicide Unit.  March.

8          Q.    Okay.  Well, I don't want to skip

9    over anything.  Did you go from being a

10   patrolman to a homicide detective?

11         A.    Yes.

12         Q.    And you became a homicide

13   detective in 1992?

14         A.    Yes.

15         Q.    When you became a homicide

16   detective, did you go to any particular

17   training academy?

18         A.    There were trainings offered and

19   I attended some of them.  Training on

20   homicides or interrogation and interviews.

21         Q.    Where did you do those trainings?

22   Were those internal or were you going

23   somewhere else?

24         A.    Some were internal and some were

25   out of state.  One of which I attended was

```
 1                         Minor                15

 2        in Texas, exhuming the human remains.

 3                  Also interviewing techniques and

 4        interrogations.  I believe that was

 5        somewhere in 1994.

 6            Q.    And where did you take the

 7        interviewing and interrogations class?

 8            A.    There was a couple offered with

 9        the Buffalo Police Department.

10            Q.    Did you take any interview and

11        interrogation classes that weren't given

12        directly by the Buffalo Police Department?

13            A.    There might have been -- you

14        know, like I said, exhuming human remains

15        was a large class.  It consisted of quite a

16        few subject matters.  And also interviewing

17        techniques and interrogation techniques was

18        included in that.

19                  There were several that I

20        attended out of town.

21            Q.    Now, prior to becoming a police

22        officer, did you know Cory Epps?

23            A.    No.

24            Q.    Prior to Cory Epps' arrest for

25        the murder of Tomika Means, had you ever
```

```
 1                     Minor                    16

 2         met him?

 3              A.    I don't recall.

 4              Q.    Did you ever get into a fistfight

 5         with Cory Epps on the street?

 6              A.    Not that I recall.

 7              Q.    Did you grow up in Buffalo?

 8              A.    No.

 9              Q.    Did you live in Buffalo prior to

10         becoming a police officer?

11              A.    Yes.

12              Q.    For about how many years?

13              A.    I'm not sure.

14              Q.    More than five?

15              A.    Yes.

16              Q.    Did you live in a particular

17         neighborhood in Buffalo before you became a

18         police officer?

19              A.    I lived in several neighborhoods.

20              Q.    What neighborhoods did you live

21         in before you became a police officer?

22              A.    In regards to Buffalo or what?

23              Q.    Oh, Buffalo.

24              A.    Shoreline Apartments.  Let's see.

25         Dunlop Avenue, Wasmuth Avenue, Oxford
```

```
1                        Minor                    17

2        Avenue.

3             Q.    Now, did there come a time when

4        you became involved in the investigation

5        into the Tomika Means murder?

6             A.    Yes.

7             Q.    How did you become involved in

8        the investigation with the Tomika Means

9        murder?

10            A.    I'm not totally sure of my

11       activities in that particular case, but I

12       recall it because it's kind of unique.  It

13       was supposed to be a road rage homicide,

14       so...

15            Q.    Well, going back to the mid '90s,

16       was there a particular group of detectives

17       that you worked with regularly?

18            A.    Yes.

19            Q.    Which detectives did you work

20       with regularly in the mid '90s?

21            A.    Let's see.  Ann Cancere

22       (phonetic), Ray Massechia, Bob Chella,

23       Denise Crawford.  Let's see.  Let's see.

24       Louie Collari (phonetic).  Let's see.  Bob

25       Grabowski (phonetic).  I forgot his
```

```
 1                      Minor                    18
 2        partner's name.
 3                     But quite a few individuals, you
 4        know.
 5             Q.    Did you have -- I'm sorry.  You
 6        can keep going.
 7             A.    Go ahead.
 8             Q.    Did you have a particular partner
 9        that you worked with?
10             A.    One time I was with Bob Chella,
11        but my partners would change according to
12        who is coming in and all of that stuff.
13             Q.    Did you ever work with a
14        Detective Morales?
15             A.    Morales?
16             Q.    Yes.
17             A.    First name?
18             Q.    Juan I believe.
19             A.    Yes.  On cases, yes.
20             Q.    What about John Bohan?
21             A.    Bohan, yes.
22             Q.    You worked with him as well?
23             A.    Yes.
24             Q.    Now, when you would be assigned
25        to work on a particular homicide
```

```
 1                       Minor                19
 2         investigation, who would make that
 3         assignment?  How would you end up initially
 4         getting involved in a case?
 5              A.    It's the time frame in which you
 6         are working.  If you are working like say 3
 7         to 11, a call comes out, you're working, so
 8         it's your case that you might get assigned
 9         to it.
10              Q.    Now, do you know if the Tomika
11         Means case had a lead detective?
12              A.    I don't think we were into lead
13         detectives at that point.  You know, you
14         get a case and some people would have a
15         flavor for it and maybe just run with the
16         case.  But not necessarily assigned lead
17         detective.
18              Q.    With respect to the Tomika Means
19         murder, was there somebody who had a
20         particular flavor for it, in your words?
21              A.    Not that I recall.
22              MR. RICKNER:  Now, I'd just like
23         to get some help from Maeve.
24              Can you pull up Exhibit 9 for me.
25              MS. HUGGINS:  Do you want me to
```

```
 1                        Minor              20

 2            show the exhibit to the witness?

 3                    MR. RICKNER:  Yes.  Let's see how

 4            it goes.

 5                    MS. HUGGINS:  This is Exhibit 9.

 6                    THE WITNESS:  Okay.

 7            Q.    I would like you to look through

 8     Exhibit 9 and tell me if you recognize what

 9     it is.

10            A.    It looks like the cover of a

11     photo array.

12                    And it's a photo array.

13            Q.    Okay.  I'd like you to go to the

14     third page.

15            A.    Yes.

16            Q.    Can you tell me if you recognize

17     the handwriting on this third page?

18            A.    No, I do not.  I could barely see

19     the handwriting.

20            Q.    That makes two of us.

21                    All right.  Well, let me just go

22     back and ask about your memory.  Do you

23     remember meeting somebody named Jackie

24     Bradley with respect to the Tomika Means

25     homicide?
```

```
 1                        Minor                   21

 2          A.    No.

 3          Q.    Do you remember showing somebody

 4    photo arrays with respect to the Tomika

 5    Means murder?

 6          A.    No, sir.

 7                MR. RICKNER:  Can we get Exhibit

 8          10.

 9                MS. HUGGINS:  I am showing

10          Exhibit 10 to the witness.

11          Q.    See if you can make out this

12    exhibit and tell me if it refreshes your

13    recollection as to whether or not you ever

14    came into contact with somebody named

15    Jacqueline Bradley?

16          A.    I can't read it, so...

17          Q.    Okay.  I'm just going to reflect

18    to you that this is a memo by John Bohan.

19    In it it states that you and Detective

20    Bohan went to Jacqueline Bradley's house on

21    July 6, 1997 and showed her a photo array.

22                Does that refresh your

23    recollection?

24          A.    No, it does not.

25          Q.    In your work as a detective, when
```

1                        Minor                22

2          you made a photo array, you put one target

3          in and then five fillers, is that right?

4               A.     Yes.  The suspect.

5               Q.     Right.

6               A.     Yes.

7               Q.     Now, were there ever any

8          instances where you put the suspect's photo

9          into more than one photo array with

10         different fillers?

11              A.     Repeat the question.

12              Q.     So when you have a single photo

13         array, you have five fillers and one

14         suspect, right?

15              A.     Yes.

16              Q.     Were there ever instances where

17         you would actually make two photo arrays,

18         same suspect, different fillers?

19              A.     Yes.

20              Q.     And were there times when you

21         ever showed those two photo arrays to a

22         witness to see if they could identify the

23         subject?

24              A.     Showing those two photo arrays to

25         one witness?

1                        Minor                    23

2          Q.    Correct.

3          A.    No.  I mean -- no.

4                I'm trying to understand what

5     you're talking about.  We got two different

6     photo arrays.  The same suspect in the

7     photo array.  Now I'm going to show those

8     two photo arrays with the same suspect to

9     the one witness?

10         Q.    Correct.

11         A.    No.  No.  Not that I recall doing

12    that, no.

13         Q.    Okay.  Now, we've discussed

14    Jacqueline Bradley.

15               As you sit here today, do you

16    remember any of your involvement in the

17    investigation into the Tomika Means

18    homicide?

19         A.    To be honest with you, sir, not

20    really, no.

21         Q.    Well, you say not really.  Do you

22    remember anything?

23         A.    Not my involvement.  And the only

24    reason why I'm saying that is because when

25    I'm called to deal with a case, I usually

```
 1                    Minor              24

 2       can read the material, see the photos of

 3       the individual, things of that nature, and

 4       it may jog my memory, oh, yeah, I remember

 5       that.

 6              But right off of that, I do not

 7       recall exactly what I did in the Tomika

 8       Means case.

 9         Q.    And is it fair to say that due to

10       your visual impairment, you can't read the

11       documents that would jog your memory as

12       well?

13         A.    I can't read the documents,

14       that's true.  I can't read the documents.

15              But this is a difficult process

16       for me because my vision is like part of my

17       memory and, you know, it is kind of hard to

18       describe.

19              And so with the Tomika Means

20       case, it's just -- anything outstanding I

21       don't recall doing.  So, you know, if it

22       something like I did, like you said, with

23       Detective Bohan, okay, we showed the photo

24       array, but I don't recall it specifically.

25              Generally -- I know I am
```

```
 1                        Minor               25

 2        blabbing, going on and on -- I would recall

 3        the location, the house and all that stuff.

 4        But I don't recall it, so...

 5             Q.    Okay.  Now, do you remember

 6        showing any photo arrays to anyone with

 7        respect to the Tomika Means murder?

 8             A.    Not that I recall.

 9             Q.    Now, do you remember that

10        somebody named Cory Epps was arrested for

11        that murder?

12             A.    Yes.

13             Q.    Okay.  Did you ever have any

14        contact with Cory Epps?

15                 MS. HUGGINS:  Object to the form.

16             You can answer.

17                 THE WITNESS:  Pardon.

18                 MS. HUGGINS:  You can answer.  It

19             is just a form objection.

20                 MR. RICKNER:  That is a vague

21             question.

22             Q.    Following Cory Epps' arrest, did

23        you ever have any contact with him?

24             A.    I don't recall if I did.  But I

25        might have.  I don't recall.
```

```
 1                         Minor              26
 2           Q.    Besides being sort of aware that
 3      he was arrested, do you think you ever saw
 4      him?
 5           A.    Have I saw him?
 6           Q.    Yes.
 7           A.    At what point?
 8           Q.    In the police station.  At any
 9      time.
10           A.    Not that I recall, but, you know,
11      I might have if I was there when he was
12      arrested, you know.
13           Q.    Okay.  Did you participate at all
14      in the lineup that he was placed in
15      following his arrest?
16           A.    I don't recall it.  I'm sorry.  I
17      don't recall it.  But I participate in a
18      lot of lineups, so...
19           Q.    Fair enough.
20                 Well, going back, do you remember
21      that somebody named Paul Pope was murdered
22      in the '90s in Buffalo?
23           A.    Yes.
24           Q.    Did you work on that murder
25      investigation?
```

```
 1                        Minor              27

 2          A.    Yes.

 3          Q.    What was your role in that murder

 4    investigation?

 5          A.    The scene investigation was

 6    unique to me, so I was part of the scene.

 7    I thought that was very important in the

 8    investigation.

 9          Q.    Does that mean where the body was

10    found?

11          A.    Yes, where the body was found and

12    the house that was associated with it.

13          Q.    All right.  When you got to the

14    scene of the Paul Pope murder, did you

15    speak to any witnesses?

16          A.    I don't recall if I spoke to

17    witnesses or the officers that might have

18    discovered the body.

19          Q.    Well, following your time at the

20    crime scene, did you interview any

21    witnesses back at the police station?

22          A.    Yes, there might have been some

23    witnesses interviewed.

24          Q.    Okay.  Do you know who assigned

25    you to interview those witnesses?
```

```
 1                     Minor                  28

 2          A.    No.

 3          Q.    So let's just go to April 17 of

 4     1998.

 5                Did you interview a witness named

 6     Constance Ferguson?  Does that refresh your

 7     recollection?

 8                MS. HUGGINS:  Do you want me to

 9          pull up a particular exhibit?

10                MR. RICKNER:  Well, try showing

11          him Exhibit 53.

12                MS. HUGGINS:  Okay.

13                (Pause)

14                MS. HUGGINS:  Give me a moment.

15          I had them in order and took them apart

16          this morning.

17                THE WITNESS:  Can I use this time

18          to drop my eyes or no?

19                MS. HUGGINS:  Yes, you can.

20                (Pause)

21                MR. RICKNER:  Does the witness

22          have the exhibit?

23                MS. HUGGINS:  He does.

24                (Pause)

25          Q.    Now, can you do just your best to
```

```
 1                    Minor              29

 2      look at Exhibit 53.  Tell me if you

 3      recognize what it is.  If not, I can chime

 4      in and start reading parts of it to you.

 5           A.    It appears from the structure to

 6      be a statement.

 7           Q.    Okay.  Do you see your signature

 8      on the last page where -- actually, it's

 9      not your signature, just your stamp, where

10      it says sworn to by Reginald Minor?

11           A.    I see the structure of sentences,

12      but I can't make out what it reads.

13           Q.    Okay.  See if this helps refresh

14      your recollection about this statement.

15                 MS. HUGGINS:  He's going to read

16           it.

17           Q.    Give it your best shot.

18           A.    I am going to use this thing to

19      see what you are talking about.

20                 Okay.  So I see Reginald Minor,

21      Examiner.

22                 MS. HUGGINS:  The record should

23           reflect that you have a small

24           magnifying glass.

25                 THE WITNESS:  Yes, a jewelry
```

```
 1                      Minor               30

 2          magnifying glass thing.

 3          Q.    Okay.  I want to go over -- I'm

 4     going to represent to you, and I think that

 5     based on what you just reviewed, that is

 6     correct, that this is a statement that you

 7     yourself took.

 8          A.    Okay.

 9          Q.    On the first page, it says April

10     17, 1998.  Started 2:30

11              I don't know if you want to look

12     to verify that or if you will accept my

13     representation.

14              MS. HUGGINS:  Say that, again,

15          Rob.

16              MR. RICKNER:  It says April 17,

17          1998.  Started at 2:30.

18              MS. HUGGINS:  Yes.

19              MR. RICKNER:  Okay.

20          Q.    Now, if it says 2:30 without an

21     a.m. or a p.m. afterwards, based on your

22     own process back then, would that mean 2:30

23     in the morning as opposed to 2:30 in the

24     afternoon?

25              A.    It could mean that.
```

```
 1                       Minor                31
 2          Q.    Well, would you use military time
 3     or 24-hour time?
 4          A.    Correction, sir.  It says 0230.
 5          Q.    So does that 0230 versus 2:30
 6     mean something?
 7                THE WITNESS:  Is that an 02?
 8                MS. HUGGINS:  Yes.
 9          A.    That would be 2:30 in the
10     morning.
11          Q.    Does that mean that statement was
12     taken at 2:30 in the morning on April 17?
13          A.    It should.
14          Q.    There is the Penalty of Perjury
15     section?  It says the 18th day of April
16     1998.  That's on the third page.
17                MS. HUGGINS:  I'm just going to
18          direct him so he knows what line you're
19          referring to.
20                MR. RICKNER:  Yes.
21                MS. HUGGINS:  I am directing the
22          witness to page 3 of the exhibit, lines
23          55 and 56.
24                MR. RICKNER:  Yes.
25                MS. HUGGINS:  Are you able to
```

```
 1                    Minor                32
 2         make that out?
 3                THE WITNESS:  Not really.
 4                MS. HUGGINS:  You want me to read
 5         it to you?
 6                THE WITNESS:  Yes.
 7                MS. HUGGINS:  I am going to read
 8         it to the witness.
 9                MR. RICKNER:  Please do.
10                (Pause)
11         Q.    Now, based on that date, can you
12     tell me when this statement was provided?
13         A.    No.  I mean, I can only tell you
14     that I would -- well, no, I can't just
15     based on what's there.  It seems like we
16     have two different dates.  Is that what you
17     are trying to get at?
18         Q.    Yes, and I am just wondering when
19     the statement was taken.
20         A.    Those, you know, mistakes -- I
21     know I would make those mistakes with the
22     time and date and ending it and all that.
23     So, you know...
24                MR. RICKNER:  Okay.  Well, can we
25         pull up -- this is a new exhibit.  If
```

```
 1                          Minor                    33

 2            memory serves, we are on 89.

 3                  MS. HUGGINS:  Yes.

 4                  MR. RICKNER:  This is COB 1334

 5            through 1336, regarding Claude Dove.

 6                  (Document Bates stamped COB

 7            00001334 through 00001336 marked

 8            Exhibit 89 for identification)

 9                  MS. HUGGINS:  The exhibit is in

10            front of the witness.

11            Q.    Now, do you remember somebody

12      named Claude Dove with respect to the Paul

13      Pope homicide?

14            A.    Not really, no.

15            Q.    All right.  Take a look at the

16      time start and date on the front page for

17      me, please.

18                  MS. HUGGINS:  I'm going to read

19            it to the witness.

20                  April 17, 1998.  File No. 98-073.

21            CD No. 106-0904.  Time started 1400.

22            Q.    Now, as we discussed before, that

23      indicates that this would have been a

24      statement that started about 2 p.m. on

25      April 17, 1998?
```

