1                                                    1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          -------------------------x

4          CORY EPPS,

5                        Plaintiff,

                                      Case No.
6            -against-               1:19-cv-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE REGINALD
8          MINOR, DETECTIVE MARK STAMBACH,
           DETECTIVE JAMES GIARDINA,
9          DETECTIVE ANTHONY COSTANTINO,
           DETECTIVE ROBERT CHELLA,
10         RANIERO MASSECHIA, CHARLES
           ARONICA, and CHIEF JOSEPH RIGA,

11                       Defendants.

12         -------------------------x

13                                   June 18, 2021
                                     11:06 a.m.
14

15

16         Videoconference deposition of MARK

17    STAMBACH, taken by Defendants, reported

18    remotely by Pamela Grimaldi, a Registered

19    Professional Reporter, Certified LiveNote

20    Reporter, and Notary Public within and for

21    the State of New York.

22

23

24

25

```
 1                                                    2

 2        APPEARANCES:

 3

 4        RICKNER PLLC

 5             Attorneys for plaintiff

 6             14 Wall Street, Suite 1603

 7             New York, New York  10005

 8        BY:  ROB RICKNER, ESQ.

 9             rob@ricknerpllc.com

10

11        CITY OF BUFFALO LAW DEPARTMENT

12        CORPORATION COUNSEL'S OFFICE

13             Attorneys for defendants

14             65 Niagara Street, Room 1112

15             Buffalo, New York  14202-3313

16        BY:  MAEVE HUGGINS, ESQ.

17             m.huggins@city-buffalo.com

18

19        PRESENT:

20        MAYA GHOZE

21        LESLIE UMANZOR

22

23

24

25
```

1                                                          3

2                          STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5     and between counsel for the respective

6     parties hereto, that all objections, except

7     as to form, are reserved to the time of

8     trial.

9            IT IS FURTHER STIPULATED AND AGREED

10    that the deposition may be signed and sworn

11    to before any officer authorized to

12    administer an oath.

13           IT IS FURTHER STIPULATED AND AGREED

14    that the sealing and filing of the

15    deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
 1                      Stambach              4

 2        MARK STAMBACH,

 3             called as a witness, having been first

 4             duly sworn/affirmed by Pamela Grimaldi,

 5             Registered Professional Reporter and

 6             Notary Public of the State of New York,

 7             was examined and testified as follows:

 8        EXAMINATION

 9        BY MR. RICKNER:

10             Q.    Good morning, Mr. Stambach.  My

11        name is Rob Rickner.  I represent the

12        plaintiff in this case, Cory Epps, and I'm

13        going to be asking you a few questions, if

14        you don't mind.

15                  MS. HUGGINS:  Rob, before we get

16             started, we'll do read and sign.  If I

17             can have -- 45 days will be fine for

18             him.

19                  MR. RICKNER:  I consent.

20                  MS. HUGGINS:  Thank you.

21        BY MR. RICKNER:

22             Q.    Have you ever had your deposition

23        taken before, Detective Stambach?

24             A.    Yes, I have.

25             Q.    How many times?
```

```
1                        Stambach                    5

2           A.     Twice.

3           Q.     When was the first?

4           A.     I could not recall the date.

5           Q.     Could you give me a decade?

6           A.     Within the last 10 years.

7           Q.     Okay.  And what was the subject

8      of that lawsuit?

9           A.     An arrest.

10          Q.     An arrest that you made?

11          A.     Yes, sir.

12          Q.     Was this a civil rights lawsuit?

13          A.     No, it was not.

14          Q.     Was somebody making an accusation

15     against you that the arrest was improper?

16          A.     Yes, they were.

17          Q.     Okay.  And you were represented

18     by counsel?

19          A.     Yes, sir.  Corporation counsel.

20          Q.     Okay.  The same corporation

21     counsel that represents you today?

22          A.     Yes, sir.

23          Q.     And in the context of that case,

24     were you provided with a copy of your

25     testimony?
```

```
 1                      Stambach                    6

 2           A.     Yes, I was.

 3           Q.     And were you given the

 4      opportunity to review it and make

 5      corrections?

 6           A.     Yes.

 7           Q.     Do you still have a copy of that

 8      testimony?

 9           A.     Not in that particular case, no.

10           Q.     Did that case go to trial?

11           A.     It did go to trial.

12           Q.     What was the outcome of that

13      trial?

14           A.     There was a guilty verdict.

15           Q.     It was a civil case, so we don't

16      quite do guilty and innocent.  But let me

17      rephrase my question.

18                  Was the outcome of that trial

19      that you were found liable for the arrest?

20           A.     No, I was not.

21           Q.     Was somebody else found liable

22      for the arrest?

23           A.     I don't know.

24                  MS. HUGGINS:  Rob, and I don't

25           mean to interrupt, but I think that
```

```
                          Stambach                7
```

1                  there might be some confusion.

2                          MR. RICKNER:  I think there is.

3                          MS. HUGGINS:  Yeah.  When you

4                  asked if it involved the same

5                  corporation counsel, why don't you

6                  identify who represented you in that.

7                          MR. RICKNER:  I don't think it

8                  was you, Maeve.  That wouldn't work.

9                          MS. HUGGINS:  I wanted to make

10                  sure that was clear.

11                          MR. RICKNER:  No, no.  You may

12                  not have even been a lawyer yet at the

13                  time, depending on how the timeline

14                  works, so I get it.

15                          MS. HUGGINS:  I think your other

16                  question might have clarified the other

17                  confusion there with regard to the

18                  phrase "guilty" that was used.

19                          MR. RICKNER:  Right.  And I think

20                  I might have an idea of what's going

21                  on, but I just want to ask a few more

22                  questions.  We'll get there.

23                          MS. HUGGINS:  Okay.

24                          THE WITNESS:  Thank you.

```
 1                      Stambach              8
 2        BY MR. RICKNER:
 3             Q.    What was the plaintiff's name?
 4             A.    Joshue Ortiz.  That's O-R-T-I-Z.
 5             Q.    Could you give me that first name
 6        again, if you don't mind.
 7             A.    J-O-S -- it's an unusual
 8        spelling.  J-O-S-H-U-E, I believe.
 9             Q.    And was Ortiz awarded money by
10        the jury?
11                  MS. HUGGINS:  I think there is
12             some confusion here.  So that civil
13             lawsuit has not gone to trial.
14                  MR. RICKNER:  Oh.  Okay.
15                  MS. HUGGINS:  I think he may be
16             thinking of a criminal trial, but...
17                  MR. RICKNER:  Oh, I see.
18                  MS. HUGGINS:  I apologize.  And
19             I'm not trying to overstep --
20                  MR. RICKNER:  No, not at all.  I
21             appreciate the clarification.
22                  MS. HUGGINS:  When it did go to
23             trial, what were you referring to, a
24             civil or criminal proceeding?
25                  THE WITNESS:  The oral testimony
```

```
 1                    Stambach                    9

 2           that you asked me about on those two

 3           occasions were after the cases were

 4           disposed of that came back several

 5           years later where we were represented

 6           by the corporation counsel.  One is

 7           still pending, and the other one was

 8           finalized.

 9           Q.    Okay.  And we'll get to the

10    second one.  Mr. Ortiz was the first time

11    you ever testified in a deposition?

12           A.    Second time.

13           Q.    Okay.

14           A.    I gave two depositions.

15           Q.    Right.  What was the name of --

16    let me go back.  And I should just do some

17    groundwork first before we jump into this.

18    And you're doing a great job of this

19    already, and I'm sure you were -- had these

20    rules gone over with your counsel, but I

21    just want to put them on the record.  One

22    is please make sure that I finish my

23    rambling question before you jump in with a

24    response so we get a nice clear transcript

25    for the court reporter:  Question, answer.
```

```
 1                    Stambach              10

 2        Can you do that for me?

 3             A.    Yes, sir.

 4             Q.    Now, even though you're

 5        testifying in a conference room over a Zoom

 6        link, it's the same rules as though you

 7        were testifying in court, meaning that you

 8        have to tell the truth, the whole truth,

 9        and nothing but the truth.  Can you do that

10        for me?

11             A.    Yes, sir.

12             Q.    And you're already doing a great

13        job of giving oral responses, but even

14        though we can see each other, gestures or

15        "uh-huh" or nods of the head can't be taken

16        down by the court reporter.  We need nice

17        clear yeses or nos or other verbal answers.

18        Can you do that for me?

19             A.    Yes, sir.

20             Q.    Is there any medical reason why

21        you couldn't give full and accurate

22        testimony today?

23             A.    No, sir.

24             Q.    So going back.  You said you had

25        your deposition taken twice.  What was the
```

```
 1                       Stambach                 11

 2          name of the first case in which you

 3          appeared to testify at a deposition?

 4               A.    Lynn Dejac.  That's L-Y-N-N

 5          Dejac, D-E-J-A-C.

 6               Q.    And did you provide that

 7          testimony within the last 10 years?

 8               A.    Yes, I did.

 9               Q.    Within the last five years?

10               A.    I would not be able to give you

11          an accurate date.

12               Q.    Okay.  And what did Lynn Dejac

13          claim happened in the lawsuit?

14               A.    That she was wrongly convicted.

15               Q.    And were you one of the

16          detectives that investigated the claim?

17          Withdrawn.

18                     Were you one of the detectives

19          that investigated the criminal case that

20          led to the conviction of Lynn Dejac?

21               A.    I was.

22               Q.    And do you know how long

23          Ms. Dejac was in prison?

24               A.    No, I don't.

25               Q.    Do you know what came to light
```

```
1                      Stambach          12
2         that led to her being released from prison?
3              A.    Yes, I do.
4              Q.    What was that?
5              A.    New DNA that was developed by a
6         medical examiner and a conviction of
7         another person that was involved in another
8         homicide.
9              Q.    So Dejac was a homicide case?
10             A.    It was.
11             Q.    Is that case still pending, the
12        civil case still pending, to your
13        knowledge?
14             A.    No, it is not.
15             Q.    Do you know when it resolved?
16             A.    No, I do not.
17             Q.    Did it go to trial?
18             A.    No --
19             Q.    By which I mean a civil trial.
20             A.    No, sir.
21             Q.    Okay.  Do you know if it was
22        dismissed, meaning that a judge ruled that
23        the claims couldn't go forward?
24             A.    It was not dismissed.
25             Q.    Okay.  Do you know how much it
```

```
 1                    Stambach              13

 2       settled for?

 3            A.    No, I do not.

 4                 MR. RICKNER:  Maeve, do you know

 5       how much it settled for?

 6                 MS. HUGGINS:  It predates my

 7       time.

 8                 MR. RICKNER:  Okay.

 9            Q.    And so you testified in one

10       deposition in that case?

11            A.    That is correct.

12            Q.    Were there other officers who

13       also had accusations against them in that

14       case?

15            A.    Yes.

16            Q.    Who were the other officers?

17            A.    At that particular time?

18            Q.    Uh-huh.

19            A.    It would be Detective Sergeant

20       James Lonergan, L-O-N-E-R-G-A-N, Lieutenant

21       Rautenstroud -- that's a difficult one to

22       spell.  It's R-A-U-T-E-N-S-T-R-O-U-D --

23       myself, and I couldn't begin to tell you

24       the rest of the detectives that were

25       involved.  Oh, Detective Michael Lyons,
```

```
1                    Stambach              14

2       L-Y-O-N-S, who is deceased.  Detective

3       Patrick McCarthy, M-C-C-A-R-T-H-Y, who is

4       deceased.  I believe detective Daniel

5       Dipirro, D-I-P-I-R-R-O, who is deceased.

6       That's just a few of the officers that were

7       involved in the case.

8            Q.    And the second case was Ortiz.

9       And you testified within the last 10 years

10      in his case?

11           A.    Longer.  I mean, on the oral --

12      the oral statement after his trial?

13           Q.    Well, like this, where you sat

14      down, there was a court reporter, you were

15      represented by counsel, most likely, and an

16      attorney posed questions to you in a civil

17      matter, but not inside the courthouse like

18      a cross-examination.  That's what I mean by

19      "deposition."

20           A.    Yes.  Within the last six years.

21           Q.    Okay.  And is that case still

22      pending?

23           A.    Yes, it is.

24           Q.    Okay.  And do you have copies of

25      either of the transcripts in those cases?
```

```
 1                    Stambach              15
 2          A.     No, I do not.
 3          Q.     Now, have you ever testified in a
 4     grand jury?
 5          A.     Yes, sir.
 6          Q.     About how many times if you had
 7     to estimate?
 8          A.     Over 100.
 9          Q.     Have you ever testified in a
10     criminal trial?
11          A.     Yes, sir.
12          Q.     Could you estimate how many
13     times?
14          A.     Well over a hundred.
15          Q.     In your testimony at a criminal
16     trial, were you ever cross-examined with
17     your prior grand jury testimony?
18          A.     Yes, I was.
19          Q.     So would it be correct to say you
20     understand when you're under oath, like you
21     are here, it is important to give precise
22     answers to questions because they may be
23     used in a proceeding later?
24          A.     Yes, sir.
25          Q.     When did you graduate high
```

```
 1                    Stambach              16

 2       school?

 3            A.    1969.

 4            Q.    And when did you get your first

 5       job in law enforcement?

 6            A.    1971.

 7            Q.    And was your first job in law

 8       enforcement with the Buffalo Police

 9       Department?

10            A.    It was.

11            Q.    Did you do anything between 1969

12       and 1971 that had anything to do with law

13       enforcement?

14            A.    No.

15            Q.    When you first joined the Buffalo

16       Police Department, what was your rank?

17            A.    Patrolman.

18            Q.    And how long were you a

19       patrolman?

20            A.    For a period of six or seven

21       years.

22            Q.    And after you were promoted, I

23       assume, what was your next position?

24            A.    My next position was acting

25       detective.
```

```
 1                    Stambach              17
 2         Q.    What's the difference between a
 3    detective and an acting detective?
 4         A.    An acting detective serves as a
 5    detective, but there's no position for that
 6    rank at that particular time for the pay,
 7    so I received a detective's pay, acting as
 8    a detective, but my civil service rank was
 9    patrolman.
10         Q.    How long were you an acting
11    detective?
12         A.    Over a period of three years.
13         Q.    Was there any particular thing
14    that you need to do or training you need to
15    complete in order to move from acting
16    detective to a detective?
17         A.    No, sir.
18         Q.    Why did it take three years?
19         A.    Until a vacancy occurs, a retired
20    detective, and then a position opens up.
21         Q.    Okay.  When you were an acting
22    detective, where were you actually doing
23    your work?
24         A.    My first assignment as an acting
25    detective was in the narcotics squad.
```

```
 1                    Stambach              18
 2         Q.    Okay.  And were you in the
 3    narcotics squad for all three years of your
 4    time as an acting detective?
 5         A.    Some of it.
 6         Q.    Where else did you work as an
 7    acting detective?
 8         A.    I also worked in the burglary
 9    task force.
10         Q.    When you became a full detective,
11    was there a particular position or squad
12    that you were assigned to?
13         A.    When I became a full detective,
14    yes.
15         Q.    Where were you assigned?
16         A.    To the homicide bureau.
17         Q.    So what year did you start in the
18    homicide bureau?
19         A.    1986.
20         Q.    And how long were you in the
21    homicide bureau?
22         A.    20 years exactly.
23         Q.    Is there a particular
24    significance to the 20 years, or it just
25    happened to work out that way?
```

1                         Stambach                    19

2              A.     It worked out that way.

3              Q.     Okay.  So did you retire from

4       Buffalo Police Department in 2006?

5              A.     Yes, I did.

6              Q.     And since retiring from the

7       Buffalo Police Department, what work have

8       you done?

9              A.     I became a confidential criminal

10      investigator at the district attorney's

11      office, and then left there and went to the

12      inspector general's office, and then I've

13      gone back to the district attorney's

14      office.

15             Q.     The inspector general's office,

16      that would be with the state government?

17             A.     State of New York, yes.

18             Q.     Okay.  And now you're back as a

19      criminal investigator for the district

20      attorney's office?

21             A.     Yes, sir.

22             Q.     Were you involved in the

23      reinvestigation of the Tomika Means murder?

24             A.     No, I was not.

25             Q.     Oh.  Now, going back to your time

```
 1                    Stambach              20
 2      as an acting detective, did you get any
 3      specific classroom training regarding how
 4      to be a detective?
 5          A.    Yes.
 6          Q.    And what classes did you take?
 7          A.    I was assigned to take in-service
 8      training in regards to detective, and also
 9      I received specific training in regards to
10      homicide.
11          Q.    How long were these classes?
12          A.    The homicide, the first one was a
13      one-week course, conducted at the New York
14      State police barracks in Albany.  Then you
15      become a Henry Williams Associate.  I then
16      received more training at the New York city
17      Police Department for homicide
18      investigations.  I had to attend the Reid
19      school of interrogation in interviews.  And
20      I also became a police instructor.
21          Q.    When you say you became a police
22      instructor, do you mean that during your
23      work at the Buffalo Police Department you
24      actually taught other police officers?
25          A.    I did teach at the police
```

```
 1                       Stambach                21

 2       academy, yes.

 3              Q.    Okay.  What class did you teach?

 4              A.    Homicide investigations.

 5              Q.    Is that that one-week course that

 6       you yourself had taken years earlier?

 7              A.    No.  What I do is I'm specific in

 8       nature.  They want me to do just a crime

 9       scene, and that's it.  It's usually about a

10       two-hour course.  So patrolman or police

11       officers to let them know what to do when

12       they arrive at a homicide scene.

13              Q.    So that would involve forensics,

14       or would it also involve interviewing?

15              A.    Almost everything.

16              Q.    Okay.  During your training as an

17       active detective, did you get any training

18       with respect to doing lineups?

19              A.    As an acting detective, no, I did

20       not.

21              Q.    Did you get any training with

22       regard to photo arrays?

