1                                                      1

2         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF NEW YORK
3         -------------------------x

4         CORY EPPS,

5                 Plaintiff,

6                 v.                    1:19-cv-00281-LJV

7         THE CITY OF BUFFALO, DETECTIVE
          JOHN BOHAN, DETECTIVE
8         REGINALD MINOR, DETECTIVE
          MARK STAMBACH, DETECTIVE
9         JAMES GIARDINA, DETECTIVE
          ANTHONY CONSTANTINO,
10        DETECTIVE ROBERT CHELLA,
          RANIERO MASSECHIA, CHARLES
11        ARONICA AND CHIEF JOSEPH RIGA,

12                Defendants.

13        -------------------------x
                                   January 21, 2021
14                                 10:45 a.m.

15

16

17             Videoconference deposition of JAMES F.

18        GIARDINA, taken by the plaintiff, pursuant

19        to notice, reported remotely by Jennie

20        Siolidis, a Shorthand Reporter and Notary

21        Public of the State of New York.

22

23

24

25

```
 1                                                    2

 2        APPEARANCES:

 3

 4        RICKNER, PLLC

 5              Attorney for plaintiff

 6              14 Wall Street

 7              Suite 1603

 8              New York, NY 10005

 9        BY:  ROB RICKNER

10

11

12        CITY OF BUFFALO LAW DEPARTMENT

13        CORPORATION COUNSEL'S OFFICE

14              Attorney for defendant

15              65 Niagara Square

16              Room 1112

17              New York, NY 14292

18        BY:  MAEVE HUGGINS

19

20

21        PRESENT:

22        STEPHANIE PANOUSIERIS

23

24

25
```

```
 1                                               3
 2                   STIPULATIONS
 3
 4        IT IS HEREBY STIPULATED AND AGREED,
 5   by and between counsel for the respective
 6   parties hereto, that all objections, except
 7   as to form, are reserved to the time of
 8   trial.
 9         IT IS FURTHER STIPULATED AND AGREED
10   that the deposition may be signed and sworn
11   to before any officer authorized to
12   administer an oath.
13         IT IS FURTHER STIPULATED AND AGREED
14   that the sealing and filing of the
15   deposition be waived.
16
17
18
19
20
21
22
23
24
25
```

```
1                         Giardina              4
2         JAMES F. GIARDINA,
3              called as a witness, having been duly
4              sworn, testified as follows:
5         EXAMINATION
6         BY MR. RICKNER:
7              Q.    State your name for the record.
8              A.    James F. Giardina,
9         G-i-a-r-d-i-n-a.
10             Q.    What is your address?
11             A.    341 Willow Green Drive, Amherst,
12        New York 14228.
13             Q.    Okay.  Good morning, Detective.
14             A.    Hello, sir.
15             Q.    When you retired from the Buffalo
16        Police Department, were you a detective?
17             A.    Yes.
18             Q.    Okay.  So I'll call you
19        detective.  Have you ever had your
20        deposition taken before?
21             A.    Yes.
22             Q.    How many times?
23             A.    I don't -- a couple times at
24        least.
25             Q.    Were any of those depositions
```

```
 1                     Giardina                5

 2        with respect to your work as a police

 3        officer?

 4             A.    Yes.

 5             Q.    Were any of those depositions

 6        civil rights cases?

 7             A.    No.

 8             Q.    Were any of those depositions

 9        cases where somebody alleged excessive

10        force?

11             A.    No.

12             Q.    Were any of those depositions

13        cases where somebody alleged that you had

14        said something dishonest?

15             A.    No.

16             Q.    Now, you may remember from these

17        prior depositions or from your prep, but

18        there are a few ground rules just to make

19        sure that the deposition goes smoothly.

20                   First, I ask rambling questions

21        and you may know exactly where I'm going

22        even though I keep talking and talking and

23        talking; and even though you know what I'm

24        going to ultimately ask, please wait until

25        I'm finished before jumping in with an
```

```
 1                      Giardina                      6
 2      answer.  Can you do that?
 3           A.    Sure.
 4           Q.    Also, I need verbal responses;
 5      you have to say yes or no.  If you say
 6      uh-huh or if you nod your head, it can't be
 7      taken down clearly by the court reporter
 8      and we don't get a good transcript.  Can
 9      you do that for me?
10           A.    Yes, sir.
11           Q.    And now, you're testifying over
12      Zoom you know, in an office building, but
13      the rules are the same as though you were
14      in court; meaning, you have to tell the
15      truth, the whole truth, and nothing but the
16      truth.  Will you do that for me?
17           A.    Yes, sir.
18           Q.    Great.  Now, when did you
19      graduate high school?
20           A.    1970.
21           Q.    Okay.  When did you join the
22      Buffalo Police Department?
23           A.    1971.
24           Q.    Between 1970 and 1971, did you
25      hold any different positions in law
```

```
 1                      Giardina              7
 2      enforcement?
 3           A.    No.
 4           Q.    When did you retire from the
 5      Buffalo Police Department?
 6           A.    2006.
 7           Q.    Since 2006 have you held any
 8      positions in law enforcement?
 9           A.    No, sir.
10           Q.    When you started at the Buffalo
11      Police Department in 1971, did you go to
12      some sort of academy or basic training?
13           A.    Yes.
14           Q.    And how long was that?
15           A.    Approximately six months.
16           Q.    During that six-month training in
17      1971, did you receive any instruction
18      regarding how to do a lineup, meaning an
19      in-person lineup?
20           A.    Not really instructions, just
21      kind of walked us through a lineup and just
22      showed us how it was actually done.
23           Q.    Okay.  During that training
24      period, was there anything that you were
25      told to do specifically with regard to an
```

1                          Giardina                    8

2        in-person lineup?

3              A.     Not that I could recall.

4              Q.     Was there anything you were told

5        not to do?

6              A.     No, not that I could recall.

7              Q.     Okay.  During that six-month

8        training period in 1971, did you receive

9        any instruction on how to do a photographic

10       lineup where you place photographs with

11       similar people onto a sheet and show it to

12       a witness?

13             A.     No.

14             MS. HUGGINS:  Form.

15             Q.     Do you know what Brady is with

16       respect to law enforcement?

17             A.     Yes, if I recall.  Yes.

18             Q.     What is your understanding of

19       Brady?

20             A.     To present evidence to --

21       regarding evidence.  Or I don't know.  I'm

22       not too clear on that.

23             Q.     This isn't a pop quiz.  I just

24       want to know what you know.

25             A.     I've been out of this for

```
 1                      Giardina                    9
 2      16 years and I kind of --
 3            Q.    Why would you still care?  I
 4      understand.
 5            A.    Yeah.
 6            Q.    But going back in 1971 when you
 7      were doing the six months training, was
 8      there an understanding that you had to turn
 9      over exculpatory evidence to the
10      prosecution, meaning evidence that might
11      tend to show that the criminal defendant
12      was innocent?
13            A.    Yeah.
14            Q.    Were you trained with regard to
15      that during those six months?
16            A.    Yeah, I believe so.
17            Q.    Okay.  Now, after your training
18      period, did you have a particular position
19      at the Buffalo Police Department that you
20      assumed?
21            A.    I was a patrol officer.
22            Q.    How long were you a patrol
23      officer?
24            A.    Approximately ten years.
25            Q.    So until about 1981?
```

```
1                         Giardina              10

2              A.    Yes.

3              Q.    Now, in the period from 1971 to

4       1981 while you were a patrol officer, did

5       you personally conduct any lineups?

6              A.    No.

7              Q.    Did you do any photographic

8       identifications?

9              A.    No.

10             Q.    After 1981 did you assume another

11      position?

12             A.    Yes.

13             Q.    What was that?

14             A.    The narcotics squad.

15             Q.    Did you have a particular title

16      at the narcotics squad?

17             A.    I eventually became a detective.

18             Q.    Okay.  But in 1981 when you first

19      joined the narcotics squad, did you have a

20      new title?

21             A.    Just still police officer.

22             Q.    Okay.  And while you were at the

23      narcotics squad, you became a detective?

24             A.    Yes.

25             Q.    When was that?
```

```
 1                        Giardina              11
 2              A.    I don't recall the exact --
 3        within a year or two.
 4              Q.    Okay.  So 1982, 1983 thereabouts?
 5              A.    Right.
 6              Q.    When you became a detective at
 7        the narcotics squad, did you go back to the
 8        academy and get additional training?
 9              A.    No.
10              Q.    Did you have to take any classes?
11              A.    No.
12              Q.    Did you receive any specific
13        on-the-job training?
14              A.    Mostly on the job, OJT,
15        on-the-job training.
16              Q.    Okay.  Was any of the on-the-job
17        training with respect to doing a lineup?
18              A.    No.
19              Q.    Was any of the on-the-job
20        training with respect to doing a
21        photographic lineup?
22              A.    No.
23              Q.    Was any of the on-the-job
24        training involving turning over exculpatory
25        evidence to the prosecution that may be
```

```
 1                    Giardina              12
 2        uncovered during an prosecution?
 3                  MS. HUGGINS:  You can answer.
 4        A.    Yes.
 5        Q.    And can you tell me what you
 6        learned during that on-the-job training
 7        with respect to exculpatory information?
 8        A.    To turn over any information, any
 9        statements or any evidence that was found
10        or any statements that the defendants might
11        have made.
12        Q.    And did you ever have instances
13        while you were a detective at any time
14        where the District Attorney asked you to
15        turn over exculpatory information?
16        A.    Sure, yes.
17        Q.    Now, how long were you part of
18        the narcotics squad?
19        A.    Approximately 15 years.
20        Q.    So 1995 or 1996?
21        A.    Yes.
22        Q.    After you left the narcotics
23        squad, where did you go?
24        A.    Then I was a precinct detective.
25        Q.    What's a precinct detective?
```

```
 1                     Giardina           13
 2              A.    It investigates most, you know,
 3         crimes done in the precinct that weren't --
 4         that didn't go to the homicide squad or
 5         narcotics squad or any of the specialty
 6         squads; usually larcenies or burglaries,
 7         stuff like that.
 8              Q.    And what precinct were you
 9         assigned to?
10              A.    Precinct 17.
11              Q.    Is that a particular neighborhood
12         in Buffalo?
13              A.    It's North Buffalo.
14              Q.    And how long were you a precinct
15         detective?
16              A.    For one year.
17              Q.    So maybe 1996 or 1997?
18              A.    Right.
19              Q.    And after you stopped being a
20         precinct detective, what was your next
21         position?
22              A.    Then I was transferred to the
23         homicide squad.
24              Q.    And when you got to the homicide
25         squad, did you get any additional classroom
```

```
 1                      Giardina              14

 2        or academy training?

 3              A.    When I first got there, there was

 4        a seminar, like a five-day seminar that all

 5        the detectives went through.  I just

 6        happened to time it to be there at the

 7        beginning of that, the seminar, when they

 8        were holding that seminar.

 9              Q.    When they did that seminar, did

10        anyone from outside the Police Department

11        come in to teach?

12              A.    Yes.

13              Q.    Do you remember who that was?

14              A.    No.

15              Q.    Do you remember if they were part

16        of some particular group like the FBI or

17        the NYPD?

18              A.    I believe what I can recall is

19        they had I think it was a service, a

20        company that handled these seminars, and

21        they brought in people from all over, local

22        FBI agents from different departments.

23              Q.    Do you remember the name of the

24        company?

25              A.    No.
```

```
 1                      Giardina            15
 2           Q.    Now, going back to, you know, the
 3      late 1990s at the Buffalo Police
 4      Department, how many people were part of
 5      the homicide squad?
 6           A.    Well, there are 12 -- how I
 7      remember it, there are 12 detectives, a
 8      lieutenant and then a chief.
 9           Q.    The lieutenant was Conwell?
10           A.    Conwell, right.
11           Q.    And the chief at that point was
12      Riga?
13           A.    Right.
14           Q.    Now, were the 12 detectives
15      broken up into particular shifts, for
16      example, a day shift and a night shift?
17           A.    Right.  There were four groups of
18      three and we all rotated.
19           Q.    Four groups of three?
20           A.    Right.
21           Q.    Did each one of these four groups
22      have a particular time that they were
23      assigned to work or did it move around?
24           A.    It rotated through the weeks.
25           Q.    Not everyone was on night shift
```

```
1                      Giardina                16
2       continuously, for example?
3            A.    Right.
4            Q.    And your group of three in 1997
5       when you started, who was it?
6            A.    Detective Mark Stambach and
7       Detective Michael Lyons.
8            Q.    Now, between when you started in
9       1997 or so and let's say the beginning
10      of 2000, was your group of three
11      continuously you, Stambach, and Lyons?
12           A.    For the most part, yes.
13           Q.    Okay.  Were there any other
14      officers that you worked with frequently
15      during that time period?
16           A.    I wouldn't say frequently but,
17      you know, sometimes on particular occasions
18      if we got called in, if, you know, either
19      we needed help or they needed help, they
20      would call us in or call them in for extra
21      help.  But as far as scheduling, it was
22      basically just the three of us at a time.
23           Q.    Now, the offices of the homicide
24      squad at that point, was it just one big
25      room where you all had desks, did you have
```

```
1                    Giardina              17

2        separate offices, or something else?

3             A.    Right.  The lieutenant had his

4        separate office and the chief had his

5        separate office.

6             Q.    So the detective squad was an

7        open plan where everyone's desks were

8        around and then the lieutenant and the

9        chief had their own offices?

10            A.    Right.

11            Q.    Was there a particular area where

12       there were typewriters?

13            A.    On every desk probably there was

14       a typewriter.

15            Q.    At that point, did you also have

16       computers?

17            A.    A couple.

18            Q.    Would it be fair to say that at

19       that time some people used the typewriters

20       and some people used the computers?

21            A.    Right.

22            Q.    Besides everybody having their

23       own desk, were there any bulletin boards up

24       that had particular information during this

25       time period?
```

```
1                    Giardina              18
2          A.     Yeah.  Yes.
3          Q.     Was there a bulletin board that
4     showed suspects that everyone was looking
5     for in homicides?
6          A.     No.
7          Q.     Was there a place you could go to
8     look to see, you know, for example, the
9     identikits of potential suspects in a
10    homicide?
11              MS. HUGGINS:  Form.
12         A.     There was the files, that's all.
13    You know, we had file cabinets and each
14    case had a file.  And if you wanted
15    information, you would just go pull the
16    file and look through that.
17         Q.     Would you talk to other officers
18    about their homicide investigations outside
19    of your circle of three?
20         A.     Sometimes, yes.
21         Q.     If there was a trial going on,
22    would you generally be aware that one of
23    the homicide cases was currently in court?
24         A.     Sure.
25         Q.     Now, besides this open plan area
```

```
 1                    Giardina              19
 2        and the two offices, was there also an
 3        interrogation room?
 4             A.    Yes.
 5             Q.    Was that right next to the
 6        detective squad or was it somewhere else in
 7        the building?
 8             A.    No.  It was right next to the
 9        main office.
10             Q.    Was there more than one
11        interrogation room?
12             A.    No.  We only had one.
13             Q.    If you had to interrogate more
14        than one person at once, was there another
15        room you could use?
16             A.    There was an office across the
17        hall that -- it was the -- I forget what --
18        it was a different squad, but we would
19        use -- they only worked days, so we would
20        -- at night, we had access to their
21        computers or typewriters or desks.
22             Q.    Did the interrogation room that's
23        closest to the homicide squad have a
24        typewriter in it?
25             A.    Yes.
```

1                        Giardina                    20

2           Q.    Did it have a tape recorder?

3           A.    No.

4           Q.    Was there a tape recorder you

5      could use if you wanted to tape record an

6      interview?

7           A.    I don't recall seeing one in the

8      squad.  There may have been, but we never

9      used one.

10          Q.    Okay.  And did you have a video

11     camera that was available if you wanted to

12     videotape an interview or confession?

13          A.    No.

14          Q.    Now, you understand that there

15     was someone murdered by the name of Tomika

16     Means in 1997?

17          A.    Yes.

18          Q.    Did you ever work on that

19     investigation?

20          A.    No.  Well, very little.  I had

21     nothing to do with the initial

22     investigation.  I just took a statement --

23     or not statement, took an interview or two

24     that I can recall.

25          Q.    Okay.  About when did you do

```
 1                    Giardina              21

 2        those interviews?

 3             A.    Within -- I don't know, within a

 4        couple days of the incident.

 5             Q.    And do you remember who you

 6        interviewed?

 7             A.    Only by referring to my -- the

 8        paperwork in the file.

 9             Q.    Okay.  I'm trying to think.  Most

10        of the paperwork that I gave you should

11        have a little number on the bottom

12        right-hand corner.  The document that

13        you're talking about, can you identify the

14        number in the bottom right-hand corner for

15        me?

16                  MS. HUGGINS:  You mean the

17             statement that reminded him of --

18                  MR. RICKNER:  What he did.

19                  MS. HUGGINS:  Yeah.

20                  Do you understand his question?

21             A.    Yeah.  This shows just the Paul

22        Pope case.  Oh, wait, here.

23                  Okay.  I don't see anything on

24        the -- well, there's two -- looks like two

25        affidavits.
```

```
1                    Giardina              22

2         Q.    Okay.  Can you just give me the

3    Bates number?  And that's lawyer speak for

4    the numbers in the bottom right-hand corner

5    usually with respect though those

6    documents.

7         A.    It's 571.

8              MR. RICKNER:  Maeve, could you

9         just hold that up to the screen for me

10        so I could see which one's being talked

11        about?  Got it.

12             All right.  Can we mark Epps

13        00571 as Exhibit 14?

14             (Whereupon, Epps 00571 through

15        572 was marked as Exhibit 14 for

16        identification as of this date by the

17        Reporter.)

18        Q.    And is Exhibit 14 an affidavit

19    that you signed?

20        A.    Yes.

21        Q.    And reading this affidavit

22    refreshed your recollection that you had

23    done interviews in the Tomika Means murder

24    investigation?

25        A.    It says that here, but I don't
```

```
1                     Giardina              23
2      recall it at all.
3           Q.    Okay.  As you sit here today,
4      besides the documents that you've reviewed,
5      do you have any recollection of the Tomika
6      Means investigation?
7           A.    None whatsoever.
8           Q.    Now, did you work with a
9      Detective John Bohen, B-o-h-e-n?
10          A.    He worked opposite of us, but he
11     was in the same building -- or same office.
12          Q.    What do you mean by he worked
13     opposite us?
14          A.    Well, he was -- like I said,
15     there were four groups of three.  He was a
16     different group.
17          Q.    So would he have been days while
18     you were nights?
19          A.    Right.
20          Q.    Got it.
21                When was the last time you spoke
22     with John Bohen?
23          A.    I don't recall.  It's been years
24     and years since I've even seen him.  I mean
25     I ran into him one time at a store, just
```

```
 1                      Giardina              24
 2        said hello and I asked how he was doing,
 3        and I think that had to be I'd say at least
 4        ten years ago.
 5             Q.    Now, do you remember who else was
 6        in John Bohen's group of three?
 7             A.    I believe the breakdown, Bratos,
 8        B-r-a-t-o-s I think it's spelled, and I
 9        forgot who the third person was in that
10        group.
11             Q.    Do you know a detective by the
12        name of Reginald Minor?
13             A.    Yes.
14             Q.    Now, did you ever work with
15        Detective Minor on a case?
16             A.    On any case?
17             Q.    On any case.
18             A.    Yes, I'm sure we did.
19             Q.    Okay.  When was the last time you
20        spoke with Detective Minor?
21             A.    I haven't spoken to him in, same
22        thing, probably -- maybe -- same thing, I
23        ran into him one time at an outing probably
24        seven or eight years ago I would have to
25        estimate.
```

```
 1                        Giardina          25
 2            Q.    Now, we've established you know a
 3       Detective Mark Stambach, right?
 4            A.    Yes.
 5            Q.    When was the last time you spoke
 6       with Detective Stambach?
 7            A.    I believe I saw him approximately
 8       a year ago.
 9            Q.    And what did you discuss?
10            A.    Just personal stuff, nothing work
11       related.
12            Q.    Did you talk about this case?
13            A.    No.
14            Q.    Have you ever discussed this case
15       with Detective Stambach?
16            A.    No.
17                  MS. HUGGINS:  Form.  Meaning this
18            lawsuit or --
19                  MR. RICKNER:  This lawsuit.
20            A.    No, not at all.
21            Q.    Do you know a Detective Anthony
22       Constantino?
23            A.    Yes.
24            Q.    When was the last time you spoke
25       to Detective Constantino?
```

```
                          Giardina              26
```

1          A.    Probably within the last ten

2     years I might have seen him once or twice.

3          Q.    Did you ever work on cases with

4     Detective Constantino?

5          A.    Yes.

6          Q.    Do you know a detective named

7     Robert Chella?

8          A.    Yes.

9          Q.    When was the last time you spoke

10    with Detective Chella?

11         A.    Two days ago.

12         Q.    Really?  What did you discuss?

13              MS. HUGGINS:  It was a meeting

14         with counsel.

15         Q.    Okay.  Besides meetings with

16    counsel, have you spoken with Detective

17    Chella in the last ten years?

18         A.    On and off, probably see him once

19    a year or so.

20         Q.    Did you ever discuss this lawsuit

21    with Detective Chella outside the presence

22    of counsel?

