1                                                           1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          -------------------------x

4          CORY EPPS,

5                    Plaintiff,

6                    v.                1:19-cv-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE
8          REGINALD MINOR, DETECTIVE
           MARK STAMBACH, DETECTIVE
9          JAMES GIARDINA, DETECTIVE
           ANTHONY COSTANTINO,
10         DETECTIVE ROBERT CHELLA,
           RANIERO MASSECHIA, CHARLES
11         ARONICA, and CHIEF JOSEPH RIGA,

12                   Defendants.

13         -------------------------x
                                     February 12, 2021
14                                   11:04 a.m.

15

16              Videoconference deposition of ANTHONY

17         COSTANTINO, taken by Defendants, reported

18         remotely by Pamela Grimaldi, a Registered

19         Professional Reporter, Certified LiveNote

20         Reporter, and Notary Public within and for

21         the State of New York.

22

23

24

25

```
 1                                                    2

 2        APPEARANCES (ALL REMOTE PARTICIPANTS):

 3

 4     RICKNER PLLC

 5           Attorneys for plaintiff

 6           14 Wall Street, Suite 1603

 7           New York, New York  10005

 8     BY:  ROB RICKNER, ESQ.

 9           rob@ricknerpllc.com

10

11     CITY OF BUFFALO LAW DEPARTMENT

12     CORPORATION COUNSEL'S OFFICE

13           Attorneys for defendants

14           65 Niagara Street, Room 1112

15           Buffalo, New York  14202-3313

16     BY:  MAEVE HUGGINS, ESQ.

17           m.huggins@city-buffalo.com

18

19

20

21

22

23

24

25
```

1                                                          3

2                          STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5     and between counsel for the respective

6     parties hereto, that all objections, except

7     as to form, are reserved to the time of

8     trial.

9          IT IS FURTHER STIPULATED AND AGREED

10    that the deposition may be signed and sworn

11    to before any officer authorized to

12    administer an oath.

13         IT IS FURTHER STIPULATED AND AGREED

14    that the sealing and filing of the

15    deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
1                        Costantino              4

2       ANTHONY COSTANTINO,

3               called as a witness, having been first

4               duly sworn/affirmed by Pamela Grimaldi,

5               Registered Professional Reporter and

6               Notary Public of the State of New York,

7               was examined and testified as follows:

8       EXAMINATION

9       BY MR. RICKNER:

10              Q.    Can you please spell your last

11      name for the record.

12              A.    It's C-O-S-T-A-N-T-I-N-O.

13              Q.    Okay.  And I suppose I'm not the

14      first person to accidentally put an extra N

15      after the first O?

16              A.    No, you're not.  I get that all

17      the time, believe me.

18              Q.    A lot of people call me Rick for

19      the same reason.

20                    So are you -- when you left the

21      Buffalo Police Department, were you still a

22      detective sergeant?

23              A.    When I left the Buffalo Police

24      Department, was I still a detective

25      sergeant?
```

```
 1                      Costantino              5
 2          Q.      Right.
 3          A.      Yes.  That was my final rank,
 4      yes.
 5          Q.      Okay.  I'm going to call --
 6      sorry.  My printer's in the background.
 7                  I'm going to refer to you as
 8      Detective Costantino, and hopefully I won't
 9      accidentally throw in an N throughout the
10      proceedings.
11          A.      I understand.
12          Q.      Have you ever had your deposition
13      taken, Detective?
14          A.      For a civil matter?
15          Q.      Yes.  I don't know that there are
16      criminal depositions in this case.
17          A.      No, never did.
18          Q.      Okay.  Have you testified in
19      court?
20          A.      I have.
21          Q.      Have you testified at grand
22      juries?
23          A.      I have.
24          Q.      Have you ever been cross-examined
25      with your testimony in a grand jury while
```

```
 1                    Costantino              6

 2        you were on the stand in a criminal trial?

 3             A.    The grand jury?

 4             Q.    No.  Were you ever cross-examined

 5        with your grand jury testimony in the

 6        subsequent criminal trial?

 7             A.    Yes, I have.

 8             Q.    So it's fair to say that you

 9        understand the importance of being clear

10        and accurate in your testimony today?

11             A.    I do, yes.

12             Q.    There are a few ground rules --

13        and you're already doing a great job, and I

14        suspect your counsel has gone over this

15        with you, but just to be sure we get a

16        nice, clear record, there's a few rules we

17        need to follow.

18             A.    Okay.

19             Q.    The first is that I ask long,

20        rambling questions, and I'm sure you're

21        going to know exactly where I'm going even

22        though I'm still talking and talking, but

23        you need to let me finish the question

24        before you jump in with the answer so it

25        doesn't go over the court reporter or
```

```
 1                      Costantino              7
 2       doesn't mix itself up.  Do you understand?
 3            A.    I understand.
 4            Q.    You also just gave me a head nod,
 5       which is perfectly fine, however, the court
 6       reporter can't take down gestures.  So if
 7       you're going to respond, you need to do
 8       verbally yes, no, rather than uh-huh or a
 9       nod of the head, even though we are on
10       video and everybody can see your face, it
11       just makes it better for everyone.  Do you
12       understand?
13            A.    I understand.
14            Q.    Great.
15                  You can take a break if you want.
16       Just do me a favor, finish answering the
17       question that's been posed before you, you
18       know, leave the chair.  Do you understand?
19            A.    Yes, I do.
20            Q.    Fantastic.
21                  Now, what year did you graduate
22       high school?
23                  This is not a trick question.
24            A.    1953.
25            Q.    Okay.  When did you join the
```

```
 1                       Costantino                    8

 2      Buffalo Police Department?

 3             A.     1967.  It was June of 1967.

 4             Q.     Did you go to college?

 5             A.     Yes, I did.

 6             Q.     Did you complete college?

 7             A.     I did.

 8             Q.     Did you get any advanced degrees

 9      afterwards?

10             A.     I had a bachelor's degree just in

11      criminal justice, and a science degree from

12      a community college.

13             Q.     So would that be an AB and a BA?

14             A.     Yes.  And those two colleges I

15      went to while I was working as a police

16      officer on -- part-time.

17             Q.     Okay.  So I guess you've sort of

18      jumped into my next question.  Did you work

19      for another police department or did you

20      have another role in law enforcement prior

21      to joining the Buffalo PD?

22             A.     No.

23             Q.     Would it be fair to say, then,

24      that you joined the Buffalo PD maybe in

25      1954 in some capacity?
```

                              Costantino                    9

1

2          A.    Oh, no, no.  After I graduated, I

3     worked for the City of Buffalo as a

4     sanitation driver, and then after that I

5     worked for UPS as a truck driver and a

6     union steward.

7          Q.    So would it be correct to say

8     that you went to college maybe not right

9     after high school, but some years later?

10         A.    Yes.  While I was a police

11    officer.

12         Q.    Okay.  I guess I'll phrase it

13    this way:  Between 1953 and 1967, did you

14    hold any positions in law enforcement?

15         A.    I did not.

16         Q.    When you got to the Buffalo

17    Police Department, did you go through some

18    sort of training?

19         A.    Well, in June of 1967 when I

20    became a police officer, we went to the

21    police academy.  It was a six-months thing,

22    and I had training there as a police

23    officer.

24         Q.    While you were at the training

25    academy, did you have any training with

```
 1                    Costantino            10
 2        regards to lineups?  And I mean physical,
 3        in-person lineups.
 4             A.    Not much.
 5             Q.    When you say "not much," what did
 6        they instruct you with regards to --
 7             A.    Remember, when you go to the
 8        police academy, you're going there as a
 9        police officer, and you're involved more on
10        public safety, patrolling, things of that
11        nature.  And the people that came in and
12        taught us, there were, like, segments of
13        certain things from the DA's office or
14        about fraud, robbery, stuff like that.
15             Q.    With respect to your training
16        regarding lineups while you were at the
17        police academy, were you instructed that
18        there was anything that you shouldn't do
19        with respect to a lineup?
20                   MS. HUGGINS:  Form.
21                   You can answer.
22                   THE WITNESS:  Repeat the
23        question.
24             Q.    That wasn't a particularly good
25        one.
```

```
 1                    Costantino              11

 2              While you were at the police

 3       academy, did any of your instruction

 4       involving lineups concern what you should

 5       or should not do with respect to lineups?

 6              A.    It was an overall concept of what

 7       you should do and maybe not do, but I don't

 8       recall what not do.  I remember doing the

 9       right thing most of the time.

10              Q.    Okay.  Well, we'll -- what was

11       that overall concept?

12              A.    Well, they would come in -- you

13       would have to have at least five people in

14       the lineup that looked similar to the

15       person that's standing in the lineup.  And

16       we were taught that there would be two

17       lineups.  They'd come out on a stage -- in

18       fact, we visited the lineup room, which was

19       at the City of Buffalo, 74 Franklin.  And

20       the person would have placards on their

21       chest, numbers, and see if the witness

22       could identify someone.  And if the person

23       did pick someone, that lineup would go into

24       another room, they would change numbers and

25       positions of the lineup, and come back out
```

1                    Costantino              12

2           again and see if that person could pick the

3           person wanted or not wanted in that lineup

4           again.  Basically that.

5                  Q.    Now did you -- withdrawn.

6                        So would it be correct to say

7           that this practice of using two lineups

8           with the same suspect and fillers was

9           actually taught to you at the police

10          academy?

11                 A.    Yes.  But it was probably in one

12          session, that I remember.  I was taught

13          more of that when I became a detective.

14                 Q.    Okay.  Now, while you were at the

15          police academy, did you receive any

16          instruction regarding photo arrays, meaning

17          a lineup using photographs rather than a

18          physical body?

19                 A.    No.  In the police academy,

20          really, police officers weren't taught

21          that.  We knew about lineups, but not much.

22          It was really a -- kind of a fast thing.

23          Like I said, we would learn more after,

24          when you got -- as a detective when you

25          would maybe use lineups.  As a police

```
 1                    Costantino              13

 2       officer in patrol, we very seldom got

 3       involved in lineups.

 4            Q.    And while you were at the police

 5       academy, do you ever remember hearing about

 6       Brady material or a case called Brady v.

 7       Maryland?

 8            A.    I did, yes.

 9            Q.    You remember that?

10            A.    Brady material, yes.

11            Q.    Okay.  What is Brady material?

12            A.    Well, evidence -- any evidence

13       that you would discover would have to be

14       full disclosure to give that evidence

15       that's pertinent to the case to the Court

16       or to the defense or both.

17            Q.    Would it be fair to say that you

18       didn't have direct contact with the

19       defense, but, rather, it would go through

20       the prosecutor?

21            A.    Yes.

22            Q.    And did you understand that Brady

23       material needed to be regarded -- for

24       example, if somebody gave you exculpatory

25       information in an interview, you needed to
```

```
 1                        Costantino            14

 2         actually write it down even if you hadn't

 3         written it down yet?

 4              A.    Yes.  If you got information, you

 5         had to write it down so you don't forget.

 6              Q.    Now, how long were you a patrol

 7         officer?

 8              A.    I became a detective -- well, I

 9         was acting detective in 1974, and then in

10         1976 I became a full detective.

11              Q.    In 1974 did you have any

12         particular posting as a detective?

13              A.    What do you mean "posting"?

14              Q.    Well, I mean, would it be correct

15         to say that there are multiple different

16         areas, both physically and with respect to

17         the types of crimes they are investigating,

18         for detectives at the Buffalo Police

19         Department?

20              A.    When I first became a detective

21         in 1976, I was assigned to C District

22         detectives, and that detective -- that

23         district covered three precincts.  And

24         those three precincts could handle anything

25         from burglaries, assaults, things like
```

```
 1                  Costantino              15

 2        that.  We didn't handle homicides or

 3        robberies because there were special squads

 4        that did that.  But anything else like

 5        that, criminal mischief, anything, we would

 6        handle that.

 7             Q.    Now, you know, after --

 8        withdrawn.

 9                  How long were you assigned to the

10        C District?

11             A.    From 1976 to 1980, because

12        Commissioner Cunningham at that time made

13        the decision that some -- or detectives

14        should not be in districts; they should be

15        in direct precincts.  So the precinct that

16        I was assigned to then was Precinct No. 5,

17        which was the West Side of Buffalo, and

18        Precinct 5 would take care of any crime

19        that occurred in that precinct.

20             Q.    How long were you assigned to

21        Precinct 5?

22             A.    Well, that was 1980.  1990 I was

23        made detective sergeant, promoted as

24        detective sergeant, and I went then to

25        Precinct 6, which was the East Side of
```

```
 1                    Costantino              16
 2      Buffalo.
 3            Q.    Now, what does it mean to be a
 4      detective sergeant?
 5            A.    Well, in that time you were all
 6      still a detective, regardless.  And when I
 7      was in C District, there was a lead
 8      sergeant that was there, and the lead
 9      sergeant would call, more or less, the
10      shots.  But before that, before him, there
11      was an assistant chief.  Assistant chief
12      would be in charge of the district, and the
13      lead sergeant would be in charge of just a
14      group of detectives.  And I would be one in
15      that group.
16                  When I made sergeant, then, at 6,
17      there was four or five detectives that when
18      I got there, I was more or less their
19      sergeant, but believe it or not, they were
20      there before me and, you know -- I was kind
21      of in charge of them, but not like, I'm the
22      boss, you know.  Because when you got
23      there, there was a captain and several
24      lieutenants that was before me that were
25      there at that precinct.
```

```
 1                      Costantino           17
 2          Q.    Just going back to 1990 in your
 3      role as detective sergeant, did you have to
 4      supervise other detectives?
 5          A.    Could you state what "supervise"
 6      means, at least in your mind?
 7          Q.    Let me ask it differently.
 8                There are duties that an ordinary
 9      detective would have at a precinct, right?
10          A.    Uh-huh.
11          Q.    You have to say yes or no.
12                MS. HUGGINS:  You have to say yes
13          or no.
14          A.    Yes.
15          Q.    I know, it's very unnatural, but
16      we've got to keep the record clear.
17          A.    I know.  I'm sorry.
18          Q.    As a detective sergeant back in
19      1990, the precinct, you had additional
20      duties beyond that of an ordinary
21      detective, right?
22          A.    That's correct.
23          Q.    What were those additional
24      duties?
25          A.    Well, there was four of them, and
```

```
 1                   Costantino              18

 2        when I -- two would be on WVs, if you -- it

 3        was weekly vacation, they called that, and

 4        I would have two when I would work with

 5        them.  And if we got a call, we'd go out

 6        together.  But it was almost -- we just

 7        would -- the three of us would just talk

 8        about the case and do it.

 9                   Now, if there was a statement to

10        be taken, I might tell one of the

11        detectives, you know, You take that

12        statement.  So things like that.  But as

13        far as me being like their complete boss,

14        no.  Even though I was a sergeant, it was

15        kind of an equal thing, because most of the

16        time they might have been older than me and

17        they were there longer than me, so you kind

18        of respected that.

19             Q.   Okay.  So how long were you a

20        detective sergeant at Precinct 6?

21             A.   Well, then I was promoted to

22        homicide.  And how I got -- well, go ahead.

23        I was promoted to homicide.

24             Q.   Okay.  When were you promoted to

25        homicide?
```

```
 1                    Costantino            19
 2        A.    1993.
 3        Q.    And you used the word "promoted."
 4   How is --
 5        A.    That's -- go ahead.  I'm sorry.
 6        Q.    Sorry.
 7              How is going to homicide a
 8   promotion?
 9        A.    Well, at that time it was by
10   seniority, and you would put your name on a
11   list, the police department, and say that I
12   wanted to go to sergeant, or to a certain
13   district, or homicide, or anywhere, and
14   once that name -- your name came up and you
15   had the seniority to get there, you went
16   there by seniority.
17        Q.    Great.
18              And did you -- so you actually
19   made an application to go to homicide?
20        A.    Yes.
21        Q.    When you got to the homicide
22   squad in 1993, was there a particular group
23   that you were assigned to?
24        A.    Yes.
25        Q.    What was the name of that group?
```

```
 1                    Costantino            20

 2           A.    Well, they wouldn't have no names

 3      for a group.  Like, you go there, and the

 4      chief -- at that time was Chief Charles

 5      Fieramusca, when I got there -- and he

 6      would just say, Okay, you work with Ray

 7      Masecchia, you work with that person, and

 8      that's who you work with.

 9           Q.    Okay.  Let's just go back to

10      1993.  Who were the people that you worked

11      with?

12           A.    Ray Masecchia, Juan Morales,

13      Charlie Aronica, Mark Stambach.  And that's

14      about it, you know.  And there were other

15      detectives there and other sergeants, and

16      sometimes they would intermingle, if a

17      case -- a large case came in, a lot of them

18      were there, you know.  But basically you

19      took care of the person that you were kind

20      of in charge of.

21           Q.    Okay.  You were still a detective

22      sergeant at that point?

23           A.    I was.

24           Q.    So did you have a supervisory

25      role with respect to Masecchia, Morales,
```

```
 1                    Costantino              21
 2       Aronica, and Stambach?
 3            A.    The only thing, if you want to --
 4       see, there was also a lieutenant there,
 5       administrative lieutenant, so he was the
 6       head of me, and then the head of him was
 7       the chief, Chief Fieramusca, and later on
 8       Chief Riga, and they would -- actually
 9       would call the shots.
10                 The only thing that I would do if
11       I was called out on a homicide, I would
12       tell the chief that was there on duty at
13       night that I would need three -- three
14       detectives to come in because they got
15       about two or three statements, we got
16       witnesses here.  And I would say, Okay,
17       Ray, you take that statement, or something
18       like that.
19                 But mostly it was kind of a -- we
20       just got along, everybody.  It was not a --
21       you know, sometimes we'd have a -- like a
22       bullshit session, No, I'm not doing that,
23       you do this, that kind of thing.  But we
24       always agreed on who would be best for that
25       job, you know.
```

```
 1                    Costantino                22

 2        Q.     Was there a --

 3        A.     Some people liked to do

 4   autopsies, some people didn't like to do

 5   autopsies.  So the guy who wanted to do an

 6   autopsy, okay, you go do the autopsy, you

 7   know.  So...

 8        Q.     Fair enough.

 9               With this group of, I guess it's

10   you and four other detectives you

11   described, did you guys all work together,

12   sort of, primarily -- I understand that

13   there were other detectives that sometimes

14   came in -- but that was sort of your group?

15        A.     Yes, you worked with your group.

16        Q.     Okay.  How many groups were there

17   like that at the detective squad?  At the

18   homicide squad.

19        A.     I believe there was three, three

20   groups.

21        Q.     Okay.  Now, between 1993 and

22   1998, did the group of people that you were

23   working with change?

24        A.     Juan Morales, he left the

25   department.
```

```
 1                    Costantino              23
 2         Q.    When did Morales leave your
 3    department?
 4              MS. HUGGINS:  Do you know?
 5              THE WITNESS:  Yes.
 6              MS. HUGGINS:  Do you know what
 7         year he left?
 8              THE WITNESS:  Oh, when he left
 9         the department, Juan?
10              MS. HUGGINS:  Yes.
11         Q.    I don't know -- why, I don't
12    care.  When is --
13         A.    When did he leave.  I'm sorry.
14              MS. HUGGINS:  That's all he's
15         asking.
16         A.    Okay.  When.
17              MS. HUGGINS:  If you don't know,
18         you don't know.
19         A.    I don't know.  I really don't
20    know.
21         Q.    Okay.  So you explained before
22    that there were four people, four
23    detectives that you worked with.  Morales
24    was one of them.  When Morales left, who
25    took his spot?
```

```
1                        Costantino            24

2          A.      Andy Ortiz.

3          Q.      Could you just spell that for the

4     record?  Not Andy.  The last name.

5          A.      O-R-T-I-Z.

6          Q.    Oh, Ortiz, got it.

7          A.    Ortiz.

8          Q.      Now, in 1997 did you work on a

9     homicide where the victim was named Tomika

10    Means?

11         A.     I did.

12         Q.      Sitting here today, do you have

13    an independent recollection of this

14    homicide investigation, by which I mean

15    that you actually remember it, not that you

16    just reviewed documents or something.

17         A.     It was 21 years ago, but yeah, I

18    remember a lot of it.

19         Q.    Okay.  Did you also review

20    documents to prepare for this testimony?

21         A.     I did.

22         Q.      Did any of those help refresh

23    your recollection?

24         A.     It did.

25         Q.      Now, going back to the beginning,
```

```
 1                    Costantino              25

 2       when did you first become involved with the

 3       Tomika Means homicide investigation?

 4            A.    I don't believe I did the scene.

 5       I don't recall I did the scene, but I think

 6       that day I might have been off.  I think it

 7       was the very next day when I came into

 8       work.

 9            Q.    With respect to the Tomika Means

10       homicide, was there somebody who was the

11       lead detective in that investigation?

12            A.    Well, I would say myself, Ray

13       Masecchia, Juan Morales, and maybe Mark

14       Stambach did a lot of the work.  And, of

15       course, this was all with Joe Riga and

16       Conwell, Lieutenant Conwell's direction.

17       They really were in charge.

18            Q.    Understood.

19                  And would it be correct to say

20       that you would keep Lieutenant Conwell and

21       Chief Riga informed of everything that

22       occurred in the investigation?

23            A.    Yes.  We'd have a session where

24       they would explain what happened and what

25       we should do and where we should go and
```

```
 1                   Costantino                26
 2      things like that.
 3           Q.    Okay.  There are documents, I
 4      believe, called P73s.  Does that refresh
 5      your recollection?
 6           A.    Yeah, it does.
 7           Q.    Yeah.
 8                 You would submit those P73s to
 9      Riga, right?
10           A.    Eventually we'd get to Riga,
11      yeah.  First it would -- the Dictaphone
12      recorded to our secretary, and then after
13      we -- after the secretary, Marilyn Lanc,
14      looked -- did it and I would read it, if I
15      didn't agree with it, I would correct it,
16      and then eventually it would go to Riga.
17           Q.    Okay.
18           A.    And this is fairly fast, too.  It
19      wasn't like two weeks later.  You did it
20      right away.
21           Q.    Understood.
22                 MR. RICKNER:  Let's just mark --
23           I believe this is going to be Exhibit
24           66.  EPPS-DA00881.  It's a May 27, 1997
25           P73.
```

1                    Costantino                    27

2              And the court reporter, Pam,

3         you've got all of these?

4              THE COURT REPORTER:  I do have

5         the exhibits.  Can I digitally mark

6         them at the end?

7              MR. RICKNER:  Yes.  That's what I

8         was going to say.  Since you haven't

9         worked on this case yet.  We're doing

10        consecutive exhibits, so the first 65

11        somebody else handled.  We're going to

12        start with 66.  And just at the end if

13        you can put stickers on all of them and

14        make it part of the packet.

15             THE COURT REPORTER:  Sure.

16             MR. RICKNER:  Okay.  Thanks very

17        much.

18             (Document Bates stamped

19        EPPS-DA00881 and 00882 was marked as

20        Exhibit No. 66 for identification, as

21        of this date.)

22             THE WITNESS:  Yes, I remember

23        that one.

24    BY MR. RICKNER:

25        Q.    When you say you remember -- I'm

```
 1                      Costantino                28

 2       sorry.  So you're looking at No. 66?

 3            A.    Yeah.  The composite?

 4                 MS. HUGGINS:  That's the P73

 5       EPPS-DA00881?

 6                 MR. RICKNER:  To 882, yes.

 7                 MS. HUGGINS:  Oh, 882.  Hang on.

 8                 MR. RICKNER:  It should be two

 9       pages.  Well, the exhibit's two pages,

10       and we'll get into the nitty-gritty in

11       a second.

12                 MS. HUGGINS:  So we're marking

13       the composite as 66, not the P73?

14                 MR. RICKNER:  Yeah.  Both of

15       them.  I'm going to ask about them in

16       conjunction.

17                 MS. HUGGINS:  Okay.  He has it in

18       front of him.

19       BY MR. RICKNER:

20            Q.    Okay.  Great.  Can you identify

21       Exhibit 66 for the record, what you

22       understand it to be.

23            A.    The composite of a person, black

24       male, a cap, and his identity, and where it

25       was taken, who did it, things like that.
```

```
 1                      Costantino          29
 2          Q.    Is it also -- do you have a P73
 3     regarding that identikit?
 4          A.    Yes, I do.
 5          Q.    So I guess here's my question is,
 6     is that would this identikit have been --
 7     well, withdrawn.
 8                What is an identikit?
 9          A.    Well, at that time we didn't have
10     a person at the Buffalo Police Department
11     who could do composites.  We went to the
12     Tonawanda Police Department, and -- with
13     the witness.  And with her recollection,
14     she came up with a composite of the person
15     she believed was involved with this case.
16          Q.    Okay.  Now, it says --
17                MS. HUGGINS:  Rob, I apologize.
18          Before we go further, since we jumped
19          the gun with swearing in, I forgot to
20          note on the record that we're doing
21          read and sign.
22                MR. RICKNER:  Oh, yeah, that's
23          fine.
24                MS. HUGGINS:  I just -- I forgot
25          earlier and --
```

```
 1              Costantino            30
 2              MR. RICKNER:  You can also do
 3         that at the end, I think maybe more
 4         typically.  And you want 60?
 5              MS. HUGGINS:  Please, Rob.  Thank
 6         you.
 7              MR. RICKNER:  Yeah, of course.
 8         That's been our practice.
 9              MS. HUGGINS:  My apologies.  I
10         just didn't want to forget again.
11              MR. RICKNER:  Nope.  I
12         understand.  You've got to put it on
13         the record or you lose it.
14    BY MR. RICKNER:
15         Q.    All right.  So going back to
16    Exhibit 66 and the identikit of the black
17    male, is this a computer program?  If you
18    know.
19         A.    I don't know.  At that time I'm
20    not sure.
21         Q.    Is there an operator listed?
22         A.    Yes.  Detective -- yeah.
23    Vanderwerf.  I don't remember him.
24         Q.    Okay.  Well, would you have been
25    involved in this identikit process with the
```

```
 1                      Costantino              31

 2       witness?

