1                                                    1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          -------------------------X

4          CORY EPPS,

5                        Plaintiff,
                                      Case No.:
6              -against-              1:19-CV-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE REGINALD
8          MINOR, DETECTIVE MARK STAMBACH,
           DETECTIVE JAMES GIARDINA,
9          DETECTIVE ANTHONY CONSTANTINO,
           DETECTIVE ROBERT CHELLA,
10         RANIERO MASSECHIA, CHARLES
           ARONICA, and CHIEF JOSEPH RIGA,
11
                        Defendants.
12
           -------------------------X
13                                   August 11, 2021
                                     10:11 a.m.
14

15

16              Videoconference deposition of

17         WYMIKO ANDERSON, taken by plaintiff,

18         pursuant to an Agreement and to the Federal

19         Rules of Civil Procedure, reported remotely

20         by Nicole Veltri, RPR, CRR, and Notary

21         Public of the State of New York.

22

23

24

25

```
 1                                                    2

 2          REMOTE APPEARANCES:

 3

 4          RICKNER PLLC

 5               Attorneys for Plaintiff

 6               14 Wall Street, Suite 1603

 7               New York, New York 10005

 8          BY:  ROB RICKNER, ESQ.

 9

10          GLENN A. GARBER P.C.

11               Attorneys for Plaintiff

12               233 Broadway, Suite 2370

13               New York, New York 10279

14          BY:  GLENN A. GARBER, ESQ.

15

16          HODGSON RUSS, LLP

17               Attorneys for Defendants

18               140 Pearl Street

19               Buffalo, New York 14202

20          BY:  HUGH RUSS, ESQ.

21

22

23

24

25
```

1                                                    3

2                    STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5     and between counsel for the respective

6     parties hereto, that all objections, except

7     as to form, are reserved to the time of

8     trial.

9           IT IS FURTHER STIPULATED AND AGREED

10    that the deposition may be signed and sworn

11    to before any officer authorized to

12    administer an oath.

13          IT IS FURTHER STIPULATED AND AGREED

14    that the sealing and filing of the

15    deposition be waived.

16

17

18

19

20

21

22

23

24

25

1                                              4

2                (The aforementioned Ms.

3        Anderson's transcript was premarked as

4        Exhibit 105 for identification as of

5        this date by the Reporter.)

6                (The aforementioned Ms.

7        Anderson's letter to Cory Epps'

8        attorney was premarked as Exhibit 106

9        for identification as of this date by

10       the Reporter.)

11               (The aforementioned sworn

12       affidavit was premarked as Exhibit 107

13       for identification as of this date by

14       the Reporter.)

15               (The aforementioned photo of

16       Russell Montgomery was premarked as

17       Exhibit 108 for identification as of

18       this date by the Reporter.)

19               (The aforementioned photo of Cory

20       Epps was premarked as Exhibit 109 for

21       identification as of this date by the

22       Reporter.)

23               MR. GARBER:  There's consent

24       between the parties that the oath

25       you're going to administer right now is

1                          Anderson                    5

2              sufficient for purposes of this

3              deposition, and we don't all need to be

4              in the same room or even in the same

5              state for this oath to be effective?

6                   MR. RUSS:  I agree with that.  I

7              so stipulate.

8         WYMIKO ANDERSON,

9               called as a witness, having been first

10              duly sworn by a Notary Public of the

11              State of New York, was examined and

12              testified as follows:

13         EXAMINATION

14         BY MR. GARBER:

15              Q.    What city do you live in?

16              A.    Buffalo.

17              Q.    What's your name?

18              A.    Wymiko Anderson.

19              Q.    Can you spell that for us?

20              A.    W-Y-M-I-K-O, A-N-D-E-R-S-O-N.

21              Q.    Good morning, Ms. Anderson.

22              A.    Good morning.

23              Q.    Just as an introduction, I just

24         want to let you know that this is a

25         deposition.  It's being recorded by a

```
 1                    Anderson              6
 2        stenographer typing down information, and
 3        there's also a video recording of this
 4        proceeding; do you understand that?
 5             A.    Yes.
 6             Q.    And you're under oath, and you
 7        have to be truthful and honest about
 8        everything that you're going to say here
 9        today?
10             A.    Yes.
11             Q.    So a deposition is a little
12        different than a criminal proceeding.  Have
13        you testified before in criminal
14        proceedings?
15             A.    Yes.
16             Q.    In a deposition, there's lawyers
17        and there's usually not a judge, or I don't
18        believe there's going to be a judge
19        involved in this proceeding today; do you
20        understand?
21             A.    Yes.
22             Q.    It's important that you answer
23        questions clearly so that the stenographer
24        can get your information down; do you
25        understand?
```

```
1                        Anderson                    7

2            A.    Yes.

3            Q.    And if you don't understand

4      something, you could ask for clarification,

5      okay?

6            A.    Okay.

7            Q.    Very good.

8                  So my name is Glenn Garber; and

9      you and I have met in the past, right?

10           A.    Yes.

11           Q.    I represent Cory Epps; and the

12     matter before this -- well, involving this

13     deposition is Cory Epps versus the City of

14     Buffalo; do you understand?

15           A.    Yes.

16           Q.    Okay.

17                 So tell us how old you are.

18           A.    I'm 47.

19           Q.    And you said that you live in

20     Buffalo?

21           A.    Yes.

22           Q.    How long have you lived in

23     Buffalo?

24           A.    All my life, you know, since I

25     was about four.
```

```
 1                    Anderson              8

 2          Q.    Okay.

 3                What is your educational

 4     background?

 5          A.    I got my GED.

 6          Q.    And what do you do for a living?

 7          A.    Well, right now I'm unemployed;

 8     but I work for Pro Squared.

 9          Q.    Can you say that again?  I didn't

10     hear that.

11          A.    I said right now I'm unemployed,

12     but I work for Pro Squared.

13          Q.    What is Pro Squared?

14          A.    It's a cleaning company, you

15     know, you clean buildings, you know,

16     schools, cleaning, stuff like that.

17          Q.    Okay.

18                And do you have any -- are you

19     married?

20          A.    No.

21          Q.    Do you have any children?

22          A.    Two.

23          Q.    What are the ages of your

24     children?

25          A.    Twenty-eight and thirty-one.
```

```
 1                    Anderson                9
 2          Q.    What are the names of your
 3     children?
 4          A.    Lamar and Shiasiah.
 5          Q.    Who is Shiasiah's father?
 6          A.    Paul Pope.
 7          Q.    Is Paul Pope still alive?
 8          A.    No.
 9          Q.    What happened to Paul?
10          A.    He was murdered in April of '98.
11          Q.    Okay.
12                Now, have you reviewed documents
13     to prepare for your deposition today?
14          A.    Yes.
15          Q.    I'm going to go over a few of
16     those documents, and I'm going to try
17     screen share right now.
18          A.    Mhm.
19                MR. GARBER:  And, Hugh, you
20          received the emails with the exhibit
21          numbers attached to the documents?
22                MR. RUSS:  Yes, I did.
23                MR. GARBER:  So I'm going to
24          refer to them by the exhibit numbers
25          that were in the email; but I'll show
```

```
 1                        Anderson              10
 2            you the documents, Ms. Anderson.
 3            Q.     Do you see my screen?
 4            A.     Yes.
 5            Q.     I'm going show you what has been
 6       marked or what is Exhibit 105 in this
 7       proceeding.  See if I can get to the top of
 8       it.  This is an 83-page document of
 9       testimony.
10                   Do you see that, Ms. Anderson?
11            A.     Yes.
12            Q.     Did you review this transcript
13       before you testified here today?
14            A.     Yes.
15                   MR. GARBER:  Somebody's been
16            admitted.  That's Rob Rickner.  He's
17            working with me on this matter.
18            Q.     So we're talking about a
19       transcript, which is Exhibit 105; and you
20       reviewed this before you testified here
21       today?
22            A.     Yes.
23            Q.     Do you remember testifying at a
24       hearing in a criminal proceeding of People
25       versus Cory Epps in May of 2001?
```

```
 1                    Anderson              11
 2          A.    Yes.
 3          Q.    And this transcript that we're
 4     talking about now, Exhibit 105, is that a
 5     transcript of your testimony at that
 6     proceeding?
 7          A.    Yes.
 8          Q.    Were you under oath at that
 9     proceeding?
10          A.    Yes.
11          Q.    Did you testify truthfully at
12     that proceeding?
13          A.    Yes.
14          Q.    And does the document, 105,
15     fairly and accurately depict your testimony
16     from that proceeding in May of 2001?
17          A.    Yes.
18          Q.    I'm going to take that off.
19                Now, do you remember speaking to
20     the police in April of 1998 where they took
21     a statement from you?
22          A.    Yes.
23          Q.    I'm going to show you Exhibit 43.
24                Does this look familiar to you?
25     This is Exhibit 43.
```

1                    Anderson                    12

2          A.     Yes.

3          Q.     What do you recall that -- what

4     is that?

5          A.     This is the statement that I

6     made.

7          Q.     Do you remember the date that you

8     made that statement?

9          A.     The night Paul -- that

10    April 17th, that morning, around --

11         Q.     What year?

12         A.     '98.

13         Q.     I'm going to ask you to look at

14    the bottom left-hand corner of the document

15    that's on the screen.

16         A.     Mhm.

17         Q.     Do you see a date on that?

18         A.     The 17th day of April.

19         Q.     What year?

20         A.     1998.

21         Q.     Okay.  I'm going to take that

22    down.

