```
 1                                                    1

 2        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF NEW YORK
 3        -------------------------x

 4        CORY EPPS,

 5             Plaintiff,

 6             v.                    1:19-cv-00281-LJV

 7        THE CITY OF BUFFALO, DETECTIVE
          JOHN BOHAN, DETECTIVE
 8        REGINALD MINOR, DETECTIVE
          MARK STAMBACH, DETECTIVE
 9        JAMES GIARDINA, DETECTIVE
          ANTHONY CONSTANTINO,
10        DETECTIVE ROBERT CHELLA,
          RANIERO MASSECHIA, CHARLES
11        ARONICA AND CHIEF JOSEPH RIGA,

12             Defendants.

13        -------------------------x
                                 October 29, 2021
14                               11:02 a.m.

15

16        Videoconference deposition of

17        JACQUELINE BRADLEY, taken by plaintiff,

18        pursuant to subpoena, reported remotely by

19        Julia Liu, a Shorthand Reporter and Notary

20        Public of the State of New York.

21

22

23

24

25
```

```
 1                                                    2

 2        REMOTE APPEARANCES:

 3

 4        RICKNER PLLC

 5             Attorneys for plaintiff

 6             14 Wall Street, Suite 1603

 7             New York, NY 10005

 8        BY:  ROB RICKNER

 9

10        HODGSON RUSS LLP

11             Attorneys for defendants

12             140 Pearl Street

13             Buffalo, NY 14202

14        BY:  HUGH M. RUSS, III

15

16

17

18

19

20

21

22

23

24

25
```

1                                                      3

2                        STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5      and between counsel for the respective

6      parties hereto, that all objections, except

7      as to form, are reserved to the time of

8      trial.

9           IT IS FURTHER STIPULATED AND AGREED

10     that the deposition may be signed and sworn

11     to before any officer authorized to

12     administer an oath.

13          IT IS FURTHER STIPULATED AND AGREED

14     that the sealing and filing of the

15     deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
 1                    Bradley              4

 2        JACQUELINE BRADLEY,

 3              called as a witness, having been duly

 4              sworn, testified as follows:

 5        EXAMINATION

 6        BY MR. RICKNER:

 7              Q.    Good morning, Ms. Bradley.

 8              A.    Good morning.

 9              Q.    I just want to go over a few

10        ground rules.

11                    MR. RICKNER:  First, I just want

12              to confirm on the record that all

13              parties agree that this witness can be

14              sworn in virtually?  I agree.

15                    MR. RUSS:  Fine with me.

16              Q.    Excellent.  Now, Ms. Bradley, I

17        don't know whether or not you've ever had

18        your deposition taken before, but I just

19        want to give you a few ground rules that

20        are designed to make sure that we get the

21        best and clearest record we can.

22                    The first is is that you have to

23        give verbal answers.  Even though you're on

24        video, the court reporter can't take down

25        uh-huh or nods of the head or gestures.
```

```
 1                       Bradley              5

 2        You have to say yes or no or whatever your

 3        answer is verbally.  Can you do that for

 4        me?

 5             A.    Yes.

 6             Q.    Okay.  Also, you may know where

 7        I'm going with my long, rambling questions

 8        sometimes, but please wait until I finish

 9        my question before jumping in with an

10        answer.  That way, we get a nice clean

11        question and answer on the record.  Can you

12        do that for me?

13             A.    Yes.

14             Q.    You're welcome to take a break

15        whenever you want, just tell me.  However,

16        you do have to finish answering the

17        question before taking the break.

18             A.    Uh-huh.

19             Q.    Yes?

20             A.    No problem.  Yes.

21             Q.    And although you're testifying

22        over Zoom, from your home I presume, this

23        is like you are testifying in a court of

24        law.  You have to tell the truth, the whole

25        truth, and nothing but the truth.  Can you
```

```
1                      Bradley                    6
2      do that for me?
3              A.    Yes.
4              Q.    And this question may seem
5      impertinent, but we have to ask it, which
6      is do you have any medical reason why you
7      couldn't give full and accurate testimony
8      today?
9              A.    No.
10             Q.    Okay.  Thank you.  Did you
11     discuss this deposition with anyone besides
12     the court appearance yesterday?
13             A.    No.
14             Q.    Now, going back to May of 1997.
15     Did there come a time when police officers
16     showed you photographs in order for you to
17     identify the person who killed Tomika
18     Means?
19             A.    Yes.
20             Q.    When did they first start showing
21     you photographs?
22             A.    This was like, I want to say, a
23     few weeks after she was killed.  They came
24     twice.  It was these big books with a lot
25     of pictures and stuff in them.
```

1                    Bradley                    7

2          Q.    Okay.  So you say that the

3     officers started showing up with

4     photographs a few weeks after?

5          A.    Yeah, I want to say like a few

6     weeks after.  It wasn't right away.

7          Q.    Okay.  Can you describe these

8     books for me?

9          A.    I'm trying to remember.  I just

10    know it was books and it was like -- it was

11    plastic over the pictures.  You know how

12    you have like -- it was different pictures,

13    it was like a lot of pictures.  And it had

14    like -- I mean like square, like -- it was

15    just different pictures like of, you know,

16    one of them binder-like books, I want to

17    say, folder-like books or whatever.  And I

18    just know it was a lot of -- it was a lot

19    of pictures.  I know that.

20          Q.    Okay.  So I'm just trying to get

21    an understanding of this book.  Is it like

22    one of those books that we would use for

23    the old photo albums, where you put the

24    pictures down and then there's the film

25    that goes across and sort of sticks them in

```
1                      Bradley                    8

2      place?

3           A.    Similar.  I want to -- I can't

4      remember, I really can't.  I can't

5      remember.  I can't really remember like how

6      the book -- I just know it was like a lot

7      of pictures and it was like, you know, like

8      it was plastic all over, you know, like the

9      plastic thing over them, I know that.  But

10     I don't remember exactly like how the book

11     was.  But I know it was like one of them

12     open books.  And it was a lot of pictures.

13          Q.    Okay.  When you say a lot of

14     pictures, do you mean like more than a

15     hundred?

16          A.    Yeah, I want to -- no, well, I'm

17     trying to -- I mean all I know it was, I

18     want to say it was probably -- it was a lot

19     of pictures.  I can't really remember.  I

20     can't really remember, yeah.

21          Q.    Would it be correct to say that

22     it was more than six?

23          A.    Yeah, it was more than six.

24          Q.    Okay.  And the officers that came

25     with the book, do you remember their names
```

```
1                    Bradley                9

2      or could you describe them?

3            A.    No, I don't remember it.  I

4      remember this short guy with the black

5      hair.  I don't remember -- actually

6      remember their names.  I remember the one

7      guy was short with black hair.

8            Q.    Okay.  Now, you said that the

9      officers came twice.  The first time they

10     came, they showed you the book, is that

11     right?

12           A.    Yeah, they showed me like a book.

13     They showed me the book.  It was -- I

14     didn't notice anybody in that book because

15     -- it was like a book, but I didn't notice

16     anybody.  But it was like, it was a book.

17     I want to say each page -- I want to say

18     like each page probably was, I want to say

19     maybe 10 people.  You know how you just

20     keep flipping.

21           Q.    Do you know how much time you

22     spent with that book?

23           A.    No, I don't remember.

24           Q.    Now, did the officers say

25     anything before they gave you that book?
```

```
 1                      Bradley              10
 2            A.    No.  Only thing they said to me
 3       was like they was going to show me some
 4       pictures.  And if I recognize the person or
 5       whatever, just to let them know.  That was
 6       it basically.
 7            Q.    Okay.  Now, prior to that, had
 8       you been shown any photographs at the
 9       precinct?
10            A.    No.  Prior to that, I did a
11       suppository sketch or something like that
12       before that.
13            Q.    Okay.
14            A.    Something -- what is it?  You
15       know what I'm talking about.  They do like
16       a sketch thing or whatever.  I did that, I
17       remember doing that.
18            Q.    Is it called an identikit?
19            A.    Yeah.  What did I say?
20            MR. RUSS:  Composite sketch.
21            Q.    Composite.
22            A.    Yes.
23            Q.    I know what you meant.
24            Now, did you do that identikit, I
25       think it was at the town of -- a town next
```

```
 1                     Bradley              11

 2      door, right?

 3           A.    I don't remember.  I just

 4      remember -- I remember going and I had to

 5      do one of them things.  I don't remember

 6      exactly where.

