```
1   97-1542
    8/4/97
2   3:09 P.M.
    GPH
3

4   J A C Q U E L I N E   M.   B R A D L E Y, sworn, testified:

5

6   BY MS. CARRINGTON:

7          Q      Could you please state your name for the

8   record and spell your last name?

9          A      Jacqueline Bradley.  B-R-A-D-L-E-Y.

10         Q      And your date of birth please?

11         A      March 21, 1973.

12         Q      Okay.  Jacqueline, directing your attention

13  to the early morning hours of May 26th of this year.  That

14  would be Sunday night into Monday morning, Memorial Day.

15  Were you out that evening?

16         A      Yes.

17         Q      And who were you out with?

18         A      Tomika Means.

19         Q      How long had you known Tomika?

20         A      Fourteen years.

21         Q      And where did you and Tomika go that

22  evening?

23         A      We went out.  First we went to the Squeeze,

24  Birchfield's and O'Boys.

25         Q      So you went to three different bars that
```

7

EPPS-DA 00002

1  evening?

2       A    Yes.

3       Q    About what time did you go out?

4       A    We left out -- it was about -- I left about

5  nine from my mother house.  We went out about twelve.

6       Q    Okay.  And how many drinks did you have from

7  nine o'clock in the evening until four o'clock in the

8  morning at those three places?

9       A    Altogether four.

10      Q    Now shortly after four in the morning, were

11  you and Tomika still together?

12      A    Yes.

13      Q    Where were you going?

14      A    We was -- we left O'Boy's.  We was going to

15  pick up our cousin Chanel.  She wasn't there.  We decided

16  to go to get something to eat.

17      Q    So O'Boys is the last place you went to?

18      A    Yes.

19      Q    Where was that located?

20      A    At Bailey and Dartmouth.

21      Q    When you and Tomika were going to get

22  something to eat, what street were you on?

23      A    Delavan -- East Delavan.

24      Q    And is that East Delavan headed toward Main

25  Street headed west or away from Main?

8

```
 1          A       Towards Main.

 2          Q       What kind of car were the two of you in that

 3   evening?

 4          A       Her boyfriend's red Alfa Romeo.

 5          Q       And who was driving?

 6          A       Tomika.

 7          Q       So at approximately four-thirty in the

 8   morning you're headed west on East Delavan.  What if

 9   anything unusual happened at that time?

10          A       We got to Delavan and Grider.  There was a

11   car on the right-hand side of us.  They tried to make a

12   left hand turn on the right-hand side.  They cut in front

13   of us.  Almost hit our car.  She blew the horn.  They was

14   going to the Mobil station at Delavan and Grider.

15          Q       Were there any other cars out that morning?

16          A       No.

17          Q       So this car cut directly in front of you?

18          A       Yes.

19          Q       Did you see at that time who was driving the

20   car?

21          A       No.

22          Q       And you say that Tomika beeped the car horn

23   at them?

24          A       Yes.

25          Q       How many times?
```

9

1    A    Once.

2    Q    And what happened then?

3    A    We kept going and we got to Fillmore and

4 Delavan.  They pulled on the side of us, on the left-hand

5 side of us.  And our windows was down.  They rolled the

6 window down.  There was a girl driving.  And they rolled

7 the window down.  He kept quoting.  We lucky we ain't no

8 Nigger twice.

9    Q    Just let me take this a little step by

10 step.  You say they pulled on the left-hand side of you

11 this time?

12    A    Yes.

13    Q    They were on the right-hand side before?

14    A    Yes.

15    Q    And now when they pulled up on the left-hand

16 side, was the passenger then closest to Tomika?

17    A    Yes.

18    Q    Okay.  And who -- describe who you saw or

19 what you saw in the passenger seat?

20    A    The guy Cory Epps.  He was on the passenger

21 side.  And the girl was driving.

