

**EXHIBIT 107** 8/11/21

Being duly sworn I depose and say that my name is Wymiko Anderson. I live at 48 Sobieski Street, Buffalo New York. My Birthdate July 19, 1974. My Social Security number is 369 80 8297. I was the girlfriend of the now deceased Paul Pope. Paul Pope was killed on April 16 1998. His body was found on the morning of April 17, '98. He was killed by Russell Montgomery at Russell's house on Dartmouth. On the 17th of April 1998 the Buffalo Police homicide detectives came to my house at 234 Dewey and then I met them at my mothers house 1270 Fillmore. I went with them down to Police Head quarters. They asked me questions about Paul Pope. They asked what was my relationship, when did I last see him and what was he wearing. They asked what was his occupation and who his friends were. I answered all their questions which included whether Paul sold drugs to Russell Montgomery. They asked me what he looked like. I answered "You know the sketch you all made of the guy who killed Tomika Means — that's him. That's Russell Montgomery." They told me they did look alike but that's not enough. I told them that Paul told me that Russell Montgomery told him that he did kill Tomika. They told me that, that is hearsay. They asked me if I would take a lie detector test and I said yes. They never called me back. They said you're just an angry girlfriend. I told them that Russell came over to Paul's house on Fox Street the same day

Wymiko Anderson 1 of 2                    Wymiko Anderson

EBPS 00545

that Tomika was killed. Russell was talking in a low voice to Paul in the living room. I was in the bed room. Paul got dressed and then Paul and Russell Montgomery left the house. When Paul got back he told me that Russell killed that girl. He said that Russell killed Keyon's girl. I knew that was Tomika Means. I told all of this to the Buffalo Police Homicide squad. There were about 5 or 6 detectives in the room when I got there. I told the Police I wrote the letter which is attached to this statement. I mean by that a copy of my letter that was addressed to Corey Epp's lawyer. I have read this statement and everything I have said is true to the best of my recollection.   Wynika Anderson x
                                                                                    Wynika Anderson

Sworn Before Me
This 29th Day of April 2000

Roger Putnam

ROGER W. PUTNAM, JR.
Notary Public, State of New York
Qualified in Erie County
Commission Expires April 11, 2002

W.A
W.A
W.A
W.A

2 of 2

# SWORN STATEMENT

# Wymike Anderson

ROGER W. PUTNAM, JR
Licensed Private Investigator
Po Box 911
Hamburg, New York 14075

EPPS 00547