**EXHIBIT 101** 6/18/21

STATE OF NEW YORK
COUNTY COURT : COUNTY OF ERIE

---

THE PEOPLE OF THE STATE OF NEW YORK,
                          Respondent

          -vs-

CORY EPPS,
                     Defendant

**AFFIDAVIT**

Indictment No.
97-1542-001

---

STATE OF NEW YORK  )
COUNTY OF ERIE     ) ss:
CITY OF BUFFALO    )

    MARK STAMBACH, being duly sworn, deposed and says:

    1. I am a Detective with the Buffalo Police Department assigned to the Homicide Division.

    2. I participated in the investigation Paul Pope's murder.

    3. On April 17, 1998, I took a statement from Wymiko Anderson, Paul Pope's girlfriend.

    4. During this interview the only people present were myself, my partner at the time Detective James Giardina, and Anderson. It has been my practice over my past twelve years in Homicide to conduct interviews with only a witness and my partner in the room.

    5. During my conversation with Anderson she never mentioned that Paul Pope told her Russell Montgomery killed Tomika Means.

    6. If she had given this information to me it would be my practice to generate a P-73 and place in within the Epps file.

EPPS-DA 01334   D-60

I would then notify the Homicide Detective in charge of that investigation.

      7. The P-73's I generated from my contacts with Anderson on April 16, 1998 and April 20, 1998 make no reference to any statement implicating Montgomery in the Means murder.

*Mark R. Stambach*
MARK STAMBACH

Subscribed and sworn to before me this 30TH day of August, 2000.

_____

Notary Public, State of New York
Qualified in Erie County
My commission expires on 7/11/02.