STATE OF NEW YORK
COUNTY COURT : COUNTY OF ERIE

---

THE PEOPLE OF THE STATE OF NEW YORK,
                            Respondent

      -vs-

CORY EPPS,
                            Defendant

**AFFIDAVIT**

Indictment No.
97-1542-001

---

STATE OF NEW YORK  )
COUNTY OF ERIE     ) ss:
CITY OF BUFFALO   )

     JAMES GIARDINA, being duly sworn, deposes and says:

     1.   I am a Detective with the Buffalo Homicide Squad.

     2.   On April 16, 1998, I met Wymiko Anderson a/k/a Pumpkin at 239 Dewey Street. Her boyfriend, Paul Pope, had been murdered and I brought her downtown for an interview.

     3.   During this encounter Anderson never gave me any information regarding the Means homicide.

     4.   On April 17, 1998, I conducted an interview with Anderson regarding the Paul Pope homicide. This interview resulted in a sworn statement.

     5.   At no time during the course of this interview did Anderson make any reference to the Tamika Means murder or Cory Epps.

     6.   If Anderson disclosed such information on April 17, 1998, it would be my practice to incorporate that information into

EPPS 00571

EPPS 00572

her statement or a P-73. I would then attempt to investigate those allegations.

7. On April 20, 1998, Anderson came to the Homicide Bureau office with Melvin Calhoun. During the interview of Calhoun, Anderson never told me anything about Russell Montgomery being involved in he Means homicide.

8. Again, it would be my practice to put this type of statement in writing. There is no mention of this statement in the P-73 dated April 20, 1998.

JAMES GIARDINA

Subscribed and sworn to before me
this 30TH day of August, 2000.

Notary Public, State of New York
Qualified in Erie County
My commission expires on 1/21/01.