At a Criminal Term of the County Court, held in and for the County of Erie, in Erie County Hall, City of Buffalo, New York, on the 29th day of July, 1997.

PRESENT: HON. TIMOTHY J. DRURY, J.C.C.
Judge Presiding

STATE OF NEW YORK
COUNTY COURT : COUNTY OF ERIE

---

THE PEOPLE OF THE STATE OF NEW YORK

v

COREY L. EPPS,

Respondent

**O R D E R**

ECDA File No. 97-1542-001

---

Now, upon the motion and supporting Affidavit of PATRICIA I. CARRINGTON, Assistant District Attorney, appearing of counsel to FRANK J. CLARK, District Attorney of Erie County, argued before this Court on July 29, 1997, and having considered the argument presented by SALVATORE ABBATE, ESQ., counselor to the respondent, COREY L. EPPS, it is hereby

ORDERED, that the respondent, COREY L. EPPS, appear in person dressed in a manner to be specified at Buffalo Police Department Headquarters, 74 Franklin Street, Buffalo, New York, for the purpose of exhibiting himself in a corporal lineup, said lineup to occur on the 30th day of July, 1997, at 12:30 p.m.

EPPS-DA 00123

ORDERED, that the respondent refrain from changing his physical appearance in any way whatsoever prior to the occurrence of said line-up, and it is further,

ORDERED, that should the respondent fail to appear at the agreed upon time, the respondent may be taken into custody temporarily for the purpose of exhibiting himself in a corporeal line-up as set out above.

ENTER.

_____
HON. TIMOTHY J. DRURY, J.S.C.

GRANTED: This 29TH day of July, 1997.

_____
Court Clerk
**KEVIN J. O'CONNOR**

- 2 -