

**EXHIBIT 96** 5/5/21

EPPS-DA 00938

EPPS-DA 00939



I have positively identified the photo in slot # ...5...... as being the person that I SAW SHOT TOMIKA MEANS ON 5-26-97 ..Date...7-16-97
Signed [signature] 9:05 p.m.

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE
CITY OF BUFFALO
Photo - Array Identification Affidavit**


EXHIBIT 12
1/19/21

DATE: 7/6/97

**STATE OF NEW YORK
COUNTY OF ERIE           } SS. :
CITY OF BUFFALO**

_Jacqueline Bradley_, AGE _24yrs_, ADDRESS _364 Millicent Ave Buffalo N.Y._ PHONE _862-0535_, BEING DULY SWORN, DEPOSES AND MAKES THE FOLLOWING STATEMENT TO _Reginald Minor Det_ / _John M Bohen Det_ [Name] [Rank] AT _2105_ HRS., DATE _7/6/97_, WHILE AT _364 Millicent Ave Buffalo NY_ [Address] [City/Town] [State]

**NOTE :** STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.** I PICKED OUT A PHOTO IN THE NUMBER _5_ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE PHOTOGRAPH AS BEING THE ONE THAT _I saw shoot Tomika Means_ (Describe criminal act) ON _5/26/97_. [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS _Cory Epps_ (Enter name).

**B.** ~~I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH AS LOOKING LIKE THE PERSON WHO _____ ME ON __/__/__ BUT, I CANNOT BE SURE UNLESS _____.~~

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signed X _Jacqueline Bradley_

SUBSCRIBED AND SWORN TO BEFORE ME,
THIS _6_ DAY OF _July_, 19 _97_
COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.
_Det John M Bohen_

COB00000004