**CD #** ~~7805777~~

**Officer** DET. John M. Bohen

**Unit** Homicide Unit

### PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 210 027 | 10-16-95 |
| 2. | 178551 | 12-18-96 |
| 3. | 203624 | 11-15-95 |
| 4. | 155 890 | 4-18-95 |
| 5. | 215 197 | 3-11-97 |
| 6. | 125 245 | 10-25-93 |

**Remarks**

Mug Array set up 6-24-97.

P-89

COB00000986

EXHIBIT 4
1/19/21



COB00000987