CD # 700-719

Officer _Morales_

Unit _Homicide_

PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 212 522 | 3/29/96 |
| 2. | 188 001 | 11/10/95 |
| 3. | 187356 | 12/4/95 |
| 4. | 127481 | 1/5/96 |
| 5. | 161052 | 3/22/94 |
| 6. | 210 027 | 10/16/95 |

Remarks

P-89

COB00000948

EXHIBIT
9
1/19/21



COB00000949

> 264 Michael    Orquen BRADY
> Mother
> LOLA Shaw
> 26 ECG ext 70
> 895 1996.
> 862-0535 — India #
> Will Be in Mothers
>
> WORKS AT
>
> Nursy Home
> Wheels DR
> 10R TRANSIT,
> Past AL MARCONI,

COB00000950



COB00000951

```
CORY L. EPPS
DOB: 06-22-71
95-047
94-175
```

COB00000952