COUNTY COURT  :  ERIE COUNTY

---

THE PEOPLE OF THE STATE OF NEW YORK

    against                          Indictment No. 97-1542-001

CORY L. EPPS

---

      THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment accuses CORY L. EPPS of the following crime:

      FIRST COUNT: MURDER IN THE SECOND DEGREE, in that he, the said CORY L. EPPS, on or about the 26th day of May, 1997, in this County, with intent to cause the death of another person, to wit: Tomika Nicole Means, caused the death of Tomika Nicole Means by shooting her.

      SECOND DEGREE: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment accuses CORY L. EPPS of the following crime:

      CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, AN ARMED FELONY, in that he, the said CORY L. EPPS, on or about the 26th day of May, 1997, in this County, possessed a loaded firearm, to wit: a loaded handgun, with intent to use the same unlawfully against another, to wit: Tomika Nicole Means.

                                       **S/FRANK J. CLARK**
                                       FRANK J. CLARK
                                       DISTRICT ATTORNEY OF ERIE COUNTY

| | |
|---|---|
| of   Court | ATTACH TO ACCUSATORY INSTRUMENT<br>Docket No. |
| **PEOPLE OF THE STATE OF NEW YORK**<br>  - vs -<br>**DEFENDANT CORY L. EPPS** | **DISTRICT ATTORNEY**<br>**OF ERIE COUNTY**<br>Indict. No. <u>97-1542-001</u> |

## NOTICE TO DEFENDANT OF INTENTION TO OFFER EVIDENCE AT TRIAL
### Sections 710.30 CPL and 700.70 CPL

**THE PEOPLE** intend to offer at trial:

I.  **STATEMENTS BY DEFENDANT:** Evidence of a statement made by the Defendant to a **Public Servant** engaged in law enforcement activity or to a person then acting under his direction or in cooperation with him.

/X/ 1. Written Statement (attach copy)
/ /  2. Oral Statement (Specify: date, place, content and to whom made)


II. **IDENTIFICATION OF DEFENDANT:** Testimony identifying the Defendant as a person who committed the offense charged by witnesses who have identified him as such prior to arrest/trial. Specifically.

/ /  1. Post Crime Confrontation at or near Crime Scene/Hospital/Police Station
        Date     Place

/X/  2. Photograph Identification
        Date <u>7/6/97</u>   Place <u>Photo array shown to witness at 364 Millicent</u>

/X/  3. Line-Up
        Date <u>7/30/97</u>  Place <u>74 Franklin Street</u>

/X/  4. Observation of Defendant upon some other occasion relevant to case
        Date <u>6/11/97</u>  Place <u>Delavan near Moselle by witness, 1:30 p.m.</u>

III. **EAVESDROPPING WARRANT:** Contents of an intercepted communication or evidence derived therefrom.

/ /  1. Eavesdropping Warrant and accompanying Application for Eavesdropping Warrant (attach copies of both)

---

**FOR POLICE USE**

Arresting Agency: <u>B.P.D.</u>
Arresting Officers (names): <u>Homicide, Masecchia</u>   Unit

---

**FOR COURT USE**

Arraigning Court: _____
Defendant/Attorney (name) _____     Served On: _____
           By (name): _____
**WHITE - Court Clerk**       **YELLOW - Defense Attorney**       **PINK - File**
DA-710.30 (Rev. 4/90) ECDA

EPPS-DA 00097