April 17th, 1998

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

MS. Wymiko Anderson AKA PUMPKIN, BF23-7-19-74 residing at 239 Dewey Street in the City of Buffalo, telephone number 837-5745. Being duly sworn makes and deposes the following sworn statement. The statement is taken at the Buffalo Police Departments Homicide Squad. The statement is typed by Detective Mark R. Stambach and the questions are being asked by Detectiv James Giardina.

This statement is started at 7:30AM:

Q. Do you read and write?
A. Yes.

Q. How far did you go to in school?
A. The 11th grade but I did get my G.E.D.

Q. The Buffalo Police Departments Homicide Squad is investigating the death of Mister Paul T. Pope a black male that was found dead on Thursday, April 16th, 1998 at or about 11:52PM at 213 Kay Street in the City of Buffalo. Can you tell me in your own words what you know about that homicide?
A. That he was found on Kay Street in the trunk of a car.

Q. How do you know Paul T. Pope?
A. He is my boyfriend.

Q. How long have you known Paul Pope?
A. Ten years.

Q. Is he the father of your children?
A. Yes.

Q. Does Paul Pope live with you?
A. Yes.

Q. Did you see Mister Pope yesterday?
A. Yes.

Q. Were did you see him at?
A. My home at 239 Dewey Street.

Q. What time did you see Paul Pope last at?
A. Around between one and two.

Q. What time did he depart from your house?
A. I looked at the clock at 2:11 and he was gone before that.

Q. Did he tell you were he was going at that time?
A. He said he was going to see Russell and that I will be back.

Q. How did Paul leave your house?
A. Driving.

Q. Was he alone at the time?
A. Yes.

Q. What kind of car did he drive away in?
A. A Pontiac Gran AM, 2 door, red enterior, a 1992.

Q. Whose car is that?
A. It is registered in my name but it is his.

Q. What was Paul wearing when he left your house?
A. A white tank top T-Shirt, a blue and tan jacket, with GIGGYWEAR on the back of it, blue pan with pockets on the side of them, elastic on the bottom of them, abd blue and white nikes.

Q. Did he give you money before he left your house today?
A. Yes, a total of $131.00 exactlly.

Q. Did he have other money with him?
A. I thought he said he had twenty five dollars left with nim I dont know.

EPPS 00089

EXHIBIT 43  1/21/21

STATEMENT PAGE THREE CONTD. OF MS. ANDERSON.

Q. Do you know of anyone that saw Pauls car yesterday?
A. Dion told me that he seen on Grape Street a light skinned dude driving the car and a girl on the side.

Q. What is Dions full name?
A. Dion Anderson.

Q. Were does Dion live at?
A. On Walden I dont know my grandmothers address.

Q. What is your grandmother name?
A. Annie Mae Anderson.

Q. What time did you talk with Dion about him seeing Pauls car being driven?
A. It was around eleven thirthy or 12 o'colock.

Q. How did you learn of Pauls death?
A. His sister called and told me, she is Danita Pope, 875-0821.

Q. Did Dion take you to a Hospital?
A. Yes he did.

Q. At that time did Dion tell you that he saw Pauls car being driven by someone?
A. Yes I first paged him, I then called him for a ride he said that he thought he had seen Pauls car and he pulled up on him and asked him were Paul was. The dude told him that Paul was taking care of some buisness. Then Dion said he was calling him and he was going to call hi cell phone. The girl said page him he is not going to answer his cellular phone.

Q. What address was this at that Dion sAW THIS MAN AND WOMAN AT?
A. At 219 Grape Street near North street

Q. Is this the address of Russells girlfriend CONNIE?
A. No, Connie lives on Dartmouth. I know the house.

Q. Is there anything else that you can add to this three page statement that I have not asked you as of yet that would help us in this investigation?
A. No.

Q. I am now going to ask you to read this three page statement and ask you if it is correct?
A. It is OK.

Q. Will you now sign this sworn statement for me now?
A. Yes.

MRS

STATEMENT IS STOPPED AT 8:20AM

SIGNED _Shyniko Anderson_

WITNESS: _[signature]_

Sworn and susbribed before me this
17th day of April 1998

_Mark R. Stambach_

Commissioner of Deeds in and for the
City of Buffalo. My commission expires
on 12-31-99