4/27/98

To the lawyer of Corey Epps?

I may have a little information that may help you out in your appeal. I know they have the wrong man the real ~~murder~~ killer is RUSSELL MONGUMERY? If you can recall they said that the killer was driving a tan or (gold) color car year 1987 Park Avenue or a nighty-eight oldsmoble Russell and his daughter ~~mother~~ Connie was driving the car the night of the murder they lived at 21 Durham around the corner from the murder they was coming from the steak house on Elmwood. They never had Russell in the line up but I'm willing to beat anything if you put those two together at night they can pass for each other. Connie real name is Constence. talk to her old land lord to get her real name. Get a mug shoot of Russell and you got your man. The reason why I'm coming forth now is because Russ is a cruel and heart less man that have to be stopped. I can only remember that he had a light green and tan bear force coat on that night

the car may have been registered in Connie's name I'm not sure but if I can remember anything else about your case I will write you or call you on the phone. But with God on our side we will put this beast away so don't stop if you believe in your heart that he's innocent just keep the faith in the lord and justice will be served. So I hope and pray that ~~th~~ what I'm telling you will help a lot

( I'll keep in touch )

P.S. talk to a lady that lived up stair over the store on Delavan & Chealsea I don't know her but she maybe able to add on to what I'm telling you. She a white female

yours truly

EPPS 00617