Department of Police
City of Buffalo


State of New York  )                                July 9, 1997
County of Erie     )  SS
City of Buffalo    )                                1450 hours


      I Cory L. Epps B/M of 446 North Division with a phone number of 842-3161 and, also 831-3102. With a date of birth of 6/22/71, 26 years of age. Do hereby solemnly swear and affirm that the following statement is mine. Said statement is taken in the interview room of the Homicide Office at 74 Franklin St.. The statement is typed up by Detective Juan Morales and, the questions are asked by same along with Detective Raniero Masecchia.

Q. Can you read and write?

A. Yeah.

Q. How far did you go in school?

A. 11th grade.

Q. Where did you go to school?

A. Riverside High School.

Q. Are you presently employed and, if so where?

A. I'm not employed.

Q. How do you support yourself?

A. My girl and, my mother. Also myself I do odd jobs, work on cars and stuff.

Q. The Buffalo Police Homicide Section, is presently investigating the shooting death of Tomika Means B/F of 38 Barbara Place, Cheektowaga. With a date of birth of 9/14/73, 23 years of age. Who was shot and killed on 5/26/97 at approximately 0427 hrs.. At the corner of Chelsea and East Delevan, while seated in her vehicle. In your own words, what if anything can you tell me as to what you know in regards to this incident?

A. All I know is that I heard about it and, that's it. I heard it through the streets.

Q. Can you remember who it was that told you about this incident?

A. I don't remember. I'm not going to lie about it.

Q. Did you know Tomika Means?

A. Not personally.

Q. Did you know of her?

A. Yeah, as Kenyon Edward's girlfriend.

Q. Do you know Kenyon Edwards?

A. Yeah, I know Kenyon.

Q. How long have you known Kenyon?

A. Least about 10 years. Since I was about 16.

Q. Are you familiar with the car that Kenyon and, on occassions his girlfriend would drive?

**EXHIBIT 82  2/17/21**

C.L.E

1    statement continued on page 2 from

COB00000876

A. Yeah I'm familiar with the car. It's a red Millano with gold rims.

Q. May 26 was a Saturday. This incident happened at around 0427 hrs. on Saturday going into Sunday. Do you recall where you were at around that time?

A. No, because I don't have an idea. I probably was at home.

Q. Do you recall if you went out at all that night, Saturday night?

A. Saturday I prbably went out. I go out every Saturday night.

Q. Do you go to the same places(bars), when you go out?

A. Basically. Like Birchfields or O'Boys.

Q. Would you have gone to Birchfields or O'Boys on Saturday May 26, if you were out?

A. Yeah, I would've gone to Birchfields or O'Boys that night or any club that was pumping.

Q. If you had seen Tomika out at either O'Boys or Birchfields, that night. Would you have recognized her, if you saw her?

A. Yeah, I know Tomika. I see her out all the time.

Q. When you would see Tomika out at the clubs. Would you see her alone or with a friend or her boyfriend Kenyon?

A. I see her with Kenyon once in a while. I usually see her with some girls when she be out.

Q. Do you know any of her girlfriends?

A. No.

Q. For how long would you say you've known about Tomika or have known Tomika?

A. She's been with Kenyon, but I don't know how long. I've seen her with Kenyon for about 3 to 4 years.

Q. Do you own a handgun?

A. No.

Q. Did you shoot and kill Tomika Means on 5/26/97 at about 0427 hrs. at the corner of Chelsea and East Delevan?

A. No.

Q. Would you be willing to stand in a line-up. In connection with this investigation?

A. Yes, I will.

Q. How would you classify your relationship with Kenyon?

A. He cool. If he was getting beat up or something like that. I would help him out.

Q. Is there any reason that you can think of. As to why someone would pick your picture out of a photo array and, point you out as the shooter?

A. It's a mystery to me. I don't know. This shit is really crazy.

2

C.L.E

Statement continued on page 3 from page 2    COB00000877

Q. Earlier in this statement, I asked you where you were at the time that this shooting took place. To which you stated that you were probably at home. Who else would've been at your house on that night?

A. My girl.

Q. What's her name and, where does she live?

A. Jerrihia Johnson and, she lives at 720 East Amherst upper apt..

Q. Was she at your house on that night or, did you go over to her house?

A. I went over to her house. I be there all the time.

Q. Was there anybody else there, that night?

A. I don't know if her brother had ,moved in yet or not.

Q. Was your girlfriend with you that night, when you went out to the clubs?

A. No.

Q. Do you recall who, if anyone, was with you on that night?

A. No.

Q. Do you or do you know someone that owns or has a light blue car?

A. My girl has a blue car.

Q. Do you on occassions drive that car?

A. Yeah, if me and my girl were going out or something. I used it a couple of times, when my car was in the shop. Never at night, if I were going to a club or something.

Q. What kind of car do you have?

A. 81 Malibu.

Q. What color is it?

A. It's green.

Q. Who is it registered to?

A. Jerrihia.

Q. Is there anything that you can think of that would be of help in this investigation. That I may not have asked you. That you feel should be added to this statement?

A. I don't know what to say.

Q. I will now have you read this 3 page statement, if it is true and correct, will you sign it?

A. Yeah. (deponent now reads the statement) Deponent has hard time reading the statement, so his girlfriend Jerrihia reads the statement to him, when she's brought in to the interview room.
Time concluded: 1600 hrs.

I do hereby solemnly swear and affirm that the above statement is true and correct. That I have read or/have had read to me this statement. That any false information made therein is punishable by section 210.45 of the New York State Penal Law as a Class "A" misdemeanor.

Sworn to and subscribed to before me    Signed: _____
this 9th day of July, 1997.
Commissioner of Deeds in and for the City of Buffalo. My commission expires 12/98.

COB00000878