TO: Lt. William P. Conwall    DATE 7-7-97    TOUR 1600-0200hrs

FROM: Sgt Bratos, Det Boben    VEHICLE # 14    RADIO CALL # 1271
(car crew)
Det Minor                                                         1272
(car crew)                 VEHICLE #_____    RADIO CALL #_____

_____      VEHICLE #_____    RADIO CALL #_____
(car crew)

_____      VEHICLE #_____    RADIO CALL #_____
(car crew)

ARRESTS:_____

_____

WARRANTS/SUBPOENAS/SUMMONS SERVED AND ATTEMPTED:_____

_____

_____

_____

NARRATIVE: (Investigations/Conferences/Court, etc. Initial all entries.)

File # 97-109 Victim Portah Collins, Reviewed P73 for Post Exam and signed it, placed it in the file  JB/RM/KB

File # 97-083 Tomika Means, P73 submitted on Mug array viewing by witness JB/RM/KB

File # 97-104 Victim Marcus Bellamy, interviewed victim and witness at ECMC, P73 to follow. JB/RM/KB

File # 97-104 victim Marcus Bellamy, received from Lt. R Doyle of E Dist a copy of the Integrity Sheet from this crime scene its made part of the file. JB/Rm/K

File # -97-083 Victim Tomika Means, Linda Means Aunt to the victim called at 2330h and said she heard that people were saying that Cory Epps did ths shooting, she was advised to have these people contact this office with any information yhey may have on this person. JB/RM/KB

ALL D/SGTS, DETS AND A/DETS WORKING THE FOLLOWING OR RELIEVING TOUR OF DUT INITIAL AFTER READING____/____/____/____/____/____/____/

EXHIBIT 1  1/19/21

BUFFALO POLICE DEPARTMENT
HOMICIDE SECTION
ACTIVITY REPORT

TO: Lt. William P. Conwall     DATE 6-26-97     TOUR 1500-0200hrs

FROM: Det Callari-Det Bohen    VEHICLE # 17    RADIO CALL # 1271
(car crew)

_____  VEHICLE # _____  RADIO CALL # _____
(car crew)

_____  VEHICLE # _____  RADIO CALL # _____
(car crew)

_____  VEHICLE # _____  RADIO CALL # _____
(car crew)

ARRESTS: _____

_____

WARRANTS/SUBPOENAS, SUMMONS SERVED AND ATTEMPTED: _____

Served Grand Jury Subpoena on Billy Brown 895 Glenwood ave.

_____

NARRATIVE: (Investigations/Conferences/Court, etc. Initial all entries.

File # 97-083 victim Tomika Means, Reveived a phn call from Aunt of victim a. Linda Means of 346 Bryant st Apt 4 Phn 882-0966 who stated that composite she saw of suspect looks to her like a Cory Epps B/M/25yrs, submitted for a mug an Record and Frap on this guy, JB/LC

1920hrs called back to the HQ by Det Donovan that he had a guy who was possibly wanted for a Homicide, this guy is DeMario Lamar Baines B/M/DOB 9-4-78, called Lt Conwall and Det Morales and they were'nt familar with the name, Det Donovan was checking with Albany to verify the man's prints before he was to be release There were no warrant for this person at this time   JB/LC
Spoke with Shift Officer Lt Flowers and this person's prints checked out and he was not wanted for anything at this time, a copy of his arrest card is with th sheet. JB/LC

EXHIBIT
8
1/19/21

ALL D/SGTS, DETS AND A/DETS WORKING THE FOLLOWING OR RELIEVING TOUR OF D INITIAL AFTER READING____/____/____/____/____/____/

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO: Captain. Joseph Riga<br>Chief of Homicide Unit | SUBJECT<br>Witness shown Photo array on file # 97-083 | DATE 6-25-97 |
|---|---|---|
| FROM: Det John M. Bohen<br>Homicide Unit | | |

