# **<u>Exhibit 36</u>**

(To Be Filed Under Seal Upon Appropriate Application to the Court)