# **Exhibit 37**

(To Be Filed Under Seal Upon Appropriate Application to the Court)