1                          Minor                    34

2          A.    Yes, according to that time.

3          Q.    Now, April 17, 1998, if you

4     remember, did you have a particular shift

5     that you were working?  Day shift, night

6     shift, something else?

7          A.    I don't know what shift I was

8     working.  Some of these cases, they will go

9     into the different shifts.  They will bleed

10    into different shifts.  So I don't know

11    what shift I was working at the time.

12         Q.    So if you had an active crime

13    scene, you might be going well more than

14    eight hours?

15         A.    Yes.

16         Q.    Now, I'd like you to look at the

17    last page where it says statement ended at

18    1456 hours and then the signature where you

19    signed April 17, 1998.

20              MS. HUGGINS:  I'm going to read

21         it to him.

22              (Pause)

23         Q.    Now, in the Buffalo Police

24    Department, how many rooms were there that

25    were used for interviews?

```
 1                      Minor                35

 2             MS. HUGGINS:  Objection to form.

 3             Within the Homicide office?

 4             MR. RICKNER:  Yes.

 5        Q.   Within the Homicide office, how

 6   many rooms were used for interviews?

 7        A.   I think there were at least --

 8   well, that is not correct.  It could be one

 9   or two.

10        Q.   Would it be fair to say the

11   exhibit we just put in front of you,

12   Exhibit 89, would have been typed up in one

13   of those Homicide rooms?

14        A.   Not necessarily.

15        Q.   Where else might it have been

16   typed up?

17        A.   It might have been typed up in an

18   adjacent office.  SOS.  Robbery if they

19   were still in existence.

20             It could have been at a desk.

21   You know, depending on how many people were

22   in the office at the time.

23        Q.   Well, let's put it a different

24   way.  Do you have any reason to believe it

25   wouldn't have happened somewhere at the
```

<pre>
 1                    Minor              36
 2      Buffalo Police Department?
 3           A.    It happened in the Buffalo Police
 4      Department, yes.
 5           Q.    Okay.  Now, when you would do
 6      statements, when you would take statements,
 7      would you take notes as well while you were
 8      doing it?
 9           A.    Not necessarily.
10           Q.    Well, when you say not
11      necessarily, there were times when you
12      sometimes took notes and times when you
13      didn't?
14           A.    Right.
15           Q.    Would you ever audio record
16      statements from witnesses?
17           A.    No.  We didn't move into that
18      aspect of it until much later.
19           Q.    When you were preparing
20      statements, did you ever dictate them and
21      have somebody type them up later?
22           A.    I don't recall dictating
23      statements to anyone.
24           Q.    Did you ever dictate memos to
25      people?
</pre>

```
 1                        Minor              37
 2            A.    I might have tried that system on
 3      occasion.
 4            Q.    When you would do a memo, would
 5      you write it out by hand and have somebody
 6      else type it up?
 7            A.    I might have tried that system on
 8      occasion.
 9            Q.    Would you type your own memos?
10            A.    Type out the memos?
11            Q.    Sure.  Do you know what a P-73
12      is?
13            A.    Yes.
14            Q.    Fair to say you drafted quite a
15      few P-73s in your time as a detective?
16            A.    Yes.
17            Q.    When you were drafting a P-73,
18      how would you do it?
19            A.    Sometimes I would just do it by
20      memory or sometimes I would write it out
21      and do it.
22            Q.    When you say you are doing it by
23      memory, that means you are the one doing
24      the typing based on what's in your memory?
25            A.    Yes.
```

1                          Minor                    38

2           Q.    And there were some times where

3     you would write it out first and then it

4     would get typed up?

5           A.    Yes.

6           Q.    What would happen to those

7     handwritten notes after you were done with

8     them?

9           A.    They would be placed in the file.

10          Q.    Did you have a memo book of some

11    kind that you would carry around with you

12    to record things while you were out in the

13    field?

14          A.    Yes.

15          Q.    Can you just describe that memo

16    book for me?

17          A.    These memo books would vary.

18    They could be scraps of paper.  At times

19    they can be a memo book.  So it varied from

20    time to time.

21          Q.    And what would you do with those

22    memo books?  Did you store them, did you

23    place the sheets into the file, something

24    else?

25          A.    I would take the sheet off and

```
 1                          Minor                    39
 2        put it into the file.
 3             Q.    And that is something that you
 4        would do?
 5             A.    Yes.
 6             Q.    Now, could you tell me
 7        approximately when you arrived at the scene
 8        of the Paul Pope homicide?
 9             A.    I can't recall exactly when I
10        arrived.
11             Q.    If I said it was early in the
12        morning, would that ring a bell?
13             A.    Not necessarily, no.
14             Q.    Do you remember if it was light
15        out or dark out?
16             A.    I think light.
17             Q.    When you say light, early morning
18        light, daytime, something else?
19             A.    Just daylight.
20             MR. RICKNER:  Can we go to
21        Exhibit 51, please.
22             MS. HUGGINS:  What has been
23        marked as Exhibit 51 is shown to the
24        witness.
25             Q.    Now, I'd like you to please take
```

1                          Minor                    40

2        a look at this exhibit and tell me if this

3        was a memo that you had written based on

4        the format and what was written up?

5              A.     Based on the format, because I

6        can see a little bit my name, this is

7        probably where I was trying to distinguish

8        it.

9              Q.     Okay.  So if your name is in bold

10       italics in the front line, would that

11       generally be an indication that this was a

12       P-73 that you drafted?

13             A.     Yes.

14             Q.     I am going to tell you that this

15       says you got a call about 7 a.m. from a

16       Lieutenant William Conwall.

17             A.     Okay.

18             Q.     And you can verify this with your

19       attorney if you would like, but I'm just

20       going to read to you two sentences from the

21       first paragraph of this memo.

22                    It says:  I arrived at the office

23       at approximately 0800 hours.  Lieutenant

24       Conwall briefed me on the situation.

25                    Do you see that?  Is that correct

                              Minor                    41

 1

 2      based on a representation from your

 3      attorney?

 4                  MS. HUGGINS:  He did not review

 5             this prior to the deposition.  If I

 6             could have an opportunity to read him

 7             the whole P-73 if you are going to ask

 8             him questions.

 9                  MR. RICKNER:  Sure.  Go for it.

10                  I am going to go through a few

11             pieces of it, but whatever you feel

12             more comfortable.  Whatever makes

13             sense.

14                  MS. HUGGINS:  Do you want me

15             reading it on the record?

16                  MR. RICKNER:  No.  I would just

17             like a statement that you read it.

18                  If you want to go off the record

19             and go over this one, feel free,

20             because I think there are a few things

21             that are important.

22                  (Pause)

23                  MS. HUGGINS:  I represent that I

24             just read to Detective Minor Exhibit

25             51.

1                        Minor                    42

2          Q.    Now, based on Exhibit 51, is it

3     fair to say that you arrived at the Buffalo

4     Homicide Department at 8 o'clock?

5          A.    Yes.

6          Q.    Now, to the extent you remember,

7     what conversation did you have with

8     Lieutenant Conwall?

9          A.    I don't recall the conversation,

10    per se.  It's in the record here.

11         Q.    Well, is it fair to say that you

12    were updated on quite a few cases in the

13    course of your work as a detective by

14    Lieutenant Conwall?

15         A.    On this particular date?

16         Q.    No, no.  Just in general.

17         A.    In general, that is what

18    Lieutenant Conwall would do or anybody that

19    is calling you in regarding the case would

20    do that, give you an update as to what you

21    were being called in for.

22         Q.    During those updates, what kinds

23    of information would you get with respect

24    to a homicide?

25         A.    It depends on what it is.  It

```
 1                        Minor                43
 2        depends on what, you know, the assignment
 3        is.  You know, you don't get -- it just
 4        depends on what they want to tell you at
 5        that particular time.  So I don't really
 6        know.
 7             Q.    Would you discuss what witnesses
 8        had said?
 9             A.    It varied with individuals
10        calling you.  Some people are more
11        detailed.  Some are not.
12             Q.    Okay.  But, I mean, just with
13        respect to Lieutenant Conwall, would you
14        say he was more detailed?
15             A.    Again, not trying to be evasive,
16        it depends on his mood.
17             Q.    Okay.  Sometimes he gave a lot of
18        detail and sometimes he didn't?
19             A.    Yeah.
20             Q.    Okay.  Fair enough.
21                   It also says that at
22        approximately 0900 hours your officers
23        proceeded to 219 Grape Street.
24                   Do you remember that?
25             A.    Yes.
```

```
 1                     Minor                44
 2          Q.    Now, does that mean that at
 3     approximately 9 you left the Homicide
 4     office to go to Grape Street?
 5          A.    Probably so.  I'm not sure.
 6          Q.    Do you have any reason to believe
 7     that you weren't in the Homicide office
 8     from approximately 8 to approximately 9 in
 9     the morning on April 17, 1998?
10          A.    No.
11          Q.    That is essentially what is
12     reflected in Exhibit 51, right?
13          A.    Yes.
14               MR. RICKNER:  Can we mark as
15          Exhibit 90 COB 840.
16               (Document Bates stamped COB
17          00000840 marked Exhibit 90 for
18          identification)
19               MS. HUGGINS:  Exhibit 90 is in
20          front of witness.
21          Q.    Can you do me a favor and look
22     over Exhibit 90 as closely as you can.  In
23     particular, take a look at box number 27 at
24     the bottom which has your name in it.
25               MS. HUGGINS:  Rob, I'm going to
```

```
 1                         Minor                    45

 2              have to help him with this document.

 3              Is there something in particular you

 4              want him to note?

 5                    MR. RICKNER:  I am wondering if

 6              the form of the document, if that

 7              refreshes his recollection or if he can

 8              tell me what the document is in a

 9              general matter, and I would like to

10              know why his name was on it.

11                    MS. HUGGINS:  The record should

12              reflect I am going to read the top

13              portion of Exhibit 90 to the witness.

14                    (Pause)

15                    MS. HUGGINS:  If you want to,

16              Rob, repeat your question about what

17              the document is.

18              Q.    Can you tell me what this

19        document is generally?

20              A.    I'm sorry, but I can't.  I don't

21        know if it's in relation to an arrest.  I'm

22        not sure.

23              Q.    Well, I'll reflect to you the

24        text in the body of the document says:

25        Regarding homicide of one Paul Pope on
```

1               Minor                46

2       4/16/98, one Russell Montgomery, black

3       male, DOB:  6/1/72, was arrested and

4       charged with murder, second degree, on

5       10/21/99 by Officer Ammerman, E District.