23              A.    No, I did not.

24              Q.    If I say *Brady* material, do you

25       know what that phrase means?
```

```
 1                         Stambach                22

 2          A.     Yes, I do.

 3          Q.     What is Brady material?

 4          A.     Anything that's gathered during

 5      our investigation, whether it be a

 6      statement, an interview, handwritten notes,

 7      photographs, or evidence be turned over to

 8      the defense attorney in regards to a

 9      prosecution of a case.

10          Q.     And are you aware of the

11      obligation to record information that could

12      be exculpatory, meaning that it could favor

13      the criminal defendant, even if it doesn't

14      happen to already be written down?

15          A.     Yes, I am.

16          Q.     Okay.  And were you aware of that

17      in 1988 when you started at the homicide

18      bureau?

19          A.     Yes, I was.

20          Q.     Did you receive any training with

21      respect to Brady material?

22          A.     No, sir.

23                 Excuse me.  I'd like to clarify

24      that.  When I went through the police

25      academy the very first time in 1971.  Also
```

```
 1                      Stambach              23

 2          in the seminar that I attended for acting

 3          detective.

 4              Q.    Can you tell me -- withdrawn.

 5                    What did you learn in those two

 6          trainings regarding Brady material?

 7              A.    Just that we had to make it

 8          available.  Again, once again, it would be

 9          sworn statements, evidence, photographs,

10          witnesses, handwritten notes, reports,

11          which I didn't mention before, and anything

12          that would be exculpatory in nature also.

13              Q.    Going back to the mid '90s, how

14          many detectives worked in the homicide

15          squad?

16              A.    Well over 24.

17              Q.    And were they organized into

18          groups in any way?

19              A.    Yes, they were.

20              Q.    Okay.  Can you tell me about

21          that.

22              A.    Yes.  Each group had a detective

23          sergeant and a detective -- detective

24          sergeant would either have three or four

25          men, detectives, usually four, assigned to
```

```
1                    Stambach            24

2      his group.

3           Q.    Were you assigned to a specific

4      group in the mid '90s?

5           A.    Yes, I was.

6           Q.    Okay.  And what group was that?

7           A.    My first group was Detective

8      Sergeant Melvin Lobbett, it's

9      L-O-B-B-E-T-T.

10          Q.    And who else were you assigned

11     with?

12          A.    At that particular time?

13          Q.    Yes.

14          A.    It would be detective Daniel R.

15     Dipirro, D-I-P-I-R-R-O, Detective Robert M.

16     Garbowski, G-A-R-B-O-W-S-K-I, Detective

17     Rainerio Masecchia, R-A-I-N-E-R-I-O,

18     Masecchia, M-A-S-C-H-E-C-C-I-A, and

19     Detective Patrick J. McCarthy,

20     M-C-C-A-R-T-H-Y.

21          Q.    Now, going to April of 1998, was

22     that still the group of detectives that you

23     were working with?

24          A.    No, sir.

25          Q.    Who were you working with in
```

```
 1                    Stambach              25

 2      1998?

 3           A.    My sergeant at that time was

 4      Anthony Costantino, C-O-S-T-A-N-T-I-N-O.

 5      There was a Michael D. Lyons, L-Y-O-N-S,

 6      Detective James Giardina, G-I-A-R-D-I-N-A.

 7      I believe Patrick McCarthy was still alive

 8      at the time.

 9           Q.    All right.

10           A.    I'm sorry, I'm drawing a blank on

11      the other two that were in our group at

12      that time.

13           Q.    Well, we're going to go over some

14      documents, and there's a chance that, you

15      know, maybe we'll spark a memory.

16                 Now, do you remember the murder

17      of somebody named Tomika Means in 1997?

18           A.    Yes, sir.

19           Q.    Do you remember -- withdrawn.

20                 Did you work on that homicide

21      investigation?

22           A.    No, sir, I did not.

23           Q.    How did you become aware of the

24      Tomika Means homicide?

25           A.    Just by working at the squad
```

```
 1                    Stambach            26

 2      itself, by knowing it was a homicide on our

 3      board or that we had a file on.

 4           Q.    When you say on your board, what

 5      do you mean?

 6           A.    We had a board with the homicides

 7      on it, with a number, the date, the time, a

 8      file number.

 9           Q.    Okay.  And were you aware of the

10      fact that Cory Epps had been arrested for

11      that murder?

12           A.    I was, yes.

13           Q.    And you knew that in April of

14      1998?

15           A.    Yes.

16           Q.    Now, did you work on a homicide

17      involving a man named Paul Pope?

18           A.    Yes, sir, I did.

19           Q.    Was there a particular role or

20      assignment that you had with respect to

21      that homicide?

22           A.    I believe I took one sworn

23      statement for that homicide.

24           Q.    Is that all that you did for that

25      homicide?
```

```
 1                        Stambach              27

 2          A.     I believe so, yes.

 3          Q.     Do you know how it was that you

 4     came to take that sworn statement?  Was it

 5     assigned to you or something else?

 6          A.     Just that I did take a statement

 7     in regards to that case.  I don't know if

 8     it was assigned to me or -- I really could

 9     not say.  Don't remember.

10          Q.     Okay.  In April of 1998 --

11     withdrawn.

12                 Did you have a particular shift

13     that you worked in 1998?

14          A.     I worked a lot of shifts in 1998.

15          Q.     I met the time period, morning

16     shift, night shift, something else?

17          A.     We had two shifts in 1998:  We

18     had a day shift -- excuse me.  Three

19     shifts:  A day shift, a night shift, and

20     then call-in.

21          Q.     So call-in would mean that if

22     something happened at 3:00 in the morning,

23     you got called in and you had to do it?

24          A.     That is correct.

25          Q.     Did you prepare for your
```

```
 1                    Stambach              28
 2         deposition today?
 3              A.    Yes, I did.
 4              Q.    Without going into the content of
 5         any conversations you may have had, can you
 6         tell me how long you met with your lawyer?
 7              A.    This morning at 8:30.
 8              Q.    So 8:30 to 11:00?
 9              A.    Yes, sir.
10              Q.    Was there preparation for your
11         deposition on some other prior day?
12              A.    Yes, sir.
13              Q.    And about how long ago was that?
14              A.    I would not be able to say.
15         Within the last two or three months.
16              Q.    And how long was that meeting?
17              A.    A meeting of about an hour.
18              Q.    During the course of your
19         preparation, did you review any documents?
20              A.    Yes, sir.
21              MS. HUGGINS:  Rob, just so the
22         record's accurate, we spoke beginning
23         at 8:30 this morning, met in person
24         beginning at 9:00, until the time of
25         this -- just so it's accurate.
```

```
 1                    Stambach              29

 2              MR. RICKNER:  For sure.

 3         Q.    Did you review any documents?

 4         A.    I lost what time you're talking

 5    about, Counselor, please.

 6         Q.    Fair enough.  That's a confusing

 7    question.

 8              During your preparation this

 9    morning, did you review any documents?

10         A.    Yes, sir.

11         Q.    Did any of those documents

12    refresh your recollection, meaning that you

13    now remember things that you didn't

14    remember before you read them?

15         A.    I would have to use them again,

16    but it's a very long time ago.

17         Q.    That's not quite an answer to my

18    question.

19              What I'm wondering is when you

20    reviewed documents this morning, did they

21    help you remember things that you didn't

22    remember before?

23         A.    Yes.

24         Q.    And which documents helped you

25    remember things that you didn't remember
```

```
 1                  Stambach              30

 2      before?

 3          A.    It would be a sworn statement, a

 4      P73, interdepartmental correspondence, and

 5      some testimony that I gave.  And I don't

 6      know where the testimony's from, whether it

 7      be a motion, grand jury, trial.  But I

 8      reviewed those three documents.

 9          Q.    Okay.  So as you sit here today,

10      do you remember somebody named Wymiko

11      Anderson?

12          A.    Yes, I do.

13          Q.    Did she have a street name that

14      she went by?

15          A.    Yes, sir.

16          Q.    What was that?

17          A.    Pumpkin, P-U-M-P-K-I-N.

18          Q.    Did you interview Pumpkin?

19          A.    Yes, I did.

20          Q.    And prior to the interview --

21      withdrawn.

22                When did you first meet up with

23      Pumpkin?

24          A.    That I'm not sure about at all.

25          Q.    Would it have been on April 16 or
```

1                        Stambach                    31

2      17, 1998?

3              A.    It would be the date that's on

4      the statement.

5              Q.    Let's pull up the statement,

6      which was previously marked as -- I know

7      I've got it here.   Exhibit 43.

8                  MS. HUGGINS:  Exhibit 43's in

9              front of the witness.

10                 MR. RICKNER:  Thank you very

11             much.

12             A.    The answer to your question is I

13     met her on April 17, 1998.

14             Q.    Where did you first meet with

15     Wymiko Anderson physically?

16             A.    Physically?  I'm not sure on that

17     aspect of the case.

18             Q.    Do you remember meeting with

19     Wymiko Anderson outside of the police

20     station?

21             A.    I'm not sure on that.

22             Q.    There was an interview April 17,

23     1998.  Do you know where that interview

24     took place?

25             A.    Yes.

```
 1                      Stambach              32

 2           Q.    Where did the interview take

 3     place?

 4           A.    The interview and the sworn

 5     statement took place in the Buffalo police

 6     homicide squad office.

 7           Q.    Is there a particular location

 8     inside of the office where the interview

 9     took place?

10           A.    Yes.

11           Q.    And where was that?

12           A.    On the third floor next to the

13     homicide bureau office.

14           Q.    Is there a room that's used for

15     these interviews?

16           A.    Yes.

17           Q.    And the room has a typewriter,

18     presumably?

19           A.    Typewriter, table, and chairs.

20           Q.    Was there a computer in 1998?

21           A.    I don't know if this was from a

22     computer or actually if it was typewritten

23     by me.  I used both.  I can't tell.

24           Q.    Okay.  Did the Buffalo Police

25     Department have the capacity to record
```

```
 1                    Stambach                 33
 2      interviews on audiocassette in 1998?
 3           A.    No, sir.
 4           Q.    Did they have the capacity to
 5      videotape interviews?
 6           A.    Not interviews, no.
 7           Q.    Well, when you say "not
 8      interviews," that's very specific.  Why do
 9      you qualify it that way?
10           A.    When we obtain a confession on a
11      homicide, we would try to use a room that
12      had a camera that -- camera and recording
13      device that could record.  But during my
14      time that I was there, it was broke.
15           Q.    Okay.  So where was the room with
16      the camera?
17           A.    It's in a separate office.
18           Q.    When you say "separate office,"
19      do you mean outside the homicide squad?
20           A.    Yes, sir.
21           Q.    But inside the Buffalo Police
22      Department?
23           A.    Correct.
24           Q.    And -- let me rephrase it.
25                 Was the room with the camera in
```

```
 1                      Stambach              34
 2       the same building as the homicide squad?
 3              A.     Yes.
 4              Q.     And you said it was broken?
 5              A.     Yes, it was.
 6              Q.     The camera was broken from 1986
 7       to 2006?
 8              A.     I would not be able to say, but
 9       for this particular time, it was broken.
10              Q.     Okay.  In April of 1998, you
11       remember it was broken?
12              A.     I do, yes.
13              Q.     Okay.  And that was the only
14       camera available to record statements in
15       the Buffalo Police Department in 1998?
16              A.     Yes.
17              Q.     Did you have access to a
18       tape-recorder in April of 1998 if you
19       wanted to use one?
20              A.     If I wanted to, yes.
21              Q.     And in April of 1998, where would
22       you have gotten the tape-recorder if you
23       wanted to use it?
24              A.     Out of my desk.
25              Q.     Fair enough.  Was this a
```

```
 1                    Stambach                35
 2       microcassette tape-recorder or a regular
 3       full-size cassette?
 4            A.    It was a long time ago.  I don't
 5       know what was available at that time.
 6            Q.    When you say it was in your desk,
 7       was this your personal tape-recorder?
 8            A.    Yes, it was.
 9            Q.    Did you buy it yourself?
10            A.    Yes, I did.
11            Q.    And did you use it for your
12       detective work?
13            A.    Sometimes, yes.
14            Q.    Now, it says in the statement, I
15       believe, This statement is started at 7:30
16       a.m.
17                  Do you see that?
18            A.    Yes.
19            Q.    Now, prior to 7:30 a.m., did you
20       have any conversations with Wymiko
21       Anderson?
22            A.    I did, yes.
23            Q.    About how long did you talk to
24       Wymiko Anderson before the statement
25       started?
```

```
 1                      Stambach                36
 2            A.    I would not be able to say.
 3            Q.    Do you think it was more than an
 4      hour?
 5            A.    No.
 6            Q.    During the time prior to the
 7      statement that you spoke with Wymiko
 8      Anderson, did you take notes?
 9            A.    Yes.
10            Q.    I'd like to --
11            MR. RICKNER:  Could you grab
12         Exhibit 72, please.
13            MS. HUGGINS:  Exhibit 72 is in
14         front of the witness.
15            Q.    Is this your handwriting,
16      Detective?
17            A.    Yes, it is.  Yes.
18            Q.    Okay.  And this is dated April
19      16, 1998?
20            A.    Yes.
21            Q.    Now, based on this being dated
22      April 16, 1998, does that mean that you
23      actually wrote this on that day?
24            A.    I would say yes.
25            MR. RICKNER:  Now, I'd like to
```

```
                         Stambach                    37
 1
 2            please mark COB1136 to COB1137 as a new
 3            exhibit, and I believe it's going to be
 4            Exhibit 97.
 5                 (Document Bates stamped COB1136
 6            and 1137 was marked as Exhibit No. 97
 7            for identification, as of this date.)
 8                 MS. HUGGINS:  The witness has the
 9            exhibit.
10       BY MR. RICKNER:
11            Q.    Now, is Exhibit 97 also in your
12       handwriting?
13            A.    Yes, sir.
14            Q.    Now, if you go to the second
15       paragraph on the first page, it references
16       a statement that was provided by Wymiko
17       Anderson; is that correct?
18            A.    Yes.
19            Q.    Now, the statement was taken on
20       April 17 of 1998; is that right?
21            A.    Correct.
22            Q.    And the date on this document is
23       April 16, 1998; is that right?
24            A.    That is correct.
25            Q.    Would you clarify why the Exhibit
```

```
 1                    Stambach              38

 2      97 has a date that's one day earlier than

 3      the statement that's referenced in Exhibit

 4      97?

 5           A.    I don't know, but it's apparent

 6      it's probably a mistake.

 7           Q.    Now, going back to I believe it's

 8      Exhibit 43.  It says it started at 7:30

 9      a.m. and it ended at 8:20 a.m.; is that

10      right?

11           A.    Yes, sir.

12           Q.    Is Exhibit 43 a verbatim

13      transcript of the conversation that you had

14      from 7:30 a.m. to 8:20 a.m. with Wymiko

15      Anderson?

16           A.    Yes.

17           Q.    The answer's yes?

18           A.    Yes.

19           Q.    So it would be correct to say

20      that anything that she said in that time

21      period is recorded in Exhibit 43?

22           A.    Yes.

23           Q.    Was Exhibit 43 prepared between

24      7:30 a.m. and 8:20 a.m.?

25           A.    Yes.
```

```
1                     Stambach                39
2          Q.    So these questions and answers
3     were actually typed out by you during that
4     time period?
5          A.    That is correct.  Yes.
6          Q.    Now, between 7:30 a.m. and 8:20
7     a.m., were you also taking notes?
8          A.    No, I do not believe so.
9          Q.    So any notes you took would have
10    been beforehand?
11         A.    Yes, sir.
12              MR. RICKNER:  I'd like to mark as
13         Exhibit 98 COB, and it's all zeros, and
14         then 892.  It's a single page.
15              (Document Bates stamped
16         COB0000892 was marked as Exhibit No. 98
17         for identification, as of this date.)
18              MS. HUGGINS:  Rob, is it a
19         handwritten or typewritten document?
20              MR. RICKNER:  Oh, it's a
21         handwritten document, single page, and
22         it's kind of hard to read the Bates
23         number because the way the copy, like,
24         you know, bleeds through over the Bates
25         number.
```

```
 1                       Stambach              40
 2              MS. HUGGINS:  Okay.
 3              MR. RICKNER:  That may make it --
 4         oddly enough, that may make it easier
 5         to find.
 6              MS. HUGGINS:  98, right?
 7              MR. RICKNER:  Uh-huh.
 8              MS. HUGGINS:  The witness has the
 9         exhibit.
10     BY MR. RICKNER:
11         Q.    Is Exhibit 98 your handwriting?
12         A.    Yes, it is.
13         Q.    And can you tell me what Exhibit
14     98 is?
15         A.    My handwritten notes.
16         Q.    Do you know when those
17     handwritten notes were generated?
18         A.    It would probably be before the
19     sworn statement is taken.  I don't know.
20         Q.    Okay.  Well, did you take notes
21     regarding your -- withdrawn.
22              After 8:20 a.m. did you continue
23     to interview Wymiko Anderson?
24         A.    No, I did not.
25         Q.    And on April 16 and April 17, do
```

```
 1                      Stambach              41

 2        you believe you had any other contact with

 3        Ms. Anderson besides the interview we've

 4        been discussing?

 5             A.    No, I did not.

 6             Q.    Would it be fair to say, then,

 7        that you weren't taking notes between 7:30

 8        and 8:20, and you did take notes during

 9        your interview beforehand, that these are

10        probably those notes?

11                  MS. HUGGINS:  Form.

12                  You can answer.

13             A.    Yes, I believe these are the

14        notes I would take before I took the sworn

15        statement.

16             Q.    Do you know if these notes are

17        complete, meaning that this is all of the

18        notes that you would have taken during your

19        interview with Wymiko Anderson before the

20        sworn statement started?

21             A.    Yes.

22             Q.    Okay.  Now, there's a phone

23        number that's circled on the left side.  Do

24        you know whose phone number that is?