23         A.    No.

24         Q.    Do you know a Detective Raniero

```
 1                    Giardina                27

 2        Massechia?

 3            A.    Yes.

 4            Q.    And that's M-a-s-s-e-c-h-i-a?

 5            A.    I believe so.

 6            Q.    And when was the last time you

 7        spoke with Detective Massechia?

 8            A.    I don't think I've seen him in

 9        the last ten years.

10            Q.    And do you know Detective Charles

11        Aronica?

12            A.    Yes.

13            Q.    When was the last time you spoke

14        with Detective Aronica?

15            A.    Again, probably once in the last

16        ten years.

17            Q.    And what about Chief, and I

18        suppose later, Captain Riga, or maybe

19        Captain and then Chief Riga?

20            A.    Well, he was captain -- his civil

21        service rank was captain, but his title was

22        chief of homicide.

23            Q.    Got it.

24                  And when was the last time you

25        spoke with him?
```

```
 1                    Giardina              28

 2        A.    I saw him this summer.

 3        Q.    Did you discuss this lawsuit?

 4        A.    No.

 5        Q.    When did you first become aware

 6   of this lawsuit?  And I'm not talking about

 7   communications with counsel, just the date.

 8        A.    I believe it might have been a

 9   month or so ago I got a call saying that if

10   I was going to be in the area around the

11   middle of January.

12        Q.    Okay.  And prior to that, you

13   weren't aware of this lawsuit?

14        A.    No.

15        Q.    Now, you said in the area.  Do

16   you still live in the general Buffalo area?

17        A.    Yes, yes.

18        Q.    Okay.  Do you watch the local

19   news?

20        A.    Yes.

21        Q.    Do you read any of the local

22   papers?

23        A.    Sure.

24        Q.    Which ones?

25        A.    Buffalo News.
```

```
 1                    Giardina              29
 2          Q.    Do you recognize the name Cory
 3     Epps?
 4          A.    Yes, sounded familiar.
 5          Q.    Okay.  Did you see any articles
 6     or other news when Cory Epps was released
 7     from custody?
 8          A.    No.
 9          Q.    At any time prior to this
10     lawsuit, have you learned that Cory Epps
11     had been exonerated?
12          A.    No.
13          Q.    Now, earlier we discussed that
14     each case had a file; is that right?
15          A.    Yes.
16          Q.    Was there somebody in charge of
17     keeping the files?
18          A.    Well, we had a report technician
19     who kept it in order and put new reports in
20     and put them in the order they were
21     supposed to be in and she basically kept up
22     the file.
23          Q.    Okay.  Were there instances where
24     you would put a report in a file without
25     going to the report technician?
```

```
 1                        Giardina              30

 2            A.    No.  It would always -- I'd have

 3       to say most -- well, as far as my

 4       experience, I never put anything in the

 5       file myself.  I would give it to her, she

 6       would type it, I would sign it, give it

 7       back to her and she would enter it in the

 8       file.

 9            Q.    Okay.  When you say give it to

10       her, what do you mean?

11            A.    I'd put it on her desk.  There

12       was a basket on her desk and you would

13       place it in the basket, and then eventually

14       it would end up in the file.

15            Q.    Okay.  When you would provide

16       things to the report technician, would

17       these be like handwritten notes?

18            A.    It could be handwritten notes,

19       sure.  We would -- my procedure was I would

20       take handwritten notes, you would call in

21       to a machine your report -- you would write

22       out a report, you would call it in, she

23       would type it out, give you the report to

24       check and then you would sign it.  And then

25       I would staple my handwritten copy of the
```

```
 1                        Giardina                31
 2        report and my handwritten notes to that
 3        report.  That was my normal procedure.
 4             Q.    And then you would sign the
 5        report?
 6             A.    Yes.
 7             Q.    And what was the name of the
 8        report technician?
 9             A.    Her name was Marilyn Lanc
10        L-a-n-c.
11             Q.    At any time while you were at the
12        homicide squad, was there ever a different
13        report technician?
14             A.    No.  She was the only one that
15        ever worked while I was there.
16             Q.    Okay.  Did you have a memo book?
17             A.    Yes.
18             Q.    Can you just describe what a memo
19        book is?
20             A.    Everybody used a different type
21        of book.  I used -- it was a small legal,
22        like the legal -- the yellow legal pads,
23        but the small mini ones I would use.
24             Q.    Okay.  So maybe four by eight
25        inches, three by eight inches?
```

1                     Giardina                32

2          A.     Yeah, something like that.

3          Q.     And when you were making notes in

4     those notebooks if you had a particular

5     homicide you were working on, would you

6     keep one spot in the notebook for all of

7     the notes relating to that homicide?

8          A.     No.  Like I said, I would tear

9     them off after I wrote my report and staple

10    those to my report.

11         Q.     Got it.

12                And were there instances where

13    you'd run out of pages in a memo book?

14         A.     Sure.

15         Q.     When that happened, were there

16    some pages that hadn't been attached to a

17    report?

18         A.     Regarding that report?

19         Q.     No, no, regarding anything.

20         A.     No.  I would just tear off the

21    pages that regarded that report.

22         Q.     Okay.  But what I'm saying is so

23    you have a memo book that you're using

24    maybe every day, right?

25         A.     Right.

```
1                        Giardina           33
2              Q.    Some of those pages gets torn out
3        and put into a report, right?
4              A.    Right.
5              Q.    Do some pages remain in the memo
6        book?
7              A.    Sure.
8              Q.    What happened when the memo book
9        got full?
10             A.    I would just, I don't know, put
11       it in my desk and -- well, it was rarely
12       full because, like I said, most of the
13       time, I would tear them out and put them in
14       the report.  The other ones that, you know,
15       maybe I had a memo to myself or I had to
16       write down a phone number or something,
17       they would stay in the pad itself and then
18       I would -- my procedure, I would keep them
19       in my desk and I just had a rubber band
20       around them.  Eventually I had a big stack
21       of them.  But some of them might have two
22       or three pages, some might have had 20
23       pages.
24             Q.    And that stack of memo books with
25       the rubber band around it, was it still
```

```
 1                    Giardina              34

 2        there when you left the precinct in 2006?

 3                  MS. HUGGINS:  Form.

 4        A.     When I left the homicide -- when

 5        I retired?  I believe I took them with me

 6        when I left.

 7        Q.     Okay.  So just so the record's

 8        clear, you took your collection of memo

 9        books when you retired?

10        A.     Yes.

11        Q.     Do you still have them?

12        A.     I don't believe so.  I believe I

13        shredded them.

14        Q.     Have you looked for them

15        recently?

16        A.     No.

17        Q.     When you were working at the

18        Buffalo Police Department, did you ever

19        hear about a place called Birchfield's?

20        A.     Yes.

21        Q.     What was Birchfield's?

22        A.     It was a local bar on Main

23        Street.

24        Q.     And have you ever gone to

25        Birchfield's?
```

```
 1                    Giardina               35
 2         A.     No, not -- well, I may have been
 3     in it on an investigation, but I've never
 4     gone in the place for personal purposes.
 5         Q.     Did Birchfield's have a
 6     particular reputation in the late '90s?
 7         A.     Yeah, seemed to be -- always
 8     seemed to be some problems.  There was
 9     always -- not always, but seemed like there
10     was shootings or fights and always
11     different issues.
12         Q.     And those shootings or fights
13     were in or around Birchfield's?
14         A.     Yes.
15         Q.     Did you ever arrest anyone at
16     Birchfield's?
17         A.     No.
18         Q.     Do you know if the Buffalo Police
19     Department ever kept any sort of
20     surveillance on Birchfield's because it was
21     a problem area?
22         A.     Not that I recall or not that I
23     know of.
24         Q.     Do you know what an identikit is?
25         A.     Yes.
```

1                    Giardina              36

2          Q.    Is it correct to say that it's a

3     way of getting a composite drawing of

4     somebody?

5          A.    Yes.

6          Q.    Was that on the computer in the

7     late '90s?

8          A.    Well, back then it was a --

9     actually I never used it, but I know we had

10    one.  It was just a box and it had

11    different categories in there, you know, as

12    far as mouths, nose, shape of face, shape

13    of eyes and they were all different types

14    of, you know, of noses, different types of

15    eyes, different types of mouths, different

16    shapes of face, different hairstyles, but I

17    actually never used one and never -- so I'm

18    not too familiar with it.

19         Q.    Was there a particular detective

20    who was handling the identikits back then?

21         A.    No.  I don't remember even asking

22    anybody to use -- to do it.

23         Q.    During your work as a homicide

24    detective, did you ever see the results of

25    identikits, meaning the final face that was

```
1                    Giardina                37

2         created?

3              A.    No, not really.

4              Q.    When was the first time that you

5         learned of an individual named Cory Epps?

6              A.    Like I said, I vaguely remember

7         the name, but I don't know how I heard it

8         or where I heard it.

9              Q.    During your time as a narcotics

10        detective, did the name Cory Epps ever come

11        up?

12             A.    No.

13             Q.    You know prior to any involvement

14        you had with Cory Epps' criminal case, had

15        you ever heard of Cory Epps?

16             A.    No.

17             Q.    Did he have any reputation around

18        the department?

19             A.    Not that I know of.

20             Q.    Do you recognize the name Russell

21        Montgomery?

22             A.    Just from going through the file.

23             Q.    Were you aware that Russell

24        Montgomery was convicted of murder as a

25        result of your investigation?
```

```
1                        Giardina              38
2              A.    Just -- like I said, just my only
3        recollection is when I went through the
4        file the other day and the name came up.
5              Q.    How many homicides were there
6        roughly in Buffalo in 1997?
7              A.    Maybe 7- -- I believe probably in
8        the 70s or 80s.
9              Q.    And what about 1998?
10             A.    In the ten years I was there, it
11       varied from -- you know, I can't -- I don't
12       remember the exact numbers, but it always
13       varied from a low of high 50s to the
14       high -- I think the highest year we had
15       like 97, 97 homicides in one year, but I
16       don't recall the exact years that those --
17       you know, when those numbers were.  I know
18       in the ten years I was there, that was the
19       range.
20             Q.    In the ten years you were there,
21       given that there were four different
22       squads, would it be correct to say that you
23       worked on approximately a quarter of the
24       homicides each year?
25             A.    Yes, yes.
```

```
1                    Giardina                39
2          Q.     Did they track clearance rates?
3     And do you know what that means by the way?
4          A.     Yes, yes, yes.
5          MS. HUGGINS:  Form.
6          Q.     Okay.  What does the term
7     clearance rate mean?
8          A.     The percentage of cases that are
9     cleared by an arrest.
10          Q.     Okay.  And do you know what the
11     clearance rate for homicides was in the
12     '90s at the Buffalo homicide squad?
13          A.     I know we were -- I thought we
14     were fairly high, you know.  Like compared
15     to the national average, I think we were
16     relatively above the, you know, the average
17     in the country.  I think it was like in the
18     60 percent if I remember right.
19          Q.     Sure.  I'm only asking for what
20     you remember.
21          A.     Yeah.
22          Q.     Do you recognize the name Wymiko
23     Anderson?
24          A.     Just from reading it in one of
25     the reports the other, you know -- two days
```

```
 1                    Giardina              40
 2     ago and today.
 3          Q.    Prior to looking at those
 4     documents, did you have any independent
 5     recollection of Wymiko Anderson?
 6          A.    None whatsoever.
 7          Q.    Do you recognize the name
 8     Jacqueline Bradley?
 9          A.    No.
10          Q.    Do you remember a place called
11     the Perkins Family Restaurant?
12          A.    Yes.
13          Q.    What was the Perkins Family
14     Restaurant?
15          A.    It was a chain restaurant
16     specializing I guess in breakfast, but it
17     was in North Buffalo.
18          Q.    And was the Perkins Family
19     Restaurant in your old precinct when you
20     were a precinct detective?
21          A.    Yes, it was actually.
22          Q.    Do you know what times the
23     Perkins Family Restaurant was open in the
24     late '90s?
25          A.    If I remember right, I think it
```

```
1                    Giardina              41
2      was open 24 hours.
3           Q.    Was it a popular place for police
4      officers to hang out?
5           A.    I don't know if it was -- well,
6      probably because the 24-hour -- because it
7      was open 24 hours and, you know, it was a
8      place to go in the middle of the night if
9      you wanted coffee or breakfast.
10          Q.    Now, when you started an
11     investigation into a homicide, was there a
12     particular procedure by which you were
13     assigned a case?
14          A.    Well, you were assigned if it
15     happened during your shift.
16          Q.    So meaning that if there was a
17     homicide during your shift, just by default
18     you would go investigate it?
19          A.    Right.
20          Q.    What if additional assistance was
21     needed on a homicide, who would assign you
22     to work on, let's say, somebody else's
23     case?
24          A.    Well, the chief would or the
25     lieutenant would ask you to work on a case
```

```
 1                    Giardina              42

 2          that wasn't assigned to you if they needed

 3          help.

 4               Q.    Now, when you were investigating

 5          a homicide, was there a lead detective or a

 6          specific person who was in charge of

 7          investigating that homicide?

 8               A.    Yes, usually.

 9               Q.    Was that an official designation

10          or just informally you decide that it was

11          somebody's case?

12               A.    Just informally.

13               Q.    Now, having reviewed the

14          documents, do you remember that there was a

15          murder of somebody named Paul Pope?

16               A.    You know, after reading the

17          reports, yes.  But before that, I had no

18          recollection.

19               Q.    Whether formally or informally,

20          do you remember who the lead detective was

21          on the Paul Pope investigation?

22               A.    I believe it was Constantino,

23          Massechia and Aronica or Morales might have

24          been.  At the time, there was some

25          movement.  You know, people move from one
```

```
 1                    Giardina              43

 2      section to the other because -- but I

 3      believe it was just from reading the report

 4      actually that it was Constantino and

 5      Massechia and I think Morales.

 6           Q.    Now, during your time as a

 7      homicide detective, did you ever put

 8      together a photo array to make an

 9      identification?

10           A.    Yes.

11           Q.    There are, you know, a set of

12      photos that could be used as fillers at the

13      Buffalo Police Department; is that right?

14           A.    Yes.

15           Q.    And where were those stored?

16           A.    We would usually go up to the

17      identification bureau and just ask for --

18      give them a description of what we needed

19      and they would produce mug shots, old mug

20      shots for us.

21           Q.    Would you show the photograph of

22      the person who you were looking to have

23      identified or excluded and then they would

24      choose the fillers?

25           A.    No.
```

```
 1                      Giardina                    44

 2           Q.    So when choosing fillers, would

 3      it be correct to say that you would say,

 4      you know, I need a heavy set

 5      African-American man and then they would go

 6      and get people that look like that?

 7           A.    Right.

 8           Q.    Were there ever any instances

 9      where you stepped in and picked out the

10      fillers yourself?

11           A.    Sure.

12           Q.    But there were also instances

13      where they would do it for you?

14           A.    Most of the time, they would give

15      us a stack of pictures and we would go

16      through them and we would decide who we'd

17      like to -- who would we put in the photo

18      array.

19           Q.    Okay.  And when you chose your

20      fillers, did you fill out some sort of

21      form?

22           A.    Yes.

23           Q.    Now, after creating a photo

24      array, was there ever an instance where you

25      then showed it to somebody to see if they
```

```
 1                    Giardina              45

 2       could make an identification?

 3            A.    Yes.

 4            Q.    What was the process that you

 5       used in showing somebody a photo array to

 6       make an identification?

 7                  MS. HUGGINS:  Form.  You can

 8            answer.

 9            A.    Well, we would -- it was a -- I

10       believe if I remember right, there was --

11       over the years, it changed a little bit,

12       but I think when I first started doing it,

13       there was like a file, cardboard or heavy

14       paper and it had six slots in it and you

15       would put the six pictures in there and you

16       would cover up any markings, you know, if

17       there was a mug shot or anything, you would

18       cover those all up and you would just show

19       the -- so it just showed the picture

20       itself.  And then you would put some tape

21       on it to hold it in place, and then you

22       would show it to the witness or whoever you

23       wanted to view it.

24            Q.    Was there any particular phrase

25       that you would say to the witness before
```

```
 1                    Giardina                46
 2      showing them the photo array?
 3           A.    We would just tell them to take
 4      their time and look at each picture
 5      individually and let us know if they
 6      recognize anybody in that group of
 7      pictures.
 8           Q.    Did you ever use photo books to
 9      make an identification?
10           A.    No, I never did.
11           Q.    Okay.  Did you ever see anybody
12      in the precinct use a photo book to make an
13      identification?
14           A.    No.
15           Q.    Were there books of, let's say,
16      maybe many, many mug shots all together
17      that a witness would look through to see if
18      they recognize somebody?
19           A.    No.  I never remember seeing
20      anything like that.
21           Q.    Now, can we go to a single page
22      document with a Bates stamp COB22?  It's
23      handwritten notes with the date 5-26-97.
24                 That's the one.
25                 MS. HUGGINS:  Mark it as 15?
```

```
 1                     Giardina                    47

 2                MR. RICKNER:  Yes.

 3                (Whereupon, COB22 was marked as

 4           Exhibit 15 for identification as of

 5           this date by the Reporter.)

 6      BY MR. RICKNER:

 7           Q.    Do you recognize the handwriting

 8      in Exhibit 15?

 9           A.    No.

10           Q.    All right.

11                MR. RICKNER:  I'd like to mark a

12           document as Exhibit 16.  It's a

13           document with the Bates stamp COB a

14           bunch of zeros and then 23.

15                (Whereupon, COB23 through 24 was

16           marked as Exhibit 16 for identification

17           as of this date by the Reporter.)

18           Q.    It actually doesn't appear to be

19      dated.  It says File Number 97-083.  It

20      looks like this.

21           A.    This one?

22                MS. HUGGINS:  Two-page document?

23                MR. RICKNER:  It's a two-page

24           document, COB23 to 24.

25                MS. HUGGINS:  And then we'll mark
```

```
 1                    Giardina              48
 2         it as 16.
 3              Q.    Detective, do you recognize the
 4         handwriting in Exhibit 16?
 5              A.    No.
 6              Q.    Next one is COB27 through 30.
 7         And it's dated 5/26/97.
 8                    MS. HUGGINS:  Is this it, Rob?
 9                    MR. RICKNER:  Yes.
10                    Mark that as Exhibit 17.
11                    (Whereupon, COB27 through 30 was
12              marked as Exhibit 17 for identification
13              as of this date by the Reporter.)
14              Q.    Do you recognize the handwriting
15         in Exhibit 17?
16              A.    No.
17              Q.    I'd like to go to COB31
18         through 32.  It appears to also have a
19         5/26/97 date on it in the top left and it
20         says Riga at the very top left.
21                    MS. HUGGINS:  What again?
22                    MR. RICKNER:  31 through 32.
23                    We're marking that 18.
24                    (Whereupon, COB31 through 32 was
25              marked as Exhibit 18 for identification
```

```
 1                    Giardina                  49

 2           as of this date by the Reporter.)

 3           Q.    Detective, do you recognize the

 4     handwriting in Exhibit 18?

 5           A.    No.

 6           Q.    I'd like to mark a single-page

 7     document, COB35.  It's got two holes and at

 8     the very top it says 97-083.

 9                 MS. HUGGINS:  19?

10                 MR. RICKNER:  Yes.  And mark this

11           as Exhibit 19.

12                 (Whereupon, COB35 was marked as

13           Exhibit 19 for identification as of

14           this date by the Reporter.)

15           Q.    You got it?

16           A.    Yes.

17           Q.    Do you recognize the handwriting

18     in Exhibit 19?

19           A.    No.

20           Q.    Let's go to COB36 through 37.

21                 MS. HUGGINS:  20?

22                 MR. RICKNER:  Yup, that's it.

23                 (Whereupon, COB36 through 37 was

24           marked as Exhibit 20 for identification

25           as of this date by the Reporter.)
```

```
 1                      Giardina              50

 2          Q.    Do you recognize any of the

 3    handwriting in Exhibit 20?

 4          A.    No.

 5                MS. HUGGINS:  Just a second.

 6          Just flip to the second page.  Do you

 7          recognize the handwriting on Page 2?

 8          A.    No.

 9          Q.    Bates number COB Page 40 single

10    page.  Please mark it as Exhibit 21.

11                (Whereupon, COB40 was marked as

12          Exhibit 21 for identification as of

13          this date by the Reporter.)

14          Q.    Do you recognize any of the

15    handwriting on Exhibit 21?

16          A.    No.

17          Q.    Next one we have COB93

18    through 96.  Top left-hand corner says

19    0450.

20                MR. RICKNER:  Let's mark that as

21          Exhibit 22.

22                (Whereupon, COB93 through 96 was

23          marked as Exhibit 22 for identification

24          as of this date by the Reporter.)

25                MS. HUGGINS:  And that's going to
```

```
 1                     Giardina                51
 2          be 22?
 3                  MR. RICKNER:  Yes.
 4          Q.    Do you recognize any of the
 5     handwriting in Exhibit 22 on any of the
 6     pages?
 7          A.    No.
 8                  MS. HUGGINS:  Look through on the
 9               other pages.  Do you recognize on any
10               of the other pages?
11          A.    No.
12                  MS. HUGGINS:  Okay.
13          Q.    Next one is COB181.  It's a
14     single page of a memo book.
15                  MS. HUGGINS:  That'll be 23?
16                  MR. RICKNER:  Yes, please.
17                  (Whereupon, COB181 was marked as
18               Exhibit 23 for identification as of
19               this date by the Reporter.)
20          Q.    That's the one.
21                  Do you recognize any of the
22     handwriting on Exhibit 23?
23          A.    No.
24          Q.    I'd like to do COB203.
25                  MS. HUGGINS:  24?
```

```
1                    Giardina              52

2                    MR. RICKNER:  And that's

3          Exhibit 24 please.

4                    (Whereupon, COB203 was marked as

5          Exhibit 24 for identification as of

6          this date by the Reporter.)

7             Q.    Do you recognize any of the

8          handwriting in Exhibit 24?

9             A.    No.

10            Q.    Let's go to COB215.  Looks like

11         it says 8/10/97 in the top right.  We'll

12         mark this as Exhibit 25.

13                   (Whereupon, COB215 was marked as

14         Exhibit 25 for identification as of

15         this date by the Reporter.)

16            Q.    Do you recognize any of the

17         handwriting in Exhibit 25?

18            A.    No.

19            Q.    Let's go to COB217.

20                   (Whereupon, COB217 was marked as

21         Exhibit 26 for identification as of

22         this date by the Reporter.)

23            Q.    Do you recognize any of the

24         handwriting in Exhibit 26?

25            A.    No.
```

```
 1                    Giardina              53
 2          Q.    Let's go to COB226.  And mark
 3      that as Exhibit 27.
 4                (Whereupon, COB226 was marked as
 5          Exhibit 27 for identification as of
 6          this date by the Reporter.)
 7          Q.    Do you recognize any of the
 8      handwriting in Exhibit 27?
 9          A.    No.
10          Q.    I'd like to go to COB856.  We'll
11      mark this as Exhibit 28.
12                (Whereupon, COB856 was marked as
13          Exhibit 28 for identification as of
14          this date by the Reporter.)
15          Q.    You found it?
16          A.    Yes.
17          Q.    Do you recognize the handwriting
18      in Exhibit 28?
19          A.    No.
20          Q.    Now can we get COB1003?
21                MS. HUGGINS:  Is this 29?
22                MR. RICKNER:  Yes.  Mark it as
23          Exhibit 29.
24                (Whereupon, COB1003 was marked as
25          Exhibit 29 for identification as of
```

```
 1                    Giardina                54

 2            this date by the Reporter.)

 3            Q.    That's the one.

 4                  Do you recognize the handwriting

 5       on Exhibit 29?

 6            A.    No.

 7            Q.    I'd like to mark COB224 as

 8       Exhibit 30.

 9                  (Whereupon, COB224 was marked as

10            Exhibit 30 for identification as of

11            this date by the Reporter.)

12            Q.    And it's a photograph of a car.

13                  That's the one.  Do you recognize

14       the handwriting in Exhibit 30?

15            A.    No.

16            Q.    I'd like to turn to COB73.  It's

17       a single page document, a printout with

18       some handwriting on it.  We can mark this

19       Exhibit 31.

20                  (Whereupon, COB73 was marked as

21            Exhibit 31 for identification as of

22            this date by the Reporter.)

23                  MS. HUGGINS:  31?

24                  MR. RICKNER:  Yes.

25            Q.    Do you have it?
```

```
 1                     Giardina                55
 2          A.     Yup.
 3          Q.     Do you recognize any of the
 4     handwriting on Exhibit 31?
 5          A.     No.
 6          Q.     I'd like to go to COB63
 7     through 64 and mark it as Exhibit 32.
 8                 (Whereupon, COB63 through 64 was
 9            marked as Exhibit 32 for identification
10            as of this date by the Reporter.)
11                 MS. HUGGINS:  Did you say 32?
12                 MR. RICKNER:  Mm-hmm.
13          Q.     Do you recognize any of the
14     handwriting on Exhibit 32?
15          A.     No.
16          Q.     I'd like to mark COB183 as
17     Exhibit 33.
18                 (Whereupon, COB183 was marked as
19            Exhibit 33 for identification as of
20            this date by the Reporter.)
21          Q.     That's the one.
22                 Do you recognize the handwriting
23     on Exhibit 33?
24          A.     No.
25          Q.     I'd like to mark COB110 as 34.
```

```
 1                    Giardina              56
 2                  (Whereupon, COB110 was marked as
 3            Exhibit 34 for identification as of
 4            this date by the Reporter.)
 5            Q.    Do you recognize any of the
 6       handwriting on Exhibit 34?
 7            A.    No.
 8            Q.    I'd like to look at COB38 and
 9       it's sort of a torn yellow sheet, looks
10       like this.  Can we mark this as Exhibit 35?
11                  (Whereupon, COB38 was marked as
12            Exhibit 35 for identification as of
13            this date by the Reporter.)
14            Q.    Do you recognize the handwriting
15       in Exhibit 35?
16            A.    No.
17            Q.    I'd like to look at COB65.  We
18       can mark that as Exhibit 36.
19                  (Whereupon, COB65 was marked as
20            Exhibit 36 for identification as of
21            this date by the Reporter.)
22            Q.    Do you recognize any of the
23       handwriting in Exhibit 36?
24            A.    No.
25            Q.    Can you tell me what Exhibit 36
```

```
 1                    Giardina              57
 2        is, by which I mean what is this form?
 3             A.    It looks like a -- it's hard to
 4        tell because it's pretty dark.  It looks
 5        like a summons, a type of -- I don't know
 6        if it's a parking ticket or --
 7             Q.    Okay.  Was this a standard form
 8        used at the Buffalo Police Department?
 9             A.    Looks it.  Yeah, looks like it
10        could be a parking ticket or a -- looks
11        like a parking ticket to me.
12             Q.    Okay.  Now, in preparing for this
13        deposition, is it fair to say that you
14        looked over several documents?
15             A.    Yes.
16             Q.    And one of those settings of
17        documents was a collection of documents
18        that I provided if you know?
19             A.    I don't know where they came
20        from.  I just know they were put in front
21        of me and I looked through them.
22                   MS. HUGGINS:  He's looked through
23             case file documents as well as the
24             exhibits that you sent over this
25             morning.
```

```
 1                     Giardina                58

 2          Q.    Did you see your own handwriting

 3     in any of the documents that you reviewed?

 4          A.    No.

 5          Q.    Okay.  This might be a nice

 6     natural spot for a break.  I don't need

 7     lunch.  I leave that up to the witness and

 8     the court reporter and I guess Maeve as

 9     well.  I can just push through until 2:00

10     no problem, but if you guys do want food,

11     maybe now is a good time, maybe it's not.

12     Otherwise, maybe just take 15 just to

13     stretch our legs.

14               MS. HUGGINS:  Yeah, let's just

15          take a quick 15 to stretch our legs.

16               MR. RICKNER:  Okay.

17               MS. HUGGINS:  Thanks.

18               MR. RICKNER:  Thank you.

19               (Whereupon, a short recess was

20          taken.)

21               MR. RICKNER:  Back on the record.

22          Q.    Detective, during your work at

23     the Buffalo homicide squad, did you ever

24     participate in any lineups?

25          A.    Yes.
```

```
 1                    Giardina              59
 2         Q.    Were there ever any instances
 3    where somebody was identified in a lineup
 4    by a witness, but then you made a new
 5    lineup shortly afterwards and then redid it
 6    to see if the witness could identify them
 7    again?
 8              MS. HUGGINS:  Form.  You can
 9         answer.
10         A.    Well, we would -- you wouldn't do
11    it again.  You would just change positions.
12    We'd do it like two or three times.  Set it
13    up, you know, have the six people standing
14    there, and then if they would identify it,
15    then we would change everybody up and do it
16    again.  We would probably do that two or
17    three times, but we would not get a whole
18    new group of stand-ins.
19         Q.    Okay.  So if my understanding is
20    correct, at the Buffalo Police Department,
21    you'd put together a lineup and if somebody
22    was identified, you'd then shuffle the same
23    witness and fillers around and have the
24    witness look at it again?
25         A.    Yes.
```

```
 1                        Giardina              60

 2             Q.    Excuse me.  By witness, I mean

 3       the same person seeking to be identified.

 4             A.    Right.  Yes.

 5             Q.    And what was the purpose of doing

 6       that?

 7             A.    Just to change the -- I don't

 8       know, just procedure I guess.  You know, we

 9       just would -- just to try different

10       location, I don't know, just to make sure

11       that it was fair I guess.

12             Q.    If somebody wasn't identified in

13       the first lineup, would you shuffle the

14       person being identified in the fillers

15       around and let them try it again?

16             A.    I think we probably wouldn't.

17             Q.    As you sit here today, can you

18       remember an instance where you did that?

19             A.    No.

20             Q.    We already discussed photo

21       arrays.  Was there ever an instance where

22       you put somebody's photos into a photo

23       array with fillers and showed it to a

24       witness but then made another photo array

25       and showed it to the witness again just
```

```
 1                      Giardina                    61

 2      like the lineup procedure?

 3                  MS. HUGGINS:  Form.

 4          A.    The same suspect, the same --

 5          Q.    The same suspect with different

 6      fillers.

 7          A.    No.

 8          Q.    If somebody was placed into a

 9      photo array and was not identified, would

10      you put that suspect into a different photo

11      array and let the witness try again?

12                  MS. HUGGINS:  Form.  You can

13          answer.

14          A.    If he didn't identify it, if they

15      didn't identify the -- no.

16          Q.    So I'd like to mark Epps 74 as

17      Exhibit 37.

18                  (Whereupon, Epps 74 was marked as

19          Exhibit 37 for identification as of

20          this date by the Reporter.)

21                  MS. HUGGINS:  Can you repeat the

22          Bates number again?

23                  MR. RICKNER:  74.  It's an

24          April 16, 1998 memorandum.

25          A.    What was it, 74?
```

```
 1                     Giardina                    62
 2          Q.    Yes.  Epps 74.
 3          A.    Okay.
 4          Q.    Can you identify Exhibit 37 for
 5     the record?
 6          A.    Yes.  It's a departmental --
 7     interdepartmental memo signed by myself.
 8          Q.    Are these called P-73s?
 9          A.    P-73, right.
10          Q.    Now, I notice that it has both
11     your name and Detective Stambach's name on
12     it; is that right?
13          A.    Right.
14          Q.    But you're the one who signed it?
15          A.    Right.
16          Q.    Does that indicate that this
17     would have been typed up based on your
18     notes?
19          A.    Right.
20          Q.    Did you ever type these up
21     yourself?
22          A.    No.
23          Q.    Now just going to the top
24     section, there's a file number.  Do you see
25     that?
```

```
1                        Giardina                    63

2            A.    Yes.

3            Q.    And then underneath it, there's

4       the name Paul T. Pope?

5            A.    Right.

6            Q.    Does that file number indicate

7       that this is the Pope murder?

8            A.    According to this, it does.

9            Q.    Okay.  When it says subject, Paul

10      T. Pope, that means the victim, right?

11           A.    Right.

12           Q.    And in the homicide division.

13      That means the victim's dead?

14           A.    Right.

15           Q.    And each murder gets its own file

16      number?

17           A.    Right.

18           Q.    So based on this File

19      Number 98-073 corresponds to the Paul Pope

20      murder?

21           A.    Right.

22           Q.    Now, it says that the above

23      stated detectives along with Detective

24      Sergeant Chella and Detective Minor went to

25      92 Marigold.  Do you see that?
```