 3            A.    The only thing we did was, my

 4       partner and I, picked up Jackie Bradley and

 5       drove her to the Tonawanda Police

 6       Department.  And she went on what she had

 7       remembered and gave her identification to

 8       this operator, and we were assisted by this

 9       detective, Norm Francavilla.  He's not

10       there anymore.  And that was it.  And she

11       formed a person, sketch, and that was it.

12       We left and thanked the Tonawanda Police

13       Department.  That was it.

14            Q.    Okay.  Going back for a second,

15       what is the purpose of an identikit?

16            A.    Well, to see if we can, in her

17       mind, or in anybody's mind, could remember

18       who this person was and to get a clearer

19       picture of him.

20            Q.    Once you had an identikit of the

21       suspect, where would it be sent?

22            A.    We took it with us and went back

23       to the Buffalo Police Department, and we

24       give it to Joe Riga.

25            Q.    Was the identikit posted
```

```
 1                    Costantino                    32

 2      anywhere?

 3           A.     I think it was in the paper.

 4           Q.     And you guys would have provided

 5      it to the newspaper for the purposes of it

 6      being printed?

 7                  MS. HUGGINS:  Form.

 8                  You can answer.

 9           A.     Well, not "you guys."  You mean

10      Chief Joseph Riga?  That's who would do it.

11      I wouldn't say, Okay, put it in the paper.

12      That wasn't my -- that's not my duty.

13           Q.     So to be clear, Chief Riga made

14      the decision to put this identikit into the

15      paper to try to find the suspect?

16           A.     That's correct, yes.

17           Q.     And you would have had a copy of

18      this identikit in your possession as part

19      of the investigation file?

20           A.     We'd put it in the file, yes.  I

21      wouldn't have it personally, but it would

22      be in the file.

23           Q.     And you would have made sure you

24      were familiar with it as part of your

25      investigation?
```

```
 1                    Costantino              33
 2          A.    Yes.
 3          Q.    And would it be fair to say that
 4     the other detectives you worked with would
 5     have also been familiar with this
 6     identikit?
 7          A.    You mean the ones I particularly
 8     worked with?
 9          Q.    Yes.
10          A.    Well, I think most of the
11     detectives that were there in homicide at
12     the time would have access to that file
13     too.
14          Q.    That's not exactly what I'm
15     saying.  What I'm wondering is, for
16     example, would Raniero Masecchia have
17     looked at this as part of his investigation
18     so he knew what the suspect looked like?
19          A.    Well, he was in charge to do this
20     at the time, but I was with him.
21               MS. HUGGINS:  I think his
22          question is specifically do you know if
23          Ray Masecchia was familiar with that.
24          A.    Oh, yes.  Naturally.
25          Q.    And would that also be true of
```

1                          Costantino                    34

2          Morales?

3                 A.     Yes.

4                 Q.     And Stambach?

5                 A.     Yes.

6                 Q.     And Aronica?

7                 A.     Yes.

8                 Q.     Now, going back to the P73 that

9          we've marked as Exhibit 66.  Do you see

10         that?

11                A.     Yes, I do.

12                Q.     Would it be correct to say that

13         the identikit would actually be stapled or

14         attached to this P73, or would it have been

15         separate?

16                A.     I think it would be separate.

17                Q.     Now, in the subject line it says,

18         Dictated R. Masecchia.

19                       Do you see that?

20                A.     Yes.

21                Q.     From your work with Detective

22         Masecchia, are you familiar with how he

23         created P73s?

24                A.     Well, from information that you

25         obtained, you memorialized it and then you

1

2      would make it into a P73.

3          Q.    I'm actually being a little bit

4      more granular.  What I mean is is that --

5      for example, would Detective Masecchia have

6      typed up this P73?

7          A.    Yes.  It's a short P73, but he

8      might have -- I don't really recall if he

9      did that or he did it with Marilyn Lanc.

10             MS. HUGGINS:  Do you know how Ray

11         Masecchia prepared this P73?

12         A.    I don't understand the question.

13         Q.    It says "dictated."  Do you see

14     that, in the subject line?

15         A.    Well, he might have dictated this

16     to Marilyn Lanc, and Marilyn Lanc, then,

17     would generate the P73.

18         Q.    When Detective Masecchia would

19     dictate a P73, did he use a tape recorder?

20         A.    A Dictaphone, absolutely, yes.

21     That's how we did most of our P73s.  I had

22     a Dictaphone, sent it, and Marilyn Lanc

23     would pick it up, and then she would then

24     do this P73 that we would have to correct

25     it if anything was wrong with it.

1                     Costantino              36

2          Q.    And did you also use a Dictaphone

3     to make P73s?

4          A.    All of us did.  At least I did.

5     I won't speak for anybody else.  But yeah,

6     we were taught to do that.

7          Q.    Okay.  Those Dictaphone tapes,

8     after the P73 was completed, what would you

9     do with them?

10         A.    You'll have to ask -- I don't

11    know.  I really don't.  I don't know.

12         Q.    Well, did you do anything with

13    them?

14         A.    Probably -- probably who would

15    know more about that would be, again, Chief

16    Riga or Lieutenant Conwall.  That wasn't my

17    expertise at that time.

18         Q.    I understand that.  But I mean in

19    a very practical matter, if you put the

20    tape in and you're using it for your own

21    dictation, and you then -- then you give

22    the tape to Lanc, did you ever get it back?

23         A.    No.  Marilyn Lanc would pick it

24    up off the phone, off the recording, and we

25    never would even see the tape.  Do you

```
 1                    Costantino              37

 2       understand?

 3            Q.    Yeah, yeah.  Absolutely.  Okay.

 4            A.    We would just dictate it on the

 5       Dictaphone and then she would take care of

 6       it after that.

 7            Q.    Did you ever use these

 8       Dictaphones to take witness statements?

 9            A.    No, no.

10            MR. RICKNER:  So I'd like to

11            mark -- it's kind of small, but it's

12            EPPS-DA00085 to 86.  It's the Bradley

13            statement.

14                 MS. HUGGINS:  The witness has it.

15                 (Bradley Statement, Bates Nos.

16            EPPS-DA00085 and 86, was marked as

17            Exhibit No. 67 for identification, as

18            of this date.)

19       BY MR. RICKNER:

20            Q.    And this is Exhibit 67.

21       Detective?

22            A.    Yes.

23            Q.    It says in the top paragraph that

24       you typed this statement and the questions

25       were asked by you.  Is that correct?
```

```
 1                    Costantino              38
 2        A.    Yes.
 3        Q.    Was anybody else in the room when
 4   you did this?
 5        A.    I don't recall who was in the
 6   room, but there was always somebody in the
 7   room when we took a statement.
 8        Q.    So at least yourself and one
 9   other person would have been in the room
10   when this statement was taken?
11        A.    Absolutely.
12        Q.    Would it be fair to say it could
13   have been even more?
14        A.    No, I don't believe that.  It
15   might have been just one person and Riga
16   would look at it, things like that, but
17   that would be about it.  Probably in the
18   room with me probably was Masecchia, I
19   imagine, because we worked a lot together,
20   or Charlie Aronica.
21             MS. HUGGINS:  Do you have a
22        specific recollection?
23             THE WITNESS:  No, I don't.  I
24        don't.
25        Q.    When you take a statement like
```

```
 1                  Costantino           39
 2      the Bradley statement marked as Exhibit 67,
 3      do you take notes before you type it up?
 4           A.    I do.
 5           Q.    And what did you use to take
 6      notes on?
 7           A.    A piece of paper, yellow sheet of
 8      paper.
 9           Q.    One of these (indicating), like
10      an ordinary pad of paper?
11           A.    Yes.
12           Q.    Okay.  After you were done taking
13      the statement, what would you do with your
14      notes?
15           A.    Put it in the file.
16           Q.    Would you attach it to the
17      statements itself?
18           A.    I believe so.
19           Q.    It says here on the top that the
20      interview started at 6300 hours.
21      Withdrawn.
22                 At the top here, it includes the
23      words, Started at 6300 -- or 0630 hours.
24      Do you see that?
25           A.    Yes, I do.
```

```
 1                    Costantino          40
 2         Q.    Do you know when the interview --
 3    whether the -- withdrawn.
 4              Does that time indicate when you
 5    started taking the written statement here
 6    or when the interview actually started?  Or
 7    something else?
 8         A.    When the interview started, I
 9    would put that down.
10         Q.    Can you say when the interview
11    ended?
12         A.    When I finished typing the
13    statement.  It was all together.
14         Q.    I understand that conceptually.
15    I mean what time.
16         A.    I don't know.  I don't recall.
17         Q.    Now, if you look at the maybe
18    bottom quarter of the Tomika Means'
19    statement, there's a question and answer
20    with respect to what the person who shot
21    Tomika looked like.  Do you see that?
22         A.    It's on the first page?
23         Q.    Yes.
24         A.    Okay.  Yeah.  I see it.
25         Q.    And it says that, you know, he's
```

```
 1                     Costantino              41

 2        in his mid 20s, lighter-skinned black male

 3        with a goatee, 5-8, 5-9, 250 pounds, and he

 4        had pimples on his face.

 5                   Do you see that?

 6        A.     That's correct.

 7        Q.     And going back to Exhibit 66,

 8        would it be correct to say that this

 9        identikit doesn't mention height or weight?

10        And it's unclear to me whether or not

11        pimples are shown.  Do you see that?

12        A.     Yes.

13        Q.     Would this additional information

14        regarding the suspect have been made

15        available to the other detectives?

16        A.     Well, it's put in the file, and

17        Joe Riga, I'm sure, would make mention of

18        this because it was -- she was a good

19        witness at the time and was with Tomika

20        Means, and I'm sure we had a bull session,

21        and he mentioned that the statement was

22        taken, you should read the file, things

23        like that, yes.

24        Q.     When you say "bull session," I

25        think I know what you mean.  But would it
```

```
1                        Costantino              42
2        be correct to say that during the course of
3        the investigation you would sit down with
4        Chief Riga and other detectives and talk
5        about the case?
6              A.     Absolutely.
7              Q.     And about how often would you
8        have these discussions with an
9        investigation like the Means homicide?
10             A.     Probably every day, until it was
11       solved or -- you know.
12             Q.     And would it be correct to say
13       that all of the detectives that were
14       working actively on that homicide would be
15       part of this bullshit session?
16             A.     Yes, if they were not off that
17       day for some reason, you know.  But most of
18       the time, yes.
19             Q.     Okay.  It would be correct to say
20       that the purpose of this bullshit session
21       was both to brainstorm ideas with regard to
22       the investigation and to make sure
23       everybody knew the pertinent facts?
24             A.     Right.  That everybody would be
25       on the same page, yeah.
```

```
 1                    Costantino          43
 2              MS. HUGGINS:  What did you call
 3          the session?  What was the term?
 4              THE WITNESS:  Bull session.  It
 5          is brainstorming.
 6              MS. HUGGINS:  I think, Rob -- am
 7          I hearing you correctly, Rob?
 8              MR. RICKNER:  Well, he used the
 9          word, "bullshit" earlier, so I was just
10          adopting that.
11          A.    But that's what I meant as
12      brainstorming.
13          Q.    I'm fine with it.  I do the same
14      thing in my practice.  Maybe I'll start
15      calling it that.
16              So going to the second page of
17      the Bradley statement, it says -- there was
18      something to do with a Birchfield's.  Do
19      you see that?
20          A.    I do.
21          Q.    What was Birchfield's?
22          A.    Actually, it was a bar right
23      across from Precinct 6 where I was sergeant
24      there for a few years.  And it was a bar
25      where people would gather, you know, and --
```

```
 1                      Costantino              44
 2           Q.    Was Birchfield's known as an area
 3      where there were frequent criminal issues?
 4           A.    Not during the day.  Let's put it
 5      that way.
 6           Q.    Well, fine.  That's probably true
 7      of most hotspots.  At night was
 8      Birchfield's a location where a fair number
 9      of crimes were committed?
10           A.    No, I don't think so, because it
11      was right across the street from Precinct
12      6, so -- you know what I mean?  That there
13      was a couple, but nothing that was
14      outstanding.
15           Q.    All right.  Did you ever arrest
16      somebody at Birchfield's?
17           A.    No.
18           MR. RICKNER:  We're just going to
19           put up -- can you pull out previously
20           marked Exhibits 15 through, I guess,
21           36, and also Exhibit 62.
22           MS. HUGGINS:  Say that again, 15
23           through --
24           MR. RICKNER:  I believe it's 36,
25           and then also Exhibit 62.
```

```
 1                    Costantino                45
 2              MS. HUGGINS:  62.  Okay.
 3              Give me a moment to find 62.  I
 4         don't think I have it in the same
 5         format.
 6              MR. RICKNER:  I think I just got
 7         it.
 8              MS. HUGGINS:  Unless I'm wrong
 9         and it got sent over and I missed it.
10              MR. RICKNER:  It's EPPS-DA16.
11         Actually, Dave sent that one this time.
12              MS. HUGGINS:  The witness has the
13         exhibits.
14              MR. RICKNER:  Okay.  Great.
15         Thank you very much.
16    BY MR. RICKNER:
17         Q.   Can you just take a look at
18    Exhibit 15, Detective, and tell me if you
19    recognize the handwriting.
20         A.   Ray Masecchia.
21         Q.   And I'd like you to look at
22    Exhibit 16 and tell me whose handwriting
23    that is, if you know.
24         A.   Detective Juan Morales.
25         Q.   I'd like you to look at Exhibit
```

```
 1                    Costantino              46
 2      16, tell me whose handwriting this is, if
 3      you know.
 4                MS. HUGGINS:  You mean 17?
 5                MR. RICKNER:  I do.
 6          A.    Detective Masecchia.
 7          Q.    And Exhibit 18?
 8          A.    See the difference in
 9      handwriting?
10          Q.    Is that yours?
11          A.    How'd you guess?
12          Q.    Well, I mean, it says AC at the
13      bottom.  Yeah, I know.  That's the way I
14      write.
15                Okay.  So looking at Exhibit 18,
16      can you just briefly tell me the context in
17      which you would have taken these notes.
18          A.    Well, I did a canvass of the
19      area, talked to people that may have heard
20      something relative to this shooting, it's
21      basically a canvass.  Usually in a homicide
22      you try to see if anybody heard something,
23      saw something, things like that.  That's
24      basically what this is.  We did interview a
25      couple of people.
```

Costantino                    47

1

2      Q.    Would it be fair to say that none

3  of the people that you interviewed heard or

4  saw anything of particular significance?

5      A.    It was early in the morning, a

6  couple -- the store across the street, the

7  lady upstairs said she might have heard

8  something but she wasn't sure, something

9  like that.  She might have heard a shot.

10     Q.    But --

11     A.    But at that time in that area

12 there was sometimes a lot of shootings, a

13 lot of shots being fired.

14     Q.    That was actually what I was

15 going to ask.  What area is Chelsea and

16 East Delevan?

17     A.    It's the East Side of Buffalo,

18 the best I can describe it.  Not too far

19 from Erie County Medical Center.

20     Q.    Does it have a particular name?

21 The neighborhood.

22     A.    East Delevan area.  I'm not sure.

23 What do you mean, like a name we would call

24 that area?  It's just East Side of Buffalo,

25 Grider, Delevan area, things like that.

```
 1                    Costantino              48
 2          Q.    With respect to -- how far, if
 3     you know, was the corner of East Chelsea --
 4     withdrawn.
 5               How far was it from the corner of
 6     Chelsea and East Delevan to 1118 East
 7     Delevan?
 8          A.    118 East --
 9          Q.    1118.
10          A.    Yeah.  It wouldn't be that far.
11     You know, a few blocks.
12          Q.    All right.  So moving on to
13     Exhibit 19, do you recognize this
14     handwriting?
15          A.    I'm not sure.  It might be Ray
16     Masecchia's, but I'm not sure.
17          Q.    Okay.  What about Exhibit 20?
18          A.    Same.  It could be Ray, but I'm
19     not sure.
20               MS. HUGGINS:  Do you recognize
21          it?
22               THE WITNESS:  No, I don't.
23          Q.    Do you recognize the handwriting
24     in Exhibit 21?
25          A.    No, I do not.
```

```
 1                     Costantino              49
 2          Q.    What about Exhibit 22?
 3          A.    I could not be positive on this
 4     one.
 5          Q.    Okay.  What about Exhibit 23?
 6          A.    No, I don't.
 7          Q.    Exhibit 24?
 8          A.    Not sure.
 9          Q.    Exhibit 25?
10          A.    No, not sure.
11          Q.    Exhibit 26?
12          A.    Some of the people write fast.
13          Q.    Look, this isn't -- these aren't
14     trick questions.  I'm just --
15          A.    I know.  I'm trying to be -- I
16     mean, a couple, maybe, but I don't want to
17     say "maybe" if I'm not positive.  You know
18     what I mean?
19          Q.    Understood.
20                Exhibit 26?
21          A.    No, I have no idea.
22          Q.    Exhibit 27?
23          A.    No, I don't know.
24          Q.    Exhibit 28?
25          A.    Ray Masecchia.
```

```
1                        Costantino                    50

2           Q.     Exhibit 29?

3           A.     No, I don't know.

4           Q.     Exhibit 30?

5           A.     Nope, I cannot be positive.

6           Q.     Exhibit 31?

7           A.     No, I don't know.

8           Q.     Exhibit 32?  The handwriting

9     portion on 32, not the printout.

10          A.     No.  Sorry.

11          Q.     What about Exhibit 33?

12          A.     No.

13          Q.     The bottom right-hand portion of

14    Exhibit 34 where it says, Picture drawn by

15    Jackie Bradley -- Jacqueline Bradley.

16          A.     That's my initials, AC.  She drew

17    the picture and I just initialed her name.

18          Q.     Did you write down the label?

19          A.     Write down the label?

20          Q.     Right.  It's titled, Picture

21    Drawn by Jacqueline Bradley.  I'm just

22    wondering if you wrote that.

23                 MS. HUGGINS:  He's asking --

24          A.     No, I did not.

25          Q.     Okay.
```

```
1                    Costantino              51
2          A.    She wrote that, I put AC.
3          Q.    Got it.
4                Did she draw this diagram in your
5     presence?
6          A.    She did.
7          Q.    Was this drawn on or about the
8     time that she gave the statement?
9          A.    Yes.  I believe so.
10         Q.    This one is tough to read, but
11    can you tell me if you recognize the
12    handwriting in Exhibit 35.
13         A.    Oh, boy.
14         Q.    I know.
15         A.    Well, there's an AC at the
16    bottom.  It's probably mine.
17         Q.    Well, I'd like to do a little bit
18    better than "probably."  You could squint
19    your eyes --
20         A.    Well, if there's AC there, and it
21    kind of looks like the way I would put my
22    initials...
23         Q.    Okay.
24         A.    Hold on a second.
25         Q.    That's why I want you to take a
```

```
 1                    Costantino              52

 2        nice, careful look.  We don't want you to

 3        make any inaccurate assumptions.

 4              MS. HUGGINS:  He's just asking

 5           about that page.

 6              THE WITNESS:  Yeah.

 7        A.    There's other initials here, RM

 8        and JM, which is Juan Morales.  Could be

 9        Juan and what -- usually I would read it,

10        we all read it, and we would put our

11        initials down on some of the so-called

12        notes that we all read it.

13        Q.    Okay.

14        A.    So I'm not sure if this is mine

15        or not.  I know my name's -- no, I really

16        don't know.

17              MS. HUGGINS:  Do you recognize

18           the handwriting that's on there?

19           That's the question.

20        A.    No, the handwriting doesn't look

21        like mine.

22        Q.    That's okay.

23              Exhibit 36, do you recognize this

24        handwriting?

25        A.    No, I don't.
```

```
 1                    Costantino              53
 2         Q.    Can you tell me what Exhibit 36
 3    is?  I mean, it's a form of some kind
 4    that's been filled out, and I'm just
 5    wondering what the form is.
 6         A.    It was part of a form.
 7               It's too vague for me to really
 8    give a definitive answer.  I don't know.
 9         Q.    No problem.
10               And the last one, can you pull up
11    Exhibit 62.
12         A.    No.
13         Q.    You don't know whose handwriting
14    this is?
15         A.    No, I do not.
16         Q.    Now I'd like to go back to
17    Exhibit 67.
18         A.    Okay.
19         Q.    If you go to the second page,
20    there's a description of a car, it's an
21    Oldsmobile or Pontiac 6000.
22         A.    I'm looking for where it is.
23         Q.    It's on the top.  Top two inches.
24         A.    Yeah.  Gray or light blue.  Yeah.
25         Q.    Did you, in 1997, have the
```

                              Costantino                    54

1
2      ability to review DMV records to try to
3      locate types of cars?
4           A.    No.
5           Q.    If you had the name of a suspect,
6      could you then go out and try to find what
7      kind of car they had registered in their
8      name?
9           A.    Yes.
10          Q.    When somebody says an Oldsmobile
11     or Pontiac 6000, what kind of car would
12     that be described physically?
13          A.    Well, they are both similar, and
14     a four-door sedan.
15          Q.    Would it be correct to say it's
16     kind of a boxy car?
17          A.    Yeah, I would say so.
18          Q.    There was also a woman involved
19     in the shooting who was in that -- driving
20     that Oldsmobile or Pontiac; is that
21     correct?
22          A.    Pardon me?
23          Q.    There was also a woman involved
24     who was driving that Oldsmobile and
25     Pontiac, according to Bradley's statement;

1                          Costantino                    55

2        is that right?

3              A.     That's correct, yes.

4              Q.     Do you remember if an identikit

5        was made of that woman?

6              A.     I don't recall.

7              Q.     Based on the statements in

8        Exhibit 67, can you tell me what details

9        Bradley was able to provide with regards to

10       the female driver?

11             A.     Someone asked if she wore glasses

12       and she said she didn't know.

13                    Light-skinned.

14                    (The court reporter requested

15             clarification.)

16             A.     I asked if she wore glasses, the

17       person that was driving, or witness of this

18       person that did the shooting, and she

19       answered, I didn't believe so.

20             Q.     And you said light-skinned?

21             A.     I said light-skinned, black

22       female, and missing a front tooth.  Things

23       like that.

24             Q.     Okay.  Any other details?

25             A.     Light-checkered jacket.  She said

```
 1                    Costantino              56
 2      she was small, thin frame, and in her 20s,
 3      approximately, you know.
 4           Q.    Going back to --
 5           A.    She -- go ahead.  I'm sorry.
 6           Q.    Going back to Exhibit 66, would
 7      it be correct to say that if Ms. Bradley
 8      had done an identikit involving the woman,
 9      that you would have noted it on Exhibit 66,
10      this P73?
11           A.    Yes.
12                 MR. RICKNER:  I'd like to mark
13           COB1294 through 96 as Exhibit 68.
14                 MS. HUGGINS:  The number one more
15           time, Rob?
16                 MR. RICKNER:  1294 through 96.
17                 (Interview of Gino Johnson, Bates
18           No. COB1294, was marked as Exhibit No.
19           68 for identification, as of this
20           date.)
21                 MS. HUGGINS:  The witness has the
22           exhibit.
23      BY MR. RICKNER:
24           Q.    Can you identify Exhibit 68 for
25      the record.
```

```
 1                    Costantino            57

 2          A.    It's a P73.

 3          Q.    Did you --

 4          A.    Go ahead.

 5          Q.    Did you author this P73?

 6          A.    I did.

 7          Q.    And it says at the top, Interview

 8     of Gino Johnson.  Do you see that?

 9          A.    Right.  Yes.

10          Q.    What do you remember about Gino

11     Johnson?

12          A.    He was supposed to be a friend of

13     Ken Pope.  Or Paul Pope.

14          Q.    Do you actually -- aside from

15     what's written in this document, do you

16     remember anything about Gino Johnson?

17          A.    Not much.  We had a hard time

18     finding him, Bradley found out from one of

19     his relatives that he lived in Niagara

20     Falls, and we went there and spoke with

21     him.

22          Q.    You didn't go there and speak to

23     him on May 4, 1998, did you?

24          A.    No.

25          Q.    Did you go to speak to him on or
```

                         Costantino                    58

 1    about June 28, 1998?  Does that sound

 2    right?

 3         A.    Well, on the P73 I've got:  Date,

 4    may 4, 1998.

 5         Q.    Okay.  We've jumped ahead, and

 6    we'll go through other documents in a

 7    second.

 8              Would it be correct to say that

 9    you were also assigned -- would it be

10    correct to say that you also worked on the

11    Paul Pope homicide?

12         A.    Not a lot.  Very -- I was not

13    assigned to it.  If something came up and

14    Chief Riga said, Can you go take a look at

15    this person on this case, I would go do it,

16    naturally.  But I didn't do a lot in this

17    case.

18         Q.    Do you recognize the name Cory

19    Epps?

20         A.    Yeah, I do.

21         Q.    Prior to the Tomika Means

22    homicide, did you know anything about Cory

23    Epps?

24         A.    No.

```
 1                    Costantino              59

 2            MR. RICKNER:  I'm just going to

 3       collect a series of documents to do

 4       together.

 5            Can you pull up EPPS-DA00901?

 6       This is going to be Exhibit 69.

 7            MS. HUGGINS:  I'm sorry?  I

 8       didn't hear you, Rob.

 9            MR. RICKNER:  69, this will be

10       Exhibit 69.  Does the witness have the

11       exhibit?  I'm sorry.

12            THE WITNESS:  I do.

13            MR. RICKNER:  Sorry about that.

14       I omitted that part.

15            (P73 Bates No. EPPS-DA00901 was

16       marked as Exhibit No. 69 for

17       identification, as of this date.)

18  BY MR. RICKNER:

19       Q.   Can you identify Exhibit 69 for

20       the record.

21       A.   It's a P73 written by Ray

22  Masecchia, and a lineup that occurred at

23  the police headquarters.