23                I'm going to now show you Exhibit

24    66, and I'm going to show you the second

25    page of that exhibit.  What do you

```
 1                     Anderson              13
 2       recall -- what is this?
 3            A.    That's the sketch of -- what did
 4       you say, dear?
 5            Q.    I just asked you what this
 6       appears to be to you.
 7            A.    Okay.  That's the sketch that was
 8       on the news of Russell.
 9            Q.    Do you recall seeing this many
10       years ago?
11            A.    Yes.
12            Q.    I'm going to show you what is
13       Exhibit 106.  Do you recognize this
14       document?
15            A.    Yes.
16            Q.    What is that?
17            A.    That's the letter that I had
18       wrote to Cory's lawyer.
19            Q.    Do you remember when you did
20       that?
21            A.    Yes.
22            Q.    When?
23            A.    At home doing --
24            Q.    Not where, when, do you remember
25       when you wrote the letter?
```

```
 1                    Anderson              14
 2          A.    Oh, when.  After I told the
 3     police and I found out that they weren't
 4     going to do nothing about it.
 5          Q.    Do you remember what year it was?
 6          A.    In 1998, April.
 7          Q.    Okay.
 8                And I'm going to show you now
 9     Exhibit 107.  Do you recognize this
10     document?  Do you recognize this?
11          A.    No.
12          Q.    I can't hear you.  I think you
13     may have froze.
14          A.    You broke up, dear.
15          Q.    Can you hear me?
16          A.    Yes.
17          Q.    Okay.
18                MR. GARBER:  Can everybody hear
19     Ms. Anderson?  I'm having trouble.
20          A.    Now I can.
21          Q.    Can you hear me?
22          A.    Yes.
23          Q.    Okay.
24                I showed you Exhibit 107, and I
25     asked you what it is.
```

```
 1                    Anderson            15

 2          A.    It's a sworn affidavit.

 3          Q.    This is an affidavit that you

 4     made?

 5          A.    Correct.

 6          Q.    Do you remember the date of that?

 7          A.    They say the 29th of April.

 8          Q.    Do you recall what year?

 9          A.    2000.  That was on Sobieski.

10                (Reporter clarification.)

11          A.    I was saying my address where I

12     was at where Mr. Putnam (phonetic) came

13     over.  That was on Sobieski when I spoke to

14     him in 2000.

15          Q.    Okay.

16                Now, do you know Cory Epps?

17          A.    No.

18          Q.    And do you understand this is a

19     civil proceeding where he's suing the City

20     of Buffalo and some police officers with

21     regard to his wrongful conviction?

22          A.    Yes.

23          Q.    Do you have any reason to provide

24     false testimony for Mr. Epps?

25          A.    No.
```

```
 1                    Anderson            16
 2           Q.    Has anyone offered you anything
 3     or provided you with some sort of incentive
 4     to give false testimony for him?
 5           A.    No.
 6           Q.    Are you here to tell the truth
 7     about everything?
 8           A.    Yes.
 9           Q.    Tell us who Paul Pope is.
10           A.    Paul Pope is the father of my
11     daughter.
12           Q.    And the daughter that you had
13     mentioned before?
14           A.    Yes.
15           Q.    What's her name again?
16           A.    Shiasiah.
17           Q.    Do you live with Shiasiah?
18           A.    Yes.  S-H-I-A-S-I-A-H.
19           Q.    Now, were you together with Paul
20     Pope in 1997 and 1998?
21           A.    Yes.
22           Q.    Do you remember the day that he
23     was killed?
24           A.    Yes.
25           Q.    What date was he killed?
```

```
 1                    Anderson              17
 2          A.    April 16th, 1998.
 3          Q.    Do you know who killed Paul Pope?
 4          A.    Russell.
 5          Q.    Do you know Russell's last name?
 6          A.    Montgomery.
 7          Q.    What was the relationship between
 8     Paul Pope and Russell Montgomery around
 9     April 16th of 1998?
10          A.    To my knowledge, they were still
11     friends.
12          Q.    Do you know someone by the name
13     of Tomika Means?
14          A.    Yes.
15          Q.    Do you call her Tomika Means, or
16     is there some other name you go by?
17          A.    Her name -- well, Nicole.
18          Q.    Okay.
19                So Nicole is Tomika Means?
20          A.    Yes.
21          Q.    How did you know her?
22          A.    I knew Nicole since we were
23     younger and, you know, me and her -- her
24     kid's father is really good friends also.
25          Q.    And who is that?
```

```
 1                        Anderson              18

 2          A.    Kian Edwards (phonetic).

 3          Q.    Now, was Tomika Means killed?

 4          A.    Yes.

 5          Q.    Do you remember when that

 6    happened?

 7          A.    In May of '97.

 8          Q.    Was that about a year before Paul

 9    Pope was murdered?

10          A.    Mhm -- yes.

11          Q.    Do you know who killed Tomika

12    Means?

13          A.    Russell.

14          Q.    Russell Montgomery?

15          A.    Yes.

16          Q.    And how do you know that?

17          A.    Because Paul told me he killed

18    her I asked -- go ahead, I'm sorry.

19          Q.    Can you tell us when Paul told

20    you and the circumstances under which he

21    told you?

22          A.    He came -- Russell came to our

23    house early in the morning.  I guess, you

24    know, the morning of and --

25          Q.    Let me just stop you.  The
```

```
 1                     Anderson                19

 2         morning of what?

 3              A.    Nicole's murder.

 4              Q.    Okay.  Go on.

 5              A.    They left; and when Paul come

 6         back home, he says, "Yo, Russell killed

 7         Kian's girl."

 8              Q.    Russell killed Kian's girl?

 9              A.    Mhm.

10              Q.    And who is Kian's girl?

11              A.    Nicole.

12              Q.    At the time when Paul said that,

13         did you believe that at the time that

14         Kian's girl was Nicole or Tomika Means?

15              A.    Yes.

16              Q.    Okay.

17                    And where did this conversation

18         take place?

19              A.    With me and Paul?

20              Q.    Yes.

21              A.    At home.

22              Q.    Do you remember what time it was?

23              A.    It was in the morning, like,

24         9:00, 9:30, 10:00, no later.  It was early

25         because we all had went out the night
```

```
 1                    Anderson            20
 2     before, and we parted ways; so it was
 3     pretty early for us to be drinking.  When
 4     he came, it was a shock because it was so
 5     early.
 6          Q.   Now, where was it; where was the
 7     location where you were living at the time?
 8          A.   I was on Fox.
 9          Q.   Fox?
10          A.   Yes.
11          Q.   What was the address?
12          A.   I can't remember exactly the
13     address on Fox because then right after
14     that, then we went right to juvie; so I
15     don't remember the exact -- I don't know.
16     I really can't recall the exact address on
17     Fox.  I'm sorry.
18          Q.   After Paul Pope told you that
19     Russell admitted to him that he had killed
20     Tomika Means, did you go to the police at
21     that point?
22          A.   No.
23          Q.   Why not?
24          A.   Because Paul forbid I say
25     nothing, you know; and I'm like, "Wow."  I
```

```
 1                    Anderson            21
 2        didn't tell the police, but I told Tabatha.
 3             Q.    Who's Tabatha?
 4             A.    That's my cousin, Tabatha Parker.
 5             Q.    Did you ever learn anything about
 6        the Tomika Means murder on the news?
 7             A.    Yeah.  That they had Cory for it.
 8             Q.    Okay.
 9                   And did they show anything on the
10        news in regard to the murder, any
11        information?
12             A.    The sketch.
13             Q.    Could you elaborate on the
14        sketch?
15             A.    It was a picture, I guess, that,
16        you know, someone drew up and put it on the
17        news of the person that, you know, I guess
18        the witnesses said that they saw.
19             Q.    Okay.  I'm going to do another
20        screen share here.  I'm going to show you
21        Exhibit 66.
22                   What does this appear to be to
23        you?
24             A.    The sketch of Russell.
25             Q.    And was this a sketch that was
```

1                      Anderson                22

2          shown on the news in regard to the killer

3          of Tomika Means?

4               A.    Yes.

5               Q.    Do you recall when you saw that

6          in relation to the Tomika Means murder?

7               A.    I can't remember the exact date,

8          but it was on the news so --

9               Q.    Okay.

10                    Was it before Paul Pope was

11         murdered?

12              A.    Oh, absolutely, yes.

13              Q.    Now, you said that Paul Pope was

14         murdered on April 16th of 1998?

15              A.    Yes.

16              Q.    Did there come a point where you

17         cooperated with the police in regard to

18         Paul Pope's murder?

19              A.    Absolutely.

20              Q.    Do you remember what day it was

21         that you went in to speak to the police?