 7           Q.    Okay.  Now, after the first day

 8      when they brought the book, you said they

 9      came back a second time?

10           A.    Yeah.  I want to say, I want to

11      say like a few weeks later, I want to say.

12      I can't remember exactly like the time

13      frame.

14                 But I remember when they came

15      back with the second book.  I remember

16      going through it.  And I remember seeing a

17      picture.  And the picture caught me because

18      it seems like I just zoned right in, heart

19      start beating, crying.  And I'm like that's

20      him.

21           Q.    Okay.  And that was in one of

22      those --

23           A.    It was a book, yeah.  It was

24      whatever that book is.

25           Q.    It's a similar book like with the
```

```
 1                    Bradley                12

 2        10 pages per --

 3             A.    Yes.

 4             Q.    Excuse me.  It's a similar book

 5        like you described before with like 10

 6        photographs per page?

 7             A.    Yes.

 8             Q.    Okay.  And you say you sort of

 9        zoned in on it.

10             A.    Yeah.

11             Q.    What did you say to the officers?

12             A.    When I was looking through it,

13        and when I seen him, I'm like it's him.

14        And I broke down crying.  And they, you

15        know, he closed the book.

16             Q.    Okay.  Now, after that moment,

17        did the officers ever come back for any

18        additional --

19             A.    No.

20             Q.    Okay.  Well, I want to show you

21        some things that may refresh your

22        recollection.

23                   And I say that, but can I

24        actually get the technology to work.  Let's

25        take a look.  I want to make sure that this
```

```
1                      Bradley              13

2      actually shows up.  It's going to work out.

3      All right.

4                   I'm sorry, and I don't want to

5      jump around.  But after you identified that

6      person in the book, did the officers say

7      anything to you?

8           A.    No.  They just said, you know --

9      he just said that they'll contact me if

10      they need any further information.  That's

11      the only thing that I remember.

12           Q.    Okay.  Great.  Now, can you see

13      what's up on the screen right now?

14           A.    Yes, I see a paper.  But I can't

15      really see what it says or anything.

16           Q.    All right.  Well, let's zoom in a

17      little bit.  Do you remember seeing any --

18      they're sort of folders -- where there's a

19      blue cover like this and then there's six

20      photographs inside?

21           A.    I don't remember seeing that

22      paper.

23           Q.    Okay.  Well, I'm going to go to

24      the next page, and maybe this will refresh

25      your recollection.
```

```
1                    Bradley            14

2                MR. RICKNER:  And just for the

3           record, this was previously marked as

4           Exhibit 4 in another deposition.  You

5           see this page?

6      A.    Yes.

7      Q.    This is page 2 of Exhibit 4.

8      A.    Yeah.

9      Q.    Did you ever see a document or a

10     folder with six photographs on it like

11     this?

12     A.    Like I told you, I don't know how

13     many pictures is in it.  I know it was a

14     lot of pictures that I went through.  So it

15     could have been -- like I said, it was so

16     long ago, I don't remember.

17     Q.    Okay.  Now, I just want to sort

18     of zero in on this.  This wouldn't have

19     been in a book.  What I'm saying is did you

20     ever see a separate folder, completely

21     separate from a book, with six photographs

22     in it stuck in like this?

23     A.    I don't -- I don't remember.  I

24     don't recall.  I don't recall.  I mean,

25     like I said, it was so long ago.  I don't
```

```
1                      Bradley                 15

2        remember.

3              Q.    Okay.  Now, I'm going to show you

4        what was previously marked as Exhibit 9.

5        Let me see if I can get this to scroll out.

6              Do you remember ever seeing --

7        maybe seeing these two together?  This

8        one's missing the person that was being

9        identified.  Does this refresh your

10       recollection as to whether or not you ever

11       saw -- it's called a photo array, with six

12       photographs per page?

13             A.    I really -- I don't remember.  I

14       mean I'm being real with you.  I don't

15       remember.  I don't.

16             Q.    Okay.

17             A.    I remember looking at pictures.

18       I really don't remember that, I really

19       don't.

20             Q.    Okay.  This, I'm going to show

21       what's been previously marked as Exhibit --

22       sorry, I have to open up one more exhibit.

23             This was previously marked as

24       Exhibit 96.  I'm going to rotate the page

25       display real quickly.  Do you remember
```

```
 1                    Bradley              16

 2      seeing -- I know you -- do you remember

 3      seeing a document like this, or this

 4      specific document previously marked as

 5      Exhibit 96?

 6           A.    No, I really don't remember.  I

 7      really don't.

 8           Q.    Now, all right.  This is actually

 9      the wrong way up, so let me rotate this for

10      you.  Do you see this notation in the

11      bottom left?

12           A.    You said do I see it?  Yeah.

13           Q.    Yes, you can see it?

14           A.    Uh-huh.

15           Q.    Can you see it clearly?  Or I can

16      zoom in.

17           A.    No, because I kind of -- yeah, I

18      need you to zoom.

19           Q.    Let me zoom in on this, the

20      handwriting.  It's on the bottom left of

21      the second page of Exhibit 96.  Can you see

22      it now?

23           A.    Yes.

24           Q.    Is this your handwriting?

25           A.    Yes.
```

```
 1                    Bradley              17
 2          Q.    Do you remember signing this?
 3          A.    Honestly, no.
 4          Q.    Okay.
 5          A.    I really don't.  It's just...
 6          Q.    Do you remember the circumstances
 7      in which you signed this?
 8          A.    Yes.
 9          Q.    Okay.  Describe the time that you
10      signed this.
11          A.    It say 9:05 p.m.  Like I said, I
12      don't -- it's been so long ago, so much
13      have happened, I don't remember.
14          Q.    Okay.  I understand.
15                Now, at some point, there was a
16      lineup, right?
17          A.    Right.
18          Q.    Okay.  Now, you mentioned that
19      there were two times that the officers came
20      to your home.  Did they come to your --
21      withdrawn.
22                You mentioned two times that the
23      officers came to your home.  Between those
24      two times and the lineup, did the officers
25      ever come again to your home to show you
```

```
 1                      Bradley              18
 2       any photographs?
 3             A.    No, not that I recall.
 4             Q.    Did they show you any photographs
 5       somewhere else; for example, having you
 6       come into the precinct during that time?
 7             A.    No, not that I recall, no.
 8             Q.    Okay.  Now, when you got to the
 9       precinct for the lineup, prior to seeing
10       the lineup, did the officers have a
11       discussion with you?
12             A.    They just -- I just remember them
13       saying that they had, you know, that they
14       -- for me, they was doing a lineup and
15       everything, and for me to pick a number or
16       something like that.  That's all that I
17       recall them saying to me.
18             Q.    Okay.  Besides saying pick a
19       number, did they say anything else to you?
20             A.    No, not that I recall.
21             Q.    After the lineup, did they --
22       well, withdrawn.
23                   Before the lineup, did you know
24       that the person that you had identified was
25       Cory Epps?
```

```
 1                    Bradley              19

 2         A.    No, no, I did not.

 3         Q.    Okay.  After the lineup, did they

 4    tell you that the person you'd identified

 5    was named Cory Epps?

 6         A.    No.  No, they didn't tell me.

 7    They never told me his name.  How I found

 8    out his name was when they -- it was like,

 9    I want to say like after arrest.  And it

10    was, basically I found out his name

11    basically after the -- after he was

12    arrested and when stuff started being on TV

13    and in the newspaper.

14         Q.    Okay.  Now, prior to May 26 of

15    1997, did you know Cory Epps?

16         A.    No, I did not.

17         Q.    Had you seen him around?

18         A.    The face looked familiar, which I

19    did, you know -- and after everything, the

20    face, you know, after everything, the face

21    looked familiar.  But I never knew him.  I

22    never like encountered or anything like

23    that with him.  I never knew him.

24         Q.    Okay.  Now, after -- withdrawn.

25               The books that you mentioned,
```

```
 1                    Bradley              20

 2       were those just books of male faces?

 3            A.    Yes, it was just males.  I want

 4       to recall -- I want to say yes.

 5            Q.    Now, if I understand correctly,

 6       there was also a female?

 7            A.    Yes.

 8            Q.    Yeah, there's a -- who was

 9       driving the car on May 26th?

10            A.    Yes.

11            Q.    Okay.  Did you ever see

12       photographs of females for identification?

13            A.    No.

14            Q.    After the trial, did you ever

15       have any other interactions with the

16       police?  I mean with respect to this case.