22    Q    Was there anybody else in the car?

23    A    No.

24    Q    What kind of car was it?

25    A    It was either an Oldsmobile Delta '88 or

10

```
1   Pontiac six thousand.
2          Q     What color?
3          A     It was -- I don't know if it was gray or a
4   light blue.
5          Q     So when he pulled up -- when this car with
6   the two people in it pulled up next to you and both your
7   windows were down, did the man in the car say something?
8          A     Yes.
9          Q     What did he say?
10         A     You lucky you ain't no Nigger.
11         Q     Who was he speaking to; to Tomika or both of
12  you?
13         A     I guess the both.
14         Q     What did you take that to mean?
15         A     We lucky we ain't no dude with a guy.
16         Q     Lucky you're both women?
17         A     Yes.
18         Q     Did Tomika say anything to you?
19         A     No. I said let's go home.  That's when we
20  decided to go home because we were on the corner.
21         Q     You referred to this person as Cory Epps.
22  Did you know his name then?
23         A     No.
24         Q     Did you see him before?
25         A     Yes.  Being out at Birchfield's before.
```

11

EPPS-DA 00006

1        Q     But you had never been introduced to him?

2        A     No.

3        Q     Where did you go then?

4        A     We were going down Fillmore to Appenheimer.

5 Right on Appenheimer down to Chelsea made another right.

6 That's when I noticed they were behind us.

7        Q     You made two right turns and you noticed

8 they were behind you?

9        A     Yes.

10       Q     Were there any other cars around?

11       A     No.

12       Q     What happened then?

13       A     When we got to the corner of Chelsea and

14 Delavan, he cut in front of us.  And when they cut in front

15 of us, he jumped out and came on my side.

16       Q     Let's take this slow.  You say they cut in

17 front of you.  The woman is still driving?

18       A     Yes.

19       Q     Did they pull the car over so Tomika

20 couldn't move her car?

21       A     Yes.

22       Q     And this is at a light?

23       A     Yes.

24       Q     Light where?

25       A     At Chelsea and Delavan.

12

```
 1          Q      Okay.  When they pulled the car in front of
 2   you, did anybody get out of their car?
 3          A      Yes.
 4          Q      The male or female?
 5          A      The male.
 6          Q      What did the female do?
 7          A      She was still sitting in the car.
 8          Q      Car still running?
 9          A      Yes.
10          Q      Tomika's car still running?
11          A      Yes.
12          Q      So when the male got out of the car, what
13   side of your car did he go up to?
14          A      The passenger side. My side.
15          Q      Is there anybody else in the car with you?
16          A      Tomika.
17          Q      Just the two of you?
18          A      Yes.
19          Q      And was your window rolled all the way down
20          A      Yes.
21          Q      What happened then?
22          A      He came on my side.  He -- when he came pa
23   the car, I saw him pull the gun out of his waistband.
24          Q      Okay.  When did you see him pull the gun
25   out?
```

13

```
1          A      When he jumped out of the car.

2          Q      Out of the front of his pants?

3          A      Yes.

4          Q      Do you recall what he was wearing?

5          A      Pair of bluejeans.  He had like a navy blue

6   rayon quarter cut jacket and navy blue baseball cap.

7          Q      So he didn't pull the gun out of the front

8   of his pants until he got out of the car?

9          A      Yes.

10         Q      And he came around to your side of the car?

11         A      Yes.

12         Q      What happened then?

13         A      He was like in the window and I reached over

14  and touched his arm. And I said it ain't worth it.  He

15  quoted "F" that and shot her.

16         Q      Okay.  When you say he shot Tomika, where

17  was he leaning into the car?  Was he in the window?

18  Describe where he was.

19         A      He was like leaning against the window.  The

20  gun was like right in my face just like this.  And he shot

21  her.  Just shot.

22         Q      So he put the gun right in front of your

23  face and aimed it at Tomika?

24         A      And shot.

25         Q      What kind of gun was it?
```

14

```
1          A       I don't know the name of it.  It was like a
2   gray with a brown handle with the like revolver.
3          Q       Okay.  So it had the barrel that turned?
4          A       Yes.
5-         Q       And how many shots did he fire?
6          A       One.
7          Q       And so that was a handgun?  It wasn't a
8   shotgun?
9          A       It was a handgun.
10         Q       Okay.  And approximately how far away was
11  the barrel of the gun from Tomika when he shot?
12         A       Just like right on the side of me.  Like
13  this.  And she was like right here.
14         Q       So you're gesturing like a foot or two away?
15         A       Yes.
16         Q       What happened then?
17         A       He ran back to the car and the girl sped off
18  going east on Delavan.
19         Q       Did you ever hear her say anything?
20         A       No.
21         Q       When he leaned in the car, you say you
22  touched his arm and told him it's not worth it?
23         A       Yes.
24         Q       And he made a response to you.  Did he say
25  anything to Tomika?
```

15

1     A     No.

2     Q     And what happened then?

3     A     He just said "F" that and shot her.

4     Q     After he ran away, what did you see and what
5  did you do?

6     A     He jumped in the car and the girl sped off
7  going east on Delavan.  And I was just like sitting back
8  and I looked over to her.  She cut her eyes toward me and
9  she leaned towards me.  And blood started coming out of her
10  nose and mouth.