Attn: Lt. William Conwall, ACD, Homicide Unit

Sir,

This writer working the 1600-0200hrs tour of duty along with Det Louis Callari did show a photoarray to the witness in file # 97-083, the array was shown to Jacquline Bradley resides at 364 Millicent ave on 6-25-97 at 2330hrs Ms. Bradley stated that none of the photo's in the array were of the suspect in this case. The photo in slot # 5 was the potential suspect, Identifyied as Donald Faison B/M/24yrs/DOB 12-11-72 of 1261 E Ferry st, the information on the suspect was sent to the Homicide Office by PO. M Sentiff and PO. T Weismore of E District, see P73 from this writer on 6-09-97 in file folder.

This writer will keep your office abreast of any further information on this case by P73.

Respectfully submitted,

Det John M. Bohen

Det Louis Callari

Homicide Unit

EXHIBIT 6  1/19/21

COB00000119

P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | VICTOR A. DESIMONE<br>CHIEF PHOTOGRAPHER<br>POLICE PHOTOGRAPHIC UNIT | SUBJECT | DATE 7-3-97 |
|---|---|---|---|
| FROM | Det John M. Bohen<br>Homicide Unit | REQUEST FOR PERMANENT PHOTO ARRAY | |

Sir:

The composition of a permanent photo array to be used for the purpose of suspect identification is requested. The suspect's name is __EPPS  Gary  L__ . The photo that is needed has
[Last name, first, initial]

B.P.D. mug number __161052__ and was taken on __5-18-97__.

Listed below are suitable stand-ins. * [Substitutions for stand-ins may be made at the discretion of the Police Photographer]

|    | MUG NUMBER | DATE OF ARREST |
|----|------------|----------------|
| 1. | 226329     | 3-27-97        |
| 2. | 121782     | 3-27-97        |
| 3. | 204273     | 6-28-97        |
| 4. | 127805     | 3-27-97        |
| 5. | 180514     | 8-02-95        |
| 6. |            |                |
| 7. |            |                |

Respectfully submitted;

Det John M. Bohen
Homicide Unit
PCT/ UNIT/ SQUAD

Received by __Det John M Bohen__
Date completed __7-3-97__

EXHIBIT 3  1/19/21

COB00000953

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO Captain. Joseph Riga<br>Chief of Homicide Unit | SUBJECT | DATE 7-7-97 |
|---|---|---|
| FROM Det. John M. Bohen<br>Homicide Unit | Viewing of Mug Array by witness in File # 97-083, victim is Tomika Means | |

Attn: Lt. William Conwall, ACD, Homicide Unit

Sir,

This writer working the 1600hrs to 0200hrs tour of duty on 7-6-97 along with Det Reginald Minor did show a Photo Array to Ms Jacquline Bradley B/F/24yrs of 364 Millicent ave Buffalo NY, Ms Bradley is a witness in this case as per File # stated above.

At 2100hrs this writer and Det Minor arrived at Ms Bradley's home and at 2105 hrs this writer shows the photo array to Ms Bradley while in her kitchen which is well lit, this writer asked Ms Bradley if she wore glasses and she stated No. Ms Bradley points to the photo in slot # 5 and in a very excited voice states, That's him, that's the guy who shot Tomika, I swear to God that's him. Ms Bradley was holding her chest at this time. This writer has Ms Bradley sign, date and place the time on the identification sticker, she also signs the Photo Array Identification Affidavit. This writer asked Ms Bradley if she knew the person in photo slot # 5 and she states NO, This writer informs her of his name and she states I don't know him but I've heard of him. Ms Bradley also states that she has been having night-mares about that night. This array and forms are made part of the file.

This writer will keep your office abreast of any further developments on this case by P73.

Respectfully submitted

*[signature]*

Det. John M. Bohen

Det Reginald Minor

Homicide Unit.

EXHIBIT 10 1/19/21

COB00000123