6               Then at the bottom, there is a

7       place that says Detective Assigned

8       (Signature) and it is not signed.

9               And then the next box, Box 27, it

10      says Detective Reginald Minor.

11              Does me going over that refresh

12      your recollection as to what this might be?

13          A.    Like I said, it might be in

14      relation to the arrest.

15              All I can do is speculate.  I

16      don't know if you want me to do that.

17          Q.    I will take your speculation

18      and --

19              MS. HUGGINS:  No, we don't want

20          you to speculate.

21              MR. RICKNER:  I am allowed to ask

22          for it.

23          Q.    I want you to speculate.  Tell me

24      what you think it is.

25              MS. HUGGINS:  I object to the

```
 1                      Minor                  47

 2          form.

 3                  MR. RICKNER:  Okay.  That's fine.

 4                  MS. HUGGINS:  He doesn't recall

 5          what this document is.

 6          Q.    If you had to make your best

 7      guess, tell me what this document is?

 8                  MS. HUGGINS:  You can still

 9          answer it.  I made my objection on the

10          record.

11          A.    When uniform officers make an

12      arrest like this, and I think he might

13      have, we just get called down to add our

14      names in regards to association with the

15      case.

16                  So I don't know if Ammerman was

17      the guy who actually made the arrest.  I am

18      just speculating on that.  I really don't

19      know what transpired in regards to this

20      document, so I'm just speculating.

21          Q.    But as you sit here today, you

22      can't think of any particular reason why

23      your name would be on this document?

24          A.    I can't, no.

25          Q.    That's fine.
```

```
1                          Minor                48
2              MR. RICKNER:  Now, I would like
3      to mark as Exhibit 91, COB 1328 through
4      1329.
5              (Document Bates stamped COB
6          00001328 through 00001329 marked
7          Exhibit 91 for identification)
8              MS. HUGGINS:  91 is in front of
9          the witness.
10             MR. RICKNER:  All right.  I would
11         just like him to review this document
12         and see if he can identify it for the
13         record.
14         A.    All I can tell you is it looks
15     like a statement because of the form.
16         Q.    Okay.  One moment.  I'm sorry.  I
17     may have grabbed the wrong one of these
18     statements.
19             (Pause)
20             MR. RICKNER:  I got the right
21         one.  Thanks.
22         Q.    Let me just ask you.  Do you
23     remember a gentleman by the name of Melvin
24     Calhoun?
25         A.    No, I don't recall him.
```

1                           Minor                    49

2              Q.    Do you remember the district

3       attorney ever asking you to sort out how it

4       was that Melvin Calhoun was shown a picture

5       of Russell Montgomery by Wymiko Anderson

6       also known as Pumpkin?

7              A.    No.

8              Q.    Now, do you recognize the name

9       Wymiko Anderson?

10             A.    No.

11             Q.    Do you recognize the street name

12      or nickname Pumpkin?

13             A.    I'm not sure.

14             Q.    Do you remember if you ever had

15      any contact with anybody named Pumpkin with

16      respect to the Paul Pope homicide?

17             A.    I'm not sure.

18             Q.    Do you remember in April of 1998

19      witnesses discussing the fact that Russell

20      Montgomery may have killed Tomika Means?

21             A.    No.

22             Q.    Do you remember at any time any

23      witnesses discussing the fact that Russell

24      Montgomery may have killed Tomika Means?

25             A.    No.

```
 1                        Minor              50

 2          Q.    Do you remember any officers

 3     discussing the fact that Russell Montgomery

 4     killed Tomika Means, at any time?

 5          A.    No.

 6          Q.    In April of 1998, do you remember

 7     anyone discussing anything with respect to

 8     the Tomika Means homicide at the Buffalo

 9     Police Department?

10                MS. HUGGINS:  Objection to form.

11                You can answer.

12          A.    I don't recall specific

13     conversations about the Tomika Means case.

14          Q.    Do you remember any general

15     conversations about the Tomika Means case

16     in April of 1998?

17          A.    Not that I can explain what was

18     going on, who was talking or where it

19     happened, no.

20          Q.    Well, what can you say with

21     respect to conversations regarding the

22     Tomika Means homicide in April of 1998,

23     even if you don't remember who said it?

24          A.    Not very much.  Just the shock of

25     the case itself.  You know, that the
```

```
1                        Minor               51

2       witness was left alive from the road rage

3       thing and the witness remained adamant

4       about who did the homicide.

5            Q.    Do you remember anything else?

6            A.    No -- maybe a description of how

7       it transpired.  The shooter allegedly went

8       across the passenger to shoot the driver.

9       And just thinking how terrifying it could

10      possibly be and all that.

11           Q.    Now, do you remember having a

12      discussion with the actual witness about

13      this or is this information that you heard

14      secondhand?

15           A.    I don't remember having an actual

16      discussion with the witness.

17           Q.    Now, do you remember a homicide

18      involving somebody named Robert Cooperwood?

19           A.    Not offhand, no.

20           MR. RICKNER:  I would like to

21      have him take a look at Exhibit 57.

22           MS. HUGGINS:  Exhibit 57 is in

23      front of the witness.

24           MR. RICKNER:  Did you review this

25      with him prior to the deposition?
```

```
 1                    Minor                52
 2              MS. HUGGINS:  I did.  Can I just
 3         orient him to --
 4              MR. RICKNER:  Yes.  Let's go off
 5         the record and do whatever you feel is
 6         necessary to refresh his recollection.
 7              MS. HUGGINS:  Off the record.
 8              (Pause)
 9              MS. HUGGINS:  The record should
10         reflect I just read Exhibit 57 to the
11         witness.
12         Q.    Now, Detective Minor, based on
13    Exhibit 57, is it fair to say that you went
14    with Robert Chella to an appointment with
15    Wymiko Anderson?
16         A.    Based on the report, yes.
17         Q.    Okay.  Do you have any
18    independent recollection of that happening
19    or not happening?
20         A.    No, sir.
21         Q.    Do you have any reason to believe
22    that you didn't meet with Wymiko Anderson
23    a/k/a Pumpkin on July 3, 1998?
24         A.    No.
25         Q.    Do you remember Wymiko Anderson
```

```
 1                    Minor              53

 2      providing any inaccurate information with

 3      respect to any homicide?

 4          A.    No.

 5               MR. RICKNER:  Now I'd like to

 6          mark Exhibit 92, COB 1391.

 7               (Document Bates stamped COB

 8          00001391 marked Exhibit 92 for

 9          identification)

10               MS. HUGGINS:  Say the number

11          again, Rob.

12               MR. RICKNER:  COB 1391.  It is a

13          6/6/99 P-73.

14               MS. HUGGINS:  Let me just write

15          it down.  What did you say?

16               MR. RICKNER:  1391, a 6/6/99

17          P-73.

18               MS. HUGGINS:  Oh.  It is of

19          course what is right in front of me.

20               That is Exhibit 92?

21               MR. RICKNER:  Yes.

22               MS. HUGGINS:  Exhibit 92 is in

23          front of the witness.

24               MR. RICKNER:  Have you gone over

25          Exhibit 92 with him previously?
```

```
 1                         Minor              54

 2               MS. HUGGINS:  We have, but I am

 3          going to ask permission to review it

 4          again with him.

 5               MR. RICKNER:  Okay.

 6               MS. HUGGINS:  Off the record.

 7               (Pause)

 8               MS. HUGGINS:  The record should

 9          reflect I just read Exhibit 92 to the

10          witness.

11          Q.    Now, detective, based on Exhibit

12     92, would it be correct that you and Robert

13     Chella showed a set of keys to Wymiko

14     Anderson to see if she could recognize

15     them?

16          A.    According to the report.

17          Q.    When you say according -- you

18     mean according to the report that is a

19     correct statement?

20          A.    Yes.

21          Q.    Do you have any independent

22     recollection of that?

23          A.    No.

24          Q.    Do you have any reason to believe

25     it didn't happen?
```

```
 1                    Minor              55
 2      A.    No.
 3      Q.    Thank you.
 4            MR. RICKNER:  If you don't mind,
 5      could you cull a selection of exhibits
 6      for me.
 7            MS. HUGGINS:  Sure.
 8            MR. RICKNER:  19 through 27.
 9            Under the circumstances, this may
10      take a little more time than usual, so
11      I don't know if we want to go off the
12      record.
13            But as I've done in prior
14      depositions, I would like him to go
15      through these and maybe eyeball them
16      with his jeweler's loop and tell me if
17      he recognizes the handwriting in any of
18      them.
19            If he wants to do 19 through 27
20      all at once and see if that works.  Up
21      to you.
22            MS. HUGGINS:  What he is asking
23      is essentially for you to go through
24      all the pages to see if you recognize
25      any of the handwriting.
```

```
 1                      Minor                56
 2              THE WITNESS:  I'm not going to be
 3         able to do that.
 4         A.    Sir, I'm not trying to be funny.
 5    I used to be able to do that and --
 6         Q.    No, no.  I understand.  I am
 7    trying to -- I guess what I am going to say
 8    is why don't you do your best and if it
 9    doesn't work out, then we will put it on
10    the record that it didn't work out.
11              MS. HUGGINS:  Rob, I guess what I
12         would ask maybe is perhaps we put on
13         the record that he is wearing
14         corrective lenses and has at various
15         times used the jeweler's magnifying
16         glass.
17              MR. RICKNER:  After he is done,
18         we can put a whole thing on the
19         corrective lenses, jeweler's loop that
20         he thought it would be helpful.
21              If he can't tell me whether he
22         recognizes any of that handwriting, so
23         be it.
24              Really I am hoping he recognizes
25         his own, which is the most likely.
```

```
 1                         Minor                    57
 2                 MS. HUGGINS:  I am sure he hopes
 3            he recognizes his own.
 4                 (Pause)
 5            A.     I'm sorry, sir.  Can I go over it
 6       again?
 7                 MS. HUGGINS:  Yes, absolutely.
 8                 (Pause)
 9            A.     Sorry, sir.  No, I don't
10       recognize any of it.
11            Q.     Okay.
12                 MR. RICKNER:  Can we let the
13            record reflect that the witness had an
14            opportunity to spend some time with
15            Exhibits 19 through 27.  He is wearing
16            corrective lenses, has a jeweler's loop
17            at his disposal and he was not able to
18            identify the handwriting in any of
19            those documents.
20            Q.     Is that correct?
21            A.     Well, the jeweler's thing is --
22       it doesn't -- I use this to look at
23       prescriptions, you know, things of that
24       nature.
25                 You know, I always keep it with
```

```
 1                    Minor              58

 2      me so I can see little fine print and stuff

 3      like that.

 4               And these glasses are not

 5      prescription.  These are designed because

 6      my cornea -- there is too much light coming

 7      in.

 8          Q.    Okay.

 9          A.    So I have to cut down on the

10      light and that's what these help me to do.

11               As far as prescriptions, I have

12      yet to progress to that point where I can

13      have prescription lenses for my one eye

14      that I have vision.  So, I mean, this is

15      not a joke.

16          Q.    I am not stating it is.

17          A.    It is difficult for me to try to

18      read anything that is written.  I wish I

19      could.  But I really can't.

20          Q.    I have no doubt.

21               MS. HUGGINS:  Can we go off the

22          record for a moment.

23               (Discussion off the record)

24          Q.    Just, for the record, would it be

25      correct to say you have vision -- you only
```

```
 1                    Minor              59
 2     have vision in one eye, is that what you
 3     just said?
 4          A.    Yes, sir.
 5               MR. RICKNER:  Can we get Exhibit
 6          62, please.
 7               MS. HUGGINS:  Yes.
 8               (Pause)
 9               MS. HUGGINS:  Exhibit 62 is in
10          front of the witness.
11               MR. RICKNER:  Thank you very
12          much.
13          Q.    Now, can you just take a look at
14     Exhibit 62 for me, do your best, and tell
15     me if you recognize this handwriting.
16          A.    No, sir.
17          Q.    Okay.  Now, we've been going
18     about an hour-and-a-half.  I actually don't
19     have that much more, under the
20     circumstances.  So do you want to stretch
21     your legs?
22               I have one additional exhibit.
23     It looks like I printed out the wrong
24     affidavit.
25          A.    I'm fine.
```

```
 1                    Minor              60
 2            MS. HUGGINS:  If you tell me what
 3       to print out, I will print it or if you
 4       want to email it to me --
 5            MR. RICKNER:  I will email it
 6       right now.
 7            MS. HUGGINS:  -- we can push
 8       through and be done.
 9            MR. RICKNER:  I really don't have
10       a ton left.
11            (Pause)
12            MR. RICKNER:  Here it is.
13            I'm going to step away for two
14       seconds.
15            MS. HUGGINS:  Okay.  Let me know
16       when you are ready.
17            MR. RICKNER:  Okay.  I will pop
18       back on.
19            (Recess)
20            MR. RICKNER:  Did you get the
21       exhibit?
22            MS. HUGGINS:  Yes.  I am going to
23       ask that I have an opportunity to
24       review it with him.
25            MR. RICKNER:  Yes.  In fact, I
```

```
 1                        Minor                  61

 2          insist.

 3                 I'd like to mark Exhibit 93 for

 4          the record.  It is Epps 1321.

 5                 (Document Bates stamped

 6          EPPS-DA-01321 marked Exhibit 93 for

 7          identification)

 8                 (Pause)

 9                 MS. HUGGINS:  The record should

10          reflect that I just read Exhibit 93 to

11          the witness.

12          Q.    Now, Detective Minor, did you

13    sign Exhibit 93?  Is that your signature?

14          A.    Appears to be.

15          Q.    Do you remember anything

16    surrounding the circumstances in which you

17    signed Exhibit 93?

18          A.    No, sir.

19          Q.    Did you say no, sir?

20          A.    Right.

21          Q.    Do you know who drafted Exhibit

22    93?

23          A.    No.

24          Q.    Do you know why the district

25    attorney was looking for you to sign
```

```
 1                      Minor                62
 2        Exhibit 93 and submit it into the record?
 3             A.    No.
 4             Q.    Now, do you still live in
 5        Buffalo?
 6             A.    No.
 7             Q.    Do you still live in Western New
 8        York?
 9             A.    Yes.
10             Q.    Do you remember seeing on the
11        news when Cory Epps was exonerated?
12             A.    No.
13             Q.    Prior to learning about this
14        lawsuit, did you learn that Cory Epps had
15        been exonerated?
16             A.    Yes.
17             Q.    When did you learn that Cory Epps
18        had been exonerated?
19             A.    Well, I learned -- some people
20        were talking about it outside my church.
21             Q.    Do you remember which people were
22        talking about it?  Anybody in relation to
23        the Buffalo Police Department?
24             A.    No.
25             Q.    When you heard them talking about
```

```
 1                            Minor                  63

 2         it, did you remember you worked on the

 3         case?

 4              A.    Yes.  I remembered Cory Epps and

 5         I worked on the case, yes.

 6              Q.    What was your reaction to him

 7         being exonerated?

 8              A.    I was a little surprised because

 9         no one contacted Homicide and I thought

10         that would be me and whoever else was

11         involved.  And since I didn't hear anything

12         from the Homicide Unit or about it, so...

13              Q.    So would it be correct to say

14         that you weren't aware of a

15         re-investigation into the Cory Epps

16         homicide?

17              A.    That is correct.

18              Q.    Do you know somebody who went by

19         Chief Joseph Riga?

20              A.    Yes.

21              Q.    Did you know that Chief Riga is

22         now with the district attorney's office?

23              A.    Oh, yes.

24              Q.    Did you know he was involved with

25         the Epps re-investigation?
```