25             A.    No, I do not.
```

```
 1                      Stambach                 42
 2              Q.    And there's a comment underneath
 3        that phone number:  It says, McCauley nurse
 4        aid.
 5              Do you see that?
 6              A.    Yes.
 7              Q.    Do you know what that means?
 8              A.    I have no idea.
 9              Q.    Now, during your interview with
10        Wymiko Anderson, did any leads develop
11        regarding the murder of Paul Pope?
12              A.    Leads?
13              Q.    Yeah.
14              A.    I don't know.
15              Q.    Prior to April 16 of 1998, were
16        you aware of somebody named Russell
17        Montgomery?
18              A.    No.
19              Q.    Do you know if Russell Montgomery
20        was investigated for the murder of Paul
21        Pope?
22              A.    Yes.
23              Q.    During the course of that
24        investigation, were the police able to
25        obtain a photograph of Russell Montgomery?
```

```
1                    Stambach                    43
2        A.    I don't know.
3        Q.    Prior to his arrest in 1997, were
4   you aware of somebody named Cory Epps?
5        A.    Whose arrest?  I'm sorry, you
6   weren't clear.
7        Q.    Prior to Cory Epps's arrest in
8   1997, were you aware of him?
9        A.    Cory Epps?
10       Q.    Yes.
11       A.    No, sir.
12       Q.    Did he have any particular
13  reputation around the police department
14  prior to his arrest?
15       A.    No.
16       Q.    Following April 17 of 1998, did
17  you have any other interactions with Wymiko
18  Anderson?
19       A.    No, sir.
20            MR. RICKNER:  I'd like to mark
21       COB1135 as Exhibit 99.
22            (Document Bates stamped COB1135
23       was marked as Exhibit No. 99 for
24       identification, as of this date.)
25            MS. HUGGINS:  The witness has the
```

```
 1                    Stambach                44
 2         exhibit.
 3    BY MR. RICKNER:
 4         Q.    Is Exhibit 99 your handwriting?
 5         A.    It is.
 6         Q.    What's the date on Exhibit 99?
 7         A.    4/20/98.
 8         Q.    And based on Exhibit 99, would it
 9    be correct to say that you did have another
10    interaction with Wymiko Anderson?
11         A.    Yes.
12         Q.    She came with somebody named
13    Melvin Calhoun?
14         A.    Yes.
15         Q.    Did you have a discussion with
16    Wymiko Anderson on this date?
17         A.    Yes.
18         Q.    Did you record that discussion,
19    meaning did you write it down?
20         A.    No, I did not.
21         Q.    Do you remember the sum and
22    substance of that discussion?
23         A.    No, I'm sorry, I do not.
24         Q.    Now, it says at the bottom of
25    Exhibit 99 that a photo of Russell
```

```
 1                        Stambach                45

 2        Montgomery was shown by Wymiko Anderson to

 3        Mr. Calhoun.  Do you see that?

 4             A.    Yes, I do.

 5             Q.    Were you there when that photo

 6        was shown to Mr. Calhoun?

 7             A.    I could not recall.

 8             Q.    Is it possible that you were

 9        there, based on this exhibit?

10             A.    I'm not sure on that.

11             MR. RICKNER:  Now I'd like to --

12             I feel like we've already marked this,

13             but you know what?  I can't find it

14             right now.  So let's mark as Exhibit

15             100 the statement of Melvin Calhoun,

16             COB136 to 37.

17             MS. HUGGINS:  I don't think we

18             have.

19             MR. RICKNER:  Oh, good, then my

20             records are better than I thought.

21             It's always a nice surprise.

22             MS. HUGGINS:  So that's Exhibit

23             100?

24             MR. RICKNER:  Yes.

25                  (Document Bates stamped COB136
```

```
 1                    Stambach              46

 2          and 137 was marked as Exhibit No. 100

 3          for identification, as of this date.)

 4                 MS. HUGGINS:  The witness has the

 5          exhibit.

 6    BY MR. RICKNER:

 7          Q.    Now, Exhibit 100, there are some

 8    initials at the bottom right-hand corner,

 9    MRS.  Do you see that?

10          A.    Yes, I do.

11          Q.    That's you, right?

12          A.    Yes.

13          Q.    And the second page, you actually

14    notarized this statement for Melvin

15    Calhoun?

16          A.    Yes, I did.

17          Q.    And much like the interview with

18    Wymiko Anderson -- withdrawn.

19                 It says here in Exhibit 100 that

20    the statement was taken in the presence of

21    Mark R. Stambach in the presence of James

22    N. Giardina.

23                 Do you see that?

24          A.    Yes, I do.

25          Q.    Now, if you look at Exhibit 83,
```

```
 1                        Stambach                    47
 2          it says that it was being typed by you and
 3          the questions were asked by Detective
 4          Giardina; is that right?
 5                A.    Correct.
 6                Q.    Do you know if, during the
 7          interview with Mr. Calhoun, that you had
 8          the same division of labor, meaning that
 9          Giardina asked questions while you typed
10          out the questions and answers?
11                A.    No, I don't believe so.
12                Q.    Okay.  So can you explain who
13          would have done the typing on Exhibit 100?
14                A.    I did the typing on it.
15                Q.    Okay.  And who asked the
16          questions?
17                A.    I did the questions.
18                Q.    Okay.  So this notation on
19          Exhibit 100 indicates that you were
20          actually doing everything and Mr. Giardina
21          was observing?
22                A.    Correct.
23                Q.    And the statement started at 9:10
24          a.m.?
25                A.    Yes, sir.
```

```
 1                     Stambach              48
 2          Q.    And it stopped at 9:30 p.m.?
 3          A.    Yes, sir.
 4          Q.    So this statement took 12 hours?
 5          A.    There's a mistake in the
 6     statement.  That should be a.m.
 7          Q.    Okay.  That does seem likely,
 8     doesn't it?
 9                So this statement took about 20
10     minutes; is that correct?
11          A.    Yes, sir.
12          Q.    Now --
13                MR. RICKNER:  Actually, this
14          might be the -- we've been going about
15          an hour.  Can we, like, take 10
16          minutes?
17                MS. HUGGINS:  That's fine.
18                MR. RICKNER:  All right.  I just
19          want to sort of rearrange things and
20          maybe we can go a little faster when I
21          get back.
22                MS. HUGGINS:  Rob, what's your
23          sense of timing?
24                MR. RICKNER:  All day.  No, I'm
25          kidding.  I'm going home to cook at
```

```
1                        Stambach                    49
2              like 1:00.  So we should -- don't hold
3              me to that, but I don't think we'll go
4              past 1:00.
5                   MS. HUGGINS:  Okay.
6                   (Whereupon, a recess was taken
7              between 11:58 a.m. and 12:11 p.m.)
8         EXAMINATION CONTINUED
9         BY MR. RICKNER:
10             Q.    So Detective, going back to
11        Exhibit 100, as with the interview and
12        sworn statement with Wymiko Anderson, is
13        Exhibit 100 a verbatim transcript of the
14        conversation between yourself and
15        Mr. Calhoun?
16             A.    Yes.
17             Q.    So everything that Mr. Calhoun
18        said in response to the questions is
19        contained in Exhibit 100, speaking from
20        9:10 a.m. to 9:30 a.m.?
21             A.    That's correct.
22             Q.    Now, looking at Exhibit 100 and
23        Exhibit 43, is it fair to say these
24        statements are roughly the same length,
25        with Mr. Calhoun's being a bit longer?
```

```
 1                        Stambach              50

 2              MS. HUGGINS:  Form.

 3        A.    Yes.

 4        Q.    Okay.  They each go on two pages?

 5        A.    Yes, they do.

 6        Q.    Now, do you know why the

 7   interview of Wymiko Anderson took a half

 8   hour longer than the interview with

 9   Mr. Calhoun?

10        A.    I considered him to be sort of a

11   fact witness, having some knowledge of who

12   was driving the deceased's car, which I

13   thought was a little bit more than what I

14   had to pull from somebody, and I thought it

15   would flow a lot easier, which shows that

16   it did flow very easy.  I'm not a great

17   typist, but this one went pretty good.

18        Q.    Okay.  But this is -- in both

19   instances, 43 and 100, these are verbatim

20   transcripts of the testimony from the

21   witnesses from the start time to the end

22   time, right?

23        A.    I missed the last portion.  From

24   witnesses from where?

25        Q.    Exhibit 43 and Exhibit 100 are
```

```
 1                      Stambach              51
 2           both verbatim transcripts of the
 3           conversations between the start time and
 4           the end time with each witness?
 5                A.    Yes.
 6                Q.    Okay.  So what I'm asking is why
 7           did Wymiko Anderson's interview take more
 8           than twice as long?
 9                A.    I was trying to get the motive,
10           trying to discover exactly what was going
11           on.  Again, I was trying to get a knowledge
12           about the victim himself, what -- if he was
13           involved in any kind of illegal activity,
14           if someone was mad at him, if someone was
15           angry.  Someone had announced that they
16           were going to kill him.
17                Q.    Right.  But why did the verbatim
18           questions and answers take half an hour
19           longer to get that information?
20                      MS. HUGGINS:  Form.
21                A.    I don't know.
22                Q.    Would it be possible that the
23           reason Wymiko Anderson's interview took
24           more than half an hour longer than Mr.
25           Calhoun's is because Wymiko Anderson, in
```

```
 1                    Stambach              52

 2        fact, said lots of other things between

 3        7:30 and 8:20 a.m. on April 17, 1998 that

 4        weren't included in this statement?

 5             A.    No, sir.

 6             Q.    That's impossible?

 7             A.    I'm saying no, sir.

 8             Q.    Okay.  You're saying that what I

 9        am saying is not correct?

10             A.    Yes.

11                   MR. RICKNER:  Now, I'd like to

12             mark as Exhibit 101 the affidavit.

13                   MS. HUGGINS:  Just to be clear,

14             EPPS DA 1334 to 1335?

15                   MR. RICKNER:  Yes, that is

16             correct.  Thank you.

17                   MS. HUGGINS:  The witness has the

18             exhibit.

19                   (Document Bates stamped EPPS DA

20             1334 and 1335 was marked as Exhibit No.

21             101 for identification, as of this

22             date.)

23        BY MR. RICKNER:

24             Q.    Go to the second page.  Is that

25        your signature?
```

```
 1                        Stambach                    53
 2        A.     Yes, it is.
 3        Q.     Now, are you aware of the fact
 4     that at some point Wymiko Anderson
 5     identified Russell Montgomery as the person
 6     who killed Tomika Means?
 7        A.     Could you repeat that one more
 8     time for me, please.
 9        Q.     In 1998, is it correct to say
10     that Wymiko Anderson identified Russell
11     Montgomery as the person who killed Tomika
12     Means?
13        A.     I did not know that.
14        Q.     Okay.  Meaning this is the first
15     time you're hearing of that fact today?
16        A.     No.
17        Q.     Okay.  So did you know that at
18     some time in 1998?
19        A.     No, sir.
20        Q.     Okay.  When did you become aware
21     of the fact that Wymiko Anderson identified
22     Russell Montgomery as the person who killed
23     Tomika Means?
24        A.     From his exoneration that was in
25     the paper, from knowing about a pending
```

```
1                       Stambach                54

2       lawsuit and being here today.

3            Q.    So you learned about it in the

4       last couple years?

5            A.    Yes.

6            Q.    Okay.  I'd like you to look at

7       Exhibit 101.  Did you draft this affidavit?

8            A.    No, sir, I did not.

9            Q.    Do you know who drafted this

10      affidavit?

11           A.    No, I'm sorry, I do not.

12           Q.    Can you tell me how it was that

13      you came to sign this affidavit?

14           A.    No, I'm sorry, I could not.

15           Q.    Do you remember that there was a

16      post-conviction hearing regarding Wymiko

17      Anderson?

18           A.    I don't remember that.  I'm

19      sorry.

20           Q.    Okay.  Do you remember that

21      following the conviction of Corey Epps

22      there were legal proceedings where Corey

23      Epps made claims regarding Wymiko

24      Anderson's statements to the police?

25           A.    I'm not sure of that, no, I'm
```

```
1                        Stambach                    55

2        sorry.

3             Q.    Would it be correct to say that

4        you never testified at the criminal trial

5        that resulted in the conviction of Corey

6        Epps for Tomika Means?

7             A.    I don't believe so.  I wasn't at

8        the scene and I don't remember

9        participating in the trial.

10            Q.    You wouldn't have had any

11       relevant information, right?

12            A.    At that time, yes.

13            Q.    Now, you did testify, though, is

14       that fair to say, in some period with

15       respect to Corey Epps and Wymiko Anderson?

16            A.    I believe so.  I'm not sure.

17            MR. RICKNER:  All right.  Let's

18       mark as Exhibit 102, this is the

19       testimony of Mark Stambach, EPPS DA

20       1353 to 1367.

21            MS. HUGGINS:  The witness has the

22       exhibit.

23            (Document Bates stamped EPPS DA

24       1353 through 1367 was marked as Exhibit

25       No. 102 for identification, as of this
```

```
 1                    Stambach                    56

 2          date.)

 3      BY MR. RICKNER:

 4          Q.    You reviewed Exhibit 102 prior to

 5      your deposition today, right?

 6          A.    Yes, sir.

 7          Q.    But going back, besides what's in

 8      this transcript, do you remember the

 9      circumstances that led up to you providing

10      this testimony?

11          A.    No, sir.

12          Q.    Were you interviewed by the

13      district attorney prior to this testimony?

14          A.    I could not recall.

15          Q.    And to be clear, when I said "the

16      district attorney," I don't mean "the"

17      district attorney.  I mean one of the

18      assistant district attorneys.

19          A.    On this statement it has

20      Mr. Schwegler, Lawrence Schwegler.  He's

21      retired now.

22          Q.    Okay.  So you know Lawrence

23      Schwegler, though?

24          A.    Absolutely, yes.

25          Q.    Do you remember talking with ADA
```

```
 1                      Stambach                    57
 2        Schwegler regarding Corey Epps and Tomika
 3        Means?
 4             A.    No.
 5             Q.    Do you remember anything about
 6        the proceeding besides what's recorded in
 7        Exhibit 102?
 8             A.    No, sir, I'm sorry, I do not.
 9             Q.    I'd like to go back to -- let's
10        go back to Exhibit 99.
11             A.    Yes, sir.
12             Q.    Now, Exhibit 99 describes an
13        interaction between Wymiko Anderson and
14        Mr. Calhoun in the bottom paragraph?
15             A.    Yes, sir.
16             Q.    Was Detective Giardina there when
17        Wymiko Anderson showed the photo of Russell
18        Montgomery to Mr. Calhoun?
19             A.    I don't know.
20             Q.    Can you say definitively that he
21        wasn't there?
22             A.    He was there on that particular
23        day, yes.
24             Q.    That's not my -- that's not
25        exactly my question.  What I want to know
```

```
 1                       Stambach              58

 2       is can you tell me definitively that

 3       Giardina was not there when Wymiko Anderson

 4       showed the photograph of Russell Montgomery

 5       to Mr. Calhoun?

 6            A.    He would have been there.

 7                  MS. HUGGINS:  Form as to last

 8            question.

 9                  (The court reporter requested

10            clarification.)

11                  MR. RICKNER:  You know, let me

12            ask that again.

13       BY MR. RICKNER:

14            Q.    Would it be correct to say that

15       Detective Giardina was most likely present

16       when Wymiko Anderson showed the photograph

17       of Russell Montgomery to Mr. Calhoun?

18            A.    Yes.

19            Q.    That's better, right?

20                  All right.  So do you know of a

21       witness named Jacqueline Bradley?

22            A.    Not at this point, no.

23            Q.    To your knowledge, did you ever

24       have any interaction with Jacqueline

25       Bradley?
```

```
 1                      Stambach              59

 2         A.    I don't believe so.

 3         Q.    When you were working as a

 4   detective in April of 1998, did you have a

 5   memo book?

 6         A.    No.

 7         Q.    Did you have a pad or diary that

 8   you used to keep track of your activities

 9   for the day?

10         A.    No.

11         Q.    All right.  I'd like to pick up

12   the Exhibits 15 through -- I believe it's

13   through 26, as well as Exhibit 62.  We're

14   going to start with Exhibits 15 through 26.

15              MS. HUGGINS:  Exhibits 15 through

16         26 and 62 are in front of the witness.

17              MR. RICKNER:  Thank you very

18         much.

19   BY MR. RICKNER:

20         Q.    Rather than going through one by

21   one, I'm going to try to speed this along a

22   little bit and I'm going to ask you to look

23   at Exhibit 15 through Exhibit 26.  Look at

24   each one and tell me if you can identify

25   the handwriting, i.e., who wrote the
```

```
 1                    Stambach                    60

 2        handwritten notes in any one of those

 3        exhibits.  Do you understand?

 4             A.    Yes, sir.

 5             Q.    And, you know, take a minute or

 6        two if you need.  You know, I want to make

 7        sure we get the most accurate testimony we

 8        can.  Thank you.

 9             A.    No, sir, I do not identify

10        anybody's writing.

11             Q.    And can you look at Exhibit 62

12        for me.

13             A.    Okay.

14                   No, sir, I cannot identify the

15        printing on this.

16                   MR. RICKNER:  All right.  Can we

17             pull up Exhibit 97 and Exhibit 38,

18             please.

19                   MS. HUGGINS:  Exhibits 97 and 38

20             are in front of the witness.

21        BY MR. RICKNER:

22             Q.    Now, would it be correct to say

23        that Exhibit 97 is a draft of Exhibit 38?

24             A.    Yes.

25             Q.    In fact, more than a draft, it
```

```
1                        Stambach                    61

2         appears to be almost word for word

3         identical, right?

4              A.    Yes.

5              Q.    Who typed up Exhibit 38?

6              A.    A nymatic (ph) typist.

7              Q.    What does that mean?

8              A.    What that means is that at the

9         end of my note-taking here, I pick up a

10        telephone and call a dedicated line.  The

11        line then gives me a beep and I tell it to

12        produce three copies of a P73

13        interdepartmental correspondence, to, from,

14        subject, and the date, and a report

15        technician or a clerk or a typist, nymatic

16        typist, then types it up, and then the

17        document is sent back to me to read and

18        then sign and place in the file.