1                    Giardina              64

2          A.    Yes.

3          Q.    Now, I think we discussed earlier

4    that Chella and Minor were not part of your

5    group of three in 1998?

6          A.    Right.

7          Q.    So would it be fair to say that

8    based on this information, that Detectives

9    Chella and Minor were assisting your group

10   of three with this investigation?

11         A.    Yes.

12         Q.    And it says that there was an

13   anonymous phone tip.  Do you see that?

14         A.    Yes.

15         Q.    Sitting here today, do you know

16   who provided that tip?

17         A.    No.

18         Q.    When there was an anonymous phone

19   tip, even though it was anonymous, would

20   there be some sort of record made as to

21   when the tip came in?

22         A.    There could be if somebody would

23   note it and put it in a report.

24         Q.    Was there a formal method of

25   tracking anonymous tips at the Buffalo

```
 1                    Giardina                    65
 2      homicide squad in 1998?
 3           A.    No, not that I recall.
 4           Q.    Okay.  And it says that you found
 5      somebody named Ronald DeBowes?
 6           A.    Yes.
 7           Q.    And it said you had information
 8      from the victim's girlfriend that DeBowes
 9      was a friend of Mr. Pope?
10           A.    Okay.
11           Q.    Do you see that?
12           A.    Yes.
13           Q.    Would this indicate that as of
14      April 16th, 1998, you had already spoken to
15      the victim's girlfriend?
16           A.    Yes.
17           Q.    Do you remember who the victim's
18      girlfriend was?
19           A.    No, not without going through the
20      file and looking.
21           Q.    Okay.  We'll get to that in a
22      second.
23                 MR. RICKNER:  I'd just like to
24           move on to Epps 75.  Mark this as
25           Exhibit 38.
```

```
 1                    Giardina              66

 2                   (Whereupon, Epps 75 was marked as

 3            Exhibit 38 for identification as of

 4            this date by the Reporter.)

 5                   MS. HUGGINS:  So Epps 75 is 38?

 6                   MR. RICKNER:  Yes, please.

 7            Q.    Can you identify Exhibit 38 for

 8      the record?

 9            A.    It's also a P-73.

10            Q.    And now this one is signed by

11      Detective Stambach; is that correct?

12            A.    Right.

13            Q.    Now, did Detective Stambach ever

14      type up his P-73s?

15            A.    No.  I believe he did the same

16      thing I did.  He put them in for typing.

17            Q.    And would it be correct to say

18      that because Detective Stambach signed

19      this, that he would have been the note

20      taker?

21            A.    Right.

22            Q.    Would you have also taken your

23      own notes?

24            A.    Probably not.

25            Q.    Now, according to this P-73, you
```

```
 1                    Giardina            67

 2      went to 1270 Fillmore and met with Wymiko

 3      Anderson?

 4           A.    Yes.

 5           Q.    Do you remember talking to Wymiko

 6      Anderson on April 16, 1998?

 7           A.    No, not at all.

 8           Q.    And it says that you received a

 9      sworn statement from her on April 16, 1998?

10           A.    Yes.

11           Q.    Is that correct?

12           A.    Yes, that's what it states.

13           Q.    Do you remember taking a sworn

14      statement from her on April 16, 1998?

15           A.    No.

16           Q.    Do you remember what time of day

17      this interview would have been?

18           A.    It doesn't -- I don't remember

19      and it doesn't -- let me see.  It doesn't

20      say in the report.

21           Q.    Okay.  I'd like to mark Epps 73

22      as Exhibit 39.

23                 (Whereupon, Epps 73 was marked as

24           Exhibit 39 for identification as of

25           this date by the Reporter.)
```

```
 1                    Giardina              68

 2          Q.    Can you identify Exhibit 39 for

 3     the record?

 4          A.    It's also a P-73.

 5          Q.    And this one's also signed by

 6     Mark Stambach?

 7          A.    Yes.

 8          Q.    And do you have any reason to

 9     believe that Detective Stambach would have

10     deviated from his usual procedure of taking

11     notes and then submitting them to be typed

12     up?

13          A.    Right.

14          MS. HUGGINS:  Form.

15          Q.    Do you have any reason to believe

16     that wouldn't have happened here?

17          A.    No.

18          MS. HUGGINS:  Form.

19          Q.    Do you have any independent

20     recollection of this meeting with the

21     witnesses described on Exhibit 39?

22          A.    No, not at all.

23          Q.    Now I'd like to mark Exhibit 40.

24     This one I couldn't find the Bates stamped

25     copy of, so it's the one without a Bates
```

```
 1                      Giardina              69

 2      stamp marked with the date April 16, 1998,

 3      and it involves the Vikki Cash interview.

 4                  (Whereupon, a document with the

 5              date April 16, 1998 was marked as

 6              Exhibit 40 for identification as of

 7              this date by the Reporter.)

 8                  MS. HUGGINS:  Signed by Mark

 9              Stambach?

10                  MR. RICKNER:  Yup.

11                  MS. HUGGINS:  And there's a per

12              addresses redacted from the middle

13              paragraph?

14                  MR. RICKNER:  That's the one.

15                  MS. HUGGINS:  Okay.

16      A.      Okay.

17      Q.      And can you identify Exhibit 40

18   for the record?

19      A.      P-73.

20      Q.      And that involves an interview

21   with Vikki Cash?

22      A.      Right, yes.

23      Q.      That interview was done by you

24   and Detective Stambach?

25      A.      Yes.
```

```
  1                    Giardina              70
  2          Q.     And is this another P-73 that
  3    Mark Stambach would have taken handwritten
  4    notes and then submitted to have typed up?
  5          A.     Yes.
  6          MS. HUGGINS:  Form.
  7          Q.     Do you remember anything about
  8    the meeting with Vikki Cash?
  9          A.     No.
 10          Q.     Now, it says after her oral
 11    interview she did give a sworn statement?
 12          A.     Yes.
 13          Q.     Would that statement have been
 14    provided on April 16th, 1998?
 15          A.     Should have been.
 16          Q.     Would you have made a notation
 17    that it wasn't performed on that date in
 18    your general practice?
 19          A.     Right.
 20          MS. HUGGINS:  Form.
 21          Q.     Now I'd like to mark Epps 104 to
 22    105.  It's a two-page document.  This is
 23    41.
 24          (Whereupon, Epps 104 to 105 was
 25       marked as Exhibit 41 for identification
```

```
 1                    Giardina              71
 2          as of this date by the Reporter.)
 3          Q.    Now, can you identify Exhibit 41
 4     for the record?
 5          A.    It's a statement from Ronald
 6     DeBowes.
 7          Q.    Now, at the top, it says the
 8     statement is taken by and typed by
 9     Detective James Giardina.  Do you see that?
10          A.    Yes.
11          Q.    Did you, in fact, take and type
12     this statement in Exhibit 41?
13          A.    According to -- yes.
14          Q.    Do you have any independent
15     recollection of this interview?
16          A.    No, not at all.
17          Q.    Now.  Just going down to the
18     middle of the statement, do you see the
19     sections where Mr. DeBowes states that
20     Mr. Pope was involved in the drug trade?
21          A.    Yes.
22          Q.    Now, looking at the middle, do
23     you see where it indicates that Mr. Pope
24     would give drugs to somebody named Russell
25     to be sold?  Do you see that?
```

```
1                      Giardina               72
2         A.    Yup.
3         Q.    Is it fair to say that selling
4    narcotics is relevant information
5    potentially in a homicide investigation?
6              MS. HUGGINS:  Form.
7         A.    Yes.
8         Q.    And would it be correct to say
9    that disputes arise during drug
10   transactions which sometimes result in a
11   homicide?
12             MS. HUGGINS:  Form.
13        A.    Yes.
14        Q.    So would the fact that the victim
15   was involved with dealing drugs with
16   somebody be a significant fact in a
17   homicide investigation?
18             MS. HUGGINS:  Form.
19        A.    Yes.
20        Q.    And if you look at the bottom,
21   the very last question and answer
22   Mr. DeBowes states that Mr. Pope had a
23   large rock several thousand dollars worth?
24        A.    Yes.
25        Q.    What is a large rock to your
```

```
1                        Giardina              73

2          knowledge?

3               A.     It's a big chunk of cocaine.

4               Q.     Would that be crack cocaine?

5               A.     Yes.

6               Q.     Would it be correct to say that

7          if somebody refers to rock, that's

8          typically crack?

9               A.     Right.

10               Q.     Now, going to the next page, it

11          says he lives with a girl on Dartmouth?

12               A.     Yup.

13               Q.     Do you know where that street is

14          in Buffalo?

15               A.     Yeah.

16               Q.     Where is it?

17               A.     It's in the we call the

18          Kensington area, Bailey, Kensington,

19          Delavan.

20               Q.     In 1998 how would you describe

21          the Kensington area?

22               A.     Well --

23                    MS. HUGGINS:  Well, form.

24                    MR. RICKNER:  You know, I could

25          ask a better question.
```

1                    Giardina              74

2          Q.    Was the Kensington area

3     considered a high crime area in 1998?

4          A.    Yeah.

5          Q.    Now, do you know the street

6     Delavan, D-e-l-a-v-a-n?

7          A.    Yes.

8          Q.    And do you know the area around

9     the intersection of Delavan and Chelsea?

10         A.    Yes.

11         Q.    Is Delavan and Chelsea in

12    Kensington?

13         A.    Yes.

14         Q.    And how close is the intersection

15    of Delavan and Chelsea to the Dartmouth

16    area that we just discussed?

17         A.    Specifically I don't recall how

18    close they were.  It was in the same

19    general area but --

20         Q.    Did you grow up in Buffalo?

21         A.    Yes.

22         Q.    Would it be correct to say that

23    you lived in Buffalo continuously from

24    around the time you were born until 1998?

25         A.    No.  Until -- probably until '73

```
 1                    Giardina            75

 2        I think is when I moved out of the city.

 3             Q.    Okay.  But as of '73, you were

 4        working as a police officer in Buffalo?

 5             A.    Right.

 6             Q.    So would it be fair to say that

 7        from the time you were born through 1998

 8        you were living or working in Buffalo?

 9             A.    Right.

10             Q.    You're very familiar with the

11        city at that time?

12             A.    Yeah.

13             Q.    Now, I'd like to go back to

14        Exhibit 37.  And please keep Exhibit 41 in

15        front of you.

16             A.    What'd you say about 41?

17             Q.    Keep 41 around, but please take a

18        look at Exhibit 37.

19             A.    Okay.

20             Q.    Now, at the top it says, "On the

21        above date and time, the above-stated

22        detectives along with Sergeant Chella and

23        Detective Minor went to 92 Marigold,"

24        right?

25             A.    Yes.
```

1                    Giardina              76

2          Q.    And then you found Mr. DeBowes

3    and took him back to the homicide bureau,

4    right?

5          A.    Right.

6          Q.    And the date listed on Exhibit 37

7    is April 16th.  Do you see that?

8          A.    Right.

9          Q.    Now, looking at Exhibit 41, it

10   has a date of April 18th; is that right?