24       Q.   Now, Jacqueline Bradley

25  identified Cory Epps in a photo array prior
```

```
 1                    Costantino              60

 2          to the lineup; is that true?

 3               A.    That's correct.

 4               Q.    Were you involved in any way with

 5          the photo array that was shown?

 6               A.    No.

 7               Q.    Do you know how many different

 8          photo arrays were shown to Jackie Bradley?

 9               A.    I do not.

10               Q.    Do you know if she was shown more

11          than one photo array that contained

12          Mr. Epps's photo?

13               A.    I'm not sure.  I wasn't involved

14          in preparing that photo array; that

15          wasn't -- it was other detectives.

16               Q.    Did you ever visit Jacqueline

17          Bradley at her house?

18               A.    I did.

19               Q.    About how many times?

20               A.    I think only once to pick her up,

21          or maybe twice, for the composite, and then

22          to bring her -- when I did bring her to

23          headquarters after the shooting and I took

24          a statement.  And then, of course, in the

25          lineup.  So maybe two or three times I
```

```
 1                    Costantino                61
 2       might have picked her up.
 3            Q.    Did you ever show her any
 4       photographs?
 5            A.    No.
 6                 MR. RICKNER:  Let's mark
 7            EPPS-DA00936 and mark that as Exhibit
 8            70.
 9                 MS. HUGGINS:  Could you repeat
10            the number, Rob?
11                 MR. RICKNER:  It's EPPS-DA00936.
12            It says, Record of Lineup in -- the
13            Bates number's kind of obscured.  I
14            should have described it better.
15                 (Record of Lineup, Bates No.
16            EPPS-DA000936, was marked as Exhibit
17            No. 70 for identification, as of this
18            date.)
19                 MS. HUGGINS:  The witness has the
20            exhibit.
21       BY MS. HUGGINS:
22            Q.    Can you tell me what Exhibit 70
23       is for the record.
24            A.    A Buffalo Police Department
25       record of a lineup.
```

1                    Costantino                    62

2          Q.    And the signature is Marilyn

3     Lanc; is that correct?

4          A.    That's true.

5          Q.    Who is Marilyn Lanc?

6          A.    She was our secretary in

7     homicide, and she was there before I got

8     there, and she was a wonderful person.

9          Q.    What was her role?  What did she

10    do at the homicide?

11         A.    She did a lot.  She did a lot of

12    the paperwork that we generated.  She did

13    most of the typing of it.  She did the

14    Dictaphone that we spoke of.  And she

15    generated this form as well.  And if there

16    was a lineup, she would get everybody's

17    name who was going to be at the lineup,

18    people who stood in the lineup, anybody who

19    would bear witness to this lineup, things

20    of that nature.  She was a secretary.

21         Q.    Where were lineups conducted at

22    the Buffalo Police Department?

23         A.    On the fourth floor.  It's a

24    lineup room, very unique.  I don't know.

25    Did you ever see it?

```
 1                    Costantino              63

 2        Q.    Me?

 3        A.    I'm asking you a question, Rob.

 4        Q.    No, I haven't.

 5        A.    If you see it someday, you'll be

 6   impressed with -- at that time.

 7              MS. HUGGINS:  Can you just

 8        identify what building you're speaking

 9        of?

10        Q.    That's the question I'm asking.

11        A.    74 Franklin was the Buffalo

12   Police Department at that time.

13   Headquarters.

14        Q.    And was there a particular

15   officer that would pick out the fillers for

16   the lineup?

17        A.    Yes.

18        Q.    Who was that?

19        A.    You know, I'm not sure.  I don't

20   recall.

21        Q.    With respect to the Cory Epps

22   lineup, did you pick out the fillers?

23        A.    I did not, no.

24        Q.    It says you were viewing the

25   lineup; is that correct?
```

```
 1                    Costantino              64

 2          A.    I was.

 3          Q.    Do you remember anything of note

 4     regarding the lineup besides the fact that

 5     Jackie Bradley chose Mr. Epps?

 6          A.    Well, like I said before, it was

 7     two lineups.  That's the way they conducted

 8     it at that time.  And she picked Mr. Epps

 9     out both times.  And that was about it.

10     And the people that stood in the lineup,

11     six of them, including Epps.  Nothing was

12     usual about the lineup.

13               MR. RICKNER:  So can we mark

14          COB1126 through 1130, some handwritten

15          notes, and mark those as Exhibit 71.

16               (Handwritten notes, Bates Nos.

17          COB1126 through 1130, were marked as

18          Exhibit No. 71 for identification, as

19          of this date.)

20               MS. HUGGINS:  The witness has the

21          exhibit.

22               MR. RICKNER:  That was fast.

23     BY MR. RICKNER:

24          Q.    I'd just like you to take a look

25     at Exhibit 71 and tell me whether or not
```

```
 1                    Costantino                    65
 2        that's your handwriting.
 3             A.    It is, yes.
 4             Q.    And I'd like you to also take a
 5        look at Exhibit 68.
 6             A.    Okay.  I have it.
 7             Q.    Would it be correct to say that
 8        Exhibit 71 is the first draft of Exhibit
 9        68?
10             A.    It is, yes.
11             Q.    Now, would you have written
12        Exhibit 71 during the interview of Gino
13        Johnson?
14             A.    Yes.
15             Q.    All right.  So I guess what
16        really I'm trying to get at is is that did
17        you take other notes and then draft Exhibit
18        71 that became Exhibit 68, or is there just
19        Exhibit 71 as part of your regular
20        practice?
21             A.    My regular practice I would have
22        done that.  I don't recall taking other
23        notes and then having a couple of notes.
24        This was the one I did, and then from this
25        I did a P73.
```

```
 1                    Costantino              66

 2        Q.     Understood.

 3               MR. RICKNER:  Can we mark COB899

 4        to 900 as Exhibit 71.  72, rather.

 5               (Handwritten notes dated 4/16/98,

 6        Bates Nos. COB899 and 900, were marked

 7        as Exhibit No. 72 for identification,

 8        as of this date.)

 9               MS. HUGGINS:  The witness has the

10        exhibit.

11   BY MR. RICKNER:

12        Q.     Do you know whose handwriting is

13   on Exhibit 72?

14        A.     Well, my guess -- well, it's Mark

15   Stambach's.

16        Q.     Gotcha.  Thank you.

17               Now, do you remember a Detective

18   John Bohan?

19        A.     Yes.

20        Q.     And you worked with him?

21        A.     He was in the other wheel (ph),

22   and he came there -- I don't think he was

23   there that long, but he came -- after I was

24   there for a while, then he came to

25   homicide.  And he might have been there
```

```
 1                    Costantino            67

 2        maybe two, three years.  I really don't

 3        know.

 4                    MS. HUGGINS:  His question is did

 5              you work with him.

 6              A.    Well, see, that's too broad of a

 7        question.  We worked with all of them.  Do

 8        you understand what I mean?

 9              Q.    I do.

10              A.    Everyone that was in there at one

11        time, you had something to do with them.

12        If there's something specific you're

13        looking at, whatever that is, you know...

14        I didn't work with him a lot.  Let's put it

15        that way.

16              Q.    Okay.  When was the last time you

17        spoke with Detective Bogan?

18              A.    Bohan, you mean?

19              Q.    Yeah.  Bohan.  Excuse me.

20              A.    Maybe three, four years ago.

21              Q.    Okay.  Where did you run into

22        him?

23              A.    Well, every year the PBA, Police

24        Benevolent Association, has, like, a summer

25        picnic, and you run into some of the
```

```
 1                    Costantino            68
 2       officers that you've seen through the
 3       years, and I think I seen him there.
 4       Things, like, of that effect.  Maybe a stag
 5       for somebody, a reunion, those kind of
 6       things.  But, you know...
 7            Q.    Was there a PBA picnic last year?
 8            A.    No.  It was the pandemic.  No.
 9            Q.    Right.  I mean, I figured that.
10       But the year before there would have been
11       one?
12            A.    Sure, yes.
13            Q.    Okay.  Do you recognize Detective
14       Reginald Minor's name?
15            A.    Yes.
16            Q.    When was the last time you spoke
17       to Detective Minor?
18            A.    Well, from -- well, I went to the
19       district attorney's office in 2003 and was
20       a DA investigator.  Frank Clark hired me.
21       And I continued to work in that capacity
22       with Rick Sedita and with John Flynn.  And
23       he'd come in there, because he was still in
24       homicide, and I would see him there, you
25       know, doing testimony on cases.  So I'd run
```

```
1                    Costantino              69

2        into him, say, Hi, how are you doing,

3        stuff -- things like that, you know.

4             Q.    Since 2003 have you spoken to

5        Detective Minor?

6             A.    Yeah, when I was -- yeah, in the

7        DA's office.

8             Q.    Oh, okay.  I guess I

9        misunderstood your testimony.

10            A.    I was in the DA's office from

11       2003 to 2018.  So when these officers that

12       were still in homicide would come to the

13       DA's office to testify in cases, then, of

14       course, I'd run into them.  And they knew

15       me from being a former homicide.

16            Q.    And Detective Riga also went to

17       the DA's office?

18                  MS. HUGGINS:  His question was

19            when did you last speak to Frankie

20            Minor.

21            A.    Okay.  Well, I'm out of there two

22       years.  Probably maybe three years ago, two

23       and a half years ago.

24            Q.    Okay.

25            A.    It was a, How ya doing, that kind
```

```
 1                    Costantino                 70

 2        of a thing.

 3               Q.     Sure.

 4               Detec -- Chief Riga also went to

 5        the district attorney's office; is that

 6        correct?

 7               A.     Yes.  After me.

 8               Q.     After you?

 9               A.     Yes.

10               Q.     Ah, gotcha.

11               A.     Like I said before, Charlie

12        Fieramusca was the first chief, and then

13        Riga was the chief after that.  And when I

14        went to the DA's office, Riga came a few

15        years af -- maybe a couple years later,

16        two, three years later.  And Frank Sedita

17        made him chief.

18               Q.     Have you spoken to Chief Riga

19        since you left in 2018?

20               A.     Yes.  You know, briefly, Hello,

21        how are you, stuff like that.

22               Q.     Okay.  When was the last time you

23        spoke with Mark Stambach?

24               A.     About two years ago.

25               Q.     Where was that?
```

```
 1                    Costantino              71
 2         A.    At a golf tournament.
 3         Q.    Is this a golf tournament of
 4    detectives?
 5         A.    That, and we had another
 6    organization.  And he was a member of the
 7    Bridgewater, which is in Canada, and I
 8    golfed with him a couple of times there,
 9    like two, three years ago.  But since then,
10    not much after that.
11         Q.    Okay.  Do you know a Detective
12    James Giardina?
13         A.    Yes.
14         Q.    And when was the last time you
15    spoke with Detective Giardina?
16         A.    Probably about the same time,
17    two, three years ago.  Once I retired, you
18    know, I had my -- the friends I have, you
19    know.  But that was about it, about two,
20    three years ago.
21         Q.    Do you know a Detective Sergeant
22    Robert Chella?
23         A.    Yes.
24         Q.    And when was the last time you
25    spoke with Detective Chella?
```

```
 1                    Costantino              72
 2          A.    Again, probably about a year and
 3     a half ago.
 4          Q.    What did you talk about?
 5          A.    At a party that he was attending
 6     at that time.  At a restaurant I saw him.
 7          Q.    Okay.
 8          A.    You run into these people.
 9          Q.    Right.
10                What was the party for where you
11     saw Detective Chella?
12          A.    I don't know if it was a
13     retirement party.  And we were in a group
14     one time, about four or five of us, would
15     meet at someone's house, and that was about
16     two years ago, and he was there at the
17     party.
18          Q.    And what about Detective
19     Masecchia, when was the last time you spoke
20     with him?
21          A.    About maybe in the summertime.
22          Q.    You mean seven months ago, give
23     or take?
24          A.    Yeah, six, seven -- because he
25     was playing golf, and I play golf, and I
```

```
 1                    Costantino              73
 2        saw him at the same golf course.  Stuff
 3        like that.
 4             Q.    Okay.  And --
 5             A.    He and I continue to be friends,
 6        stuff like that, you know.
 7             Q.    Sure.
 8                    When was the last time you spoke
 9        with Detective Aronica?
10             A.    Again, this past summer in a
11        restaurant.  When they were open.
12             Q.    Now, when did you first become
13        aware of this lawsuit?
14             A.    When I was served the subpoena.
15             Q.    Okay.  Could you give me a rough
16        date.
17             A.    The date when I was served the
18        subpoena?  No, I don't recall.
19             Q.    Did somebody come to the house --
20        withdrawn.
21                    Did somebody hand you a summons
22        with a complaint attached to it?
23             A.    I think I received it in the
24        mail.
25             Q.    Okay.  Did you read it when you
```

1                    Costantino              74

2          received it?

3                 A.    Yes.

4                 Q.    Besides your counsel, did you

5          discuss the lawsuit with anyone else?

6                 A.    No, I really did not.

7                 Q.    Did you ever call --

8                 A.    My wife, things like that, but

9          nobody else.

10                Q.    Did you ever call up any of the

11         other detectives and say, Hey, guys, did

12         you get this lawsuit?  What's it about?

13                A.    No, I did not.

14                Q.    Now, we established that you

15         recognize the name Cory Epps, right?

16                A.    Yes.

17                Q.    And you were working in the

18         district attorney's office until 2018; is

19         that right?

20                A.    That's correct.

21                Q.    Do you remember the Tomika Means

22         murder and Cory Epps being reinvestigated

23         by the district attorney's office?

24                A.    I do.

25                Q.    Were you part of that

```
 1                    Costantino              75

 2      reinvestigation?

 3           A.    Myself and Joe Riga, Chief Riga.

 4           Q.    Okay.  When did you first start

 5      reinvestigating the Tomika Means murder?

 6           A.    Well, when we found out there was

 7      an appeal.  I don't know if it was you,

 8      particular, but a couple of lawyers came to

 9      the -- wanted to talk to us, talked to John

10      Flynn at that time.  So it had to be maybe

11      three years ago.

12           Q.    Who's John Flynn?

13           A.    Well, he's the current district

14      attorney.

15           Q.    When you say the district

16      attorney, you mean he's actually the

17      district attorney for the County of

18      Buffalo?  Erie County, rather.

19           A.    Yeah.  I worked for three of

20      them:  At one time Frank Clark, he was

21      the -- and then it was Frank Sedita, and

22      then John Flynn.  And I was there for all

23      three of them.  But I retired in 2018.

24           Q.    When you said some lawyers came

25      to talk to you, do you know who those
```

```
 1                     Costantino                76
 2     lawyers were?
 3            A.    What's the name of the
 4     organization?  That you're probably a part
 5     of.
 6            Q.    Well, actually, I'm not.  But I
 7     do know Mr. Garber.  Does that refresh your
 8     recollection?
 9            A.    Yeah, I think he was one of them,
10     yes.
11            Q.    And a woman named Rebecca?
12            MS. HUGGINS:  Do you remember who
13        you met with?
14            THE WITNESS:  No, I don't.  I
15        don't remember.  I don't remember
16        specifically.  It was a few gentlemen
17        and also a female at one time.
18            Q.    Do you remember a, frankly, guy
19     who's pretty short, attorney?
20            A.    Yes.
21            Q.    Very animated?
22            A.    I do.
23            Q.    Okay.  And do you remember a
24     woman that's taller than him, long, black,
25     curly hair?
```

```
 1                    Costantino              77
 2         A.    Yes, I do.
 3         Q.    Can you explain how it came about
 4    that you spoke to those attorneys?
 5         A.    Well, they knew that Riga and
 6    myself were involved in that case, and they
 7    wanted to, I guess, get our feelings on it,
 8    you know.
 9         Q.    Okay.
10         A.    What we knew about it.
11         Q.    Now, besides discussing, I guess,
12    the investigation with the attorneys, did
13    you do anything else with respect to the
14    investigation?
15         A.    We went and talked to Jackie
16    Bradley.
17         Q.    When did you talk to Jackie
18    Bradley?
19         A.    I don't remember the date.  But
20    it was during that time period within the
21    last -- probably 2017, maybe.
22         Q.    Did you take notes during your
23    conversation?
24         A.    Joe Riga did, I believe.
25         Q.    And what did Jackie Bradley tell
```

Costantino                    78

1
2       you during that conversation?
3           A.    Well, she was upset because I
4       guess that program seeked her out a couple
5       of times to speak with her, once at the
6       place where she worked, and she was upset
7       that they were -- in her words, that they
8       are bothering her, and that she was adamant
9       that she picked out the right person.  She
10      believed that Cory Epps did it.
11          Q.    Did you ever show her in this
12      recent phase of the investigation a
13      photograph of Russell Montgomery?
14          A.    I didn't, no.
15          Q.    Did anybody else show her a
16      photograph of Russell Montgomery in your
17      presence?
18          A.    I don't believe so.
19          Q.    Besides --
20          A.    I mean -- go ahead.
21          Q.    No.  Sorry.  Please finish.
22          A.    It wasn't our capacity to do
23      that, you know what I mean?  We weren't
24      investigating the case at that time, which
25      was, we felt, solved.

```
 1                    Costantino            79

 2          Q.    Besides Jackie Bradley saying

 3    that the Exoneration Initiative had been

 4    bothering her, what else did she say?

 5          A.    Well, she never wavered from her

 6    story.  Basically, what she told us at the

 7    beginning, stayed with that.

 8               MR. RICKNER:  We've been going

 9          about an hour and a half, thanks to my

10          late start.  Do you guys want to

11          stretch your legs?  I want to.  So I'm

12          just going to go ahead and say if we

13          can take 10, maybe 15, that would be

14          great.  Are you okay with that?

15               MS. HUGGINS:  Rob, I have a phone

16          call that I have to make at 1:00.

17          So --

18               Do you need a moment to stretch

19          your legs?

20               THE WITNESS:  Whatever you want

21          to do.

22               MS. HUGGINS:  Do you want to go

23          for maybe 20 more minutes and then I

24          can make the call.

25               MR. RICKNER:  Can I take five,
```

```
 1                     Costantino              80

 2              and then I'll just run back.

 3                     THE WITNESS:  You got it.

 4                     MR. RICKNER:  Okay.

 5                     (Whereupon, a recess was taken

 6              between 12:32 and 12:39 p.m.)

 7         BY MR. RICKNER:

 8              Q.    With regards to the

 9         reinvestigation, besides talking to

10         Jacqueline Bradley, did you do anything

11         else, of any -- broadly, both -- whether

12         documents, witnesses, anything?

13              A.    I can't recall our first -- XXX,

14         XXX XXXXX?

15              Q.    Yeah.

16                     MR. RICKNER:  Can we refer to her

17              as Witness 1?  I'm going to ask the

18              court reporter to refer to her as

19              Witness 1.

20                     MS. HUGGINS:  Can we just go off

21              the record briefly for you and I to

22              talk about it?

23                     MR. RICKNER:  Yeah.

24                     (A discussion was held off the

25              record.)
```

```
 1                    Costantino              81
 2        BY MR. RICKNER:
 3             Q.    So you spoke to Witness 1; is
 4        that correct?
 5             A.    I did.
 6             Q.    How many times?
 7             A.    I think twice.  I believe twice,
 8        yeah.
 9             Q.    Let's just -- going back to the
10        first conversation, can you tell me roughly
11        when that was?
12             A.    I don't recall the date.  Maybe
13        2017, but I don't know the month and stuff
14        like -- you know.
15             Q.    Was this conversation in person
16        or over the phone?
17             A.    In person.
18             Q.    Was anybody with you?
19             A.    Chief Riga.
20             Q.    Anyone else?
21             A.    No.
22             Q.    During this first conversation,
23        what did Witness 1 tell you?
24             A.    She gave us information that she
25        believes that Cory Epps was innocent.
```

```
 1                    Costantino              82

 2          Q.    Besides that conclusion, what

 3     information did she provide regarding

 4     Mr. Epps's innocence, in detail?

 5          A.    She thought another person

 6     actually committed the murder.

 7          Q.    What was the name of that other

 8     person?

 9          A.    Montgomery.

10          Q.    Russell Montgomery?

11          A.    Russell Montgomery.

12          Q.    Why did Witness 1 believe that

13     Russell Montgomery committed the murder?

14                MS. HUGGINS:  Form.

15                You can answer.

16          A.    Why?

17          Q.    Yeah.

18                MS. HUGGINS:  Well, what -- my

19          form objection is --

20                MR. RICKNER:  I get ya.

21          Q.    What information did Witness 1

22     provide to you to support her statement

23     that Russell Montgomery committed the

24     murder?

25          A.    Someone told her that Russell
```

```
 1                    Costantino                83

 2        Montgomery committed the murder.

 3               Q.    Who told her that?

 4               A.    Meka (ph) Anderson, Pumpkin.

 5               Q.    Did she bring up the name Paul

 6        Pope in the interview?

 7               A.    She did.

 8               Q.    Did she know Paul Pope?

 9               A.    Yes.

10               MS. HUGGINS:  And the "she" --

11               (Simultaneous speakers.)

12               (The court reporter requested

13        clarification.)

14               MS. HUGGINS:  I said and the

15        "she" you are referring to is Witness

16        1?

17               THE WITNESS:  Yes.

18        BY MR. RICKNER:

19               Q.    How did Witness 1 know Paul Pope?

20               A.    I think they were just friends.

21               Q.    Did Witness 1 ever indicate that

22        Paul Pope told her that Russell Montgomery

23        had confessed to the murder?

24               A.    Repeat that again.

25               Q.    Did Witness 1 ever say that Paul
```

```
 1                    Costantino              84

 2         Pope had told her that Russell Montgomery

 3         had told him that he committed the murder?

 4              A.    Yes.

 5              Q.    Did you provide a photograph of

 6         Russell Montgomery to Witness 1?

 7              A.    No.

 8              Q.    Besides what we've detailed, in

 9         the first conversation did Witness 1 say

10         anything else of significance?

11              A.    Other than that Witness 1 was

12         told by Anderson that Russell Montgomery

13         did it.

14              Q.    Okay.

15              A.    Other than that, no.

16              Q.    When you spoke with Witness 1,

17         did you believe her to be credible?

18              A.    No, not at the time.

19              Q.    At some point did your opinion of

20         her credibility change?

21              A.    Well, until we talked to Jackie

22         Bradley again.  And no, it did not change.

23         I mean, she was a nice person, but no, it

24         didn't change.

25              Q.    You also indicated that you had a
```

```
 1                    Costantino              85
 2      second conversation with Witness 1?
 3           A.    She came to the homicide -- or
 4      not homicide, the district attorney's
 5      office, and we spoke with her there.
 6           Q.    Who was present during that
 7      conversation?
 8           A.    Donna Milling, who was in charge
 9      of the appeals, and so was Joseph Riga.
10      And David Heraty.  He's an assistant DA.
11           Q.    And what was discussed during the
12      second meeting?
13           A.    Basically the same thing, that
14      she was indicating that Paul Pope and --
15      that she believed that Paul Pope, who later
16      got killed, or was convicted -- or Russell
17      Montgomery was convicted for killing Paul
18      Pope, she believed that he still is the
19      killer of Tomika Means.
20           Q.    Besides interviewing Jacqueline
21      Bradley and Witness 1, did you take any
22      other steps with respect to the
23      reinvestigation of the Means murder?
24           A.    No.
25           Q.    Did you interview any other
```

1                            Costantino                    86

2          witnesses?

3                    A.    No, I didn't.

4                    Q.    Did you collect any documentary

5          evidence?

6                    A.    No.

7                    Q.    Did you come to any conclusions

8          with respect to the reinvestigation?

9                          MS. HUGGINS:  Form.

10                         You can answer.

11                   A.    I still believe that Cory Epps

12         did it.

13                   Q.    Did you share this information

14         with Mr. Riga, Chief Riga?

15                   A.    We spoke about it.

16                   Q.    Did Chief Riga ever say whether

17         or not he thought Cory Epps did it

18         following the reinvestigation?

19                   A.    Pardon me?

20                   Q.    Did Chief Riga ever say that he

21         thought Cory Epps was innocent or not

22         during one of your conversations following

23         the reinvestigation?

24                   A.    He was leaning that way.

25                   Q.    You said he was leaning towards

```
1                        Costantino                    87

2         thinking that Cory might be innocent?

3              A.    Yes.

4              Q.    Did anyone at the district

5         attorney's office make any determination

6         with respect to Mr. Epps's guilt or

7         innocence?

8              A.    Not to my knowledge.

9              Q.    Did you discuss it with one of

10        the district attorneys?

11             A.    The only person we discussed it

12        with was District Attorney John Flynn.

13             Q.    And what did he say?

14             A.    He wasn't sure at that time, as

15        well, until he looked into it further.

16             Q.    Would it be fair to say that you

17        were aware that Cory -- withdrawn.

18                   You know that Cory Epps was

19        released from prison, right?

20             A.    I do.

21             Q.    Okay.  When did you learn that

22        information?

23             A.    Well, just about the time they

24        released him, whenever that was.  I don't

25        know the date.
```

```
 1                      Costantino              88

 2            Q.    Did you have any conversations

 3      with any of the detectives regarding his

 4      release?

 5            A.    No.

 6            Q.    Did you, you know, for example,

 7      call up, you know, Detective Aronica and

 8      say, Hey, did you hear about this?

 9            A.    No.  It is what it is.  When he

10      was released and it was overturned, that

11      was -- as far as I was concerned, it was

12      over with.

13            Q.    I'd like to go back to -- sorry

14      to lose my place.

15                  I'd like to go back to Exhibit

16      68.

17            A.    I have it.

18            Q.    Great.

19                  Now, based on your review of

20      Exhibit 68, would it be correct to say that

21      Russell Montgomery, as of May 4, 1998, was

22      a suspect in the murder of Paul Pope?

23            A.    Yes.

24            Q.    And if you remember, would it be

25      correct to say he had been a suspect for
```

```
 1                    Costantino                89

 2       quite some time at that point?