22              A.    I guess it would be the 17th

23         because he got killed the 16th, you know,

24         later on in the evening so --

25              Q.    Would that have been the 17th of

```
1                         Anderson              23

2        April, 1998?

3              A.     Yes.

4              Q.     And where did you speak to the

5        police?

6              A.     At headquarters.

7              Q.     The Buffalo police headquarters?

8              A.     Yes.

9              Q.     Do you remember what officer or

10       officers you spoke to on April 17th, 1998,

11       about Paul Pope's murder?

12             A.     Stambach.  And I don't know the

13       other one name.

14             Q.     Can you spell Stambach for the

15       court reporter?  Do you know how to spell

16       it?

17             A.     S-T-A-M-B-A-C-H, I think.

18             Q.     Okay.

19                    And can you tell us about the

20       conversation you had with Stambach and the

21       other officer at the Buffalo Police

22       Department on April 17th of 1998?

23             A.     They was asking me questions

24       about Paul, you know, what do you do for a

25       living and, you know, what was going on,
```

```
 1                    Anderson              24

 2         how did I find out about him dying, and who

 3         do I think did it and, you know.

 4              Q.    What did you tell them about who

 5         you thought did it?

 6              A.    Russell.

 7              Q.    Did any other topics come up

 8         during that conversation with the police

 9         about -- and when I say any other topics,

10         about any other murders?

11              A.    Well, yeah, Nicole -- Tomika's

12         came up.  I mentioned it.

13              Q.    Can you tell us how that came up?

14              A.    When he asked me to describe what

15         Russell looked like and I said you know

16         that sketch that they got on the news,

17         that's him.

18              Q.    And did you link that sketch to

19         the Tomika Means murder when you were

20         speaking to the police?

21              A.    Yes.

22              Q.    What did you say?

23              A.    I said the picture that they had

24         on the news, that's Russell right there;

25         and so, yeah, I pretty much got a picture
```

```
 1                      Anderson            25
 2       of what he looked like.  And that's when he
 3       left, and he came back; and he had the
 4       photo, you know.  And I was like, "Yeah,
 5       that's him."
 6           Q.    Okay.
 7                 Are you saying that Stambach left
 8       and got the photo, the sketch from the
 9       Tomika Means murder?
10           A.    Yes.
11           Q.    And what happened when they came
12       back?
13           A.    Nothing.  Basically it was just,
14       like, well, I mean, Cory -- we got evidence
15       against him that he did it; so, you know,
16       basically -- and I'm like, "No, that's
17       wrong."  You know what I mean?  I know how
18       that could be but whatever.
19           Q.    Did you tell the police at that
20       point in time, this is April 17th of 1998,
21       what Paul had told you?
22           A.    Yes.
23           Q.    And what did you tell them?
24           A.    That Paul told me that Russell
25       killed her, killed Nicole.
```

```
 1                    Anderson              26

 2           Q.    Now, were the police taking down

 3      or typing anything while you were talking

 4      to them on that day, April 17th of 1998?

 5           A.    Yes.

 6           Q.    And when you told them about

 7      Russell Montgomery being involved in the

 8      killing of Tomika Means, did they stop the

 9      action, the typing?

10           A.    Yeah, yeah.  They didn't type no

11      more.

12           Q.    What did they do at the point

13      when you told them that you had learned

14      that Russell had admitted to killing Tomika

15      Means?

16           A.    Wait, repeat that.

17           Q.    What did they do, this is the

18      detectives, when you revealed to them that

19      Russell had admitted to killing Tomika

20      Means?  What did the police do at that

21      point in the conversation?

22           A.    Well, they -- well, what they

23      said was, well, what he said, Stambach, was

24      basically Paul's not here, you know what I

25      mean.  This is hearsay.  That's just he
```

```
 1                    Anderson            27

 2       say, she say, type of stuff.  He said well,

 3       there's nobody that can say well, yeah, he

 4       did do it; so, you know, basically it's not

 5       no proof.  And I was like, oh, well, that's

 6       messed up because I know Paul ain't going

 7       to lie about something like that.  That's

 8       just not what he did.  He not going to make

 9       something up about his so called friend at

10       the time.  You know what I mean?  He not

11       going to make something up like that.

12            Q.    Did the police ever accuse you of

13       making false statements about Russell

14       Montgomery being the killer of Tomika

15       Means?

16            A.    Yeah.  They said that I basically

17       knew Cory; and I do anything to get Russell

18       caught, like -- go ahead, I'm sorry.

19            Q.    Did you know Cory in April of

20       1998?

21            A.    No.

22            Q.    Do you know him now?

23            A.    I mean, I seen him a couple

24       times; but I don't really know him.  But I

25       know, you know, through what I'm going
```

```
1                    Anderson              28

2         through, you know what I mean?  Through

3         this case.

4              Q.    Okay.

5                    Now, after this conversation,

6         April 17th of 1998, at police headquarters,

7         did you have any other contact with the

8         police with regards to the Paul Pope

9         murder?

10             A.    Yes.

11             Q.    Do you remember coming back to

12        the detectives' offices to give them

13        information about the Paul Pope murder?

14             A.    Yes.

15             Q.    Do you remember when that was in

16        relation to April 17th of 1998?

17             A.    I came in June.  I was there -- I

18        was in contact with them a few times.

19             Q.    Okay.

20                   So do you recall after the

21        April 17th, 1998, conversation writing an

22        anonymous letter to Cory's lawyer?

23             A.    Yes.

24             Q.    I'm going to do a screen share.

25        I'm going so show you Exhibit 106.  Is this
```

1                          Anderson                    29

2          the letter that you wrote to his lawyer?

3                 A.    Yes.

4                 Q.    Is there a date on the upper

5          right-hand corner of that letter?

6                 A.    Yes.

7                 Q.    What's the date?

8                 A.    4/27/98.

9                 Q.    And what does that date signify?

10                A.    The day that I sent the letter

11         out, the day --

12                Q.    Is this letter in your

13         handwriting?

14                A.    Yes.

15                Q.    I'm just going to show you the

16         whole thing.  So you wrote this letter and

17         sent it to Cory's lawyer?

18                A.    Yes.

19                Q.    And at the bottom it doesn't have

20         a name; does it?

21                A.    No.

22                Q.    Did you keep your name anonymous

23         on this letter?

24                A.    Yes.

25                Q.    So if this was April 27th of

1                          Anderson              30

2          1998, that would have been about ten days

3          after you had gone in to talk to them on

4          April 17th of 1998?

5               A.    Yes.

6               Q.    And when I say them, I mean the

7          detectives, the Buffalo detectives?

8               A.    Yes.

9               Q.    Did you ever have a conversation

10         with the Buffalo detectives about this

11         anonymous letter?

12              A.    Yes.

13              Q.    Do you remember when that was in

14         relation to when the letter was drafted?

15              A.    It probably was, like, a few days

16         later, after.

17              Q.    Okay.

18                    Do you know if this letter ever

19         made it to the news?

20              A.    Yeah.

21              Q.    Tell us about that.

22              A.    That's when I, you know, I got

23         kind of scared at that point during that

24         time because I'm like oh, shoot, my name --

25         so I told my aunt, you know what I mean?

```
 1                    Anderson                 31

 2        Like, auntie what should I do, you know

 3        what I mean?  And she was like, well, you

 4        might as well go with it.  And I went down

 5        there; and I told them, you know, I was

 6        like look, I wrote that letter, you know,

 7        and I went down there with Paul.  And I was

 8        like well, I hope -- okay, I'm sorry.  I

 9        had to decline a call.

10        Q.    Okay.  No problem.

11              Wait, you went down there.  Do

12        you remember when you went down there in

13        relation to when the letter was drafted?

14        A.    The exact date, I don't.  I would

15        be telling you a story.

16        Q.    Okay, okay.

17              And it was sometime after it

18        appeared on the news?

19        A.    Yes.

20        Q.    Okay.

21              And who is your aunt?

22        A.    Theresa.

23        Q.    And when you went down to speak

24        to the police, do you remember who you

25        spoke to?
```

```
 1                    Anderson              32
 2          A.    It was Constantino or something
 3     like that.  Yeah, it was a couple.
 4          Q.    Okay.
 5                There was more than one officer?
 6          A.    Yeah.
 7          Q.    Do you remember what you said to
 8     them?
 9          A.    Yes, you know.
10          Q.    What?
11          A.    For the most part.  That the
12     reason -- I wrote the letter and the reason
13     why I wrote it because this man is in jail
14     for something he didn't do.  And they like
15     well, we don't have no proof of that.  We
16     have the proof that Cory -- I'm like well,
17     that's not true, you know what I mean?
18     Well, how -- well, why would you wait to
19     say something now.  I'm like, well, you
20     know, Paul is gone, you know what I mean?
21     I -- that was my better half; and you
22     don't, you know, I don't know how other
23     people react.  But if somebody tell me
24     don't say something especially my man, I'm
25     not going to do that.  And it's morally --
```

1                           Anderson              33

2          and was how I feel now.  I wish I would

3          have -- in hindsight, I wish I would have

4          been told all of this the day that it

5          happened; but I didn't.

6               Q.    Okay.

7                     Now, after going down there and

8          talking to them about -- and talking to the

9          detectives about the anonymous letter, the

10         April 27th, 1998, anonymous letter, did you

11         ever go back and look at any photographs?

12              A.    Yes.

13              Q.    Do you remember who you looked at

14         photographs of?

15              A.    They showed me a picture of

16         Connie.

17              Q.    And who is Connie?

18              A.    That was Russell's kids' mother

19         to his girlfriend.

20              Q.    Do you know Connie's last name?

21              A.    I think Connie Ferguson

22         (phonetic).

23              Q.    Okay.

24                    And do you remember if you picked

25         her out of any sort of photographs for the

```
 1                    Anderson              34

 2        police?

 3             A.    Mhm, yes.

 4             Q.    Okay.

 5                   Do you remember the exact date

 6        that that happened?

 7             A.    No, I don't.

 8             Q.    Okay.  I'm going to show you

 9        Exhibit 74.  Is your screen blocked at all?

10        Can you see this document?

11             A.    Yes.  I can see it.

12             Q.    Okay.

13                   Can you see any sort of a date on

14        it?

15             A.    Yes.  6/4/98.

16             Q.    Okay.

17                   And I just want you to read down

18        a little bit.  You see where it says A, I

19        picked out?

20             A.    I picked out a photo in the

21        number five, yeah, I see number five slot;

22        and I positively identify the person in the

23        photograph --

24             Q.    Can you read on to see what it

25        further says?
```

1                    Anderson                35

2          A.    I was told by the police, Connie,

3     Russell girlfriend.

4          Q.    You can read it to yourself,

5     Ms. Anderson.

6          A.    Okay.  I got it.  Connie

7     Ferguson.

8          Q.    This is the question, does this

9     document refresh your recollection about

10    the date that you went into the Buffalo

11    Police Department to view photographs and

12    when you identified Connie Ferguson?

13         A.    Slightly.

14         Q.    Does June 4th of 1998 sound about

15    right to you?

16         A.    Yes.

17         Q.    Okay.

18               Did you testify at Russell

19    Montgomery's trial where he was accused of

20    killing Paul Pope?