17                  I asked a bad question.

18            A.    No.  Only --

19            Q.    Let me start over.  I asked a bad

20       question.

21            A.    Only interaction --

22            Q.    Sorry about that.

23            A.    Only interaction that I had after

24       this had happened, I was at work and a male

25       and two females came to my job and the guy
```

```
1                        Bradley                21

2        struck me in my face and told me if I

3        testified that he was going to kill my

4        family.  That's the only interaction.  I

5        did call the police that day.  And I had

6        talked to whatever -- I can't remember the

7        detective's name.  But it was -- I want to

8        say after that, that's like basically the

9        only thing I could remember that I had

10       really talked to the police about.

11                 And then I know that down the

12       line, after he had got arrested and he was

13       in jail, they came a couple of times, I

14       guess, when I guess he was trying to appeal

15       it or whatever.

16            Q.    Okay.  But what I'm asking is is

17       a little bit different.

18            A.    Okay.

19            Q.    After the trial, did the police

20       ever come to you with other photographs for

21       you to look at for identification?

22            A.    No, not that I recall, no.

23            Q.    All right.  I'd just like to show

24       you -- this was previously marked as

25       Exhibit 75.
```

```
 1                    Bradley              22

 2          A.    Wait a minute, you know, wait a

 3    minute.  Back, back.

 4                I want to say they did come to

 5    me, I want to say after the trial, because

 6    they said something about some guy, Russell

 7    or whatever.  And they asked me would I

 8    look at the picture, I looked at the

 9    picture.  And he asked me did I know him, I

10    said no.  They asked me have I ever seen

11    him before, and I said no.

12          Q.    Okay.  So they showed you a

13    picture of somebody named Russell after the

14    trial?

15          A.    I want to say his name was

16    Russell.  This was like a while back after

17    the trial.

18          Q.    Was that just a single photograph

19    of Russell?

20          A.    I want to say yes, yes.

21          Q.    Okay.  How long after the trial

22    do you think that was?

23          A.    Really can't remember.  I just --

24    I can't really remember.

25          Q.    Okay.  But would it have been
```

```
 1                    Bradley              23

 2       within a year or so after the trial?

 3            A.    Honestly, I don't -- I really

 4       don't remember.

 5            Q.    Okay.  Just to be clear, was it

 6       10 years after the trial or more?

 7            A.    No.  It was -- no, it was before

 8       then, yeah.

 9                 MR. RICKNER:  Okay.  So I'd just

10            like to pull up a document that was

11            previously marked as Exhibit 75.  And

12            I'm going to move to page 2.

13            Q.    Do you remember -- and I can zoom

14       in a little bit if that helps -- do you

15       remember ever seeing a document like this

16       with women's faces on it?

17            A.    I don't remember, no.

18            Q.    How about a document -- we're now

19       on page 5 of Exhibit 75 -- do you ever

20       remember seeing a document like this with

21       women's faces on it?

22            A.    I can't remember.  I don't

23       remember.  I don't -- honestly, I don't

24       remember.  Yeah.

25            Q.    Okay.  Do you recognize any of
```

```
1                      Bradley              24

2      these women, by the way?

3           A.    No.  Well, no, I do know one now

4      because I met her not too long ago or not

5      too far back ago.  Number 5.

6           Q.    Okay.  How do you know Number 5?

7           A.    Facebook.

8           Q.    What's her name?

9           A.    Honestly, I don't remember her

10     name.  I don't remember.  But I did find

11     out she was related to Cory because she

12     friend requested me.

13          Q.    Oh, okay.  And you think she's

14     related to Cory?

15          A.    Well, to my understanding, people

16     said she was related to her -- related to

17     him.

18          Q.    And to be clear, is she the

19     female assailant from March 26?

20          A.    No, no.

21          Q.    Do you remember seeing a document

22     -- we're on page 6 -- do you remember

23     seeing a document like this?

24          A.    No.  I don't recall, no.

25          Q.    All right.  Now, I'd like to show
```

```
 1                    Bradley              25
 2        you -- actually, hold on.  I have to stop
 3        sharing for one second.
 4               MR. RICKNER:  We're going to mark
 5           this as Exhibit 105.  It's a new one.
 6               (Document Bates Stamped EPPS
 7           00214 marked Exhibit 105 for
 8           identification)
 9               MR. RICKNER:  Going to zoom out a
10           little bit.  This is Epps 00214.  We're
11           marking it as Exhibit 105 for
12           identification.
13           Q.    Do you recognize the person in
14        this exhibit?
15           A.    Well, he look different now -- I
16        mean compared to the way he looked now.
17               No.  That's not Epps.
18           Q.    That's correct.  But I'm
19        wondering if you recognize this person?
20           A.    No, that's why I'm saying, I'm
21        like he don't look like -- no, I don't.
22           Q.    Okay.  Do you know the name
23        Russell Montgomery?
24           A.    No.  I just heard -- I told you
25        that was the first time when the police had
```

```
1                    Bradley              26

2      asked me did I know him, and I said no.

3          Q.    Okay.  More recently, have you

4      learned anything about Russell Montgomery?

5          A.    I heard people say that he --

6      something about a Pope guy they said that

7      he was supposed to have killed.  And they

8      said something about he's saying that he

9      killed Tomika.  That's the only thing that

10     I know, that, you know, that he's a bad

11     guy.

12         Q.    Okay.  How did you find that out?

13         A.    People talk, the streets, people

14     talking.  Like I said, people saying, oh,

15     him and Cory look alike, or are you sure

16     that's the right -- you know, hearing all

17     that type of stuff, you know.  That's how I

18     heard of him, other than when the police

19     had said his name.

20         Q.    Okay.  Now, more recently, let's

21     say in 2016 or 2017 time frame, did the

22     police come to talk to you about this case?

23         A.    Yes, they asked me would I -- was

24     I willing to retestify.  And I told them I

25     wanted to talk to her mother.  And then I
```

```
1                      Bradley              27
2          called them back and I told them, you know,
3          no, because her mom -- this is what her mom
4          wanted, she was like just let it go.  You
5          know, I didn't want to relive it, she
6          didn't want to relive it, so I wanted the
7          permission from her out of respect for her.
8          And, you know, and she said no.  And that's
9          what I did and I told them no.
10             Q.    And by her mother, you mean Ms.
11         Means?
12             A.    Agnes Means, yes.
13             Q.    Besides testifying, did you give
14         an interview with any officers or answer
15         their questions around 2016 or 2017?
16             A.    No.  When he came, he was just,
17         you know, he was just, you know -- he asked
18         me, you know -- well, basically he was
19         telling me that Cory had got like some team
20         or whatever and he was trying to get out.
21         They wanted to know if I wanted to
22         retestify or anything.  They wasn't asking
23         me like no questions of the murder or
24         anything like that, it was just asking me
25         was I willing to retestify.
```

```
1                    Bradley              28
2          Q.    Okay.  And when you say he, could
3     you describe whoever he was?
4          A.    It's the same guy, the short one
5     with the black hair.  I don't know his
6     name.  I'm sorry.  I know short with the
7     black hair, I mean.  I'll know if I see
8     him.  I just don't remember his name.
9          Q.    Okay.  Well, let me give you a
10    couple of names and see if you recognize
11    any of them as the officers that you spoke
12    with.
13              Do you remember a name John
14    Bohan?
15         A.    No.
16         Q.    Do you remember the name Reginald
17    Minor?
18         A.    It don't sound familiar.  I
19    really don't remember their names, I really
20    don't.
21         Q.    Okay.  Well, we're going to see
22    what you remember and you can answer.
23              Do you remember the name Mark
24    Stambach?
25         A.    I want to say yes, but I'm not
```

```
 1                    Bradley                29

 2      100 percent sure.

 3          Q.    Okay.  Is it possible that Mark

 4      Stambach was one of the officers who spoke

 5      to you in 1997?

 6          A.    I can't say.  I don't know.

 7          Q.    Okay.  How about James Giardina?

 8          A.    I can't recall.  I mean, like I

 9      said, I don't remember -- I can't really

10      remember their names.  I have their cards

11      but I don't know where they're at.  I don't

12      remember the names.

13          Q.    How about Anthony Constantino?

14          A.    That name sound familiar.

15          Q.    Okay.  Do you remember --

16          A.    That name, their name do sound

17      familiar.

18          Q.    Do you think he saw you more

19      recently or back in 1997?

20          A.    I want to say recently, I want to

21      say.