11    Q     What did you do then?

12    A     I grabbed the cellular phone and tried
13  dialing 911.  It wouldn't go through.  I jumped out of the
14  car and started screaming.  I ran to a house where the lady
15  knows my mother.  I told her to call my mother.  I called
16  911 on the pay phone.  They told me they would send an
17  ambulance.  By the time I got back over there, that's when
18  the ambulance and everything came.

19    Q     So the ambulance and police came almost at
20  the same time?

21    A     Yes.

22    Q     And they came pretty soon?

23    A     Yes.

24    Q     Did Tomika say anything to this man when he
25  was in the window?

16

Case 1:19-cv-00281-LJV-LGF Document 78-10 Filed 10/07/22 Page 11 of 14

```
 1          A       No.
 2          Q       During the night when you had been at these
 3   other bars, had you had any problems or confrontations with
 4   anyone?
 5          A       No.
 6          Q       At the time that this happened, were you
 7   intoxicated?
 8          A       No.
 9          Q       Did there come a time last week when you
10   came downtown to view a line-up?
11          A       Yes.
12          Q       And was that conducted at police
13   headquarters across the street?
14        · A       Yes.
15          Q       And when you viewed that line-up did you
16   recognize anyone?
17          A       Yes.
18          Q       And do you recall what number that person
19   was in the first line-up that you saw?
20          A       Yes.
21          Q       What number was that?
22          A       Three.
23          Q       And do you recall what number he was in the
24   second line-up that you saw?
25          A       Yes.
```

EPPS-DA 00012

1    Q    What number?

2    A    One.

3    Q    And did you recognize that person that you

4  identified in the line-up on July 30th as being the person

5  that shot Tomika on May 26th?

6    A    Yes.

7  MS. CARRINGTON:   Are there any questions?

8  BY MS. CARRINGTON:

9    Q    A Grand Juror has two questions.  The second

10  of which will call for hearsay because it would call for

11  this witness to answer something about her friend's state

12  of mind.  And I will not ask her that question.  But I will

13  ask if you saw this person that night in any of the places

14  you were?

15    A    No.

16    Q    But you had seen him before?

17    A    Yes.

18  MS. CARRINGTON:    Any other questions?

19  BY MS. CARRINGTON:

20    Q    Did Tomika -- another question from a Grand

21  Juror related to the previous question that I wouldn't

22  ask.  Did Tomika say anything to you in the course of that

23  ride identifying that man or mention his name or anything

24  like that?

25    A    No.

18

1       Q       Another question from a Grand Juror.  When

2   he was leaning in the car, where were you looking?

3       A       At him.

4       Q       Where was Tomika looking?

5       A       At him.

6       Q       Okay.  So she was looking at him when he

7   shot her?

8       A       Yes.

9   MS. CARRINGTON:    Any other questions?

10  BY MS. CARRINGTON:

11      Q       Approximately how long was it from the first

12  time that you noticed this car when it cut you off to the

13  time that this shooting happened?

14      A       No more than a few seconds.

15      Q       Okay.  So you just went around a couple of

16  corners and that's when it happened?

17      A       Yes.

18      Q       So do you recall if they didn't actually go

19  into the Mobil station then or they didn't get gas?

20      A       They couldn't, because they got up to us too

21  quick.

22      Q       And did there come a time then the following

23  day that you learned that Tomika had died?

24      A       I found out two days later she died.  She

25  didn't die that Monday.  She died the next day, that

19

1  Tuesday morning.

2          Q      So she died in the hospital?

3          A      Yes.

4  MS. CARRINGTON:      Any other questions?  Okay.  Thank

5  you.

6                              *    *    *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                20