1                          Minor                          64

2              A.      No.

3              Q.      He never called you with respect

4       to the Epps re-investigation?

5              A.      Not that I recall.

6              Q.      Okay.  When was the last time you

7       spoke with Joseph Riga?

8              A.      It's been a while, but I would

9       see him on occasion in passing.  You know,

10      we would speak.  Other than that --

11             Q.      When did you first become aware

12      of this lawsuit?

13             A.      It was when the attorney here was

14      trying to contact me.

15             Q.      Without going into the substance

16      of your communications with your attorney,

17      can you tell me just what month and year

18      that was?

19             A.      This year.

20             Q.      Do you know Detective Charles

21      Aronica?

22             A.      Yes.

23             Q.      When was the last time you spoke

24      to Detective Aronica?

25             A.      Years.

```
 1                       Minor                    65
 2            Q.    What about Detective Raniero
 3       Massechia?
 4            A.    Many, many years.
 5            Q.    You haven't spoken to him for
 6       many, many years?
 7            A.    Yes.
 8            Q.    What about Detective Robert
 9       Chella, when was the last time you spoke
10       with him?
11            A.    Same.  Many years.
12            Q.    How about Detective Anthony
13       Constantino, when was the last time you
14       spoke with him?
15            A.    Maybe a couple of years because,
16       on occasion, he was associated with the
17       district attorney's office.  So, you know,
18       when I'd go over there, he would joust with
19       me about still working in Homicide.  A
20       couple of years.
21            Q.    When did you retire from
22       homicide?
23            A.    I believe 2018.
24            Q.    When was the last time you spoke
25       with detective James Giardina?
```

```
 1                        Minor                    66
 2          A.     That's been many years.
 3          Q.     What about Detective Mark
 4     Stambach, when is the last time you spoke
 5     with him?
 6          A.     I haven't spoken with Stambach,
 7     but, Stambach on occasion, would inquire
 8     about my health.
 9          Q.     Okay.  So when do you think you
10     last spoke with him?
11          A.     Years.  A couple of years.
12          Q.     What about Detective John Bohan?
13          A.     No, I haven't spoken with him in
14     a long time.  I wish I had.  He was a good
15     partner, but I haven't spoken with him in
16     years.
17          Q.     Have you discussed this lawsuit
18     with any of the other detectives?
19          A.     No.
20          Q.     Besides your attorney, have you
21     discussed this lawsuit with anyone?
22          A.     No.  I was shocked about it,
23     but...
24          Q.     Now, besides what you testified
25     to today, is there anything else that you
```

```
 1                        Minor                    67
 2          remember that we haven't discussed with
 3          respect to the Tomika Means homicide?
 4               A.    No.  But I would love to see
 5          pictures of these individuals.
 6               Q.    Which individuals?
 7               A.    All of them.  You know, I -- you
 8          know --
 9               Q.    I don't have a picture of Tomika
10          Means, but I have pictures of lots of other
11          people, if you want to take a look.
12               A.    Yes.
13                     THE DEFENDANT:  What's the name
14          of --
15                     MS. HUGGINS:  Wymiko Anderson.
16                     MR. RICKNER:  I don't think I
17          have a picture of Wymiko Anderson.
18                     MS. HUGGINS:  I don't believe
19          there is one that I have either.
20               A.    I mean, that's just out of
21          curiosity for myself because I don't recall
22          talking to these individuals that I -- it
23          has been documented that I have.  But, you
24          know, just seeing a picture might, you
25          know -- you know.
```

```
 1                        Minor                68
 2          Q.    Okay.  With respect to the murder
 3     of Paul Pope, is there anything that you
 4     remember that we haven't discussed?
 5          A.    No.  No.  I think I said to my
 6     attorney the thing that I remember about it
 7     is the uniqueness of the scene itself,
 8     because we almost missed it.  So...
 9          Q.    What do you mean by you almost
10     missed it?
11          A.    Scenes, you have to take your
12     time on the scenes.  And we were, you
13     know -- the scene, at first you didn't see
14     too much of any trace evidence.  But then
15     as, you know, I was talking to my sergeant,
16     I was telling him the importance of just
17     taking your time on it and we started to
18     see trace evidence at the scene.
19                I was so excited about that
20     because we would have missed it.  That
21     scene -- that case would have just fell
22     through.
23                So the trace evidence was there
24     and that's what opened it up.  So I was
25     excited about that.  That's why I remember
```

```
 1                    Minor                69

 2      the scene so much.

 3               But as far as the rest of it --

 4      Q.    Understood.

 5               So besides this discussion of

 6      this scene, is there anything else that you

 7      remember about the murder of Paul Pope in

 8      the investigation that we haven't

 9      discussed?

10      A.    No, sir.

11      Q.    We have been testifying for, I

12      don't know, about two hours.  Is there

13      anything that you testified to that you

14      think is inaccurate?

15      A.    No.

16      Q.    Do you have any questions?

17               MS. HUGGINS:  No.

18               MR. RICKNER:  All right.  I think

19          that's the end for me.

20               I will put a statement on the

21          record that in the event that there is

22          some sort of a procedure or cure that

23          restores a significant amount of the

24          detective's sight, we reserve the right

25          to take his deposition again.
```

1                          Minor                    70

2              THE WITNESS:  I would like a cure

3         for that.

4              MS. HUGGINS:  I think everyone

5         involved would love it if his condition

6         improves.

7              MR. RICKNER:  That's it.

8              MS. HUGGINS:  Thanks, everyone.

9              (Time noted:  12:30 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        Minor                        71

2        March 29, 2021

3                     ERRATA

4

5     PAGE/LINE      CHANGE/REASON

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19       _____

20       _____

21       _____

22       _____

23       _____

24       _____

25       _____

1                          Minor                        72

2

3

4

5

6                              _____

7                              REGINALD MINOR

8

9       Subscribed and sworn to

10      before me this      day

11      of                  2021

12

13      _____

14

15

16

17

18

19

20

21

22

23

24

25

73

CERTIFICATE

STATE OF NEW YORK )

                 ) ss.

COUNTY OF NEW YORK)


      I, Lisa Mango, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

      That REGINALD MINOR, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

      I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.



                    _____

                      LISA MANGO

74

March 29, 2021

                        INDEX

WITNESS                 EXAMINATION BY       PAGE

Reginald Minor     Mr. Rickner          4


EXHIBIT          PAGE

Exhibit 89     33      Document Bates stamped
                       COB 00001334 through
                       00001336

Exhibit 90     44      Document Bates stamped
                       COB 00000840

Exhibit 91     48      Document Bates stamped
                       COB 00001328 through
                       00001329

Exhibit 92     53      Document Bates stamped
                       COB 00001391

Exhibit 93     61      Document Bates stamped
                       EPPS-DA-01321

## '

**'73** [1] - 9:20
**'75** [2] - 9:20
**'90s** [3] - 17:15, 17:20, 26:22

## 0

**00000840** [2] - 44:17, 74:11
**00001328** [2] - 48:6, 74:13
**00001329** [2] - 48:6, 74:13
**00001334** [2] - 33:7, 74:9
**00001336** [2] - 33:7, 74:10
**00001391** [2] - 53:8, 74:15
**02** [1] - 31:7
**0230** [2] - 31:4, 31:5
**0800** [1] - 40:23
**0900** [1] - 43:22

## 1

**10** [2] - 21:8, 21:10
**10/21/99** [1] - 46:5
**10005** [1] - 2:8
**106-0904** [1] - 33:21
**10:50** [1] - 1:14
**11** [1] - 19:7
**1112** [1] - 2:15
**1186** [1] - 13:23
**12** [1] - 13:23
**12:30** [1] - 70:9
**1321** [1] - 61:4
**1328** [1] - 48:3
**1329** [1] - 48:4
**1334** [1] - 33:4
**1336** [1] - 33:5
**1391** [3] - 53:6, 53:12, 53:16
**14** [1] - 2:6
**1400** [1] - 33:21
**14202** [1] - 2:16
**1456** [1] - 34:18
**1603** [1] - 2:7
**17** [9] - 28:3, 30:10, 30:16, 31:12, 33:20, 33:25, 34:3, 34:19, 44:9
**18th** [1] - 31:15
**19** [3] - 55:8, 55:19, 57:15
**1973** [1] - 9:22
**1975** [1] - 9:22
**1984** [2] - 9:15, 9:22
**1992** [2] - 14:6, 14:13
**1994** [2] - 14:4, 15:5
**1995** [1] - 14:5
**1997** [1] - 21:21
**1998** [14] - 28:4, 30:10, 30:17, 31:16, 33:20, 33:25, 34:3, 34:19, 44:9, 49:18, 50:6, 50:16, 50:22, 52:23
**1:19-cv-00281-LJV** [1] - 1:6

## 2

**2** [1] - 33:24
**2018** [1] - 65:23
**2021** [4] - 1:13, 71:2, 72:11, 74:2
**219** [1] - 43:23
**24-hour** [1] - 31:3
**27** [5] - 44:23, 46:9, 55:8, 55:19, 57:15
**29** [3] - 1:13, 71:2, 74:2
**2:30** [8] - 30:10, 30:17, 30:20, 30:22, 30:23, 31:5, 31:9, 31:12

## 3

**3** [3] - 19:6, 31:22, 52:23
**33** [1] - 74:9

## 4

**4** [1] - 74:6
**4/16/98** [1] - 46:2
**44** [1] - 74:11
**48** [1] - 74:12

## 5

**51** [5] - 39:21, 39:23, 41:25, 42:2, 44:12
**53** [3] - 28:11, 29:2, 74:14
**55** [1] - 31:23
**56** [1] - 31:23
**57** [4] - 51:21, 51:22, 52:10, 52:13

## 6

**6** [1] - 21:21
**6/1/72** [1] - 46:3
**6/6/99** [2] - 53:13, 53:16
**61** [1] - 74:16
**62** [3] - 59:6, 59:9, 59:14
**65** [1] - 2:14

## 7

**7** [1] - 40:15

## 8

**8** [2] - 42:4, 44:8
**840** [1] - 44:15
**89** [4] - 33:2, 33:8, 35:12, 74:9

## 9

**9** [5] - 19:24, 20:5, 20:8, 44:3, 44:8
**90** [6] - 44:15, 44:17, 44:19, 44:22, 45:13, 74:11
**91** [4] - 48:3, 48:7, 48:8, 74:12
**92** [8] - 53:6, 53:8, 53:20, 53:22, 53:25, 54:9, 54:12, 74:14
**93** [8] - 61:3, 61:6, 61:10, 61:13, 61:17, 61:22, 62:2, 74:16
**98-073** [1] - 33:20