19             Q.    You said nymatic?

20             A.    That's what we call it in the

21        police department, nymatic typing.  I

22        believe it's a system like an answering

23        system.

24             Q.    Were those typists inside of the

25        police department?
```

```
 1                      Stambach                    62

 2          A.    Yes, they were.

 3          Q.    Okay.  And do you know what

 4     happens to the recordings that were made

 5     when you left messages on the answering

 6     machine?

 7          A.    No, I do not.

 8          Q.    Just so I understand the process,

 9     would it be correct to say that you called

10     up the Nymatic typist and read out the

11     contents of Exhibit 97 onto the answering

12     service and then they were later typed up

13     and returned to you?

14          A.    That is correct, yes.

15          Q.    Did you ever use these Nymatic

16     typists to take witness statements?

17          A.    No, sir.

18          Q.    Now, what would -- after Exhibit

19     38 was prepared and signed by you, what

20     would happen to it?

21          A.    It would come back and it would

22     be on my desk for signing.

23          Q.    But after you signed it, what

24     would happen with this document?

25          A.    It would be given to our report
```

```
 1                      Stambach              63

 2        technician in the office to be broken down

 3        and placed into the file.

 4             Q.    What do you mean by "broken

 5        down"?

 6             A.    There are three copies.  Three

 7        copies are placed into the file.

 8             Q.    And you sign each one; it's not

 9        that you sign one and then copies are made?

10             A.    I sign each one of them and then

11        give them back to the report technician and

12        she places them in the file.

13             Q.    And what -- do the three copies

14        go anywhere, in particular?

15             A.    Yes.

16             Q.    Okay.  Where do the three copies

17        go?

18             A.    Into that particular homicide

19        file.

20             Q.    I mean after -- not to be

21        facetious, but you don't need three copies

22        of the document necessarily, right?  I'm

23        just wondering why there are three.  Are

24        they ever broken up, given to different

25        people, or something else?
```

```
1                    Stambach                    64
2            A.    No.   There are three separate
3       files:   We have a work file, which the
4       detectives pull and work from; we have a
5       homicide file, which is the court file that
6       goes to the district attorney; and we have
7       a master file.   Three copies.   One goes
8       into the work file, one goes into the DA
9       file, and one goes into the master file.
10           Q.    Okay.   So let's say you're doing
11      a homicide investigation and you want to
12      pull up some prior statements.   You would
13      go to the work file?
14           A.    Yes.
15           Q.    And then that's the one that gets
16      maybe disorganized a bit, it goes to --
17      it's the day-to-day usage, right?   Whereas
18      the master file is like the permanent
19      record?
20                 MS. HUGGINS:   Form.
21                 You can answer.
22           A.    Yes.
23           Q.    Okay.   What happens to the work
24      file at the end of a homicide?
25           A.    All the files are bundled up and
```

```
 1                    Stambach                65
 2       placed into an archive.
 3            Q.    Would officers sometimes make
 4       notes in the work file copies?
 5            A.    Sometimes, yes.
 6            Q.    But inside of the archives should
 7       be two copies of the homicide file, one
 8       that was used for the work and one that's
 9       the master file?
10                 MS. HUGGINS:  Form.
11            A.    Are you talking about at the
12       conclusion of the investigation, like a
13       conviction?
14            Q.    Yes.
15            A.    All three files are put together.
16            Q.    Do you get the district
17       attorney's copy back?
18            A.    I misspoke.  The district
19       attorney remains with them.  The work file
20       and the master file gets bundled up and
21       placed into the archives.
22            Q.    Now, these files, do you remember
23       what the actual folders look like?
24            A.    Yes, I do.
25            Q.    Could you describe them for me.
```

```
 1                      Stambach              66
 2              A.    It's a manila folder.  It's got a
 3         rubber band around the outside of it.  It
 4         expands.  It has a unique number on it,
 5         being the year and the case number.  The
 6         location, the victim, who the evidence
 7         collection unit was, the police
 8         photographer and responding officers, a
 9         list of statements.
10              Q.    Okay.  And that's all on the file
11         itself, the physical file?
12              A.    Yes, it is.
13              Q.    Okay.  Is it manila colored,
14         meaning this sort of, like, yellow, or is
15         it red or something else?
16              A.    No.  The three files were manila
17         in color, but the tabs on the top were
18         color-coded.
19              Q.    And which color went with which
20         copy?
21              A.    I believe that the yellow would
22         be the work file, the red would be the
23         district attorney's file, and the blue
24         would be the master file.  And I am not 100
25         percent sure on that.
```

```
 1                    Stambach              67
 2          Q.    But you are 100 percent sure that
 3     each file would have its own color to
 4     distinguish it from the other two copies?
 5          A.    The time that I was there, yes.
 6          Q.    Okay.  But specifically let's say
 7     1997 and 1998?
 8          A.    Yes, that was the system that was
 9     being used back then.
10               MR. RICKNER:  I'd like to mark --
11          are we up to 102?
12               (A discussion was held off the
13          record.)
14               MR. RICKNER:  We're up to 103,
15          COB1033.  It is a very, very faded, bad
16          copy of the document.
17               (Document Bates stamped COB1033
18          was marked as Exhibit No. 103 for
19          identification, as of this date.)
20               MS. HUGGINS:  Exhibit 103 is in
21          front of the witness.
22     BY MR. RICKNER:
23          Q.    You may have to put on your extra
24     strong glasses for this one.
25               Can you tell me if the
```

```
 1                    Stambach                68
 2         handwriting in Exhibit 103 is yours?
 3              A.    It looks like mine, yes.
 4              Q.    Okay.  So I'd like to go to the
 5         second -- it looks like sort of the second
 6         half of the page on the right side.
 7              A.    Okay.
 8              Q.    Can you read me your handwriting
 9         from the top to the bottom, the bottom
10         being whatever those words are that are
11         circled.
12              A.    It looks like it's, Fella, kill,
13         interview, false report, Leroy, in January.
14              Q.    Okay.  Keep going below that.
15              A.    It looks like David, Jenkins, and
16         then it says cat man.
17              Q.    Cat man?
18              A.    C-A-T M-A-N.
19              Q.    Does the phrase "cat man" or
20         David Jenkins ring a bell to you?
21              A.    No, sir, it does not.
22              Q.    What about Leroy in January?
23              A.    I don't know what this refers to.
24              Q.    All right.  And going to the left
25         side, starting from the top, it cut off.
```

```
1                    Stambach                69

2        It says, maybe, Connie's grandma's house;

3        is that right?

4             A.    Yes.

5             Q.    And can you keep reading down.

6             A.    It says 55 Durham.

7             Q.    And right below?

8             A.    21 at time of -- I can't

9        understand what it is.  And then,

10       Grandmother of Russell.

11            Q.    So is it possible that this word

12       that you couldn't read is T-O-M-E-K-A?

13            A.    It could be, yes.

14            Q.    21 at time of Tomeka, might be

15       what that phrase says?

16            A.    Yes.

17            Q.    Does that ring a bell as to what

18       you would have been looking into when you

19       were taking these notes?

20            A.    No, I have no idea where these

21       notes came from, and I have no recollection

22       of them at all.

23            Q.    Okay.  And just to close out the

24       loop it says, Grandmother of Russell, and

25       then below that, Abraham Ferguson.
```

```
 1                     Stambach                    70
 2         A.    Yes.
 3         Q.    891-5114, and then circled 1973?
 4         A.    Yes.
 5         Q.    Now, did you have any involvement
 6    with the Paul Pope homicide investigation
 7    following April 20 of 1998?
 8         A.    I would not be able to recall.
 9         Q.    To your knowledge, did you have
10    any involvement with the investigation
11    following that day?
12         A.    I don't recall.
13         Q.    All right.  I'd like to mark
14    COB1035.
15              (Document Bates stamped COB1035
16         was marked as Exhibit No. 104 for
17         identification, as of this date.)
18              MS. HUGGINS:  Rob, tell me what
19         I'm looking for.
20              MR. RICKNER:  The weird one.
21              MS. HUGGINS:  Rob, was that in
22         yesterday's email?
23              MR. RICKNER:  It should be.
24              MS. HUGGINS:  I'm going to need
25         to run -- either I'm skipping over it,
```

```
 1                    Stambach                    71
 2           and it's probably not a good use of our
 3           time.
 4                    MR. RICKNER:  Oh, no, fine.
 5           Yeah, go for it.
 6                    MS. HUGGINS:  Can we go off the
 7           record momentarily?
 8                    MR. RICKNER:  Of course.  No
 9           problem at all.
10                    (Whereupon, a recess was taken
11           between 12:43 and 12:52 p.m.)
12                    MS. HUGGINS:  It's in front of
13           the witness.
14      EXAMINATION CONTINUED
15      BY MR. RICKNER:
16           Q.    Can you tell me what Exhibit 104
17      is?
18           A.    Well, it's a blank P70 -- it's an
19      old blank P73, and there's -- my writing is
20      on it.  My printing is on it.
21           Q.    Okay.  So the old P73s, were they
22      just sort of a blank page with this little
23      divider on the top?
24           A.    Yes.
25           Q.    Okay.  And somebody has
```

```
 1                    Stambach              72
 2        handwritten in the number that corresponds
 3        with the Paul Pope homicide?
 4             A.    I believe that -- if you're
 5        saying that 98-037 is Paul Pope, it
 6        pertains to Paul Pope.  Oh, excuse me.
 7        Down at the bottom it says, Victim:  Paul
 8        Pope.
 9             Q.    If you want to look at the top of
10        any of the other exhibits, it matches.
11                  So would it have generally been
12        the practice to photocopy a sort of
13        enlargement of the victim's license?
14             A.    If we had it, yes.
15             Q.    And then would it be fair to say
16        that people have taken -- made notes around
17        that license on this piece of paper?
18             A.    I did.
19             Q.    This is all your notes?
20             A.    Not all my notes.
21             Q.    Okay.
22             A.    There's writing on this that I
23        don't recognize.
24             Q.    All right.  The phone numbers
25        don't look like your handwriting; is that
```

```
 1                       Stambach                    73

 2          correct?

 3                A.    Yes.

 4                Q.    And the phrase, Victim:  Paul

 5          Pope, doesn't look like your handwriting?

 6                A.    Correct.  And, Found in trunk of

 7          auto, not mine.  And up in the top

 8          right-hand corner, 98-073, not mine.

 9                Q.    But the rest is yours?

10                A.    Yes.

11                Q.    Is there any indication as to

12          when these notes were taken?

13                A.    No.

14                      MS. HUGGINS:  Did you say when?

15                      MR. RICKNER:  Yes.  When.

16                A.    No, I'm sorry.  No.

17                Q.    Now, there's a sort of cluster of

18          things that says, WBAHD, under it, 1318,

19          under it, KBFO, and underneath that, 8466.

20                      Do you see that?

21                A.    Yes, sir.

22                Q.    What does it mean?

23                A.    I have no idea.

24                Q.    Well, that makes two of us.

25                      All right.  And moving over to
```

1                    Stambach                    74

2        the side of that, there's sort of a box

3        with an X in it, and then it says 26 dash

4        maybe 9YK?

5              A.    Yes.

6              Q.    Do you know what that means?

7              A.    I do not know, but it looks like

8        a plate number from a vehicle.

9              Q.    Okay.  And on the top left, it

10       says, 1st Dewey away from Pumpkin?

11             A.    Yes.

12             Q.    Is that right?

13             A.    Yes.

14             Q.    What does that mean?

15             A.    I have no idea.

16             Q.    When did you first learn that the

17       conviction of Corey Epps was overturned?

18             A.    I have no idea.  I couldn't give

19       you an exact date.

20             Q.    Was it before or after you

21       received a copy of the complaint in this

22       action?

23             A.    I could not say.

24             Q.    Do you recognize the name John

25       Bullin?

```
 1                      Stambach                    75
 2              A.    John Bullin was a detective
 3         assigned to the homicide bureau.
 4              Q.    When was the last time you spoke
 5         with him?
 6              A.    At his retirement dinner.
 7              Q.    Could you tell me what decade
 8         that was.
 9              A.    It was a long time ago.
10              Q.    More than five years?
11              A.    More than 10 years.
12              Q.    What about Reginald Minor?
13              A.    I haven't seen Reginald Minor in
14         the last three or four years.
15              Q.    What about Detective James
16         Giardina?
17              A.    I occasionally see Detective
18         Giardina.  The last time I saw him was
19         about two years ago.
20              Q.    Did you discuss this case with
21         him when you saw him?
22              A.    No, sir.
23              Q.    What about Detective Anthony
24         Costantino?
25              A.    Detective Sergeant Anthony -- he
```

```
 1                      Stambach            76

 2        was one of my command officers.  After I

 3        left the police department, I worked with

 4        him at the DA's office.  He's left.  I

 5        haven't seen him in two and a half years.

 6             Q.    Did you discuss Corey Epps with

 7        him last time you saw him or at any time

 8        prior?

 9             A.    No, sir.

10             Q.    What about Detective Robert

11        Cella?

12             A.    Our deputy commissioner?  I see

13        him on a monthly basis.

14             Q.    Have you discussed Corey Epps or

15        the claims in this case with him?

16             A.    No, sir.

17             Q.    What about Masecchia?

18             A.    Rainerio Masecchia?  I've lost

19        track of him since he's retired.

20             Q.    Do you remember a Detective

21        Charles Aronica?

22             A.    Yes, sir.

23             Q.    When was the last time you spoke

24        with him?

25             A.    About four years ago.
```

```
 1                      Stambach                    77
 2              Q.    And how about Former Chief Joseph
 3       Riga?
 4              A.    I see Joseph Riga quite a bit.
 5              Q.    Have you ever discussed Corey
 6       Epps or the claims in this case with him?
 7              A.    Yes.
 8              Q.    Can you tell me the substance of
 9       that discussion?
10              A.    That he was going to come here
11       and give a statement or an interview in
12       regards to that -- this particular case.
13              Q.    Anything else besides the fact of
14       that deposition or this deposition, rather?
15              A.    No, sir.
16              Q.    Do you remember somebody named
17       Juan Morales?
18              A.    Yes, sir.
19              Q.    When was the last time you spoke
20       with Mr. Morales or Detective Morales?
21              A.    About four months ago.
22              Q.    Do you have his phone number?
23              A.    I don't have his phone number.  I
24       saw him, actually, on the street.
25              Q.    In which town?
```

```
 1                      Stambach              78

 2          A.     In the City of Buffalo.

 3          Q.     Do you know where he lives?

 4          A.     I believe he lives in the City of

 5     Buffalo.  I know he's a Puerto Rican -- I

 6     believe he was a marine, and I believe he

 7     has relatives that are in Puerto Rico.

 8          Q.     Well, I'll discuss that with your

 9     counsel afterwards.

10                 I'd just like you to go back to

11     Exhibit 102 for me.  You said you reviewed

12     this testimony prior to your deposition

13     today?

14          A.     Yes.

15          Q.     When you reviewed your testimony

16     in Exhibit 102, did you find anything that

17     was inaccurate?

18          A.     More confusing.  Again, I don't

19     remember a lot about this case.  When I

20     look at my words on the paper, it looks a

21     little confusing that I don't remember

22     specific things.

23          Q.     You mean you're surprised that

24     you don't remember more after reading this?

25          A.     Pretty much so, yes.
```

1                    Stambach                    79

2           Q.    Okay.  Based on that, would it be

3      correct to say that you did not look at

4      this testimony and say, I remember that

5      what I said here was inaccurate?

6           A.    I would not be able to say.  This

7      is my testimony at that particular day.

8           Q.    Okay.  I think we've established

9      the facts I need.

10               MR. RICKNER:  Maeve, do you have

11          any questions?

12               MS. HUGGINS:  I do not.

13          Q.    You've been testifying today off

14     and on for about two hours; is that fair to

15     say?

16          A.    Pretty much, yes.

17          Q.    During your testimony today, is

18     there anything that you believe was

19     inaccurate or incomplete?

20          A.    No, sir.

21          Q.    Is there anything that you want

22     to change or elaborate on?

23          A.    No, sir.

24               MR. RICKNER:  Then I'm done.

25               THE WITNESS:  Thank you very

```
 1                    Stambach                80

 2        much.

 3              MS. HUGGINS:  Thanks, Rob.

 4              MR. RICKNER:  After --

 5              MS. HUGGINS:  Let me just get him

 6        on his way and then...

 7              THE COURT REPORTER:  Can I just

 8        have you tell me that you're ordering

 9        on the record?

10              MR. RICKNER:  I'm ordering on the

11        record.  Sorry, that was cheap.  Yes.

12              The way we've been doing it is

13        digital is great.  One original and a

14        set of the exhibits, which I would have

15        emailed to you.  If you're missing one,

16        tell me and I'll fix it.  We've been

17        making up copies with the exhibit

18        stickers and just attaching them

19        afterwards.

20              MS. HUGGINS:  Pamela, I am one

21        PDF copy via email and stamped copies

22        of the exhibits via email.  We're

23        paying for our own.

24              (Time noted:  1:02 p.m.)