11         A.    Right.

12         Q.    And it says the statement is

13   started at 1800 hours or what we'd call

14   6:00 p.m.?

15         A.    Right.

16         Q.    Looking at Exhibit 73 and

17   Exhibit 41 together, is it possible that

18   there was another statement by Mr. DeBowes?

19         A.    Not that I know of.

20         Q.    Okay.

21               MS. HUGGINS:  We're talking about

22         Exhibits 37 and 41?

23               MR. RICKNER:  Yes.

24         Q.    And what I'm wondering is can you

25   tell me why Exhibit 37 states that

```
 1                      Giardina              77
 2          Mr. DeBowes provided a statement on
 3          April 16th, but Exhibit 41 has a date of
 4          April 18th?
 5                  A.    No, I can't.
 6                  Q.    Is it possible that more than one
 7          statement was taken?
 8                      MS. HUGGINS:  Form.
 9                  A.    I don't know.
10                  Q.    Were there instances where you
11          would interview a witness more than once
12          during a homicide investigation?
13                  A.    It's possible, sure.
14                  Q.    Would it be correct to say that
15          every time you interviewed a witness, you'd
16          create a P-73 or get a sworn statement?
17                  A.    Yes.
18                  Q.    Now I'd like to -- unfortunately
19          the Bates number sort of crept over this
20          one, but it's Epps 1837 to Epps 1838.
21                      MS. HUGGINS:  It's a two-page
22              document?
23                      MR. RICKNER:  That's correct.
24              And I'd like to mark it as Exhibit 42,
25              although there does appear to be a
```

```
 1                     Giardina              78
 2          Post-it that says Exhibit 2 on the copy
 3          that I have.
 4                  (Whereupon, Epps 1837 to 1838 was
 5          marked as Exhibit 42 for identification
 6          as of this date by the Reporter.)
 7          Q.    Now, at the top, it says that
 8     this statement was taken by Detective
 9     Stambach and the questions were asked by
10     you; is that correct?
11          A.    Yes.
12          Q.    Would that indicate that
13     Detective Stambach was the one typing it
14     up?
15          A.    Yes.
16          Q.    Now, where is 401 Delaware Avenue
17     inside of Buffalo?
18          A.    It's the Delaware -- it's called
19     the Delaware District.  I guess not too far
20     from downtown.
21          Q.    Okay.  But it's separate from
22     Kensington?
23          A.    Yes, for sure.
24          Q.    Now, going to the second page at
25     the top, do you see there's questions and
```

```
 1                    Giardina              79
 2         answers regarding somebody named Russell?
 3             A.    Yes.
 4             Q.    And is it correct to say that
 5         Miss Cash told you and Detective Stambach
 6         that Russell and the victim, Paul Pope,
 7         hung out together?
 8             A.    Yes.
 9             Q.    And if you go a little further
10         down, Miss Cash provides a description of
11         Russell; is that correct?
12             A.    Yes.
13             Q.    And in the description, she says,
14         "Black male, light skinned, heavy set,
15         5-foot 9, 235 pounds or so"?
16             A.    Right.
17             Q.    Now, going back to the
18         Exhibit 40, is it correct to say that
19         Exhibit 40 has the date April 16, 1998?
20             A.    Yes.
21             Q.    And in it it said that you met
22         with a witness, Vikki Cash, and she gave
23         you a sworn statement.  Do you see that?
24             A.    Yes.
25             Q.    Now, if you look at Exhibit 42,
```

```
 1                      Giardina              80

 2        it says that Vikki Cash provided a sworn

 3        statement on April 17th, 1998, and that the

 4        statement started at 2:00 p.m.  Do you see

 5        that?

 6             A.    Yes.

 7             Q.    Do you know why Exhibit 40 is

 8        dated April 16th and states that Miss Cash

 9        provided a sworn statement on that day when

10        the sworn statement has the date

11        April 17th?

12             A.    No.  I have no explanation for

13        that.

14             Q.    Now I'd like to mark Epps 89 and

15        Epps 90 and this is going to be --

16                  MS. HUGGINS:  That'll be 43?

17                  MR. RICKNER:  Yes.  Wymiko

18             Anderson statement.

19                  (Whereupon, Epps 89 and Epps 90

20             were marked as Exhibit 43 for

21             identification as of this date by the

22             Reporter.)

23             Q.    Now, it's correct to say this

24        statement is dated April 17th and that it

25        started at 7:30 a.m.?
```

```
 1                    Giardina              81

 2          A.    Yes.

 3          Q.    And it says that it was typed by

 4    Detective Stambach and that the questions

 5    were being asked by you; is that correct?

 6          A.    Right.

 7          Q.    Now, if you go a few lines down,

 8    is it correct to say that the witness,

 9    Wymiko Anderson, states that Paul Pope is

10    her boyfriend?

11          A.    Yes.

12          Q.    And also the father of her

13    children?

14          A.    Yup.

15          Q.    And looking at the top, Wymiko

16    Anderson had a nickname, Pumpkin?

17          A.    Yes.

18          Q.    Now, if you go down to the bottom

19    two-thirds of the statement, she indicates

20    that she saw Paul Pope leave with Russell

21    around 1:00 and 2:00?

22          A.    Right.

23          Q.    Now, is it correct to say that

24    Paul Pope was killed on April 16th?

25          A.    On what date was that?
```

```
 1                    Giardina              82
 2        Q.    Is it correct to say that Paul
 3   Pope was killed on April 16th?
 4        A.    I'm sorry, I didn't hear the
 5   date.  What was the date?
 6        Q.    Was Paul Pope killed on
 7   April 16th, 1998?
 8        A.    I still didn't hear.  Did he say
 9   15?
10             MS. HUGGINS:  Do you know the
11        date that he was murdered other than
12        looking at these documents?
13        A.    No.
14        Q.    That's fine.  This isn't a trick
15   question.
16             MS. HUGGINS:  Do you recall the
17        date he was murdered without looking at
18        documents?
19        A.    No, not at all.
20             MS. HUGGINS:  Okay.
21        Q.    Would it be fair to say that this
22   person, Russell, was at least a person of
23   interest after hearing that he had been
24   with Paul Pope prior to his murder?
25             MS. HUGGINS:  And we're talking
```

```
 1                    Giardina              83

 2          about the Paul Pope investigation?

 3                  MR. RICKNER:  Yeah, with respect

 4          to the Paul Pope investigation.

 5          A.    Yes.

 6          Q.    When somebody is a person of

 7     interest in a homicide investigation, would

 8     it have been your practice to get a

 9     photograph of them if it was available?

10          A.    Sure.

11          Q.    And, in fact, if somebody had

12     been arrested in Buffalo beforehand, you

13     could get a mugshot of them, right?

14          A.    Right.

15          Q.    Do you know if you got a mugshot

16     of Russell Montgomery around this time in

17     1998?

18          A.    I don't recall.

19          Q.    If somebody was a person of

20     interest in a homicide investigation, would

21     you seek to determine what kind of car they

22     drove?

23          A.    Yes.

24          Q.    And how would you go about

25     determining what kind of car somebody drove
```

1                    Giardina              84

2       in 1998?

3            A.    You could get a DMV check on his

4       name and see if he -- what cars were

5       registered to him.

6            Q.    Was this particularly difficult?

7            A.    No.

8            Q.    Now I'd like to mark Epps 94 as

9       Exhibit 44.

10                 (Whereupon, Epps 94 was marked as

11            Exhibit 44 for identification as of

12            this date by the Reporter.)

13            A.    Okay.

14            Q.    Now, can you identify Exhibit 44

15       for the record?

16            A.    It's also a P-73.

17            Q.    Now, at the bottom of this

18       document, it states that there's a

19       reference to Detective Stambach's P93.  Do

20       you see that?

21            A.    Yes.

22            Q.    Was there a document called a

23       P93?

24            A.    Not that I know of.  I believe

25       that's probably a typo.

```
 1                    Giardina              85
 2          Q.    Okay.  So that probably refers to
 3     a P-73?
 4          A.    Right.
 5          Q.    Now, it says HBO as an
 6     abbreviation here.  Do you see that?
 7          A.    Yes.
 8          Q.    And what does HBO stand for?
 9          A.    Homicide Bureau Office.
10          Q.    Now, it refers to a body found in
11     the trunk in the bottom section of
12     Exhibit 44.  Do you see that?
13          A.    What am I looking at?  What did
14     you want?
15          Q.    There's a reference to a body
16     found in the trunk.  Do you see that?
17          A.    Okay.  Yes.
18          Q.    Does this refresh your
19     recollection that Paul Pope's body was
20     found in the trunk of a vehicle?
21          A.    No, not at all.
22          Q.    Now I'd like you to mark as
23     Exhibit 45 Epps 0550.
24               (Whereupon, Epps 0550 was marked
25          as Exhibit 45 for identification as of
```

```
 1                    Giardina                86
 2          this date by the Reporter.)
 3          Q.    Now, in this document at the top,
 4     it says it is from Detective Sergeant
 5     Chella, Detective Minor, and yourself; is
 6     that correct?
 7          A.    Yes.
 8          Q.    If you look at Page 2, you aren't
 9     listed as one of the signatories; is that
10     correct?
11          A.    Yes.
12          Q.    Sometimes would P-73 reference
13     officers who didn't ultimately sign the
14     document itself?
15          A.    Right, yes.  Usually the person
16     that signed it is the person that actually
17     authored it.
18          Q.    And sometimes the accompanying
19     officer is listed below, right?
20          A.    Yes.
21          Q.    But sometimes not everyone who is
22     there is listed; is that correct?
23          A.    Right.
24          Q.    Do you have any memory of going
25     to 92 Marigold on April 18, 1998?
```

```
 1                      Giardina                    87

 2          A.     No.

 3          Q.     Now I'd like you to look at Epps

 4   117 and mark it as Exhibit 46.

 5                 (Whereupon, Epps 117 was marked

 6          as Exhibit 46 for identification as of

 7          this date by the Reporter.)

 8          Q.     Now, can you identify Exhibit 46

 9   for the record?

10          A.     P-73.

11          Q.     Okay.  And that's dated

12   April 20th, 1998?

13          A.     Yes.

14          Q.     Now, it states here that Melvin

15   Calhoun came to the Homicide Bureau Office

16   with Wymiko Anderson.  Do you see that?

17          A.     Yes.

18          Q.     Do you remember Melvin Calhoun

19   coming to the homicide bureau with Wymiko

20   Anderson on April 20th, 1998?

21          A.     No.

22          Q.     Now, it says that he provided an

23   interview and a sworn statement.  Do you

24   see that?

25          A.     Yes.
```

```
1                        Giardina              88

2        Q.    Now, I'm going to represent to

3   you that you were not listed on Melvin

4   Calhoun's sworn statement.

5        A.    Okay.

6        Q.    Does that contradict your memory?

7        A.    No.

8        Q.    Can you think of any reason why

9   Detectives Minor and Chella would have

10  interviewed Mr. Calhoun instead of you and

11  Stambach?

12             MS. HUGGINS:  Form.

13        A.    No.  Just by choice, you know, we

14  were probably in the office and said you

15  take the statement and, you know, no reason

16  one way or the other.

17             MS. HUGGINS:  Form.  Do you

18        remember that happening?

19        A.    No.

20        Q.    Now, in the third paragraph, it

21  says a photo of Mr. Russell Montgomery was

22  shown by Wymiko Anderson to Mr. Calhoun.

23  Do you see that?

24        A.    Yes.

25        Q.    Can you think of any reason why
```

```
 1                    Giardina              89
 2       one witness would show another witness an
 3       identification photograph?
 4            A.    No, not at all.
 5                  MS. HUGGINS:  Form.
 6            Q.    Is it fair to say that's kind of
 7       strange?
 8                  MS. HUGGINS:  Form.
 9            A.    I would -- I would say that's
10       maybe a typo.  That's the only reason I
11       would -- the only explanation I would have
12       for that.
13            Q.    Okay.  Would it be correct to say
14       that it would be more likely that you or
15       Mr. Stambach were the ones showing the
16       photograph of Russell Montgomery to a
17       witness?
18            A.    Right.
19                  MS. HUGGINS:  Well, form.  You're
20            saying in this instance?
21                  MR. RICKNER:  No, as part of his
22            pattern and practice.  He doesn't
23            remember, but I can ask him what's
24            likely.
25            A.    More than likely, right, that we
```

```
1                       Giardina              90
2       would have shown -- somebody, a detective
3       would have shown the photo, not another
4       witness.
5            Q.    Do you know Detective Steven
6       Hoffman?
7            A.    No.
8            Q.    Do you know a Detective Steven
9       Lehman?
10           A.    No.
11                MS. HUGGINS:  If we could just go
12           off the record for a moment?
13                MR. RICKNER:  Sure.
14                (Whereupon, an off-the-record
15           discussion was held.)
16                MS. HUGGINS:  We're all set if
17           you want to go back on the record.
18                MR. RICKNER:  Okay.
19           Q.    I want you to take a look at
20       Exhibit 14 again.  That's the affidavit
21       that you signed.
22                MS. HUGGINS:  From the other day?
23                MR. RICKNER:  No, it's not from
24           the other day.  It's just from the very
25           beginning of this deposition.
```

```
 1                    Giardina            91
 2          Q.    Exhibit 14, did you type up
 3     Exhibit 14?
 4          A.    No.
 5          Q.    Would it be fair to say that
 6     somebody from the District Attorney's
 7     Office created Exhibit 14?
 8          A.    That's what it looks like.
 9          Q.    Now, do you remember meeting with
10     somebody from the District Attorney's
11     Office with respect to Exhibit 14 or the
12     case of Cory Epps at all back in the '90s?
13          A.    No, not at all.
14          Q.    Would it have been your general
15     practice to discuss facts with a District
16     Attorney before an affidavit was typed up?
17          A.    Yes.
18          Q.    So would it be correct to say
19     that Exhibit 14 is based on information you
20     provided to the district attorney prior to
21     when it was signed?
22          A.    Right.
23          Q.    As you look at Exhibit 14 today,
24     do you see anything in it that you believe
25     is inaccurate?
```

1                          Giardina                    92

2              A.     No.

3              Q.     Now, sorry to jump around a bit,

4       but just to go back to Exhibit 43, do you

5       see that?

6              A.     Okay.

7              Q.     And it says the statement was

8       started at 7:30 a.m.; is that right?

9              A.     Yes.

10             Q.     Now, on the second page, it says

11      that the statement was stopped at 8:20 a.m.

12      Do you see that?

13             A.     Yes.

14             Q.     And if I'm doing the math, that's

15      50 minutes?

16             A.     Yeah.

17             Q.     Did it take 50 minutes to ask the

18      questions and receive the answers in

19      Exhibit 43?

20             A.     From the time we started typing

21      until we finished typing it was the

22      50 minutes.

23             Q.     Would there have been a

24      conversation with the witness prior to when

25      the typing started?

1                    Giardina                    93

2          A.    More than likely.

3          Q.    Is it possible that there's

4     information that was provided in that

5     50 minutes that is not reflected in

6     Exhibit 43?

7          A.    In the 50 -- no, what do you

8     mean?  In the 50 minutes that we typed it?

9          Q.    Yeah.

10         A.    Or are you talking about the time

11    before --

12         Q.    No.  Just in the 50 minutes that

13    it was being typed up.

14         A.    Okay.

15         Q.    Well, let me step back.  I may

16    have confused myself.

17               Would it have been your procedure

18    to ask all of the questions and then type

19    it up?

20         A.    No.  We would type the question

21    out, ask the question, then type the

22    question in, then go to the next question.

23               MS. HUGGINS:  When you say type

24         the question, do you mean type the

25         response?

```
 1                    Giardina              94
 2          A.    Type the response, we would type
 3    the response and then ask the next
 4    question.  Type in the question and then
 5    wait for the answer or the response.
 6          Q.    What I'm asking is is was there
 7    information provided by the witness that
 8    might not have made it into Exhibit 43 in
 9    the questions and answers?
10          A.    It could be.  But I would say if
11    any information she gave us in the
12    interview before the statement was started,
13    we would use that as part of the statement.
14          Q.    Right.  Would there be some
15    information that you maybe didn't consider
16    particularly relevant that you'd leave out
17    of a statement like Exhibit 43?
18              MS. HUGGINS:  Form.  You can
19          answer.
20          A.    It's possible.
21          Q.    Is Exhibit 43 an exact transcript
22    of the conversation between yourself and
23    Wymiko Anderson over that 50 minutes?
24          A.    Yes.
25          Q.    Every word that was said is in
```

```
 1                    Giardina              95
 2      Exhibit 43?
 3                MS. HUGGINS:  Form.
 4           A.    Well, I can't say every word.
 5      You know, there might have been a word or
 6      two or, you know, asking if they wanted
 7      something to drink or something like -- you
 8      know, there could have been other
 9      conversation, but anything relevant would
10      have been put into the statement.
11           Q.    Was Wymiko Anderson given the
12      opportunity to make any corrections to
13      Exhibit 43 prior to when she signed it?
14           A.    Yes.
15           Q.    And how would she have gone about
16      making those corrections?
17           A.    Well, before she signs it, we
18      give her the statement and have her -- our
19      normal procedure is to after the
20      statement's typed, to give it to the person
21      that made the statement and ask them to
22      read it and tell us if there's anything
23      that needs to be changed.
24           Q.    Okay.  Now, I'd like to go to
25      Exhibit 1 actually from the prior
```

```
1                    Giardina                96

2        deposition if you can pull that up.

3             A.    Okay.

4             Q.    Can you identify the type of

5        document that Exhibit 1 is?

6             A.    I don't know what number it was,

7        but --

8                  MS. HUGGINS:  Was there a name

9             for it other than --

10            A.    Yeah, there was probably a

11       number, but I don't remember what the

12       number was.  It looks like --

13            Q.    If I told you it was called a

14       Homicide Section Activity Report, would

15       that refresh your recollection?

16            A.    Yeah, could be.

17            Q.    Do you remember filling out

18       documents like Exhibit 1?

19            A.    No, I don't remember ever filling

20       out anything like this.  You know, I've

21       seen it.

22            Q.    I'm not talking with respect to

23       the Means homicide or the Pope homicide.  I

24       just mean in general.

25            A.    In general I don't remember ever
```

1                    Giardina              97

2        in any case filling out this form.

3              Q.    Do you remember testifying at a

4        hearing with respect to Cory Epps?

5              A.    No.

6                    MR. RICKNER:  I'd like to mark

7              this as 47.

8                    (Whereupon, the transcript was

9              marked as Exhibit 47 for identification

10             as of this date by the Reporter.)

11                   MS. HUGGINS:  The transcript,

12             correct?

13                   MR. RICKNER:  Yes.

14             Q.    Now, prior to this deposition,

15       did you have the opportunity to review your

16       testimony in Exhibit 47?

17             A.    Prior to -- oh, yes.

18             Q.    Prior to us going on the record

19       in this deposition?

20             A.    Yes.

21             Q.    In your review of Exhibit 47, did

22       you see anything that you believed to be

23       inaccurate?

24             A.    No.

25             Q.    Do you adopt that testimony as

```
 1                    Giardina                98

 2        your testimony today?

 3                 MS. HUGGINS:  Well, form.  He's

 4             already testified he doesn't recall

 5             giving that testimony.

 6                 MR. RICKNER:  That's fair.

 7                 I'd just like a moment to confer

 8             with my associate and then maybe I just

 9             want to hunt down one other thing, so

10             maybe can we go off the record for like

11             ten minutes and then I'm probably

12             wrapping up.

13                 Unless you have any questions,

14             Maeve, then maybe now would be a good

15             time.

16                 MS. HUGGINS:  I may have one, but

17             I'll let you finish up before.

18                 MR. RICKNER:  All right.

19                 (Whereupon, a short recess was

20             taken.)

21                 MR. RICKNER:  All right.  Back on

22             the record.

23        Q.    Detective, is it fair to say that

24        during your time as a homicide detective

25        that you testified at trial?
```

```
 1                    Giardina                99
 2          A.    Yes.
 3          Q.    Did you also testify in grand
 4    jury proceedings?
 5          A.    Yes.
 6          Q.    Were there ever any instances
 7    where you were cross-examined with your
 8    grand jury proceedings while you were on
 9    the stand?
10          A.    Yes.
11          Q.    Is it fair to say you understand
12    the importance of making sure that you have
13    a clear and accurate record when you're
14    testifying under oath?
15          A.    Right, yes.
16          Q.    Prior to a case going to trial,
17    would you meet with the district attorney?
18          A.    Yes.
19          Q.    If you were a key witness, would
20    you potentially meet with the district
21    attorney multiple times?
22          A.    Yes.
23          Q.    When you met with the district
24    attorney, where would that occur?
25          A.    Usually in the -- at their
```

```
 1                        Giardina              100

 2      office.

 3           Q.    Did you ever meet with a district

 4      attorney at the homicide squad?

 5           A.    Once in a while, I would say --

 6      if they happened to be there, they might

 7      ask some questions or talk about it.  But

 8      for the most part, we would go to their

 9      office.

10           Q.    Okay.  I don't have any questions

11      left at this time.

12                MR. RICKNER:  Maeve, you said you

13           had one more?

14      EXAMINATION

15      BY MS. HUGGINS:

16           Q.    Sir, you were shown Exhibits 39

17      and 40.  I'm showing you what's been marked

18      as Exhibits 39 and 40.  Do you remember

19      specifically how Detective Stambach created

20      39 and 40?

21           A.    What do you mean how physically,

22      how physically he --

23           Q.    Meaning do you have a

24      recollection of how he created these P-73s

25      specifically?
```

```
 1                    Giardina              101
 2        A.    No, not at all.
 3              MS. HUGGINS:  Okay.  That's all I
 4        have.
 5              MR. RICKNER:  One follow-up
 6        question.
 7   FURTHER EXAMINATION
 8   BY MR. RICKNER:
 9        Q.    How many years did you work with
10   Detective Stambach?
11        A.    The whole ten years I was in
12   homicide.
13        Q.    And you described that everybody
14   was broken off into groups of three.
15        A.    Right.
16        Q.    Was he within your group of three
17   for all ten years?
18        A.    Most of it.  Yes, I would -- now
19   that I think of it, yes.
20        Q.    Is it fair to say that you're
21   familiar with how Detective Stambach
22   prepares P-73s?
23        A.    Yes.
24        Q.    And when you testified
25   beforehand, would it be correct to say that
```

Giardina                    102

1
2        you were testifying based on your personal
3        knowledge of how Detective Stambach
4        generally did things even if you couldn't
5        remember the specific instance?
6             A.    Yes.
7             Q.    You've been testifying for
8        several hours today; is that fair to say?
9             A.    Yes.
10            Q.    As you sit here today, is there
11       anything that you said that comes to your
12       mind that you'd like to change?
13            A.    No.
14            Q.    And do you understand that you're
15       going to be given a copy of this transcript
16       to review and sign?
17            A.    Yes.
18            Q.    And do you understand that if you
19       make any changes, you can be cross-examined
20       with those changes at trial?
21            A.    Yes.
22                  MR. RICKNER:  No further
23            questions.
24                  MS. HUGGINS:  Thanks everyone.
25                  I'll take a copy.  I prefer it

1                    Giardina                    103

2          via PDF.