 3                 MS. HUGGINS:  Form.

 4                 You can answer.

 5           Q.    Couple weeks?

 6           A.    Maybe, yes.

 7           Q.    Did you have a photograph of

 8       Russell Montgomery available to you?

 9           A.    No.

10           Q.    Why not?

11           A.    Well, this wasn't my case with

12       the Pope/Witness 1 thing, and I didn't do

13       much on that.  I mean, later on I saw a

14       photograph of him.

15           Q.    Just a general matter of

16       procedure, once Russell Montgomery became a

17       suspect, would his photograph have been

18       pulled from any available source?

19           A.    Yes.

20           Q.    And would detectives have also

21       determined basic information like his

22       height and weight, whether he wears

23       glasses, things like that?

24                 MS. HUGGINS:  Form.

25                 You can answer.
```

```
1                        Costantino              90

2            A.    Yes.

3            Q.    And that information would have

4       been stored in the homicide file?

5            A.    It would have been -- in what

6       file?

7            Q.    The Paul Pope file.

8            A.    Oh, yes.

9            Q.    Now, when there is a homicide

10      trial going on, would the detectives at the

11      squad be generally aware that one of their

12      cases was going to trial?

13           A.    Yes.

14           Q.    Would you guys talk about it?

15           A.    Yes.  Brainstorming, things like

16      that.

17           Q.    Some people would actually

18      disappear and go testify, right?

19           A.    Yes.

20           Q.    Not disappear, but they'd leave

21      the squad and go testify, right?

22           A.    Yes.  Whether they had that case

23      or whatever they were working on.

24           Q.    Right.  And I think it would be

25      fair to say that Chief Riga was aware of
```

```
 1                    Costantino              91
 2       when there was or wasn't a homicide, right?
 3            A.    Oh, yes.
 4            Q.    Withdrawn.  Homicide trial.
 5       Obviously he knows there's a homicide.
 6       That's his whole job.  But homicide trial.
 7       Yes?
 8            A.    Yes.
 9                 MR. RICKNER:  Okay.  I'd like to
10            mark this 73, Epps DA00937.
11                 (P73 Bates No. EPPS-DA00937 was
12            marked as Exhibit No. 73 for
13            identification, as of this date.)
14                 MS. HUGGINS:  The witness has the
15            exhibit.
16       BY MR. RICKNER:
17            Q.    Now, did you author Exhibit 73?
18            A.    I did.
19            Q.    This is a P73?
20            A.    Yes.
21            Q.    Now, would it be correct to say,
22       based on this document, that you were told
23       to drive from the Pancake House to the
24       location of the murder to see how long it
25       took?
```

```
 1                         Costantino            92
 2            A.     Yes.
 3            Q.     Who assigned you to do that?
 4            A.     Chief Riga.
 5            Q.     Do you know what led Chief Riga
 6      to want to do that?
 7            A.     Well, this is where the homicide
 8      occurred, at this location, and I guess
 9      Mr. Epps stated that he was at a pancake
10      house when this occurred.
11            Q.     Right.  Would it be fair to say
12      that being at the Pancake House was a kind
13      of alibi?
14            A.     Yes.
15            Q.     And what specifically did Chief
16      Riga ask you to do?
17            A.     Well, when we found out that
18      Mr. Epps had an alibi, that he was at the
19      Pancake House, my job was to see how long
20      it would take, three different routes I
21      took, how far it would take, go from
22      Delevan and Chelsea to that Pancake House.
23      And that's what I did.
24            Q.     And what was the purpose of doing
25      that?
```

```
 1                    Costantino          93
 2         A.    Well, that Epps would have had a
 3    chance, then, to go to the Pancake House
 4    after he committed this murder.
 5         Q.    So you were trying to disprove
 6    that alibi that Epps had?
 7         A.    Yes.
 8         Q.    That's yes?  Sorry.
 9         A.    Yes.
10         MR. RICKNER:  Is now a good time?
11         THE WITNESS:  Pardon me?
12         MR. RICKNER:  Talking to Maeve.
13         I've got another section I'd like
14    to kind of keep together.  We're
15    getting pretty close.
16         MS. HUGGINS:  Okay.  This meeting
17    is fairly short.  It rarely runs over
18    10 minutes.  So if we want to take 15
19    to be safe, come back at 1:15.
20         MR. RICKNER:  Yep.  I'm not
21    hungry yet.  So you know my secret
22    snack stash.
23         MS. HUGGINS:  All right.
24         MR. RICKNER:  So let's just call
25    it 1:15, then, make sure nobody's
```

```
 1                    Costantino              94

 2          running around, okay?

 3                    MS. HUGGINS:  Thanks, Rob.

 4                    MR. RICKNER:  Thank you.

 5                    (Whereupon, a recess was taken

 6          between 12:55 and 1:22 p.m.)

 7      BY MR. RICKNER:

 8          Q.    Detective, I think we discussed

 9      earlier there was an alibi regarding the

10      Pancake House.  Do you remember that?

11          A.    I do.

12          Q.    Are you familiar with that

13      Pancake House?

14          A.    Yes.  I don't live too far from

15      there.

16          Q.    It's an all-night joint?

17          A.    Pardon me?

18          Q.    It's an all-night restaurant?

19          A.    Yes.  It's closed now.

20          Q.    But, you know, in 1997 and 1998

21      it was a 24-hour affair, right?

22          A.    That's correct.

23          Q.    Do a lot of police officers hang

24      out there because it was 24 hours?

25          A.    I don't know about that, because
```

```
 1                     Costantino              95

 2       that's in Amherst; it would be Amherst

 3       Police Department.  I mean, I went there

 4       occasionally, during the day when I wasn't

 5       working, things like that, but never hung

 6       out there.  I've never seen a lot of police

 7       officers in there.

 8            Q.    Okay.  Would it be fair to say in

 9       1997 you were -- and 1998 you were pretty

10       familiar with the restaurant, though?

11            A.    Yes.

12            Q.    And you say it was right next to

13       your house.  Was that true in 1998?

14            A.    Pardon me?

15            Q.    You said earlier that the Pancake

16       House was near where you lived.  Was that

17       true in 1998?

18            A.    Yes.  It was -- well, not near --

19       it was probably about four or five miles

20       away.

21                 MR. RICKNER:  Maeve, maybe you

22            should disconnect and reconnect?  I'm

23            seeing a marked decline in the quality

24            of -- I'm also worried that I just

25            missed a bunch of things he said.
```

```
 1                    Costantino            96

 2              (A discussion was held off the

 3         record.)

 4    BY MR. RICKNER:

 5         Q.    Just talking about the Pancake

 6    House, and I think -- I don't know if we

 7    got this answered, but would it be correct

 8    to say in 1997 and 1998 you were fairly

 9    familiar with the Pancake House?

10         A.    Yes.

11         Q.    At some point it was revealed

12    that Cory Epps had an alibi regarding the

13    Pancake House, right?

14         A.    That's correct.

15         Q.    Do you know about when you guys

16    found that out, meaning the detectives?

17         A.    Well, I think at the time when

18    Cory Epps came into the homicide unit

19    regarding his vehicle.

20         Q.    Okay.  Would this have been maybe

21    July of 1997?

22         A.    Possibly.

23         Q.    Did you ever investigate that

24    alibi by going to the Pancake House and

25    talking to witnesses?
```

```
1                     Costantino              97

2          A.    Well, this was early in the

3    morning, and I didn't go personally to talk

4    to anybody.  There was -- you know what I

5    mean?  I just did this route.

6          Q.    Right.  But that was almost a

7    year later, right?

8          A.    Right.

9          Q.    What I'm wondering is, as part of

10   the initial homicide investigation, well

11   prior to trial, did you go to the Pancake

12   House to talk to any witnesses?

13         A.    I didn't.

14         Q.    Do you know if anybody else did?

15         A.    I can't answer that.  I don't

16   know.

17         Q.    Would it generally be standard

18   practice to try to talk to witnesses to see

19   if somebody's alibi checks out?

20         A.    Yes.

21         Q.    You mentioned that Joseph Riga

22   told you to go to -- to try to drive the

23   route to find the timing, right?

24         A.    Right.

25         Q.    When he did that, did he also
```

```
1                      Costantino              98

2          tell you to go investigate witnesses at the

3          Pancake House who might have remembered

4          Mr. Epps?

5               A.    I think he did send someone.  It

6          wasn't me.  I don't recall that I went.

7               Q.    Do you know what the result of

8          that conversation was, if it occurred?

9               A.    Only what I read in one of the

10         P73s.

11              Q.    Which is?

12              A.    That someone had talked to the

13         manager, and the manager does recall, or

14         who could be the server, and the server

15         does remember a black man with a female,

16         and mentioned that he was watching his car

17         through the window, because he didn't want

18         anybody to mess with it or something.  But

19         I don't think he could identify the person.

20         It was vague and -- you know, description,

21         and what they ate, things like that.

22              Q.    And did you guys take a statement

23         from him?  Did anyone take a statement from

24         that server?

25              A.    You know, I'm not sure.  I'd have
```

```
 1                    Costantino              99
 2      to look at the file.
 3            Q.    Now --
 4                  I'm sorry.  One moment.
 5                  At some point in 1998 did you
 6      become aware of an anonymous letter?
 7            A.    Yes.
 8            Q.    And this was an anonymous letter
 9      that indicated that Russell Montgomery
10      killed Tomika Means?
11            A.    Yes.
12            Q.    When did you learn about that
13      anonymous letter?
14            A.    In the homicide office.  I don't
15      know if Riga was talking about it.  People
16      were just talking about this letter.
17            Q.    And do you remember about when
18      that occurred?
19            A.    I think it was during the trial
20      of Epps.  It might have been right after
21      it.
22            Q.    And did you know who provided
23      that anonymous letter?
24            A.    Not at the time, I did not.
25            Q.    Did you take steps to determine
```

```
 1                    Costantino           100

 2        who provided that anonymous letter?

 3             A.    No, I did not.

 4             Q.    Did you ever find out who

 5        provided the anonymous letter?

 6             A.    Well, later on it was discovered

 7        that Meka Anderson, Pumpkin, wrote the

 8        letter.

 9                  MS. HUGGINS:  His question is did

10             you take steps to find out who wrote

11             that letter.

12                  THE WITNESS:  No, I did not.  I

13             answered that, I thought.

14             Q.    Somebody, however, determined

15        that it was Pumpkin that wrote the letter?

16             A.    Yes.

17             Q.    When did detectives determine

18        that Pumpkin wrote the letter?

19             A.    I'm not sure.

20             Q.    Do you remember who determined

21        that Pumpkin wrote the letter?

22             A.    No, I don't recall who told me

23        that -- who wrote the letter.

24             Q.    Did somebody from the district

25        attorney's office figure out who wrote the
```

```
 1                   Costantino              101

 2     letter, or was it one of the detectives?

 3          A.    I heard information from the --

 4     information from the DA's office.

 5          Q.    Okay.  And when did you find that

 6     information out from the DA's office?

 7          A.    Hold on.  We're blank.

 8                We're back.

 9          Q.    Oh.  I was going to say, you guys

10     looked fine from here.

11                When did you learn from the

12     district attorney's office that Wymiko

13     Anderson wrote the anonymous letter?

14          A.    Well, it was after the

15     conviction, soon thereafter, of Epps.

16          Q.    Okay.  And did you have any

17     interactions with Wymiko Anderson prior to

18     this anonymous letter coming to light?

19          A.    Yeah.  She came into the office

20     during the -- I think it was during the

21     trial of Cory Epps or right before that,

22     after he was arrested.

23          Q.    If I sit -- are you aware that

24     Anderson provided a statement about April

25     17 of 1998, thereabouts?
```

1                    Costantino          102

2          A.    Yeah, I do, but I don't recall

3     the whole thing.  But I do recall a

4     statement.

5          Q.    Okay.  Were you present when she

6     gave that statement?

7          A.    You know, I think I was.

8          Q.    Did you have conversations with

9     Ms. Anderson in April of 1998?

10         A.    You mean during the statement or

11    prior to --

12         Q.    Withdrawn.

13               Prior to Wymiko Anderson giving a

14    statement, she was interviewed by officers;

15    is that right?

16         A.    Yeah.  She came in -- there was a

17    number of officers there when she came in.

18         Q.    Okay.  And besides you, who else

19    do you remember being there?

20         A.    Giardina, Stambach, Chief Riga.

21    There were a number of officers when she

22    came in; there had to be at least four

23    there.  I don't know who was changing

24    shifts or were just -- they were there on

25    other cases and reading their files when

```
 1                    Costantino           103
 2       she came in.
 3            Q.    Okay.
 4                 MS. HUGGINS:  Form.  I think we
 5            should clarify, when you say "present,"
 6            what are you referring to?
 7            A.    Well, I'm referring --
 8                 MS. HUGGINS:  No, no.  Form as to
 9            the question, just the use of the word
10            "present."
11                 MR. RICKNER:  Okay.
12       BY MR. RICKNER:
13            Q.    I mean, at some point -- uh-oh.
14       Oh!  Weird.
15                 Sorry.  My screen just did
16       something weird.
17            A.    I see you.
18            Q.    At some point after Ms. Anderson
19       came into the homicide squad, she spoke
20       about the Paul Pope murder, right?
21            A.    She did.
22            Q.    Were you there when she discussed
23       the Paul Pope murder?
24            A.    When she first came in, you mean?
25       At that point when --
```

```
 1                    Costantino              104
 2        Q.    Any time she came in.
 3        A.    I think just during the -- when
 4     the statement was taken.  But prior to
 5     that, there were -- she came in, but other
 6     people were doing whatever they do on other
 7     cases.  It wasn't all focused on what she
 8     was saying.
 9        Q.    Sure.  But -- so when she gave
10     the statement, though, who else was
11     present?
12            MS. HUGGINS:  Form, and just my
13         objection as to the use of the word
14         "present."  Are you meaning --
15            MR. RICKNER:  I mean in the room.
16            MS. HUGGINS:  In the office or
17         the room?
18            MR. RICKNER:  Let me ask that.
19        Q.    When Ms. Anderson came into the
20     homicide squad, is it fair to say you took
21     her into the interview room, or somebody
22     took her into the interview room?
23        A.    In the homicide there's four
24     rooms.
25        Q.    Okay.
```

```
 1                    Costantino            105
 2          A.    Not just one room.  So there's
 3    other detectives in other rooms.  They may
 4    know that she's there, but -- you know.
 5    Then you go into -- if you took a
 6    statement, you took her into the statement
 7    room.
 8          Q.    Right.  So when Ms. Anderson goes
 9    into the statement room, were you there?
10          A.    I don't recall.  I may have been.
11          Q.    Do you remember anybody who was
12    in there with her?
13          A.    No, I don't.
14          Q.    Do you remember anything that she
15    said during her statement?
16          A.    Just that -- I'm not sure, but
17    she was the girlfriend of Montgomery at one
18    time, or Pope, one of them, and that she
19    was told by someone that Montgomery did the
20    shooting of Tomika Anderson and Paul knew
21    about it, or he told him.  And --
22          Q.    When you say Tomika Anderson, you
23    mean Means, right?
24          A.    I mean Means.  I'm sorry.
25          Q.    Got it.
```

```
 1                    Costantino              106

 2                 Now, there was -- I'm sorry.

 3        Hold on for a second.

 4                 You mentioned that there were a

 5        couple of different rooms in the homicide

 6        squad, right?

 7            A.    That's right.

 8            Q.    There's the statement room.  What

 9        were the other rooms that the detectives

10        used?

11            A.    Chief, the chief's office, good

12        size room; a big room there where most of

13        the detectives would be; there was a

14        lieutenant's room that was right there; and

15        then another room where files were kept.

16            Q.    Got it.

17                 And if you wanted to go look at a

18        file relating to an investigation, would

19        somebody else have to go get the file for

20        you, or could you just go to the, I don't

21        know if it was shelves or drawers or

22        something, and pull it out?

23            A.    Either Marilyn Lanc would get it

24        or Lieutenant Conwall.

25            Q.    Got it.
```

```
 1                    Costantino              107

 2              MR. RICKNER:  I'd just like to

 3         mark -- can you please find COB1001.

 4              MS. HUGGINS:  74?

 5              MR. RICKNER:  Sounds right.

 6              Court Reporter, is it -- are we

 7         up to 74?

 8              THE COURT REPORTER:  Let me see.

 9         I can do a quick search.

10              MR. RICKNER:  And can we also do

11         COB -- the photo arrays.

12              THE COURT REPORTER:  It's 74.

13              MR. RICKNER:  So we're up to 74.

14              And can we mark this Photo Arrays

15         that's 992 through 998.

16              MS. HUGGINS:  As 75.

17              MR. RICKNER:  Yep.

18              MS. HUGGINS:  Okay.  The witness

19         has the exhibits.

20              (6/4/98 document Bates stamped

21         COB1001 was marked as Exhibit No. 74

22         for identification, as of this date.)

23              (Photo arrays, Bates Nos. 992

24         through 998, were marked as Exhibit No.

25         75 for identification, as of this
```

1                          Costantino                 108

2              date.)

3         BY MR. RICKNER:

4              Q.    So going back, is it fair to say

5         that at some point, let's say June of 1999

6         you received information -- can you hold on

7         for one second?

8                   (A discussion was held off the

9              record.)

10        BY MR. RICKNER:

11             Q.    So at some point Wymiko Anderson

12        indicated that somebody named Connie

13        Ferguson might have been involved in the

14        Means murder; is that fair to say?

15             A.    Yes.

16             Q.    At the time you hadn't worked out

17        who the female was, right?

18             A.    That's correct.

19             Q.    And by "you," I mean just the

20        detectives in general hadn't worked out who

21        the female was?

22             A.    That's right.

23             Q.    I'd like you to take a look at

24        Exhibit 75.  Now, is there -- this is

25        basically printed out in the way that I

1                      Costantino            109

2      received it.  I don't know if the

3      photographs are out of order or anything

4      like that.  But can you tell me which of

5      these photo arrays has Constance Ferguson

6      in it?

7           A.    No, I can't tell.  I don't

8      remember.

9           Q.    Can we reach an agreement that

10     one of them probably has Constance

11     Ferguson?

12          A.    Well, that's why it was

13     generated, so I'm sure -- assuming she is

14     in it.

15          Q.    Were there any other women that

16     were placed into photo arrays?

17          A.    Any other women?  Yeah.  They are

18     all women.

19          Q.    Right.

20          MS. HUGGINS:  Form.

21          Q.    I mean besides Constance

22     Ferguson, do you remember their names?

23          A.    No, I do not.

24          MS. HUGGINS:  Form.  Are you

25          referring to the fillers in these photo

```
 1                    Costantino            110
 2         arrays or --
 3               MR. RICKNER:  No, no.  I should
 4         ask a better question.
 5    BY MR. RICKNER:
 6         Q.    You created -- withdrawn.
 7               You or Masecchia created a photo
 8    array that contains Constance Ferguson as
 9    the suspect with five fillers, right?
10         A.    That's correct.
11         Q.    There are other photo arrays with
12    other potential suspects?  And what I'm
13    asking is do you happen to know who those
14    people are?
15         A.    No, I do not.
16         Q.    Okay.  Now, if we look at Exhibit
17    74, this is an affidavit that was signed by
18    Wymiko Anderson?
19         A.    Yes.
20         Q.    And it wasn't notarized; is that
21    right?
22         A.    No, it's not.
23         Q.    Generally, are these notarized?
24         A.    Yes.
25         Q.    Now, she confirmed that one of
```

Costantino                111

1
2        the people in the photo arrays that she
3        identified in spot 5 was the girlfriend of
4        Russell Montgomery, right?
5              A.    That's right.
6              Q.    Now, after Wymiko Anderson
7        identified this as the girlfriend of
8        Russell Montgomery, did you take the same
9        photo array to Jackie Bradley?
10             A.    No.
11             Q.    Did you create another photo
12       array with Constance Ferguson in it?
13             A.    I don't recall.
14             Q.    Did you or any other detectives
15       show this photo array --
16             A.    This particular photo array?
17             Q.    Let me sort of ask the question
18       and then we'll see if it works better,
19       okay?
20                   Did you or any other detective
21       take a photo array that contained Constance
22       Ferguson as the suspect and show it to
23       Jackie Bradley?
24             A.    I did not.
25             Q.    Do you know if anybody else did?

1                          Costantino                    112

2          A.    I don't know.

3          Q.    Do you know if anybody ever

4    showed a photograph or photo array

5    containing Russell Montgomery to Jackie

6    Bradley?

7          A.    I didn't.

8                MR. RICKNER:  I'd like to mark

9          Epps 241 to 242 as Exhibit 76.

10               (Document Bates stamped Epps 241

11         through 242 was marked as Exhibit No.

12         76 for identification, as of this

13         date.)

14               MS. HUGGINS:  The witness has the

15         exhibit.

16   BY MR. RICKNER:

17         Q.    Can you identify Exhibit 76?

18         A.    It's an affidavit that I swore to

19   in a court regarding Cory Epps, People of

20   the State of New York versus Cory Epps.

21         Q.    Can you look at paragraphs 6 and

22   7 for me on the second page.

23               Does reading paragraph 7 refresh

24   your recollection that you showed a photo

25   array that contained Ferguson to Jackie

```
 1                    Costantino              113

 2     Bradley?

 3          A.    Let's see, that's quite a while

 4     ago.  If I wrote it, then I did it.

 5          Q.    Okay.  But you don't have an

 6     independent recollection?

 7          A.    Yeah, I recalled showing her

 8     this, now that I'm reading it.

 9               MS. HUGGINS:  Does that remind

10          you?  Does it actually refresh your

11          recollection?

12               THE WITNESS:  It does.

13          Q.    Now, I think you testified

14     earlier that you did not show a photo array

15     containing Russell Montgomery, right?

16          A.    That's right.

17          Q.    Now, the purpose of showing the

18     photo array containing Ferguson was to see

19     if she was the female driver, right?

20          A.    That's correct.

21          Q.    Is it correct to say that you

22     didn't have any reason to believe that

23     Ferguson knew Epps?

24          A.    I didn't know that one way or

25     another.  I just -- you've got to -- you
```

```
 1                    Costantino              114

 2         gotta say that question a little

 3         differently.

 4                   MS. HUGGINS:  Do you understand

 5              the question?

 6                   THE WITNESS:  No, I do not.

 7              Q.    All right.  At the time in 1998,

 8         did you have any reason to believe that

 9         Epps was connected to Ferguson in any way?

10              A.    No.

11              Q.    But at the time you believed that

12         Epps was the driver, right?

13              A.    I do, yes.  No.  He was not -- a

14         girl was driving --

15              Q.    The passenger.

16              A.    She was the passenger, right.

17              Q.    And pulled the trigger of the gun

18         that killed Tomika Means, right?

19              A.    Right.

20                   MS. HUGGINS:  I'm sorry, I think

21              you guys said the genders backwards,

22              that the driver of the vehicle was a

23              female and the passenger was a male.

24                   THE WITNESS:  It was.  That's

25              correct.
```

```
 1                     Costantino              115

 2               MR. RICKNER:  Okay.  Yes.

 3               THE WITNESS:  We agree on that.

 4     BY MR. RICKNER:

 5          Q.    Okay.  So at the time in 1998

 6     when you showed Jacqueline Bradley the

 7     photo array containing Ferguson, you had no

 8     reason to believe one way or the other that

 9     she was connected to Epps, correct?

10          A.    That's correct.

11          Q.    But did you know through Wymiko

12     Anderson that Constance Ferguson was

13     Russell Montgomery's girlfriend, right?

14          A.    That's correct.

15          Q.    So it at least stands to reason

16     that if Ferguson was the female driver,

17     that Russell Montgomery might be the

18     passenger, right?

19               MS. HUGGINS:  Form.

20               You can answer the question.

21          A.    Yes.

22          Q.    So what I'd like to know is why

23     didn't you show a photo array containing

24     Russell Montgomery to Jacqueline Bradley?

25          A.    It says we later showed this
```

```
 1                      Costantino              116

 2        array to Jacqueline Bradley.

 3             Q.    Right.  But if you look at the

 4        previous paragraph, that was the Ferguson

 5        photo array, right?

 6             A.    Yes.

 7             Q.    Okay.  What I want to know is why

 8        didn't you show Jacqueline Bradley a photo

 9        array containing Russell Montgomery?

10             A.    Well, I didn't.  I don't know if

11        anybody else showed her.

12             Q.    Well, could you have?

13             A.    Could I have or would I have?

14             Q.    Could you have?  Did you have the

15        means to do so?

16             A.    Yes.

17             Q.    And at least as of June of 1998,

18        you had a witness who was claiming that

19        Russell Montgomery killed Tomika Means,

20        right?

21             A.    That's correct.

22             Q.    And you also had an eyewitness to

23        the Means murder, right?

24             A.    Jackie Bradley, right.

25             Q.    Why wouldn't you try to determine
```

1          Costantino          117

2          whether or not Jackie Bradley would

3          identify Russell Montgomery as the shooter?

4               A.    Jackie Bradley was confident, and

5          if she could have identified that woman,

6          she could have.  And when she didn't

7          identify her as the driver, and at that

8          time we thought, well, she identified the

9          driver -- she gave a pretty good

10         description of the driver.  And when she

11         couldn't identify her, we didn't -- I

12         didn't -- I don't think I -- I moved on to

13         show or not to show her.  That was me.  But

14         somebody else might have showed her.

15              Q.    Did you have any discussions with

16         the district attorney regarding Wymiko

17         Anderson and her statement?  In 1998.

18              A.    What district attorney are you

19         talking about?

20              Q.    Any district attorney.

21              A.    Schwegler?

22              Q.    Sure.

23              A.    Okay.  He's the one supposedly

24         told me about the letter.

25              Q.    Okay.

```
 1                    Costantino              118

 2             MS. HUGGINS:  Answer his specific

 3        question.