21         A.    Yes.

22         Q.    Was he convicted of that crime?

23         A.    Yes.

24         Q.    And do you recall speaking with

25    lawyers for Cory Epps in regard to what you

```
 1                    Anderson              36
 2          had learned about Russell being the killer
 3          of Tomika Means?
 4               A.    Yes.
 5               Q.    Do you remember when you
 6          connected with Cory Epps' lawyers in
 7          relation to the Paul Pope murder trial,
 8          Russell Montgomery murder trial with Paul
 9          Pope?
10               A.    Would that be with the David
11          Connors (phonetic)?
12               Q.    Yes.
13               A.    Okay.
14               Q.    Do you remember when you
15          connected with him in regard to helping out
16          with the wrongful conviction of Cory Epps?
17               A.    It had to be, like, around 2000
18          sometime because I was -- I actually drove
19          his daughter's school bus or something; and
20          that's how we introduced -- that's how we
21          found -- he realized my name and was like,
22          oh, shoot, you know what I mean?  That's
23          crazy.  I've been looking for you so --
24               Q.    Do you recall having any
25          conversations with him in court around the
```

```
 1                    Anderson              37

 2      time of the Paul Pope or Russell Montgomery

 3      murder trial?

 4           A.    Yes.

 5           Q.    Okay.

 6                 Was it after that that you

 7      testified at a hearing for Cory Epps in May

 8      of 2001?

 9           A.    Yes.

10           Q.    Now, do you believe that Russell

11      Montgomery and Cory Epps look alike?

12           A.    Yes.

13                 MR. RUSS:  Objection to form.

14           Q.    Do you know --

15                 MR. RUSS:  You can answer.

16                 MR. GARBER:  What?  Okay.  I'll

17      withdraw the question.

18           Q.    Do you know what Russell

19      Montgomery looks like?

20           A.    Yes.

21           Q.    Do you know what Cory Epps looks

22      like?

23           A.    Yes.

24           Q.    Is there any similarity between

25      the two?
```

```
1                      Anderson              38
2               MR. RUSS:  Objection to form.
3          You can answer.
4          A.   Yes.
5          Q.   I'm going to show you, this is
6     Exhibit 108.  Do you see that?
7          A.   Yes.
8          Q.   Who is that?
9          A.   That's Russell.
10         Q.   Now, you testified at a hearing
11    for Cory Epps in May of 2001, right?
12         A.   Yes.
13         Q.   Did you see him in court?
14         A.   Yes.
15         Q.   I'm going to show you Exhibit
16    109.  What does 109 look like to you?
17         A.   Cory.
18         Q.   What can you say about Cory Epps
19    and Russell Montgomery?
20         A.   That they look alike.
21              MR. RUSS:  Objection to form.
22         You may answer.
23         Q.   Okay.
24              So is there any doubt in your
25    mind that you told the police on April 17th
```

```
 1                    Anderson            39

 2      of 1998 that Paul Pope had told you that

 3      Russell admitted to killing Tomika Means to

 4      him?

 5           A.    Can you repeat the question

 6      again, sir?

 7           Q.    Any doubt in your mind that you

 8      told the police about Russell being Tomika

 9      Means killer on April 17th of 1998?

10           A.    No.  Oh, no doubt in my mind.  I

11      know I told them that.

12           Q.    On that specific date?

13           A.    Yes.

14           Q.    Okay.

15                 MR. GARBER:  I'm just going to

16           take a slight break, Hugh.  I just want

17           to talk to Rob for a moment to see if

18           there's any more questions I'm going to

19           ask; but we're pretty much coming to

20           the end, okay?

21                 MR. RUSS:  Sure.

22                 MR. GARBER:  Thank you.

23                 (Whereupon, a short recess was

24           taken.)

25           Q.    So, Ms. Anderson, just one
```

```
 1                      Anderson              40

 2      follow-up question.  So the anonymous

 3      letter that you wrote on April 27th of 1998

 4      to Cory's lawyer, why did you write that?

 5           A.    Because they were -- I felt like

 6      they wasn't going to do nothing about it.

 7           Q.    When you say they, who are you

 8      talking about?

 9           A.    The police.

10           Q.    Do you know if Cory had been

11      convicted at that point or not?

12           A.    I think he was going through

13      trial.

14                MR. GARBER:  I have no further

15           questions.

16                MR. RUSS:  Okay.  Thank you.

17      EXAMINATION

18      BY MR. RUSS:

19           Q.    Ms. Anderson, my name is Hugh

20      Russ; and I represent the City of Buffalo

21      and some of the other individuals who have

22      been sued in this case.  I'm just going to

23      ask you a couple of questions to fill in

24      some of the gaps in what you've already

25      testified to.  I'm not going to repeat
```

1                    Anderson              41

2        stuff, so don't worry about that.  This

3        should not take long.

4              You said in your testimony a

5        little earlier that you met with counsel

6        previously; is that correct, Mr. Garber?

7              A.    Yes.

8              Q.    How many times did you meet with

9        him or with lawyers from his office?

10             A.    About couple, a few.

11             Q.    Do you know roughly when that was

12       that you met?

13             A.    With Glenn?

14             Q.    Right.

15             A.    Oh, I met with Parker, I guess he

16       was an investigator back in 2015.  I don't

17       remember the exact date.  I think it may

18       have been May or June; and I spoke and I

19       met with him, Mr. Garber, Glenn, around

20       that time too.  I don't remember the exact

21       date, but it was two different occasions.

22             Q.    Okay.

23             And then have you also spoken

24       with Mr. Garber over the telephone?

25             A.    Yes.

```
 1                    Anderson           42
 2          Q.    Either during the meetings that
 3     you had with him or in some other fashion,
 4     has he shown you some of the documents that
 5     we saw this morning?
 6          A.    Yes.
 7          Q.    Have you given him any documents?
 8          A.    No.
 9          Q.    You said that Paul Pope was the
10     father of your daughter; did you live with
11     him as well?
12          A.    Yes.
13          Q.    What did he do for a living?
14          A.    He sold drugs.
15          Q.    Did he also take drugs?
16          A.    No.
17          Q.    How about you, at the time did
18     you take drugs?
19          A.    No.
20          Q.    You said that you saw the sketch
21     on TV of the person believed to have
22     murdered Tomika, you saw that on TV.  Do
23     you recall talking about that?
24          A.    Yes.
25          Q.    And when you saw that on TV, you
```

```
1                       Anderson                  43

2         thought that that was Russell?

3              A.    Yes.

4              Q.    But you didn't tell anyone about

5         that for almost a year; is that right?

6              A.    No.  That's not correct.  I told

7         Tabatha Parker that the same day Paul told

8         me.

9              Q.    Okay.

10                   You didn't tell the police for

11        about a year or almost a year; is that

12        right?

13             A.    That's correct, sir.

14             Q.    Was there a reason why you

15        delayed in telling the police?

16             A.    Yes.  Because truthfully it was a

17        dangerous situation; and at that time Paul

18        and Russell still were friends, you know,

19        so he couldn't -- I couldn't go against

20        what he told me, you know, so --

21             Q.    By dangerous situation, do you

22        mean that you feared Russell, you feared

23        that Russell might do something to hurt you

24        or to hurt Paul?

25             A.    Heck yeah.  If that were the
```

```
 1                   Anderson               44

 2       guy -- at that time, heck yeah, yes,

 3       definitely, sir.

 4           Q.    And so that's why you didn't tell

 5       the police right away?

 6           A.    Correct.

 7           Q.    You said a little earlier this

 8       morning that when you were talking to the

 9       Buffalo police, I think it was Stambach

10       after Paul's murder, you told them that you

11       thought that Russell had done Paul's

12       murder; is that correct?

13           A.    Yes.

14           Q.    Why did you think that?

15           A.    He was the last person with

16       Russell; and when the young lady who Paul

17       was with, she, you know, that was the last

18       time Paul was ever seen at that point.  He

19       went into the house and never came back

20       out.

21           Q.    Who was that lady?

22           A.    Tashawn (phonetic) Davis.

23           Q.    How did you learn that

24       information?

25           A.    Through the police and family.
```

```
 1                    Anderson                45
 2          Q.     When you sent the letter to --
 3     was it Mr. Lotempio, Cory's lawyer?
 4          A.     Yes.
 5          Q.     Who did you send the letter to?
 6          A.     Mr. Lotempio.
 7          Q.     And you testified a little
 8     earlier this morning that you did not sign
 9     that; there's, like, a scribble under it;
10     is that right?
11          A.     Correct.
12          Q.     Why did you keep that anonymous?
13          A.     Again, I was still a little, you
14     know what I mean, Russell was still out in
15     the streets; but I had to get it off my
16     conscience, you know what I mean?  I'm
17     saying, because at that point in my life, I
18     was going through, you know, Tomika's
19     husband -- her boyfriend, her children
20     father, he very close to me.  So it really
21     was eating me from the inside out; so it
22     was, like, I have to, you know what I mean?
23     Like, I got to get this out and, you know,
24     by the grace of God, you know, he put that
25     strength in me because at that time I was
```

```
 1                    Anderson              46
 2       alone in the world.  You know what I mean?
 3                  The police didn't believe me,
 4       nobody; but at that point, that's when they
 5       thought I was crazy because I'm like well,
 6       I know the truth, you know, God got my
 7       back.  So I'm not going to sit here and
 8       make nothing up like that; and this girl,
 9       you know, he killed this girl and this man
10       is in jail for something I know for a fact
11       he didn't do.  Paul is not going to make --
12       he's just not -- he's not going to make
13       nothing up like that, you know.  Everybody
14       else might not believe him, but I know.
15                  So -- I'm sorry.  I'm just a
16       little emotional right now because it just
17       takes me back 20 -- so many years.  And I
18       feel so bad right now.  Sorry.  Excuse me,
19       because if I would've said something back
20       when Paul told me, he probably would still
21       be here for my family.  Hold on, please.
22            Q.    Yes, take a minute.  It's okay.
23            A.    Sorry.
24            Q.    Don't be sorry.  I know it's been
25       an ordeal for you, not only this case, but
```

1                    Anderson                47

2        what happened to Paul; and I know even

3        though it's been a lot of years, I'm sure

4        it's still on your mind all the time.

5                    I just have a couple more

6        questions if you're ready.

7            A.    I'm sorry.

8            Q.    Don't be sorry.

9            A.    Okay.  I'm ready.

10           Q.    We understand.  We understand.

11                 The letter that we're talking

12       about, did you mail that; or did you

13       deliver it?

14           A.    I mailed it.

15           Q.    Do you remember to whom you

16       mailed it?

17           A.    Mr. Lotempio's office.

18                 MR. RUSS:  L-O-T-E-M-P-I-O.

19           Q.    Almost done.

20                 Recently, have any of the Buffalo

21       police officers or detectives or anyone

22       from the City of Buffalo approached you and

23       talked to you about this case?