22          Q.    And what about Robert Chella?

23          A.    Not for sure.  No, I'm not 100

24      percent, I'm not for sure.

25          Q.    What about Raniero Masecchia or
```

```
1                    Bradley              30
2      Masecchia?
3           A.     The name ring a bell, but I'm not
4      sure.
5                  But I remember the other guy.  I
6      remember that name, I remember that name.
7           Q.     And how about Charles Aronica?
8           A.     I'm not -- no, I'm not for sure.
9           Q.     And how about Joseph Riga?
10          A.     I'm not 100 percent sure.
11          Q.     Okay.  What about Juan Morales?
12          A.     I'm not for sure.  These names is
13     -- I'm not for sure.
14          Q.     Now, after you identified the
15     assailant in the book the second time that
16     the officers came up, did you sign anything
17     that day?
18          A.     I'm not for sure.  I don't
19     remember.
20          Q.     Is it possible --
21          A.     Like I said, this was so long
22     ago.  I don't -- honestly, I don't, I
23     really don't.  I mean I remember the stuff
24     that happened that night but it's a lot
25     that I don't remember.  I don't remember.
```

```
1                      Bradley                31
2        I can't answer that.
3               Q.    I understand.
4                     But at any time in 1997 or 1998,
5        do you remember the officers giving you a
6        piece of paper to sign to confirm who you
7        had identified in the photos?
8               A.    I don't remember, but they
9        probably did nine out of ten times.  But
10       I'm not -- I mean, like I said, that part I
11       really don't remember.
12              Q.    When you say nine out of ten
13       times, I'm sorry, what do you mean by that?
14              A.    I mean I probably did, I probably
15       did sign.  You know, I mean, like I said,
16       it's vague right there, but I don't really
17       remember.
18              Q.    Okay.  Just hold on for one
19       second, if you don't mind.
20                    Now, do you remember telling the
21       police that the assailant had bad skin,
22       like pockmarks?
23              A.    No.  I said blemishes.  It was
24       like blemishes and it was like, you know,
25       like from when you shave -- I don't know if
```

```
 1                    Bradley              32
 2      it's shave, whatever, you know, like little
 3      blemishes.
 4           Q.    You mean like the razor bumps
 5      that then turn black?
 6           A.    Yeah, it was like -- yeah, it was
 7      like little blemishes.
 8           Q.    Okay.  And do you remember saying
 9      that the assailant was about 5'9"?
10           A.    I know he was taller than me --
11      well, I can't really say 'cause I was
12      sitting.  Yeah, I'd say about -- yeah,
13      probably yeah, about 5 -- 5'8", 5'9",
14      something like that.
15                But like I said, I was sitting in
16      a car so...
17                MR. RICKNER:  Understood.
18                All right.  I don't think I have
19           any other photo -- photographs, excuse
20           me.  I don't believe that I have any
21           other questions for this witness.
22                Mr. Russ?
23                MR. RUSS:  Thank you.
24                Ms. Bradley, I hope you won't be
25           disappointed if I have no questions for
```

1                      Bradley                  33

2          you.

3                  THE WITNESS:  No, I'm okay.

4                  MR. RUSS:  I have no questions.

5                  (Time noted:  11:33 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          Bradley                        34

2          October 29, 2021

3                          ERRATA

4

5          PAGE/LINE       CHANGE/REASON

6          _____

7          _____

8          _____

9          _____

10         _____

11         _____

12         _____

13         _____

14         _____

15         _____

16         _____

17         _____

18         _____

19         _____

20         _____

21         _____

22         _____

23         _____

24         _____

25         _____

1                        Bradley                    35

2

3

4

5

6                              _____

7                              JACQUELINE BRADLEY

8

9

10        Subscribed and sworn to

11        before me this     day

12        of              2021

13

14        _____

15

16

17

18

19

20

21

22

23

24

25