## A

**a.m** [3] - 1:14, 30:21, 40:15
**a/k/a** [1] - 52:23
**able** [5] - 8:13, 31:25, 56:3, 56:5, 57:17
**absolutely** [1] - 57:7
**academy** [9] - 10:23, 11:2, 11:8, 12:12, 12:15, 13:13, 13:15, 13:21, 14:17
**accept** [1] - 30:12
**according** [5] - 18:11, 34:2, 54:16, 54:17, 54:18
**accurate** [1] - 8:7
**accurately** [1] - 12:23
**action** [1] - 73:17
**active** [1] - 34:12
**activities** [1] - 17:11
**actual** [2] - 51:12, 51:15
**adamant** [1] - 51:3
**add** [1] - 47:13
**additional** [1] - 59:22
**adjacent** [1] - 35:18
**administer** [1] - 3:12
**affidavit** [1] - 59:24
**afternoon** [1] - 30:24
**afterwards** [1] - 30:21
**AGREED** [3] - 3:4, 3:9, 3:13
**agreement** [1] - 1:18
**ahead** [1] - 18:7
**aide** [1] - 10:14
**alive** [1] - 51:2
**allegedly** [1] - 51:7
**allowed** [2] - 7:25, 46:21
**almost** [2] - 68:8, 68:9
**Ammerman** [2] - 46:5, 47:16
**amount** [1] - 69:23
**AND** [3] - 3:4, 3:9, 3:13
**Anderson** [8] - 49:5, 49:9, 52:15, 52:22, 52:25, 54:14, 67:15, 67:17
**ann** [1] - 17:21
**answer** [7] - 6:2, 6:17, 6:25, 25:16, 25:18, 47:9, 50:11
**answers** [1] - 8:7
**ANTHONY** [1] - 1:9
**Anthony** [1] - 65:12
**anti** [1] - 10:18
**anti-rape/sexual** [1] - 10:18
**apart** [1] - 28:15
**Apartments** [1] - 16:24
**APPEARANCES** [1] - 2:2
**appointment** [1] - 52:14
**April** [14] - 28:3, 30:9, 30:16, 31:12, 31:15, 33:20, 33:25, 34:3, 34:19, 44:9, 49:18, 50:6, 50:16, 50:22
**Aronica** [2] - 64:21, 64:24
**ARONICA** [1] - 1:11
**array** [16] - 11:4, 11:9, 11:20, 11:24, 12:3, 12:4, 12:6, 12:9, 20:11, 20:12, 21:21, 22:2, 22:9, 22:13, 23:7, 24:24
**arrays** [8] - 11:19, 21:4, 22:17, 22:21, 22:24, 23:6, 23:8, 25:6
**arrest** [7] - 15:24, 25:22, 26:15, 45:21, 46:14, 47:12, 47:17
**arrested** [4] - 25:10, 26:3, 26:12, 46:3
**arrived** [4] - 39:7, 39:10, 40:22, 42:3
**aspect** [1] - 36:18
**assault** [1] - 10:18
**Assigned** [1] - 46:7
**assigned** [4] - 18:24, 19:8, 19:16, 27:24
**assignment** [2] - 19:3, 43:2
**assistance** [1] - 9:7
**associated** [2] - 27:12, 65:16
**association** [1] - 47:14
**assume** [1] - 6:24
**attended** [3] - 14:19, 14:25, 15:20
**attorney** [11] - 5:16, 7:19, 9:7, 40:19, 41:3, 49:3, 61:25, 64:13, 64:16, 66:20, 68:6
**attorney's** [2] - 63:22, 65:17
**Attorneys** [2] - 2:5, 2:13
**audio** [1] - 36:15
**authorized** [1] - 3:11
**Avenue** [3] - 16:25, 17:2
**aware** [3] - 26:2, 63:14, 64:11

## B

**barely** [1] - 20:18
**based** [12] - 30:5, 30:21, 32:11, 32:15, 37:24, 40:3, 40:5, 41:2, 42:2, 52:12, 52:16, 54:11
**Bates** [10] - 33:6, 44:16, 48:5, 53:7, 61:5, 74:9, 74:11, 74:12, 74:14, 74:16
**became** [8] - 12:13, 13:17, 14:6, 14:12, 14:15, 16:17, 16:21, 17:4
**become** [2] - 17:7, 64:11
**becoming** [2] - 15:21, 16:10
**bell** [1] - 39:12
**best** [5] - 28:25, 29:17, 47:6, 56:8, 59:14
**between** [3] - 3:5, 9:21, 9:24
**bit** [1] - 40:6
**blabbing** [1] - 25:2
**black** [2] - 12:2, 46:2
**bleed** [1] - 34:9
**blood** [1] - 73:18
**Bob** [3] - 17:22, 17:24, 18:10
**body** [4] - 27:9, 27:11, 27:18, 45:24
**Bohan** [6] - 18:20, 18:21, 21:18, 21:20, 24:23, 66:12
**BOHAN** [1] - 1:7
**bold** [1] - 40:9
**book** [3] - 38:10, 38:16, 38:19
**books** [2] - 38:17, 38:22
**bottom** [2] - 44:24, 46:6
**box** [2] - 44:23, 46:9
**Box** [1] - 46:9
**Bradley** [3] - 20:24, 21:15, 23:14
**Bradley's** [1] - 21:20
**Brady** [2] - 12:17, 12:24
**break** [2] - 6:16, 6:18
**briefed** [1] - 40:24
**brings** [1] - 14:4
**BUFFALO** [2] - 1:7, 2:11
**Buffalo** [21] - 2:16, 4:7, 10:3, 10:12, 10:22, 11:23, 15:9, 15:12, 16:7, 16:9, 16:17, 16:22, 16:23, 26:22, 34:23, 36:2, 36:3, 42:3, 50:8, 62:5, 62:23
**but..** [1] - 66:23
**BY** [4] - 2:9, 2:17, 4:6, 74:5

## C

**Calhoun** [2] - 48:24, 49:4
**Cancere** [1] - 17:21
**CAO** [1] - 10:13
**career** [1] - 7:8
**careful** [1] - 8:7
**carry** [1] - 38:11
**case** [20] - 5:5, 5:13, 12:5, 17:11, 19:4, 19:8, 19:11, 19:14, 19:16, 23:25, 24:8, 24:20, 42:19, 47:15, 50:13, 50:15, 50:25, 63:3, 63:5, 68:21
**cases** [5] - 4:25, 5:3, 18:19, 34:8, 42:12
**CD** [1] - 33:21
**Center** [1] - 10:15
**certain** [1] - 9:4
**CERTIFICATE** [1] - 73:2
**certify** [2] - 73:10, 73:16
**change** [1] - 18:11
**CHANGE/REASON** [1] - 71:5
**charged** [1] - 46:4
**CHARLES** [1] - 1:10
**Charles** [1] - 64:20
**Chella** [5] - 17:22, 18:10, 52:14, 54:13, 65:9
**CHELLA** [1] - 1:10
**Chief** [2] - 63:19, 63:21
**CHIEF** [1] - 1:11
**chime** [1] - 29:3
**choose** [1] - 11:12
**church** [1] - 62:20
**circumstances** [3] - 55:9, 59:20, 61:16
**CITY** [2] - 1:7, 2:11
**civil** [3] - 5:5, 5:11, 5:13
**clarify** [1] - 5:8
**class** [2] - 15:7, 15:15
**classes** [1] - 15:11
**Claude** [2] - 33:5, 33:12
**clear** [2] - 5:19, 6:3
**closely** [1] - 44:22
**COB** [15] - 33:4, 33:6, 44:15, 44:16, 48:3, 48:5, 53:6, 53:7, 53:12, 74:9, 74:11, 74:13, 74:15
**Collari** [1] - 17:24
**comfortable** [1] - 41:12
**coming** [2] - 18:12, 58:6
**communications** [1] - 64:16
**condition** [1] - 70:5
**conditions** [1] - 8:17
**conference** [3] - 4:18, 5:12, 6:9
**consisted** [1] - 15:15
**consists** [1] - 11:24

**Constance** [1] - 28:6
**CONSTANTINO** [1] - 1:9
**Constantino** [1] - 65:13
**contact** [5] - 21:14, 25:14, 25:23, 49:15, 64:14
**contacted** [1] - 63:9
**conversation** [2] - 42:7, 42:9
**conversations** [3] - 50:13, 50:15, 50:21
**Conwall** [6] - 40:16, 40:24, 42:8, 42:14, 42:18, 43:13
**Cooperwood** [1] - 51:18
**cornea** [1] - 58:6
**CORPORATION** [1] - 2:12
**correct** [11] - 23:2, 23:10, 30:6, 35:8, 40:25, 54:12, 54:19, 57:20, 58:25, 63:13, 63:17
**correction** [1] - 31:4
**corrective** [3] - 56:14, 56:19, 57:16
**CORY** [1] - 1:4
**Cory** [11] - 15:22, 15:24, 16:5, 25:10, 25:14, 25:22, 62:11, 62:14, 62:17, 63:4, 63:15
**counsel** [1] - 3:5
**COUNSEL'S** [1] - 2:12
**counselor** [2] - 10:13, 10:16
**count** [1] - 4:22
**County** [1] - 10:15
**COUNTY** [1] - 73:6
**couple** [4] - 15:8, 65:15, 65:20, 66:11
**course** [3] - 10:25, 42:13, 53:19
**court** [1] - 6:10
**COURT** [1] - 1:2
**cover** [1] - 20:10
**Crawford** [1] - 17:23
**crime** [2] - 27:20, 34:12
**criminal** [1] - 13:7
**cross** [3] - 7:14, 7:18, 7:23
**cross-examined** [3] - 7:14, 7:18, 7:23
**cull** [1] - 55:5
**cure** [2] - 69:22, 70:2
**curiosity** [1] - 67:21
**cut** [1] - 58:9

## D

**dark** [1] - 39:15
**date** [6] - 12:13, 12:16, 32:11, 32:22, 33:16, 42:15
**dates** [1] - 32:16
**daylight** [1] - 39:19
**daytime** [1] - 39:18

**deal** [1] - 23:25
**DEFENDANT** [1] - 67:13
**defendant** [1] - 13:7
**defendants** [1] - 2:13
**Defendants** [1] - 1:12
**defense** [1] - 7:18
**degree** [1] - 46:4
**Denise** [1] - 17:23
**DEPARTMENT** [1] - 2:11
**Department** [13] - 4:8, 10:3, 10:12, 10:22, 11:23, 15:9, 15:12, 34:24, 36:2, 36:4, 42:4, 50:9, 62:23
**deposition** [15] - 1:16, 3:10, 4:13, 4:14, 4:21, 5:4, 5:9, 5:10, 8:22, 9:5, 41:5, 51:25, 69:25, 73:12, 73:13
**depositions** [2] - 4:15, 55:14
**describe** [3] - 11:6, 24:18, 38:15
**described** [1] - 12:23
**description** [1] - 51:6
**designed** [1] - 58:5
**desk** [2] - 12:7, 35:20
**detail** [1] - 43:18
**detailed** [2] - 43:11, 43:14
**detective** [15] - 4:8, 12:14, 13:3, 13:17, 14:7, 14:10, 14:13, 14:16, 19:11, 19:17, 21:25, 37:15, 42:13, 54:11, 65:25
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:10
**Detective** [17] - 4:10, 4:13, 18:14, 21:19, 24:23, 41:24, 46:7, 46:10, 52:12, 61:12, 64:20, 64:24, 65:2, 65:8, 65:12, 66:3, 66:12
**detective's** [1] - 69:24
**detectives** [4] - 17:16, 17:19, 19:13, 66:18
**determine** [1] - 12:3
**Development** [1] - 10:14
**dictate** [2] - 36:20, 36:24
**dictating** [1] - 36:22
**different** [7] - 22:10, 22:18, 23:5, 32:16, 34:9, 34:10, 35:23
**differently** [1] - 12:25
**difficult** [3] - 8:25, 24:15, 58:17
**difficulty** [1] - 9:5
**direct** [1] - 31:18
**directing** [1] - 31:21
**directly** [1] - 15:12
**discovered** [1] - 27:18
**discuss** [1] - 43:7
**discussed** [7] - 23:13, 33:22, 66:17, 66:21, 67:2, 68:4, 69:9

**discussing** [4] - 49:19, 49:23, 50:3, 50:7
**discussion** [3] - 51:12, 51:16, 69:5
**Discussion** [1] - 58:23
**display** [1] - 11:18
**disposal** [1] - 57:17
**distinguish** [1] - 40:7
**District** [1] - 46:5
**DISTRICT** [2] - 1:2, 1:2
**district** [4] - 49:2, 61:24, 63:22, 65:17
**division** [1] - 6:3
**divulged** [1] - 12:20
**DOB** [1] - 46:3
**Document** [10] - 33:6, 44:16, 48:5, 53:7, 61:5, 74:9, 74:11, 74:12, 74:14, 74:16
**document** [11] - 45:2, 45:6, 45:8, 45:17, 45:19, 45:24, 47:5, 47:7, 47:20, 47:23, 48:11
**documented** [1] - 67:23
**documents** [4] - 24:11, 24:13, 24:14, 57:19
**done** [6] - 5:14, 12:10, 38:7, 55:13, 56:17, 60:8
**doubt** [1] - 58:20
**Dove** [2] - 33:5, 33:12
**down** [5] - 5:11, 12:10, 47:13, 53:15, 58:9
**drafted** [3] - 37:14, 40:12, 61:21
**drafting** [1] - 37:17
**driver** [1] - 51:8
**drop** [1] - 28:18
**due** [2] - 8:18, 24:9
**duly** [2] - 4:3, 73:13
**Dunlop** [1] - 16:25
**during** [3] - 7:8, 10:25, 42:22

**E**

**early** [2] - 39:11, 39:17
**eight** [2] - 14:2, 34:14
**eight-and-a-half** [1] - 14:2
**either** [1] - 67:19
**email** [2] - 60:4, 60:5
**employed** [1] - 9:22
**employment** [1] - 10:10
**end** [2] - 19:3, 69:19
**ended** [1] - 34:17
**ending** [1] - 32:22
**enforcement** [1] - 10:5
**Epps** [12] - 15:22, 16:5, 25:10, 25:14, 61:4, 62:11, 62:14, 62:17, 63:4, 63:15, 63:25, 64:4
**EPPS** [1] - 1:4