25
```

```
 1                          Stambach                        81

 2        June 18, 2021

 3                          ERRATA

 4

 5        PAGE/LINE        CHANGE/REASON

 6        _____

 7        _____

 8        _____

 9        _____

10        _____

11        _____

12        _____

13        _____

14        _____

15        _____

16        _____

17        _____

18        _____

19        _____

20        _____

21        _____

22        _____

23        _____

24        _____

25        _____
```

1                          Stambach                    82

2

3

4

5

6

7

8                                    _____

9                                    MARK STAMBACH

10

11

12

13       Subscribed and sworn to

14       before me this      day

15       of                 2021

16

17       _____

18

19

20

21

22

23

24

25

<pre>
 1                                                    83

 2                     CERTIFICATE

 3        STATE OF NEW YORK )

 4                         ) ss.

 5        COUNTY OF NEW YORK)

 6

 7             I, Pamela Grimaldi, Registered

 8        Professional Reporter, Certified LiveNote

 9        Reporter, and Notary Public within and for

10        the State of New York, do hereby certify:

11             That MARK STAMBACH, the witness whose

12        deposition is hereinbefore set forth, was

13        duly sworn by me and that such deposition is

14        a true record of the testimony given by such

15        witness.

16             I further certify that I am not

17        related to any of the parties to this action

18        by blood or marriage and that I am in no way

19        interested in the outcome of this matter.

20

21

22        _____

23        PAMELA GRIMALDI, CRR, CLR

24

25
</pre>

84

June 18, 2021

INDEX

WITNESS                    EXAMINATION BY        PAGE

Mark Stambach     Mr. Rickner          4


EXHIBIT        PAGE

Exhibit 97    37    Document Bates stamped
                    COB1136/1137

Exhibit 98    39    Document Bates stamped
                    COB0000892

Exhibit 99    43    Document Bates stamped
                    COB1135

Exhibit 100   45    Document Bates stamped
                    COB1326/1327

Exhibit 101   52    Document Bates stamped
                    EPPSDA1334/1335

Exhibit 102   55    Document Bates stamped
                    EPPSDA1353-1367

Exhibit 103   67    Document Bates stamped
                    COB1033

Exhibit 104   70    Document Bates stamped
                    COB1035

**'**

**'90s** [2] - 23:13, 24:4

# 1

**10** [5] - 5:6, 11:7, 14:9, 48:15, 75:11
**100** [17] - 15:8, 45:15, 45:23, 46:2, 46:7, 46:19, 47:13, 47:19, 49:11, 49:13, 49:19, 49:22, 50:19, 50:25, 66:24, 67:2, 84:13
**10005** [1] - 2:7
**101** [4] - 52:12, 52:21, 54:7, 84:15
**102** [8] - 55:18, 55:25, 56:4, 57:7, 67:11, 78:11, 78:16, 84:16
**103** [5] - 67:14, 67:18, 67:20, 68:2, 84:18
**104** [3] - 70:16, 71:16, 84:19
**1112** [1] - 2:14
**1137** [1] - 37:6
**11:00** [1] - 28:8
**11:06** [1] - 1:13
**11:58** [1] - 49:7
**12** [1] - 48:4
**12:11** [1] - 49:7
**12:43** [1] - 71:11
**12:52** [1] - 71:11
**1318** [1] - 73:18
**1334** [2] - 52:14, 52:20
**1335** [2] - 52:14, 52:20
**1353** [2] - 55:20, 55:24
**1367** [2] - 55:20, 55:24
**137** [1] - 46:2
**14** [1] - 2:6
**14202-3313** [1] - 2:15
**15** [4] - 59:12, 59:14, 59:15, 59:23
**16** [6] - 30:25, 36:19, 36:22, 37:23, 40:25, 42:15
**1603** [1] - 2:6
**17** [7] - 31:2, 31:13, 31:22, 37:20, 40:25, 43:16, 52:3
**18** [3] - 1:13, 81:2, 84:2
**1969** [2] - 16:3, 16:11
**1971** [3] - 16:6, 16:12, 22:25
**1973** [1] - 70:3
**1986** [2] - 18:19, 34:6
**1988** [1] - 22:17
**1997** [4] - 25:17, 43:3, 43:8, 67:7
**1998** [28] - 24:21, 25:2, 26:14, 27:10, 27:13, 27:14, 27:17, 31:2, 31:13, 31:23,

32:20, 33:2, 34:10, 34:15, 34:18, 34:21, 36:19, 36:22, 37:20, 37:23, 42:15, 43:16, 52:3, 53:9, 53:18, 59:4, 67:7, 70:7
**1:00** [2] - 49:2, 49:4
**1:02** [1] - 80:24
**1:19-cv-00281-LJV** [1] - 1:6
**1st** [1] - 74:10

# 2

**20** [4] - 18:22, 18:24, 48:9, 70:7
**2006** [2] - 19:4, 34:7
**2021** [4] - 1:13, 81:2, 82:15, 84:2
**21** [2] - 69:8, 69:14
**24** [1] - 23:16
**26** [5] - 59:13, 59:14, 59:16, 59:23, 74:3

# 3

**37** [2] - 45:16, 84:9
**38** [5] - 60:17, 60:19, 60:23, 61:5, 62:19
**39** [1] - 84:10
**3:00** [1] - 27:22

# 4

**4** [1] - 84:6
**4/20/98** [1] - 44:7
**43** [9] - 31:7, 38:8, 38:12, 38:21, 38:23, 49:23, 50:19, 50:25, 84:12
**43's** [1] - 31:8
**45** [2] - 4:17, 84:13

# 5

**52** [1] - 84:15
**55** [2] - 69:6, 84:16

# 6

**62** [3] - 59:13, 59:16, 60:11
**65** [1] - 2:14
**67** [1] - 84:18

# 7

**70** [1] - 84:19
**72** [2] - 36:12, 36:13
**7:30** [8] - 35:15, 35:19, 38:8, 38:14, 38:24, 39:6,

41:7, 52:3

# 8

**83** [1] - 46:25
**8466** [1] - 73:19
**891-5114** [1] - 70:3
**892** [1] - 39:14
**8:20** [7] - 38:9, 38:14, 38:24, 39:6, 40:22, 41:8, 52:3
**8:30** [3] - 28:7, 28:8, 28:23

# 9

**97** [10] - 37:4, 37:6, 37:11, 38:2, 38:4, 60:17, 60:19, 60:23, 62:11, 84:9
**98** [6] - 39:13, 39:16, 40:6, 40:11, 40:14, 84:10
**98-037** [1] - 72:5
**98-073** [1] - 73:8
**99** [9] - 43:21, 43:23, 44:4, 44:6, 44:8, 44:25, 57:10, 57:12, 84:12
**9:00** [1] - 28:24
**9:10** [2] - 47:23, 49:20
**9:30** [2] - 48:2, 49:20
**9YK** [1] - 74:4

# A

**a.m** [18] - 1:13, 35:16, 35:19, 38:9, 38:14, 38:24, 39:6, 39:7, 40:22, 47:24, 48:6, 49:7, 49:20, 52:3
**able** [7] - 11:10, 28:14, 34:8, 36:2, 42:24, 70:8, 79:6
**Abraham** [1] - 69:25
**Absolutely** [1] - 56:24
**academy** [2] - 21:2, 22:25
**access** [1] - 34:17
**accurate** [5] - 10:21, 11:11, 28:22, 28:25, 60:7
**accusation** [1] - 5:14
**accusations** [1] - 13:13
**acting** [13] - 16:24, 17:3, 17:4, 17:7, 17:10, 17:15, 17:21, 17:24, 18:4, 18:7, 20:2, 21:19, 23:2
**action** [2] - 74:22, 83:17
**active** [1] - 21:17
**activities** [1] - 59:8
**activity** [1] - 51:13
**actual** [1] - 65:23
**ADA** [1] - 56:25
**administer** [1] - 3:12
**affidavit** [4] - 52:12, 54:7, 54:10, 54:13

**afterwards** [2] - 78:9, 80:19
**ago** [7] - 28:13, 29:16, 35:4, 75:9, 75:19, 76:25, 77:21
**AGREED** [3] - 3:4, 3:9, 3:13
**aid** [1] - 42:4
**Albany** [1] - 20:14
**alive** [1] - 25:7
**almost** [1] - 61:2
**Almost** [1] - 21:15
**AND** [3] - 3:4, 3:9, 3:13
**Anderson** [29] - 30:11, 31:15, 31:19, 35:21, 35:24, 36:8, 37:17, 38:15, 40:23, 41:3, 41:19, 42:10, 43:18, 44:10, 44:16, 45:2, 46:18, 49:12, 50:7, 51:25, 53:4, 53:10, 53:21, 54:17, 55:15, 57:13, 57:17, 58:3, 58:16
**Anderson's** [3] - 51:7, 51:23, 54:24
**angry** [1] - 51:15
**announced** [1] - 51:15
**answer** [5] - 9:25, 29:17, 31:12, 41:12, 64:21
**answer's** [1] - 38:17
**answering** [3] - 61:22, 62:5, 62:11
**answers** [5] - 10:17, 15:22, 39:2, 47:10, 51:18
**ANTHONY** [1] - 1:9
**Anthony** [3] - 25:4, 75:23, 75:25
**apologize** [1] - 8:18
**apparent** [1] - 38:5
**APPEARANCES** [1] - 2:2
**appeared** [1] - 11:3
**appreciate** [1] - 8:21
**April** [20] - 24:21, 26:13, 27:10, 30:25, 31:13, 31:22, 34:10, 34:18, 34:21, 36:18, 36:22, 37:20, 37:23, 40:25, 42:15, 43:16, 52:3, 59:4, 70:7
**archive** [1] - 65:2
**archives** [2] - 65:6, 65:21
**Aronica** [1] - 76:21
**ARONICA** [1] - 1:10
**arrays** [1] - 21:22
**arrest** [9] - 5:9, 5:10, 5:15, 6:19, 6:22, 43:3, 43:5, 43:7, 43:14
**arrested** [1] - 26:10
**arrive** [1] - 21:12
**aspect** [1] - 31:17
**assigned** [9] - 18:12, 18:15, 20:7, 23:25, 24:3, 24:10, 27:5, 27:8, 75:3
**assignment** [2] - 17:24, 26:20
**assistant** [1] - 56:18
**Associate** [1] - 20:15

**assume** [1] - 16:23
**attaching** [1] - 80:18
**attend** [1] - 20:18
**attended** [1] - 23:2
**attorney** [7] - 14:16, 22:8, 56:13, 56:16, 56:17, 64:6, 65:19
**attorney's** [5] - 19:10, 19:13, 19:20, 65:17, 66:23
**Attorneys** [2] - 2:5, 2:13
**attorneys** [1] - 56:18
**audiocassette** [1] - 33:2
**authorized** [1] - 3:11
**auto** [1] - 73:7
**available** [3] - 23:8, 34:14, 35:5
**awarded** [1] - 8:9
**aware** [9] - 22:10, 22:16, 25:23, 26:9, 42:16, 43:4, 43:8, 53:3, 53:20

---

**B**

---

**bad** [1] - 67:15
**band** [1] - 66:3
**barracks** [1] - 20:14
**based** [3] - 36:21, 44:8, 45:9
**Based** [1] - 79:2
**basis** [1] - 76:13
**Bates** [18] - 37:5, 39:15, 39:22, 39:24, 43:22, 45:25, 52:19, 55:23, 67:17, 70:15, 84:9, 84:10, 84:12, 84:13, 84:15, 84:16, 84:18, 84:19
**became** [5] - 18:10, 18:13, 19:9, 20:20, 20:21
**become** [3] - 20:15, 25:23, 53:20
**beep** [1] - 61:11
**beforehand** [2] - 39:10, 41:9
**begin** [1] - 13:23
**beginning** [2] - 28:22, 28:24
**bell** [2] - 68:20, 69:17
**below** [3] - 68:14, 69:7, 69:25
**better** [2] - 45:20, 58:19
**between** [12] - 3:5, 16:11, 17:2, 38:23, 39:6, 41:7, 49:7, 49:14, 51:3, 52:2, 57:13, 71:11
**bit** [5] - 49:25, 50:13, 59:22, 64:16, 77:4
**blank** [4] - 25:10, 71:18, 71:19, 71:22
**bleeds** [1] - 39:24
**blood** [1] - 83:18
**blue** [1] - 66:23

**board** [3] - 26:3, 26:4, 26:6
**BOHAN** [1] - 1:7
**book** [1] - 59:5
**bottom** [6] - 44:24, 46:8, 57:14, 68:19, 72:7
**box** [1] - 74:2
**Bradley** [2] - 58:21, 58:25
**Brady** [4] - 21:24, 22:3, 22:21, 23:6
**broke** [1] - 33:14
**broken** [7] - 34:4, 34:6, 34:9, 34:11, 63:2, 63:4, 63:24
**BUFFALO** [2] - 1:7, 2:11
**Buffalo** [12] - 2:15, 16:8, 16:15, 19:4, 19:7, 20:23, 32:5, 32:24, 33:21, 34:15, 78:2, 78:5
**buffalo.com** [1] - 2:17
**building** [1] - 34:2
**Bullin** [2] - 74:25, 75:2
**bundled** [2] - 64:25, 65:20
**bureau** [6] - 18:16, 18:18, 18:21, 22:18, 32:13, 75:3
**burglary** [1] - 18:8
**but..** [1] - 8:16
**buy** [1] - 35:9
**BY** [18] - 2:8, 2:16, 4:9, 4:21, 8:2, 37:10, 40:10, 44:3, 46:6, 49:9, 52:23, 56:3, 58:13, 59:19, 60:21, 67:22, 71:15, 84:5

---

**C**

---

**C-O-S-T-A-N-T-I-N-O** [1] - 25:4
**Calhoun** [13] - 44:13, 45:3, 45:6, 45:15, 46:15, 47:7, 49:15, 49:17, 50:9, 57:14, 57:18, 58:5, 58:17
**Calhoun's** [2] - 49:25, 51:25
**call-in** [2] - 27:20, 27:21
**camera** [6] - 33:12, 33:16, 33:25, 34:6, 34:14
**cannot** [1] - 60:14
**capacity** [2] - 32:25, 33:4
**car** [1] - 50:12
**Case** [1] - 1:5
**case** [25] - 4:12, 5:23, 6:9, 6:10, 6:15, 11:2, 11:19, 12:9, 12:11, 12:12, 13:10, 13:14, 14:7, 14:8, 14:10, 14:21, 22:9, 27:7, 31:17, 66:5, 75:20, 76:15, 77:6, 77:12, 78:19
**cases** [2] - 9:3, 14:25
**cassette** [1] - 35:3
**cat** [2] - 68:16, 68:19

**Cat** [1] - 68:17
**CAT** [1] - 68:18
**Cella** [1] - 76:11
**CERTIFICATE** [1] - 83:2
**Certified** [2] - 1:19, 83:8
**certify** [2] - 83:10, 83:16
**chairs** [1] - 32:19
**chance** [1] - 25:14
**change** [1] - 79:22
**CHANGE/REASON** [1] - 81:5
**Charles** [1] - 76:21
**CHARLES** [1] - 1:10
**cheap** [1] - 80:11
**CHELLA** [1] - 1:9
**Chief** [1] - 77:2
**CHIEF** [1] - 1:10
**circled** [3] - 41:23, 68:11, 70:3
**circumstances** [1] - 56:9
**city** [1] - 20:16
**CITY** [2] - 1:7, 2:11
**City** [2] - 78:2, 78:4
**civil** [8] - 5:12, 6:15, 8:12, 8:24, 12:12, 12:19, 14:16, 17:8
**claim** [2] - 11:13, 11:16
**claims** [4] - 12:23, 54:23, 76:15, 77:6
**clarification** [2] - 8:21, 58:10
**clarified** [1] - 7:17
**clarify** [2] - 22:23, 37:25
**class** [1] - 21:3
**classes** [2] - 20:6, 20:11
**classroom** [1] - 20:3
**clear** [6] - 7:11, 9:24, 10:17, 43:6, 52:13, 56:15
**clerk** [1] - 61:15
**close** [1] - 69:23
**CLR** [1] - 83:23
**cluster** [1] - 73:17
**COB** [1] - 39:13
**COB000892** [2] - 39:16, 84:11
**COB1033** [3] - 67:15, 67:17, 84:18
**COB1035** [3] - 70:14, 70:15, 84:20
**COB1135** [3] - 43:21, 43:22, 84:12
**COB1136** [2] - 37:2, 37:5
**COB1136/1137** [1] - 84:9
**COB1137** [1] - 37:2
**COB1326/1327** [1] - 84:14
**COB136** [2] - 45:16, 45:25
**coded** [1] - 66:18
**collection** [1] - 66:7
**color** [4] - 66:17, 66:18, 66:19, 67:3
**color-coded** [1] - 66:18

**colored** [1] - 66:13
**command** [1] - 76:2
**comment** [1] - 42:2
**commissioner** [1] - 76:12
**complaint** [1] - 74:21
**complete** [2] - 17:15, 41:17
**computer** [2] - 32:20, 32:22
**conclusion** [1] - 65:12
**conducted** [1] - 20:13
**conference** [1] - 10:5
**confession** [1] - 33:10
**confidential** [1] - 19:9
**confusing** [3] - 29:6, 78:18, 78:21
**confusion** [3] - 7:2, 7:18, 8:12
**Connie's** [1] - 69:2
**consent** [1] - 4:19
**considered** [1] - 50:10
**contact** [1] - 41:2
**contained** [1] - 49:19
**content** [1] - 28:4
**contents** [1] - 62:11
**context** [1] - 5:23
**continue** [1] - 40:22
**CONTINUED** [2] - 49:8, 71:14
**conversation** [2] - 38:13, 49:14
**conversations** [3] - 28:5, 35:20, 51:3
**convicted** [1] - 11:14
**conviction** [7] - 11:20, 12:6, 54:16, 54:21, 55:5, 65:13, 74:17
**cook** [1] - 48:25
**copies** [14] - 14:24, 61:12, 63:6, 63:7, 63:9, 63:13, 63:16, 63:21, 64:7, 65:4, 65:7, 67:4, 80:17, 80:21
**copy** [8] - 5:24, 6:7, 39:23, 65:17, 66:20, 67:16, 74:21, 80:21
**Corey** [9] - 54:21, 54:22, 55:5, 55:15, 57:2, 74:17, 76:6, 76:14, 77:5
**corner** [2] - 46:8, 73:8
**Corporation** [1] - 5:19
**CORPORATION** [1] - 2:12
**corporation** [2] - 5:20, 7:6, 9:6
**correct** [20] - 13:11, 15:19, 27:24, 37:17, 37:24, 38:19, 39:5, 44:9, 48:10, 49:21, 52:9, 52:16, 53:9, 55:3, 58:14, 60:22, 62:9, 62:14, 73:2, 79:3
**Correct** [5] - 33:23, 37:21, 47:5, 47:22, 73:6
**corrections** [1] - 6:5
**correspondence** [2] - 30:4,

61:13