3               MR. RICKNER:  And I would like it

4          both ways, hard copy and PDF.

5               (Time noted:  1:34 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                         Giardina                    104

2         January 21, 2021

3                        ERRATA

4

5         PAGE/LINE        CHANGE/REASON

6         _____

7         _____

8         _____

9         _____

10        _____

11        _____

12        _____

13        _____

14        _____

15        _____

16        _____

17        _____

18        _____

19        _____

20        _____

21        _____

22        _____

23        _____

24        _____

25        _____
```

1                        Giardina                    105

2

3

4

5

6

7

8                                    _____

9                                    JAMES F. GIARDINA

10

11

12

13      Subscribed and sworn to

14      before me this      day

15      of              2021

16

17      _____

18

19

20

21

22

23

24

25

CERTIFICATE

STATE OF NEW YORK )

                    ) ss.

COUNTY OF NEW YORK)


        I, Jennie Siolidis, a Shorthand

Reporter and Notary Public within and for

the State of New York, do hereby certify:

        That JAMES F. GIARDINA, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me and that such

deposition is a true record of the testimony

given by such witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage and that I am in no way

interested in the outcome of this matter.



                    _____

                        JENNIE SIOLIDIS

1                                                          107

2          January 21, 2021

3                          INDEX

4

5          WITNESS                  EXAMINATION BY  PAGE

6          James F. Giardina        Mr. Rickner      4
                                    Ms. Huggins    100
7                                   Mr. Rickner    101

8

9          EXHIBIT        PAGE

10         Exhibit 14    22      Epps 00571 through 572

11         Exhibit 15    47      COB22

12         Exhibit 16    47      COB23 through 24

13         Exhibit 17    48      COB27 through 30

14         Exhibit 18    48      COB31 through 32

15         Exhibit 19    49      COB35

16         Exhibit 20    49      COB36 through 37

17         Exhibit 21    50      COB40

18         Exhibit 22    50      COB93 through 96

19         Exhibit 23    51      COB181

20         Exhibit 24    52      COB203

21         Exhibit 25    52      COB215

22         Exhibit 26    52      COB217

23         Exhibit 27    53      COB226

24         Exhibit 28    53      COB856

25         Exhibit 29    53      COB1003

```
 1                                                      108

 2        January 21, 2021

 3
                       INDEX (continued)
 4

 5        EXHIBIT        PAGE

 6        Exhibit 30     54    COB224

 7        Exhibit 31     54    COB73

 8        Exhibit 32     55    COB63 through 64

 9        Exhibit 33     55    COB183

10        Exhibit 34     55    COB110

11        Exhibit 35     56    COB38

12        Exhibit 36     56    COB65

13        Exhibit 37     61    Epps 74

14        Exhibit 38     65    Epps 75

15        Exhibit 39     67    Epps 73

16        Exhibit 40     69    A document with the
                               date April 16, 1998
17
          Exhibit 41     70    Epps 104 to 105
18
          Exhibit 42     78    Epps 1837 to 1838
19
          Exhibit 43     80    Epps 89 and Epps 90
20
          Exhibit 44     84    Epps 94
21
          Exhibit 45     85    Epps 0550
22
          Exhibit 46     87    Epps 117
23
          Exhibit 47     97    The transcript
24