 4             MR. RICKNER:  Right.  Thank you,

 5        Maeve.

 6        Q.    My specific question is --

 7             MS. HUGGINS:  If you need the

 8        question repeated back to you, they can

 9        have it read back to you.

10             MR. RICKNER:  Would you read it

11        back?  That's probably a better way to

12        do it.

13             (Whereupon, a portion of the

14        record was read by the reporter.)

15             THE WITNESS:  Yes.

16   BY MR. RICKNER:

17        Q.    Okay.  What discussions did you

18   have with the district attorney regarding

19   Wymiko Anderson's statement in 1998?

20        A.    Mr. Schwegler told us that Wymiko

21   Anderson was the author of that letter.

22        Q.    Okay.  Following determining

23   that, you had separate interviews with

24   Wymiko Anderson, right?

25        A.    I did not have several interviews
```

```
 1                    Costantino              119
 2      with her.
 3            Q.     Separate.
 4            A.     Oh, separate.  The statement we
 5      took.  But no.  And I remember her coming
 6      in the office.  I didn't interview her at
 7      that time.
 8            Q.     Okay.  And that point you're
 9      talking about June of 1998?
10            A.     Right.
11            Q.     Okay.  Following the photo
12      arrays, did you communicate anything to the
13      district attorney regarding the results?
14            A.     Yes, we did.
15            Q.     Okay.  So besides your
16      communication regarding the photo arrays
17      where spoke to the district attorney, and
18      the communication where the district
19      attorney told you about the anonymous
20      letter, did you have any other
21      conversations with the district attorney?
22            A.     No.
23            Q.     Regarding Wymiko Anderson in
24      1998, to be clear.
25            A.     I think we had to testify
```

```
 1                  Costantino          120

 2      regarding this information with this

 3      letter.

 4           Q.    And that was some time later?

 5           A.    Yes.

 6           Q.    And did you have an opportunity

 7      to review your testimony prior to this

 8      deposition?

 9           A.    Yes.

10           MR. RICKNER:  And I'd just like

11           to mark the testimony as Exhibit 77.

12           (Costantino testimony, Bates Nos.

13           EPPS-DA1384 through 1400, was marked as

14           Exhibit No. 77 for identification, as

15           of this date.)

16           MS. HUGGINS:  The witness has the

17           exhibit.

18      BY MR. RICKNER:

19           Q.    Can you just confirm for me that

20      this is the testimony that you reviewed

21      prior to your deposition.

22           A.    Yes, it is.

23           Q.    Just hold on for one second.

24           MR. RICKNER:  So I'm pretty much

25           wrapping up.  Make sure I haven't
```

```
 1                  Costantino              121

 2          missed anything.

 3                  I'm just going to go through my

 4          notes for one second and try to find

 5          one other thing.

 6          Q.    Detective, did you ever have any

 7   communications with defense regarding the

 8   anonymous letter?

 9          A.    No.

10                  MR. RICKNER:  Maeve, do you have

11          any questions?

12                  MS. HUGGINS:  I do not.

13                  MR. RICKNER:  Okay.

14          Q.    Well, Detective, you've been

15   testifying here for several hours.  Is that

16   fair to say?

17          A.    Yes.

18          Q.    And do you have anything

19   regarding the Tomika Means or Paul Pope

20   murders that we haven't discussed that you

21   think is important?

22          A.    No.

23                  MS. HUGGINS:  Form.

24          A.    No.

25          Q.    And have you testified truthfully
```

1                    Costantino              122

2          and accurately here today just like you

3          were in a court of law?

4               A.    I have.

5               Q.    Is there anything you want to

6          correct with respect to your testimony?

7               A.    Not at this time, no.

8               Q.    You understand that you will be

9          given an opportunity to review this

10         deposition testimony?

11              A.    I do.

12              Q.    And if you make corrections, I'll

13         be able to cross-examine you with that at

14         trial?

15              A.    Yes.

16                   MR. RICKNER:  No further

17              questions.

18                   MS. HUGGINS:  Thanks, everybody.

19                   THE COURT REPORTER:  I just need

20              to get transcript orders on the record.

21                   MS. HUGGINS:  I'll be ordering.

22                   MR. RICKNER:  Same.  The way I've

23              been doing is, you know, digital is

24              great.  If I can just get one copy of

25              the original and the exhibits for my

```
                              Costantino                    123

1                file.  I don't need the two copies and

2                the condensed or anything, if I can --

3                I can rattle off more.  No reason to

4                waste trees now.

5                     THE COURT REPORTER:  So you want

6                one hard copy and hard copy exhibits?

7                     MR. RICKNER:  Yes.  Just one

8                original for the record, and then the

9                rest digital.

10                    MS. HUGGINS:  I will take one

11               copy PDF and PDF exhibits.

12                    (Time noted:  2:04 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          Costantino                    124

2        February 12, 2021

3                      ERRATA

4

5        PAGE/LINE       CHANGE/REASON

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19       _____

20       _____

21       _____

22       _____

23       _____

24       _____

25       _____

1                        Costantino                    125

2

3

4

5

6

7

8                                    _____

9                                    ANTHONY COSTANTINO

10

11

12

13      Subscribed and sworn to

14      before me this     day

15      of                  2021

16

17      _____

18

19

20

21

22

23

24

25

126

CERTIFICATE

STATE OF NEW YORK )

                    ) ss.

COUNTY OF NEW YORK)


        I, Pamela Grimaldi, Registered

Professional Reporter, Certified LiveNote

Reporter, and and Notary Public within and

for the State of New York, do hereby

certify:

        That ANTHONY COSTANTINO, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me and that such

deposition is a true record of the testimony

given by such witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage and that I am in no way

interested in the outcome of this matter.




                    _____

                    PAMELA GRIMALDI, CRR, CLR

1                                                        127

2        February 12, 2021

3                              INDEX

4

5        WITNESS                    EXAMINATION BY   PAGE

6        Anthony Costantino    Mr. Rickner        4

7
         EXHIBIT       PAGE
8
         Exhibit 66    27      Document Bates stamped
9                              EPPS-DA00881 and 00882

10       Exhibit 67    37      Bradley Statement,
                               Bates Nos. EPPS-DA00085
11                             and 86

12       Exhibit 68    56      Interview of Gino
                               Johnson, Bates No.
13                             COB1294

14       Exhibit 69    59      P73 Bates No.
                               EPPS-DA00901
15
         Exhibit 70    61      Record of Lineup, Bates
16                             No. EPPS-DA000936

17       Exhibit 71    64      Handwritten notes,
                               Bates Nos. COB1126
18                             through 1130

19       Exhibit 72    66      Handwritten notes dated
                               4/16/98, Bates Nos.
20                             COB899 and 900

21       Exhibit 73    91      P73 Bates No.
                               EPPS-DA00937
22
         Exhibit 74    107     6/4/98 document Bates
23                             stamped COB1001

24       Exhibit 75    107     Photo arrays, Bates
                               Nos. 992 through 998
25

1                                                              128

2          February 12, 2021

3                             INDEX (continued)

4

5          EXHIBIT          PAGE

6          Exhibit 76    112      Document Bates stamped
                                  Epps 241 through 242
7
           Exhibit 77    120      Costantino testimony,
8                                 Bates Nos. EPPS-DA1384
                                  through 1400
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**00882** [2] - 27:19, 127:9
**0630** [1] - 39:23

## 1

**1** [17] - 80:17, 80:19, 81:3,
81:23, 82:12, 82:21, 83:16,
83:19, 83:21, 83:25, 84:6,
84:9, 84:11, 84:16, 85:2,
85:21, 89:12
**10** [2] - 79:13, 93:18
**10005** [1] - 2:7
**107** [2] - 127:22, 127:24
**1112** [1] - 2:14
**1118** [2] - 48:6, 48:9
**112** [1] - 128:6
**1130** [3] - 64:14, 64:17,
127:18
**118** [1] - 48:8
**11:04** [1] - 1:14
**12** [4] - 1:13, 124:2, 127:2,
128:2
**120** [1] - 128:7
**1294** [1] - 56:16
**12:32** [1] - 80:6
**12:39** [1] - 80:6
**12:55** [1] - 94:6
**14** [1] - 2:6
**1400** [2] - 120:13, 128:8
**14202-3313** [1] - 2:15
**15** [5] - 44:20, 44:22, 45:18,
79:13, 93:18
**16** [2] - 45:22, 46:2
**1603** [1] - 2:6
**17** [2] - 46:4, 101:25
**18** [2] - 46:7, 46:15
**19** [1] - 48:13
**1953** [2] - 7:24, 9:13
**1954** [1] - 8:25
**1967** [4] - 8:3, 9:13, 9:19
**1974** [2] - 14:9, 14:11
**1976** [3] - 14:10, 14:21,
15:11
**1980** [2] - 15:11, 15:22
**1990** [3] - 15:22, 17:2,
17:19
**1993** [4] - 19:2, 19:22,
20:10, 22:21
**1997** [7] - 24:8, 26:24,
53:25, 94:20, 95:9, 96:8,
96:21
**1998** [20] - 22:22, 57:23,
58:2, 58:5, 88:21, 94:20,
95:9, 95:13, 95:17, 96:8,
99:5, 101:25, 102:9, 114:7,
115:5, 116:17, 117:17,
118:19, 119:9, 119:24

**1999** [1] - 108:5
**1:00** [1] - 79:16
**1:15** [2] - 93:19, 93:25
**1:19-cv-00281-LJV** [1] - 1:6
**1:22** [1] - 94:6

## 2

**20** [2] - 48:17, 79:23
**2003** [3] - 68:19, 69:4,
69:11
**2017** [2] - 77:21, 81:13
**2018** [4] - 69:11, 70:19,
74:18, 75:23
**2021** [5] - 1:13, 124:2,
125:15, 127:2, 128:2
**20s** [2] - 41:2, 56:2
**21** [2] - 24:17, 48:24
**22** [1] - 49:2
**23** [1] - 49:5
**24** [2] - 49:7, 94:24
**24-hour** [1] - 94:21
**241** [3] - 112:9, 112:10,
128:6
**242** [3] - 112:9, 112:11,
128:6
**25** [1] - 49:9
**250** [1] - 41:3
**26** [2] - 49:11, 49:20
**27** [3] - 26:24, 49:22, 127:8
**28** [2] - 49:24, 58:2
**29** [1] - 50:2
**2:04** [1] - 123:13

## 3

**30** [1] - 50:4
**31** [1] - 50:6
**32** [2] - 50:8, 50:9
**33** [1] - 50:11
**34** [1] - 50:14
**35** [1] - 51:12
**36** [4] - 44:21, 44:24, 52:23,
53:2
**37** [1] - 127:10

## 4

**4** [4] - 57:23, 58:5, 88:21,
127:6
**4/16/98** [2] - 66:5, 127:19

## 5

**5** [4] - 15:16, 15:18, 15:21,
111:3
**5-8** [1] - 41:3
**5-9** [1] - 41:3

**56** [1] - 127:12
**59** [1] - 127:14

## 6

**6** [6] - 15:25, 16:16, 18:20,
43:23, 44:12, 112:21
**6/4/98** [2] - 107:20, 127:22
**60** [1] - 30:4
**6000** [2] - 53:21, 54:11
**61** [1] - 127:15
**62** [5] - 44:21, 44:25, 45:2,
45:3, 53:11
**6300** [2] - 39:20, 39:23
**64** [1] - 127:17
**65** [2] - 2:14, 27:10
**66** [13] - 26:24, 27:12,
27:20, 28:2, 28:13, 28:21,
30:16, 34:9, 41:7, 56:6, 56:9,
127:8, 127:19
**67** [6] - 37:17, 37:20, 39:2,
53:17, 55:8, 127:10
**68** [9] - 56:13, 56:19, 56:24,
65:5, 65:9, 65:18, 88:16,
88:20, 127:12
**69** [6] - 59:6, 59:9, 59:10,
59:16, 59:19, 127:14

## 7

**7** [2] - 112:22, 112:23
**70** [4] - 61:8, 61:17, 61:22,
127:15
**71** [9] - 64:15, 64:18, 64:25,
65:8, 65:12, 65:18, 65:19,
66:4, 127:17
**72** [4] - 66:4, 66:7, 66:13,
127:19
**73** [4] - 91:10, 91:12, 91:17,
127:21
**74** [9] - 11:19, 63:11, 107:4,
107:7, 107:12, 107:13,
107:21, 110:17, 127:22
**75** [4] - 107:16, 107:25,
108:24, 127:24
**76** [4] - 112:9, 112:12,
112:17, 128:6
**77** [3] - 120:11, 120:14,
128:7

## 8

**86** [3] - 37:12, 37:16,
127:11
**882** [2] - 28:6, 28:7

## 9

**900** [3] - 66:4, 66:6, 127:20

**91** [1] - 127:21
**96** [2] - 56:13, 56:16
**992** [3] - 107:15, 107:23,
127:24
**998** [3] - 107:15, 107:24,
127:24

## A

**a.m** [1] - 1:14
**AB** [1] - 8:13
**ability** [1] - 54:2
**able** [2] - 55:9, 122:13
**absolutely** [1] - 35:20
**Absolutely** [3] - 37:3,
38:11, 42:6
**AC** [5] - 46:12, 50:16, 51:2,
51:15, 51:20
**academy** [9] - 9:21, 9:25,
10:8, 10:17, 11:3, 12:10,
12:15, 12:19, 13:5
**access** [1] - 33:12
**accidentally** [2] - 4:14, 5:9
**according** [1] - 54:25
**accurate** [1] - 6:10
**accurately** [1] - 122:2
**acting** [1] - 14:9
**action** [1] - 126:18
**actively** [1] - 42:14
**adamant** [1] - 78:8
**additional** [3] - 17:19,
17:23, 41:13
**administer** [1] - 3:12
**administrative** [1] - 21:5
**adopting** [1] - 43:10
**advanced** [1] - 8:8
**af** [1] - 70:15
**affair** [1] - 94:21
**affidavit** [2] - 110:17,
112:18
**afterwards** [1] - 8:9
**ago** [3] - 24:17, 67:20,
69:22, 69:23, 70:24, 71:9,
71:17, 71:20, 72:3, 72:16,
72:22, 75:11, 113:4
**agree** [2] - 26:15, 115:3
**AGREED** [3] - 3:4, 3:9, 3:13
**agreed** [1] - 21:24
**agreement** [1] - 109:9
**ahead** [7] - 18:22, 19:5,
56:5, 57:4, 58:6, 78:20,
79:12
**alibi** [7] - 92:13, 92:18,
93:6, 94:9, 96:12, 96:24,
97:19
**ALL** [1] - 2:2
**all-night** [2] - 94:16, 94:18
**almost** [2] - 18:6, 97:6
**Amherst** [1] - 95:2
**AND** [3] - 3:4, 3:9, 3:13

**Anderson** [21] - 83:4, 84:12, 100:7, 101:13, 101:17, 101:24, 102:9, 102:13, 103:18, 104:19, 105:8, 105:20, 105:22, 108:11, 110:18, 111:6, 115:12, 117:17, 118:21, 118:24, 119:23
**Anderson's** [1] - 118:19
**Andy** [2] - 24:2, 24:4
**animated** [1] - 76:21
**anonymous** [10] - 99:6, 99:8, 99:13, 99:23, 100:2, 100:5, 101:13, 101:18, 119:19, 121:8
**answer** [11] - 6:24, 10:21, 32:8, 40:19, 53:8, 82:15, 86:10, 89:4, 89:25, 97:15, 115:20
**Answer** [1] - 118:2
**answered** [3] - 55:19, 96:7, 100:13
**answering** [1] - 7:16
**Anthony** [1] - 127:6
**ANTHONY** [5] - 1:9, 1:16, 4:2, 125:9, 126:12
**apologies** [1] - 30:9
**apologize** [1] - 29:17
**appeal** [1] - 75:7
**appeals** [1] - 85:9
**APPEARANCES** [1] - 2:2
**application** [1] - 19:19
**April** [2] - 101:24, 102:9
**area** [7] - 44:2, 46:19, 47:11, 47:15, 47:22, 47:24, 47:25
**areas** [1] - 14:16
**Aronica** [6] - 20:13, 21:2, 34:6, 38:20, 73:9, 88:7
**ARONICA** [1] - 1:11
**array** [19] - 59:25, 60:5, 60:11, 60:14, 110:8, 111:9, 111:12, 111:15, 111:16, 111:21, 112:4, 112:25, 113:14, 113:18, 115:7, 115:23, 116:2, 116:5, 116:9
**arrays** [12] - 12:16, 60:8, 107:11, 107:23, 109:5, 109:16, 110:2, 110:11, 111:2, 119:12, 119:16, 127:24
**Arrays** [1] - 107:14
**arrest** [1] - 44:15
**arrested** [1] - 101:22
**aside** [1] - 57:14
**assaults** [1] - 14:25
**assigned** [8] - 14:21, 15:9, 15:16, 15:20, 19:23, 58:10, 58:14, 92:3
**assistant** [2] - 16:11, 85:10
**Assistant** [1] - 16:11

**assisted** [1] - 31:8
**Association** [1] - 67:24
**assuming** [1] - 109:13
**assumptions** [1] - 52:3
**ate** [1] - 98:21
**attach** [1] - 39:16
**attached** [2] - 34:14, 73:22
**attending** [1] - 72:5
**attorney** [12] - 75:14, 75:16, 75:17, 76:19, 117:16, 117:18, 117:20, 118:18, 119:13, 119:17, 119:19, 119:21
**Attorney** [1] - 87:12
**attorney's** [8] - 68:19, 70:5, 74:18, 74:23, 85:4, 87:5, 100:25, 101:12
**attorneys** [3] - 77:4, 77:12, 87:10
**Attorneys** [2] - 2:5, 2:13
**author** [3] - 57:5, 91:17, 118:21
**authorized** [1] - 3:11
**autopsies** [2] - 22:4, 22:5
**autopsy** [2] - 22:6
**available** [3] - 41:15, 89:8, 89:18
**aware** [6] - 73:13, 87:17, 90:11, 90:25, 99:6, 101:23

## B

**BA** [1] - 8:13
**bachelor's** [1] - 8:10
**background** [1] - 5:6
**backwards** [1] - 114:21
**bar** [2] - 43:22, 43:24
**Based** [1] - 55:7
**based** [2] - 88:19, 91:22
**basic** [1] - 89:21
**Bates** [25] - 27:18, 37:15, 56:17, 59:15, 61:13, 61:15, 64:16, 66:6, 91:11, 107:20, 107:23, 112:10, 120:12, 127:8, 127:10, 127:12, 127:14, 127:15, 127:17, 127:19, 127:21, 127:22, 127:24, 128:6, 128:8
**bear** [1] - 62:19
**became** [7] - 9:20, 12:13, 14:8, 14:10, 14:20, 65:18, 89:16
**become** [3] - 25:2, 73:12, 99:6
**beginning** [2] - 24:25, 79:7
**believes** [1] - 81:25
**Benevolent** [1] - 67:24
**best** [2] - 21:24, 47:18
**better** [6] - 7:11, 51:18, 61:14, 110:4, 111:18, 118:11

**between** [4] - 3:5, 22:21, 80:6, 94:6
**Between** [1] - 9:13
**beyond** [1] - 17:20
**big** [1] - 106:12
**Birchfield's** [5] - 43:18, 43:21, 44:2, 44:8, 44:16
**bit** [2] - 35:3, 51:17
**black** [6] - 28:23, 30:16, 41:2, 55:21, 76:24, 98:15
**blank** [1] - 101:7
**blocks** [1] - 48:11
**blood** [1] - 126:19
**blue** [1] - 53:24
**body** [1] - 12:18
**Bogan** [1] - 67:17
**Bohan** [3] - 66:18, 67:18, 67:19
**BOHAN** [1] - 1:7
**boss** [2] - 16:22, 18:13
**bothering** [2] - 78:8, 79:4
**bottom** [4] - 40:18, 46:13, 50:13, 51:16
**boxy** [1] - 54:16
**boy** [1] - 51:13
**Bradley** [34] - 31:4, 37:12, 37:15, 39:2, 43:17, 50:15, 50:21, 55:9, 56:7, 57:18, 59:24, 60:8, 60:17, 64:5, 77:16, 77:18, 77:25, 79:2, 80:10, 84:22, 85:21, 111:9, 111:23, 112:6, 113:2, 115:6, 115:24, 116:2, 116:8, 116:24, 117:2, 117:4, 127:10
**Bradley's** [1] - 54:25
**Brady** [5] - 13:6, 13:10, 13:11, 13:22
**brainstorm** [1] - 42:21
**Brainstorming** [1] - 90:15
**brainstorming** [2] - 43:5, 43:12
**break** [1] - 7:15
**Bridgewater** [1] - 71:7
**briefly** [3] - 46:16, 70:20, 80:21
**bring** [3] - 60:22, 83:5
**broad** [1] - 67:6
**broadly** [1] - 80:11
**BUFFALO** [2] - 1:7, 2:11
**Buffalo** [20] - 2:15, 4:21, 4:23, 8:2, 8:21, 8:24, 9:3, 9:16, 11:19, 14:18, 15:17, 16:2, 29:10, 31:23, 47:17, 47:24, 61:24, 62:22, 63:11, 75:18
**buffalo.com** [1] - 2:17
**building** [1] - 63:8
**bull** [2] - 41:20, 41:24
**Bull** [1] - 43:4
**bullshit** [5] - 21:22, 42:15, 42:20, 43:9

**bunch** [1] - 95:25
**burglaries** [1] - 14:25
**BY** [28] - 2:8, 2:16, 4:9, 27:24, 28:19, 30:14, 37:19, 45:16, 56:23, 59:18, 61:21, 64:23, 66:11, 80:7, 81:2, 83:18, 91:16, 94:7, 96:4, 103:12, 108:3, 108:10, 110:5, 112:16, 115:4, 118:16, 120:18, 127:5

## C

**C-O-S-T-A-N-T-I-N-O** [1] - 4:12
**Canada** [1] - 71:7
**cannot** [1] - 50:5
**canvass** [2] - 46:18, 46:21
**cap** [1] - 28:24
**capacity** [3] - 8:25, 68:21, 78:22
**captain** [1] - 16:23
**car** [5] - 53:20, 54:7, 54:11, 54:16, 98:16
**care** [4] - 15:18, 20:19, 23:12, 37:5
**careful** [1] - 52:2
**cars** [1] - 54:3
**case** [15] - 5:16, 13:6, 13:15, 18:8, 20:17, 27:9, 29:15, 42:5, 58:16, 58:18, 77:6, 78:24, 89:11, 90:22
**cases** [5] - 68:25, 69:13, 90:12, 102:25, 104:7
**Center** [1] - 47:19
**certain** [2] - 10:13, 19:12
**CERTIFICATE** [1] - 126:2
**Certified** [2] - 1:19, 126:8
**certify** [2] - 126:11, 126:17
**chair** [1] - 7:18
**chance** [1] - 93:3
**change** [5] - 11:24, 22:23, 84:20, 84:22, 84:24
**CHANGE/REASON** [1] - 124:5
**changing** [1] - 102:23
**charge** [7] - 16:12, 16:13, 16:21, 20:20, 25:17, 33:19, 85:8
**CHARLES** [1] - 1:10
**Charles** [1] - 20:4
**Charlie** [3] - 20:13, 38:20, 70:11
**checkered** [1] - 55:25
**checks** [1] - 97:19
**Chella** [3] - 71:22, 71:25, 72:11
**CHELLA** [1] - 1:10
**Chelsea** [4] - 47:15, 48:3, 48:6, 92:22

**chest** [1] - 11:21
**chief** [8] - 16:11, 20:4, 21:7, 21:12, 70:12, 70:13, 70:17
**Chief** [22] - 20:4, 21:7, 21:8, 25:21, 32:10, 32:13, 36:15, 42:4, 58:15, 70:4, 70:18, 75:3, 81:19, 86:14, 86:16, 86:20, 90:25, 92:4, 92:5, 92:15, 102:20, 106:11
**CHIEF** [1] - 1:11
**chief's** [1] - 106:11
**chose** [1] - 64:5
**City** [2] - 9:3, 11:19
**CITY** [2] - 1:7, 2:11
**civil** [1] - 5:14
**claiming** [1] - 116:18
**clarification** [2] - 55:15, 83:13
**clarify** [1] - 103:5
**Clark** [2] - 68:20, 75:20
**clear** [5] - 6:9, 6:16, 17:16, 32:13, 119:24
**clearer** [1] - 31:18
**close** [1] - 93:15
**closed** [1] - 94:19
**CLR** [1] - 126:24
**COB** [1] - 107:11
**COB1001** [3] - 107:3, 107:21, 127:23
**COB1126** [3] - 64:14, 64:17, 127:17
**COB1294** [3] - 56:13, 56:18, 127:13
**COB899** [3] - 66:3, 66:6, 127:20
**collect** [2] - 59:3, 86:4
**college** [4] - 8:4, 8:6, 8:12, 9:8
**colleges** [1] - 8:14
**coming** [2] - 101:18, 119:5
**Commissioner** [1] - 15:12
**committed** [7] - 44:9, 82:6, 82:13, 82:23, 83:2, 84:3, 93:4
**communicate** [1] - 119:12
**communication** [2] - 119:16, 119:18
**communications** [1] - 121:7
**community** [1] - 8:12
**complaint** [1] - 73:22
**complete** [2] - 8:6, 18:13
**completed** [1] - 36:8
**composite** [5] - 28:3, 28:13, 28:23, 29:14, 60:21
**composites** [1] - 29:11
**computer** [1] - 30:17
**concept** [2] - 11:6, 11:11
**conceptually** [1] - 40:14
**concern** [1] - 11:4
**concerned** [1] - 88:11