24           A.    A few years ago.  I spoke with

25       two officers at Tim Hortons.  I think it

```
1                      Anderson              48

2      was Constantino and another one.  That was

3      it.

4           Q.    Do you know about when that

5      happened?

6           A.    Could have been 2016 or '17.  I

7      really don't remember, sir; but it was

8      between '16 or '17.

9           Q.    Do you know whether that was in

10     connection with Cory's efforts to get out

11     of jail?

12          A.    Yes.

13          Q.    Yes, it was?

14          A.    Yes, yes.

15          Q.    I've seen a bunch of documents or

16     statements in this case that talk about

17     that bar that used to be on Main Street,

18     Birchfield's?

19          A.    Mhm.

20          Q.    Is that a place where you went

21     often?

22          A.    Sometimes.  That's where Paul

23     would hang out a lot.

24          Q.    Did Russell hang out there as

25     well?
```

```
 1                    Anderson            49
 2         A.    Mhm, they all did.
 3         Q.    Do you know whether Cory hung out
 4    there?
 5         A.    I don't know, sir.
 6         Q.    This is just sort of a hopefully
 7    light-hearted thing, I saw on a lot of the
 8    paperwork concerning you and concerning
 9    this case that at one point you went by the
10    name Pumpkin?
11         A.    Yes.
12         Q.    Where does that come from?
13         A.    That's been my name since I was a
14    baby because I was always fat.
15         Q.    Well, there's something in there
16    that said that was your street name; and I
17    didn't know if it meant something other
18    than just a nickname.
19         A.    No.
20              MR. RUSS:  I have no other
21         questions at this time.
22              THE WITNESS:  Okay.
23              MR. GARBER:  Thank you.  Thank
24         you, Ms. Anderson.  You can fade away
25         if you would like.
```

1                          Anderson                    50

2              We're going to need a copy.

3              MR. RUSS:  I need a copy as well.

4              (Time noted:  11:05 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        Anderson                        51

2       August 11, 2021

3                      ERRATA

4

5       PAGE/LINE       CHANGE/REASON

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      _____

1                          Anderson                    52

2

3

4

5

6

7

8                                    _____

9                                    WYMIKO ANDERSON

10

11

12

13       Subscribed and sworn to

14       before me this     day

15       of                 2021

16

17       _____

18

19

20

21

22

23

24

25

1                                                    53

2                        CERTIFICATE

3        STATE OF NEW YORK )

4                         ) ss.

5        COUNTY OF SUFFOLK )

6

7              I, Nicole Veltri, RPR, CRR, and Notary

8        Public within and for the State of New York,

9        do hereby certify:

10             That WYMIKO ANDERSON, the witness

11       whose deposition is hereinbefore set forth,

12       was duly sworn by me and that such

13       deposition is a true record of the testimony

14       given by such witness.

15             I further certify that I am not

16       related to any of the parties to this action

17       by blood or marriage and that I am in no way

18       interested in the outcome of this matter.

19

20

21             _____

22             NICOLE VELTRI, RPR, CRR

23

24

25

1                                                          54

2          August 11, 2021

3                              INDEX

4

5          WITNESS                 EXAMINATION BY      PAGE

6          Wymiko Anderson    Mr. Garber              5
                              Mr. Russ               40
7

8          EXHIBIT         PAGE

9          Exhibit 105    4        Ms. Anderson's
                                    transcript
10
           Exhibit 106    4        Ms. Anderson's letter
11                                  to Cory Epps' attorney

12         Exhibit 107    4        Sworn affidavit

13         Exhibit 108    4        Photo of Russell
                                    Montgomery
14
           Exhibit 109    4        Photo of Cory Epps
15

16

17

18

19

20

21

22

23

24

25

**'**

**'16** [1] - 48:8
**'17** [2] - 48:6, 48:8
**'97** [1] - 18:7
**'98** [1] - 9:10, 12:12

**1**

**10005** [1] - 2:7
**10279** [1] - 2:13
**105** [6] - 4:4, 10:6, 10:19, 11:4, 11:14, 54:9
**106** [4] - 4:8, 13:13, 28:25, 54:10
**107** [4] - 4:12, 14:9, 14:24, 54:12
**108** [3] - 4:17, 38:6, 54:13
**109** [4] - 4:20, 38:16, 54:14
**10:00** [1] - 19:24
**10:11** [1] - 1:13
**11** [3] - 1:13, 51:2, 54:2
**11:05** [1] - 50:4
**14** [1] - 2:6
**140** [1] - 2:18
**14202** [1] - 2:19
**1603** [1] - 2:6
**16th** [4] - 17:2, 17:9, 22:14, 22:23
**17th** [14] - 12:10, 12:18, 22:22, 22:25, 23:10, 23:22, 25:20, 26:4, 28:6, 28:16, 28:21, 30:4, 38:25, 39:9
**1997** [1] - 16:20
**1998** [23] - 11:20, 12:20, 14:6, 16:20, 17:2, 17:9, 22:14, 23:2, 23:10, 23:22, 25:20, 26:4, 27:20, 28:6, 28:16, 28:21, 30:2, 30:4, 33:10, 35:14, 39:2, 39:9, 40:3
**1:19-CV-00281-LJV** [1] - 1:6

**2**

**20** [1] - 46:17
**2000** [3] - 15:9, 15:14, 36:17
**2001** [4] - 10:25, 11:16, 37:8, 38:11
**2015** [1] - 41:16
**2016** [1] - 48:6
**2021** [4] - 1:13, 51:2, 52:15, 54:2
**233** [1] - 2:12
**2370** [1] - 2:12
**27th** [3] - 29:25, 33:10, 40:3
**29th** [1] - 15:7

**4**

**4** [5] - 54:9, 54:10, 54:12, 54:13, 54:14
**4/27/98** [1] - 29:8
**40** [1] - 54:6
**43** [2] - 11:23, 11:25
**47** [1] - 7:18
**4th** [1] - 35:14

**5**

**5** [1] - 54:6

**6**

**6/4/98** [1] - 34:15
**66** [2] - 12:24, 21:21

**7**

**74** [1] - 34:9

**8**

**83-page** [1] - 10:8

**9**

**9:00** [1] - 19:24
**9:30** [1] - 19:24

**A**

**A-N-D-E-R-S-O-N** [1] - 5:20
**a.m** [2] - 1:13, 50:4
**absolutely** [1] - 22:12
**Absolutely** [1] - 22:19
**accurately** [1] - 11:15
**accuse** [1] - 27:12
**accused** [1] - 35:19
**action** [2] - 26:9, 53:16
**address** [4] - 15:11, 20:11, 20:13, 20:16
**administer** [2] - 3:12, 4:25
**admitted** [5] - 10:16, 20:19, 26:14, 26:19, 39:3
**affidavit** [4] - 4:12, 15:2, 15:3, 54:12
**aforementioned** [5] - 4:2, 4:6, 4:11, 4:15, 4:19
**ages** [1] - 8:23
**ago** [2] - 13:10, 47:24
**agree** [1] - 5:6
**AGREED** [3] - 3:4, 3:9, 3:13
**Agreement** [1] - 1:18

**ahead** [2] - 18:18, 27:18
**ain't** [1] - 27:6
**alike** [2] - 37:11, 38:20
**alive** [1] - 9:7
**almost** [2] - 43:5, 43:11
**Almost** [1] - 47:19
**alone** [1] - 46:2
**AND** [3] - 3:4, 3:9, 3:13
**Anderson** [10] - 5:18, 5:21, 10:2, 10:10, 14:19, 35:5, 39:25, 40:19, 49:24, 54:6
**ANDERSON** [4] - 1:17, 5:8, 52:9, 53:10
**Anderson's** [4] - 4:3, 4:7, 54:9, 54:10
**anonymous** [7] - 28:22, 29:22, 30:11, 33:9, 33:10, 40:2, 45:12
**answer** [4] - 6:22, 37:15, 38:3, 38:22
**ANTHONY** [1] - 1:9
**appear** [1] - 21:22
**APPEARANCES** [1] - 2:2
**appeared** [1] - 31:18
**approached** [1] - 47:22
**April** [24] - 9:10, 11:20, 12:10, 12:18, 14:6, 15:7, 17:2, 17:9, 22:14, 23:2, 23:10, 23:22, 25:20, 26:4, 27:19, 28:6, 28:16, 28:21, 29:25, 30:4, 33:10, 38:25, 39:9, 40:3
**ARONICA** [1] - 1:10
**attached** [1] - 9:21
**attorney** [2] - 4:8, 54:11
**Attorneys** [3] - 2:5, 2:11, 2:17
**August** [3] - 1:13, 51:2, 54:2
**aunt** [2] - 30:25, 31:21
**auntie** [1] - 31:2
**authorized** [1] - 3:11

**B**

**baby** [1] - 49:14
**background** [1] - 8:4
**bad** [1] - 46:18
**bar** [1] - 48:17
**better** [1] - 32:21
**between** [5] - 3:5, 4:24, 17:7, 37:24, 48:8
**Birchfield's** [1] - 48:18
**bit** [1] - 34:18
**blocked** [1] - 34:9
**blood** [1] - 53:17
**BOHAN** [1] - 1:7
**bottom** [2] - 12:14, 29:19
**boyfriend** [1] - 45:19
**break** [1] - 39:16

**Broadway** [1] - 2:12
**broke** [1] - 14:14
**BUFFALO** [1] - 1:7
**Buffalo** [15] - 2:19, 5:16, 7:14, 7:20, 7:23, 15:20, 23:7, 23:21, 30:7, 30:10, 35:10, 40:20, 44:9, 47:20, 47:22
**buildings** [1] - 8:15
**bunch** [1] - 48:15
**bus** [1] - 36:19
**BY** [6] - 2:8, 2:14, 2:20, 5:14, 40:18, 54:5

**C**

**case** [6] - 28:3, 40:22, 46:25, 47:23, 48:16, 49:9
**Case** [1] - 1:5
**caught** [1] - 27:18
**CERTIFICATE** [1] - 53:2
**certify** [2] - 53:9, 53:15
**CHANGE/REASON** [1] - 51:5
**CHARLES** [1] - 1:10
**CHELLA** [1] - 1:9
**CHIEF** [1] - 1:10
**children** [4] - 8:21, 8:24, 9:3, 45:19
**circumstances** [1] - 18:20
**city** [1] - 5:15
**City** [4] - 7:13, 15:19, 40:20, 47:22
**CITY** [1] - 1:7
**civil** [1] - 15:19
**Civil** [1] - 1:19
**clarification** [2] - 7:4, 15:10
**clean** [1] - 8:15
**cleaning** [2] - 8:14, 8:16
**clearly** [1] - 6:23
**close** [1] - 45:20
**coming** [2] - 28:11, 39:19
**company** [1] - 8:14
**concerning** [1] - 49:8
**connected** [2] - 36:6, 36:15
**connection** [1] - 48:10
**Connie** [6] - 33:16, 33:17, 33:21, 35:2, 35:6, 35:12
**Connie's** [1] - 33:20
**Connors** [1] - 36:11
**conscience** [1] - 45:16
**consent** [1] - 4:23
**CONSTANTINO** [1] - 1:9
**Constantino** [2] - 32:2, 48:2
**contact** [2] - 28:7, 28:18
**conversation** [7] - 19:17, 23:20, 24:8, 26:21, 28:5, 28:21, 30:9
**conversations** [1] - 36:25
**convicted** [2] - 35:22, 40:11