```
 1                                              36
 2                      CERTIFICATE
 3
 4      STATE OF NEW YORK )
 5                       ) ss.
 6      COUNTY OF NEW YORK)
 7
 8           I, Julia Liu, a Shorthand Reporter and
 9      Notary Public within and for the State of
10      New York, do hereby certify:
11           That JACQUELINE BRADLEY, the witness
12      whose deposition is hereinbefore set forth,
13      was duly sworn by me and that such
14      deposition is a true record of the testimony
15      given by such witness.
16           I further certify that I am not
17      related to any of the parties to this action
18      by blood or marriage and that I am in no way
19      interested in the outcome of this matter.
20
21                      _____
22                            JULIA LIU
23
24
25
```

1                                              37

2          October 29, 2021

3                          INDEX

4

5          WITNESS                EXAMINATION BY   PAGE

6          Jacqueline Bradley    Mr. Rickner       4

7

8          EXHIBIT        PAGE

9          Exhibit 105   25    Document Bates Stamped
                                EPPS 00214
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

**00214** [3] - 25:7, 25:10, 37:9

**1**

**10** [4] - 9:19, 12:2, 12:5, 23:6
**100** [3] - 29:2, 29:23, 30:10
**10005** [1] - 2:7
**105** [4] - 25:5, 25:7, 25:11, 37:9
**11:02** [1] - 1:14
**11:33** [1] - 33:5
**14** [1] - 2:6
**140** [1] - 2:12
**14202** [1] - 2:13
**1603** [1] - 2:6
**1997** [5] - 6:14, 19:15, 29:5, 29:19, 31:4
**1998** [1] - 31:4
**1:19-cv-00281-LJV** [1] - 1:6

**2**

**2** [2] - 14:7, 23:12
**2016** [2] - 26:21, 27:15
**2017** [2] - 26:21, 27:15
**2021** [4] - 1:13, 34:2, 35:12, 37:2
**25** [1] - 37:9
**26** [2] - 19:14, 24:19
**26th** [1] - 20:9
**29** [3] - 1:13, 34:2, 37:2

**4**

**4** [3] - 14:4, 14:7, 37:6

**5**

**5** [4] - 23:19, 24:5, 24:6, 32:13
**5'8** [1] - 32:13
**5'9** [2] - 32:9, 32:13

**6**

**6** [1] - 24:22

**7**

**75** [3] - 21:25, 23:11, 23:19

**9**

**9** [1] - 15:4
**96** [3] - 15:24, 16:5, 16:21
**9:05** [1] - 17:11

**A**

**a.m** [2] - 1:14, 33:5
**about** [19] - 10:15, 20:22, 21:10, 22:6, 23:18, 26:4, 26:6, 26:8, 26:22, 29:7, 29:13, 29:22, 29:25, 30:7, 30:9, 30:11, 32:9, 32:12, 32:13
**accurate** [1] - 6:7
**across** [1] - 7:25
**action** [1] - 36:17
**actually** [5] - 9:5, 12:24, 13:2, 16:8, 25:2
**additional** [1] - 12:18
**administer** [1] - 3:12
**after** [26] - 6:23, 7:4, 7:6, 11:7, 12:16, 13:5, 18:21, 19:3, 19:9, 19:11, 19:19, 19:20, 19:24, 20:14, 20:23, 21:8, 21:12, 21:19, 22:5, 22:13, 22:16, 22:21, 23:2, 23:6, 30:14
**again** [1] - 17:25
**Agnes** [1] - 27:12
**ago** [6] - 14:16, 14:25, 17:12, 24:4, 24:5, 30:22
**agree** [2] - 4:13, 4:14
**AGREED** [3] - 3:4, 3:9, 3:13
**albums** [1] - 7:23
**alike** [1] - 26:15
**all** [12] - 3:6, 4:12, 8:8, 8:17, 13:3, 13:16, 16:8, 18:16, 21:23, 24:25, 26:16, 32:18
**also** [2] - 5:6, 20:6
**although** [1] - 5:21
**am** [2] - 36:16, 36:18
**AND** [4] - 1:11, 3:4, 3:9, 3:13
**another** [1] - 14:4
**answer** [6] - 5:3, 5:10, 5:11, 27:14, 28:22, 31:2
**answering** [1] - 5:16
**answers** [1] - 4:23
**Anthony** [1] - 29:13
**ANTHONY** [1] - 1:9
**any** [16] - 3:11, 6:6, 10:8, 12:17, 13:10, 13:17, 18:2, 18:4, 20:15, 23:25, 27:14, 28:11, 31:4, 32:19, 32:20, 36:17
**anybody** [2] - 9:14, 9:16
**anyone** [1] - 6:11
**anything** [9] - 9:25, 13:7,
13:15, 18:19, 19:22, 26:4, 27:22, 27:24, 30:16
**appeal** [1] - 21:14
**appearance** [1] - 6:12
**APPEARANCES** [1] - 2:2
**Aronica** [1] - 30:7
**ARONICA** [1] - 1:11
**array** [1] - 15:11
**arrest** [1] - 19:9
**arrested** [2] - 19:12, 21:12
**assailant** [4] - 24:19, 30:15, 31:21, 32:9
**attorneys** [2] - 2:5, 2:11
**authorized** [1] - 3:11

**B**

**bad** [4] - 20:17, 20:19, 26:10, 31:21
**basically** [5] - 10:6, 19:10, 19:11, 21:8, 27:18
**Bates** [2] - 25:6, 37:9
**beating** [1] - 11:19
**because** [7] - 9:14, 11:17, 16:17, 22:5, 24:4, 24:11, 27:3
**been** [7] - 4:3, 10:8, 14:15, 14:19, 15:21, 17:12, 22:25
**before** [11] - 3:11, 4:18, 5:9, 5:17, 9:25, 10:12, 12:5, 18:23, 22:11, 23:7, 35:11
**being** [3] - 15:8, 15:14, 19:12
**believe** [1] - 32:20
**bell** [1] - 30:3
**besides** [3] - 6:11, 18:18, 27:13
**best** [1] - 4:21
**between** [2] - 3:5, 17:23
**big** [1] - 6:24
**binder** [1] - 7:16
**binder-like** [1] - 7:16
**bit** [4] - 13:17, 21:17, 23:14, 25:10
**black** [5] - 9:4, 9:7, 28:5, 28:7, 32:5
**blemishes** [4] - 31:23, 31:24, 32:3, 32:7
**blood** [1] - 36:18
**blue** [1] - 13:19
**Bohan** [1] - 28:14
**BOHAN** [1] - 1:7
**book** [23] - 7:21, 8:6, 8:10, 8:25, 9:10, 9:12, 9:13, 9:14, 9:15, 9:16, 9:22, 9:25, 11:8, 11:15, 11:23, 11:24, 11:25, 12:4, 12:15, 13:6, 14:19, 14:21, 30:15
**books** [9] - 6:24, 7:8, 7:10, 7:16, 7:17, 7:22, 8:12, 19:25,
20:2
**bottom** [2] - 16:11, 16:20
**Bradley** [4] - 4:7, 4:16, 32:24, 37:6
**BRADLEY** [4] - 1:17, 4:2, 35:7, 36:11
**break** [2] - 5:14, 5:17
**broke** [1] - 12:14
**brought** [1] - 11:8
**BUFFALO** [1] - 1:7
**Buffalo** [1] - 2:13
**bumps** [1] - 32:4
**BY** [4] - 2:8, 2:14, 4:6, 37:5

**C**

**call** [1] - 21:5
**called** [4] - 4:3, 10:18, 15:11, 27:2
**came** [12] - 6:23, 8:24, 9:9, 9:10, 11:9, 11:14, 17:19, 17:23, 20:25, 21:13, 27:16, 30:16
**can** [15] - 4:13, 4:21, 5:3, 5:11, 5:25, 7:7, 12:23, 13:12, 15:5, 16:13, 16:15, 16:21, 23:13, 28:22
**can't** [18] - 4:24, 8:3, 8:4, 8:5, 8:19, 8:20, 11:12, 13:14, 21:6, 22:23, 22:24, 23:22, 29:6, 29:8, 29:9, 31:2, 32:11
**car** [2] - 20:9, 32:16
**cards** [1] - 29:10
**case** [2] - 20:16, 26:22
**caught** [1] - 11:17
**CERTIFICATE** [1] - 36:2
**certify** [2] - 36:10, 36:16
**CHANGE/REASON** [1] - 34:5
**Charles** [1] - 30:7
**CHARLES** [1] - 1:10
**Chella** [1] - 29:22
**CHELLA** [1] - 1:10
**CHIEF** [1] - 1:11
**circumstances** [1] - 17:6
**CITY** [1] - 1:7
**clean** [1] - 5:10
**clear** [2] - 23:5, 24:18
**clearest** [1] - 4:21
**clearly** [1] - 16:15
**closed** [1] - 12:15
**come** [8] - 6:15, 12:17, 17:20, 17:25, 18:6, 21:20, 22:4, 26:22
**compared** [1] - 25:16
**completely** [1] - 14:20
**composite** [2] - 10:20, 10:21
**confirm** [2] - 4:12, 31:6
**CONSTANTINO** [1] - 1:9

Constantino [1] - 29:13