**Epps'** [2] - 15:24, 25:22
**EPPS-DA-01321** [2] - 61:6, 74:16
**Erie** [1] - 10:15
**ERRATA** [1] - 71:3
**ESQ** [2] - 2:9, 2:17
**essentially** [2] - 44:11, 55:23
**evasive** [1] - 43:15
**event** [1] - 69:21
**evidence** [5] - 13:5, 13:6, 68:14, 68:18, 68:23
**exactly** [4] - 5:23, 9:3, 24:7, 39:9
**EXAMINATION** [2] - 4:5, 74:5
**examined** [3] - 7:14, 7:18, 7:23
**Examiner** [1] - 29:21
**example** [2] - 11:22, 12:13
**except** [1] - 3:6
**excited** [2] - 68:19, 68:25
**exculpatory** [1] - 13:5
**EXHIBIT** [1] - 74:8
**exhibit** [13] - 9:6, 20:2, 21:12, 28:9, 28:22, 31:22, 32:25, 33:9, 35:11, 40:2, 51:22, 59:22, 60:21
**Exhibit** [46] - 19:24, 20:5, 20:8, 21:7, 21:10, 28:11, 29:2, 33:8, 35:12, 39:21, 39:23, 41:24, 42:2, 44:12, 44:15, 44:17, 44:19, 44:22, 45:13, 48:3, 48:7, 51:21, 52:10, 52:13, 53:6, 53:8, 53:20, 53:22, 53:25, 54:9, 54:11, 59:5, 59:9, 59:14, 61:3, 61:6, 61:10, 61:13, 61:17, 61:21, 62:2, 74:9, 74:11, 74:12, 74:14, 74:16
**Exhibits** [1] - 57:15
**exhibits** [1] - 55:5
**exhuming** [2] - 15:2, 15:14
**existence** [1] - 35:19
**exonerated** [4] - 62:11, 62:15, 62:18, 63:7
**explain** [1] - 50:17
**extent** [1] - 42:6
**eye** [2] - 58:13, 59:2
**eyeball** [1] - 55:15
**eyes** [1] - 28:18

**F**

**facial** [1] - 11:16
**fact** [4] - 49:19, 49:23, 50:3, 60:25
**failed** [1] - 8:11
**fair** [9] - 9:11, 24:9, 26:19, 35:10, 37:14, 42:3, 42:11,

43:20, 52:13
**Family** [1] - 10:16
**far** [2] - 58:11, 69:3
**favor** [1] - 44:21
**federal** [1] - 10:17
**feet** [1] - 12:8
**fell** [1] - 68:21
**Ferguson** [1] - 28:6
**few** [6] - 15:16, 18:3, 37:15, 41:10, 41:20, 42:12
**field** [1] - 38:13
**file** [4] - 33:20, 38:9, 38:23, 39:2
**filing** [1] - 3:14
**fillers** [4] - 22:3, 22:10, 22:13, 22:18
**fine** [5] - 6:16, 47:3, 47:25, 58:2, 59:25
**finished** [1] - 5:25
**first** [8] - 5:21, 13:21, 18:17, 30:9, 38:3, 40:21, 64:11, 68:13
**fistfight** [1] - 16:4
**five** [4] - 4:23, 16:14, 22:3, 22:13
**flavor** [2] - 19:15, 19:20
**following** [3] - 25:22, 26:15, 27:19
**follows** [1] - 4:4
**force** [1] - 9:14
**forgot** [1] - 17:25
**form** [8] - 3:7, 25:15, 25:19, 35:2, 45:6, 47:2, 48:15, 50:10
**format** [2] - 40:4, 40:5
**forth** [1] - 73:12
**frame** [1] - 19:5
**free** [1] - 41:19
**front** [10] - 33:10, 33:16, 35:11, 40:10, 44:20, 48:8, 51:23, 53:19, 53:23, 59:10
**full** [2] - 8:14, 8:18
**funny** [1] - 56:4
**FURTHER** [2] - 3:9, 3:13

**G**

**general** [4] - 42:16, 42:17, 45:9, 50:14
**generally** [4] - 10:9, 24:25, 40:11, 45:19
**generated** [1] - 8:8
**Genesee** [1] - 13:23
**gentleman** [1] - 48:23
**Giardina** [1] - 65:25
**GIARDINA** [1] - 1:9
**given** [2] - 15:11, 73:14
**glass** [3] - 29:24, 30:2, 56:16
**glasses** [1] - 58:4

**glaucoma** [1] - 8:23
**grabbed** [1] - 48:17
**Grabowski** [1] - 17:25
**graduate** [1] - 9:16
**graduated** [2] - 13:19, 13:20
**grand** [5] - 7:11, 7:15, 7:20, 7:23, 8:3
**grant** [1] - 10:17
**Grape** [2] - 43:23, 44:4
**great** [1] - 9:13
**ground** [2] - 5:17, 5:21
**group** [1] - 17:16
**grow** [1] - 16:7
**guess** [3] - 47:7, 56:7, 56:11
**guy** [1] - 47:17

**H**

**half** [2] - 14:2, 59:18
**hand** [1] - 37:5
**handwriting** [7] - 20:17, 20:19, 55:17, 55:25, 56:22, 57:18, 59:15
**handwritten** [1] - 38:7
**hard** [1] - 24:17
**health** [1] - 66:8
**hear** [1] - 63:11
**heard** [2] - 51:13, 62:25
**held** [1] - 12:20
**help** [3] - 19:23, 45:2, 58:10
**helpful** [1] - 56:20
**helps** [1] - 29:13
**HEREBY** [1] - 3:4
**hereby** [1] - 73:10
**hereinbefore** [1] - 73:12
**hereto** [1] - 3:6
**high** [3] - 9:16, 10:4, 10:11
**homicide** [23] - 5:3, 5:5, 5:6, 14:10, 14:12, 14:15, 17:13, 18:25, 20:25, 23:18, 33:13, 39:8, 42:24, 45:25, 49:16, 50:8, 50:22, 51:4, 51:17, 53:3, 63:16, 65:22, 67:3
**Homicide** [10] - 14:7, 35:3, 35:5, 35:13, 42:4, 44:3, 44:7, 63:9, 63:12, 65:19
**homicides** [1] - 14:20
**honest** [1] - 23:19
**hopes** [1] - 57:2
**hoping** [1] - 56:24
**hour** [1] - 59:18
**hour-and-a-half** [1] - 59:18
**hours** [5] - 34:14, 34:18, 40:23, 43:22, 69:12
**house** [3] - 21:20, 25:3, 27:12
**HUGGINS** [70] - 2:17, 5:8,

19:25, 20:5, 21:9, 25:15, 25:18, 28:8, 28:12, 28:14, 28:19, 28:23, 29:15, 29:22, 30:14, 30:18, 31:8, 31:17, 31:21, 31:25, 32:4, 32:7, 33:3, 33:9, 33:18, 34:20, 35:2, 39:22, 41:4, 41:14, 41:23, 44:19, 44:25, 45:11, 45:15, 46:19, 46:25, 47:4, 47:8, 48:8, 50:10, 51:22, 52:2, 52:7, 52:9, 53:10, 53:14, 53:18, 53:22, 54:2, 54:6, 54:8, 55:7, 55:22, 56:11, 57:2, 57:7, 58:21, 59:7, 59:9, 60:2, 60:7, 60:15, 60:22, 61:9, 67:15, 67:18, 69:17, 70:4, 70:8

**human** [2] - 15:2, 15:14
**hundreds** [1] - 7:10

## I

**identification** [5] - 33:8, 44:18, 48:7, 53:9, 61:7
**identify** [3] - 22:22, 48:12, 57:18
**impaired** [1] - 8:13
**impairment** [2] - 8:19, 24:10
**importance** [1] - 68:16
**important** [3] - 8:6, 27:7, 41:21
**improves** [1] - 70:6
**inaccurate** [2] - 53:2, 69:14
**included** [1] - 15:18
**independent** [2] - 52:18, 54:21
**INDEX** [1] - 74:3
**indicates** [1] - 33:23
**indication** [1] - 40:11
**individual** [4] - 11:12, 11:14, 12:8, 24:3
**individuals** [5] - 18:3, 43:9, 67:5, 67:6, 67:22
**information** [3] - 42:23, 51:13, 53:2
**initial** [1] - 11:8
**innocent** [1] - 13:7
**inquire** [1] - 66:7
**insist** [1] - 61:2
**instances** [2] - 22:8, 22:16
**interested** [1] - 73:19
**internal** [2] - 14:22, 14:24
**interrogation** [3] - 14:20, 15:11, 15:17
**interrogations** [2] - 15:4, 15:7
**interview** [4] - 15:10, 27:20, 27:25, 28:5
**interviewed** [1] - 27:23

**interviewing** [3] - 15:3, 15:7, 15:16
**interviews** [3] - 14:20, 34:25, 35:6
**investigating** [1] - 12:5
**investigation** [13] - 12:20, 17:4, 17:8, 19:2, 23:17, 26:25, 27:4, 27:5, 27:8, 63:15, 63:25, 64:4, 69:8
**involved** [6] - 17:4, 17:7, 19:4, 63:11, 63:24, 70:5
**involvement** [2] - 23:16, 23:23
**involving** [1] - 51:18
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13
**italics** [1] - 40:10
**itself** [2] - 50:25, 68:7

## J

**Jackie** [1] - 20:23
**Jacqueline** [3] - 21:15, 21:20, 23:14
**James** [1] - 65:25
**JAMES** [1] - 1:9
**January** [1] - 9:15
**jeweler's** [5] - 55:16, 56:15, 56:19, 57:16, 57:21
**jewelry** [1] - 29:25
**jog** [2] - 24:4, 24:11
**JOHN** [1] - 1:7
**John** [3] - 18:20, 21:18, 66:12
**join** [2] - 9:13, 10:7
**joined** [2] - 10:12, 10:21
**joke** [1] - 58:15
**JOSEPH** [1] - 1:11
**Joseph** [2] - 63:19, 64:7
**joust** [1] - 65:18
**Juan** [1] - 18:18
**July** [2] - 21:21, 52:23
**jump** [1] - 5:25
**juries** [1] - 7:12
**jury** [4] - 7:15, 7:20, 7:23, 8:4

## K

**keep** [3] - 5:23, 18:6, 57:25
**keys** [1] - 54:13
**killed** [3] - 49:20, 49:24, 50:4
**kind** [6] - 10:10, 10:23, 11:7, 17:12, 24:17, 38:11
**kinds** [1] - 42:22
**know..** [1] - 32:23
**known** [1] - 49:6
**knows** [1] - 31:18

## L

**large** [1] - 15:15
**last** [9] - 29:8, 34:17, 64:6, 64:23, 65:9, 65:13, 65:24, 66:4, 66:10
**law** [2] - 6:11, 10:4
**LAW** [1] - 2:11
**lawsuit** [4] - 62:14, 64:12, 66:17, 66:21
**lead** [3] - 19:11, 19:12, 19:16
**learn** [4] - 13:12, 13:16, 62:14, 62:17
**learned** [3] - 13:14, 13:18, 62:19
**learning** [1] - 62:13
**least** [1] - 35:7
**left** [5] - 10:4, 10:11, 44:3, 51:2, 60:10
**legs** [1] - 59:21
**lenses** [4] - 56:14, 56:19, 57:16, 58:13
**Lieutenant** [6] - 40:16, 40:23, 42:8, 42:14, 42:18, 43:13
**light** [6] - 39:14, 39:16, 39:17, 39:18, 58:6, 58:10
**likely** [1] - 56:25
**line** [2] - 31:18, 40:10
**lines** [2] - 12:22, 31:22
**lineup** [2] - 11:3, 26:14
**lineups** [1] - 26:18
**LISA** [1] - 73:23
**Lisa** [2] - 1:18, 73:8
**live** [5] - 16:9, 16:16, 16:20, 62:4, 62:7
**lived** [1] - 16:19
**location** [1] - 25:3
**look** [12] - 20:7, 29:2, 30:11, 33:15, 34:16, 40:2, 44:21, 44:23, 51:21, 57:22, 59:13, 67:11
**looking** [1] - 61:25
**looks** [3] - 20:10, 48:14, 59:23
**loop** [3] - 55:16, 56:19, 57:16
**Louie** [1] - 17:24
**love** [2] - 67:4, 70:5
**lying** [1] - 13:8

## M

**Maeve** [1] - 19:23
**MAEVE** [1] - 2:17
**magnifying** [3] - 29:24, 30:2, 56:15
**male** [1] - 46:3

**males** [1] - 12:2
**Mango** [2] - 1:18, 73:8
**MANGO** [1] - 73:23
**March** [4] - 1:13, 14:7, 71:2, 74:2
**Mark** [1] - 66:3
**mark** [4] - 44:14, 48:3, 53:6, 61:3
**MARK** [1] - 1:8
**marked** [6] - 33:7, 39:23, 44:17, 48:6, 53:8, 61:6
**marriage** [1] - 73:18
**Massechia** [2] - 17:22, 65:3
**MASSECHIA** [1] - 1:10
**material** [3] - 12:18, 12:19, 24:2
**matter** [2] - 45:9, 73:19
**matters** [1] - 15:16
**mean** [16] - 5:9, 5:10, 11:21, 23:3, 27:9, 30:22, 30:25, 31:6, 31:11, 32:13, 43:12, 44:2, 54:18, 58:14, 67:20, 68:9
**meaning** [2] - 6:11, 13:6
**means** [1] - 37:23
**Means** [20] - 15:25, 17:5, 17:8, 19:11, 19:18, 20:24, 21:5, 23:17, 24:8, 24:19, 25:7, 49:20, 49:24, 50:4, 50:8, 50:13, 50:15, 50:22, 67:3, 67:10
**meant** [1] - 7:22
**Medical** [1] - 10:15
**medical** [1] - 8:16
**medication** [2] - 8:10, 8:11
**meet** [1] - 52:22
**meeting** [1] - 20:23
**Melvin** [2] - 48:23, 49:4
**memo** [9] - 21:18, 37:4, 38:10, 38:15, 38:17, 38:19, 38:22, 40:3, 40:21
**memory** [10] - 8:12, 8:19, 20:22, 24:4, 24:11, 24:17, 33:2, 37:20, 37:23, 37:24
**memos** [3] - 36:24, 37:9, 37:10
**met** [1] - 16:2
**mid** [2] - 17:15, 17:20
**might** [17] - 13:6, 13:14, 15:13, 19:8, 25:25, 26:11, 27:17, 27:22, 34:13, 35:15, 35:17, 37:2, 37:7, 46:12, 46:13, 47:12, 67:24
**military** [2] - 10:7, 31:2
**mind** [2] - 4:11, 55:4
**MINOR** [5] - 1:8, 1:17, 4:2, 72:7, 73:11
**Minor** [9] - 4:11, 4:13, 29:10, 29:20, 41:24, 46:10, 52:12, 61:12, 74:6
**missed** [2] - 68:8, 68:10,