**corresponds** [1] - 72:2
**CORY** [1] - 1:4
**Cory** [5] - 4:12, 26:10, 43:4, 43:7, 43:9
**Costantino** [2] - 25:4, 75:24
**COSTANTINO** [1] - 1:9
**counsel** [9] - 3:5, 5:18, 5:19, 5:21, 7:6, 9:6, 9:20, 14:15, 78:9
**COUNSEL'S** [1] - 2:12
**Counselor** [1] - 29:5
**COUNTY** [1] - 83:5
**couple** [1] - 54:4
**course** [6] - 20:13, 21:5, 21:10, 28:18, 42:23, 71:8
**court** [6] - 9:25, 10:7, 10:16, 14:14, 58:9, 64:5
**COURT** [2] - 1:2, 80:7
**courthouse** [1] - 14:17
**crime** [1] - 21:8
**criminal** [9] - 8:16, 8:24, 11:19, 15:10, 15:15, 19:9, 19:19, 22:13, 55:4
**cross** [2] - 14:18, 15:16
**cross-examination** [1] - 14:18
**cross-examined** [1] - 15:16
**CRR** [1] - 83:23
**cut** [1] - 68:25

### D

**D-E-J-A-C** [1] - 11:5
**DA** [5] - 52:14, 52:19, 55:19, 55:23, 64:8
**DA's** [1] - 76:4
**Daniel** [2] - 14:4, 24:14
**dash** [1] - 74:3
**date** [18] - 5:4, 11:11, 26:7, 31:3, 37:7, 37:22, 38:2, 39:17, 43:24, 44:6, 44:16, 46:3, 52:22, 56:2, 61:14, 67:19, 70:17, 74:19
**dated** [2] - 36:18, 36:21
**David** [2] - 68:15, 68:20
**day-to-day** [1] - 64:17
**days** [1] - 4:17
**decade** [2] - 5:5, 75:7
**deceased** [3] - 14:2, 14:4, 14:5
**deceased's** [1] - 50:12
**dedicated** [1] - 61:10
**defendant** [1] - 22:13
**defendants** [1] - 2:13
**Defendants** [2] - 1:11, 1:17
**defense** [1] - 22:8
**definitively** [2] - 57:20, 58:2
**Dejac** [6] - 11:4, 11:5, 11:12, 11:20, 11:23, 12:9

**department** [4] - 43:13, 61:21, 61:25, 76:3
**Department** [9] - 16:9, 16:16, 19:4, 19:7, 20:17, 20:23, 32:25, 33:22, 34:15
**DEPARTMENT** [1] - 2:11
**deposition** [17] - 1:16, 3:10, 3:15, 4:22, 9:11, 10:25, 11:3, 13:10, 14:19, 28:2, 28:11, 56:5, 77:14, 78:12, 83:12, 83:13
**depositions** [1] - 9:14
**deputy** [1] - 76:12
**describe** [1] - 65:25
**describes** [1] - 57:12
**desk** [3] - 34:24, 35:6, 62:22
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:9
**Detective** [21] - 4:23, 13:19, 13:25, 14:2, 24:7, 24:15, 24:16, 24:19, 25:6, 36:16, 47:3, 49:10, 57:16, 58:15, 75:15, 75:17, 75:23, 75:25, 76:10, 76:20, 77:20
**detective** [30] - 14:4, 16:25, 17:3, 17:4, 17:5, 17:8, 17:11, 17:16, 17:20, 17:22, 17:25, 18:4, 18:7, 18:10, 18:13, 20:2, 20:4, 20:8, 21:17, 21:19, 23:3, 23:22, 23:23, 24:14, 35:12, 59:4, 75:2
**detective's** [1] - 17:7
**detectives** [7] - 11:16, 11:18, 13:24, 23:14, 23:25, 24:22, 64:4
**develop** [1] - 42:10
**developed** [1] - 12:5
**device** [1] - 33:13
**Dewey** [1] - 74:10
**diary** [1] - 59:7
**difference** [1] - 17:2
**different** [1] - 63:24
**difficult** [1] - 13:21
**digital** [1] - 80:13
**dinner** [1] - 75:6
**Dipirro** [2] - 14:5, 24:15
**DIPIRRO** [2] - 14:5, 24:15
**discover** [1] - 51:10
**discuss** [3] - 75:20, 76:6, 78:8
**discussed** [2] - 76:14, 77:5
**discussing** [1] - 41:4
**discussion** [5] - 44:15, 44:18, 44:22, 67:12, 77:9
**dismissed** [2] - 12:22, 12:24
**disorganized** [1] - 64:16
**disposed** [1] - 9:4
**distinguish** [1] - 67:4
**district** [1] - 19:10, 19:13,

19:19, 56:13, 56:16, 56:17, 56:18, 64:6, 65:16, 65:18, 66:23
**DISTRICT** [2] - 1:2, 1:2
**divider** [1] - 71:23
**division** [1] - 47:8
**DNA** [1] - 12:5
**Document** [16] - 37:5, 39:15, 43:22, 45:25, 52:19, 55:23, 67:17, 70:15, 84:9, 84:10, 84:12, 84:13, 84:15, 84:16, 84:18, 84:19
**document** [7] - 37:22, 39:19, 39:21, 61:17, 62:24, 63:22, 67:16
**documents** [8] - 25:14, 28:19, 29:3, 29:9, 29:11, 29:20, 29:24, 30:8
**done** [3] - 19:8, 47:13, 79:24
**Down** [1] - 72:7
**down** [7] - 10:16, 14:14, 22:14, 44:19, 63:2, 63:5, 69:5
**draft** [3] - 54:7, 60:23, 60:25
**drafted** [1] - 54:9
**drawing** [1] - 25:10
**driving** [1] - 50:12
**duly** [2] - 4:4, 83:13
**Durham** [1] - 69:6
**during** [8] - 20:22, 22:4, 33:13, 39:3, 41:8, 41:18, 42:9, 47:6
**During** [6] - 21:16, 28:18, 29:8, 36:6, 42:23, 79:17

### E

**easier** [2] - 40:4, 50:15
**easy** [1] - 50:16
**either** [3] - 14:25, 23:24, 70:25
**elaborate** [1] - 79:22
**email** [3] - 70:22, 80:21, 80:22
**emailed** [1] - 80:15
**end** [4] - 50:21, 51:4, 61:9, 64:24
**ended** [1] - 38:9
**enforcement** [3] - 16:5, 16:8, 16:13
**enlargement** [1] - 72:13
**EPPS** [5] - 1:4, 52:14, 52:19, 55:19, 55:23
**Epps** [13] - 4:12, 26:10, 43:4, 43:9, 54:21, 54:23, 55:6, 55:15, 57:2, 74:17, 76:6, 76:14, 77:6
**Epps's** [1] - 43:7

**EPPSDA1334/1335** [1] - 84:15
**EPPSDA1353-1367** [1] - 84:17
**ERRATA** [1] - 81:3
**ESQ** [2] - 2:8, 2:16
**established** [1] - 79:8
**estimate** [2] - 15:7, 15:12
**evidence** [3] - 22:7, 23:9, 66:6
**exact** [1] - 74:19
**exactly** [3] - 18:22, 51:10, 57:25
**EXAMINATION** [4] - 4:8, 49:8, 71:14, 84:5
**examination** [1] - 14:18
**examined** [2] - 4:7, 15:16
**examiner** [1] - 12:6
**except** [1] - 3:6
**exculpatory** [2] - 22:12, 23:12
**excuse** [2] - 27:18, 72:6
**Excuse** [1] - 22:23
**EXHIBIT** [1] - 84:8
**exhibit** [9] - 37:3, 37:9, 40:9, 44:2, 45:9, 46:5, 52:18, 55:22, 80:17
**Exhibit** [73] - 31:7, 31:8, 36:12, 36:13, 37:4, 37:6, 37:11, 37:25, 38:3, 38:8, 38:12, 38:21, 38:23, 39:13, 39:16, 40:11, 40:13, 43:21, 43:23, 44:4, 44:6, 44:8, 44:25, 45:14, 45:22, 46:2, 46:7, 46:19, 46:25, 47:13, 47:19, 49:11, 49:13, 49:19, 49:22, 49:23, 50:25, 52:12, 52:20, 54:7, 55:18, 55:24, 56:4, 57:7, 57:10, 57:12, 59:13, 59:23, 60:11, 60:17, 60:23, 61:5, 62:11, 62:18, 67:18, 67:20, 68:2, 70:16, 71:16, 78:11, 78:16, 84:9, 84:10, 84:12, 84:13, 84:15, 84:16, 84:18, 84:19
**Exhibits** [4] - 59:12, 59:14, 59:15, 60:19
**exhibits** [4] - 60:3, 72:10, 80:14, 80:22
**exoneration** [1] - 53:24
**expands** [1] - 66:4
**explain** [1] - 47:12
**extra** [1] - 67:23

### F

**facetious** [1] - 63:21
**fact** [8] - 26:10, 50:11, 52:2, 53:3, 53:15, 53:21, 60:25, 77:13
**facts** [1] - 79:9

88

**faded** [1] - 67:15
**fair** [5] - 41:6, 49:23, 55:14, 72:15, 79:14
**Fair** [2] - 29:6, 34:25
**false** [1] - 68:13
**faster** [1] - 48:20
**favor** [1] - 22:12
**Fella** [1] - 68:12
**Ferguson** [1] - 69:25
**few** [3] - 4:13, 7:22, 14:6
**file** [28] - 26:3, 26:8, 61:18, 63:3, 63:7, 63:12, 63:19, 64:3, 64:5, 64:7, 64:8, 64:9, 64:13, 64:18, 64:24, 65:4, 65:9, 65:9, 65:19, 65:20, 66:10, 66:11, 66:22, 66:23, 66:24, 67:3
**files** [5] - 64:3, 64:25, 65:15, 65:22, 66:16
**filing** [1] - 3:14
**finalized** [1] - 9:8
**fine** [3] - 4:17, 48:17, 71:4
**finish** [1] - 9:22
**first** [18] - 4:3, 5:3, 8:5, 9:10, 9:17, 11:2, 16:4, 16:7, 16:15, 17:24, 20:12, 22:25, 24:7, 30:22, 31:14, 37:15, 53:14, 74:16
**five** [2] - 11:9, 75:10
**fix** [1] - 80:16
**floor** [1] - 32:12
**flow** [2] - 50:15, 50:16
**folder** [1] - 66:2
**folders** [1] - 65:23
**following** [3] - 54:21, 70:7, 70:11
**Following** [1] - 43:16
**follows** [1] - 4:7
**force** [1] - 18:9
**forensics** [1] - 21:13
**form** [1] - 3:7
**Form** [6] - 41:11, 50:2, 51:20, 58:7, 64:20, 65:10
**Former** [1] - 77:2
**forth** [1] - 83:12
**forward** [1] - 12:23
**four** [5] - 23:24, 23:25, 75:14, 76:25, 77:21
**front** [5] - 31:9, 36:14, 59:16, 60:20, 67:21, 71:12
**full** [4] - 10:21, 18:10, 18:13, 35:3
**full-size** [1] - 35:3
**FURTHER** [2] - 3:9, 3:13

**G**

**G-I-A-R-D-I-N-A** [1] - 25:6
**Garbowski** [1] - 24:16
**GARBOWSKI** [1] - 24:16

**gathered** [1] - 22:4
**general's** [2] - 19:12, 19:15
**generally** [1] - 72:11
**generated** [1] - 40:17
**gestures** [1] - 10:14
**GHOZE** [1] - 2:20
**Giardina** [10] - 25:6, 46:22, 47:4, 47:9, 47:20, 57:16, 58:3, 58:15, 75:16, 75:18
**GIARDINA** [1] - 1:8
**given** [4] - 6:3, 62:25, 63:24, 83:14
**glasses** [1] - 67:24
**government** [1] - 19:16
**grab** [1] - 36:11
**graduate** [1] - 15:25
**grand** [3] - 15:4, 15:17, 30:7
**grandma's** [1] - 69:2
**Grandmother** [2] - 69:10, 69:24
**great** [4] - 9:18, 10:12, 50:16, 80:13
**GRIMALDI** [1] - 83:23
**Grimaldi** [3] - 1:18, 4:4, 83:7
**groundwork** [1] - 9:17
**group** [7] - 23:22, 24:2, 24:4, 24:6, 24:7, 24:22, 25:11
**groups** [1] - 23:18
**guilty** [3] - 6:14, 6:16, 7:19

**H**

**half** [5] - 50:7, 51:18, 51:24, 68:6, 76:5
**hand** [2] - 46:8, 73:8
**handwriting** [9] - 36:15, 37:12, 40:11, 44:4, 59:25, 68:2, 68:8, 72:25, 73:5
**handwritten** [8] - 22:6, 23:10, 39:19, 39:21, 40:15, 40:17, 60:2, 72:2
**hard** [1] - 39:22
**head** [1] - 10:15
**hearing** [2] - 53:15, 54:16
**held** [1] - 67:12
**help** [1] - 29:21
**helped** [1] - 29:24
**Henry** [1] - 20:15
**hereby** [1] - 83:10
**HEREBY** [1] - 3:4
**hereinbefore** [1] - 83:12
**hereto** [1] - 3:6
**high** [1] - 15:25
**himself** [1] - 51:12
**hold** [1] - 49:2
**home** [1] - 48:25
**Homicide** [1] - 21:4

**homicide** [31] - 12:8, 12:9, 18:16, 18:18, 18:21, 20:10, 20:12, 20:17, 21:12, 22:17, 23:14, 25:20, 25:24, 26:2, 26:16, 26:21, 26:23, 26:25, 32:6, 32:13, 33:11, 33:19, 34:2, 63:18, 64:5, 64:11, 64:24, 65:7, 70:6, 72:3, 75:3
**homicides** [1] - 26:6
**hour** [7] - 21:10, 28:17, 36:4, 48:15, 50:8, 51:18, 51:24
**hours** [2] - 48:4, 79:14
**house** [1] - 69:2
**HUGGINS** [50] - 2:16, 4:15, 4:20, 6:24, 7:4, 7:10, 7:16, 7:24, 8:11, 8:15, 8:18, 8:22, 13:6, 28:21, 31:8, 36:13, 37:8, 39:18, 40:2, 40:6, 40:8, 41:11, 43:25, 45:17, 45:22, 46:4, 48:17, 48:22, 49:5, 50:2, 51:20, 52:13, 52:17, 55:21, 58:7, 59:15, 60:19, 64:20, 65:10, 67:20, 70:18, 70:21, 70:24, 71:6, 71:12, 73:14, 79:12, 80:3, 80:5, 80:20
**hundred** [1] - 15:14

**I**

**i.e** [1] - 59:25
**idea** [6] - 7:21, 42:8, 69:20, 73:23, 74:15, 74:18
**identical** [1] - 61:3
**identification** [8] - 37:7, 39:17, 43:24, 46:3, 52:21, 55:25, 67:19, 70:17
**identified** [3] - 53:5, 53:10, 53:21
**identify** [4] - 7:7, 59:24, 60:9, 60:14
**illegal** [1] - 51:13
**important** [1] - 15:21
**impossible** [1] - 52:6
**improper** [1] - 5:15
**in-service** [1] - 20:7
**inaccurate** [3] - 78:17, 79:5, 79:19
**included** [1] - 52:4
**incomplete** [1] - 79:19
**INDEX** [1] - 84:3
**indicates** [1] - 47:19
**indication** [1] - 73:11
**information** [3] - 22:11, 51:19, 55:11
**initials** [1] - 46:8
**innocent** [1] - 6:16
**inside** [5] - 14:17, 32:8, 33:21, 61:24, 65:6
**inspector** [2] - 19:12, 19:15

**instances** [1] - 50:19
**instructor** [2] - 20:20, 20:22
**interaction** [3] - 44:10, 57:13, 58:24
**interactions** [1] - 43:17
**interdepartmental** [2] - 30:4, 61:13
**interested** [1] - 83:19
**interrogation** [1] - 20:19
**interrupt** [1] - 6:25
**interview** [22] - 22:6, 30:18, 30:20, 31:22, 31:23, 32:2, 32:4, 32:8, 40:23, 41:3, 41:9, 41:19, 42:9, 46:17, 47:7, 49:11, 50:7, 50:8, 51:7, 51:23, 68:13, 77:11
**interviewed** [1] - 56:12
**interviewing** [1] - 21:14
**interviews** [6] - 20:19, 32:15, 33:2, 33:5, 33:6, 33:8
**investigated** [3] - 11:16, 11:19, 42:20
**investigation** [7] - 22:5, 25:21, 42:24, 64:11, 65:12, 70:6, 70:10
**investigations** [2] - 20:18, 21:4
**investigator** [2] - 19:10, 19:19
**involve** [2] - 21:13, 21:14
**involved** [6] - 7:5, 12:7, 13:25, 14:7, 19:22, 51:13
**involvement** [2] - 70:5, 70:10
**involving** [1] - 26:17
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13