25
```

**'**

**'73** [2] - 74:25, 75:3
**'90s** [5] - 35:6, 36:7, 39:12, 40:24, 91:12

**0**

**00571** [3] - 22:13, 22:14, 107:9
**0450** [1] - 50:19
**0550** [3] - 85:23, 85:24, 108:21

**1**

**1** [3] - 95:25, 96:5, 96:18
**100** [1] - 107:6
**10005** [1] - 2:8
**101** [1] - 107:7
**104** [3] - 70:21, 70:24, 108:17
**105** [3] - 70:22, 70:24, 108:17
**10:45** [1] - 1:14
**1112** [1] - 2:16
**117** [3] - 87:4, 87:5, 108:22
**12** [3] - 15:6, 15:7, 15:14
**1270** [1] - 67:2
**14** [12] - 2:6, 22:13, 22:15, 22:18, 90:20, 91:2, 91:3, 91:7, 91:11, 91:19, 91:23, 107:9
**14228** [1] - 4:12
**14292** [1] - 2:17
**15** [8] - 12:19, 46:25, 47:4, 47:8, 58:12, 58:15, 82:9, 107:10
**16** [14] - 9:2, 47:12, 47:16, 48:2, 48:4, 61:24, 67:6, 67:9, 67:14, 69:2, 69:5, 79:19, 107:11, 108:16
**1603** [1] - 2:7
**16th** [8] - 65:14, 70:14, 76:7, 77:3, 80:8, 81:24, 82:3, 82:7
**17** [3] - 13:10, 48:10, 48:12, 48:15, 107:12
**17th** [3] - 80:3, 80:11, 80:24
**18** [5] - 48:23, 48:25, 49:4, 86:25, 107:13
**1800** [1] - 76:13
**1837** [3] - 77:20, 78:4, 108:18
**1838** [3] - 77:20, 78:4, 108:18
**18th** [2] - 76:10, 77:4
**19** [5] - 49:9, 49:11, 49:13, 49:18, 107:14

**1970** [2] - 6:20, 6:24
**1971** [7] - 6:23, 6:24, 7:11, 7:17, 8:8, 9:6, 10:3
**1981** [4] - 9:25, 10:4, 10:10, 10:18
**1982** [1] - 11:4
**1983** [1] - 11:4
**1990s** [1] - 15:3
**1995** [1] - 12:20
**1996** [2] - 12:20, 13:17
**1997** [5] - 13:17, 16:4, 16:9, 20:16, 38:6
**1998** [24] - 38:9, 61:24, 64:5, 65:2, 65:14, 67:6, 67:9, 67:14, 69:2, 69:5, 70:14, 73:20, 74:3, 74:24, 75:7, 79:19, 80:3, 82:7, 83:17, 84:2, 86:25, 87:12, 87:20, 108:16
**1:00** [1] - 81:21
**1:19-cv-00281-LJV** [1] - 1:6
**1:34** [1] - 103:5

**2**

**2** [3] - 50:7, 78:2, 86:8
**20** [5] - 33:22, 49:21, 49:24, 50:3, 107:15
**2000** [1] - 16:10
**2006** [3] - 7:6, 7:7, 34:2
**2021** [5] - 1:13, 104:2, 105:15, 107:2, 108:2
**20th** [2] - 87:12, 87:20
**21** [8] - 1:13, 50:10, 50:12, 50:15, 104:2, 107:2, 107:16, 108:2
**22** [6] - 50:21, 50:23, 51:2, 51:5, 107:9, 107:17
**23** [5] - 47:14, 51:15, 51:18, 51:22, 107:18
**235** [1] - 79:15
**24** [10] - 41:2, 41:7, 47:15, 47:24, 51:25, 52:3, 52:5, 52:8, 107:11, 107:19
**24-hour** [1] - 41:6
**25** [4] - 52:12, 52:14, 52:17, 107:20
**26** [3] - 52:21, 52:24, 107:21
**27** [4] - 53:3, 53:5, 53:8, 107:22
**28** [4] - 53:11, 53:13, 53:18, 107:23
**29** [5] - 53:21, 53:23, 53:25, 54:5, 107:24
**2:00** [3] - 58:9, 80:4, 81:21

**3**

**30** [7] - 48:6, 48:11, 54:8,

54:10, 54:14, 107:12, 108:6
**31** [8] - 48:22, 54:19, 54:21, 54:23, 55:4, 108:7
**32** [9] - 48:18, 48:22, 48:24, 55:7, 55:9, 55:11, 55:14, 107:13, 108:8
**33** [4] - 55:17, 55:19, 55:23, 108:9
**34** [4] - 55:25, 56:3, 56:6, 108:10
**341** [1] - 4:11
**35** [4] - 56:10, 56:12, 56:15, 108:11
**36** [5] - 56:18, 56:20, 56:23, 56:25, 108:12
**37** [12] - 49:20, 49:23, 61:17, 61:19, 62:4, 75:14, 75:18, 76:6, 76:22, 76:25, 107:15, 108:13
**38** [5] - 65:25, 66:3, 66:5, 66:7, 108:14
**39** [8] - 67:22, 67:24, 68:2, 68:21, 100:16, 100:18, 100:20, 108:15

**4**

**4** [1] - 107:6
**40** [11] - 50:9, 68:23, 69:6, 69:17, 79:18, 79:19, 80:7, 100:17, 100:18, 100:20, 108:16
**401** [1] - 78:16
**41** [12] - 70:23, 70:25, 71:3, 71:12, 75:14, 75:16, 75:17, 76:9, 76:17, 76:22, 77:3, 108:17
**42** [4] - 77:24, 78:5, 79:25, 108:18
**43** [11] - 80:16, 80:20, 92:4, 92:19, 93:6, 94:8, 94:17, 94:21, 95:2, 95:13, 108:19
**44** [5] - 84:9, 84:11, 84:14, 85:12, 108:20
**45** [3] - 85:23, 85:25, 108:21
**46** [4] - 87:4, 87:6, 87:8, 108:22
**47** [7] - 97:7, 97:9, 97:16, 97:21, 107:10, 107:11, 108:23
**48** [2] - 107:12, 107:13
**49** [2] - 107:14, 107:15

**5**

**5-26-97** [1] - 46:23
**5-foot** [1] - 79:15
**5/26/97** [2] - 48:7, 48:19
**50** [10] - 92:15, 92:17,

92:22, 93:5, 93:7, 93:8, 93:12, 94:23, 107:16, 107:17
**50s** [1] - 38:13
**51** [1] - 107:18
**52** [3] - 107:19, 107:20, 107:21
**53** [3] - 107:22, 107:23, 107:24
**54** [2] - 108:6, 108:7
**55** [3] - 108:8, 108:9, 108:10
**56** [2] - 108:11, 108:12
**571** [1] - 22:7
**572** [2] - 22:15, 107:9

**6**

**60** [1] - 39:18
**61** [1] - 108:13
**64** [3] - 55:7, 55:8, 108:8
**65** [2] - 2:15, 108:14
**67** [1] - 108:15
**69** [1] - 108:16
**6:00** [1] - 76:14

**7**

**7** [1] - 38:7
**70** [1] - 108:17
**70s** [1] - 38:8
**73** [4] - 67:21, 67:23, 76:16, 108:15
**74** [6] - 61:16, 61:18, 61:23, 61:25, 62:2, 108:13
**75** [4] - 65:24, 66:2, 66:5, 108:14
**78** [1] - 108:18
**7:30** [2] - 80:25, 92:8

**8**

**8/10/97** [1] - 52:11
**80** [1] - 108:19
**80s** [1] - 38:8
**84** [1] - 108:20
**85** [1] - 108:21
**87** [1] - 108:22
**89** [3] - 80:14, 80:19, 108:19
**8:20** [1] - 92:11

**9**

**9** [1] - 79:15
**90** [3] - 80:15, 80:19, 108:19
**92** [3] - 63:25, 75:23, 86:25
**94** [3] - 84:8, 84:10, 108:20

**96** [3] - 50:18, 50:22, 107:17
**97** [3] - 38:15, 108:23
**97-083** [2] - 47:19, 49:8
**98-073** [1] - 63:19

## A

**a.m** [4] - 1:14, 80:25, 92:8, 92:11
**abbreviation** [1] - 85:6
**above-stated** [1] - 75:21
**academy** [3] - 7:12, 11:8, 14:2
**access** [1] - 19:20
**accompanying** [1] - 86:18
**according** [3] - 63:8, 66:25, 71:13
**accurate** [1] - 99:13
**action** [1] - 106:16
**Activity** [1] - 96:14
**additional** [3] - 11:8, 13:25, 41:20
**address** [1] - 4:10
**addresses** [1] - 69:12
**administer** [1] - 3:12
**adopt** [1] - 97:25
**affidavit** [4] - 22:18, 22:21, 90:20, 91:16
**affidavits** [1] - 21:25
**African** [1] - 44:5
**African-American** [1] - 44:5
**afterwards** [1] - 59:5
**agents** [1] - 14:22
**ago** [6] - 24:4, 24:24, 25:8, 26:12, 28:9, 40:2
**AGREED** [3] - 3:4, 3:9, 3:13
**alleged** [2] - 5:9, 5:13
**American** [1] - 44:5
**Amherst** [1] - 4:11
**AND** [4] - 1:11, 3:4, 3:9, 3:13
**Anderson** [12] - 39:23, 40:5, 67:3, 67:6, 80:18, 81:9, 81:16, 87:16, 87:20, 88:22, 94:23, 95:11
**anonymous** [4] - 64:13, 64:18, 64:19, 64:25
**answer** [8] - 6:2, 12:3, 45:8, 59:9, 61:13, 72:21, 94:5, 94:19
**answers** [3] - 79:2, 92:18, 94:9
**Anthony** [1] - 25:21
**ANTHONY** [1] - 1:9
**appear** [2] - 47:18, 77:25
**APPEARANCES** [1] - 2:2
**April** [24] - 61:24, 65:14, 67:6, 67:9, 67:14, 69:2, 69:5, 70:14, 76:7, 76:10, 77:3,
77:4, 79:19, 80:3, 80:8, 80:11, 80:24, 81:24, 82:3, 82:7, 86:25, 87:12, 87:20, 108:16
**area** [13] - 17:11, 18:25, 28:10, 28:15, 28:16, 35:21, 73:18, 73:21, 74:2, 74:3, 74:8, 74:16, 74:19
**arise** [1] - 72:9
**Aronica** [3] - 27:11, 27:14, 42:23
**ARONICA** [1] - 1:11
**array** [9] - 43:8, 44:18, 44:24, 45:5, 46:2, 60:23, 60:24, 61:9, 61:11
**arrays** [1] - 60:21
**arrest** [2] - 35:15, 39:9
**arrested** [1] - 83:12
**articles** [1] - 29:5
**assign** [1] - 41:21
**assigned** [5] - 13:9, 15:23, 41:13, 41:14, 42:2
**assistance** [1] - 41:20
**assisting** [1] - 64:9
**associate** [1] - 98:8
**assume** [1] - 10:10
**assumed** [1] - 9:20
**attached** [1] - 32:16
**attorney** [5] - 91:20, 99:17, 99:21, 99:24, 100:4
**Attorney** [4] - 2:5, 2:14, 12:14, 91:16
**Attorney's** [2] - 91:6, 91:10
**authored** [1] - 86:17
**authorized** [1] - 3:11
**available** [2] - 20:11, 83:9
**Avenue** [1] - 78:16
**average** [2] - 39:15, 39:16
**aware** [4] - 18:22, 28:5, 28:13, 37:23

## B

**Bailey** [1] - 73:18
**band** [2] - 33:19, 33:25
**bar** [1] - 34:22
**based** [5] - 62:17, 63:18, 64:8, 91:19, 102:2
**basic** [1] - 7:12
**basket** [2] - 30:12, 30:13
**Bates** [8] - 22:3, 46:22, 47:13, 50:9, 61:22, 68:24, 68:25, 77:19
**became** [3] - 10:17, 10:23, 11:6
**become** [1] - 28:5
**beforehand** [2] - 83:12, 101:25
**beginning** [3] - 14:7, 16:9, 90:25
**below** [1] - 86:19
**better** [1] - 73:25
**between** [4] - 3:5, 6:24, 16:8, 94:22
**big** [3] - 16:24, 33:20, 73:3
**Birchfield's** [7] - 34:19, 34:21, 34:25, 35:5, 35:13, 35:16, 35:20
**bit** [2] - 45:11, 92:3
**Black** [1] - 79:14
**blood** [1] - 106:17
**board** [1] - 18:3
**boards** [1] - 17:23
**body** [3] - 85:10, 85:15, 85:19
**BOHAN** [1] - 1:7
**Bohen** [2] - 23:9, 23:22
**BOHEN** [1] - 23:9
**Bohen's** [1] - 24:6
**book** [9] - 31:16, 31:19, 31:21, 32:13, 32:23, 33:6, 33:8, 46:12, 51:14
**books** [4] - 33:24, 34:9, 46:8, 46:15
**born** [2] - 74:24, 75:7
**bottom** [7] - 21:11, 21:14, 22:4, 72:20, 81:18, 84:17, 85:11
**box** [1] - 36:10
**boyfriend** [1] - 81:10
**Bradley** [1] - 40:8
**Brady** [2] - 8:15, 8:19
**Bratos** [1] - 24:7
**BRATOS** [1] - 24:8
**break** [1] - 58:6
**breakdown** [1] - 24:7
**breakfast** [2] - 40:16, 41:9
**broken** [2] - 15:15, 101:14
**brought** [1] - 14:21
**Buffalo** [27] - 4:15, 6:22, 7:5, 7:10, 9:19, 13:12, 13:13, 15:3, 28:16, 28:25, 34:18, 35:18, 38:6, 39:12, 40:17, 43:13, 57:8, 58:23, 59:20, 64:25, 73:14, 74:20, 74:23, 75:4, 75:8, 78:17, 83:12
**BUFFALO** [2] - 1:7, 2:12
**building** [3] - 6:12, 19:7, 23:11
**bulletin** [2] - 17:23, 18:3
**bunch** [1] - 47:14
**Bureau** [2] - 85:9, 87:15
**bureau** [3] - 43:17, 76:3, 87:19
**burglaries** [1] - 13:6
**BY** [7] - 2:9, 2:18, 4:6, 47:6, 100:15, 101:8, 107:5

## C

**cabinets** [1] - 18:13
**Calhoun** [4] - 87:15, 87:18, 88:10, 88:22
**Calhoun's** [1] - 88:4
**camera** [1] - 20:11
**Captain** [2] - 27:18, 27:19
**captain** [2] - 27:20, 27:21
**car** [3] - 54:12, 83:21, 83:25
**cardboard** [1] - 45:13
**care** [1] - 9:3
**cars** [1] - 84:4
**case** [17] - 18:14, 21:22, 24:15, 24:16, 24:17, 25:12, 25:14, 29:14, 37:14, 41:13, 41:23, 41:25, 42:11, 57:23, 91:12, 97:2, 99:16
**cases** [6] - 5:6, 5:9, 5:13, 18:23, 26:4, 39:8
**Cash** [8] - 69:3, 69:21, 70:8, 79:5, 79:10, 79:22, 80:2, 80:8
**categories** [1] - 36:11
**CERTIFICATE** [1] - 106:2
**certify** [2] - 106:9, 106:15
**chain** [1] - 40:15
**change** [4] - 59:11, 59:15, 60:7, 102:12
**CHANGE/REASON** [1] - 104:5
**changed** [2] - 45:11, 95:23
**changes** [2] - 102:19, 102:20
**charge** [2] - 29:16, 42:6
**CHARLES** [1] - 1:10
**Charles** [1] - 27:10
**check** [2] - 30:24, 84:3
**CHELLA** [1] - 1:10
**Chella** [10] - 26:8, 26:11, 26:18, 26:22, 63:24, 64:4, 64:9, 75:22, 86:5, 88:9
**Chelsea** [3] - 74:9, 74:11, 74:15
**Chief** [2] - 27:17, 27:19
**chief** [6] - 15:8, 15:11, 17:4, 17:9, 27:22, 41:24
**CHIEF** [1] - 1:11
**children** [1] - 81:13
**choice** [1] - 88:13
**choose** [1] - 43:24
**choosing** [1] - 44:2
**chose** [1] - 44:19
**chunk** [1] - 73:3
**circle** [1] - 18:19
**CITY** [2] - 1:7, 2:12
**city** [2] - 75:2, 75:11
**civil** [2] - 5:6, 27:20
**classes** [1] - 11:10
**classroom** [1] - 13:25

**clear** [3] - 8:22, 34:8, 99:13
**clearance** [3] - 39:2, 39:7, 39:11
**cleared** [1] - 39:9
**clearly** [1] - 6:7
**close** [2] - 74:14, 74:18
**closest** [1] - 19:23
**COB** [2] - 47:13, 50:9
**COB1003** [3] - 53:20, 53:24, 107:24
**COB110** [3] - 55:25, 56:2, 108:10
**COB181** [3] - 51:13, 51:17, 107:18
**COB183** [3] - 55:16, 55:18, 108:9
**COB203** [3] - 51:24, 52:4, 107:19
**COB215** [3] - 52:10, 52:13, 107:20
**COB217** [3] - 52:19, 52:20, 107:21
**COB22** [3] - 46:22, 47:3, 107:10
**COB224** [3] - 54:7, 54:9, 108:6
**COB226** [3] - 53:2, 53:4, 107:22
**COB23** [3] - 47:15, 47:24, 107:11
**COB27** [3] - 48:6, 48:11, 107:12
**COB31** [3] - 48:17, 48:24, 107:13
**COB35** [3] - 49:7, 49:12, 107:14
**COB36** [3] - 49:20, 49:23, 107:15
**COB38** [3] - 56:8, 56:11, 108:11
**COB40** [2] - 50:11, 107:16
**COB63** [3] - 55:6, 55:8, 108:8
**COB65** [3] - 56:17, 56:19, 108:12
**COB73** [3] - 54:16, 54:20, 108:7
**COB856** [3] - 53:10, 53:12, 107:23
**COB93** [3] - 50:17, 50:22, 107:17
**cocaine** [2] - 73:3, 73:4
**coffee** [1] - 41:9
**collection** [2] - 34:8, 57:17
**coming** [1] - 87:19
**communications** [1] - 28:7
**company** [2] - 14:20, 14:24
**compared** [1] - 39:14
**composite** [1] - 36:3
**computer** [1] - 36:6
**computers** [3] - 17:16,

17:20, 19:21
**conduct** [1] - 10:5
**confer** [1] - 98:7
**confession** [1] - 20:12
**confused** [1] - 93:16
**consider** [1] - 94:15
**considered** [1] - 74:3
**Constantino** [5] - 25:22, 25:25, 26:5, 42:22, 43:4
**CONSTANTINO** [1] - 1:9
**continued** [1] - 108:3
**continuously** [3] - 16:2, 16:11, 74:23
**contradict** [1] - 88:6
**conversation** [3] - 92:24, 94:22, 95:9
**convicted** [1] - 37:24
**Conwell** [2] - 15:9, 15:10
**copy** [6] - 30:25, 68:25, 78:2, 102:15, 102:25, 103:4
**corner** [4] - 21:12, 21:14, 22:4, 50:18
**CORPORATION** [1] - 2:13
**correct** [28] - 36:2, 38:22, 44:3, 59:20, 66:11, 66:17, 67:11, 72:8, 73:6, 74:22, 77:14, 77:23, 78:10, 79:4, 79:11, 79:18, 80:23, 81:5, 81:8, 81:23, 82:2, 86:6, 86:10, 86:22, 89:13, 91:18, 97:12, 101:25
**corrections** [2] - 95:12, 95:16
**corresponds** [1] - 63:19
**CORY** [1] - 1:4
**Cory** [9] - 29:2, 29:6, 29:10, 37:5, 37:10, 37:14, 37:15, 91:12, 97:4
**counsel** [5] - 3:5, 26:15, 26:17, 26:23, 28:7
**COUNSEL'S** [1] - 2:13
**country** [1] - 39:17
**COUNTY** [1] - 106:5
**couple** [3] - 4:23, 17:17, 21:4
**COURT** [1] - 1:2
**court** [4] - 6:7, 6:14, 18:23, 58:8
**cover** [2] - 45:16, 45:18
**crack** [2] - 73:4, 73:8
**create** [1] - 77:16
**created** [4] - 37:2, 91:7, 100:19, 100:24
**creating** [1] - 44:23
**crept** [1] - 77:19
**crime** [1] - 74:3
**crimes** [1] - 13:3
**criminal** [2] - 9:11, 37:14
**cross** [2] - 99:7, 102:19
**cross-examined** [2] - 99:7, 102:19

**custody** [1] - 29:7

# D

**dark** [1] - 57:4
**Dartmouth** [2] - 73:11, 74:15
**date** [52] - 22:16, 28:7, 46:23, 47:5, 47:17, 48:13, 48:19, 49:2, 49:14, 49:25, 50:13, 50:24, 51:19, 52:6, 52:15, 52:22, 53:6, 53:14, 54:2, 54:11, 54:22, 55:10, 55:20, 56:4, 56:13, 56:21, 61:20, 66:4, 67:25, 69:2, 69:5, 69:7, 70:17, 71:2, 75:21, 76:6, 76:10, 77:3, 78:6, 79:19, 80:10, 80:21, 81:25, 82:5, 82:11, 82:17, 84:12, 86:2, 87:7, 97:10, 108:16
**dated** [5] - 47:19, 48:7, 80:8, 80:24, 87:11
**days** [5] - 19:19, 21:4, 23:17, 26:12, 39:25
**dead** [1] - 63:13
**dealing** [1] - 72:15
**DeBowes** [8] - 65:5, 65:8, 71:6, 71:19, 72:22, 76:2, 76:18, 77:2
**decide** [2] - 42:10, 44:16
**default** [1] - 41:17
**defendant** [2] - 2:14, 9:11
**defendants** [1] - 12:10
**Defendants** [1] - 1:12
**Delavan** [5] - 73:19, 74:6, 74:9, 74:11, 74:15
**DELAVAN** [1] - 74:6
**Delaware** [3] - 78:16, 78:18, 78:19
**Department** [12] - 4:16, 6:22, 7:5, 7:11, 9:19, 14:10, 15:4, 34:18, 35:19, 43:13, 57:8, 59:20
**DEPARTMENT** [1] - 2:12
**department** [1] - 37:18
**departmental** [1] - 62:6
**departments** [1] - 14:22
**deposition** [12] - 1:17, 3:10, 3:15, 4:20, 5:19, 57:13, 90:25, 96:2, 97:14, 97:19, 106:11, 106:13
**depositions** [5] - 4:25, 5:5, 5:8, 5:12, 5:17
**describe** [2] - 31:18, 73:20
**described** [2] - 68:21, 101:13
**description** [3] - 43:18, 79:10, 79:13
**designation** [1] - 42:9
**desk** [6] - 17:13, 17:23,

30:11, 30:12, 33:11, 33:19
**desks** [3] - 16:25, 17:7, 19:21
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:10
**Detective** [41] - 4:13, 16:7, 23:9, 24:15, 24:20, 25:3, 25:6, 25:15, 25:21, 25:25, 26:5, 26:11, 26:17, 26:22, 26:25, 27:7, 27:10, 27:14, 62:11, 63:23, 63:24, 66:11, 66:13, 66:18, 68:9, 69:24, 71:9, 75:23, 78:8, 78:13, 79:5, 81:4, 84:19, 86:4, 86:5, 90:5, 90:8, 100:19, 101:10, 101:21, 102:3
**detective** [28] - 4:16, 4:19, 10:17, 10:23, 11:6, 12:13, 12:24, 12:25, 13:15, 13:20, 16:6, 17:6, 19:6, 24:11, 26:7, 36:19, 36:24, 37:10, 40:20, 42:5, 42:20, 43:7, 48:3, 49:3, 58:22, 90:2, 98:23, 98:24
**Detectives** [2] - 64:8, 88:9
**detectives** [5] - 14:5, 15:7, 15:14, 63:23, 75:22
**determine** [1] - 83:21
**determining** [1] - 83:25
**deviated** [1] - 68:10
**different** [17] - 6:25, 14:22, 19:18, 23:16, 31:12, 31:20, 35:11, 36:11, 36:13, 36:14, 36:15, 36:16, 38:21, 60:9, 61:5, 61:10
**difficult** [1] - 84:6
**discuss** [5] - 25:9, 26:13, 26:21, 28:3, 91:15
**discussed** [5] - 25:14, 29:13, 60:20, 64:3, 74:16
**discussion** [1] - 90:15
**dishonest** [1] - 5:14
**disputes** [1] - 72:9
**district** [5] - 91:20, 99:17, 99:20, 99:23, 100:3
**DISTRICT** [2] - 1:2, 1:2
**District** [5] - 12:14, 78:19, 91:6, 91:10, 91:15
**division** [1] - 63:12
**DMV** [1] - 84:3
**document** [21] - 21:12, 46:22, 47:12, 47:13, 47:22, 47:24, 49:7, 54:17, 69:4, 70:22, 77:22, 84:18, 84:22, 86:3, 86:14, 96:5, 108:16
**documents** [12] - 22:6, 23:4, 40:4, 42:14, 57:14, 57:17, 57:23, 58:3, 82:12, 82:18, 96:18
**dollars** [1] - 72:23
**done** [4] - 7:22, 13:3, 22:23, 69:23

**down** [7] - 6:7, 33:16, 71:17, 79:10, 81:7, 81:18, 98:9

**downtown** [1] - 78:20

**drawing** [1] - 36:3

**drink** [1] - 95:7

**Drive** [1] - 4:11

**drove** [2] - 83:22, 83:25

**drug** [2] - 71:20, 72:9

**drugs** [2] - 71:24, 72:15

**duly** [2] - 4:3, 106:12

**during** [17] - 7:16, 7:23, 8:7, 9:15, 12:2, 12:6, 16:15, 17:24, 36:23, 37:9, 41:15, 41:17, 43:6, 58:22, 72:9, 77:12, 98:24

### E

**eight** [3] - 24:24, 31:24, 31:25

**either** [1] - 16:18

**end** [1] - 30:14

**enforcement** [3] - 7:2, 7:8, 8:16

**enter** [1] - 30:7

**Epps** [44] - 22:12, 22:14, 29:3, 29:6, 29:10, 37:5, 37:10, 37:15, 61:16, 61:18, 62:2, 65:24, 66:2, 66:5, 67:21, 67:23, 70:21, 70:24, 77:20, 78:4, 80:14, 80:15, 80:19, 84:8, 84:10, 85:23, 85:24, 87:3, 87:5, 91:12, 97:4, 107:9, 108:13, 108:14, 108:15, 108:17, 108:18, 108:19, 108:20, 108:21, 108:22

**EPPS** [1] - 1:4

**Epps'** [1] - 37:14

**ERRATA** [1] - 104:3

**established** [1] - 25:2

**estimate** [1] - 24:25

**eventually** [3] - 10:17, 30:13, 33:20

**evidence** [6] - 8:20, 8:21, 9:9, 9:10, 11:25, 12:9

**exact** [4] - 11:2, 38:12, 38:16, 94:21

**exactly** [1] - 5:21

**EXAMINATION** [4] - 