**conclusion** [1] - 82:2
**conclusions** [1] - 86:7
**condensed** [1] - 123:3
**conducted** [2] - 62:21, 64:7
**confessed** [1] - 83:23
**confident** [1] - 117:4
**confirm** [1] - 120:19
**confirmed** [1] - 110:25
**conjunction** [1] - 28:16
**connected** [2] - 114:9, 115:9
**Connie** [1] - 108:12
**consecutive** [1] - 27:10
**Constance** [7] - 109:5, 109:10, 109:21, 110:8, 111:12, 111:21, 115:12
**contact** [1] - 13:18
**contained** [3] - 60:11, 111:21, 112:25
**containing** [6] - 112:5, 113:15, 113:18, 115:7, 115:23, 116:9
**contains** [1] - 110:8
**context** [1] - 46:16
**continue** [1] - 73:5
**continued** [2] - 68:21, 128:3
**conversation** [9] - 77:23, 78:2, 81:10, 81:15, 81:22, 84:9, 85:2, 85:7, 98:8
**conversations** [4] - 86:22, 88:2, 102:8, 119:21
**convicted** [2] - 85:16, 85:17
**conviction** [1] - 101:15
**Conwall** [2] - 36:16, 106:24
**Conwell** [2] - 25:16, 25:20
**Conwell's** [1] - 25:16
**copies** [1] - 123:2
**copy** [5] - 32:17, 122:24, 123:7, 123:12
**corner** [2] - 48:3, 48:5
**CORPORATION** [1] - 2:12
**correct** [44] - 9:7, 12:6, 14:14, 17:22, 25:19, 26:15, 32:16, 34:12, 35:24, 37:25, 41:6, 41:8, 42:2, 42:12, 42:19, 54:15, 54:21, 55:3, 56:7, 58:9, 58:11, 60:3, 62:3, 63:25, 65:7, 70:6, 74:20, 81:4, 88:20, 88:25, 91:21, 94:22, 96:7, 96:14, 108:18, 110:10, 113:20, 113:21, 114:25, 115:9, 115:10, 115:14, 116:21, 122:6
**corrections** [1] - 122:12
**correctly** [1] - 43:7
**Cory** [19] - 58:19, 58:23, 59:25, 63:21, 74:15, 74:22, 78:10, 81:25, 86:11, 86:17, 86:21, 87:2, 87:17, 87:18, 96:12, 96:18, 101:21,

112:19, 112:20
**CORY** [1] - 1:4
**Costantino** [4] - 5:8, 120:12, 127:6, 128:7
**COSTANTINO** [1] - 1:9, 1:17, 4:2, 125:9, 126:12
**counsel** [3] - 3:5, 6:14, 74:4
**COUNSEL'S** [1] - 2:12
**County** [3] - 47:19, 75:17, 75:18
**COUNTY** [1] - 126:5
**Couple** [1] - 89:5
**couple** [10] - 44:13, 46:25, 47:6, 49:16, 65:23, 70:15, 71:8, 75:8, 78:4, 106:5
**course** [6] - 25:15, 30:7, 42:2, 60:24, 69:14, 73:2
**COURT** [7] - 1:2, 27:4, 27:15, 107:8, 107:12, 122:19, 123:6
**Court** [2] - 13:15, 107:6
**court** [9] - 5:19, 6:25, 7:5, 27:2, 55:14, 80:18, 83:12, 112:19, 122:3
**covered** [1] - 14:23
**create** [1] - 111:11
**created** [3] - 34:23, 110:6, 110:7
**credibility** [1] - 84:20
**credible** [1] - 84:17
**crime** [1] - 15:18
**crimes** [2] - 14:17, 44:9
**criminal** [5] - 5:16, 6:2, 6:6, 8:11, 15:5, 44:3
**cross** [3] - 5:24, 6:4, 122:13
**cross-examine** [1] - 122:13
**cross-examined** [2] - 5:24, 6:4
**CRR** [1] - 126:24
**Cunningham** [1] - 15:12
**curly** [1] - 76:25
**current** [1] - 75:13

## D

**DA** [2] - 68:20, 85:10
**DA's** [8] - 10:13, 69:7, 69:10, 69:13, 69:17, 70:14, 101:4, 101:6
**DA00085** [3] - 37:12, 37:16, 127:10
**DA000936** [2] - 61:16, 127:16
**DA00881** [4] - 26:24, 27:19, 28:5, 127:9
**DA00901** [3] - 59:5, 59:15, 127:14
**DA00936** [2] - 61:7, 61:11
**DA00937** [3] - 91:10, 91:11, 127:21

**DA1384** [2] - 120:13, 128:8
**DA16** [1] - 45:10
**Date** [1] - 58:4
**date** [17] - 27:21, 37:18, 56:20, 59:17, 61:18, 64:19, 66:8, 73:16, 73:17, 77:19, 81:12, 87:25, 91:13, 107:22, 108:2, 112:13, 120:15
**dated** [2] - 66:5, 127:19
**Dave** [1] - 45:11
**David** [1] - 85:10
**decision** [2] - 15:13, 32:14
**decline** [1] - 95:23
**defendants** [1] - 2:13
**Defendants** [2] - 1:12, 1:17
**defense** [3] - 13:16, 13:19, 121:7
**definitive** [1] - 53:8
**degree** [2] - 8:10, 8:11
**degrees** [1] - 8:8
**Delavan** [6] - 47:16, 47:22, 47:25, 48:6, 48:7, 92:22
**Department** [14] - 4:21, 4:24, 8:2, 9:17, 14:19, 29:10, 29:12, 31:6, 31:13, 31:23, 61:24, 62:22, 63:12, 95:3
**DEPARTMENT** [1] - 2:11
**department** [5] - 8:19, 19:11, 22:25, 23:3, 23:9
**deposition** [9] - 1:16, 3:10, 3:15, 5:12, 120:8, 120:21, 122:10, 126:13, 126:15
**depositions** [1] - 5:16
**describe** [1] - 47:18
**described** [3] - 22:11, 54:12, 61:14
**description** [3] - 53:20, 98:20, 117:10
**detail** [1] - 82:4
**detailed** [1] - 84:8
**details** [2] - 55:8, 55:24
**Detec** [1] - 70:4
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:10
**detective** [24] - 4:22, 4:24, 12:13, 12:24, 14:8, 14:9, 14:10, 14:12, 14:20, 14:22, 15:23, 15:24, 16:4, 16:6, 17:3, 17:9, 17:18, 17:21, 18:20, 20:21, 22:17, 25:11, 31:9, 111:20
**Detective** [27] - 5:8, 5:13, 30:22, 34:21, 35:5, 35:18, 37:21, 45:18, 45:24, 46:6, 66:17, 67:17, 68:13, 68:17, 69:5, 69:16, 71:11, 71:15, 71:21, 71:25, 72:11, 72:18, 73:9, 88:7, 94:8, 121:6, 121:14
**detectives** [31] - 14:18, 14:22, 15:13, 16:14, 16:17,

17:4, 18:11, 20:15, 21:14, 22:10, 22:13, 23:23, 33:4, 33:11, 41:15, 42:4, 42:13, 60:15, 71:4, 74:11, 88:3, 89:20, 90:10, 96:16, 100:17, 101:2, 105:3, 106:9, 106:13, 108:20, 111:14
**determination** [1] - 87:5
**determine** [3] - 99:25, 100:17, 116:25
**determined** [3] - 89:21, 100:14, 100:20
**determining** [1] - 118:22
**diagram** [1] - 51:4
**Dictaphone** [7] - 26:11, 35:20, 35:22, 36:2, 36:7, 37:5, 62:14
**Dictaphones** [1] - 37:8
**dictate** [2] - 35:19, 37:4
**Dictated** [1] - 34:18
**dictated** [2] - 35:13, 35:15
**dictation** [1] - 36:21
**difference** [1] - 46:8
**different** [4] - 14:15, 60:7, 92:20, 106:5
**differently** [2] - 17:7, 114:3
**digital** [2] - 122:23, 123:10
**digitally** [1] - 27:5
**direct** [2] - 13:18, 15:15
**direction** [1] - 25:16
**disappear** [2] - 90:18, 90:20
**disclosure** [1] - 13:14
**disconnect** [1] - 95:22
**discover** [1] - 13:13
**discovered** [1] - 100:6
**discuss** [2] - 74:5, 87:9
**discussed** [5] - 85:11, 87:11, 94:8, 103:22, 121:20
**discussing** [1] - 77:11
**discussion** [3] - 80:24, 96:2, 108:8
**discussions** [3] - 42:8, 117:15, 118:17
**disprove** [1] - 93:5
**DISTRICT** [2] - 1:2, 1:2
**District** [4] - 14:21, 15:10, 16:7, 87:12
**district** [23] - 14:23, 16:12, 19:13, 68:19, 70:5, 74:18, 74:23, 75:13, 75:15, 75:17, 85:4, 87:4, 87:10, 100:24, 101:12, 117:16, 117:18, 117:20, 118:18, 119:13, 119:17, 119:18, 119:21
**districts** [1] - 15:14
**DMV** [1] - 54:2
**Document** [4] - 27:18, 112:10, 127:8, 128:6
**document** [4] - 57:15, 91:22, 107:20, 127:22

**documentary** [1] - 86:4
**documents** [6] - 24:16, 24:20, 26:3, 58:7, 59:3, 80:12
**done** [3] - 39:12, 56:8, 65:22
**Donna** [1] - 85:8
**door** [1] - 54:14
**down** [9] - 7:6, 14:2, 14:3, 14:5, 40:9, 42:3, 50:18, 50:19, 52:11
**draft** [2] - 65:8, 65:17
**draw** [1] - 51:4
**drawers** [1] - 106:21
**drawn** [2] - 50:14, 51:7
**Drawn** [1] - 50:21
**drew** [1] - 50:16
**drive** [2] - 91:23, 97:22
**driver** [10] - 9:4, 9:5, 55:10, 113:19, 114:12, 114:22, 115:16, 117:7, 117:9, 117:10
**driving** [4] - 54:19, 54:24, 55:17, 114:14
**drove** [1] - 31:5
**duly** [2] - 4:4, 126:14
**During** [1] - 81:22
**during** [16] - 42:2, 44:4, 65:12, 77:20, 77:22, 78:2, 85:6, 85:11, 86:22, 95:4, 99:19, 101:20, 102:10, 104:3, 105:15
**duties** [3] - 17:8, 17:20, 17:24
**duty** [2] - 21:12, 32:12

**E**

**early** [2] - 47:5, 97:2
**East** [9] - 15:25, 47:16, 47:17, 47:22, 47:24, 48:3, 48:6, 48:8
**effect** [1] - 68:4
**Either** [1] - 106:23
**end** [3] - 27:6, 27:12, 30:3
**ended** [1] - 40:11
**enforcement** [2] - 8:20, 9:14
**Epps** [35] - 58:20, 58:24, 59:25, 63:21, 64:5, 64:8, 64:11, 74:15, 74:22, 78:10, 81:25, 86:11, 86:17, 86:21, 87:18, 91:10, 92:9, 92:18, 93:2, 93:6, 96:12, 96:18, 98:4, 99:20, 101:15, 101:21, 112:9, 112:10, 112:19, 112:20, 113:23, 114:9, 114:12, 115:9, 128:6
**EPPS** [20] - 1:4, 26:24, 27:19, 28:5, 37:12, 37:16, 45:10, 59:5, 59:15, 61:7,

61:11, 61:16, 91:11, 120:13, 127:9, 127:10, 127:14, 127:16, 127:21, 128:8
**Epps's** [3] - 60:12, 82:4, 87:6
**EPPS-DA00085** [3] - 37:12, 37:16, 127:10
**EPPS-DA000936** [2] - 61:16, 127:16
**EPPS-DA00881** [4] - 26:24, 27:19, 28:5, 127:9
**EPPS-DA00901** [3] - 59:5, 59:15, 127:14
**EPPS-DA00936** [2] - 61:7, 61:11
**EPPS-DA00937** [2] - 91:11, 127:21
**EPPS-DA1384** [2] - 120:13, 128:8
**EPPS-DA16** [1] - 45:10
**equal** [1] - 18:15
**Erie** [2] - 47:19, 75:18
**ERRATA** [1] - 124:3
**ESQ** [2] - 2:8, 2:16
**established** [1] - 74:14
**Eventually** [1] - 26:10
**eventually** [1] - 26:16
**evidence** [4] - 13:12, 13:14, 86:5
**exactly** [2] - 6:21, 33:14
**EXAMINATION** [2] - 4:8, 127:5
**examine** [1] - 122:13
**examined** [3] - 4:7, 5:24, 6:4
**example** [4] - 13:24, 33:16, 35:5, 88:6
**except** [1] - 3:6
**exculpatory** [1] - 13:24
**Excuse** [1] - 67:19
**Exhibit** [89] - 26:23, 27:20, 28:21, 30:16, 34:9, 37:17, 37:20, 39:2, 41:7, 44:21, 44:25, 45:18, 45:22, 45:25, 46:7, 46:15, 48:13, 48:17, 48:24, 49:2, 49:5, 49:7, 49:9, 49:11, 49:20, 49:22, 49:24, 50:2, 50:4, 50:6, 50:8, 50:11, 50:14, 51:12, 52:23, 53:2, 53:11, 53:17, 55:8, 56:6, 56:9, 56:13, 56:18, 56:24, 59:6, 59:10, 59:16, 59:19, 61:7, 61:16, 61:22, 64:15, 64:18, 64:25, 65:5, 65:8, 65:12, 65:17, 65:18, 65:19, 66:4, 66:7, 66:13, 88:15, 88:20, 91:12, 91:17, 107:21, 107:24, 108:24, 110:16, 112:9, 112:11, 112:17, 120:11, 120:14, 127:8, 127:10, 127:12, 127:14,

127:15, 127:17, 127:19, 127:21, 127:22, 127:24, 128:6, 128:7
**exhibit** [8] - 56:22, 59:11, 61:20, 64:21, 66:10, 91:15, 112:15, 120:17
**EXHIBIT** [2] - 127:7, 128:5
**exhibit's** [1] - 28:9
**exhibits** [7] - 27:5, 27:10, 45:13, 107:19, 122:25, 123:7, 123:12
**Exhibits** [1] - 44:20
**Exoneration** [1] - 79:3
**expertise** [1] - 36:17
**explain** [2] - 25:24, 77:3
**explained** [1] - 23:21
**extra** [1] - 4:14
**eyes** [1] - 51:19
**eyewitness** [1] - 116:22

**F**

**face** [2] - 7:10, 41:4
**fact** [2] - 11:18, 64:4
**facts** [1] - 42:23
**fair** [15] - 6:8, 8:23, 13:17, 33:3, 38:12, 44:8, 47:2, 87:16, 90:25, 92:11, 95:8, 104:20, 108:4, 108:14, 121:16
**Fair** [1] - 22:8
**fairly** [3] - 26:18, 93:17, 96:8
**Falls** [1] - 57:20
**familiar** [7] - 32:24, 33:5, 33:23, 34:22, 94:12, 95:10, 96:9
**Fantastic** [1] - 7:20
**far** [8] - 18:13, 47:18, 48:2, 48:5, 48:10, 88:11, 92:21, 94:14
**fast** [4] - 12:22, 26:18, 49:12, 64:22
**favor** [1] - 7:16
**February** [4] - 1:13, 124:2, 127:2, 128:2
**feelings** [1] - 77:7
**felt** [1] - 78:25
**female** [9] - 55:10, 55:22, 76:17, 98:15, 108:17, 108:21, 113:19, 114:23, 115:16
**Ferguson** [15] - 108:13, 109:5, 109:11, 109:22, 110:8, 111:12, 111:22, 112:25, 113:18, 113:23, 114:9, 115:7, 115:12, 115:16, 116:4
**few** [6] - 6:12, 6:16, 43:24, 48:11, 70:14, 76:16

**Fieramusca** [3] - 20:5, 21:7, 70:12
**figure** [1] - 100:25
**figured** [1] - 68:9
**file** [14] - 32:19, 32:20, 32:22, 33:12, 39:15, 41:16, 41:22, 90:4, 90:6, 90:7, 99:2, 106:18, 106:19, 123:2
**files** [2] - 102:25, 106:15
**filing** [1] - 3:14
**filled** [1] - 53:4
**fillers** [5] - 12:8, 63:15, 63:22, 109:25, 110:9
**final** [1] - 5:3
**fine** [5] - 7:5, 29:23, 43:13, 44:6, 101:10
**finish** [3] - 6:23, 7:16, 78:21
**finished** [1] - 40:12
**fired** [1] - 47:13
**First** [1] - 26:11
**first** [17] - 4:3, 4:14, 4:15, 6:19, 14:20, 25:2, 27:10, 40:22, 65:8, 70:12, 73:12, 75:4, 80:13, 81:10, 81:22, 84:9, 103:24
**five** [6] - 11:13, 16:17, 72:14, 79:25, 95:19, 110:9
**floor** [1] - 62:23
**Flynn** [5] - 68:22, 75:10, 75:12, 75:22, 87:12
**focused** [1] - 104:7
**follow** [1] - 6:17
**following** [2] - 86:18, 86:22
**Following** [2] - 118:22, 119:11
**follows** [1] - 4:7
**forget** [2] - 14:5, 30:10
**forgot** [2] - 29:19, 29:24
**Form** [13] - 10:20, 32:7, 82:14, 86:9, 89:3, 89:24, 103:4, 103:8, 104:12, 109:20, 109:24, 115:19, 121:23
**form** [6] - 3:7, 53:3, 53:5, 53:6, 62:15, 82:19
**format** [1] - 45:5
**formed** [1] - 31:11
**former** [1] - 69:15
**forth** [1] - 126:13
**four** [11] - 16:17, 17:25, 22:10, 23:22, 54:14, 67:20, 72:14, 95:19, 102:22, 104:23
**four-door** [1] - 54:14
**fourth** [1] - 62:23
**frame** [1] - 56:2
**Francavilla** [1] - 31:9
**Frank** [4] - 68:20, 70:16, 75:20, 75:21
**Frankie** [1] - 69:19
**Franklin** [2] - 11:19, 63:11
**frankly** [1] - 76:18

**fraud** [1] - 10:14
**frequent** [1] - 44:3
**friend** [1] - 57:12
**friends** [3] - 71:18, 73:5, 83:20
**front** [2] - 28:18, 55:22
**full** [2] - 13:14, 14:10
**FURTHER** [2] - 3:9, 3:13

**G**

**Garber** [1] - 76:7
**gather** [1] - 43:25
**genders** [1] - 114:21
**general** [2] - 89:15, 108:20
**Generally** [1] - 110:23
**generally** [2] - 90:11, 97:17
**generate** [1] - 35:17
**generated** [3] - 62:12, 62:15, 109:13
**gentlemen** [1] - 76:16
**gestures** [1] - 7:6
**GIARDINA** [1] - 1:9
**Giardina** [3] - 71:12, 71:15, 102:20
**Gino** [6] - 56:17, 57:8, 57:10, 57:16, 65:12, 127:12
**girl** [1] - 114:14
**girlfriend** [4] - 105:17, 111:3, 111:7, 115:13
**given** [2] - 122:9, 126:16
**glasses** [3] - 55:11, 55:16, 89:23
**goatee** [1] - 41:3
**golf** [5] - 71:2, 71:3, 72:25, 73:2
**golfed** [1] - 71:8
**Gotcha** [1] - 66:16
**gotcha** [1] - 70:10
**gotta** [1] - 114:2
**graduate** [1] - 7:21
**graduated** [1] - 9:2
**grand** [4] - 5:21, 5:25, 6:3, 6:5
**granular** [1] - 35:4
**Gray** [1] - 53:24
**Great** [5] - 7:14, 19:17, 28:20, 45:14, 88:18
**great** [3] - 6:13, 79:14, 122:24
**Grider** [1] - 47:25
**GRIMALDI** [1] - 126:24
**Grimaldi** [3] - 1:18, 4:4, 126:7
**gritty** [1] - 28:10
**ground** [1] - 6:12
**group** [10] - 16:14, 16:15, 19:22, 19:25, 20:3, 22:9, 22:14, 22:15, 22:22, 72:13
**groups** [2] - 22:16, 22:20

**guess** [13] - 8:17, 9:12, 22:9, 29:5, 44:20, 46:11, 65:15, 66:14, 69:8, 77:7, 77:11, 78:4, 92:8
**guilt** [1] - 87:6
**gun** [2] - 29:19, 114:17
**guy** [2] - 22:5, 76:18
**guys** [10] - 22:11, 32:4, 32:9, 74:11, 79:10, 90:14, 96:15, 98:22, 101:9, 114:21

**H**

**hair** [1] - 76:25
**half** [3] - 69:23, 72:3, 79:9
**hand** [2] - 50:13, 73:21
**handle** [3] - 14:24, 15:2, 15:6
**handled** [1] - 27:11
**handwriting** [14] - 45:19, 45:22, 46:2, 46:9, 48:14, 48:23, 50:8, 51:12, 52:18, 52:20, 52:24, 53:13, 65:2, 66:12
**handwritten** [1] - 64:14
**Handwritten** [4] - 64:16, 66:5, 127:17, 127:19
**hang** [1] - 94:23
**Hang** [1] - 28:7
**hard** [3] - 57:17, 123:7
**head** [4] - 7:4, 7:9, 21:6
**headquarters** [2] - 59:23, 60:23
**Headquarters** [1] - 63:13
**hear** [2] - 59:8, 88:8
**heard** [6] - 46:19, 46:22, 47:3, 47:7, 47:9, 101:3
**hearing** [2] - 15:3, 43:7
**height** [2] - 41:9, 89:22
**held** [3] - 80:24, 96:2, 108:8
**Hello** [1] - 70:20
**help** [1] - 24:22
**Heraty** [1] - 85:10
**HEREBY** [1] - 3:4
**hereby** [1] - 126:10
**hereinbefore** [1] - 126:13
**hereto** [1] - 3:6
**Hi** [1] - 69:2
**high** [2] - 7:22, 9:9
**hired** [1] - 68:20
**hold** [3] - 9:14, 108:6, 120:23
**Hold** [3] - 51:24, 101:7, 106:3
**homicide** [40] - 18:22, 18:23, 18:25, 19:7, 19:13, 19:19, 19:21, 21:11, 22:18, 24:9, 24:14, 25:3, 25:10, 33:11, 42:9, 42:14, 46:21, 58:12, 58:23, 62:7, 62:10,

66:25, 68:24, 69:12, 69:15, 85:3, 85:4, 90:4, 90:9, 91:2, 91:5, 91:6, 92:7, 96:18, 97:10, 99:14, 103:19, 104:20, 104:23, 106:5
**Homicide** [1] - 91:4
**homicides** [1] - 15:2
**hopefully** [1] - 5:8
**hotspots** [1] - 44:7
**hour** [1] - 79:9
**hours** [4] - 39:20, 39:23, 94:24, 121:15
**house** [5] - 60:17, 72:15, 73:19, 92:10, 95:13
**House** [14] - 91:23, 92:12, 92:19, 92:22, 93:3, 94:10, 94:13, 95:16, 96:6, 96:9, 96:13, 96:24, 97:12, 98:3
**How'd** [1] - 46:11
**HUGGINS** [81] - 2:16, 10:20, 17:12, 23:4, 23:6, 23:10, 23:14, 23:17, 28:4, 28:7, 28:12, 28:17, 29:17, 29:24, 30:5, 30:9, 32:7, 33:21, 35:10, 37:14, 38:21, 43:2, 43:6, 44:22, 45:2, 45:8, 45:12, 46:4, 48:20, 50:23, 52:4, 52:17, 56:14, 56:21, 59:7, 61:9, 61:19, 61:21, 63:7, 64:20, 66:9, 67:4, 69:18, 76:12, 79:15, 79:22, 80:20, 82:14, 82:18, 83:10, 83:14, 86:9, 89:3, 89:24, 91:14, 93:16, 93:23, 94:3, 100:9, 103:4, 103:8, 104:12, 104:16, 107:4, 107:16, 107:18, 109:20, 109:24, 112:14, 113:9, 114:4, 114:20, 115:19, 118:2, 118:7, 120:16, 121:12, 121:23, 122:18, 122:21, 123:11
**hung** [1] - 95:5
**hungry** [1] - 93:21

**I**

**idea** [1] - 49:21
**ideas** [1] - 42:21
**identification** [13] - 27:20, 31:7, 37:17, 56:19, 59:17, 61:17, 64:18, 66:7, 91:13, 107:22, 107:25, 112:12, 120:14
**identified** [5] - 59:25, 111:3, 111:7, 117:5, 117:8
**identify** [10] - 11:22, 28:20, 56:24, 59:19, 63:8, 98:19, 112:17, 117:3, 117:7, 117:11
**identikit** [15] - 29:3, 29:6, 29:8, 30:16, 30:25, 31:15,

31:20, 31:25, 32:14, 32:18, 33:6, 34:13, 41:9, 55:4, 56:8
**identity** [1] - 28:24
**imagine** [1] - 38:19
**importance** [1] - 6:9
**important** [1] - 121:21
**impressed** [1] - 63:6
**in-person** [1] - 10:3
**inaccurate** [1] - 52:3
**inches** [1] - 53:23
**includes** [1] - 39:22
**including** [1] - 64:11
**independent** [2] - 24:13, 113:6
**INDEX** [2] - 127:3, 128:3
**indicate** [2] - 40:4, 83:21
**indicated** [3] - 84:25, 99:9, 108:12
**indicating** [2] - 39:9, 85:14
**information** [16] - 13:25, 14:4, 34:24, 41:13, 81:24, 82:3, 82:21, 86:13, 87:22, 89:21, 90:3, 101:3, 101:4, 101:6, 108:6, 120:2
**informed** [1] - 25:21
**initial** [1] - 97:10
**initialed** [1] - 50:17
**initials** [3] - 50:16, 52:7, 52:11
**initials..** [1] - 51:22
**Initiative** [1] - 79:3
**innocence** [2] - 82:4, 87:7
**innocent** [3] - 81:25, 86:21, 87:2
**instruct** [1] - 10:6
**instructed** [1] - 10:17
**instruction** [2] - 11:3, 12:16
**interactions** [1] - 101:17
**interested** [1] - 126:20
**intermingle** [1] - 20:16
**interview** [13] - 13:25, 39:20, 40:2, 40:6, 40:8, 40:10, 46:24, 65:12, 83:6, 85:25, 104:21, 104:22, 119:6
**Interview** [3] - 56:17, 57:7, 127:12
**interviewed** [2] - 47:3, 102:14
**interviewing** [1] - 85:20
**interviews** [2] - 118:23, 118:25
**investigate** [2] - 96:23, 98:2
**investigating** [2] - 14:17, 78:24
**investigation** [15] - 24:14, 25:3, 25:11, 25:22, 32:19, 32:25, 33:17, 42:3, 42:9, 42:22, 77:12, 77:14, 78:12, 97:10, 106:18
**investigator** [1] - 68:20
**involved** [2] - 10:9, 13:3,