**conviction** [2] - 15:21, 36:16
**cooperated** [1] - 22:17
**copy** [2] - 50:2, 50:3
**corner** [2] - 12:14, 29:5
**correct** [4] - 41:6, 43:6, 43:13, 44:12
**Correct** [3] - 15:5, 44:6, 45:11
**Cory** [24] - 4:7, 4:19, 7:11, 7:13, 10:25, 15:16, 21:7, 25:14, 27:17, 27:19, 32:16, 35:25, 36:6, 36:16, 37:7, 37:11, 37:21, 38:11, 38:17, 38:18, 40:10, 49:3, 54:11, 54:14
**CORY** [1] - 1:4
**Cory's** [6] - 13:18, 28:22, 29:17, 40:4, 45:3, 48:10
**counsel** [2] - 3:5, 41:5
**COUNTY** [1] - 53:5
**couple** [5] - 27:23, 32:3, 40:23, 41:10, 47:5
**COURT** [1] - 1:2
**court** [3] - 23:15, 36:25, 38:13
**cousin** [1] - 21:4
**crazy** [2] - 36:23, 46:5
**crime** [1] - 35:22
**criminal** [3] - 6:12, 6:13, 10:24
**CRR** [3] - 1:20, 53:7, 53:22

## D

**dangerous** [2] - 43:17, 43:21
**date** [20] - 4:5, 4:9, 4:13, 4:18, 4:21, 12:7, 12:17, 15:6, 16:25, 22:7, 29:4, 29:7, 29:9, 31:14, 34:5, 34:13, 35:10, 39:12, 41:17, 41:21
**daughter** [3] - 16:11, 16:12, 42:10
**daughter's** [1] - 36:19
**David** [1] - 36:10
**Davis** [1] - 44:22
**days** [2] - 30:2, 30:15
**dear** [2] - 13:4, 14:14
**decline** [1] - 31:9
**Defendants** [2] - 1:11, 2:17
**definitely** [1] - 44:3
**delayed** [1] - 43:15
**deliver** [1] - 47:13
**Department** [2] - 23:22, 35:11
**depict** [1] - 11:15
**deposition** [11] - 1:16, 3:10, 3:15, 5:3, 5:25, 6:11, 6:16, 7:13, 9:13, 53:11, 53:13

**describe** [1] - 24:14
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:9
**detectives** [6] - 26:18, 30:7, 30:10, 33:9, 47:21
**detectives'** [1] - 28:12
**different** [2] - 6:12, 41:21
**DISTRICT** [2] - 1:2, 1:2
**document** [7] - 10:8, 11:14, 12:14, 13:14, 14:10, 34:10, 35:9
**documents** [7] - 9:12, 9:16, 9:21, 10:2, 42:4, 42:7, 48:15
**done** [2] - 44:11, 47:19
**doubt** [3] - 38:24, 39:7, 39:10
**down** [11] - 6:2, 6:24, 12:22, 26:2, 31:4, 31:7, 31:11, 31:12, 31:23, 33:7, 34:17
**drafted** [2] - 30:14, 31:13
**drew** [1] - 21:16
**drinking** [1] - 20:3
**drove** [1] - 36:18
**drugs** [3] - 42:14, 42:15, 42:18
**duly** [2] - 5:10, 53:12
**during** [3] - 24:8, 30:23, 42:2
**dying** [1] - 24:2

## E

**early** [4] - 18:23, 19:24, 20:3, 20:5
**eating** [1] - 45:21
**educational** [1] - 8:3
**Edwards** [1] - 18:2
**effective** [1] - 5:5
**efforts** [1] - 48:10
**eight** [1] - 8:25
**Either** [1] - 42:2
**elaborate** [1] - 21:13
**email** [1] - 9:25
**emails** [1] - 9:20
**emotional** [1] - 46:16
**end** [1] - 39:20
**EPPS** [1] - 1:4
**Epps** [14] - 4:20, 7:11, 7:13, 10:25, 15:16, 15:24, 35:25, 36:16, 37:7, 37:11, 37:21, 38:11, 38:18, 54:14
**Epps'** [3] - 4:7, 36:6, 54:11
**ERRATA** [1] - 51:3
**especially** [1] - 32:24
**ESQ** [3] - 2:8, 2:14, 2:20
**evening** [1] - 22:24
**evidence** [1] - 25:14
**exact** [7] - 20:15, 20:16, 22:7, 31:14, 34:5, 41:17,

41:20
**exactly** [1] - 20:12
**EXAMINATION** [3] - 5:13, 40:17, 54:5
**examined** [1] - 5:11
**except** [1] - 3:6
**Excuse** [1] - 46:18
**EXHIBIT** [1] - 54:8
**Exhibit** [24] - 4:4, 4:8, 4:12, 4:17, 4:20, 10:6, 10:19, 11:4, 11:23, 11:25, 12:23, 13:13, 14:9, 14:24, 21:21, 28:25, 34:9, 38:6, 38:15, 54:9, 54:10, 54:12, 54:13, 54:14
**exhibit** [3] - 9:20, 9:24, 12:25

## F

**fact** [1] - 46:10
**fade** [1] - 49:24
**fairly** [1] - 11:15
**false** [3] - 15:24, 16:4, 27:13
**familiar** [1] - 11:24
**family** [2] - 44:25, 46:21
**fashion** [1] - 42:3
**fat** [1] - 49:14
**father** [5] - 9:5, 16:10, 17:24, 42:10, 45:20
**feared** [2] - 43:22
**Federal** [1] - 1:18
**felt** [1] - 40:5
**Ferguson** [3] - 33:21, 35:7, 35:12
**few** [5] - 9:15, 28:18, 30:15, 41:10, 47:24
**filing** [1] - 3:14
**fill** [1] - 40:23
**first** [1] - 5:9
**five** [2] - 34:21
**follow** [1] - 40:2
**follow-up** [1] - 40:2
**follows** [1] - 5:12
**forbid** [1] - 20:24
**form** [4] - 3:7, 37:13, 38:2, 38:21
**forth** [1] - 53:11
**four** [1] - 7:25
**Fox** [4] - 20:8, 20:9, 20:13, 20:17
**friend** [1] - 27:9
**friends** [3] - 17:11, 17:24, 43:18
**froze** [1] - 14:13
**FURTHER** [2] - 3:9, 3:13

## G

**gaps** [1] - 40:24

**Garber** [5] - 7:8, 41:6, 41:19, 41:24, 54:6
**GARBER** [13] - 2:10, 2:14, 4:23, 5:14, 9:19, 9:23, 10:15, 14:18, 37:16, 39:15, 39:22, 40:14, 49:23
**GED** [1] - 8:5
**GIARDINA** [1] - 1:8
**girl** [6] - 19:7, 19:8, 19:10, 19:14, 46:8, 46:9
**girlfriend** [2] - 33:19, 35:3
**given** [2] - 42:7, 53:14
**GLENN** [2] - 2:10, 2:14
**Glenn** [3] - 7:8, 41:13, 41:19
**God** [2] - 45:24, 46:6
**grace** [1] - 45:24
**guess** [5] - 18:23, 21:15, 21:17, 22:22, 41:15
**guy** [1] - 44:2

## H

**half** [1] - 32:21
**hand** [2] - 12:14, 29:5
**handwriting** [1] - 29:13
**hang** [2] - 48:23, 48:24
**headquarters** [3] - 23:6, 23:7, 28:6
**hear** [5] - 8:10, 14:12, 14:15, 14:18, 14:21
**hearing** [3] - 10:24, 37:7, 38:10
**hearsay** [1] - 26:25
**hearted** [1] - 49:7
**Heck** [1] - 43:25
**heck** [1] - 44:2
**helping** [1] - 36:15
**HEREBY** [1] - 3:4
**hereby** [1] - 53:9
**hereinbefore** [1] - 53:11
**hereto** [1] - 3:6
**hindsight** [1] - 33:3
**HODGSON** [1] - 2:16
**Hold** [1] - 46:21
**home** [3] - 13:23, 19:6, 19:21
**honest** [1] - 6:7
**hope** [1] - 31:8
**hopefully** [1] - 49:6
**Hortons** [1] - 47:25
**house** [2] - 18:23, 44:19
**HUGH** [1] - 2:20
**Hugh** [3] - 9:19, 39:16, 40:19
**hung** [1] - 49:3
**hurt** [2] - 43:23, 43:24
**husband** [1] - 45:19

## I

**identification** [5] - 4:4, 4:9, 4:13, 4:17, 4:21
**identified** [1] - 35:12
**identify** [1] - 34:22
**important** [1] - 6:22
**incentive** [1] - 16:3
**INDEX** [1] - 54:3
**individuals** [1] - 40:21
**information** [5] - 6:2, 6:24, 21:11, 28:13, 44:24
**inside** [1] - 45:21
**interested** [1] - 53:18
**introduced** [1] - 36:20
**introduction** [1] - 5:23
**investigator** [1] - 41:16
**involved** [2] - 6:19, 26:7
**involving** [1] - 7:12
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13

## J

**jail** [3] - 32:13, 46:10, 48:11
**JAMES** [1] - 1:8
**JOHN** [1] - 1:7
**JOSEPH** [1] - 1:10
**judge** [2] - 6:17, 6:18
**June** [3] - 28:17, 35:14, 41:18
**juvie** [1] - 20:14

## K

**keep** [2] - 29:22, 45:12
**Kian** [1] - 18:2
**Kian's** [4] - 19:7, 19:8, 19:10, 19:14
**kid's** [1] - 17:24
**kids'** [1] - 33:18
**killed** [13] - 16:23, 16:25, 17:3, 18:3, 18:11, 18:17, 19:6, 19:8, 20:19, 22:23, 25:25, 46:9
**killer** [4] - 22:2, 27:14, 36:2, 39:9
**killing** [5] - 26:8, 26:14, 26:19, 35:20, 39:3
**kind** [1] - 30:23
**knowledge** [1] - 17:10