contact [1] - 13:9
correct [2] - 8:21, 25:18
correctly [1] - 20:5
CORY [1] - 1:4
Cory [7] - 18:25, 19:5, 19:15, 24:11, 24:14, 26:15, 27:19
could [4] - 9:2, 14:15, 21:9, 28:2
couldn't [1] - 6:7
counsel [1] - 3:5
COUNTY [1] - 36:6
couple [2] - 21:13, 28:10
court [3] - 4:24, 5:23, 6:12
COURT [1] - 1:2
cover [1] - 13:19
crying [2] - 11:19, 12:14

**D**

day [4] - 11:7, 21:5, 30:17, 35:11
Defendants [1] - 1:12
defendants [1] - 2:11
deposition [8] - 1:16, 3:10, 3:15, 4:18, 6:11, 14:4, 36:12, 36:14
describe [4] - 7:7, 9:2, 17:9, 28:3
described [1] - 12:5
designed [1] - 4:20
DETECTIVE [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:10
detective's [1] - 21:7
did [41] - 6:10, 6:15, 6:20, 9:24, 10:10, 10:16, 10:19, 10:24, 12:11, 12:17, 13:6, 14:9, 14:19, 17:20, 17:24, 18:4, 18:10, 18:19, 18:21, 18:23, 19:2, 19:3, 19:15, 19:16, 19:19, 20:11, 20:14, 21:5, 21:19, 22:4, 22:9, 24:10, 26:2, 26:12, 26:21, 27:9, 27:13, 30:16, 31:9, 31:14, 31:15
didn't [5] - 9:14, 9:15, 19:6, 27:5, 27:6
different [4] - 7:12, 7:15, 21:17, 25:15
disappointed [1] - 32:25
discuss [1] - 6:11
discussion [1] - 18:11
display [1] - 15:25
DISTRICT [2] - 1:2, 1:2
do [41] - 5:3, 5:12, 5:16, 6:2, 6:6, 8:14, 8:25, 9:21, 10:15, 10:24, 11:5, 13:17, 15:6, 15:25, 16:2, 16:10, 16:12, 17:2, 17:6, 22:22,

23:13, 23:14, 23:19, 23:25, 24:3, 24:6, 24:21, 24:22, 25:13, 25:22, 28:13, 28:16, 28:23, 29:15, 29:16, 29:18, 31:5, 31:13, 31:20, 32:8, 36:10
Document [1] - 37:9
document [10] - 14:9, 16:3, 16:4, 23:10, 23:15, 23:18, 23:20, 24:21, 24:23, 25:6
does [1] - 15:9
doing [2] - 10:17, 18:14
don't [59] - 4:17, 8:10, 9:3, 9:5, 9:23, 11:3, 11:5, 13:4, 13:21, 14:12, 14:16, 14:23, 14:24, 14:25, 15:13, 15:14, 15:15, 15:18, 15:19, 16:6, 16:7, 17:5, 17:12, 17:13, 23:3, 23:4, 23:17, 23:22, 23:23, 24:9, 24:10, 24:24, 25:21, 28:5, 28:8, 28:18, 28:19, 28:20, 29:6, 29:9, 29:11, 30:18, 30:22, 30:23, 30:25, 31:8, 31:11, 31:16, 31:19, 31:25, 32:18, 32:20
door [1] - 11:2
down [4] - 4:24, 7:24, 12:14, 21:11
driving [1] - 20:9
duly [2] - 4:3, 36:13
during [1] - 18:6

**E**

else [2] - 18:5, 18:19
encountered [1] - 19:22
EPPS [3] - 1:4, 25:6, 37:9
Epps [5] - 18:25, 19:5, 19:15, 25:10, 25:17
ERRATA [1] - 34:3
even [1] - 4:23
ever [3] - 4:17, 12:17, 14:9, 14:20, 15:6, 15:10, 17:25, 20:11, 20:14, 21:20, 22:10, 23:15, 23:19
everything [3] - 18:15, 19:19, 19:20
exactly [3] - 8:10, 11:6, 11:12
EXAMINATION [2] - 4:5, 37:5
example [1] - 18:5
excellent [1] - 4:16
except [1] - 3:6
excuse [2] - 12:4, 32:19
EXHIBIT [1] - 37:8
Exhibit [14] - 14:4, 14:7, 15:4, 15:21, 15:24, 16:5, 16:21, 21:25, 23:11, 23:19, 25:5, 25:7, 25:11, 37:9
exhibit [1] - 15:22, 25:14

**F**

face [4] - 19:18, 19:20, 21:2
Facebook [1] - 24:7
faces [3] - 20:2, 23:16, 23:21
familiar [5] - 19:18, 19:21, 28:18, 29:14, 29:17
family [1] - 21:4
far [1] - 24:5
female [2] - 20:6, 24:19
females [2] - 20:12, 20:25
few [6] - 4:9, 4:19, 6:23, 7:4, 7:5, 11:11
filing [1] - 3:14
film [1] - 7:24
find [2] - 24:10, 26:12
fine [1] - 4:15
finish [2] - 5:8, 5:16
first [6] - 4:11, 4:22, 6:20, 9:9, 11:7, 25:6
flipping [1] - 9:20
folder [3] - 7:17, 14:10, 14:20
folder-like [1] - 7:17
folders [1] - 13:18
follows [1] - 4:4
form [1] - 3:7
forth [1] - 36:12
found [2] - 19:7, 19:10
frame [2] - 11:13, 26:21
friend [1] - 24:12
from [5] - 5:22, 14:21, 24:19, 27:7, 31:25
full [1] - 6:7
FURTHER [2] - 3:9, 3:13
further [2] - 13:10, 36:16

**G**

gave [1] - 9:25
gestures [1] - 4:25
get [6] - 4:20, 5:10, 7:20, 12:24, 15:5, 27:20
GIARDINA [1] - 1:9
Giardina [1] - 29:7
give [5] - 4:19, 4:23, 6:7, 27:13, 28:9
given [1] - 36:15
giving [1] - 31:5
go [3] - 4:9, 13:23, 27:4
goes [1] - 7:25
going [15] - 5:7, 6:14, 10:3, 11:4, 11:16, 13:2, 13:23, 15:3, 15:20, 15:24, 21:3, 23:12, 25:4, 25:9, 28:21
good [2] - 4:7, 4:8
got [3] - 18:8, 21:12, 27:19
great [1] - 13:12

ground [2] - 4:10, 4:19
guess [1] - 21:14
guy [8] - 9:4, 9:7, 20:25, 22:6, 26:6, 26:11, 28:4, 30:5

**H**

had [17] - 4:17, 7:13, 10:7, 11:4, 18:13, 18:24, 19:17, 20:23, 20:24, 21:5, 21:9, 21:12, 25:25, 26:19, 27:19, 31:7, 31:21
hair [4] - 9:5, 9:7, 28:5, 28:7
handwriting [1] - 16:20, 16:24
happened [3] - 17:13, 20:24, 30:24
head [1] - 4:25
heard [3] - 25:24, 26:5, 26:18
hearing [1] - 26:16
heart [1] - 11:18
helps [1] - 23:14
hereby [1] - 36:10
HEREBY [1] - 3:4
hereinbefore [1] - 36:12
hereto [1] - 3:6
HODGSON [1] - 2:10
hold [2] - 25:2, 31:18
home [4] - 5:22, 17:20, 17:23, 17:25
honestly [5] - 17:3, 23:3, 23:23, 24:9, 30:22
hope [1] - 32:24
how [16] - 7:11, 8:5, 8:10, 9:19, 9:21, 14:12, 19:7, 22:21, 23:18, 24:6, 26:12, 26:17, 29:7, 29:13, 30:7, 30:9
however [1] - 5:15
HUGH [1] - 2:14
hundred [1] - 8:15

**I**

identification [4] - 20:12, 21:21, 25:8, 25:12
identified [6] - 13:5, 15:9, 18:24, 19:4, 30:14, 31:7
identify [1] - 6:17
identikit [2] - 10:18, 10:24
III [1] - 2:14
impertinent [1] - 6:5
INDEX [1] - 37:3
information [1] - 13:10
inside [1] - 13:20
interaction [3] - 20:21, 20:23, 21:4
interactions [1] - 20:15
interested [1] - 36:19

**interview** [1] - 27:14
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13