68:20
  **mistakes** [2] - 32:20, 32:21
  **moment** [3] - 28:14, 48:16, 58:22
  **Montgomery** [5] - 46:2, 49:5, 49:20, 49:24, 50:3
  **month** [1] - 64:17
  **mood** [1] - 43:16
  **Morales** [2] - 18:14, 18:15
  **morning** [7] - 28:16, 30:23, 31:10, 31:12, 39:12, 39:17, 44:9
  **most** [1] - 56:25
  **mostly** [1] - 5:3
  **move** [1] - 36:17
  **MR** [49] - 4:6, 19:22, 20:3, 21:7, 25:20, 28:10, 28:21, 30:16, 30:19, 31:20, 31:24, 32:9, 32:24, 33:4, 35:4, 39:20, 41:9, 41:16, 44:14, 45:5, 46:21, 47:3, 48:2, 48:10, 48:20, 51:20, 51:24, 52:4, 53:5, 53:12, 53:16, 53:21, 53:24, 54:5, 55:4, 55:8, 56:17, 57:12, 59:5, 59:11, 60:5, 60:9, 60:12, 60:17, 60:20, 60:25, 67:16, 69:18, 70:7
  **MS** [69] - 5:8, 19:25, 20:5, 21:9, 25:15, 25:18, 28:8, 28:12, 28:14, 28:19, 28:23, 29:15, 29:22, 30:14, 30:18, 31:8, 31:17, 31:21, 31:25, 32:4, 32:7, 33:3, 33:9, 33:18, 34:20, 35:2, 39:22, 41:4, 41:14, 41:23, 44:19, 44:25, 45:11, 45:15, 46:19, 46:25, 47:4, 47:8, 48:8, 50:10, 51:22, 52:2, 52:7, 52:9, 53:10, 53:14, 53:18, 53:22, 54:2, 54:6, 54:8, 55:7, 55:22, 56:11, 57:2, 57:7, 58:21, 59:7, 59:9, 60:2, 60:7, 60:15, 60:22, 61:9, 67:15, 67:18, 69:17, 70:4, 70:8
  **murder** [13] - 15:25, 17:5, 17:9, 19:19, 21:5, 25:7, 25:11, 26:24, 27:3, 27:14, 46:4, 68:2, 69:7
  **murdered** [1] - 26:21

**N**

  **name** [11] - 18:2, 18:17, 40:6, 40:9, 44:24, 45:10, 47:23, 48:23, 49:8, 49:11, 67:13
  **named** [8] - 20:23, 21:14, 25:10, 26:21, 28:5, 33:12, 49:15, 51:18
  **names** [1] - 47:14

  **nature** [2] - 24:3, 57:24
  **necessarily** [5] - 19:16, 35:14, 36:9, 36:11, 39:13
  **necessary** [1] - 52:6
  **need** [1] - 5:24
  **neighborhood** [1] - 16:17
  **neighborhoods** [2] - 16:19, 16:20
  **never** [2] - 7:24, 64:3
  **NEW** [3] - 1:2, 73:4, 73:6
  **new** [1] - 32:25
  **New** [6] - 1:20, 2:8, 2:16, 62:7, 73:10
  **news** [1] - 62:11
  **next** [1] - 46:9
  **Niagara** [1] - 2:14
  **nice** [2] - 5:19, 6:3
  **nickname** [1] - 49:12
  **night** [1] - 34:5
  **Notary** [2] - 1:19, 73:9
  **note** [1] - 45:4
  **noted** [1] - 70:9
  **notes** [3] - 36:7, 36:12, 38:7
  **nothing** [1] - 6:12
  **number** [3] - 11:18, 44:23, 53:10
  **numbered** [1] - 11:25
  **nurse's** [1] - 10:14

**O**

  **o'clock** [1] - 42:4
  **oath** [1] - 3:12
  **object** [2] - 25:15, 46:25
  **objection** [4] - 25:19, 35:2, 47:9, 50:10
  **objections** [1] - 3:6
  **obligation** [1] - 13:4
  **observe** [1] - 12:8
  **observing** [1] - 12:9
  **occasion** [5] - 37:3, 37:8, 64:9, 65:16, 66:7
  **OF** [6] - 1:2, 1:7, 2:11, 73:4, 73:6
  **offered** [2] - 14:18, 15:8
  **offhand** [1] - 51:19
  **office** [9] - 35:3, 35:5, 35:18, 35:22, 40:22, 44:4, 44:7, 63:22, 65:17
  **OFFICE** [1] - 2:12
  **Officer** [1] - 46:5
  **officer** [8] - 3:11, 7:9, 9:23, 13:3, 15:22, 16:10, 16:18, 16:21
  **officers** [4] - 27:17, 43:22, 47:11, 50:2
  **once** [2] - 7:17, 13:19, 55:20
  **one** [24] - 7:2, 11:25, 13:8, 14:25, 18:10, 22:2, 22:9,

22:13, 22:25, 23:9, 35:8, 35:12, 37:23, 41:19, 45:25, 46:2, 48:16, 48:17, 48:21, 58:13, 59:2, 59:22, 63:9, 67:19
  **opened** [1] - 68:24
  **opportunity** [3] - 41:6, 57:14, 60:23
  **opposed** [1] - 30:23
  **order** [1] - 28:15
  **orient** [1] - 52:3
  **outcome** [1] - 73:19
  **outside** [1] - 62:20
  **outstanding** [1] - 24:20
  **own** [4] - 30:22, 37:9, 56:25, 57:3
  **Oxford** [1] - 16:25

**P**

  **P-73** [6] - 37:11, 37:17, 40:12, 41:7, 53:13, 53:17
  **P-73s** [1] - 37:15
  **p.m** [3] - 30:21, 33:24, 70:9
  **page** [8] - 20:14, 20:17, 29:8, 30:9, 31:16, 31:22, 33:16, 34:17
  **PAGE** [2] - 74:5, 74:8
  **PAGE/LINE** [1] - 71:5
  **pages** [1] - 55:24
  **paper** [1] - 38:18
  **paragraph** [1] - 40:21
  **pardon** [1] - 25:17
  **part** [2] - 24:16, 27:6
  **participate** [2] - 26:13, 26:17
  **particular** [15] - 9:6, 14:16, 16:16, 17:11, 17:16, 18:8, 18:25, 19:20, 28:9, 34:4, 42:15, 43:5, 44:23, 45:3, 47:22
  **parties** [2] - 3:6, 73:17
  **partner** [2] - 18:8, 66:15
  **partner's** [1] - 18:2
  **partners** [1] - 18:11
  **parts** [1] - 29:4
  **passenger** [1] - 51:8
  **passing** [1] - 64:9
  **patrolman** [2] - 13:24, 13:25, 14:10
  **Paul** [8] - 26:21, 27:14, 33:12, 39:8, 45:25, 49:16, 68:3, 69:7
  **pause** [1] - 45:14
  **Pause** [14] - 28:13, 28:20, 28:24, 32:10, 34:22, 41:22, 48:19, 52:8, 54:7, 57:4, 57:8, 59:8, 60:11, 61:8
  **Penalty** [1] - 31:14
  **pending** [1] - 6:17

  **people** [7] - 19:14, 35:21, 36:25, 43:10, 62:19, 62:21, 67:11
  **per** [1] - 42:10
  **perhaps** [1] - 56:12
  **Perjury** [1] - 31:14
  **permission** [1] - 54:3
  **person** [2] - 12:7, 12:10
  **phonetic** [1] - 17:22
  **phonetic)** [2] - 17:24, 17:25
  **photo** [23] - 11:3, 11:9, 11:11, 11:19, 11:20, 11:23, 12:9, 20:11, 20:12, 21:4, 21:21, 22:2, 22:8, 22:9, 22:12, 22:17, 22:21, 22:24, 23:6, 23:7, 23:8, 24:23, 25:6
  **photographic** [1] - 11:3
  **photographs** [3] - 11:13, 11:24, 12:2
  **photos** [3] - 11:10, 11:17, 24:2
  **physical** [1] - 11:14
  **picture** [4] - 49:4, 67:9, 67:17, 67:24
  **pictures** [2] - 67:5, 67:10
  **pieces** [1] - 41:11
  **place** [2] - 38:23, 46:7
  **placed** [3] - 12:6, 26:14, 38:9
  **Plaintiff** [1] - 1:5
  **plaintiff** [2] - 1:17, 2:5
  **Planning** [1] - 10:16
  **PLLC** [1] - 2:4
  **point** [3] - 19:13, 26:7, 58:12
  **police** [15] - 7:9, 9:23, 11:8, 12:12, 12:15, 13:3, 13:13, 13:15, 13:21, 15:21, 16:10, 16:18, 16:21, 26:8, 27:21
  **Police** [12] - 4:8, 10:3, 10:12, 10:22, 11:23, 15:9, 15:12, 34:23, 36:2, 36:3, 50:9, 62:23
  **pop** [1] - 60:17
  **Pope** [8] - 26:21, 27:14, 33:13, 39:8, 45:25, 49:16, 68:3, 69:7
  **portion** [1] - 45:13
  **possibly** [1] - 51:10
  **potentially** [1] - 9:8
  **preamble** [2] - 11:20, 11:21
  **Precinct** [1] - 13:23
  **preparing** [1] - 36:19
  **prescription** [2] - 58:5, 58:13
  **prescriptions** [2] - 57:23, 58:11
  **prevent** [1] - 8:17
  **previously** [1] - 53:25
  **print** [3] - 58:2, 60:3
  **printed** [1] - 59:23

**problem** [1] - 4:12
**procedure** [1] - 69:22
**proceeded** [1] - 43:23
**process** [3] - 4:17, 24:15, 30:22
**profile** [1] - 11:16
**Program** [1] - 10:16
**progress** [1] - 58:12
**prosecution** [1] - 13:5
**provide** [2] - 5:11, 6:25
**provided** [1] - 32:12
**providing** [1] - 53:2
**Public** [2] - 1:19, 73:9
**pull** [3] - 19:24, 28:9, 32:25
**Pumpkin** [4] - 49:6, 49:12, 49:15, 52:23
**purpose** [1] - 5:13
**pursuant** [1] - 1:17
**push** [1] - 60:7
**put** [10] - 11:17, 22:2, 22:8, 35:11, 35:23, 39:2, 56:9, 56:12, 56:18, 69:20

## Q

**questions** [4] - 5:22, 7:2, 41:8, 69:16
**quite** [4] - 15:15, 18:3, 37:14, 42:12

## R

**rage** [2] - 17:13, 51:2
**rambling** [1] - 5:22
**Raniero** [1] - 65:2
**RANIERO** [1] - 1:10
**rape/sexual** [1] - 10:18
**Ray** [1] - 17:22
**re** [3] - 63:15, 63:25, 64:4
**re-investigation** [3] - 63:15, 63:25, 64:4
**reaction** [1] - 63:6
**read** [21] - 9:2, 9:8, 21:16, 24:2, 24:10, 24:13, 24:14, 29:15, 32:4, 32:7, 33:18, 34:20, 40:20, 41:6, 41:17, 41:24, 45:12, 52:10, 54:9, 58:18, 61:10
**reading** [4] - 9:6, 9:10, 29:4, 41:15
**reads** [1] - 29:12
**ready** [1] - 60:16
**really** [9] - 23:20, 23:21, 32:3, 33:14, 43:5, 47:18, 56:24, 58:19, 60:9
**reason** [6] - 23:24, 35:24, 44:6, 47:22, 52:21, 54:24
**reasonable** [1] - 6:19
**received** [1] - 12:11
**Recess** [1] - 60:19

**recognize** [9] - 20:8, 20:16, 29:3, 49:8, 49:11, 54:14, 55:24, 57:10, 59:15
**recognizes** [4] - 55:17, 56:22, 56:24, 57:3
**recollection** [9] - 21:13, 21:23, 28:7, 29:14, 45:7, 46:12, 52:6, 52:18, 54:22
**record** [28] - 5:20, 12:9, 29:22, 36:15, 38:12, 41:15, 41:18, 42:10, 45:11, 47:10, 48:13, 52:5, 52:7, 52:9, 54:6, 54:8, 55:12, 56:10, 56:13, 57:13, 58:22, 58:23, 58:24, 61:4, 61:9, 62:2, 69:21, 73:14
**referring** [1] - 31:19
**reflect** [8] - 21:17, 29:23, 45:12, 45:23, 52:10, 54:9, 57:13, 61:10
**reflected** [1] - 44:12
**refresh** [5] - 21:22, 28:6, 29:13, 46:11, 52:6
**refreshes** [2] - 21:12, 45:7
**regarding** [5] - 11:8, 33:5, 42:19, 45:25, 50:21
**regards** [4] - 12:4, 16:22, 47:14, 47:19
**REGINALD** [5] - 1:8, 1:16, 4:2, 72:7, 73:11
**Reginald** [4] - 29:10, 29:20, 46:10, 74:6
**regularly** [2] - 17:17, 17:20
**related** [2] - 5:5, 73:17
**relation** [3] - 45:21, 46:14, 62:22
**remained** [1] - 51:3
**remains** [2] - 15:2, 15:14
**remember** [36] - 20:23, 21:3, 23:16, 23:22, 24:4, 25:5, 25:9, 26:20, 33:11, 34:4, 39:14, 42:6, 43:24, 48:23, 49:2, 49:14, 49:18, 49:22, 50:2, 50:6, 50:14, 50:23, 51:5, 51:11, 51:15, 51:17, 52:25, 61:15, 62:10, 62:21, 63:2, 67:2, 68:4, 68:6, 68:25, 69:7
**remembered** [1] - 63:4
**remotely** [1] - 1:18
**repeat** [3] - 9:24, 22:11, 45:16
**rephrase** [1] - 7:3
**report** [2] - 52:16, 54:16, 54:18
**reported** [1] - 1:18
**Reporter** [2] - 1:19, 73:8
**represent** [2] - 30:4, 41:23
**representation** [2] - 30:13, 41:2
**reserve** [1] - 69:24