**itself** [2] - 26:2, 66:11

**J**

**Jacqueline** [2] - 58:21, 58:24
**JAMES** [1] - 1:8
**James** [4] - 13:20, 25:6, 46:21, 75:15
**January** [2] - 68:13, 68:22
**Jenkins** [2] - 68:15, 68:20
**job** [4] - 9:18, 10:13, 16:5, 16:7
**JOHN** [1] - 1:7
**John** [2] - 74:24, 75:2
**joined** [1] - 16:15
**JOS** [1] - 8:7
**JOSEPH** [1] - 1:10
**Joseph** [2] - 77:2, 77:4
**Joshue** [1] - 8:4
**JOSHUE** [1] - 8:8
**Juan** [1] - 77:17
**judge** [1] - 12:22

**jump** [2] - 9:17, 9:23
**June** [3] - 1:13, 81:2, 84:2
**jury** [4] - 8:10, 15:4, 15:17, 30:7

## K

**KBFO** [1] - 73:19
**keep** [2] - 59:8, 69:5
**Keep** [1] - 68:14
**kidding** [1] - 48:25
**kill** [2] - 51:16, 68:12
**killed** [3] - 53:6, 53:11, 53:22
**kind** [2] - 39:22, 51:13
**knowing** [2] - 26:2, 53:25
**knowledge** [5] - 12:13, 50:11, 51:11, 58:23, 70:9

## L

**L-O-B-B-E-T-T** [1] - 24:9
**labor** [1] - 47:8
**last** [15] - 5:6, 11:7, 11:9, 14:9, 14:20, 28:15, 50:23, 54:4, 58:7, 75:4, 75:14, 75:18, 76:7, 76:23, 77:19
**law** [3] - 16:5, 16:7, 16:12
**LAW** [1] - 2:11
**Lawrence** [2] - 56:20, 56:22
**lawsuit** [5] - 5:8, 5:12, 8:13, 11:13, 54:2
**lawyer** [2] - 7:13, 28:6
**leads** [1] - 42:10
**Leads** [1] - 42:12
**learn** [2] - 23:5, 74:16
**learned** [1] - 54:3
**led** [3] - 11:20, 12:2, 56:9
**left** [7] - 19:11, 41:23, 62:5, 68:24, 74:9, 76:3, 76:4
**legal** [1] - 54:22
**length** [1] - 49:24
**Leroy** [2] - 68:13, 68:22
**LESLIE** [1] - 2:21
**liable** [2] - 6:19, 6:21
**license** [2] - 72:13, 72:17
**Lieutenant** [1] - 13:20
**light** [1] - 11:25
**likely** [3] - 14:15, 48:7, 58:15
**line** [2] - 61:10, 61:11
**lineups** [1] - 21:18
**link** [1] - 10:6
**list** [1] - 66:9
**LiveNote** [2] - 1:19, 83:8
**lives** [2] - 78:3, 78:4
**Lobbett** [1] - 24:8
**location** [2] - 32:7, 66:6
**Lonergan** [1] - 13:20

**LONERGAN** [1] - 13:20
**look** [10] - 46:25, 54:6, 59:22, 60:11, 65:23, 72:9, 72:25, 73:5, 78:20, 79:3
**Look** [1] - 59:23
**looking** [3] - 49:22, 69:18, 70:19
**looks** [6] - 68:3, 68:5, 68:12, 68:15, 74:7, 78:20
**loop** [1] - 69:24
**lost** [2] - 29:4, 76:18
**Lynn** [3] - 11:4, 11:12, 11:20
**LYNN** [1] - 11:4
**Lyons** [2] - 13:25, 25:5
**LYONS** [2] - 14:2, 25:5

## M

**M-A-N** [1] - 68:18
**M-C-C-A-R-T-H-Y** [1] - 24:20
**m.huggins@city** [1] - 2:17
**m.huggins@city-buffalo. com** [1] - 2:17
**machine** [1] - 62:6
**mad** [1] - 51:14
**Maeve** [3] - 7:9, 13:4, 79:10
**MAEVE** [1] - 2:16
**man** [4] - 26:17, 68:16, 68:17, 68:19
**manila** [3] - 66:2, 66:13, 66:16
**marine** [1] - 78:6
**mark** [8] - 37:2, 39:12, 43:20, 45:14, 52:12, 55:18, 67:10, 70:13
**MARK** [5] - 1:8, 1:16, 4:2, 82:9, 83:11
**Mark** [3] - 46:21, 55:19, 84:6
**marked** [10] - 31:6, 37:6, 39:16, 43:23, 45:12, 46:2, 52:20, 55:24, 67:18, 70:16
**marriage** [1] - 83:18
**MASCHECCIA** [1] - 24:18
**Masecchia** [4] - 24:17, 24:18, 76:17, 76:18
**MASSECHIA** [1] - 1:10
**master** [6] - 64:7, 64:9, 64:18, 65:9, 65:20, 66:24
**matches** [1] - 72:10
**material** [4] - 21:24, 22:3, 22:21, 23:6
**matter** [2] - 14:17, 83:19
**MAYA** [1] - 2:20
**McCarthy** [3] - 14:3, 24:19, 25:7
**MCCARTHY** [1] - 14:3
**McCauley** [1] - 42:3

**mean** [17] - 6:25, 12:19, 14:11, 14:18, 20:22, 26:5, 27:21, 33:19, 36:22, 56:16, 56:17, 61:7, 63:4, 63:20, 73:22, 74:14, 78:23
**Meaning** [1] - 53:14
**meaning** [8] - 10:7, 12:22, 22:12, 29:12, 41:17, 44:19, 47:8, 66:14
**Means** [8] - 19:23, 25:17, 25:24, 53:6, 53:12, 53:23, 55:6, 57:3
**means** [4] - 21:25, 42:7, 61:8, 74:6
**medical** [2] - 10:20, 12:6
**meet** [2] - 30:22, 31:14
**meeting** [3] - 28:16, 28:17, 31:18
**Melvin** [4] - 24:8, 44:13, 45:15, 46:14
**memo** [1] - 59:5
**memory** [1] - 25:21
**men** [1] - 23:25
**mention** [1] - 23:11
**messages** [1] - 62:5
**met** [4] - 27:15, 28:6, 28:23, 31:13
**Michael** [2] - 13:25, 25:5
**microcassette** [1] - 35:2
**mid** [2] - 23:13, 24:4
**might** [5] - 7:2, 7:17, 7:21, 48:14, 69:14
**mind** [2] - 4:14, 8:6
**mine** [3] - 68:3, 73:7, 73:8
**MINOR** [1] - 1:8
**Minor** [2] - 75:12, 75:13
**minute** [1] - 60:5
**minutes** [2] - 48:10, 48:16
**missed** [1] - 50:23
**missing** [1] - 80:15
**misspoke** [1] - 65:18
**mistake** [2] - 38:6, 48:5
**momentarily** [1] - 71:7
**money** [1] - 8:9
**Montgomery** [10] - 42:17, 42:19, 42:25, 45:2, 53:5, 53:11, 53:22, 57:18, 58:4, 58:17
**monthly** [1] - 76:13
**months** [2] - 28:15, 77:21
**Morales** [3] - 77:17, 77:20
**morning** [7] - 4:10, 27:15, 27:22, 28:7, 28:23, 29:9, 29:20
**most** [3] - 14:15, 58:15, 60:7
**motion** [1] - 30:7
**motive** [1] - 51:9
**move** [1] - 17:15
**moving** [1] - 73:25
**MR** [57] - 4:9, 4:19, 4:21,

7:3, 7:8, 7:12, 7:20, 8:2, 8:14, 8:17, 8:20, 13:4, 13:8, 29:2, 31:10, 36:11, 36:25, 37:10, 39:12, 39:20, 40:3, 40:7, 40:10, 43:20, 44:3, 45:11, 45:19, 45:24, 46:6, 48:13, 48:18, 48:24, 49:9, 52:11, 52:15, 52:23, 55:17, 56:3, 58:11, 58:13, 59:17, 59:19, 60:16, 60:21, 67:10, 67:14, 67:22, 70:20, 70:23, 71:4, 71:8, 71:15, 73:15, 79:10, 79:24, 80:4, 80:10
**MRS** [1] - 46:9
**MS** [49] - 4:15, 4:20, 6:24, 7:4, 7:10, 7:16, 7:24, 8:11, 8:15, 8:18, 8:22, 13:6, 28:21, 31:8, 36:13, 37:8, 39:18, 40:2, 40:6, 40:8, 41:11, 43:25, 45:17, 45:22, 46:4, 48:17, 48:22, 49:5, 50:2, 51:20, 52:13, 52:17, 55:21, 58:7, 59:15, 60:19, 64:20, 65:10, 67:20, 70:18, 70:21, 70:24, 71:6, 71:12, 73:14, 79:12, 80:3, 80:5, 80:20
**murder** [5] - 19:23, 25:16, 26:11, 42:11, 42:20

## N

**name** [7] - 4:11, 8:3, 8:5, 9:15, 11:2, 30:13, 74:24
**named** [8] - 25:17, 26:17, 30:10, 42:16, 43:4, 44:12, 58:21, 77:16
**narcotics** [2] - 17:25, 18:3
**nature** [2] - 21:8, 23:12
**necessarily** [1] - 63:22
**need** [7] - 10:16, 17:14, 60:6, 63:21, 70:24, 79:9
**never** [1] - 55:4
**new** [1] - 37:2
**NEW** [10] - 1:2, 83:3, 83:5
**New** [10] - 1:21, 2:7, 2:15, 4:6, 12:5, 19:17, 20:13, 20:16, 83:10
**next** [3] - 16:23, 16:24, 32:12
**Niagara** [1] - 2:14
**nice** [3] - 9:24, 10:16, 45:21
**night** [2] - 27:16, 27:19
**nos** [1] - 10:17
**notarized** [1] - 46:14
**Notary** [3] - 1:20, 4:6, 83:9
**notation** [1] - 47:18
**note** [1] - 61:9
**note-taking** [1] - 61:9
**noted** [1] - 80:24
**notes** [22] - 22:6, 23:10, 36:8, 39:7, 39:9, 40:15,

40:17, 40:20, 41:7, 41:8,
41:10, 41:14, 41:16, 41:18,
60:2, 65:4, 69:19, 69:21,
72:16, 72:19, 72:20, 73:12
  **nothing** [1] - 10:9
  **number** [13] - 26:7, 26:8,
39:23, 39:25, 41:23, 41:24,
42:3, 66:4, 66:5, 72:2, 74:8,
77:22, 77:23
  **numbers** [1] - 72:24
  **nurse** [1] - 42:3
  **nymatic** [4] - 61:6, 61:15,
61:19, 61:21
  **Nymatic** [2] - 62:10, 62:15

## O

  **O-R-T-I-Z** [1] - 8:4
  **oath** [2] - 3:12, 15:20
  **objections** [1] - 3:6
  **obligation** [1] - 22:11
  **observing** [1] - 47:21
  **obtain** [2] - 33:10, 42:25
  **occasionally** [1] - 75:17
  **occasions** [1] - 9:3
  **occurs** [1] - 17:19
  **oddly** [1] - 40:4
  **OF** [5] - 1:2, 1:7, 2:11, 83:3,
83:5
  **OFFICE** [1] - 2:12
  **office** [12] - 19:11, 19:12,
19:14, 19:15, 19:20, 32:6,
32:8, 32:13, 33:17, 33:18,
63:2, 76:4
  **officer** [1] - 3:11
  **officers** [8] - 13:12, 13:16,
14:6, 20:24, 21:11, 65:3,
66:8, 76:2
  **old** [2] - 71:19, 71:21
  **once** [1] - 23:8
  **One** [4] - 9:6, 9:21, 64:7,
80:13
  **one** [32] - 9:7, 9:10, 11:15,
11:18, 13:9, 13:21, 20:12,
20:13, 21:5, 26:22, 34:19,
38:2, 50:17, 53:7, 56:17,
59:20, 59:21, 59:24, 60:2,
63:8, 63:9, 63:10, 64:8, 64:9,
64:15, 65:7, 65:8, 67:24,
70:20, 76:2, 80:15, 80:20
  **one-week** [2] - 20:13, 21:5
  **opens** [1] - 17:20
  **opportunity** [1] - 6:4
  **oral** [4] - 8:25, 10:13, 14:11,
14:12
  **order** [1] - 17:15
  **ordering** [2] - 80:8, 80:10
  **organized** [1] - 23:17
  **original** [1] - 80:13
  **Ortiz** [4] - 8:4, 8:9, 9:10,

14:8
  **outcome** [3] - 6:12, 6:18,
83:19
  **outside** [3] - 31:19, 33:19,
66:3
  **overstep** [1] - 8:19
  **overturned** [1] - 74:17
  **own** [2] - 67:3, 80:23

## P

  **P-U-M-P-K-I-N** [1] - 30:17
  **p.m** [4] - 48:2, 49:7, 71:11,
80:24
  **P70** [1] - 71:18
  **P73** [2] - 30:4, 61:12, 71:19
  **P73s** [1] - 71:21
  **pad** [1] - 59:7
  **page** [7] - 37:15, 39:14,
39:21, 46:13, 52:24, 68:6,
71:22
  **PAGE** [2] - 84:5, 84:8
  **PAGE/LINE** [1] - 81:5
  **pages** [1] - 50:4
  **Pamela** [4] - 1:18, 4:4,
80:20, 83:7
  **PAMELA** [1] - 83:23
  **paper** [2] - 53:25, 72:17,
78:20
  **paragraph** [2] - 37:15,
57:14
  **participating** [1] - 55:9
  **particular** [17] - 6:9, 13:17,
17:6, 17:13, 18:11, 18:23,
24:12, 26:19, 27:12, 32:7,
34:9, 43:12, 57:22, 63:14,
63:18, 77:12, 79:7
  **parties** [2] - 3:6, 83:17
  **past** [1] - 49:4
  **Patrick** [3] - 14:3, 24:19,
25:7
  **Patrolman** [1] - 16:17
  **patrolman** [2] - 16:19, 17:9,
21:10
  **Paul** [9] - 26:17, 42:11,
42:20, 70:6, 72:3, 72:5, 72:6,
72:7, 73:4
  **pay** [2] - 17:6, 17:7
  **paying** [1] - 80:23
  **PDF** [1] - 80:21
  **pending** [5] - 9:7, 12:11,
12:12, 14:22, 53:25
  **people** [2] - 63:25, 72:16
  **percent** [2] - 66:25, 67:2
  **period** [6] - 16:20, 17:12,
27:15, 38:21, 39:4, 55:14
  **permanent** [1] - 64:18
  **person** [5] - 12:7, 28:23,
53:5, 53:11, 53:22
  **personal** [1] - 35:7

  **pertains** [1] - 72:6
  **ph** [1] - 61:6
  **phone** [6] - 41:22, 41:24,
42:3, 72:24, 77:22, 77:23
  **photo** [4] - 21:22, 44:25,
45:5, 57:17
  **photocopy** [1] - 72:12
  **photograph** [3] - 42:25,
58:4, 58:16
  **photographer** [1] - 66:8
  **photographs** [2] - 22:7,
23:9
  **phrase** [5] - 7:19, 21:25,
68:19, 69:15, 73:4
  **physical** [1] - 66:11
  **physically** [1] - 31:15
  **Physically** [1] - 31:16
  **pick** [2] - 59:11, 61:9
  **piece** [1] - 72:17
  **place** [5] - 31:24, 32:3,
32:5, 32:9, 61:18
  **placed** [4] - 63:3, 63:7,
65:2, 65:21
  **places** [1] - 63:12
  **Plaintiff** [1] - 1:5
  **plaintiff** [2] - 2:5, 4:12
  **plaintiff's** [1] - 8:3
  **plate** [1] - 74:8
  **PLLC** [1] - 2:4
  **point** [2] - 53:4, 58:22
  **police** [16] - 20:14, 20:20,
20:21, 20:24, 20:25, 21:10,
22:24, 31:19, 32:5, 42:24,
43:13, 54:24, 61:21, 61:25,
66:7, 76:3
  **Police** [9] - 16:8, 16:16,
19:4, 19:7, 20:17, 20:23,
32:24, 33:21, 34:15
  **Pope** [9] - 26:17, 42:11,
42:21, 70:6, 72:3, 72:5, 72:6,
72:8, 73:5
  **portion** [1] - 50:23
  **posed** [1] - 14:16
  **position** [5] - 16:23, 16:24,
17:5, 17:20, 18:11
  **possible** [3] - 45:8, 51:22,
69:11
  **post** [1] - 54:16
  **post-conviction** [1] - 54:16
  **practice** [1] - 72:12
  **precise** [1] - 15:21
  **predates** [1] - 13:6
  **preparation** [3] - 28:10,
28:19, 29:8
  **prepare** [1] - 27:25
  **prepared** [2] - 38:23, 62:19
  **presence** [2] - 46:20, 46:21
  **present** [1] - 58:15
  **PRESENT** [1] - 2:19
  **presumably** [1] - 32:18
  **Pretty** [1] - 78:25, 79:16

  **pretty** [1] - 50:17
  **previously** [2] - 16:7, 31:6
  **printing** [2] - 60:15, 71:20
  **prison** [2] - 11:23, 12:2
  **problem** [1] - 71:9
  **proceeding** [3] - 8:24,
15:23, 57:6
  **proceedings** [1] - 54:22
  **process** [1] - 62:8
  **produce** [1] - 61:12
  **Professional** [3] - 1:19, 4:5,
83:8
  **promoted** [1] - 16:22
  **prosecution** [1] - 22:9
  **provide** [1] - 11:6
  **provided** [2] - 5:24, 37:16
  **providing** [1] - 56:9
  **Public** [3] - 1:20, 4:6, 83:9
  **Puerto** [2] - 78:5, 78:7
  **pull** [5] - 31:5, 50:14, 60:17,
64:4, 64:12
  **Pumpkin** [4] - 30:17, 30:18,
30:23, 74:10
  **put** [3] - 9:21, 65:15, 67:23

## Q

  **qualify** [1] - 33:9
  **questions** [13] - 4:13, 7:23,
14:16, 15:22, 39:2, 47:3,