4:5, 100:14, 101:7, 107:5

**examined** [2] - 99:7, 102:19

**example** [3] - 15:16, 16:2, 18:8

**except** [1] - 3:6

**excessive** [1] - 5:9

**excluded** [1] - 43:23

**exculpatory** [4] - 9:9, 11:24, 12:7, 12:15

**excuse** [1] - 60:2

**Exhibit** [161] - 22:13, 22:15, 22:18, 47:4, 47:8, 47:12, 47:16, 48:4, 48:10, 48:12, 48:15, 48:25, 49:4, 49:11, 49:13, 49:18, 49:24, 50:3, 50:10, 50:12, 50:15, 50:21, 50:23, 51:5, 51:18, 51:22, 52:3, 52:5, 52:8, 52:12, 52:14, 52:17, 52:21, 52:24, 53:3, 53:5, 53:8, 53:11, 53:13, 53:18, 53:23, 53:25, 54:5, 54:8, 54:10, 54:14, 54:19, 54:21, 55:4, 55:7, 55:9, 55:14, 55:17, 55:19, 55:23, 56:3, 56:6, 56:10, 56:12, 56:15, 56:18, 56:20, 56:23, 56:25, 61:17, 61:19, 62:4, 65:25, 66:3, 66:7, 67:22, 67:24, 68:2, 68:21, 68:23, 69:6, 69:17, 70:25, 71:3, 71:12, 75:14, 75:18, 76:6, 76:9, 76:16, 76:17, 76:25, 77:3, 77:24, 78:2, 78:5, 79:18, 79:19, 79:25, 80:7, 80:20, 84:9, 84:11, 84:14, 85:12, 85:23, 85:25, 87:4, 87:6, 87:8, 90:20, 91:2, 91:3, 91:7, 91:11, 91:19, 91:23, 92:4, 92:19, 93:6, 94:8, 94:17, 94:21, 95:2, 95:13, 95:25, 96:5, 96:18, 97:9, 97:16, 97:21, 107:9, 107:10, 107:11, 107:12, 107:13, 107:14, 107:15, 107:16, 107:17, 107:18, 107:19, 107:20, 107:21, 107:22, 107:23, 107:24, 108:6, 108:7, 108:8, 108:9, 108:10, 108:11, 108:12, 108:13, 108:14, 108:15, 108:16, 108:17, 108:18, 108:19, 108:20, 108:21, 108:22, 108:23

**EXHIBIT** [2] - 107:8, 108:5

**exhibits** [1] - 57:24

**Exhibits** [3] - 76:22, 100:16, 100:18

**exonerated** [1] - 29:11

**experience** [1] - 30:4

**explanation** [2] - 80:12, 89:11

**extra** [1] - 16:20

**eyes** [2] - 36:13, 36:15

### F

**face** [3] - 36:12, 36:16, 36:25

**fact** [4] - 71:11, 72:14, 72:16, 83:11

**facts** [1] - 91:15

**fair** [14] - 17:18, 57:13, 60:11, 64:7, 72:3, 75:6, 82:21, 89:6, 91:5, 98:6, 98:23, 99:11, 101:20, 102:8

**fairly** [1] - 39:14

**familiar** [4] - 29:4, 36:18, 75:10, 101:21

**Family** [4] - 40:11, 40:13, 40:18, 40:23

**far** [4] - 16:21, 30:3, 36:12, 78:19

**father** [1] - 81:12

**FBI** [2] - 14:16, 14:22

**few** [2] - 5:18, 81:7

**fights** [2] - 35:10, 35:12

**File** [2] - 47:19, 63:18

**file** [18] - 18:13, 18:14, 18:16, 21:8, 29:14, 29:22, 29:24, 30:5, 30:8, 30:14, 37:22, 38:4, 45:13, 57:23, 62:24, 63:6, 63:15, 65:20

**files** [2] - 18:12, 29:17

**filing** [1] - 3:14

**fill** [1] - 44:20

**fillers** [9] - 43:12, 43:24, 44:2, 44:10, 44:20, 59:23, 60:14, 60:23, 61:6

**filling** [3] - 96:17, 96:19, 97:2

**Fillmore** [1] - 67:2

**final** [1] - 36:25

**fine** [1] - 82:14

**finish** [1] - 98:17

**finished** [2] - 5:25, 92:21

**first** [7] - 5:20, 10:18, 14:3, 28:5, 37:4, 45:12, 60:13

**five** [1] - 14:4

**five-day** [1] - 14:4

**flip** [1] - 50:6

**follow** [1] - 101:5

**follow-up** [1] - 101:5

**follows** [1] - 4:4

**food** [1] - 58:10

**force** [1] - 5:10

**forget** [1] - 19:17

**forgot** [1] - 24:9

**form** [31] - 3:7, 8:14, 18:11, 25:17, 34:3, 39:5, 44:21, 45:7, 57:2, 57:7, 59:8, 61:3, 61:12, 68:14, 68:18, 70:6, 70:20, 72:6, 72:12, 72:18, 73:23, 77:8, 88:12, 88:17, 89:5, 89:8, 89:19, 94:18, 95:3, 97:2, 98:3

**formal** [1] - 64:24

**formally** [1] - 42:19

**forth** [1] - 106:11

**four** [6] - 15:17, 15:19, 15:21, 23:15, 31:24, 38:21

**frequently** [2] - 16:14,

16:16

**friend** [1] - 65:9

**front** [2] - 57:20, 75:15

**full** [2] - 33:9, 33:12

**FURTHER** [3] - 3:9, 3:13, 101:7

### G

**G-i-a-r-d-i-n-a** [1] - 4:9

**general** [6] - 28:16, 70:18, 74:19, 91:14, 96:24, 96:25

**generally** [2] - 18:22, 102:4

**Giardina** [3] - 4:8, 71:9, 107:6

**GIARDINA** [5] - 1:9, 1:18, 4:2, 105:9, 106:10

**girl** [1] - 73:11

**girlfriend** [3] - 65:8, 65:15, 65:18

**given** [4] - 38:21, 95:11, 102:15, 106:14

**graduate** [1] - 6:19

**grand** [2] - 99:3, 99:8

**great** [1] - 6:18

**Green** [1] - 4:11

**ground** [1] - 5:18

**group** [11] - 14:16, 16:4, 16:10, 23:16, 24:6, 24:10, 46:6, 59:18, 64:5, 64:9, 101:16

**groups** [5] - 15:17, 15:19, 15:21, 23:15, 101:14

**grow** [1] - 74:20

**guess** [5] - 40:16, 58:8, 60:8, 60:11, 78:19

**guys** [1] - 58:10

### H

**hairstyles** [1] - 36:16

**hall** [1] - 19:17

**hand** [4] - 21:12, 21:14, 22:4, 50:18

**handled** [1] - 14:20

**handling** [1] - 36:20

**handwriting** [25] - 47:7, 48:4, 48:14, 49:4, 49:17, 50:3, 50:7, 50:15, 51:5, 51:22, 52:8, 52:17, 52:24, 53:8, 53:17, 54:4, 54:14, 54:18, 55:4, 55:14, 55:22, 56:6, 56:14, 56:23, 58:2

**handwritten** [7] - 30:17, 30:18, 30:20, 30:25, 31:2, 46:23, 70:3

**hang** [1] - 41:4

**hard** [2] - 57:3, 103:4

**HBO** [2] - 85:5, 85:8

**head** [1] - 6:6

**hear** [3] - 34:19, 82:4, 82:8
**heard** [3] - 37:7, 37:8, 37:15
**hearing** [2] - 82:23, 97:4
**heavy** [3] - 44:4, 45:13, 79:14
**held** [2] - 7:7, 90:15
**hello** [2] - 4:14, 24:2
**help** [4] - 16:19, 16:21, 42:3
**hereby** [1] - 106:9
**HEREBY** [1] - 3:4
**hereinbefore** [1] - 106:11
**hereto** [1] - 3:6
**high** [5] - 6:19, 38:13, 38:14, 39:14, 74:3
**highest** [1] - 38:14
**hmm** [1] - 55:12
**Hoffman** [1] - 90:6
**hold** [3] - 6:25, 22:9, 45:21
**holding** [1] - 14:8
**holes** [1] - 49:7
**homicide** [38] - 13:4, 13:23, 13:24, 15:5, 16:23, 18:10, 18:18, 18:23, 19:23, 27:22, 31:12, 32:5, 32:7, 34:4, 36:23, 39:12, 41:11, 41:17, 41:21, 42:5, 42:7, 43:7, 58:23, 63:12, 65:2, 72:5, 72:11, 72:17, 76:3, 77:12, 83:7, 83:20, 87:19, 96:23, 98:24, 100:4, 101:12
**Homicide** [3] - 85:9, 87:15, 96:14
**homicides** [5] - 18:5, 38:5, 38:15, 38:24, 39:11
**hours** [4] - 41:2, 41:7, 76:13, 102:8
**HUGGINS** [72] - 2:18, 8:14, 12:3, 18:11, 21:16, 21:19, 25:17, 26:14, 34:3, 39:5, 45:7, 46:25, 47:22, 47:25, 48:8, 48:21, 49:9, 49:21, 50:5, 50:25, 51:8, 51:12, 51:15, 51:25, 53:21, 54:23, 55:11, 57:22, 58:14, 58:17, 59:8, 61:3, 61:12, 61:21, 66:5, 68:14, 68:18, 69:8, 69:11, 69:15, 70:6, 70:20, 72:6, 72:12, 72:18, 73:23, 76:21, 77:8, 77:21, 80:16, 82:10, 82:16, 82:20, 82:25, 88:12, 88:17, 89:5, 89:8, 89:19, 90:11, 90:16, 90:22, 93:23, 94:18, 95:3, 96:8, 97:11, 98:3, 98:16, 100:15, 101:3, 102:24
**Huggins** [1] - 107:6
**hung** [1] - 79:7
**hunt** [1] - 98:9

**I**

**identification** [41] - 22:16, 43:9, 43:17, 45:2, 45:6, 46:9, 46:13, 47:4, 47:16, 48:12, 48:25, 49:13, 49:24, 50:12, 50:23, 51:18, 52:5, 52:14, 52:21, 53:5, 53:13, 53:25, 54:10, 54:21, 55:9, 55:19, 56:3, 56:12, 56:20, 61:19, 66:3, 67:24, 69:6, 70:25, 78:5, 80:21, 84:11, 85:25, 87:6, 89:3, 97:9
**identifications** [1] - 10:8
**identified** [7] - 43:23, 59:3, 59:22, 60:3, 60:12, 60:14, 61:9
**identify** [13] - 21:13, 59:6, 59:14, 61:14, 61:15, 62:4, 66:7, 68:2, 69:17, 71:3, 84:14, 87:8, 96:4
**identikit** [1] - 35:24
**identikits** [3] - 18:9, 36:20, 36:25
**importance** [1] - 99:12
**in-person** [2] - 7:19, 8:2
**inaccurate** [2] - 91:25, 97:23
**inches** [2] - 31:25
**incident** [1] - 21:4
**independent** [2] - 40:4, 68:19, 71:14
**INDEX** [2] - 107:3, 108:3
**indicate** [4] - 62:16, 63:6, 65:13, 78:12
**indicates** [2] - 71:23, 81:19
**individual** [1] - 37:5
**individually** [1] - 46:5
**informally** [3] - 42:10, 42:12, 42:19
**information** [13] - 12:7, 12:8, 12:15, 17:24, 18:15, 64:8, 65:7, 72:4, 91:19, 93:4, 94:7, 94:11, 94:15
**initial** [1] - 20:21
**innocent** [1] - 9:12
**inside** [1] - 78:17
**instance** [5] - 44:24, 60:18, 60:21, 89:20, 102:5
**instances** [8] - 12:12, 29:23, 32:12, 44:8, 44:12, 59:2, 77:10, 99:6
**instead** [1] - 88:10
**instruction** [2] - 7:17, 8:9
**instructions** [1] - 7:20
**interdepartmental** [1] - 62:7
**interest** [3] - 82:23, 83:7, 83:20
**interested** [1] - 106:18

**interrogate** [1] - 19:13
**interrogation** [3] - 19:3, 19:11, 19:22
**intersection** [2] - 74:9, 74:14
**interview** [12] - 20:6, 20:12, 20:23, 67:17, 69:3, 69:20, 69:23, 70:11, 71:15, 77:11, 87:23, 94:12
**interviewed** [3] - 21:6, 77:15, 88:10
**interviews** [2] - 21:2, 22:23
**investigate** [1] - 41:18
**investigates** [1] - 13:2
**investigating** [2] - 42:4, 42:7
**investigation** [16] - 20:19, 20:22, 22:24, 23:6, 35:3, 37:25, 41:11, 42:21, 64:10, 72:5, 72:17, 77:12, 83:2, 83:4, 83:7, 83:20
**investigations** [1] - 18:18
**involved** [2] - 71:20, 72:15
**involvement** [1] - 37:13
**involves** [2] - 69:3, 69:20
**involving** [1] - 11:24
**IS** [3] - 3:4, 3:9, 3:13
**issues** [1] - 35:11
**IT** [3] - 3:4, 3:9, 3:13
**itself** [3] - 33:17, 45:20, 86:14

**J**

**Jacqueline** [1] - 40:8
**JAMES** [5] - 1:9, 1:17, 4:2, 105:9, 106:10
**James** [3] - 4:8, 71:9, 107:6
**January** [5] - 1:13, 28:11, 104:2, 107:2, 108:2
**JENNIE** [1] - 106:22
**Jennie** [2] - 1:19, 106:7
**job** [7] - 11:13, 11:14, 11:15, 11:16, 11:19, 11:23, 12:6
**John** [3] - 23:9, 23:22, 24:6
**JOHN** [1] - 1:7
**join** [1] - 6:21
**joined** [1] - 10:19
**JOSEPH** [1] - 1:11
**jump** [1] - 92:3
**jumping** [1] - 5:25
**jury** [2] - 99:4, 99:8

**K**

**keep** [5] - 5:22, 32:6, 33:18, 75:14, 75:17
**keeping** [1] - 29:17
**Kensington** [6] - 73:18,

73:21, 74:2, 74:12, 78:22
**kept** [3] - 29:19, 29:21, 35:19
**key** [1] - 99:19
**killed** [3] - 81:24, 82:3, 82:6
**kind** [5] - 7:21, 9:2, 83:21, 83:25, 89:6
**knowledge** [2] - 73:2, 102:3

**L**

**L-a-n-c** [1] - 31:10
**Lanc** [1] - 31:9
**larcenies** [1] - 13:6
**large** [2] - 72:23, 72:25
**last** [13] - 23:21, 24:19, 25:5, 25:24, 26:2, 26:10, 26:18, 27:6, 27:9, 27:13, 27:15, 27:24, 72:21
**late** [4] - 15:3, 35:6, 36:7, 40:24
**law** [3] - 6:25, 7:8, 8:16
**LAW** [1] - 2:12
**lawsuit** [7] - 25:18, 25:19, 26:21, 28:3, 28:6, 28:13, 29:10
**lawyer** [1] - 22:3
**lead** [2] - 42:5, 42:20
**learned** [3] - 12:6, 29:10, 37:5
**least** [3] - 4:24, 24:3, 82:22
**leave** [1] - 58:7, 81:20, 94:16
**left** [8] - 12:22, 34:2, 34:4, 34:6, 48:19, 48:20, 50:18, 100:11
**left-hand** [1] - 50:18
**legal** [3] - 31:21, 31:22
**legs** [2] - 58:13, 58:15
**Lehman** [1] - 90:9
**lieutenant** [5] - 15:8, 15:9, 17:3, 17:8, 41:25
**light** [1] - 79:14
**likely** [4] - 89:14, 89:24, 89:25, 93:2
**lines** [1] - 81:7
**lineup** [12] - 7:18, 7:19, 7:21, 8:2, 8:10, 11:17, 11:21, 59:3, 59:5, 59:21, 60:13, 61:2
**lineups** [2] - 10:5, 58:24
**listed** [5] - 76:6, 86:9, 86:19, 86:22, 88:3
**live** [1] - 28:16
**lived** [1] - 74:23
**lives** [1] - 73:11
**living** [1] - 75:8
**local** [4] - 14:21, 28:18, 28:21, 34:22
**location** [1] - 60:10

**look** [16] - 18:8, 18:16, 44:6, 46:4, 46:17, 51:8, 56:8, 56:17, 59:24, 72:20, 75:18, 79:25, 86:8, 87:3, 90:19, 91:23

**looked** [4] - 34:14, 57:14, 57:21, 57:22

**looking** [11] - 18:4, 40:3, 43:22, 65:20, 71:22, 76:9, 76:16, 81:15, 82:12, 82:17, 85:13

**looks** [11] - 21:24, 47:20, 52:10, 56:9, 57:3, 57:4, 57:9, 57:10, 91:8, 96:12

**low** [1] - 38:13

**lunch** [1] - 58:7

**Lyons** [2] - 16:7, 16:11

**M**

**machine** [1] - 30:21

**MAEVE** [1] - 2:18

**Maeve** [4] - 22:8, 58:8, 98:14, 100:12

**Main** [1] - 34:22

**main** [1] - 19:9

**male** [1] - 79:14

**man** [1] - 44:5

**Marigold** [3] - 63:25, 75:23, 86:25

**Marilyn** [1] - 31:9

**mark** [31] - 22:12, 46:25, 47:11, 47:25, 48:10, 49:6, 49:10, 50:10, 50:20, 52:12, 53:2, 53:11, 53:22, 54:7, 54:18, 55:7, 55:16, 55:25, 56:10, 56:18, 61:16, 65:24, 67:21, 68:23, 70:21, 77:24, 80:14, 84:8, 85:22, 87:4, 97:6

**MARK** [1] - 1:8

**Mark** [5] - 16:6, 25:3, 68:6, 69:8, 70:3

**marked** [36] - 22:15, 47:3, 47:16, 48:12, 48:25, 49:12, 49:24, 50:11, 50:23, 51:17, 52:4, 52:13, 52:20, 53:4, 53:12, 53:24, 54:9, 54:20, 55:9, 55:18, 56:2, 56:11, 56:19, 61:18, 66:2, 67:23, 69:2, 69:5, 70:25, 78:5, 80:20, 84:10, 85:24, 87:5, 97:9, 100:17

**marking** [1] - 48:23

**markings** [1] - 45:16

**marriage** [1] - 106:17

**Massechia** [4] - 27:2, 27:7, 42:23, 43:5

**MASSECHIA** [2] - 1:10, 27:4

**math** [1] - 92:14

**matter** [1] - 106:18

**mean** [11] - 21:16, 23:12, 23:24, 30:10, 39:7, 57:2, 60:2, 93:8, 93:24, 96:24, 100:21

**meaning** [7] - 6:14, 7:18, 9:10, 25:17, 36:25, 41:16, 100:23

**means** [3] - 39:3, 63:10, 63:13

**Means** [4] - 20:16, 22:23, 23:6, 96:23

**meet** [3] - 99:17, 99:20, 100:3

**meeting** [4] - 26:14, 68:20, 70:8, 91:9

**meetings** [1] - 26:16

**Melvin** [3] - 87:14, 87:18, 88:3

**memo** [11] - 31:16, 31:18, 32:13, 32:23, 33:5, 33:8, 33:15, 33:24, 34:8, 51:14, 62:7

**memorandum** [1] - 61:24

**memory** [2] - 86:24, 88:6

**met** [3] - 67:2, 79:21, 99:23

**method** [1] - 64:24

**Michael** [1] - 16:7

**middle** [5] - 28:11, 41:8, 69:12, 71:18, 71:22

**might** [11] - 9:10, 12:10, 26:3, 28:8, 33:21, 33:22, 42:23, 58:5, 94:8, 95:5, 100:6

**mind** [1] - 102:12

**mini** [1] - 31:23

**Minor** [9] - 24:12, 24:15, 24:20, 63:24, 64:4, 64:9, 75:23, 86:5, 88:9

**MINOR** [1] - 1:8

**minutes** [8] - 92:15, 92:17, 92:22, 93:5, 93:8, 93:12, 94:23, 98:11

**Miss** [3] - 79:5, 79:10, 80:8

**moment** [2] - 90:12, 98:7

**Montgomery** [5] - 37:21, 37:24, 83:16, 88:21, 89:16

**month** [3] - 7:16, 8:7, 28:9

**months** [3] - 7:15, 9:7, 9:15

**Morales** [2] - 42:23, 43:5

**morning** [2] - 4:13, 57:25

**most** [8] - 13:2, 16:12, 21:9, 30:3, 33:12, 44:14, 100:8, 101:18

**mostly** [1] - 11:14

**mouths** [2] - 36:12, 36:15

**move** [3] - 15:23, 42:25, 65:24

**moved** [1] - 75:2

**movement** [1] - 42:25

**MR** [28] - 4:6, 47:6, 48:9,

58:21, 61:23, 65:23, 66:6, 69:10, 69:14, 73:24, 76:23, 77:23, 80:17, 83:3, 89:21, 90:13, 90:18, 90:23, 97:6, 97:13, 98:6, 98:18, 98:21, 100:12, 101:5, 101:8, 102:22, 103:3

**MS** [71] - 8:14, 12:3, 18:11, 21:16, 21:19, 25:17, 26:14, 34:3, 39:5, 45:7, 46:25, 47:22, 47:25, 48:8, 48:21, 49:9, 49:21, 50:5, 50:25, 51:8, 51:12, 51:15, 51:25, 53:21, 54:23, 55:11, 57:22, 58:14, 58:17, 59:8, 61:3, 61:12, 61:21, 66:5, 68:14, 68:18, 69:8, 69:11, 69:15, 70:6, 70:20, 72:6, 72:12, 72:18, 73:23, 76:21, 77:8, 77:21, 80:16, 82:10, 82:16, 82:20, 82:25, 88:12, 88:17, 89:5, 89:8, 89:19, 90:11, 90:16, 90:22, 93:23, 94:18, 95:3, 96:8, 97:11, 98:3, 98:16, 100:15, 101:3, 102:24

**mug** [4] - 43:19, 45:17, 46:16

**mugshot** [2] - 83:13, 83:15

**multiple** [1] - 99:21

**murder** [7] - 22:23, 37:24, 42:15, 63:7, 63:15, 63:20, 82:24

**murdered** [3] - 20:15, 82:11, 82:17

**N**

**name** [18] - 4:7, 14:23, 20:15, 24:12, 29:2, 31:7, 31:9, 37:7, 37:10, 37:20, 38:4, 39:22, 40:7, 62:11, 63:4, 84:4, 96:8

**named** [6] - 26:7, 37:5, 42:15, 65:5, 71:24, 79:2

**narcotics** [10] - 10:14, 10:16, 10:19, 10:23, 11:7, 12:18, 12:22, 13:5, 37:9, 72:4

**national** [1] - 39:15

**natural** [1] - 58:6

**need** [3] - 6:4, 44:4, 58:6

**needed** [5] - 16:19, 41:21, 42:2, 43:18

**needs** [1] - 95:23

**neighborhood** [1] - 13:11

**never** [8] - 20:8, 30:4, 35:3, 36:9, 36:17, 46:10, 46:19

**NEW** [3] - 1:2, 106:3, 106:5

**new** [4] - 10:20, 29:19, 59:4, 59:18

**New** [5] - 1:21, 2:8, 2:17,

4:12, 106:9

**news** [2] - 28:19, 29:6

**News** [1] - 28:25

**next** [9] - 13:20, 19:5, 19:8, 48:6, 50:17, 51:13, 73:10, 93:22, 94:3

**Niagara** [1] - 2:15

**nice** [1] - 58:5

**nickname** [1] - 81:16

**night** [4] - 15:16, 15:25, 19:20, 41:8

**nights** [1] - 23:18

**none** [2] - 23:7, 40:6

**normal** [2] - 31:3, 95:19

**North** [2] - 13:13, 40:17

**nose** [1] - 36:12

**noses** [1] - 36:14

**Notary** [2] - 1:20, 106:8

**notation** [1] - 70:16

**note** [2] - 64:23, 66:19

**notebook** [1] - 32:6

**notebooks** [1] - 32:4

**noted** [1] - 103:5

**notes** [11] - 30:17, 30:18, 30:20, 31:2, 32:3, 32:7, 46:23, 62:18, 66:23, 68:11, 70:4

**nothing** [3] - 6:15, 20:21, 25:10

**notice** [2] - 1:19, 62:10

**number** [13] - 21:11, 21:14, 22:3, 33:16, 50:9, 61:22, 62:24, 63:6, 63:16, 77:19, 96:6, 96:11, 96:12

**Number** [2] - 47:19, 63:19

**numbers** [3] - 22:4, 38:12, 38:17

**NY** [2] - 2:8, 2:17

**NYPD** [1] - 14:17

**O**

**oath** [2] - 3:12, 99:14

**objections** [1] - 3:6

**occasions** [1] - 16:17

**occur** [1] - 99:24

**OF** [5] - 1:2, 1:7, 2:12, 106:3, 106:5

**off-the-record** [1] - 90:14

**Office** [4] - 85:9, 87:15, 91:7, 91:11

**office** [9] - 6:12, 17:4, 17:5, 19:9, 19:16, 23:11, 88:14, 100:2, 100:9

**OFFICE** [1] - 2:13

**officer** [8] - 3:11, 5:3, 9:21, 9:23, 10:4, 10:21, 75:4, 86:19

**officers** [4] - 16:14, 18:17, 41:4, 86:13

**offices** [4] - 16:23, 17:2, 17:9, 19:2
**official** [1] - 42:9
**OJT** [1] - 11:14
**old** [2] - 40:19, 43:19
**on-the-job** [6] - 11:13, 11:15, 11:16, 11:19, 11:23, 12:6
**once** [6] - 19:14, 26:3, 26:19, 27:15, 77:11, 100:5
**one** [43] - 13:16, 15:21, 16:24, 18:22, 19:10, 19:12, 19:14, 20:7, 20:9, 23:25, 24:23, 31:14, 32:6, 36:10, 36:17, 38:15, 39:24, 42:25, 46:24, 47:21, 48:6, 50:17, 51:13, 51:20, 54:3, 54:13, 55:21, 57:16, 62:14, 66:10, 68:24, 68:25, 69:14, 77:6, 77:20, 78:13, 86:9, 88:16, 89:2, 98:9, 98:16, 100:13, 101:5
**one's** [2] - 22:10, 68:5
**ones** [4] - 28:24, 31:23, 33:14, 89:15
**open** [5] - 17:7, 18:25, 40:23, 41:2, 41:7
**opportunity** [2] - 95:12, 97:15
**opposite** [2] - 23:10, 23:13
**oral** [1] - 70:10
**order** [2] - 29:19, 29:20
**otherwise** [1] - 58:12
**outcome** [1] - 106:18
**outing** [1] - 24:23
**outside** [3] - 14:10, 18:18, 26:22
**own** [5] - 17:9, 17:23, 58:2, 63:15, 66:23

**P**

**P-73** [11] - 62:9, 66:9, 66:25, 68:4, 69:19, 70:2, 77:16, 84:16, 85:3, 86:12, 87:10
**P-73s** [4] - 62:8, 66:14, 100:24, 101:22
**p.m** [3] - 76:14, 80:4, 103:5
**P93** [2] - 84:19, 84:23
**pad** [1] - 33:17
**pads** [1] - 31:22
**PAGE** [3] - 107:5, 107:8, 108:5
**Page** [3] - 50:7, 50:9, 86:8
**page** [13] - 46:21, 