25:2, 29:15, 30:25, 54:18, 54:23, 60:4, 60:13, 77:6, 108:13
**involving** [2] - 11:4, 56:8
**IS** [3] - 3:4, 3:9, 3:13
**issues** [1] - 44:3
**IT** [3] - 3:4, 3:9, 3:13
**itself** [2] - 7:2, 39:17

## J

**jacket** [1] - 55:25
**Jackie** [16] - 31:4, 50:15, 60:8, 64:5, 77:15, 77:17, 77:25, 79:2, 84:21, 111:9, 111:23, 112:5, 112:25, 116:24, 117:2, 117:4
**Jacqueline** [10] - 50:15, 50:21, 59:24, 60:16, 80:10, 85:20, 115:6, 115:24, 116:2, 116:8
**JAMES** [1] - 1:9
**James** [1] - 71:12
**JM** [1] - 52:8
**job** [4] - 6:13, 21:25, 91:6, 92:19
**Joe** [5] - 25:15, 31:24, 41:17, 75:3, 77:24
**John** [6] - 66:18, 68:22, 75:9, 75:12, 75:22, 87:12
**JOHN** [1] - 1:7
**Johnson** [6] - 56:17, 57:8, 57:11, 57:16, 65:13, 127:12
**join** [1] - 7:25
**joined** [1] - 8:24
**joining** [1] - 8:21
**joint** [1] - 94:16
**Joseph** [3] - 32:10, 85:9, 97:21
**JOSEPH** [1] - 1:11
**Juan** [7] - 20:12, 22:24, 23:9, 25:13, 45:24, 52:8, 52:9
**July** [1] - 96:21
**jump** [1] - 6:24
**jumped** [3] - 8:18, 29:18, 58:6
**June** [6] - 8:3, 9:19, 58:2, 108:5, 116:17, 119:9
**juries** [1] - 5:22
**jury** [3] - 5:25, 6:3, 6:5
**justice** [1] - 8:11

## K

**keep** [3] - 17:16, 25:20, 93:14
**Ken** [1] - 57:13
**kept** [1] - 106:15
**killed** [4] - 85:16, 99:10,

114:18, 116:19
**killer** [1] - 85:19
**killing** [1] - 85:17
**kind** [18] - 12:22, 16:20, 18:15, 18:17, 20:19, 21:19, 21:23, 37:11, 51:21, 53:3, 54:7, 54:11, 54:16, 61:13, 68:5, 69:25, 92:12, 93:14
**know..** [2] - 67:13, 68:6
**knowledge** [1] - 87:8
**known** [1] - 44:2
**knows** [1] - 91:5

## L

**label** [2] - 50:18, 50:19
**lady** [1] - 47:7
**Lanc** [10] - 26:13, 35:9, 35:16, 35:22, 36:22, 36:23, 62:3, 62:5, 106:23
**large** [1] - 20:17
**last** [13] - 4:10, 24:4, 53:10, 67:16, 68:7, 68:16, 69:19, 70:22, 71:14, 71:24, 72:19, 73:8, 77:21
**late** [1] - 79:10
**LAW** [1] - 2:11
**law** [3] - 8:20, 9:14, 122:3
**lawsuit** [3] - 73:13, 74:5, 74:12
**lawyers** [3] - 75:8, 75:24, 76:2
**lead** [4] - 16:7, 16:8, 16:13, 25:11
**leaning** [2] - 86:24, 86:25
**learn** [4] - 12:23, 87:21, 99:12, 101:11
**least** [7] - 11:13, 17:6, 36:4, 38:8, 102:22, 115:15, 116:17
**leave** [4] - 7:18, 23:2, 23:13, 90:20
**led** [1] - 92:5
**left** [8] - 4:20, 4:23, 22:24, 23:7, 23:8, 23:24, 31:12, 70:19
**legs** [2] - 79:11, 79:19
**less** [2] - 16:9, 16:18
**letter** [21] - 99:6, 99:8, 99:13, 99:16, 99:23, 100:2, 100:5, 100:8, 100:11, 100:15, 100:18, 100:21, 100:23, 101:2, 101:13, 101:18, 117:24, 118:21, 119:20, 120:3, 121:8
**lieutenant** [2] - 21:4, 21:5
**Lieutenant** [4] - 25:16, 25:20, 36:16, 106:24
**lieutenant's** [1] - 106:14
**lieutenants** [1] - 16:24
**light** [4] - 53:24, 55:20,

55:21, 101:18
**Light** [2] - 55:13, 55:25
**Light-checkered** [1] - 55:25
**Light-skinned** [1] - 55:13
**light-skinned** [2] - 55:20, 55:21
**lighter** [1] - 41:2
**lighter-skinned** [1] - 41:2
**line** [2] - 34:17, 35:14
**lineup** [23] - 10:19, 11:14, 11:15, 11:18, 11:23, 11:25, 12:3, 12:17, 59:22, 60:2, 60:25, 61:25, 62:16, 62:17, 62:18, 62:19, 62:24, 63:16, 63:22, 63:25, 64:4, 64:10, 64:12
**Lineup** [3] - 61:12, 61:15, 127:15
**lineups** [12] - 10:2, 10:3, 10:16, 11:4, 11:5, 11:17, 12:7, 12:21, 12:25, 13:3, 62:21, 64:7
**list** [1] - 19:11
**listed** [1] - 30:21
**live** [1] - 94:14
**lived** [2] - 57:19, 95:16
**LiveNote** [2] - 1:19, 126:8
**locate** [1] - 54:3
**location** [3] - 44:8, 91:24, 92:8
**Look** [1] - 49:13
**look** [16] - 38:16, 40:17, 45:17, 45:21, 45:25, 52:2, 52:20, 58:15, 64:24, 65:5, 99:2, 106:17, 108:23, 110:16, 112:21, 116:3
**looked** [7] - 11:14, 26:14, 33:17, 33:18, 40:21, 86:15, 101:10
**looking** [4] - 28:2, 46:15, 53:22, 67:13
**looks** [1] - 51:21
**lose** [2] - 30:13, 88:14

## M

**m.huggins@city** [1] - 2:17
**m.huggins@city-buffalo.com** [1] - 2:17
**Maeve** [4] - 93:12, 95:21, 118:5, 121:10
**MAEVE** [1] - 2:16
**mail** [1] - 73:24
**male** [4] - 28:24, 30:17, 41:2, 114:23
**man** [1] - 98:15
**manager** [2] - 98:13
**Marilyn** [9] - 26:13, 35:9, 35:16, 35:22, 36:23, 62:2, 62:5, 106:23

**MARK** [1] - 1:8
**mark** [14] - 26:22, 27:5, 37:11, 56:12, 61:6, 61:7, 64:13, 64:15, 66:3, 91:10, 107:3, 107:14, 112:8, 120:11
**Mark** [4] - 20:13, 25:13, 66:14, 70:23
**marked** [16] - 27:19, 34:9, 37:16, 39:2, 44:20, 56:18, 59:16, 61:16, 64:17, 66:6, 91:12, 95:23, 107:21, 107:24, 112:11, 120:13
**marking** [1] - 28:12
**marriage** [1] - 126:19
**Maryland** [1] - 13:7
**Masecchia** [18] - 20:7, 20:12, 20:25, 25:13, 33:16, 33:23, 34:18, 34:22, 35:5, 35:11, 35:18, 38:18, 45:20, 46:6, 49:25, 59:22, 72:19, 110:7
**Masecchia's** [1] - 48:16
**MASSECHIA** [1] - 1:10
**material** [4] - 13:6, 13:10, 13:11, 13:23
**matter** [4] - 5:14, 36:19, 89:15, 126:20
**mean** [37] - 10:2, 14:13, 14:14, 16:3, 24:14, 32:9, 33:7, 35:4, 36:18, 40:15, 41:25, 44:12, 46:4, 46:12, 47:23, 49:16, 49:18, 53:3, 67:8, 67:18, 68:9, 72:22, 75:16, 78:20, 78:23, 84:23, 89:13, 95:3, 97:5, 102:10, 103:13, 103:24, 104:15, 105:23, 105:24, 108:19, 109:21
**meaning** [3] - 12:16, 96:16, 104:14
**means** [2] - 17:6, 116:15
**Means** [18] - 24:10, 25:3, 25:9, 41:20, 42:9, 58:22, 74:21, 75:5, 85:19, 85:23, 99:10, 105:23, 105:24, 108:14, 114:18, 116:19, 116:23, 121:19
**Means'** [1] - 40:18
**meant** [1] - 43:11
**Medical** [1] - 47:19
**meet** [1] - 72:15
**meeting** [2] - 85:12, 93:16
**Meka** [2] - 83:4, 100:7
**member** [1] - 71:6
**memorialized** [1] - 34:25
**mention** [2] - 41:9, 41:17
**mentioned** [4] - 41:21, 97:21, 98:16, 106:4
**mess** [1] - 98:18
**met** [1] - 76:13
**mid** [1] - 41:2

**might** [17] - 18:10, 18:16, 25:6, 35:8, 35:15, 38:15, 47:7, 47:9, 48:15, 61:2, 66:25, 87:2, 98:3, 99:20, 108:13, 115:17, 117:14
**miles** [1] - 95:19
**Milling** [1] - 85:8
**mind** [3] - 17:6, 31:17
**mine** [3] - 51:16, 52:14, 52:21
**Minor** [3] - 68:17, 69:5, 69:20
**MINOR** [1] - 1:8
**Minor's** [1] - 68:14
**minutes** [2] - 79:23, 93:18
**mischief** [1] - 15:5
**missed** [3] - 45:9, 95:25, 121:2
**missing** [1] - 55:22
**misunderstood** [1] - 69:9
**mix** [1] - 7:2
**moment** [3] - 45:3, 79:18, 99:4
**Montgomery** [28] - 78:13, 78:16, 82:9, 82:10, 82:11, 82:13, 82:23, 83:2, 83:22, 84:2, 84:6, 84:12, 85:17, 88:21, 89:8, 89:16, 99:9, 105:17, 105:19, 111:4, 111:8, 112:5, 113:15, 115:17, 115:24, 116:9, 116:19, 117:3
**Montgomery's** [1] - 115:13
**month** [1] - 81:13
**months** [2] - 9:21, 72:22
**Morales** [10] - 20:12, 20:25, 22:24, 23:2, 23:23, 23:24, 25:13, 34:2, 45:24, 52:8
**morning** [2] - 47:5, 97:3
**most** [8] - 11:9, 18:15, 33:10, 35:21, 42:17, 44:7, 62:13, 106:12
**mostly** [1] - 21:19
**moved** [1] - 117:12
**moving** [1] - 48:12
**MR** [85] - 4:9, 26:22, 27:7, 27:16, 27:24, 28:6, 28:8, 28:14, 28:19, 29:22, 30:2, 30:7, 30:11, 30:14, 37:10, 37:19, 43:8, 44:18, 44:24, 45:6, 45:10, 45:14, 45:16, 46:5, 56:12, 56:16, 56:23, 59:2, 59:9, 59:13, 59:18, 61:6, 61:11, 64:13, 64:22, 64:23, 66:3, 66:11, 79:8, 79:25, 80:4, 80:7, 80:16, 80:23, 81:2, 82:20, 83:18, 91:9, 91:16, 93:10, 93:12, 93:20, 93:24, 94:4, 94:7, 95:21, 96:4, 103:11, 103:12, 104:15, 104:18, 107:2,

107:5, 107:10, 107:13, 107:17, 108:3, 108:10, 110:3, 110:5, 112:8, 112:16, 115:2, 115:4, 118:4, 118:10, 118:16, 120:10, 120:18, 120:24, 121:10, 121:13, 122:16, 122:22, 123:8
**MS** [80] - 10:20, 17:12, 23:4, 23:6, 23:10, 23:14, 23:17, 28:4, 28:7, 28:12, 28:17, 29:17, 29:24, 30:5, 30:9, 32:7, 33:21, 35:10, 37:14, 38:21, 43:2, 43:6, 44:22, 45:2, 45:8, 45:12, 46:4, 48:20, 50:23, 52:4, 52:17, 56:14, 56:21, 59:7, 61:9, 61:19, 61:21, 63:7, 64:20, 66:9, 67:4, 69:18, 76:12, 79:15, 79:22, 80:20, 82:14, 82:18, 83:10, 83:14, 86:9, 89:3, 89:24, 91:14, 93:16, 93:23, 94:3, 100:9, 103:4, 103:8, 104:12, 104:16, 107:4, 107:16, 107:18, 109:20, 109:24, 112:14, 113:9, 114:4, 114:20, 115:19, 118:2, 118:7, 120:16, 121:12, 121:23, 122:18, 122:21, 123:11
**multiple** [1] - 14:15
**murder** [16] - 74:22, 75:5, 82:6, 82:13, 82:24, 83:2, 83:23, 84:3, 85:23, 88:22, 91:24, 93:4, 103:20, 103:23, 108:14, 116:23
**murders** [1] - 121:20

**N**

**name** [18] - 4:11, 19:10, 19:14, 19:25, 24:4, 47:20, 47:23, 50:17, 54:5, 54:8, 58:19, 62:17, 68:14, 74:15, 76:3, 82:7, 83:5
**name's** [1] - 52:15
**named** [3] - 24:9, 76:11, 108:12
**names** [2] - 20:2, 109:22
**naturally** [1] - 58:17
**Naturally** [1] - 33:24
**nature** [2] - 10:11, 62:20
**near** [2] - 95:16, 95:18
**need** [8] - 6:17, 6:23, 7:7, 21:13, 79:18, 118:7, 122:19, 123:2
**needed** [2] - 13:23, 13:25
**neighborhood** [1] - 47:21
**never** [5] - 5:17, 36:25, 79:5, 95:5, 95:6
**NEW** [2] - 1:2, 126:3, 126:5

**New** [7] - 1:21, 2:7, 2:15, 4:6, 112:20, 126:10
**newspaper** [1] - 32:5
**next** [3] - 8:18, 25:7, 95:12
**Niagara** [2] - 2:14, 57:19
**nice** [3] - 6:16, 52:2, 84:23
**night** [4] - 21:13, 44:7, 94:16, 94:18
**nitty** [1] - 28:10
**nitty-gritty** [1] - 28:10
**nobody** [1] - 74:9
**nobody's** [1] - 93:25
**none** [1] - 47:2
**Norm** [1] - 31:9
**Nos** [10] - 37:15, 64:16, 66:6, 107:23, 120:12, 127:10, 127:17, 127:19, 127:24, 128:8
**notarized** [2] - 110:20, 110:23
**Notary** [3] - 1:20, 4:6, 126:9
**note** [2] - 29:20, 64:3
**noted** [2] - 56:9, 123:13
**notes** [15] - 39:3, 39:6, 39:14, 46:17, 52:12, 64:15, 64:16, 65:17, 65:23, 66:5, 77:22, 121:4, 127:17, 127:19
**nothing** [1] - 44:13
**Nothing** [1] - 64:11
**number** [5] - 44:8, 56:14, 61:10, 102:17, 102:21
**number's** [1] - 61:13
**numbers** [2] - 11:21, 11:24

**O**

**O-R-T-I-Z** [1] - 24:5
**oath** [1] - 3:12
**objection** [2] - 82:19, 104:13
**objections** [1] - 3:6
**obscured** [1] - 61:13
**obtained** [1] - 34:25
**Obviously** [1] - 91:5
**occasionally** [1] - 95:4
**occurred** [7] - 15:19, 25:22, 59:22, 92:8, 92:10, 98:8, 99:18
**OF** [5] - 1:2, 1:7, 2:11, 126:3, 126:5
**OFFICE** [1] - 2:12
**office** [21] - 10:13, 68:19, 69:7, 69:10, 69:13, 69:17, 70:5, 70:14, 74:18, 74:23, 85:5, 87:5, 99:14, 100:25, 101:4, 101:6, 101:12, 101:19, 104:16, 106:11, 119:6
**officer** [9] - 3:11, 8:16, 9:11, 9:20, 9:23, 10:9, 13:2,

14:7, 63:15
**officers** [8] - 12:20, 68:2, 69:11, 94:23, 95:7, 102:14, 102:17, 102:21
**often** [1] - 42:7
**older** [1] - 18:16
**Oldsmobile** [4] - 53:21, 54:10, 54:20, 54:24
**omitted** [1] - 59:14
**once** [4] - 19:14, 60:20, 78:5, 89:16
**Once** [2] - 31:20, 71:17
**One** [2] - 39:9, 99:4
**one** [43] - 10:25, 12:11, 16:14, 18:10, 23:24, 27:23, 38:8, 38:15, 45:11, 49:4, 51:10, 53:10, 56:14, 57:18, 60:11, 65:24, 67:10, 68:11, 72:14, 75:20, 76:9, 76:17, 86:22, 87:9, 90:11, 98:9, 101:2, 105:2, 105:17, 105:18, 108:7, 109:10, 110:25, 113:24, 115:8, 117:23, 120:23, 121:4, 121:5, 122:24, 123:7, 123:8, 123:11
**ones** [1] - 33:7
**open** [1] - 73:11
**operator** [2] - 30:21, 31:8
**opinion** [1] - 84:19
**opportunity** [2] - 120:6, 122:9
**order** [1] - 109:3
**ordering** [1] - 122:21
**orders** [1] - 122:20
**ordinary** [3] - 17:8, 17:20, 39:10
**organization** [2] - 71:6, 76:4
**original** [2] - 122:25, 123:9
**Ortiz** [3] - 24:2, 24:6, 24:7
**outcome** [1] - 126:20
**outstanding** [1] - 44:14
**overall** [2] - 11:6, 11:11
**overturned** [1] - 88:10
**own** [1] - 36:20

---

**P**

---

**p.m** [3] - 80:6, 94:6, 123:13
**P73** [25] - 26:25, 28:4, 28:13, 29:2, 34:8, 34:14, 35:2, 35:6, 35:7, 35:11, 35:17, 35:19, 35:24, 36:8, 56:10, 57:2, 57:5, 58:4, 59:15, 59:21, 65:25, 91:11, 91:19, 127:14, 127:21
**P73s** [6] - 26:4, 26:8, 34:23, 35:21, 36:3, 98:10
**packet** [1] - 27:14

**pad** [1] - 39:10
**page** [6] - 40:22, 42:25, 43:16, 52:5, 53:19, 112:22
**PAGE** [3] - 127:5, 127:7, 128:5
**PAGE/LINE** [1] - 124:5
**pages** [2] - 28:9
**Pam** [1] - 27:2
**PAMELA** [1] - 126:24
**Pamela** [3] - 1:18, 4:4, 126:7
**Pancake** [14] - 91:23, 92:12, 92:19, 92:22, 93:3, 94:10, 94:13, 95:15, 96:5, 96:9, 96:13, 96:24, 97:11, 98:3
**pancake** [1] - 92:9
**pandemic** [1] - 68:8
**paper** [6] - 32:3, 32:11, 32:15, 39:7, 39:8, 39:10
**paperwork** [1] - 62:12
**paragraph** [3] - 37:23, 112:23, 116:4
**paragraphs** [1] - 112:21
**Pardon** [5] - 54:22, 86:19, 93:11, 94:17, 95:14
**part** [12] - 8:16, 27:14, 32:18, 32:24, 33:17, 42:15, 53:6, 59:14, 65:19, 74:25, 76:4, 97:9
**part-time** [1] - 8:16
**PARTICIPANTS** [1] - 2:2
**particular** [7] - 14:12, 19:22, 47:4, 47:20, 63:14, 75:8, 111:16
**particularly** [2] - 10:24, 33:7
**parties** [2] - 3:6, 126:18
**partner** [1] - 31:4
**party** [4] - 72:5, 72:10, 72:13, 72:17
**passenger** [4] - 114:15, 114:16, 114:23, 115:18
**past** [1] - 73:10
**patrol** [2] - 13:2, 14:6
**patrolling** [1] - 10:10
**Paul** [16] - 57:13, 58:12, 83:5, 83:8, 83:19, 83:22, 83:25, 85:14, 85:15, 85:17, 88:22, 90:7, 103:20, 103:23, 105:20, 121:19
**PBA** [2] - 67:23, 68:7
**PD** [2] - 8:21, 8:24
**PDF** [2] - 123:12
**People** [2] - 99:15, 112:19
**people** [20] - 4:18, 10:11, 11:13, 20:10, 22:3, 22:4, 22:22, 23:22, 43:25, 46:19, 46:25, 47:3, 49:12, 62:18, 64:10, 72:8, 90:17, 104:6, 110:14, 111:2

**perfectly** [1] - 7:5
**period** [1] - 77:20
**person** [29] - 4:14, 10:3, 11:15, 11:20, 11:22, 12:2, 12:3, 20:7, 20:19, 28:23, 29:10, 29:14, 31:11, 31:18, 38:9, 38:15, 40:20, 55:17, 55:18, 58:16, 62:8, 78:9, 81:15, 81:17, 82:5, 82:8, 84:23, 87:11, 98:19
**personally** [2] - 32:21, 97:3
**pertinent** [2] - 13:15, 42:23
**ph** [2] - 66:21, 83:4
**phase** [1] - 78:12
**phone** [3] - 36:24, 79:15, 81:16
**Photo** [3] - 107:14, 107:23, 127:24
**photo** [29] - 12:16, 59:25, 60:5, 60:8, 60:11, 60:12, 60:14, 107:11, 109:5, 109:16, 109:25, 110:7, 110:11, 111:2, 111:9, 111:11, 111:15, 111:16, 111:21, 112:4, 112:24, 113:14, 113:18, 115:7, 115:23, 116:5, 116:8, 119:11, 119:16
**photograph** [7] - 78:13, 78:16, 84:5, 89:7, 89:14, 89:17, 112:4
**photographs** [3] - 12:17, 61:4, 109:3
**phrase** [1] - 9:12
**physical** [2] - 10:2, 12:18
**physically** [2] - 14:16, 54:12
**pick** [7] - 11:23, 12:2, 35:23, 36:23, 60:20, 63:15, 63:22
**picked** [4] - 31:4, 61:2, 64:8, 78:9
**picnic** [2] - 67:25, 68:7
**Picture** [2] - 50:14, 50:20
**picture** [2] - 31:19, 50:17
**piece** [1] - 39:7
**pimples** [2] - 41:4, 41:11
**placards** [1] - 11:20
**place** [2] - 78:6, 88:14
**placed** [1] - 109:16
**plaintiff** [1] - 2:5
**Plaintiff** [1] - 1:5
**play** [1] - 72:25
**playing** [1] - 72:25
**PLLC** [1] - 2:4
**point** [11] - 20:22, 84:19, 89:2, 96:11, 99:5, 103:13, 103:18, 103:25, 108:5, 108:11, 119:8
**police** [20] - 8:15, 8:19, 9:10, 9:20, 9:21, 9:22, 10:8,

10:9, 10:17, 11:2, 12:9, 12:15, 12:19, 12:20, 12:25, 13:4, 19:11, 59:23, 94:23, 95:6
**Police** [15] - 4:21, 4:23, 8:2, 9:17, 14:18, 29:10, 29:12, 31:5, 31:12, 31:23, 61:24, 62:22, 63:12, 67:23, 95:3
**Pontiac** [4] - 53:21, 54:11, 54:20, 54:25
**Pope** [17] - 57:13, 58:12, 83:6, 83:8, 83:19, 83:22, 84:2, 85:14, 85:15, 85:18, 88:22, 90:7, 103:20, 103:23, 105:18, 121:19
**Pope/Witness** [1] - 89:12
**portion** [3] - 50:9, 50:13, 118:13
**posed** [1] - 7:17
**positions** [2] - 9:14, 11:25
**positive** [3] - 49:3, 49:17, 50:5
**possession** [1] - 32:18
**Possibly** [1] - 96:22
**posted** [1] - 31:25
**posting** [2] - 14:12, 14:13
**potential** [1] - 110:12
**pounds** [1] - 41:3
**practical** [1] - 36:19
**practice** [6] - 12:7, 30:8, 43:14, 65:20, 65:21, 97:18
**precinct** [5] - 15:15, 15:19, 16:25, 17:9, 17:19
**Precinct** [7] - 15:16, 15:18, 15:21, 15:25, 18:20, 43:23, 44:11
**precincts** [3] - 14:23, 14:24, 15:15
**prepare** [1] - 24:20
**prepared** [1] - 35:11
**preparing** [1] - 60:14
**presence** [2] - 51:5, 78:17
**present** [6] - 85:6, 102:5, 103:5, 103:10, 104:11, 104:14
**pretty** [5] - 76:19, 93:15, 95:9, 117:9, 120:24
**previous** [1] - 116:4
**previously** [1] - 44:19
**primarily** [1] - 22:12
**printed** [2] - 32:6, 108:25
**printer's** [1] - 5:6
**printout** [1] - 50:9
**prison** [1] - 87:19
**problem** [1] - 53:9
**procedure** [1] - 89:16
**proceedings** [1] - 5:10
**process** [1] - 30:25
**Professional** [3] - 1:19, 4:5, 126:8
**program** [2] - 30:17, 78:4