## L

**L-O-T-E-M-P-I-O** [1] - 47:18
**lady** [2] - 44:16, 44:21
**Lamar** [1] - 9:4
**last** [4] - 17:5, 33:20, 44:15,
44:17
**lawyer** [6] - 13:18, 28:22, 29:2, 29:17, 40:4, 45:3
**lawyers** [4] - 6:16, 35:25, 36:6, 41:9
**learn** [2] - 21:5, 44:23
**learned** [2] - 26:13, 36:2
**left** [4] - 12:14, 19:5, 25:3, 25:7
**left-hand** [1] - 12:14
**letter** [23] - 4:7, 13:17, 13:25, 28:22, 29:2, 29:5, 29:10, 29:12, 29:16, 29:23, 30:11, 30:14, 30:18, 31:6, 31:13, 32:12, 33:9, 33:10, 40:3, 45:2, 45:5, 47:11, 54:10
**lie** [1] - 27:7
**life** [2] - 7:24, 45:17
**light** [1] - 49:7
**light-hearted** [1] - 49:7
**link** [1] - 24:18
**live** [4] - 5:15, 7:19, 16:17, 42:10
**lived** [1] - 7:22
**living** [4] - 8:6, 20:7, 23:25, 42:13
**LLP** [1] - 2:16
**location** [1] - 20:7
**look** [7] - 11:24, 12:13, 31:6, 33:11, 37:11, 38:16, 38:20
**looked** [3] - 24:15, 25:2, 33:13
**looking** [1] - 36:23
**looks** [2] - 37:19, 37:21
**Lotempio** [2] - 45:3, 45:6
**Lotempio's** [1] - 47:17

## M

**mail** [1] - 47:12
**mailed** [2] - 47:14, 47:16
**Main** [1] - 48:17
**man** [3] - 32:13, 32:24, 46:9
**MARK** [1] - 1:8
**marked** [1] - 10:6
**marriage** [1] - 53:17
**married** [1] - 8:19
**MASSECHIA** [1] - 1:10
**matter** [3] - 7:12, 10:17, 53:18
**mean** [17] - 25:14, 25:17, 26:25, 27:10, 27:23, 28:2, 30:6, 30:25, 31:3, 32:17, 32:20, 36:22, 43:22, 45:14, 45:16, 45:22, 46:2
**Means** [19] - 17:13, 17:15, 17:19, 18:3, 18:12, 19:14, 20:20, 21:6, 22:3, 22:6,
24:19, 25:9, 26:8, 26:15, 26:20, 27:15, 36:3, 39:3, 39:9
**meant** [1] - 49:17
**meet** [1] - 41:8
**meetings** [1] - 42:2
**mentioned** [2] - 16:13, 24:12
**messed** [1] - 27:6
**met** [5] - 7:9, 41:5, 41:12, 41:15, 41:19
**Mhm** [7] - 9:18, 12:16, 18:10, 19:9, 34:3, 48:19, 49:2
**might** [1] - 31:4, 43:23, 46:14
**mind** [4] - 38:25, 39:7, 39:10, 47:4
**MINOR** [1] - 1:8
**minute** [1] - 46:22
**moment** [1] - 39:17
**Montgomery** [12] - 4:16, 17:6, 17:8, 18:14, 26:7, 27:14, 36:8, 37:2, 37:11, 37:19, 38:19, 54:13
**Montgomery's** [1] - 35:19
**morally** [1] - 32:25
**morning** [10] - 5:21, 5:22, 12:10, 18:23, 18:24, 19:2, 19:23, 42:5, 44:8, 45:8
**most** [1] - 32:11
**mother** [1] - 33:18
**MR** [23] - 4:23, 5:6, 5:14, 9:19, 9:22, 9:23, 10:15, 14:18, 37:13, 37:15, 37:16, 38:2, 38:21, 39:15, 39:21, 39:22, 40:14, 40:16, 40:18, 47:18, 49:20, 49:23, 50:3
**murder** [15] - 19:3, 21:6, 21:10, 22:6, 22:18, 23:11, 24:19, 25:9, 28:9, 28:13, 36:7, 36:8, 37:3, 44:10, 44:12
**murdered** [5] - 9:10, 18:9, 22:11, 22:14, 42:22
**murders** [1] - 24:10

## N

**name** [17] - 5:17, 7:8, 16:15, 17:5, 17:12, 17:16, 17:17, 23:13, 29:20, 29:22, 30:24, 33:20, 36:21, 40:19, 49:10, 49:13, 49:16
**names** [1] - 9:2
**need** [3] - 5:3, 50:2, 50:3
**never** [1] - 44:19
**NEW** [2] - 1:2, 53:3
**New** [8] - 1:21, 2:7, 2:13, 2:19, 5:11, 53:8
**news** [10] - 13:8, 21:6,
21:10, 21:17, 22:2, 22:8, 24:16, 24:24, 30:19, 31:18
**nickname** [1] - 49:18
**Nicole** [9] - 1:20, 17:17, 17:19, 17:22, 19:11, 19:14, 24:11, 25:25, 53:7
**NICOLE** [1] - 53:22
**Nicole's** [1] - 19:3
**night** [2] - 12:9, 19:25
**nobody** [2] - 27:3, 46:4
**Notary** [3] - 1:20, 5:10, 53:7
**noted** [1] - 50:4
**nothing** [5] - 14:4, 20:25, 40:6, 46:8, 46:13
**Nothing** [1] - 25:13
**number** [2] - 34:21
**numbers** [2] - 9:21, 9:24

## O

**oath** [5] - 3:12, 4:24, 5:5, 6:6, 11:8
**Objection** [3] - 37:13, 38:2, 38:21
**objections** [1] - 3:6
**occasions** [1] - 41:21
**OF** [4] - 1:2, 1:7, 53:3, 53:5
**offered** [1] - 16:2
**office** [2] - 41:9, 47:17
**officer** [4] - 3:11, 23:9, 23:21, 32:5
**officers** [4] - 15:20, 23:10, 47:21, 47:25
**offices** [1] - 28:12
**often** [1] - 48:21
**old** [1] - 7:17
**one** [6] - 8:25, 23:13, 32:5, 39:25, 48:2, 49:9
**ordeal** [1] - 46:25
**outcome** [1] - 53:18

## P

**P.C** [1] - 2:10
**page** [1] - 12:25
**PAGE** [2] - 54:5, 54:8
**PAGE/LINE** [1] - 51:5
**paperwork** [1] - 49:8
**Parker** [3] - 21:4, 41:15, 43:7
**part** [1] - 32:11
**parted** [1] - 20:2
**parties** [3] - 3:6, 4:24, 53:16
**past** [1] - 7:9
**Paul** [44] - 9:6, 9:7, 9:9, 12:9, 16:9, 16:10, 16:19, 17:3, 17:8, 18:8, 18:17, 18:19, 19:5, 19:12, 19:19, 20:18, 20:24, 22:10, 22:13, 22:18, 23:11, 23:24, 25:21,

25:24, 27:6, 28:8, 28:13, 31:7, 32:20, 35:20, 36:7, 36:8, 37:2, 39:2, 42:9, 43:7, 43:17, 43:24, 44:16, 44:18, 46:11, 46:20, 47:2, 48:22

**Paul's** [3] - 26:24, 44:10, 44:11

**Pearl** [1] - 2:18

**People** [1] - 10:24

**people** [1] - 32:23

**person** [4] - 21:17, 34:22, 42:21, 44:15

**phonetic** [3] - 15:12, 36:11, 44:22

**phonetic)** [1] - 18:2, 33:22

**Photo** [2] - 54:13, 54:14

**photo** [5] - 4:15, 4:19, 25:4, 25:8, 34:20

**photograph** [1] - 34:23

**photographs** [4] - 33:11, 33:14, 33:25, 35:11

**picked** [1] - 33:24, 34:19, 34:20

**picture** [4] - 21:15, 24:23, 24:25, 33:15

**place** [2] - 19:18, 48:20

**Plaintiff** [3] - 1:5, 2:5, 2:11

**plaintiff** [1] - 1:17

**PLLC** [1] - 2:4

**point** [11] - 20:21, 22:16, 25:20, 26:12, 26:21, 30:23, 40:11, 44:18, 45:17, 46:4, 49:9

**police** [30] - 11:20, 14:3, 15:20, 20:20, 21:2, 22:17, 22:21, 23:5, 23:7, 24:8, 24:20, 25:19, 26:2, 26:20, 27:12, 28:6, 28:8, 31:24, 34:2, 35:2, 38:25, 39:8, 40:9, 43:10, 43:15, 44:5, 44:9, 44:25, 46:3, 47:21

**Police** [2] - 23:21, 35:11

**Pope** [19] - 9:6, 9:7, 16:9, 16:10, 16:20, 17:3, 17:8, 18:9, 20:18, 22:10, 22:13, 28:8, 28:13, 35:20, 36:7, 36:9, 37:2, 39:2, 42:9

**Pope's** [2] - 22:18, 23:11

**positively** [1] - 34:22

**premarked** [5] - 4:3, 4:8, 4:12, 4:16, 4:20

**prepare** [1] - 9:13

**pretty** [3] - 20:3, 24:25, 39:19

**previously** [1] - 41:6

**Pro** [3] - 8:8, 8:12, 8:13

**problem** [1] - 31:10

**Procedure** [1] - 1:19

**proceeding** [10] - 6:4, 6:12, 6:19, 10:7, 10:24, 11:6, 11:9, 11:12, 11:16, 15:19

**proceedings** [1] - 6:14

**proof** [3] - 27:5, 32:15, 32:16

**provide** [1] - 15:23

**provided** [1] - 16:3

**Public** [3] - 1:21, 5:10, 53:8

**Pumpkin** [1] - 49:10

**purposes** [1] - 5:2

**pursuant** [1] - 1:18

**put** [2] - 21:16, 45:24

**Putnam** [1] - 15:12

**Q**

**questions** [7] - 6:23, 23:23, 39:18, 40:15, 40:23, 47:6, 49:21

**R**

**RANIERO** [1] - 1:10

**react** [1] - 32:23

**read** [3] - 34:17, 34:24, 35:4

**ready** [2] - 47:6, 47:9

**realized** [1] - 36:21

**really** [5] - 17:24, 20:16, 27:24, 45:20, 48:7

**reason** [4] - 15:23, 32:12, 43:14

**received** [1] - 9:20

**Recently** [1] - 47:20

**recess** [1] - 39:23

**recognize** [3] - 13:13, 14:9, 14:10

**recollection** [1] - 35:9

**record** [1] - 53:13

**recorded** [1] - 5:25

**recording** [1] - 6:3

**refer** [1] - 9:24

**refresh** [1] - 35:9

**regard** [6] - 15:21, 21:10, 22:2, 22:17, 35:25, 36:15

**regards** [1] - 28:8

**REGINALD** [1] - 1:7

**related** [1] - 53:16

**relation** [5] - 22:6, 28:16, 30:14, 31:13, 36:7

**relationship** [1] - 17:7

**remember** [30] - 10:23, 11:19, 12:7, 13:19, 13:24, 14:5, 15:6, 16:22, 18:5, 19:22, 20:12, 20:15, 22:7, 22:20, 23:9, 28:11, 28:15, 30:13, 31:12, 31:24, 32:7, 33:13, 33:24, 34:5, 36:5, 36:14, 41:17, 41:20, 47:15, 48:7