**J**

**Jacqueline** [1] - 37:6
**JACQUELINE** [4] - 1:17, 4:2, 35:7, 36:11
**jail** [1] - 21:13
**James** [1] - 29:7
**JAMES** [1] - 1:9
**job** [1] - 20:25
**John** [1] - 28:13
**JOHN** [1] - 1:7
**Joseph** [1] - 30:9
**JOSEPH** [1] - 1:11
**Juan** [1] - 30:11
**Julia** [2] - 1:19, 36:8
**JULIA** [1] - 36:22
**jump** [1] - 13:5
**jumping** [1] - 5:9
**just..** [1] - 17:5

**K**

**keep** [1] - 9:20
**kill** [1] - 21:3
**killed** [4] - 6:17, 6:23, 26:7, 26:9
**kind** [1] - 16:17
**knew** [2] - 19:21, 19:23
**know** [56] - 4:17, 5:6, 7:10, 7:11, 7:15, 7:18, 7:19, 8:6, 8:7, 8:8, 8:9, 8:11, 8:17, 9:19, 9:21, 10:5, 10:15, 10:23, 12:15, 13:8, 14:12, 14:13, 16:2, 18:13, 18:23, 19:15, 19:19, 19:20, 21:11, 22:2, 22:9, 24:3, 24:6, 25:22, 26:2, 26:10, 26:16, 26:17, 27:2, 27:5, 27:8, 27:17, 27:18, 27:21, 28:5, 28:6, 28:7, 29:6, 29:11, 31:15, 31:24, 31:25, 32:2, 32:10

**L**

**later** [1] - 11:11
**law** [1] - 5:24
**learned** [1] - 26:4
**left** [2] - 16:11, 16:20
**line** [1] - 21:12
**lineup** [8] - 17:16, 17:24, 18:9, 18:10, 18:14, 18:21, 18:23, 19:3
**little** [6] - 13:17, 21:17, 23:14, 25:10, 32:2, 32:7
**LIU** [1] - 36:22

**Liu** [2] - 1:19, 36:8
**LLP** [1] - 2:10
**long** [7] - 5:7, 14:16, 14:25, 17:12, 22:21, 24:4, 30:21
**look** [6] - 12:25, 21:21, 22:8, 25:15, 25:21, 26:15
**looked** [4] - 19:18, 19:21, 22:8, 25:16
**looking** [2] - 12:12, 15:17

**M**

**make** [2] - 4:20, 12:25
**male** [2] - 20:2, 20:24
**males** [1] - 20:3
**many** [1] - 14:13
**March** [1] - 24:19
**Mark** [2] - 28:23, 29:3
**MARK** [1] - 1:8
**mark** [1] - 25:4
**marked** [8] - 14:3, 15:4, 15:21, 15:23, 16:4, 21:24, 23:11, 25:7
**marking** [1] - 25:11
**marriage** [1] - 36:18
**Masecchia** [2] - 29:25, 30:2
**MASSECHIA** [1] - 1:10
**matter** [1] - 36:19
**May** [3] - 6:14, 19:14, 20:9
**may** [4] - 3:10, 5:6, 6:4, 12:21
**maybe** [3] - 9:19, 13:24, 15:7
**me** [40] - 4:15, 5:4, 5:12, 5:15, 6:2, 7:8, 9:12, 9:13, 10:2, 10:3, 11:17, 12:4, 13:9, 15:5, 16:9, 16:19, 18:14, 18:15, 18:17, 19:6, 19:7, 20:19, 21:2, 22:5, 22:7, 22:9, 22:10, 24:12, 26:2, 26:23, 27:18, 27:19, 27:23, 27:24, 28:9, 32:10, 32:20, 35:11, 36:13
**mean** [16] - 7:14, 8:14, 8:17, 14:24, 15:14, 20:16, 25:16, 27:10, 28:7, 29:8, 30:23, 31:10, 31:13, 31:14, 31:15, 32:4
**Means** [3] - 6:18, 27:11, 27:12
**meant** [1] - 10:23
**medical** [1] - 6:6
**mentioned** [3] - 17:18, 17:22, 19:25
**met** [1] - 24:4
**mind** [1] - 31:19
**MINOR** [1] - 1:8
**Minor** [1] - 28:17
**minute** [2] - 22:2, 22:3
**missing** [1] - 15:8

**mom** [2] - 27:3
**moment** [1] - 12:16
**Montgomery** [2] - 25:23, 26:4
**Morales** [1] - 30:11
**morning** [2] - 4:7, 4:8
**mother** [2] - 26:25, 27:10
**move** [1] - 23:12
**MR** [11] - 4:6, 4:11, 4:15, 10:20, 14:2, 23:9, 25:4, 25:9, 32:17, 32:23, 33:4
**murder** [1] - 27:23

**N**

**name** [20] - 19:7, 19:8, 19:10, 21:7, 22:15, 24:8, 24:10, 25:22, 26:19, 28:6, 28:8, 28:13, 28:16, 28:23, 29:14, 29:16, 30:3, 30:6
**named** [2] - 19:5, 22:13
**names** [7] - 8:25, 9:6, 28:10, 28:19, 29:10, 29:12, 30:12
**need** [2] - 3:10, 16:18
**never** [4] - 19:7, 19:21, 19:22, 19:23
**NEW** [3] - 1:2, 36:4, 36:6
**new** [1] - 25:5
**New** [3] - 1:20, 2:7, 36:10
**newspaper** [1] - 19:13
**next** [2] - 10:25, 13:24
**nice** [1] - 5:10
**night** [1] - 30:24
**nine** [2] - 31:9, 31:12
**No** [1] - 20:18
**no** [55] - 5:2, 5:20, 6:9, 6:13, 8:16, 9:3, 9:23, 10:2, 10:10, 12:19, 13:8, 16:6, 16:17, 17:3, 18:3, 18:7, 18:20, 19:2, 19:6, 19:16, 20:13, 21:22, 22:10, 22:11, 23:7, 23:17, 24:3, 24:20, 24:24, 25:17, 25:20, 25:21, 25:24, 26:2, 27:3, 27:8, 27:9, 27:16, 27:23, 28:15, 29:23, 30:8, 31:23, 32:25, 33:3, 33:4, 36:18
**nods** [1] - 4:25
**Notary** [2] - 1:19, 36:9
**notation** [1] - 16:10
**noted** [1] - 33:5
**nothing** [1] - 5:25
**notice** [2] - 9:14, 9:15
**Number** [2] - 24:5, 24:6
**number** [2] - 18:15, 18:19
**NY** [2] - 2:7, 2:13

**O**

**oath** [1] - 3:12
**objections** [1] - 3:6
**October** [3] - 1:13, 34:2, 37:2
**OF** [4] - 1:2, 1:7, 36:4, 36:6
**officer** [1] - 3:11
**officers** [17] - 6:15, 7:3, 8:24, 9:9, 9:24, 12:11, 12:17, 13:6, 17:19, 17:23, 17:24, 18:10, 27:14, 28:11, 29:4, 30:16, 31:5
**old** [1] - 7:23
**one** [13] - 7:16, 7:22, 8:11, 9:6, 11:5, 11:21, 15:22, 24:3, 25:3, 25:5, 28:4, 29:4, 31:18
**one's** [1] - 15:8
**only** [8] - 10:2, 13:11, 20:18, 20:21, 20:23, 21:4, 21:9, 26:9
**open** [2] - 8:12, 15:22
**order** [1] - 6:16
**outcome** [1] - 36:19

**P**

**p.m** [1] - 17:11
**page** [12] - 9:17, 9:18, 12:6, 13:24, 14:5, 14:7, 15:12, 15:24, 16:21, 23:12, 23:19, 24:22
**PAGE** [2] - 37:5, 37:8
**PAGE/LINE** [1] - 34:5
**pages** [1] - 12:2
**paper** [3] - 13:14, 13:22, 31:6
**part** [1] - 31:10
**parties** [3] - 3:6, 4:13, 36:17
**Pearl** [1] - 2:12
**people** [6] - 9:19, 24:15, 26:5, 26:13, 26:14
**per** [3] - 12:2, 12:6, 15:12
**percent** [3] - 29:2, 29:24, 30:10
**permission** [1] - 27:7
**person** [8] - 6:17, 10:4, 13:6, 15:8, 18:24, 19:4, 25:13, 25:19
**photo** [3] - 7:23, 15:11, 32:19
**photograph** [1] - 22:18
**photographs** [14] - 6:16, 6:21, 7:4, 10:8, 12:6, 13:20, 14:10, 14:21, 15:12, 18:2, 18:4, 20:12, 21:20, 32:19
**photos** [1] - 31:7
**pick** [2] - 18:15, 18:18
**picture** [5] - 11:17, 22:8, 22:9, 22:13

**pictures** [15] - 6:25, 7:11, 7:12, 7:13, 7:15, 7:19, 7:24, 8:7, 8:12, 8:14, 8:19, 10:4, 14:13, 14:14, 15:17
**piece** [1] - 31:6
**place** [1] - 8:2
**Plaintiff** [1] - 1:5
**plaintiff** [2] - 1:17, 2:5
**plastic** [3] - 7:11, 8:8, 8:9
**PLLC** [1] - 2:4
**pockmarks** [1] - 31:22
**point** [1] - 17:15
**police** [9] - 6:15, 20:16, 21:5, 21:10, 21:19, 25:25, 26:18, 26:22, 31:21
**Pope** [1] - 26:6
**possible** [2] - 29:3, 30:20
**precinct** [3] - 10:9, 18:6, 18:9
**presume** [1] - 5:22
**previously** [7] - 14:3, 15:4, 15:21, 15:23, 16:4, 21:24, 23:11
**probably** [6] - 8:18, 9:18, 31:9, 31:14, 32:13
**problem** [1] - 5:20
**Public** [2] - 1:20, 36:9
**pull** [1] - 23:10
**pursuant** [1] - 1:18
**put** [1] - 7:23

**Q**

**question** [6] - 5:9, 5:11, 5:17, 6:4, 20:17, 20:20
**questions** [6] - 5:7, 27:15, 27:23, 32:21, 32:25, 33:4
**quickly** [1] - 15:25

**R**

**rambling** [1] - 5:7
**RANIERO** [1] - 1:10
**Raniero** [1] - 29:25
**razor** [1] - 32:4
**real** [2] - 15:14, 15:25
**really** [22] - 8:4, 8:5, 8:19, 8:20, 13:15, 15:13, 15:18, 16:6, 16:7, 17:5, 21:10, 22:23, 22:24, 23:3, 28:19, 29:9, 30:23, 31:11, 31:16, 32:11
**reason** [1] - 6:6
**recall** [10] - 14:24, 18:3, 18:7, 18:17, 18:20, 20:4, 21:22, 24:24, 29:8
**recently** [4] - 26:3, 26:20, 29:19, 29:20
**recognize** [5] - 10:4, 23:25, 25:13, 25:19, 28:10

**recollection** [3] - 12:22, 13:25, 15:10
**record** [5] - 4:12, 4:21, 5:11, 14:3, 36:14
**refresh** [3] - 12:21, 13:24, 15:9
**Reginald** [1] - 28:16
**REGINALD** [1] - 