**reserved** [1] - 3:7
**respect** [14] - 19:18, 20:24, 21:4, 25:7, 33:12, 42:23, 43:13, 49:16, 50:7, 50:21, 53:3, 64:3, 67:3, 68:2
**respective** [1] - 3:5
**rest** [1] - 69:3
**restores** [1] - 69:23
**result** [1] - 8:12
**retire** [1] - 65:21
**retired** [1] - 4:7
**review** [6] - 12:3, 41:4, 48:11, 51:24, 54:3, 60:24
**reviewed** [1] - 30:5
**Rickner** [1] - 74:6
**RICKNER** [51] - 2:4, 2:9, 4:6, 19:22, 20:3, 21:7, 25:20, 28:10, 28:21, 30:16, 30:19, 31:20, 31:24, 32:9, 32:24, 33:4, 35:4, 39:20, 41:9, 41:16, 44:14, 45:5, 46:21, 47:3, 48:2, 48:10, 48:20, 51:20, 51:24, 52:4, 53:5, 53:12, 53:16, 53:21, 53:24, 54:5, 55:4, 55:8, 56:17, 57:12, 59:5, 59:11, 60:5, 60:9, 60:12, 60:17, 60:20, 60:25, 67:16, 69:18, 70:7
**Riga** [3] - 63:19, 63:21, 64:7
**RIGA** [1] - 1:11
**ring** [1] - 39:12
**road** [2] - 17:13, 51:2
**ROB** [1] - 2:9
**Rob** [6] - 5:9, 30:15, 44:25, 45:16, 53:11, 56:11
**robbery** [1] - 35:18
**Robert** [4] - 51:18, 52:14, 54:12, 65:8
**ROBERT** [1] - 1:10
**role** [1] - 27:3
**room** [3] - 4:18, 5:12, 6:9
**Room** [1] - 2:15
**rooms** [3] - 34:24, 35:6, 35:13
**rule** [1] - 5:21
**rules** [1] - 5:17
**run** [1] - 19:15
**Russell** [5] - 46:2, 49:5, 49:19, 49:23, 50:3

## S

**saw** [2] - 26:3, 26:5
**scene** [12] - 27:5, 27:6, 27:14, 27:20, 34:13, 39:7, 68:7, 68:13, 68:18, 68:21, 69:2, 69:6
**scenes** [2] - 68:11, 68:12
**school** [3] - 9:17, 10:4, 10:11

**scraps** [1] - 38:18
**se** [1] - 42:10
**sealing** [1] - 3:14
**second** [1] - 46:4
**secondhand** [1] - 51:14
**seconds** [1] - 60:14
**section** [1] - 31:15
**see** [28] - 5:7, 10:19, 16:24, 17:21, 17:23, 17:24, 20:3, 20:18, 21:11, 22:22, 24:2, 29:7, 29:11, 29:13, 29:19, 29:20, 40:6, 40:25, 48:12, 54:14, 55:20, 55:24, 58:2, 64:9, 67:4, 68:13, 68:18
**seeing** [2] - 62:10, 67:24
**selection** [1] - 55:5
**sense** [1] - 41:13
**sentences** [2] - 29:11, 40:20
**sergeant** [1] - 68:15
**serves** [1] - 33:2
**set** [2] - 54:13, 73:12
**setting** [1] - 5:13
**several** [2] - 15:19, 16:19
**sheet** [1] - 38:25
**sheets** [1] - 38:23
**shift** [5] - 34:4, 34:5, 34:6, 34:7, 34:11
**shifts** [2] - 34:9, 34:10
**shock** [1] - 50:24
**shocked** [1] - 66:22
**shoot** [1] - 51:8
**shooter** [1] - 51:7
**shoreline** [1] - 16:24
**Shorthand** [2] - 1:19, 73:8
**shot** [2] - 11:16, 29:17
**show** [3] - 11:23, 20:2, 23:7
**showed** [4] - 21:21, 22:21, 24:23, 54:13
**showing** [5] - 21:3, 21:9, 22:24, 25:6, 28:10
**shown** [2] - 39:23, 49:4
**sight** [1] - 69:24
**sign** [2] - 61:13, 61:25
**Signature** [1] - 46:8
**signature** [4] - 29:7, 29:9, 34:18, 61:13
**signed** [4] - 3:10, 34:19, 46:8, 61:17
**significant** [1] - 69:23
**similar** [4] - 4:17, 5:12, 11:13, 13:9
**single** [1] - 22:12
**sit** [3] - 5:11, 23:15, 47:21
**sitting** [1] - 11:15
**situation** [1] - 40:24
**six** [3] - 11:24, 11:25, 12:2
**skip** [1] - 14:8
**small** [1] - 29:23
**so..** [6] - 17:14, 21:16, 25:4, 26:18, 63:12, 68:8

**sometimes** [5] - 36:12, 37:19, 37:20, 43:17, 43:18
**somewhere** [4] - 12:21, 14:23, 15:5, 35:25
**sorry** [6] - 18:5, 26:16, 45:20, 48:16, 57:5, 57:9
**sort** [3] - 26:2, 49:3, 69:22
**SOS** [1] - 35:18
**speaking** [1] - 10:9
**specific** [1] - 50:12
**specifically** [1] - 24:24
**speculate** [3] - 46:15, 46:20, 46:23
**speculating** [2] - 47:18, 47:20
**speculation** [1] - 46:17
**spend** [1] - 57:14
**spoken** [4] - 65:5, 66:6, 66:13, 66:15
**Square** [1] - 2:14
**ss** [1] - 73:5
**STAMBACH** [1] - 1:8
**Stambach** [3] - 66:4, 66:6, 66:7
**stamp** [1] - 29:9
**stamped** [10] - 33:6, 44:16, 48:5, 53:7, 61:5, 74:9, 74:11, 74:12, 74:14, 74:16
**standing** [1] - 11:15
**start** [2] - 29:4, 33:16
**started** [6] - 10:2, 30:10, 30:17, 33:21, 33:24, 68:17
**starting** [1] - 8:21
**STATE** [1] - 73:4
**state** [1] - 14:25
**State** [2] - 1:20, 73:9
**statement** [12] - 29:6, 29:14, 30:6, 31:11, 32:12, 32:19, 33:24, 34:17, 41:17, 48:15, 54:19, 69:20
**statements** [6] - 36:6, 36:16, 36:20, 36:23, 48:18
**STATES** [1] - 1:2
**states** [1] - 21:19
**stating** [1] - 58:16
**station** [3] - 13:22, 26:8, 27:21
**step** [2] - 12:7, 60:13
**still** [5] - 35:19, 47:8, 62:4, 62:7, 65:19
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**store** [1] - 38:22
**street** [2] - 16:5, 49:11
**Street** [4] - 2:6, 13:23, 43:23, 44:4
**stretch** [1] - 59:20
**structure** [3] - 11:14, 29:5, 29:11
**stuff** [3] - 18:12, 25:3, 58:2

**subject** [2] - 15:16, 22:23
**submit** [1] - 62:2
**Subscribed** [1] - 72:9
**substance** [1] - 64:15
**suggest** [1] - 13:6
**suit** [2] - 5:5, 5:11
**Suite** [1] - 2:7
**supposed** [1] - 17:13
**surprised** [1] - 63:8
**surrounding** [1] - 61:16
**suspect** [5] - 22:4, 22:14, 22:18, 23:6, 23:8
**suspect's** [1] - 22:8
**sworn** [5] - 3:10, 4:4, 29:10, 72:9, 73:13
**system** [2] - 37:2, 37:7

**T**

**target** [1] - 22:2
**targeted** [1] - 11:11
**techniques** [3] - 15:3, 15:17
**tend** [2] - 5:22, 13:6
**terrifying** [1] - 51:9
**testified** [5] - 4:4, 7:8, 8:3, 66:24, 69:13
**testify** [1] - 7:11
**testifying** [3] - 6:8, 6:10, 69:11
**testimony** [7] - 5:12, 7:15, 7:21, 8:4, 8:14, 8:18, 73:14
**Texas** [1] - 15:2
**text** [1] - 14:25
**THE** [11] - 1:7, 20:6, 25:17, 28:17, 29:25, 31:7, 32:3, 32:6, 56:2, 67:13, 70:2
**thinking** [1] - 51:9
**third** [3] - 20:14, 20:17, 31:16
**three** [1] - 12:8
**today** [3] - 23:15, 47:21, 66:25
**together** [1] - 11:17
**Tomika** [20] - 15:25, 17:5, 17:8, 19:10, 19:18, 20:24, 21:4, 23:17, 24:7, 24:19, 25:7, 49:20, 49:24, 50:4, 50:8, 50:13, 50:15, 50:22, 67:3, 67:9
**ton** [1] - 60:10
**took** [3] - 28:15, 30:7, 36:12
**top** [1] - 45:12
**totally** [1] - 17:10
**town** [1] - 15:20
**trace** [3] - 68:14, 68:18, 68:23
**trained** [1] - 11:2
**training** [6] - 10:23, 11:2, 11:7, 12:11, 14:17, 14:19

**trainings** [2] - 14:18, 14:21
**transcript** [1] - 8:8
**transpired** [2] - 47:19, 51:7
**trial** [4] - 3:8, 7:8, 7:15, 8:4
**tried** [2] - 37:2, 37:7
**trouble** [1] - 9:10
**true** [2] - 24:14, 73:14
**truth** [3] - 6:11, 6:12
**truthful** [2] - 8:14, 8:18
**try** [3] - 6:5, 28:10, 58:17
**trying** [7] - 23:4, 32:17, 40:7, 43:15, 56:4, 56:7, 64:14
**turn** [1] - 13:4
**two** [11] - 20:20, 22:17, 22:21, 22:24, 23:5, 23:8, 32:16, 35:9, 40:20, 60:13, 69:12
**type** [4] - 36:21, 37:6, 37:9, 37:10
**typed** [4] - 35:12, 35:16, 35:17, 38:4
**types** [1] - 4:25
**typing** [1] - 37:24

**U**

**uncomfortable** [1] - 6:20
**under** [3] - 10:17, 55:9, 59:19
**understand** [9] - 6:21, 6:24, 7:2, 7:3, 8:6, 9:9, 13:2, 23:4, 56:6
**understood** [1] - 69:4
**uniform** [1] - 47:11
**unique** [2] - 17:12, 27:6
**uniqueness** [1] - 68:7
**Unit** [2] - 14:7, 63:12
**UNITED** [1] - 1:2
**up** [14] - 16:7, 19:3, 19:24, 28:9, 32:25, 35:12, 35:16, 35:17, 36:21, 37:6, 38:4, 40:4, 55:20, 68:24
**update** [1] - 42:20
**updated** [1] - 42:12
**updates** [1] - 42:22
**usual** [1] - 55:10

**V**

**vague** [1] - 25:20
**varied** [2] - 38:19, 43:9
**various** [1] - 56:14
**vary** [1] - 38:17
**verify** [2] - 30:12, 40:18
**versus** [1] - 31:5
**Videoconference** [1] - 1:16
**violation** [1] - 12:24
**vision** [4] - 24:16, 58:14, 58:25, 59:2

**visual** [1] - 24:10
**volunteer** [1] - 10:17

**W**

**wait** [1] - 5:24
**waived** [1] - 3:15
**Wall** [1] - 2:6
**wants** [1] - 55:19
**Wasmuth** [1] - 16:25
**wearing** [2] - 56:13, 57:15
**welcome** [1] - 6:18
**Western** [1] - 62:7
**WESTERN** [1] - 1:2
**whole** [3] - 6:12, 41:7, 56:18
**William** [1] - 40:16
**wish** [2] - 58:18, 66:14
**WITNESS** [10] - 20:6, 25:17, 28:17, 29:25, 31:7, 32:3, 32:6, 56:2, 70:2, 74:5
**witness** [30] - 4:3, 11:19, 20:2, 21:10, 22:22, 22:25, 23:9, 28:5, 28:21, 31:22, 32:8, 33:10, 33:19, 39:24, 44:20, 45:13, 48:9, 51:2, 51:3, 51:12, 51:16, 51:23, 52:11, 53:23, 54:10, 57:13, 59:10, 61:11, 73:11, 73:15
**witnesses** [10] - 13:8, 27:15, 27:17, 27:21, 27:23, 27:25, 36:16, 43:7, 49:19, 49:23
**wondering** [2] - 32:18, 45:5
**words** [1] - 19:20
**works** [1] - 55:20
**write** [5] - 12:10, 37:5, 37:20, 38:3, 53:14
**written** [3] - 40:3, 40:4, 58:18
**Wymiko** [8] - 49:5, 49:9, 52:15, 52:22, 52:25, 54:13, 67:15, 67:17

**Y**

**year** [3] - 9:19, 64:17, 64:19
**years** [12] - 14:2, 16:12, 64:25, 65:4, 65:6, 65:11, 65:15, 65:20, 66:2, 66:11, 66:16
**YORK** [3] - 1:2, 73:4, 73:6
**York** [6] - 1:20, 2:8, 2:16, 62:8, 73:10
**yourself** [1] - 30:7
**youth** [1] - 10:13
**Youth** [1] - 10:14

| **Z** |
| --- |
| **Zoom** [2] - 4:18, 6:9 |