47:9, 47:10, 47:16, 47:17,
49:18, 51:18, 79:11
  **quite** [3] - 6:16, 29:17, 77:4

## R

  **Rainerio** [2] - 24:17, 76:18
  **RAINERIO** [1] - 24:17
  **rambling** [1] - 9:23
  **RANIERO** [1] - 1:10
  **rank** [3] - 16:16, 17:6, 17:8
  **Rather** [1] - 59:20
  **rather** [1] - 77:14
  **Rautenstroud** [1] - 13:21
  **RAUTENSTROUD** [1] -
13:22
  **read** [7] - 4:16, 29:14,
39:22, 61:17, 62:10, 68:8,
69:12
  **reading** [2] - 69:5, 78:24
  **really** [1] - 27:8
  **rearrange** [1] - 48:19
  **reason** [2] - 10:20, 51:23
  **receive** [1] - 22:20
  **received** [4] - 17:7, 20:9,
20:16, 74:21
  **recess** [2] - 49:6, 71:10
  **recognize** [2] - 72:23, 74:24
  **recollection** [2] - 29:12,

69:21
   **record** [12] - 9:21, 22:11, 32:25, 33:13, 34:14, 44:18, 64:19, 67:13, 71:7, 80:9, 80:11, 83:14
   **record's** [1] - 28:22
   **recorded** [2] - 38:21, 57:6
   **recorder** [4] - 34:18, 34:22, 35:2, 35:7
   **recording** [1] - 33:12
   **recordings** [1] - 62:4
   **records** [1] - 45:20
   **red** [2] - 66:15, 66:22
   **referenced** [1] - 38:3
   **references** [1] - 37:15
   **referring** [1] - 8:23
   **refers** [1] - 68:23
   **refresh** [1] - 29:12
   **regard** [2] - 7:18, 21:22
   **regarding** [7] - 20:3, 23:6, 40:21, 42:11, 54:16, 54:23, 57:2
   **regards** [5] - 20:8, 20:9, 22:8, 27:7, 77:12
   **Reginald** [2] - 75:12, 75:13
   **REGINALD** [1] - 1:7
   **Registered** [3] - 1:18, 4:5, 83:7
   **regular** [1] - 35:2
   **Reid** [1] - 20:18
   **reinvestigation** [1] - 19:23
   **related** [1] - 83:17
   **relatives** [1] - 78:7
   **released** [1] - 12:2
   **relevant** [1] - 55:11
   **remains** [1] - 65:19
   **remember** [27] - 25:16, 25:19, 27:9, 29:13, 29:14, 29:21, 29:22, 29:25, 30:10, 31:18, 34:11, 44:21, 54:15, 54:18, 54:20, 55:8, 56:8, 56:25, 57:5, 65:22, 76:20, 77:16, 78:19, 78:21, 78:24, 79:4
   **remotely** [1] - 1:18
   **repeat** [1] - 53:7
   **rephrase** [2] - 6:17, 33:24
   **report** [4] - 61:14, 62:25, 63:11, 68:13
   **reported** [1] - 1:17
   **REPORTER** [1] - 80:7
   **Reporter** [5] - 1:19, 1:20, 4:5, 83:8, 83:9
   **reporter** [4] - 9:25, 10:16, 14:14, 58:9
   **reports** [1] - 23:10
   **represent** [1] - 4:11
   **represented** [4] - 5:17, 7:7, 9:5, 14:15
   **represents** [1] - 5:21
   **reputation** [1] - 43:13

   **requested** [1] - 58:9
   **reserved** [1] - 3:7
   **resolved** [1] - 12:15
   **respect** [4] - 21:18, 22:21, 26:20, 55:15
   **respective** [1] - 3:5
   **responding** [1] - 66:8
   **response** [2] - 9:24, 49:18
   **responses** [1] - 10:13
   **rest** [2] - 13:24, 73:9
   **resulted** [1] - 55:5
   **retire** [1] - 19:3
   **retired** [3] - 17:19, 56:21, 76:19
   **retirement** [1] - 75:6
   **retiring** [1] - 19:6
   **returned** [1] - 62:13
   **review** [4] - 6:4, 28:19, 29:3, 29:9
   **reviewed** [5] - 29:20, 30:8, 56:4, 78:11, 78:15
   **Rican** [1] - 78:5
   **RICKNER** [59] - 2:4, 2:8, 4:9, 4:19, 4:21, 7:3, 7:8, 7:12, 7:20, 8:2, 8:14, 8:17, 8:20, 13:4, 13:8, 29:2, 31:10, 36:11, 36:25, 37:10, 39:12, 39:20, 40:3, 40:7, 40:10, 43:20, 44:3, 45:11, 45:19, 45:24, 46:6, 48:13, 48:18, 48:24, 49:9, 52:11, 52:15, 52:23, 55:17, 56:3, 58:11, 58:13, 59:17, 59:19, 60:16, 60:21, 67:10, 67:14, 67:22, 70:20, 70:23, 71:4, 71:8, 71:15, 73:15, 79:10, 79:24, 80:4, 80:10
   **Rickner** [2] - 4:11, 84:6
   **Rico** [1] - 78:7
   **RIGA** [1] - 1:10
   **Riga** [2] - 77:3, 77:4
   **right-hand** [2] - 46:8, 73:8
   **rights** [1] - 5:12
   **ring** [2] - 68:20, 69:17
   **ROB** [1] - 2:8
   **Rob** [9] - 4:11, 4:15, 6:24, 28:21, 39:18, 48:22, 70:18, 70:21, 80:3
   **rob@ricknerpllc.com** [1] - 2:9
   **Robert** [2] - 24:15, 76:10
   **ROBERT** [1] - 1:9
   **role** [1] - 26:19
   **room** [6] - 10:5, 32:14, 32:17, 33:11, 33:15, 33:25
   **Room** [1] - 2:14
   **roughly** [1] - 49:24
   **rubber** [1] - 66:3
   **ruled** [1] - 12:22
   **rules** [2] - 9:20, 10:6
   **run** [1] - 70:25

   **Russell** [12] - 42:16, 42:19, 42:25, 44:25, 53:5, 53:10, 53:22, 57:17, 58:4, 58:17, 69:10, 69:24

**S**

   **sat** [1] - 14:13
   **saw** [4] - 75:18, 75:21, 76:7, 77:24
   **scene** [3] - 21:9, 21:12, 55:8
   **school** [2] - 16:2, 20:19
   **Schwegler** [4] - 56:20, 56:23, 57:2
   **sealing** [1] - 3:14
   **second** [7] - 9:10, 14:8, 37:14, 46:13, 52:24, 68:5
   **Second** [1] - 9:12
   **see** [11] - 8:17, 10:14, 35:17, 42:5, 45:3, 46:9, 46:23, 73:20, 75:17, 76:12, 77:4
   **seem** [1] - 48:7
   **seminar** [1] - 23:2
   **sense** [1] - 48:23
   **sent** [1] - 61:17
   **separate** [2] - 33:17, 33:18, 64:2
   **sergeant** [2] - 23:23, 23:24, 25:3
   **Sergeant** [3] - 13:19, 24:8, 75:25
   **serves** [1] - 17:4
   **service** [3] - 17:8, 20:7, 62:12
   **set** [2] - 80:14, 83:12
   **settled** [2] - 13:2, 13:5
   **seven** [1] - 16:20
   **several** [1] - 9:4
   **shift** [6] - 27:12, 27:16, 27:18, 27:19
   **shifts** [3] - 27:14, 27:17, 27:19
   **showed** [3] - 57:17, 58:4, 58:16
   **shown** [2] - 45:2, 45:6
   **shows** [1] - 50:15
   **side** [4] - 41:23, 68:6, 68:25, 74:2
   **sign** [6] - 4:16, 54:13, 61:18, 63:8, 63:9, 63:10
   **signature** [1] - 52:25
   **signed** [3] - 3:10, 62:19, 62:23
   **significance** [1] - 18:24
   **signing** [1] - 62:22
   **single** [2] - 39:14, 39:21
   **sit** [1] - 30:9
   **six** [2] - 14:20, 16:20

   **size** [1] - 35:3
   **skipping** [1] - 70:25
   **someone** [2] - 51:14
   **Someone** [1] - 51:15
   **sometimes** [1] - 65:3
   **Sometimes** [2] - 35:13, 65:5
   **Sorry** [1] - 80:11
   **sorry** [9] - 25:10, 43:5, 44:23, 54:11, 54:14, 54:19, 55:2, 57:8, 73:16
   **sort** [8] - 48:19, 50:10, 66:14, 68:5, 71:22, 72:12, 73:17, 74:2
   **spark** [1] - 25:15
   **speaking** [1] - 49:19
   **specific** [6] - 20:3, 20:9, 21:7, 24:3, 33:8, 78:22
   **specifically** [1] - 67:6
   **speed** [1] - 59:21
   **spell** [1] - 13:22
   **spelling** [1] - 8:8
   **squad** [8] - 17:25, 18:3, 18:11, 23:15, 25:25, 32:6, 33:19, 34:2
   **ss** [1] - 83:4
   **Stambach** [5] - 4:10, 4:23, 46:21, 55:19, 84:6
   **STAMBACH** [5] - 1:8, 1:17, 4:2, 82:9, 83:11
   **stamped** [17] - 37:5, 39:15, 43:22, 45:25, 52:19, 55:23, 67:17, 70:15, 80:21, 84:9, 84:10, 84:12, 84:13, 84:15, 84:16, 84:18, 84:19
   **start** [4] - 18:17, 50:21, 51:3, 59:14
   **started** [7] - 4:16, 22:17, 35:15, 35:25, 38:8, 41:20, 47:23
   **starting** [1] - 68:25
   **STATE** [1] - 83:3
   **State** [5] - 1:21, 4:6, 19:17, 20:14, 83:10
   **state** [1] - 19:16
   **statement** [30] - 14:12, 22:6, 26:23, 27:4, 27:6, 30:3, 31:4, 31:5, 32:5, 35:14, 35:15, 35:24, 36:7, 37:16, 37:19, 38:3, 40:19, 41:15, 41:20, 45:15, 46:14, 46:20, 47:23, 48:4, 48:6, 48:9, 49:12, 52:4, 56:19, 77:11
   **statements** [7] - 23:9, 34:14, 49:24, 54:24, 62:16, 64:12, 66:9
   **STATES** [1] - 1:2
   **station** [1] - 31:20
   **stickers** [1] - 80:18
   **still** [7] - 6:7, 9:7, 12:11, 12:12, 14:21, 24:22, 25:7

**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stopped** [1] - 48:2
**street** [2] - 30:13, 77:24
**Street** [2] - 2:6, 2:14
**strong** [1] - 67:24
**subject** [2] - 5:7, 61:14
**Subscribed** [1] - 82:13
**substance** [2] - 44:22, 77:8
**Suite** [1] - 2:6
**sum** [1] - 44:21
**surprise** [1] - 45:21
**surprised** [1] - 78:23
**sworn** [12] - 3:10, 23:9, 26:22, 27:4, 30:3, 32:4, 40:19, 41:14, 41:20, 49:12, 82:13, 83:13
**sworn/affirmed** [1] - 4:4
**system** [3] - 61:22, 61:23, 67:8

## T

**table** [1] - 32:19
**tabs** [1] - 66:17
**tape** [4] - 34:18, 34:22, 35:2, 35:7
**tape-recorder** [4] - 34:18, 34:22, 35:2, 35:7
**task** [1] - 18:9
**taught** [1] - 20:24
**teach** [2] - 20:25, 21:3
**technician** [3] - 61:15, 63:2, 63:11
**telephone** [1] - 61:10
**testified** [7] - 4:7, 9:11, 13:9, 14:9, 15:3, 15:9, 55:4
**testify** [2] - 11:3, 55:13
**testifying** [3] - 10:5, 10:7, 79:13
**testimony** [19] - 5:25, 6:8, 8:25, 10:22, 11:7, 15:15, 15:17, 30:5, 50:20, 55:19, 56:10, 56:13, 60:7, 78:12, 78:15, 79:4, 79:7, 79:17, 83:14
**testimony's** [1] - 30:6
**THE** [5] - 1:7, 7:25, 8:25, 79:25, 80:7
**then..** [1] - 80:6
**thinking** [1] - 8:16
**third** [1] - 32:12
**Three** [3] - 27:18, 63:6, 64:7
**three** [16] - 17:12, 17:18, 18:3, 23:24, 28:15, 30:8, 61:12, 63:6, 63:13, 63:16, 63:21, 63:23, 64:2, 65:15, 66:16, 75:14
**timeline** [1] - 7:14

**timing** [1] - 48:23
**today** [10] - 5:21, 10:22, 28:2, 30:9, 53:15, 54:2, 56:5, 78:13, 79:13, 79:17
**together** [1] - 65:15
**TOMEKA** [1] - 69:12
**Tomeka** [1] - 69:14
**Tomika** [2] - 19:23, 25:17, 25:24, 53:6, 53:11, 53:23, 55:6, 57:2
**took** [10] - 26:22, 31:24, 32:5, 32:9, 39:9, 41:14, 48:4, 48:9, 50:7, 51:23
**top** [7] - 66:17, 68:9, 68:25, 71:23, 72:9, 73:7, 74:9
**town** [1] - 77:25
**track** [2] - 59:8, 76:19
**training** [9] - 17:14, 20:3, 20:8, 20:9, 20:16, 21:16, 21:17, 21:21, 22:20
**trainings** [1] - 23:6
**transcript** [4] - 9:24, 38:13, 49:13, 56:8
**transcripts** [3] - 14:25, 50:20, 51:2
**trial** [16] - 3:8, 6:10, 6:11, 6:13, 6:18, 8:13, 8:16, 8:23, 12:17, 12:19, 14:12, 15:10, 15:16, 30:7, 55:4, 55:9
**true** [1] - 83:14
**trunk** [1] - 73:6
**truth** [3] - 10:8, 10:9
**try** [2] - 33:11, 59:21
**trying** [4] - 8:19, 51:9, 51:10, 51:11
**turned** [1] - 22:7
**twice** [2] - 10:25, 51:8
**Twice** [1] - 5:2
**two** [15] - 9:2, 9:14, 21:10, 23:5, 25:11, 27:17, 28:15, 50:4, 60:6, 65:7, 67:4, 73:24, 75:19, 76:5, 79:14
**two-hour** [1] - 21:10
**typed** [5] - 39:3, 47:2, 47:9, 61:5, 62:12
**types** [1] - 61:16
**typewriter** [1] - 32:17
**Typewriter** [1] - 32:19
**typewritten** [2] - 32:22, 39:19
**typing** [3] - 47:13, 47:14, 61:21
**typist** [5] - 50:17, 61:6, 61:15, 61:16, 62:10
**typists** [2] - 61:24, 62:16

## U

**UMANZOR** [1] - 2:21
**under** [3] - 15:20, 73:18,

73:19
**underneath** [2] - 42:2, 73:19
**understand** [4] - 15:20, 60:3, 62:8, 69:9
**unique** [1] - 66:4
**unit** [1] - 66:7
**UNITED** [1] - 1:2
**unusual** [1] - 8:7
**up** [19] - 17:20, 30:22, 31:5, 56:9, 59:11, 60:17, 61:5, 61:9, 61:16, 62:10, 62:12, 63:24, 64:12, 64:25, 65:20, 67:11, 67:14, 73:7, 80:17
**usage** [1] - 64:17

## V

**vacancy** [1] - 17:19
**vehicle** [1] - 74:8
**verbal** [1] - 10:17
**verbatim** [5] - 38:12, 49:13, 50:19, 51:2, 51:17
**verdict** [1] - 6:14
**via** [2] - 80:21, 80:22
**Victim** [2] - 72:7, 73:4
**victim** [2] - 51:12, 66:6
**victim's** [1] - 72:13
**Videoconference** [1] - 1:16
**videotape** [1] - 33:5

## W

**waived** [1] - 3:15
**Wall** [1] - 2:6
**WBAHD** [1] - 73:18
**week** [2] - 20:13, 21:5
**weird** [1] - 70:20
**WESTERN** [1] - 1:2
**Whereas** [1] - 64:17
**whole** [1] - 10:8
**Williams** [1] - 20:15
**Withdrawn** [1] - 11:17
**withdrawn** [6] - 23:4, 25:19, 27:11, 30:21, 40:21, 46:18
**witness** [19] - 4:3, 31:9, 36:14, 37:8, 40:8, 43:25, 46:4, 50:11, 51:4, 52:17, 55:21, 58:21, 59:16, 60:20, 62:16, 67:21, 71:13, 83:11, 83:15
**WITNESS** [4] - 7:25, 8:25, 79:25, 84:5
**witnesses** [3] - 23:10, 50:21, 50:24
**wondering** [2] - 29:19, 63:23
**word** [2] - 61:2, 69:11
**words** [2] - 68:10, 78:20

**works** [1] - 7:15
**write** [1] - 44:19
**writing** [3] - 60:10, 71:19, 72:22
**written** [1] - 22:14
**wrongly** [1] - 11:14
**wrote** [2] - 36:23, 59:25
**Wymiko** [31] - 30:10, 31:15, 31:19, 35:20, 35:24, 36:7, 37:16, 38:14, 40:23, 41:19, 42:10, 43:17, 44:10, 44:16, 45:2, 46:18, 49:12, 50:7, 51:7, 51:23, 51:25, 53:4, 53:10, 53:21, 54:16, 54:23, 55:15, 57:13, 57:17, 58:3, 58:16

## Y

**year** [2] - 18:17, 66:5
**years** [20] - 5:6, 9:5, 11:7, 11:9, 14:9, 14:20, 16:21, 17:12, 17:18, 18:3, 18:22, 18:24, 21:6, 54:4, 75:10, 75:11, 75:14, 75:19, 76:5, 76:25
**yellow** [2] - 66:14, 66:21
**yeses** [1] - 10:17
**yesterday's** [1] - 70:22
**YORK** [3] - 1:2, 83:3, 83:5
**York** [9] - 1:21, 2:7, 2:15, 4:6, 19:17, 20:13, 20:16, 83:10
**yourself** [3] - 21:6, 35:9, 49:14

## Z

**zeros** [1] - 39:13
**Zoom** [1] - 10:5