47:22, 47:23, 49:6, 50:6, 50:10, 51:14, 54:17, 70:22, 73:10, 77:21, 78:24, 92:10
**PAGE/LINE** [1] - 104:5

**pages** [10] - 32:13, 32:16, 32:21, 33:2, 33:5, 33:22, 33:23, 51:6, 51:9, 51:10
**PANOUSIERIS** [1] - 2:22
**paper** [1] - 45:14
**papers** [1] - 28:22
**paperwork** [2] - 21:8, 21:10
**paragraph** [2] - 69:13, 88:20
**parking** [1] - 57:6, 57:10, 57:11
**part** [8] - 12:17, 14:15, 15:4, 16:12, 64:4, 89:21, 94:13, 100:8
**participate** [1] - 58:24
**particular** [14] - 9:18, 10:15, 13:11, 14:16, 15:15, 15:22, 16:17, 17:11, 17:24, 32:4, 35:6, 36:19, 41:12, 45:24
**particularly** [2] - 84:6, 94:16
**parties** [2] - 3:6, 106:16
**patrol** [3] - 9:21, 9:22, 10:4
**pattern** [1] - 89:22
**Paul** [16] - 21:21, 42:15, 42:21, 63:4, 63:9, 63:19, 79:6, 81:9, 81:20, 81:24, 82:2, 82:6, 82:24, 83:2, 83:4, 85:19
**PDF** [2] - 103:2, 103:4
**people** [8] - 8:11, 14:21, 15:4, 17:19, 17:20, 42:25, 44:6, 59:13
**per** [1] - 69:11
**percent** [1] - 39:18
**percentage** [1] - 39:8
**performed** [1] - 70:17
**period** [6] - 7:24, 8:8, 9:18, 10:3, 16:15, 17:25
**Perkins** [4] - 40:11, 40:13, 40:18, 40:23
**person** [15] - 7:19, 8:2, 19:14, 24:9, 42:6, 43:22, 60:3, 60:14, 82:22, 83:6, 83:19, 86:15, 86:16, 95:20
**personal** [3] - 25:10, 35:4, 102:2
**personally** [1] - 10:5
**phone** [3] - 33:16, 64:13, 64:18
**photo** [14] - 43:8, 44:17, 44:23, 45:5, 46:2, 46:8, 46:12, 60:20, 60:22, 60:24, 61:9, 61:10, 88:21, 90:3
**photograph** [5] - 43:21, 54:12, 83:9, 89:3, 89:16
**photographic** [3] - 8:9, 10:7, 11:21
**photographs** [1] - 8:10
**photos** [2] - 43:12, 60:22

**phrase** [1] - 45:24
**physically** [2] - 100:21, 100:22
**picked** [1] - 44:9
**picture** [2] - 45:19, 46:4
**pictures** [3] - 44:15, 45:15, 46:7
**place** [9] - 8:10, 18:7, 30:13, 34:19, 35:4, 40:10, 41:3, 41:8, 45:21
**placed** [1] - 61:8
**Plaintiff** [1] - 1:5
**plaintiff** [2] - 1:18, 2:5
**plan** [2] - 17:7, 18:25
**PLLC** [1] - 2:4
**point** [3] - 15:11, 16:24, 17:15
**Police** [12] - 4:16, 6:22, 7:5, 7:11, 9:19, 14:10, 15:3, 34:18, 35:18, 43:13, 57:8, 59:20
**police** [4] - 5:2, 10:21, 41:3, 75:4
**pop** [1] - 8:23
**Pope** [21] - 21:22, 42:15, 42:21, 63:4, 63:7, 63:10, 63:19, 65:9, 71:20, 71:23, 72:22, 79:6, 81:9, 81:20, 81:24, 82:3, 82:6, 82:24, 83:2, 83:4, 96:23
**Pope's** [1] - 85:19
**popular** [1] - 41:3
**position** [3] - 9:18, 10:11, 13:21
**positions** [3] - 6:25, 7:8, 59:11
**possible** [5] - 76:17, 77:6, 77:13, 93:3, 94:20
**Post** [1] - 78:2
**Post-it** [1] - 78:2
**potential** [1] - 18:9
**potentially** [2] - 72:5, 99:20
**pounds** [1] - 79:15
**practice** [4] - 70:18, 83:8, 89:22, 91:15
**precinct** [11] - 12:24, 12:25, 13:3, 13:8, 13:10, 13:14, 13:20, 34:2, 40:19, 40:20, 46:12
**prefer** [1] - 102:25
**prep** [1] - 5:17
**prepares** [1] - 101:22
**preparing** [1] - 57:12
**presence** [1] - 26:22
**PRESENT** [1] - 2:21
**present** [1] - 8:20
**pretty** [1] - 57:4
**printout** [1] - 54:17
**problem** [2] - 35:21, 58:10
**problems** [1] - 35:8
**procedure** [9] - 30:19, 31:3,

33:18, 41:12, 60:8, 61:2, 68:10, 93:17, 95:19
**proceedings** [2] - 99:4, 99:8
**process** [1] - 45:4
**produce** [1] - 43:19
**prosecution** [3] - 9:10, 11:25, 12:2
**provide** [1] - 30:15
**provided** [10] - 57:18, 64:16, 70:14, 77:2, 80:2, 80:9, 87:22, 91:20, 93:4, 94:7
**provides** [1] - 79:10
**Public** [2] - 1:21, 106:8
**pull** [2] - 18:15, 96:2
**Pumpkin** [1] - 81:16
**purpose** [1] - 60:5
**purposes** [1] - 35:4
**pursuant** [1] - 1:18
**push** [1] - 58:9
**put** [19] - 29:19, 29:20, 29:24, 30:4, 30:11, 33:3, 33:10, 33:13, 43:7, 44:17, 45:15, 45:20, 57:20, 59:21, 60:22, 61:10, 64:23, 66:16, 95:10

**Q**

**quarter** [1] - 38:23
**questions** [11] - 5:20, 78:9, 78:25, 81:4, 92:18, 93:18, 94:9, 98:13, 100:7, 100:10, 102:23
**quick** [1] - 58:15
**quiz** [1] - 8:23

**R**

**rambling** [1] - 5:20
**ran** [2] - 23:25, 24:23
**range** [1] - 38:19
**Raniero** [1] - 26:25
**RANIERO** [1] - 1:10
**rank** [1] - 27:21
**rarely** [1] - 33:11
**rate** [2] - 39:7, 39:11
**rates** [1] - 39:2
**read** [2] - 28:21, 95:22
**reading** [4] - 22:21, 39:24, 42:16, 43:3
**really** [3] - 7:20, 26:13, 37:3
**reason** [6] - 68:8, 68:15, 88:8, 88:15, 88:25, 89:10
**receive** [4] - 7:17, 8:8, 11:12, 92:18
**received** [1] - 67:8
**recently** [1] - 34:15
**recess** [2] - 58:19, 98:19

**recognize** [30] - 29:2, 37:20, 39:22, 40:7, 46:6, 46:18, 47:7, 48:3, 48:14, 49:3, 49:17, 50:2, 50:7, 50:14, 51:4, 51:9, 51:21, 52:7, 52:16, 52:23, 53:7, 53:17, 54:4, 54:13, 55:3, 55:13, 55:22, 56:5, 56:14, 56:22

**recollection** [10] - 22:22, 23:5, 38:3, 40:5, 42:18, 68:20, 71:15, 85:19, 96:15, 100:24

**record** [19] - 4:7, 20:5, 58:21, 62:5, 64:20, 66:8, 68:3, 69:18, 71:4, 84:15, 87:9, 90:12, 90:14, 90:17, 97:18, 98:10, 98:22, 99:13, 106:13

**record's** [1] - 34:7

**recorder** [2] - 20:2, 20:4

**redacted** [1] - 69:12

**redid** [1] - 59:5

**reference** [3] - 84:19, 85:15, 86:12

**referring** [1] - 21:7

**refers** [3] - 73:7, 85:2, 85:10

**reflected** [1] - 93:5

**refresh** [2] - 85:18, 96:15

**refreshed** [1] - 22:22

**regard** [2] - 7:25, 9:14

**regarded** [1] - 32:21

**regarding** [5] - 7:18, 8:21, 32:18, 32:19, 79:2

**Reginald** [1] - 24:12

**REGINALD** [1] - 1:8

**registered** [1] - 84:5

**related** [2] - 25:11, 106:16

**relating** [1] - 32:7

**relatively** [1] - 39:16

**released** [1] - 29:6

**relevant** [3] - 72:4, 94:16, 95:9

**remain** [1] - 33:5

**remember** [36] - 5:16, 14:13, 14:15, 14:23, 15:7, 21:5, 24:5, 36:21, 37:6, 38:12, 39:18, 39:20, 40:10, 40:25, 42:14, 42:20, 45:10, 46:19, 60:18, 65:17, 67:5, 67:13, 67:16, 67:18, 70:7, 87:18, 88:18, 89:23, 91:9, 96:11, 96:17, 96:19, 96:25, 97:3, 100:18, 102:5

**reminded** [1] - 21:17

**remotely** [1] - 1:19

**repeat** [1] - 61:21

**Report** [1] - 96:14

**report** [22] - 29:18, 29:24, 29:25, 30:16, 30:21, 30:22,

30:23, 31:2, 31:3, 31:5, 31:8, 31:13, 32:9, 32:10, 32:17, 32:18, 32:21, 33:3, 33:14, 43:3, 64:23, 67:20

**reported** [1] - 1:19

**reporter** [2] - 6:7, 58:8

**Reporter** [36] - 1:20, 22:17, 47:5, 47:17, 48:13, 49:2, 49:14, 49:25, 50:13, 50:24, 51:19, 52:6, 52:15, 52:22, 53:6, 53:14, 54:2, 54:11, 54:22, 55:10, 55:20, 56:4, 56:13, 56:21, 61:20, 66:4, 67:25, 69:7, 71:2, 78:6, 80:22, 84:12, 86:2, 87:7, 97:10, 106:8

**reports** [3] - 29:19, 39:25, 42:17

**represent** [1] - 88:2

**reputation** [2] - 35:6, 37:17

**reserved** [1] - 3:7

**respect** [10] - 5:2, 8:16, 11:17, 11:20, 12:7, 22:5, 83:3, 91:11, 96:22, 97:4

**respective** [1] - 3:5

**response** [4] - 93:25, 94:2, 94:3, 94:5

**responses** [1] - 6:4

**Restaurant** [4] - 40:11, 40:14, 40:19, 40:23

**restaurant** [1] - 40:15

**result** [2] - 37:25, 72:10

**results** [1] - 36:24

**retire** [1] - 7:4

**retired** [3] - 4:15, 34:5, 34:9

**review** [3] - 97:15, 97:21, 102:16

**reviewed** [3] - 23:4, 42:13, 58:3

**Rickner** [2] - 107:6, 107:7

**RICKNER** [48] - 2:4, 2:9, 4:6, 21:18, 22:8, 25:19, 47:2, 47:6, 47:11, 47:23, 48:9, 48:22, 49:10, 49:22, 50:20, 51:3, 51:16, 52:2, 53:22, 54:24, 55:12, 58:16, 58:18, 58:21, 61:23, 65:23, 66:6, 69:10, 69:14, 73:24, 76:23, 77:23, 80:17, 83:3, 89:21, 90:13, 90:18, 90:23, 97:6, 97:13, 98:6, 98:18, 98:21, 100:12, 101:5, 101:8, 102:22, 103:3

**Riga** [4] - 15:12, 27:18, 27:19, 48:20

**RIGA** [1] - 1:11

**right-hand** [3] - 21:12, 21:14, 22:4

**rights** [1] - 5:6

**Rob** [1] - 48:8

**ROB** [1] - 2:9

**ROBERT** [1] - 1:10

**Robert** [1] - 26:8

**rock** [3] - 72:23, 72:25, 73:7

**Ronald** [2] - 65:5, 71:5

**Room** [1] - 2:16

**room** [5] - 16:25, 19:3, 19:11, 19:15, 19:22

**rotated** [2] - 15:18, 15:24

**roughly** [1] - 38:6

**rubber** [2] - 33:19, 33:25

**rules** [2] - 5:18, 6:13

**run** [1] - 32:13

**Russell** [11] - 37:20, 37:23, 71:24, 79:2, 79:6, 79:11, 81:20, 82:22, 83:16, 88:21, 89:16

## S

**saw** [3] - 25:7, 28:2, 81:20

**scheduling** [1] - 16:21

**school** [1] - 6:19

**screen** [1] - 22:9

**sealing** [1] - 3:14

**second** [5] - 50:5, 50:6, 65:22, 78:24, 92:10

**section** [3] - 43:2, 62:24, 85:11

**Section** [1] - 96:14

**sections** [1] - 71:19

**see** [36] - 18:8, 21:23, 22:10, 26:19, 29:5, 36:24, 44:25, 46:11, 46:17, 58:2, 59:6, 62:24, 63:25, 64:13, 65:11, 67:19, 71:9, 71:18, 71:23, 71:25, 76:7, 78:25, 79:23, 80:4, 84:4, 84:20, 85:6, 85:12, 85:16, 87:16, 87:24, 88:23, 91:24, 92:5, 92:12, 97:22

**seeing** [2] - 20:7, 46:19

**seek** [1] - 83:21

**seeking** [1] - 60:3

**selling** [1] - 72:3

**seminar** [5] - 14:4, 14:7, 14:8, 14:9

**seminars** [1] - 14:20

**sent** [1] - 57:24

**separate** [4] - 17:2, 17:4, 17:5, 78:21

**Sergeant** [3] - 63:24, 75:22, 86:4

**service** [2] - 14:19, 27:21

**set** [6] - 43:11, 44:4, 59:12, 79:14, 90:16, 106:11

**settings** [1] - 57:16

**seven** [1] - 24:24

**several** [3] - 57:14, 72:23, 102:8

**shape** [2] - 36:12

**shapes** [1] - 36:16

**sheet** [2] - 8:11, 56:9

**shift** [5] - 15:16, 15:25, 41:15, 41:17

**shifts** [1] - 15:15

**shootings** [2] - 35:10, 35:12

**short** [2] - 58:19, 98:19

**Shorthand** [2] - 1:20, 106:7

**shortly** [1] - 59:5

**shot** [1] - 45:17

**shots** [3] - 43:19, 43:20, 46:16

**show** [6] - 8:11, 9:11, 43:21, 45:18, 45:22, 89:2

**showed** [6] - 7:22, 18:4, 44:25, 45:19, 60:23, 60:25

**showing** [4] - 45:5, 46:2, 89:15, 100:17

**shown** [4] - 88:22, 90:2, 90:3, 100:16

**shows** [1] - 21:21

**shredded** [1] - 34:13

**shuffle** [2] - 59:22, 60:13

**sign** [5] - 30:6, 30:24, 31:4, 86:13, 102:16

**signatories** [1] - 86:9

**signed** [12] - 3:10, 22:19, 62:7, 62:14, 66:10, 66:18, 68:5, 69:8, 86:16, 90:21, 91:21, 95:13

**significant** [1] - 72:16

**signs** [1] - 95:17

**similar** [1] - 8:11

**single** [5] - 46:21, 49:6, 50:9, 51:14, 54:17

**single-page** [1] - 49:6

**SIOLIDIS** [1] - 106:22

**Siolidis** [2] - 1:20, 106:7

**sit** [3] - 23:3, 60:17, 102:10

**sitting** [1] - 64:15

**six** [8] - 7:15, 7:16, 8:7, 9:7, 9:15, 45:14, 45:15, 59:13

**six-month** [2] - 7:16, 8:7

**skinned** [1] - 79:14

**slots** [1] - 45:14

**small** [2] - 31:21, 31:23

**smoothly** [1] - 5:19

**sold** [1] - 71:25

**someone** [1] - 20:15

**sometimes** [6] - 16:17, 18:20, 72:10, 86:12, 86:18, 86:21

**somewhere** [1] - 19:6

**sorry** [6] - 82:4, 92:3

**sort** [6] - 7:12, 35:19, 44:20, 56:9, 64:20, 77:19

**sounded** [1] - 29:4

**specializing** [1] - 40:16

**specialty** [1] - 13:5

**specific** [3] - 11:12, 42:6,

102:5
**specifically** [4] - 7:25, 74:17, 100:19, 100:25
**spelled** [1] - 24:8
**spoken** [3] - 24:21, 26:17, 65:14
**spot** [2] - 32:6, 58:6
**squad** [23] - 10:14, 10:16, 10:19, 10:23, 11:7, 12:18, 12:23, 13:4, 13:5, 13:23, 13:25, 15:5, 16:24, 17:6, 19:6, 19:18, 19:23, 20:8, 31:12, 39:12, 58:23, 65:2, 100:4
**squads** [2] - 13:6, 38:22
**Square** [1] - 2:15
**ss** [1] - 106:4
**stack** [3] - 33:20, 33:24, 44:15
**Stambach** [23] - 16:6, 16:11, 25:3, 25:6, 25:15, 66:11, 66:13, 66:18, 68:6, 68:9, 69:9, 69:24, 70:3, 78:9, 78:13, 79:5, 81:4, 88:11, 89:15, 100:19, 101:10, 101:21, 102:3
**STAMBACH** [1] - 1:8
**Stambach's** [2] - 62:11, 84:19
**stamp** [3] - 46:22, 47:13, 69:2
**stamped** [1] - 68:24
**stand** [3] - 59:18, 85:8, 99:9
**stand-ins** [1] - 59:18
**standard** [1] - 57:7
**standing** [1] - 59:13
**staple** [2] - 30:25, 32:9
**started** [12] - 7:10, 16:5, 16:8, 41:10, 45:12, 76:13, 80:4, 80:25, 92:8, 92:20, 92:25, 94:12
**STATE** [1] - 106:3
**State** [2] - 1:21, 106:9
**state** [1] - 4:7
**statement** [36] - 20:22, 20:23, 21:17, 67:9, 67:14, 70:11, 70:13, 71:5, 71:8, 71:12, 71:18, 76:12, 76:18, 77:2, 77:7, 77:16, 78:8, 79:23, 80:3, 80:4, 80:9, 80:10, 80:18, 80:24, 81:19, 87:23, 88:4, 88:15, 92:7, 92:11, 94:12, 94:13, 94:17, 95:10, 95:18, 95:21
**statement's** [1] - 95:20
**statements** [2] - 12:9, 12:10
**states** [8] - 67:12, 71:19, 72:22, 76:25, 80:8, 81:9, 84:18, 87:14
**STATES** [1] - 1:2

**stay** [1] - 33:17
**step** [1] - 93:15
**STEPHANIE** [1] - 2:22
**stepped** [1] - 44:9
**Steven** [2] - 90:5, 90:8
**still** [6] - 9:3, 10:21, 28:16, 33:25, 34:11, 82:8
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stopped** [2] - 13:19, 92:11
**store** [1] - 23:25
**stored** [1] - 43:15
**strange** [1] - 89:7
**Street** [2] - 2:6, 34:23
**street** [2] - 73:13, 74:5
**stretch** [2] - 58:13, 58:15
**stuff** [2] - 13:7, 25:10
**subject** [1] - 63:9
**submitted** [1] - 70:4
**submitting** [1] - 68:11
**Subscribed** [1] - 105:13
**Suite** [1] - 2:7
**summer** [1] - 28:2
**summons** [1] - 57:5
**suppose** [1] - 27:18
**supposed** [1] - 29:21
**surveillance** [1] - 35:20
**suspect** [3] - 61:4, 61:5, 61:10
**suspects** [2] - 18:4, 18:9
**sworn** [14] - 3:10, 4:4, 67:9, 67:13, 70:11, 77:16, 79:23, 80:2, 80:9, 80:10, 87:23, 88:4, 105:13, 106:12

**T**

**taker** [1] - 66:20
**tape** [4] - 20:2, 20:4, 20:5, 45:20
**teach** [1] - 14:11
**tear** [3] - 32:8, 32:20, 33:13
**technician** [5] - 29:18, 29:25, 30:16, 31:8, 31:13
**ten** [12] - 9:24, 24:4, 26:2, 26:18, 27:9, 27:16, 38:10, 38:18, 38:20, 98:11, 101:11, 101:17
**tend** [1] - 9:11
**term** [1] - 39:6
**testified** [4] - 4:4, 98:4, 98:25, 101:24
**testify** [1] - 99:3
**testifying** [5] - 6:11, 97:3, 99:14, 102:2, 102:7
**testimony** [5] - 97:16, 97:25, 98:2, 98:5, 106:13
**that'll** [2] - 51:15, 80:16
**THE** [1] - 1:7

**thereabouts** [1] - 11:4
**third** [2] - 24:9, 88:20
**thirds** [1] - 81:19
**thousand** [1] - 72:23
**three** [15] - 15:18, 15:19, 16:4, 16:10, 16:22, 18:19, 23:15, 24:6, 31:25, 33:22, 59:12, 59:17, 64:5, 64:10, 101:14, 101:16
**ticket** [3] - 57:6, 57:10, 57:11
**tip** [4] - 64:13, 64:16, 64:19, 64:21
**tips** [1] - 64:25
**title** [3] - 10:15, 10:20, 27:21
**today** [6] - 23:3, 40:2, 60:17, 64:15, 91:23, 98:2, 102:8, 102:10
**together** [5] - 43:8, 46:16, 59:21, 76:17, 79:7
**Tomika** [3] - 20:15, 22:23, 23:5
**took** [5] - 20:22, 20:23, 34:5, 34:8, 76:3
**top** [12] - 48:19, 48:20, 49:8, 50:18, 52:11, 62:23, 71:7, 75:20, 78:7, 78:25, 81:15, 86:3
**torn** [2] - 33:2, 56:9
**track** [1] - 39:2
**tracking** [1] - 64:25
**trade** [1] - 71:20
**trained** [1] - 9:14
**training** [14] - 7:12, 7:16, 7:23, 8:8, 9:7, 9:17, 11:8, 11:13, 11:15, 11:17, 11:20, 11:24, 12:6, 14:2
**transactions** [1] - 72:10
**transcript** [6] - 6:8, 94:21, 97:8, 97:11, 102:15, 108:23
**transferred** [1] - 13:22
**trial** [5] - 3:8, 18:21, 98:25, 99:16, 102:20
**trick** [1] - 82:14
**true** [1] - 106:13
**trunk** [3] - 85:11, 85:16, 85:20
**truth** [3] - 6:15, 6:16
**try** [3] - 60:9, 60:15, 61:11
**trying** [1] - 21:9
**turn** [4] - 9:8, 12:8, 12:15, 54:16
**turning** [1] - 11:24
**twice** [1] - 26:3
**two** [17] - 11:3, 19:2, 20:23, 21:24, 26:12, 33:21, 39:25, 47:22, 47:23, 49:7, 59:12, 59:16, 70:22, 77:21, 81:19, 95:6
**two-page** [4] - 47:22,

47:23, 70:22, 77:21
**two-thirds** [1] - 81:19
**type** [17] - 30:6, 30:23, 31:20, 57:5, 62:20, 66:14, 71:11, 91:2, 93:18, 93:20, 93:21, 93:23, 93:24, 94:2, 94:4, 96:4
**typed** [9] - 62:17, 68:11, 70:4, 71:8, 81:3, 91:16, 93:8, 93:13, 95:20
**types** [3] - 36:13, 36:14, 36:15
**typewriter** [2] - 17:14, 19:24
**typewriters** [3] - 17:12, 17:19, 19:21
**typically** [1] - 73:8
**typing** [5] - 66:16, 78:13, 92:20, 92:21, 92:25
**typo** [2] - 84:25, 89:10

**U**

**ultimately** [2] - 5:24, 86:13
**uncovered** [1] - 12:2
**under** [1] - 99:14
**underneath** [1] - 63:3
**understand** [6] - 9:4, 20:14, 21:20, 99:11, 102:14, 102:18
**unfortunately** [1] - 77:18
**UNITED** [1] - 1:2
**unless** [1] - 98:13
**up** [28] - 15:15, 17:23, 22:9, 29:21, 30:14, 37:11, 38:4, 43:16, 45:16, 45:18, 58:7, 59:13, 59:15, 62:17, 62:20, 66:14, 68:12, 70:4, 74:20, 78:14, 91:2, 91:16, 93:13, 93:19, 96:2, 98:12, 98:17, 101:5
**usual** [1] - 68:10

**V**

**vaguely** [1] - 37:6
**varied** [2] - 38:11, 38:13
**vehicle** [1] - 85:20
**verbal** [1] - 6:4
**via** [1] - 103:2
**victim** [3] - 63:10, 72:14, 79:6
**victim's** [4] - 63:13, 65:8, 65:15, 65:17
**video** [1] - 20:10
**Videoconference** [1] - 1:17
**videotape** [1] - 20:12
**view** [1] - 45:23
**Vikki** [5] - 69:3, 69:21, 70:8, 79:22, 80:2

## W

**wait** [3] - 5:24, 21:22, 94:5
**waived** [1] - 3:15
**walked** [1] - 7:21
**Wall** [1] - 2:6
**watch** [1] - 28:18
**ways** [1] - 103:4
**weeks** [1] - 15:24
**WESTERN** [1] - 1:2
**what'd** [1] - 75:16
**whatsoever** [2] - 23:7, 40:6
**whole** [3] - 6:15, 59:17, 101:11
**Willow** [1] - 4:11
**witness** [27] - 4:3, 8:12, 45:22, 45:25, 46:17, 58:7, 59:4, 59:6, 59:23, 59:24, 60:2, 60:24, 60:25, 61:11, 77:11, 77:15, 79:22, 81:8, 89:2, 89:17, 90:4, 92:24, 94:7, 99:19, 106:10, 106:14
**WITNESS** [1] - 107:5
**witnesses** [1] - 68:21
**wondering** [1] - 76:24
**word** [3] - 94:25, 95:4, 95:5
**worth** [1] - 72:23
**wrapping** [1] - 98:12
**write** [2] - 30:21, 33:16
**wrote** [1] - 32:9
**Wymiko** [12] - 39:22, 40:5, 67:2, 67:5, 80:17, 81:9, 81:15, 87:16, 87:19, 88:22, 94:23, 95:11

## Y

**year** [7] - 11:3, 13:16, 25:8, 26:20, 38:14, 38:15, 38:24
**years** [19] - 9:2, 9:24, 12:19, 23:23, 23:24, 24:4, 24:24, 26:3, 26:18, 27:9, 27:16, 38:10, 38:16, 38:18, 38:20, 45:11, 101:9, 101:11, 101:17
**yellow** [2] - 31:22, 56:9
**YORK** [3] - 1:2, 106:3, 106:5
**York** [5] - 1:21, 2:8, 2:17, 4:12, 106:9
**yourself** [4] - 44:10, 62:21, 86:5, 94:22
**yup** [6] - 49:22, 55:2, 69:10, 72:2, 73:12, 81:14

## Z

**zeros** [1] - 47:14
**Zoom** [1] - 6:12