**promoted** [5] - 15:23, 18:21, 18:23, 18:24, 19:3
**promotion** [1] - 19:8
**prosecutor** [1] - 13:20
**provide** [4] - 55:9, 82:3, 82:22, 84:5
**provided** [5] - 32:4, 99:22, 100:2, 100:5, 101:24
**Public** [3] - 1:20, 4:6, 126:9
**public** [1] - 10:10
**pull** [4] - 44:19, 53:10, 59:5, 106:22
**pulled** [2] - 89:18, 114:17
**Pumpkin** [5] - 83:4, 100:7, 100:15, 100:18, 100:21
**purpose** [4] - 31:15, 42:20, 92:24, 113:17
**purposes** [1] - 32:5
**Put** [1] - 39:15
**put** [16] - 4:14, 19:10, 27:13, 30:12, 32:11, 32:14, 32:20, 36:19, 40:9, 41:16, 44:4, 44:19, 51:2, 51:21, 52:10, 67:14

**Q**

**quality** [1] - 95:23
**quarter** [1] - 40:18
**questions** [5] - 6:20, 37:24, 49:14, 121:11, 122:17
**quick** [1] - 107:9
**quite** [2] - 89:2, 113:3

**R**

**rambling** [1] - 6:20
**Raniero** [1] - 33:16
**RANIERO** [1] - 1:10
**rank** [1] - 5:3
**rarely** [1] - 93:17
**rather** [5] - 7:8, 12:17, 13:19, 66:4, 75:18
**rattle** [1] - 123:4
**Ray** [11] - 20:6, 20:12, 21:17, 25:12, 33:23, 35:10, 45:20, 48:15, 48:18, 49:25, 59:21
**reach** [1] - 109:9
**read** [12] - 26:14, 29:21, 41:22, 51:10, 52:9, 52:10, 52:12, 73:25, 98:9, 118:9, 118:10, 118:14
**reading** [3] - 102:25, 112:23, 113:8
**really** [11] - 12:20, 12:22, 23:19, 25:17, 35:8, 36:11, 52:15, 53:7, 65:16, 67:2, 74:6
**reason** [7] - 4:19, 42:17,

113:22, 114:8, 115:8, 115:15, 123:4
**Rebecca** [1] - 76:11
**recalled** [1] - 113:7
**receive** [1] - 12:15
**received** [4] - 73:23, 74:2, 108:6, 109:2
**recent** [1] - 78:12
**recess** [2] - 80:5, 94:5
**recognize** [10] - 45:19, 48:13, 48:20, 48:23, 51:11, 52:17, 52:23, 58:19, 68:13, 74:15
**recollection** [9] - 24:13, 24:23, 26:5, 29:13, 38:22, 76:8, 112:24, 113:6, 113:11
**reconnect** [1] - 95:22
**record** [19] - 4:11, 6:16, 17:16, 24:4, 28:21, 29:20, 30:13, 56:25, 59:20, 61:23, 61:25, 80:21, 80:25, 96:3, 108:9, 118:14, 122:20, 123:9, 126:15
**Record** [3] - 61:12, 61:15, 127:15
**recorded** [1] - 26:12
**recorder** [1] - 35:19
**recording** [1] - 36:24
**records** [1] - 54:2
**refer** [3] - 5:7, 80:16, 80:18
**referring** [4] - 83:15, 103:6, 103:7, 109:25
**refresh** [5] - 24:22, 26:4, 76:7, 112:23, 113:10
**regard** [1] - 42:21
**regarded** [1] - 13:23
**regarding** [18] - 10:16, 12:16, 29:3, 41:14, 64:4, 82:3, 88:3, 94:9, 96:12, 96:19, 112:19, 117:16, 118:18, 119:13, 119:16, 120:2, 121:7, 121:19
**Regarding** [1] - 119:23
**regardless** [1] - 16:6
**regards** [4] - 10:2, 10:6, 55:9, 80:8
**Reginald** [1] - 68:14
**REGINALD** [1] - 1:8
**registered** [1] - 54:7
**Registered** [3] - 1:18, 4:5, 126:7
**regular** [2] - 65:19, 65:21
**reinvestigated** [1] - 74:22
**reinvestigating** [1] - 75:5
**reinvestigation** [6] - 75:2, 80:9, 85:23, 86:8, 86:18, 86:23
**related** [1] - 126:18
**relating** [1] - 106:18
**relative** [1] - 46:20
**relatives** [1] - 57:19

**release** [1] - 88:4
**released** [3] - 87:19, 87:24, 88:10
**Remember** [1] - 10:7
**remember** [33] - 11:8, 12:12, 13:5, 13:9, 24:15, 24:18, 27:22, 27:25, 30:23, 31:17, 55:4, 57:10, 57:16, 64:3, 66:17, 74:21, 76:12, 76:15, 76:18, 76:23, 77:19, 88:24, 94:10, 98:15, 99:17, 100:20, 102:19, 105:11, 105:14, 109:8, 109:22, 119:5
**remembered** [2] - 31:7, 98:3
**remind** [1] - 113:9
**REMOTE** [1] - 2:2
**remotely** [1] - 1:18
**repeat** [1] - 61:9
**Repeat** [2] - 10:22, 83:24
**repeated** [1] - 118:8
**reported** [1] - 1:17
**reporter** [7] - 6:25, 7:6, 27:2, 55:14, 80:18, 83:12, 118:14
**Reporter** [6] - 1:19, 1:20, 4:5, 107:6, 126:8, 126:9
**REPORTER** [6] - 27:4, 27:15, 107:8, 107:12, 122:19, 123:6
**requested** [2] - 55:14, 83:12
**reserved** [1] - 3:7
**respect** [14] - 10:15, 10:19, 11:5, 14:16, 20:25, 25:9, 40:20, 48:2, 63:21, 77:13, 85:22, 86:8, 87:6, 122:6
**respected** [1] - 18:18
**respective** [1] - 3:5
**respond** [1] - 7:7
**rest** [1] - 123:10
**restaurant** [4] - 72:6, 73:11, 94:18, 95:10
**result** [1] - 98:7
**results** [1] - 119:13
**retired** [2] - 71:17, 75:23
**retirement** [1] - 72:13
**reunion** [1] - 68:5
**revealed** [1] - 96:11
**review** [5] - 24:19, 54:2, 88:19, 120:7, 122:9
**reviewed** [2] - 24:16, 120:20
**Rick** [2] - 4:18, 68:22
**RICKNER** [87] - 2:4, 2:8, 4:9, 26:22, 27:7, 27:16, 27:24, 28:6, 28:8, 28:14, 28:19, 29:22, 30:2, 30:7, 30:11, 30:14, 37:10, 37:19, 43:8, 44:18, 44:24, 45:6, 45:10, 45:14, 45:16, 46:5,

56:12, 56:16, 56:23, 59:2, 59:9, 59:13, 59:18, 61:6, 61:11, 64:13, 64:22, 64:23, 66:3, 66:11, 79:8, 79:25, 80:4, 80:7, 80:16, 80:23, 81:2, 82:20, 83:18, 91:9, 91:16, 93:10, 93:12, 93:20, 93:24, 94:4, 94:7, 95:21, 96:4, 103:11, 103:12, 104:15, 104:18, 107:2, 107:5, 107:10, 107:13, 107:17, 108:3, 108:10, 110:3, 110:5, 112:8, 112:16, 115:2, 115:4, 118:4, 118:10, 118:16, 120:10, 120:18, 120:24, 121:10, 121:13, 122:16, 122:22, 123:8
**Rickner** [1] - 127:6
**Riga** [36] - 21:8, 25:15, 25:21, 26:9, 26:10, 26:16, 31:24, 32:10, 32:13, 36:16, 38:15, 41:17, 42:4, 58:15, 69:16, 70:4, 70:13, 70:14, 70:18, 75:3, 77:5, 77:24, 81:19, 85:9, 86:14, 86:16, 86:20, 90:25, 92:4, 92:5, 92:16, 97:21, 99:15, 100:22, 102:20
**RIGA** [1] - 1:11
**right-hand** [1] - 50:13
**RM** [1] - 52:7
**ROB** [1] - 2:8
**Rob** [10] - 29:17, 30:5, 43:6, 43:7, 56:15, 59:8, 61:10, 63:3, 79:15, 94:3
**rob@ricknerpllc.com** [1] - 2:9
**robberies** [1] - 15:3
**robbery** [1] - 10:14
**Robert** [1] - 71:22
**ROBERT** [1] - 1:10
**role** [4] - 8:20, 17:3, 20:25, 62:9
**room** [20] - 11:18, 11:24, 38:3, 38:6, 38:7, 38:9, 38:18, 62:24, 104:15, 104:17, 104:21, 104:22, 105:2, 105:7, 105:9, 106:8, 106:12, 106:14, 106:15
**Room** [1] - 2:14
**rooms** [4] - 104:24, 105:3, 106:5, 106:9
**rough** [1] - 73:15
**roughly** [1] - 81:10
**route** [2] - 97:5, 97:23
**routes** [1] - 92:20
**rules** [2] - 6:12, 6:16
**run** [6] - 67:21, 67:25, 68:25, 69:14, 72:8, 80:2
**running** [1] - 94:2
**runs** [1] - 93:17
**Russell** [26] - 78:13, 78:16,

82:10, 82:11, 82:13, 82:23, 82:25, 83:22, 84:2, 84:6, 84:12, 85:16, 88:21, 89:8, 89:16, 99:9, 111:4, 111:8, 112:5, 113:15, 115:13, 115:17, 115:24, 116:9, 116:19, 117:3

**S**

**safe** [1] - 93:19
**safety** [1] - 10:10
**sanitation** [1] - 9:4
**saw** [6] - 46:23, 47:4, 72:6, 72:11, 73:2, 89:13
**scene** [2] - 25:4, 25:5
**school** [2] - 7:22, 9:9
**Schwegler** [2] - 117:21, 118:20
**science** [1] - 8:11
**screen** [1] - 103:15
**sealing** [1] - 3:14
**search** [1] - 107:9
**second** [13] - 28:11, 31:14, 43:16, 51:24, 53:19, 58:8, 85:2, 85:12, 106:3, 108:7, 112:22, 120:23, 121:4
**secret** [1] - 93:21
**secretary** [4] - 26:12, 26:13, 62:6, 62:20
**section** [1] - 93:13
**sedan** [1] - 54:14
**Sedita** [3] - 68:22, 70:16, 75:21
**see** [29] - 7:10, 11:21, 12:2, 21:4, 31:16, 34:9, 34:19, 35:13, 36:25, 39:24, 40:21, 40:24, 41:5, 41:11, 43:19, 46:22, 57:8, 62:25, 63:5, 67:6, 68:24, 91:24, 92:19, 97:18, 103:17, 107:8, 111:18, 113:3, 113:18
**See** [1] - 46:8
**seeing** [1] - 95:23
**seeked** [1] - 78:4
**segments** [1] - 10:12
**seldom** [1] - 13:2
**send** [1] - 98:5
**seniority** [3] - 19:10, 19:15, 19:16
**sent** [4] - 31:21, 35:22, 45:9, 45:11
**separate** [4] - 34:15, 34:16, 118:23, 119:4
**Separate** [1] - 119:3
**sergeant** [17] - 4:22, 4:25, 15:23, 15:24, 16:4, 16:8, 16:9, 16:13, 16:16, 16:19, 17:3, 17:18, 18:14, 18:20, 19:12, 20:22, 43:23

**Sergeant** [1] - 71:21
**sergeants** [1] - 20:15
**series** [1] - 59:3
**served** [2] - 73:14, 73:17
**server** [3] - 98:14, 98:24
**session** [9] - 12:12, 21:22, 25:23, 41:20, 41:24, 42:15, 42:20, 43:3, 43:4
**set** [1] - 126:13
**seven** [2] - 72:22, 72:24
**several** [3] - 16:23, 118:25, 121:15
**share** [1] - 86:13
**sheet** [1] - 39:7
**shelves** [1] - 106:21
**shifts** [1] - 102:24
**shooter** [1] - 117:3
**shooting** [5] - 46:20, 54:19, 55:18, 60:23, 105:20
**shootings** [1] - 47:12
**short** [2] - 35:7, 76:19, 93:17
**shot** [2] - 40:20, 47:9
**shots** [3] - 16:10, 21:9, 47:13
**show** [10] - 61:3, 78:11, 78:15, 111:15, 111:22, 113:14, 115:23, 116:8, 117:13
**showed** [6] - 112:4, 112:24, 115:6, 115:25, 116:11, 117:14
**showing** [2] - 113:7, 113:17
**shown** [4] - 41:11, 60:5, 60:8, 60:10
**Side** [4] - 15:17, 15:25, 47:17, 47:24
**sign** [1] - 29:21
**signature** [1] - 62:2
**signed** [2] - 3:10, 110:17
**significance** [2] - 47:4, 84:10
**similar** [2] - 11:14, 54:13
**Simultaneous** [1] - 83:11
**sit** [2] - 42:3, 101:23
**Sitting** [1] - 24:12
**six** [3] - 9:21, 64:11, 72:24
**six-months** [1] - 9:21
**size** [1] - 106:12
**sketch** [1] - 31:11
**skinned** [4] - 41:2, 55:13, 55:20, 55:21
**small** [2] - 37:11, 56:2
**snack** [1] - 93:22
**so-called** [1] - 52:11
**So..** [1] - 22:7
**solved** [2] - 42:11, 78:25
**someday** [1] - 63:5
**someone** [5] - 11:22, 11:23, 98:5, 98:12, 105:19
**Someone** [2] - 55:11, 82:25

**sometimes** [4] - 20:16, 21:21, 22:13, 47:12
**soon** [1] - 101:15
**sorry** [13] - 5:6, 17:17, 19:5, 23:13, 28:2, 56:5, 59:7, 59:11, 88:13, 99:4, 105:24, 106:2, 114:20
**Sorry** [6] - 19:6, 50:10, 59:13, 78:21, 93:8, 103:15
**sort** [5] - 8:17, 9:18, 22:12, 22:14, 111:17
**sound** [1] - 58:2
**Sounds** [1] - 107:5
**source** [1] - 89:18
**speakers** [1] - 83:11
**speaking** [1] - 63:8
**special** [1] - 15:3
**specific** [4] - 38:22, 67:12, 118:2, 118:6
**specifically** [3] - 33:22, 76:16, 92:15
**spell** [2] - 4:10, 24:3
**spoken** [2] - 69:4, 70:18
**spot** [2] - 23:25, 111:3
**squad** [8] - 19:22, 22:17, 22:18, 90:11, 90:21, 103:19, 104:20, 106:6
**squads** [1] - 15:3
**squint** [1] - 51:18
**ss** [1] - 126:4
**stag** [1] - 68:4
**stage** [1] - 11:17
**Stambach** [6] - 20:13, 21:2, 25:14, 34:4, 70:23, 102:20
**STAMBACH** [1] - 1:8
**Stambach's** [1] - 66:15
**stamped** [6] - 27:18, 107:20, 112:10, 127:8, 127:23, 128:6
**stand** [1] - 6:2
**standard** [1] - 97:17
**standing** [1] - 11:15
**stands** [1] - 115:15
**stapled** [1] - 34:13
**start** [4] - 27:12, 43:14, 75:4, 79:10
**started** [4] - 39:20, 40:5, 40:6, 40:8
**Started** [1] - 39:23
**stash** [1] - 93:22
**STATE** [1] - 126:3
**State** [4] - 1:21, 4:6, 112:20, 126:10
**state** [1] - 17:5
**Statement** [2] - 37:15, 127:10
**statement** [36] - 18:9, 18:12, 21:17, 37:13, 37:24, 38:7, 38:10, 38:25, 39:2, 39:13, 40:5, 40:13, 40:19, 41:21, 43:17, 51:8, 54:25,

60:24, 82:22, 98:22, 98:23, 101:24, 102:4, 102:6, 102:10, 102:14, 104:4, 104:10, 105:6, 105:9, 105:15, 106:8, 117:17, 118:19, 119:4
**statements** [4] - 21:15, 37:8, 39:17, 55:7
**STATES** [1] - 1:2
**stayed** [1] - 79:7
**steps** [3] - 85:22, 99:25, 100:10
**steward** [1] - 9:6
**stickers** [1] - 27:13
**still** [9] - 4:21, 4:24, 6:22, 16:6, 20:21, 68:23, 69:12, 85:18, 86:11
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stood** [2] - 62:18, 64:10
**store** [1] - 47:6
**stored** [1] - 90:4
**story** [1] - 79:6
**street** [2] - 44:11, 47:6
**Street** [2] - 2:6, 2:14
**stretch** [2] - 79:11, 79:18
**stuff** [5] - 10:14, 69:3, 70:21, 73:6, 81:13
**Stuff** [1] - 73:2
**subject** [2] - 34:17, 35:14
**submit** [1] - 26:8
**subpoena** [2] - 73:14, 73:18
**Subscribed** [1] - 125:13
**subsequent** [1] - 6:6
**Suite** [1] - 2:6
**summer** [2] - 67:24, 73:10
**summertime** [1] - 72:21
**summons** [1] - 73:21
**supervise** [2] - 17:4, 17:5
**supervisory** [1] - 20:24
**support** [1] - 82:22
**suppose** [1] - 4:13
**supposed** [1] - 57:12
**supposedly** [1] - 117:23
**suspect** [12] - 6:14, 12:8, 31:21, 32:15, 33:18, 41:14, 54:5, 88:22, 88:25, 89:17, 110:9, 111:22
**suspects** [1] - 110:12
**swearing** [1] - 29:19
**swore** [1] - 112:18
**sworn** [3] - 3:10, 125:13, 126:14
**sworn/affirmed** [1] - 4:4

**T**

**taller** [1] - 76:24

**tape** [4] - 35:19, 36:20, 36:22, 36:25
**tapes** [1] - 36:7
**taught** [6] - 10:12, 11:16, 12:9, 12:12, 12:20, 36:6
**term** [1] - 43:3
**testified** [5] - 4:7, 5:18, 5:21, 113:13, 121:25
**testify** [4] - 69:13, 90:18, 90:21, 119:25
**testifying** [1] - 121:15
**testimony** [14] - 5:25, 6:5, 6:10, 24:20, 68:25, 69:9, 120:7, 120:11, 120:12, 120:20, 122:6, 122:10, 126:15, 128:7
**thanked** [1] - 31:12
**THE** [27] - 1:7, 10:22, 23:5, 23:8, 27:4, 27:15, 27:22, 38:23, 43:4, 48:22, 52:6, 59:12, 76:14, 79:20, 80:3, 83:17, 93:11, 100:12, 107:8, 107:12, 113:12, 114:6, 114:24, 115:3, 118:15, 122:19, 123:6
**thereabouts** [1] - 101:25
**thereafter** [1] - 101:15
**thin** [1] - 56:2
**thinking** [1] - 87:2
**three** [20] - 14:23, 14:24, 18:7, 21:13, 21:15, 22:19, 60:25, 67:2, 67:20, 69:22, 70:16, 71:9, 71:17, 71:20, 75:11, 75:19, 75:23, 92:20
**throughout** [1] - 5:9
**throw** [1] - 5:9
**timing** [1] - 97:23
**titled** [1] - 50:20
**today** [3] - 6:10, 24:12, 122:2
**together** [6] - 18:6, 22:11, 38:19, 40:13, 59:4, 93:14
**Tomika** [16] - 24:9, 25:3, 25:9, 40:18, 40:21, 41:19, 58:22, 74:21, 75:5, 85:19, 99:10, 105:20, 105:22, 114:18, 116:19, 121:19
**Tonawanda** [3] - 29:12, 31:5, 31:12
**took** [12] - 20:19, 23:25, 31:22, 38:7, 60:23, 91:25, 92:21, 104:20, 104:22, 105:5, 105:6, 119:5
**tooth** [1] - 55:22
**top** [5] - 37:23, 39:19, 39:22, 53:23, 57:7
**Top** [1] - 53:23
**tough** [1] - 51:10
**tournament** [2] - 71:2, 71:3
**towards** [1] - 86:25
**training** [5] - 9:18, 9:22,

9:24, 9:25, 10:15
**transcript** [1] - 122:20
**trees** [1] - 123:5
**trial** [11] - 3:8, 6:2, 6:6, 90:10, 90:12, 91:4, 91:6, 97:11, 99:19, 101:21, 122:14
**trick** [2] - 7:23, 49:14
**trigger** [1] - 114:17
**truck** [1] - 9:5
**true** [7] - 33:25, 44:6, 60:2, 62:4, 95:13, 95:17, 126:15
**truthfully** [1] - 121:25
**try** [8] - 32:15, 46:22, 54:2, 54:6, 97:18, 97:22, 116:25, 121:4
**trying** [3] - 49:15, 65:16, 93:5
**twice** [3] - 60:21, 81:7
**two** [22] - 8:14, 11:16, 12:7, 18:2, 18:4, 21:15, 26:19, 28:8, 28:9, 53:23, 60:25, 64:7, 67:2, 69:21, 69:22, 70:16, 70:24, 71:9, 71:17, 71:19, 72:16, 123:2
**type** [1] - 39:3
**typed** [2] - 35:6, 37:24
**types** [2] - 14:17, 54:3
**typically** [1] - 30:4
**typing** [2] - 40:12, 62:13

---

## U

**uh-oh** [1] - 103:13
**unclear** [1] - 41:10
**understand** [18] - 5:11, 6:9, 7:2, 7:3, 7:12, 7:13, 7:18, 13:22, 22:12, 28:22, 30:12, 35:12, 36:18, 37:2, 40:14, 67:8, 114:4, 122:8
**Understood** [4] - 25:18, 26:21, 49:19, 66:2
**union** [1] - 9:6
**unique** [1] - 62:24
**unit** [1] - 96:18
**UNITED** [1] - 1:2
**Unless** [1] - 45:8
**unnatural** [1] - 17:15
**up** [20] - 7:2, 19:14, 29:14, 31:4, 35:6, 35:23, 36:24, 39:3, 44:19, 53:10, 58:14, 59:5, 60:20, 61:2, 74:10, 83:5, 88:7, 107:7, 107:13, 120:25
**UPS** [1] - 9:5
**upset** [2] - 78:3, 78:6
**upstairs** [1] - 47:7
**usual** [1] - 64:12

---

## V

**vacation** [1] - 18:3
**vague** [2] - 53:7, 98:20
**Vanderwerf** [1] - 30:23
**vehicle** [2] - 96:19, 114:22
**verbally** [1] - 7:8
**versus** [1] - 112:20
**victim** [1] - 24:9
**video** [1] - 7:10
**Videoconference** [1] - 1:16
**viewing** [1] - 63:24
**visit** [1] - 60:16
**visited** [1] - 11:18

---

## W

**waived** [1] - 3:15
**Wall** [1] - 2:6
**waste** [1] - 123:5
**watching** [1] - 98:16
**wavered** [1] - 79:5
**wears** [1] - 89:22
**weekly** [1] - 18:3
**weeks** [2] - 26:19, 89:5
**weight** [2] - 41:9, 89:22
**Weird** [1] - 103:14
**weird** [1] - 103:16
**West** [1] - 15:17
**WESTERN** [1] - 1:2
**wheel** [1] - 66:21
**whole** [2] - 91:6, 102:3
**wife** [1] - 74:8
**window** [1] - 98:17
**withdrawn** [8] - 12:5, 15:8, 29:7, 40:3, 48:4, 73:20, 87:17, 110:6
**Withdrawn** [3] - 39:21, 91:4, 102:12
**WITNESS** [15] - 10:22, 23:5, 23:8, 27:22, 38:23, 43:4, 48:22, 52:6, 59:12, 76:14, 79:20, 80:3, 83:17, 93:11, 100:12, 113:12, 114:6, 114:24, 115:3, 118:15, 127:5
**Witness** [16] - 40:17, 80:19, 81:3, 81:23, 82:12, 82:21, 83:15, 83:19, 83:21, 83:25, 84:6, 84:9, 84:11, 84:16, 85:2, 85:21
**witness** [22] - 4:3, 11:21, 29:13, 31:2, 37:8, 37:14, 41:19, 45:12, 55:17, 56:21, 59:10, 61:19, 62:19, 64:20, 66:9, 91:14, 107:18, 112:14, 116:18, 120:16, 126:12, 126:16
**witnesses** [7] - 21:16,

80:12, 86:2, 96:25, 97:12, 97:18, 98:2
**woman** [7] - 54:18, 54:23, 55:5, 56:8, 76:11, 76:24, 117:5
**women** [3] - 109:15, 109:17, 109:18
**wonderful** [1] - 62:8
**wondering** [4] - 33:15, 50:22, 53:5, 97:9
**word** [4] - 19:3, 43:9, 103:9, 104:13
**words** [2] - 39:23, 78:7
**wore** [2] - 55:11, 55:16
**works** [1] - 111:18
**worried** [1] - 95:24
**wrapping** [1] - 120:25
**write** [5] - 14:2, 14:5, 46:14, 49:12, 50:18
**Write** [1] - 50:19
**written** [5] - 14:3, 40:5, 57:15, 59:21, 65:11
**wrote** [5] - 50:22, 51:2, 100:7, 100:10, 100:15, 100:18, 100:21, 100:23, 100:25, 101:13, 113:4
**WVs** [1] - 18:2
**Wymiko** [12] - 101:12, 101:17, 102:13, 108:11, 110:18, 111:6, 115:11, 117:16, 118:19, 118:20, 118:24, 119:23

---

## X

**XXX** [2] - 80:13, 80:14
**XXXXX** [1] - 80:14

---

## Y

**year** [7] - 7:21, 23:7, 67:23, 68:7, 68:10, 72:2, 97:7
**years** [18] - 9:9, 24:17, 43:24, 67:2, 67:20, 68:3, 69:22, 69:23, 70:15, 70:16, 70:24, 71:9, 71:17, 71:20, 72:16, 75:11
**yellow** [1] - 39:7
**YORK** [3] - 1:2, 126:3, 126:5
**York** [7] - 1:21, 2:7, 2:15, 4:6, 112:20, 126:10
**yourself** [1] - 38:8