**REMOTE** [1] - 2:2

**remotely** [1] - 1:19

**repeat** [3] - 26:16, 39:5,

40:25

**reported** [1] - 1:19

**Reporter** [6] - 4:5, 4:10, 4:14, 4:18, 4:22, 15:10

**reporter** [1] - 23:15

**represent** [2] - 7:11, 40:20

**reserved** [1] - 3:7

**respective** [1] - 3:5

**revealed** [1] - 26:18

**review** [1] - 10:12

**reviewed** [2] - 9:12, 10:20

**RICKNER** [2] - 2:4, 2:8

**Rickner** [1] - 10:16

**RIGA** [1] - 1:10

**right-hand** [1] - 29:5

**Rob** [2] - 10:16, 39:17

**ROB** [1] - 2:8

**ROBERT** [1] - 1:9

**room** [1] - 5:4

**roughly** [1] - 41:11

**RPR** [3] - 1:20, 53:7, 53:22

**Rules** [1] - 1:19

**RUSS** [14] - 2:16, 2:20, 5:6, 9:22, 37:13, 37:15, 38:2, 38:21, 39:21, 40:16, 40:18, 47:18, 49:20, 50:3

**Russ** [2] - 40:20, 54:6

**Russell** [40] - 4:16, 13:8, 17:4, 17:8, 18:13, 18:14, 18:22, 19:6, 19:8, 20:19, 21:24, 24:6, 24:15, 24:24, 25:24, 26:7, 26:14, 26:19, 27:13, 27:17, 35:3, 35:18, 36:2, 36:8, 37:2, 37:10, 37:18, 38:9, 38:19, 39:3, 39:8, 43:2, 43:18, 43:22, 43:23, 44:11, 44:16, 45:14, 48:24, 54:13

**Russell's** [2] - 17:5, 33:18

**S**

**S-H-I-A-S-I-A-H** [1] - 16:18

**saw** [7] - 21:18, 22:5, 42:5, 42:20, 42:22, 42:25, 49:7

**scared** [1] - 30:23

**school** [1] - 36:19

**schools** [1] - 8:16

**screen** [6] - 9:17, 10:3, 12:15, 21:20, 28:24, 34:9

**scribble** [1] - 45:9

**sealing** [1] - 3:14

**second** [1] - 12:24

**see** [12] - 10:3, 10:10, 12:17, 34:10, 34:11, 34:13, 34:18, 34:21, 34:24, 38:6, 38:13, 39:17

**See** [1] - 10:7

**seeing** [1] - 13:9

**send** [1] - 45:5

**sent** [3] - 29:10, 29:17, 45:2

**set** [1] - 53:11

**share** [3] - 9:17, 21:20, 28:24

**Shiasiah** [3] - 9:4, 16:16, 16:17

**Shiasiah's** [1] - 9:5

**shock** [1] - 20:4

**shoot** [2] - 30:24, 36:22

**short** [1] - 39:23

**show** [14] - 9:25, 10:5, 11:23, 12:23, 12:24, 13:12, 14:8, 21:9, 21:20, 28:25, 29:15, 34:8, 38:5, 38:15

**showed** [2] - 14:24, 33:15

**shown** [2] - 22:2, 42:4

**sign** [1] - 45:8

**signed** [1] - 3:10

**signify** [1] - 29:9

**similarity** [1] - 37:24

**sit** [1] - 46:7

**situation** [2] - 43:17, 43:21

**sketch** [10] - 13:3, 13:7, 21:12, 21:14, 21:24, 21:25, 24:16, 24:18, 25:8, 42:20

**slight** [1] - 39:16

**Slightly** [1] - 35:13

**slot** [1] - 34:21

**Sobieski** [2] - 15:9, 15:13

**sold** [1] - 42:14

**someone** [2] - 17:12, 21:16

**sometime** [2] - 31:17, 36:18

**Sometimes** [1] - 48:22

**Sorry** [2] - 46:18, 46:23

**sorry** [9] - 18:18, 20:17, 27:18, 31:8, 46:15, 46:24, 47:7, 47:8

**sort** [4] - 16:3, 33:25, 34:13, 49:6

**sound** [1] - 35:14

**speaking** [3] - 11:19, 24:20, 35:24

**specific** [1] - 39:12

**spell** [3] - 5:19, 23:14, 23:15

**spoken** [1] - 41:23

**Squared** [3] - 8:8, 8:12, 8:13

**ss** [1] - 53:4

**STAMBACH** [2] - 1:8, 23:17

**Stambach** [6] - 23:12, 23:14, 23:20, 25:7, 26:23, 44:9

**state** [1] - 5:5

**STATE** [1] - 53:3

**State** [3] - 1:21, 5:11, 53:8

**statement** [3] - 11:21, 12:5, 12:8

**statements** [2] - 27:13, 48:16

**STATES** [1] - 1:2

**stenographer** [2] - 6:2, 6:23
**still** [7] - 9:7, 17:10, 43:18, 45:13, 45:14, 46:20, 47:4
**stipulate** [1] - 5:7
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stop** [2] - 18:25, 26:8
**story** [1] - 31:15
**street** [1] - 49:16
**Street** [3] - 2:6, 2:18, 48:17
**streets** [1] - 45:15
**strength** [1] - 45:25
**stuff** [3] - 8:16, 27:2, 41:2
**Subscribed** [1] - 52:13
**sued** [1] - 40:22
**sufficient** [1] - 5:2
**SUFFOLK** [1] - 53:5
**suing** [1] - 15:19
**Suite** [2] - 2:6, 2:12
**Sworn** [1] - 54:12
**sworn** [6] - 3:10, 4:11, 5:10, 15:2, 52:13, 53:12

## T

**Tabatha** [4] - 21:2, 21:3, 21:4, 43:7
**Tashawn** [1] - 44:22
**telephone** [1] - 41:24
**ten** [1] - 30:2
**testified** [8] - 5:12, 6:13, 10:13, 10:20, 37:7, 38:10, 40:25, 45:7
**testify** [2] - 11:11, 35:18
**testifying** [1] - 10:23
**testimony** [7] - 10:9, 11:5, 11:15, 15:24, 16:4, 41:4, 53:13
**THE** [2] - 1:7, 49:22
**Theresa** [1] - 31:22
**thirty** [1] - 8:25
**thirty-one** [1] - 8:25
**Tim** [1] - 47:25
**today** [5] - 6:9, 6:19, 9:13, 10:13, 10:21
**together** [1] - 16:19
**Tomika** [20] - 17:13, 17:15, 17:19, 18:3, 18:11, 19:14, 20:20, 21:6, 22:3, 22:6, 24:19, 25:9, 26:8, 26:14, 26:19, 27:14, 36:3, 39:3, 39:8, 42:22
**Tomika's** [2] - 24:11, 45:18
**took** [1] - 11:20
**top** [1] - 10:7
**topics** [2] - 24:7, 24:9
**transcript** [6] - 4:3, 10:12, 10:19, 11:3, 11:5, 54:9

**trial** [6] - 3:8, 35:19, 36:7, 36:8, 37:3, 40:13
**trouble** [1] - 14:19
**true** [2] - 32:17, 53:13
**truth** [2] - 16:6, 46:6
**truthful** [1] - 6:7
**truthfully** [2] - 11:11, 43:16
**try** [1] - 9:16
**TV** [3] - 42:21, 42:22, 42:25
**Twenty** [1] - 8:25
**Twenty-eight** [1] - 8:25
**two** [3] - 37:25, 41:21, 47:25
**Two** [1] - 8:22
**type** [2] - 26:10, 27:2
**typing** [3] - 6:2, 26:3, 26:9

## U

**under** [4] - 6:6, 11:8, 18:20, 45:9
**understand** [8] - 6:4, 6:20, 6:25, 7:3, 7:14, 15:18, 47:10
**unemployed** [2] - 8:7, 8:11
**UNITED** [1] - 1:2
**up** [11] - 14:14, 21:16, 24:7, 24:12, 24:13, 27:6, 27:9, 27:11, 40:2, 46:8, 46:13
**upper** [1] - 29:4

## V

**VELTRI** [1] - 53:22
**Veltri** [2] - 1:20, 53:7
**versus** [2] - 7:13, 10:25
**video** [1] - 6:3
**Videoconference** [1] - 1:16
**view** [1] - 35:11

## W

**wait** [1] - 32:18
**Wait** [2] - 26:16, 31:11
**waived** [1] - 3:15
**Wall** [1] - 2:6
**ways** [1] - 20:2
**WESTERN** [1] - 1:2
**whole** [1] - 29:16
**wish** [2] - 33:2, 33:3
**withdraw** [1] - 37:17
**witness** [3] - 5:9, 53:10, 53:14
**WITNESS** [2] - 49:22, 54:5
**witnesses** [1] - 21:18
**world** [1] - 46:2
**worry** [1] - 41:2
**would've** [1] - 46:19
**Wow** [1] - 20:25
**write** [1] - 40:4

**writing** [1] - 28:21
**wrongful** [2] - 15:21, 36:16
**wrote** [8] - 13:18, 13:25, 29:2, 29:16, 31:6, 32:12, 32:13, 40:3
**WYMIKO** [5] - 1:17, 5:8, 5:20, 52:9, 53:10
**Wymiko** [2] - 5:18, 54:6

## Y

**year** [8] - 12:11, 12:19, 14:5, 15:8, 18:8, 43:5, 43:11
**years** [4] - 13:10, 46:17, 47:3, 47:24
**Yo** [1] - 19:6
**YORK** [1] - 1:2, 53:3
**York** [8] - 1:21, 2:7, 2:13, 2:19, 5:11, 53:8
**young** [1] - 44:16
**younger** [1] - 17:23
**yourself** [1] - 35:4