1:8
**related** [5] - 24:11, 24:14, 24:16, 36:17
**relive** [2] - 27:5, 27:6
**remember** [80] - 7:9, 8:4, 8:5, 8:10, 8:19, 8:20, 8:25, 9:3, 9:4, 9:5, 9:6, 9:23, 10:17, 11:3, 11:4, 11:5, 11:12, 11:14, 11:15, 11:16, 13:11, 13:17, 13:21, 14:16, 14:23, 15:2, 15:6, 15:13, 15:15, 15:17, 15:18, 15:25, 16:2, 16:6, 17:2, 17:6, 17:13, 18:12, 21:6, 21:9, 22:23, 22:24, 23:4, 23:13, 23:15, 23:17, 23:20, 23:22, 23:23, 23:24, 24:9, 24:10, 24:21, 24:22, 28:8, 28:13, 28:16, 28:19, 28:22, 28:23, 29:9, 29:10, 29:12, 29:15, 30:5, 30:6, 30:19, 30:23, 30:25, 31:5, 31:8, 31:11, 31:17, 31:20, 32:8
**REMOTE** [1] - 2:2
**remotely** [1] - 1:18
**reported** [1] - 1:18
**reporter** [1] - 4:24
**Reporter** [2] - 1:19, 36:8
**requested** [1] - 24:12
**reserved** [1] - 3:7
**respect** [2] - 20:16, 27:7
**respective** [1] - 3:5
**retestify** [3] - 26:24, 27:22, 27:25
**Rickner** [1] - 37:6
**RICKNER** [9] - 2:4, 2:8, 4:6, 4:11, 14:2, 23:9, 25:4, 25:9, 32:17
**Riga** [1] - 30:9
**RIGA** [1] - 1:11
**right** [15] - 7:6, 9:11, 11:2, 11:18, 13:3, 13:13, 13:16, 16:8, 17:16, 17:17, 21:23, 24:25, 26:16, 31:16, 32:18
**ring** [1] - 30:3
**ROB** [1] - 2:8
**ROBERT** [1] - 1:10
**Robert** [1] - 29:22
**rotate** [2] - 15:24, 16:9
**rules** [2] - 4:10, 4:19
**Russ** [1] - 32:22
**RUSS** [6] - 2:10, 2:14, 4:15, 10:20, 32:23, 33:4
**Russell** [2] - 22:6, 22:13,

22:16, 22:19, 25:23, 26:4

**S**

**said** [25] - 9:8, 10:2, 11:8, 13:8, 13:9, 14:15, 14:25, 16:12, 17:11, 22:6, 22:10, 22:11, 24:16, 26:2, 26:6, 26:8, 26:14, 26:19, 27:8, 29:9, 30:21, 31:10, 31:15, 31:23, 32:15
**same** [1] - 28:4
**saw** [2] - 15:11, 29:18
**say** [39] - 5:2, 6:22, 7:2, 7:5, 7:17, 8:13, 8:18, 8:21, 9:17, 9:18, 9:24, 10:19, 11:10, 11:11, 12:8, 12:11, 12:23, 13:6, 17:11, 18:19, 19:9, 20:4, 21:8, 22:4, 22:5, 22:15, 22:20, 26:5, 26:21, 28:2, 28:25, 29:6, 29:20, 29:21, 31:12, 32:11, 32:12
**saying** [8] - 14:19, 18:13, 18:17, 18:18, 15:20, 26:8, 26:14, 32:8
**screen** [1] - 13:13
**scroll** [1] - 15:5
**sealing** [1] - 3:14
**second** [6] - 11:9, 11:15, 16:21, 25:3, 30:15, 31:19
**see** [8] - 13:12, 13:14, 13:15, 14:5, 14:9, 14:20, 15:5, 16:10, 16:12, 16:13, 16:15, 16:21, 20:11, 28:7, 28:10, 28:21
**seeing** [12] - 11:16, 13:17, 13:21, 15:6, 15:7, 16:2, 16:3, 18:9, 23:15, 23:20, 24:21, 24:23
**seem** [1] - 6:4
**seems** [1] - 11:18
**seen** [3] - 12:13, 19:17, 22:10
**separate** [2] - 14:20, 14:21
**set** [1] - 36:12
**sharing** [1] - 25:3
**shave** [2] - 31:25, 32:2
**she** [8] - 6:23, 24:11, 24:16, 24:18, 27:4, 27:5, 27:8
**she's** [1] - 24:13
**short** [4] - 9:4, 9:7, 28:4, 28:6
**Shorthand** [2] - 1:19, 36:8
**show** [8] - 10:3, 12:20, 15:3, 15:20, 17:25, 18:4, 21:23, 24:25
**showed** [5] - 6:16, 9:10, 9:12, 9:13, 22:12
**showing** [2] - 6:20, 7:3
**shown** [1] - 10:8
**shows** [1] - 13:2

**sign** [3] - 30:16, 31:6, 31:15
**signed** [3] - 3:10, 17:7, 17:10
**signing** [1] - 17:2
**similar** [3] - 8:3, 11:25, 12:4
**single** [1] - 22:18
**sitting** [2] - 32:12, 32:15
**six** [6] - 8:22, 8:23, 13:19, 14:10, 14:21, 15:11
**sketch** [3] - 10:11, 10:16, 10:20
**skin** [1] - 31:21
**so..** [1] - 32:16
**some** [5] - 10:3, 12:21, 17:15, 22:6, 27:19
**somebody** [1] - 22:13
**something** [7] - 10:11, 10:14, 18:16, 22:6, 26:6, 26:8, 32:14
**sometimes** [1] - 5:8
**somewhere** [1] - 18:5
**sorry** [5] - 13:4, 15:22, 20:22, 28:6, 31:13
**sort** [4] - 7:25, 12:8, 13:18, 14:17
**sound** [3] - 28:18, 29:14, 29:16
**specific** [1] - 16:4
**spent** [1] - 9:22
**square** [1] - 7:14
**ss** [1] - 36:5
**STAMBACH** [1] - 1:8
**Stambach** [2] - 28:24, 29:4
**Stamped** [2] - 25:6, 37:9
**start** [3] - 6:20, 11:19, 20:19
**started** [2] - 7:3, 19:12
**STATE** [1] - 36:4
**State** [2] - 1:20, 36:9
**STATES** [1] - 1:2
**sticks** [1] - 7:25
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stop** [1] - 25:2
**Street** [2] - 2:6, 2:12
**streets** [1] - 26:13
**struck** [1] - 21:2
**stuck** [1] - 14:22
**stuff** [4] - 6:25, 19:12, 26:17, 30:23
**subpoena** [1] - 1:18
**Subscribed** [1] - 35:10
**Suite** [1] - 2:6
**supposed** [1] - 26:7
**suppository** [1] - 10:11
**sworn** [5] - 3:10, 4:4, 4:14, 35:10, 36:13

## T

**taller** [1] - 32:10
**team** [1] - 27:19
**technology** [1] - 12:24
**ten** [2] - 31:9, 31:12
**testified** [2] - 4:4, 21:3
**testifying** [3] - 5:21, 5:23, 27:13
**testimony** [2] - 6:7, 36:14
**THE** [2] - 1:7, 33:3
**today** [1] - 6:8
**together** [1] - 15:7
**Tomika** [2] - 6:17, 26:9
**town** [2] - 10:25
**trial** [9] - 3:8, 20:14, 21:19, 22:5, 22:14, 22:17, 22:21, 23:2, 23:6
**true** [1] - 36:14
**truth** [3] - 5:24, 5:25
**trying** [5] - 7:9, 7:20, 8:17, 21:14, 27:20
**turn** [1] - 32:5
**TV** [1] - 19:12
**twice** [2] - 6:24, 9:9
**two** [5] - 15:7, 17:19, 17:22, 17:24, 20:25
**type** [1] - 26:17

## U

**understand** [3] - 17:14, 20:5, 31:3
**understanding** [2] - 7:21, 24:15
**understood** [1] - 32:17
**UNITED** [1] - 1:2
**up** [7] - 7:3, 13:2, 13:13, 15:22, 16:9, 23:10, 30:16

## V

**vague** [1] - 31:16
**verbal** [1] - 4:23
**verbally** [1] - 5:3
**video** [1] - 4:24
**videoconference** [1] - 1:16
**virtually** [1] - 4:14

## W

**wait** [3] - 5:8, 22:2
**waived** [1] - 3:15
**Wall** [1] - 2:6
**weeks** [4] - 6:23, 7:4, 7:6, 11:11
**welcome** [1] - 5:14
**WESTERN** [1] - 1:2

**what's** [3] - 13:13, 15:21, 24:8
**whatever** [10] - 5:2, 7:17, 10:5, 10:16, 11:24, 21:6, 21:15, 22:7, 27:20, 32:2
**whenever** [1] - 5:15
**where** [5] - 5:6, 7:23, 11:6, 13:18, 29:11
**whole** [1] - 5:24
**willing** [2] - 26:24, 27:25
**withdrawn** [3] - 17:21, 18:22, 19:24
**WITNESS** [2] - 33:3, 37:5
**witness** [5] - 4:3, 4:13, 32:21, 36:11, 36:15
**women** [1] - 24:2
**women's** [2] - 23:16, 23:21
**wondering** [1] - 25:19
**work** [3] - 12:24, 13:2, 20:24

## Y

**year** [1] - 23:2
**years** [1] - 23:6
**yesterday** [1] - 6:12
**YORK** [3] - 1:2, 36:4, 36:6
**York** [3] - 1:20, 2:7, 36:10

## Z

**zero** [1] - 14:18
**zoned** [2] - 11:18, 12:9
**zoom** [6] - 13:16, 16:16, 16:18, 16:19, 23:13, 25:9
**Zoom** [1] - 5:22