1                                                         1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          -------------------------X

4          CORY EPPS,

5                         Plaintiff,
                                        Case No.:
6              -against-               1:19-CV-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE REGINALD
8          MINOR, DETECTIVE MARK STAMBACH,
           DETECTIVE JAMES GIARDINA,
9          DETECTIVE ANTHONY CONSTANTINO,
           DETECTIVE ROBERT CHELLA,
10         RANIERO MASSECHIA, CHARLES
           ARONICA, and CHIEF JOSEPH RIGA,
11
                         Defendants.
12
           -------------------------X
13                                      May 5, 2021
                                        12:14 p.m.
14

15

16              Videoconference deposition of JOSEPH

17         RIGA, taken by Plaintiff, pursuant to

18         agreement and to the Federal Rules of Civil

19         Procedure, reported remotely by Nicole

20         Veltri, RPR, CRR, and Notary Public of the

21         State of New York.

22

23

24

25

```
 1                                                           2
 2          APPEARANCES:
 3
 4          RICKNER PLLC
 5                 Attorneys for Plaintiff
 6                 14 Wall Street, Suite 1603
 7                 New York, New York 10005
 8          BY:  ROB RICKNER, ESQ.
 9
10          CITY OF BUFFALO LAW DEPARTMENT
11          CORPORATION COUNSEL'S OFFICE
12                 Attorneys for Defendants
13                 65 Niagara Square, Room 1112
14                 Buffalo, New York 14202-3313
15          BY:  MAEVE HUGGINS, ESQ.
16
17
18
19
20
21
22
23
24
25
```

1                                                    3

2                        STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5     and between counsel for the respective

6     parties hereto, that all objections, except

7     as to form, are reserved to the time of

8     trial.

9          IT IS FURTHER STIPULATED AND AGREED

10    that the deposition may be signed and sworn

11    to before any officer authorized to

12    administer an oath.

13         IT IS FURTHER STIPULATED AND AGREED

14    that the sealing and filing of the

15    deposition be waived.

16

17

18

19

20

21

22

23

24

25

```
 1                      Riga                    4
 2         JOSEPH RIGA,
 3              called as a witness, having been first
 4              duly sworn by a Notary Public of the
 5              State of New York, was examined and
 6              testified as follows:
 7         EXAMINATION
 8         BY MR. RICKNER:
 9              Q.    Please state your name for the
10         record.
11              A.    Chief Joseph Riga.
12              MR. RICKNER:  I assume counsel
13         will accept any subpoenas in the event
14         that that would be necessary to secure
15         an appearance at trial in which case I
16         will not need his home address.
17              MS. HUGGINS:  Let me just take a
18         moment to explain what that means to
19         him, okay?
20              (Whereupon, an off-the-record
21         discussion was held.)
22              MS. HUGGINS:  I agree to accept
23         service on his behalf.
24              MR. RICKNER:  Great.
25              Q.    Hi.  My name is Rob Rickner.  I
```

```
 1                        Riga                    5

 2        represent a man named Cory Epps in this

 3        lawsuit, and I would like to ask you a

 4        couple of questions today?

 5                   Now, right off the bat I've got a

 6        couple of initial ground rules; and these

 7        are just designed to make sure that we get

 8        a nice, clear, transcript.  So the first

 9        one is, you may know where I'm going and I

10        make these long rambling questions and

11        you're sure you know what the answer is,

12        but please do me a favor and don't jump in

13        and give me the answer and still wait until

14        I'm done the end of my stupid question

15        before jumping in and answering.

16                   Can you do that for me?

17        A.    Yes, sir.

18        Q.    Now, you're testifying over a

19        Zoom link in a conference room; but it's

20        the same rules as though you're testifying

21        at trial, meaning that you have to tell the

22        truth, the whole truth, and nothing but the

23        truth?

24                   Can you do that for me?

25        A.    Yes.
```

```
 1                      Riga                    6
 2          Q.    You're already doing a great job
 3     of this, but please make sure to make your
 4     answers verbal.  If you nod your head or if
 5     you say something like uh-huh, it may not
 6     be clear on the record what you meant; and
 7     so that's not going to work for the court
 8     reporter.  So can you please give me verbal
 9     answers in this deposition?
10          A.    Yes, I will.
11          Q.    Do you have any medical condition
12     that would prevent you from giving full and
13     accurate testimony today?
14          A.    No.
15          Q.    Did you prepare for your
16     deposition today?
17          A.    I reviewed several exhibits this
18     morning.
19          Q.    Okay.
20               Did any of those exhibits refresh
21     your recollection as to the underlying
22     events of this lawsuit?
23          A.    I would say minimally.
24          Q.    Okay.
25               Do you know which exhibits in
```

```
 1                    Riga                7

 2      particular sparked a memory?

 3          A.    I'm sorry.  I couldn't hear what

 4      you said.

 5          Q.    Could you tell me which exhibits

 6      specifically sparked a memory?

 7          A.    Well, in general, there were some

 8      exhibits that brought back some

 9      recollection of what transpired when this

10      first came up.

11          Q.    But was there any one or

12      collection of exhibits that really gave you

13      the most impact?

14          A.    I don't think I can pick one out

15      in particular.  I can just say in general I

16      think it caused me to remember some facts.

17          Q.    Now, would it be fair to say --

18              MS. HUGGINS:  Is it possible --

19          just in fairness, he's reviewed I would

20          say half of the number of exhibits

21          here.  They are all here and available.

22              MR. RICKNER:  Okay.

23              MS. HUGGINS:  We have not made it

24          through all of them.

25              MR. RICKNER:  Well, I'll accept
```

```
 1                     Riga                    8

 2          your representation that what he

 3          reviewed are a portion of the exhibits

 4          that have been marked 1 through 95 so

 5          far in this deposition.

 6               MS. HUGGINS:  Correct.  Only the

 7          numbered exhibits so far that we've

 8          used in deposition testimony.

 9               MR. RICKNER:  All right.  Thank

10          you very much.

11          Q.   Chief -- well, let me get this

12     out of the way, what was the highest rank

13     that you held when you left, I guess, it's

14     the district attorney's office?

15          A.   I was the chief investigator in

16     the DA's office.

17          Q.   I'm going to call you Chief Riga

18     then in this deposition if you don't mind.

19          A.   That's fine.

20          Q.   Chief Riga, is it fair to say

21     that you've testified in court before?

22          A.   Yes, I have.

23          Q.   Would it be correct to say that

24     you've testified in court hundreds of

25     times?
```

```
 1                     Riga                9
 2          A.    Hundreds might be a little more
 3     than I did.  I don't know if I'd go that
 4     high.
 5          Q.    Quite a few?
 6          A.    Yes.
 7          Q.    Did you ever testify at a grand
 8     jury?
 9          A.    Yes.
10          Q.    Have you ever been at trial and
11     been cross-examined using your previous
12     grand jury testimony?
13          A.    Yes, I have.
14          Q.    So would it be correct to say
15     that you understand that you have to be
16     careful in choosing your words when you
17     testify under oath in front of a court
18     reporter like you are today?
19          A.    Yes.
20          Q.    Now, what year did you finish
21     high school?
22          A.    1968.
23          Q.    And what year did you hold your
24     first position of any kind in law
25     enforcement?
```

```
 1                         Riga                  10
 2          A.    1968.
 3          Q.    What was your first job in law
 4    enforcement?
 5          A.    I was a police cadet in the City
 6    of Buffalo.
 7          Q.    Would it be fair to say that you
 8    did your entire career in the City of
 9    Buffalo?
10          A.    No, it would not.
11          Q.    Then we'll go through it.  I
12    don't want to skip over anything.  How long
13    were you a police cadet?
14          A.    For two years.
15          Q.    After those two years, were you
16    promoted?
17          A.    It was -- I became a police
18    officer in the City of Buffalo.
19          Q.    And how long were you a police
20    officer for?
21          A.    Well, if you use the term police
22    officer to describe my occupation, it would
23    be, like, 50 years.
24          Q.    Okay.  I am looking for a little
25    bit more granular detail than that.
```

```
 1                    Riga                    11

 2              There's sort of a -- I don't know

 3      what the title would have been referred to

 4      around 1970, but was there a police officer

 5      or patrol officer type title at the Buffalo

 6      Police Department?

 7           A.    The title back in 1970 was

 8      patrolman and then transitioned over to

 9      police officer.

10              MS. HUGGINS:  Rob, I apologize.

11           I neglected at the beginning, we would

12           like to do read and sign with

13           permission for 60 days.  I apologize.

14              MR. RICKNER:  No problem at all.

15           Go nuts.

16           Q.    How long were you a patrolman or

17      police officer depending on when it was?

18           A.    Well, I was a uniformed police

19      officer for about ten years.

20           Q.    So that takes us to approximately

21      1980?

22           A.    Yes.

23           Q.    And in 1980, were you promoted?

24           A.    It wasn't a promotion per se, but

25      I was assigned as a plainclothes officer to
```

```
 1                    Riga                    12
 2      the narcotics squad sometime around 1980.
 3           Q.    Would that be considered a
 4      promotion?
 5           A.    Not at the time.
 6           Q.    How long were you a plainclothes
 7      narcotics officer?
 8           A.    Well, I was with the Buffalo
 9      Police Narcotics Squad for about a year or
10      two; and then I went to the drug
11      enforcement administration task force.
12           Q.    Now, when you went to the DEA
13      task force, was that a joint task force in
14      that you were stilled employed by the City
15      of Buffalo; or did you actually go work for
16      the federal government?
17           A.    No.  It was a joint task force,
18      and I was still employed by the City.
19           Q.    How long did you hold that
20      position?
21           A.    Well, while I was there, I was
22      promoted to lieutenant; and I was at the
23      DEA from about 1981 or '82 until about
24      1986.
25           Q.    Forgive me ignorance, but did you
```

1                           Riga                    13

2      skip over sergeant?

3           A.     I never had the rank of sergeant.

4           Q.     So you went from essentially

5      patrolman or uniformed officer straight to

6      lieutenant?

7           A.     Right.  While I was at the DEA

8      office, I was promoted to lieutenant in

9      1986.  I stayed at the DEA office after

10     that for a couple of years, and then I

11     transferred or was reassigned back to the

12     Buffalo Police Narcotics Unit.

13          Q.     Okay.

14                 But to be clear, throughout that

15     period of time, your paychecks would be

16     written by the City of Buffalo?

17          A.     Yes.

18          Q.     And when did you leave the

19     narcotics division or squad?

20          A.     That would have been in 1992; I

21     was promoted to captain.

22          Q.     Were you captain of a particular

23     division or part of the Buffalo Police

24     Department?

25          A.     When I was first promoted to

```
1                        Riga                  14
2      captain, I was assigned to what they
3      referred to then as the captain's relief
4      circuit; and I went from station or
5      district depending on where they needed a
6      captain to fill in.
7             Q.    And how long did you hold that
8      position?
9             A.    Well, the position changed in
10     1996 when I was assigned to be the chief of
11     homicide.
12            Q.    So you were assigned chief of
13     homicide in 1996?
14            A.    That's correct.
15            Q.    Do you remember about when in
16     1996?
17            A.    I believe it was September of
18     1996.
19            Q.    Now, would it be correct to say
20     that a captain is a management type role
21     within the Buffalo Police Department?
22            A.    Yes.
23            Q.    You supervised other officers?
24            A.    Yes.
25            Q.    In 1992 when you became captain
```

```
 1                    Riga                15

 2      or at some other time beforehand, did you

 3      get any specific training with respect to

 4      supervising officers?

 5           A.    When I was promoted to

 6      lieutenant, I attended a supervisory

 7      school.

 8           Q.    Where was that supervisory

 9      school?

10           A.    It was Buffalo Police Academy.

11           Q.    Aside from that supervisory

12      school between 1986 and when you became

13      captain in 1992, did you get any other

14      formal education regarding being a

15      supervisor?

16           A.    I -- there may have been some

17      in-service training between that time, but

18      I don't recall specifically.

19           Q.    What about between 1992 and when

20      you became chief of homicide in 1996?

21           A.    I don't recall any specific

22      training.

23           Q.    How long were you chief of

24      homicide?

25           A.    For about five years.
```

```
1                         Riga                    16

2           Q.     So until about 2001?

3           A.     That's correct.

4           Q.     Now, in 2001, where did you go?

5           A.     I became the chief of the Niagara

6     Frontier Transportation Authority Police

7     Department.  I retired from the Buffalo PD

8     in 2001, and I was chief of the NFTA

9     police.

10          Q.     Forgive my lack of geography, is

11    Niagara Falls fairly close to Buffalo?

12          A.     Yes.  But it's not Niagara Falls.

13    It's Niagara Frontier.

14          Q.     Is there any relation; is it

15    about that area, like, the general Buffalo

16    --

17               MS. HUGGINS:  For your

18          identification, maybe it's easier if

19          you ask him what the jurisdiction of

20          the NFTA Transit Police.  It will

21          become quite clear.

22               MR. RICKNER:  Okay.

23          Q.     What was the jurisdiction of the

24    NFTA Transit Police?

25          A.     Well, we -- the NFTA Police had
```

```
 1                    Riga                    17
 2       jurisdiction at the Buffalo airport and the
 3       rapid rail transit system.  I mean, those
 4       were the main function of the NFTA Police
 5       was to police those two entities; but some
 6       of the police officers were also involved
 7       in other areas.
 8            Q.    Got it.
 9                  MS. HUGGINS:  Off the record a
10            moment.
11                  (Whereupon, an off-the-record
12            discussion was held.)
13            Q.    After working at the NFTA, what
14       was the next position that you held?
15            A.    That's when I became the chief
16       investigator at the DA's office.
17            Q.    When was that?
18            A.    That was 2010.
19            Q.    And how many years did you hold
20       that position?
21            A.    About ten.
22            Q.    And after ten years, is it fair
23       to say you retired, retired?
24            A.    That's correct.
25            Q.    You're not currently employed?
```

```
 1                     Riga                   18
 2          A.      Pardon me?
 3          Q.      Are you currently employed?
 4          A.      No, I'm not.
 5          Q.      When you became chief of homicide
 6     in 1996, did you have any prior experience
 7     with homicide investigations?
 8          A.      No.
 9          Q.      Prior to the time you became
10     chief of homicide, did you get any
11     particular training regarding homicide
12     investigations?
13          A.      No, sir.
14          Q.      Prior to becoming chief of
15     homicide in 1996, did you have any training
16     regarding how to do a line up?
17          A.      I don't believe so.
18          Q.      Prior to 1996 when you became
19     chief of homicide, did you have any
20     training with respect to how to do a photo
21     identification, meaning six photos and you
22     have somebody choose one?
23          A.      I don't believe so.
24          Q.      Prior to 1996 when you became
25     chief of homicide, did you have any
```

1                           Riga                    19

2           training regarding Brady materials by which

3           I mean in it's exculpatory information

4           that's required to be turned over to the

5           district attorney?

6                A.     Not that I can recall.

7                Q.     As of the time you became chief

8           of homicide in 1996, were you aware of what

9           Brady materials were?

10               A.     Yes.

11               Q.     Can you tell me what Brady

12          material is?

13               A.     Brady material is material that

14          would need to be turned over to defense

15          counsel that would tend to exculpate a

16          defendant.

17               Q.     And as of 1996 when you became

18          chief of homicide, were you aware of that

19          requirement under Brady v. Maryland?

20               A.     I believe so but -- that's the

21          best answer I can give you.

22               Q.     Fair enough.

23                      Now, when you became chief of

24          homicide in 1996, can you explain how the

25          homicide squad was organized by which I

```
 1                        Riga            20

 2        mean were there different groups of

 3        officers?  Was there some sort of hierarchy

 4        or something else?

 5             A.    When I was assigned to homicide,

 6        there was at least two detective sergeants,

 7        I believe, that were assigned there.  They

 8        were -- the squad was broken up into

 9        groups, I believe.  I don't remember

10        whether it was -- it was either three or

11        four per group and the groups would

12        alternate working days and nights.

13             Q.    Was there a sort of second in

14        command besides yourself?

15             A.    Yes, there was.

16             Q.    And who is that?

17             A.    That was Assistant Chief William

18        Conwell (phonetic).

19             Q.    Do you know whether Assistant

20        Chief Conwell is still alive?

21             A.    I believe he is.

22             Q.    What were Assistant Chief

23        Conwell's duties at the homicide squad?

24             A.    It was -- his duties were to

25        supervise the detectives/investigators
```

```
 1                    Riga                    21

 2      assigned there.

 3           Q.    Was there any particular

 4      difference between your duties and his?

 5           A.    I would say that he worked more

 6      closely with the -- with the investigators.

 7      Mine was a little bit more administrative

 8      than his.

 9           Q.    The two detective sergeants, were

10      their responsibilities different than that

11      of the other detectives at the homicide

12      squad?

13           A.    They weren't really different to

14      any great extent.

15           Q.    When a homicide occurred and was

16      reported, would a particular group of

17      detectives be assigned to it?

18           A.    When a homicide occurred, the --

19      either the police dispatcher would notify

20      detectives that were on duty that they were

21      needed at a particular scene; or if there

22      were no detectives on duty at that time,

23      the assistant chief of detectives, not

24      lieutenant -- not Conwell but a different

25      group of assistant chief of detectives that
```

```
 1                          Riga                    22
 2        would be working around the clock, would
 3        notify homicide personnel that they were
 4        needed.
 5             Q.    What is this different group of
 6        detectives?
 7             A.    I don't know what you mean by
 8        that question.
 9             Q.    Well, you just referred to a
10        group of detectives that wasn't with the
11        homicide squad.
12             A.    No.  I referred to a group of
13        assistant chief of detectives.
14             Q.    Oh, assistant chief of
15        detectives.
16                   What was their role in the
17        Buffalo Police Department?
18             A.    The assistant chiefs worked out
19        of the chief of detectives office.  They
20        weren't really investigators.  They were
21        more administrators and assistant chief of
22        detectives was on duty 24 hours a day and
23        handled situations that would come up that
24        required detective homicide bureau
25        personnel.
```

```
 1                      Riga                  23
 2          Q.    It would be fair to say that some
 3     homicide investigations took a good deal
 4     longer than others, right?
 5          A.    Yes.
 6          Q.    Was there somebody who was
 7     selected as the assigned detective or lead
 8     detective for a particular homicide?
 9          A.    I think generally speaking,
10     whatever detectives responded to the scene
11     of that homicide would be responsible for a
12     follow up investigation but not by them
13     exclusively.  It would be their case, but
14     other detectives would be involved in
15     follow up.
16          Q.    Would it be correct to say that
17     in some investigations there have been
18     decisions made as to which leads were
19     followed up and which witnesses were spoken
20     to?
21          A.    Yes.
22          Q.    Who would make that decision with
23     respect to a homicide investigation?
24          A.    Well, it would depend on the case
25     itself and the circumstances.
```

```
 1                      Riga                    24

 2          Q.    Well, what are the different

 3    options depending on circumstances?

 4          A.    It could be the detectives

 5    themselves.  It might have been the Chief

 6    Conwell or myself.

 7          Q.    So would it be correct to say

 8    when a decision is made to follow up on a

 9    lead, for example, that would be made

10    either by the group of detectives that

11    responded to the scene or by yourself or

12    Assistant Chief Conwell?

13          A.    Yes.

14          Q.    Now, were you working as the

15    chief of homicide when Tomika Means was

16    murdered?

17          A.    I'm not sure what you mean by

18    working.

19          Q.    Were you the chief of homicide

20    when Tomika Means was murdered?

21          A.    Yes, I was.

22          Q.    As you sit here today, do you

23    remember that homicide?

24          A.    I remember certain parts about

25    the homicide, but I also was involved in an
```

```
 1                    Riga              25

 2       exoneration investigation of Cory Epps so

 3       there's some conflation between what I know

 4       from that investigation and what I

 5       remembered from the homicide itself.

 6            Q.    Understood.  And I will do my

 7       best to try to tease those two out.

 8            A.    Okay.

 9            Q.    Can we grab Exhibit 79.

10            MS. HUGGINS:  Seventy-nine is in

11            front of the witness.

12            Q.    Now, is there a name for this

13       particular type of memorandum at the

14       Buffalo Police Department?

15            A.    That's generally referred to as a

16       P73.

17            Q.    Do you remember if at some point

18       there was an actual form with the indicator

19       P73 on it?

20            A.    Yes.

21            Q.    And then that carried over to

22       when there was digital reports?

23            A.    Yes, sir.

24            Q.    So taking aside the content of

25       this report, when a report like this was
```

```
 1                      Riga                    26

 2      finished, it says, To Joseph Riga, Chief of

 3      Homicide, what would happen to the report?

 4              MS. HUGGINS:  Form.  You can

 5          answer.

 6              MR. RICKNER:  Let me ask that a

 7          better way.

 8          Q.    Looking at Exhibit 79 on the top

 9      it says, To Joseph Riga; do you see that?

10          A.    Yes.

11          Q.    Would you actually get a copy of

12      each P73 when it was finished?

13          A.    Not necessarily.

14              MS. HUGGINS:  Form.  And Rob,

15          I'll tell you what my form objection

16          is.  To his use of the word finished,

17          I'm not sure what you mean by that.

18          Q.    Looking at Exhibit 79 on the

19      bottom of the second page, it's signed by

20      Juan Morales (phonetic), Detective; do you

21      see that?

22          A.    Yes.

23          Q.    One aside, do you know if Juan

24      Morales was still alive?

25          A.    I don't know for sure.  I haven't
```

```
1                         Riga                    27
2         heard anything about him not being alive.
3              Q.    Okay.  Fair enough.
4                    Would it be correct at some point
5         a P73 is finalized; it's completed and it's
6         placed into the file?
7              A.    Yes.
8              Q.    When that P73 is completed, would
9         you actually get a copy of it?
10             A.    Not necessarily.
11             Q.    Okay.
12                   Can you tell me what instances
13        you would get a copy of a P73 and what
14        instances you wouldn't?
15             A.    If -- I would see a particular
16        P73 if I happen to be interested in a file
17        or events that might have taken place that
18        would cause me to want to look at a
19        particular one; but my name is there, I
20        think, mainly as a formality more than
21        anything else.
22             Q.    Okay.
23                   So it would be correct to say
24        that you did not sit and read each P73 with
25        respect to each homicide?
```

```
 1                    Riga              28
 2        A.    That would be fair to say.
 3        Q.    Now, would you take steps to keep
 4   tabs on a homicide investigation, if you
 5   know what I mean by that?
 6        A.    Yes.  I think I know what you
 7   mean, and it would depend on the case
 8   itself.
 9        Q.    Okay.
10              Well, let's go take a case like
11   the Tomika Means homicide, which took
12   several months before an arrest was made;
13   is that fair to say?
14        A.    Yes.
15        Q.    There were quite a few different
16   people who were interviewed prior to when
17   an arrest was made; is that correct?
18        A.    That's correct.
19        Q.    Okay.
20              So for a case like the Tomika
21   Means' homicide, how would you supervise
22   the detectives?
23        A.    Well, in the case of Tomika
24   Means' homicide specifically, I don't
25   recall being very much involved in
```

1                           Riga                    29

2          anything.

3               Q.    Okay.  I understand that, and I

4          understand that it may be difficult to

5          perfectly tease out the work you did for

6          the district attorney's office and what

7          happened in the 1990s; so I'm going more

8          general.

9                     For a case like the Tomika Means'

10         homicide, even if you can't remember

11         exactly what steps you took with respect to

12         that exact homicide, how would you go about

13         supervising the detectives?

14              A.    Well, if there was a case that I

15         felt needed my supervision, I would review

16         all of the facts and circumstances and

17         direct appropriately.

18              Q.    How would you determine that a

19         case needed your supervision?

20              A.    If it was a high profile case,

21         something noteworthy, it would depend on

22         the circumstances.

23              Q.    Okay.

24                    To the best of your recollection,

25         the Tomika Means' homicide did not fall

```
 1                         Riga                    30
 2        into one of those categories where it
 3        required your supervision?
 4             A.    You would be asking me to answer
 5        for something that happened that long ago
 6        that I don't remember.
 7             Q.    Okay.
 8                   So it would be correct to say
 9        that you don't remember one way or the
10        other with respect to the answer to that
11        question?
12             A.    I remember that I didn't have
13        very much involvement in that particular
14        case.
15             Q.    Now, it would be fair to say that
16        there were some homicides that went to
17        trial?
18             A.    I'm sorry.  Would you repeat
19        that?
20             Q.    Some homicide cases would,
21        ultimately, go to trial?
22             A.    That's correct.
23             Q.    And when a homicide case went to
24        trial, the officers or detectives rather in
25        the homicide squad would have to testify,
```

1                          Riga                    31

2       right?

3              A.      Usually.

4              Q.      When there was a homicide trial

5       going on, would you generally be aware of

6       it?

7              A.      I would be aware of it just

8       because people in the office would be

9       coming in for court or letting me know they

10      were going to court, but that would be

11      about the extent of it.

12             Q.      If there was a homicide trial

13      going on, would there be discussions

14      generally about that trial inside of the

15      homicide squad amongst the detectives?

16             A.      Probably.

17             Q.      As you sit here today, do you

18      remember anything about the trial of Cory

19      Epps in the 1990s?

20             A.      No.  I only recall that there was

21      a trial.

22             Q.      Fair enough.

23                     MR. RICKNER:  Can we pull, let's

24             go with Exhibit 38.

25                     MS. HUGGINS:  Exhibit 38 is in

```
1                         Riga                    32
2              front of the witness.
3              Q.    Now, Exhibit 38 refers to the
4         murder of a man named Paul Pope; do you see
5         that?
6              A.    Yes, I do.
7              Q.    As you sit here today, do you
8         remember anything about the Paul Pope
9         murder?
10             A.    Yes.  I do remember certain
11        things.
12             Q.    Okay.
13                   What do you remember about the
14        Paul Pope murder investigation?
15             A.    I remember that there was blood
16        found on a washing machine or a dryer that
17        was in the basement that kind of led to the
18        arrest of Russell Montgomery later on.
19             Q.    While you were chief of homicide,
20        was there a particular procedure that the
21        detectives were required to use when
22        creating the P73s?
23             A.    I don't know of any specific
24        procedure.
25             Q.    Would it be correct to say that
```

```
 1                      Riga              33
 2       some detectives took notes that were then
 3       incorporated or used to draft a P73?
 4            A.    Yes.
 5            Q.    What would happen to those notes
 6       after the P73 was drafted?
 7            A.    They were included in the file.
 8            Q.    And if those notes were not
 9       included in the file, would that be cause
10       for concern?
11                 MS. HUGGINS:  Form.  You can
12            answer.
13            A.    Yes.
14            Q.    Why would you be concerned if the
15       notes related to P73 weren't included in
16       the file?
17            A.    Because it was -- it was the
18       practice of the homicide investigators in
19       every homicide office to always make sure
20       that the notes were included in the file.
21            Q.    And would part of that reason be
22       those notes needed to be turned over to
23       defense attorneys so they can use them as
24       part of their trial defense?
25            A.    Yeah.  Everybody knew that they
```

```
 1                      Riga                    34

 2      were discoverable.

 3          Q.     By discoverable, you mean turned

 4      over to defense attorneys, ultimately, if a

 5      case goes to trial?

 6          A.     That's correct.

 7          Q.     Now, was there a phone number you

 8      could call inside the Buffalo Police

 9      Department where you could make a recording

10      that was then dictated?

11          A.     Yes.

12          Q.     Okay.

13                 Was there a name for that group?

14          A.     I don't know what you mean by

15      group.

16          Q.     Well, this service where you

17      could call in and leave a message and it

18      would be dictated, did that have a name?

19          A.     I -- if there is one, I don't

20      recall what it was.

21          Q.     Were those tapes retained?

22          A.     I don't know.

23          Q.     At any time at your time at the

24      Buffalo Police Department, do you remember

25      somebody going and getting those dictated
```

1                         Riga                    35

2      tapes?

3            A.    I don't have any recollection of

4      that as we sit here now.

5            Q.    Was there a particular reason why

6      an officer's notes were retained, but his

7      oral statements on the dictation were not?

8                  MS. HUGGINS:  Form.  And there's

9            nothing in the record to suggest that

10           they were or were not retained.

11           Q.    You can answer.

12           A.    Would you repeat the question,

13     please?

14           Q.    To your knowledge, is there any

15     reason why the notes related to a P73 would

16     be retained in the file but a dictated

17     statement would not be?

18           A.    I don't know the answer to that.

19           Q.    And going to your counsel's

20     point, do you ever remember opening up a

21     homicide file and seeing a tape with

22     dictation related to a P73?

23           A.    No.

24                 MR. RICKNER:  Now, I would like

25           to pull up, let's do these together,

```
 1                    Riga                    36
 2         Exhibits 1 and 8.
 3              MS. HUGGINS:  Exhibits 1 and 8
 4         are in front of the witness.
 5         Q.    Now, let's just start with
 6    Exhibit 1.
 7              Are you familiar with this kind
 8    of activity report by which I mean the form
 9    rather than the specific content of
10    Exhibit 1?
11         A.    Yes.
12         Q.    What were these activity reports
13    used for?
14         A.    It was to let supervisors know
15    what the investigators were doing.
16         Q.    Okay.
17              Now, looking at Exhibit 1, would
18    it be fair to say that based on the file
19    numbers, this particular report has
20    information about three different cases?
21         A.    Yes.
22         Q.    Would a copy of this form be
23    placed in each homicide file?
24         A.    I don't believe so.
25         Q.    Where were these forms collected,
```

```
 1                          Riga                    37

 2         if anywhere?

 3              A.     I don't know.

 4              Q.     Would the four activity reports

 5         like the one in Exhibit 1 be placed on your

 6         desk for your review periodically or

 7         something similar?

 8              A.     Not that I can recall.

 9              Q.     Would they go to Lieutenant

10         Conwell?

11              A.     I don't know.

12              Q.     At the bottom, there's a section

13         on Exhibit 1 that says initial after

14         reading; do you see that?

15              A.     I do see it.

16              Q.     And it's addressed to detective

17         sergeants, detectives, and A/detectives, do

18         you see that?

19              A.     Yes.

20              Q.     What is the A/detective?

21              A.     Acting.

22              Q.     So would there be an expectation

23         that this form would be read by multiple

24         people at the homicide squad?

25              A.     I don't believe so.  I think that
```

```
 1                    Riga                 38
 2       the bottom section that you're referring to
 3       is for whoever prepared the report to
 4       initial it.
 5            Q.    Well, it says initial after
 6       reading.  Do you see that?
 7            A.    Okay.
 8            Q.    Can we agree that suggests that
 9       it's somebody reading it, not recording it?
10            A.    I'm sorry.  Would you clarify
11       that?
12            Q.    Well, the phrase initial after
13       reading suggests that somebody is reading
14       it, not drafting it, right?
15            A.    Right.
16            Q.    So if you remember, were these
17       activity reports like the one on Exhibit 1
18       in a place where multiple different
19       detectives could review them?
20            A.    I don't remember.
21            Q.    Now, there's a section at the
22       bottom of Exhibit 1 where it states in sum
23       and substance that Linda Means, the aunt of
24       the victim, Tomika Means, called and she
25       heard that people were saying that Cory
```

1                        Riga                    39

2          Epps did the shooting; do you see that?

3               A.    Yes.

4               Q.    Is that the type of information

5          that should be reported in a P73?

6               A.    Yes.

7               Q.    As a supervisor, would you be

8          concerned if this information was not

9          reported in the P73?

10                    MS. HUGGINS:  Form.  You can

11               answer.

12               A.    Depends on what you mean by

13          concerned.  I would prefer it be in a P73.

14          I don't know, you know, what the reason --

15          if it wasn't included, I don't know why it

16          wouldn't have been.  I think I would have

17          inquired of that.

18               Q.    Now, I would like to go to

19          Exhibit 8.

20                    Is it fair to say that Exhibit 8

21          is the same kind of activity report as

22          Exhibit 1?

23               A.    That's fair to say.

24               Q.    Now, in the bottom half of

25          Exhibit 8, it states in sum and substance

```
 1                      Riga              40

 2        that this aunt, Linda Means, says that she

 3        saw the composite of the suspect and she

 4        thought it looked like Cory Epps; do you

 5        see that?

 6             A.    Yes.

 7             Q.    And afterwards it says submitted

 8        for a mug and record and FRAP on this guy;

 9        do you see that?

10             A.    Yes.

11             Q.    Now, mug would refer to mug shot,

12        right?

13             A.    Yes.

14             Q.    Would record refer to criminal

15        record?

16             A.    Yes.

17             Q.    What is a FRAP, F-R-A-P, in this

18        context?

19             A.    I think that would have been the

20        state record or NCIC record.

21             Q.    So it's another form of a

22        criminal record?

23             A.    More elaborate form.  It would

24        show arrests out of state, at least outside

25        the area.
```

```
 1                        Riga                    41

 2          Q.    Now, is this entry the type of

 3    information that you would expect to be

 4    placed into a P73?

 5          A.    Yes.

 6          Q.    Now, I'm going to represent to

 7    you that this particular phone call is,

 8    according to the records we have, the first

 9    time that Cory Epps' name ever comes up

10    with respect to the Tomika Means' homicide.

11                Would it have been the correct

12    practice of the detective squad to

13    investigate and question Linda Means

14    regarding her knowledge of Cory Epps?

15                MS. HUGGINS:   Form.   You can

16          answer.

17          A.    Yes.

18          Q.    As you sit here today, do you

19    know if that was ever done?

20          A.    No, I don't.

21          Q.    From your time working at the

22    Buffalo Police Department prior to the

23    Tomika Means' homicide, did you know the

24    name Cory Epps?

25          A.    No.
```

```
 1                      Riga                   42
 2          Q.    Would it be fair to say that
 3     based on your knowledge, he was not
 4     generally a person of interest at the
 5     Buffalo Police Department?
 6          A.    I couldn't say one way or the
 7     other.
 8          Q.    What about Tomika Means, prior to
 9     her homicide, did you have any interaction
10     or knowledge of her?
11          A.    No.
12          Q.    What about her aunt, Linda Means?
13          A.    Not that I know of.
14          Q.    Do you remember somebody named
15     Jackie Bradley (phonetic)?
16          A.    Only from the reports and from
17     the investigation into Cory Epps that we
18     did at the DA's office.
19          Q.    Would it be correct to say then
20     that you didn't have any knowledge of
21     Jackie Bradley prior to the Tomika Means'
22     homicide?
23          A.    That's correct.
24          Q.    I believe we've established that
25     you didn't work on homicides really prior
```

```
1                       Riga                    43
2      to 1996, but did you work on other
3      investigations that required you to employ
4      ID procedures?
5           A.    Not generally.  I think I was,
6      you know, I was investigator in the
7      narcotics squad and at the DEA task force;
8      and I may have had occasion to do something
9      related to identification, but I don't
10     recall specifically.
11             MR. RICKNER:  Now, is this a good
12         time for a break by the way for five
13         minutes?  We've been going about 45.
14             MS. HUGGINS:  What's your
15         general -- not rushing one way or the
16         other.
17             MR. RICKNER:  I'm not going to
18         make promises I can't keep, but I would
19         be shocked if this went past 3:00.
20             MS. HUGGINS:  Okay.  Let's take
21         five.
22             (Whereupon, a short recess was
23         taken.)
24           Q.   Chief Riga, have you ever had
25     your deposition taken by which I mean a
```

```
 1                      Riga                44
 2        process like this where you testify around
 3        a conference table usually?
 4             A.    Yes.
 5             Q.    How many times?
 6             A.    Probably four or five times.
 7             Q.    Were any of those cases related
 8        to your work as a police officer?
 9             A.    Yes.
10             Q.    What kinds of cases were they?
11             A.    Well, I'll give you one for an
12        example; the last one that I did involved a
13        police shooting.
14             Q.    Were you involved in the police
15        shooting?
16             A.    No.
17             Q.    Were you a supervisor?
18             A.    No.  I investigated when I was at
19        DA's office.
20             Q.    And there was a later lawsuit,
21        and you testified in that lawsuit as a
22        non-party witness?
23             A.    That's correct.
24             Q.    Were you able to get a copy of
25        that transcript to review following your
```

```
 1                    Riga                45

 2      testimony?

 3           A.    No.  And I requested one, and I

 4      was never given one so --

 5           Q.    Have you testified in any other

 6      civil rights cases?

 7           A.    I've testified in other civil

 8      cases.  I'm not sure if civil rights cases

 9      would be the correct term.

10           Q.    Have you testified in any other

11      cases where somebody alleges either police

12      misconduct or a constitutional violation?

13           A.    I probably have, but I don't

14      remember specifically which cases it would

15      have been.

16           Q.    Following any of your

17      depositions, were you given a copy of your

18      transcript to review?

19           A.    I don't believe so.

20           Q.    Well, I'll tell you that in this

21      case you will be given a copy; and you will

22      be allowed to make corrections.  But I do

23      want to inform you that if you do make

24      corrections, I can comment on that during

25      cross-examination at trial; do you
```

1                         Riga                    46

2        understand?

3               A.     Yes.

4               Q.     Now, I would like to pull out --

5        let's go with Exhibit 9 and Exhibit 3.

6                    MS. HUGGINS:  What was the second

7               number you said, Rob?

8                    MR. RICKNER:  9 and 3.

9                    MS. HUGGINS:  The exhibits are in

10              front of the witness.

11              Q.     Now, I would like you to look at

12       Exhibit 9; and tell me if you recognize

13       this type of document generally.

14              A.     I do not recognize Exhibit 9.

15              Q.     Just going to page -- and I don't

16       mean Exhibit 9 specifically.  I mean this

17       type of document.  For example, looking at

18       the second page of Exhibit 9, can you tell

19       me what it is?

20              A.     It's a photo array.

21              Q.     Looking at Exhibit 9, is this the

22       standard form used for a photo array at the

23       Buffalo Police Department in the nineties?

24              A.     Which page of Exhibit 9 are you

25       referring to?

1                          Riga                    47

2          Q.    Well, my understanding is the

3     whole thing is one single photo; but if I'm

4     wrong, please tell me if these are, for

5     example, multiple different documents.

6          A.    Well, I have five pages of

7     Exhibit 9.  One looks like a photo array.

8     The top page I am not familiar with, and

9     the rest look like handwritten notes that I

10    have no idea what they are.

11         Q.    And then at the very end you have

12    a photograph of Mr. Epps, right?

13         A.    That's on the fourth page that I

14    have.

15         Q.    Yes, okay.

16              Would it be fair to say that in

17    order to develop a photo array like the one

18    in Exhibit 9, you would get a photograph of

19    the suspect and then five fillers; you

20    would lay them out and then you would show

21    it to a witness?

22         A.    Yes.

23              MS. HUGGINS:  Form.  You can

24    answer.

25         A.    Yes.

```
 1                        Riga                   48
 2            Q.    Beyond what I just described, are
 3       you familiar with the process used at
 4       Buffalo Police Department for creating the
 5       photo array in the 1990s?
 6            A.    Well, back in 1996, there may
 7       have been more than one process used by
 8       officers in the Buffalo Police Department.
 9            Q.    Well, let me make this more
10       simple, where would you get the fillers to
11       make the photo array?
12            A.    Photographs of people that have
13       been arrested for various crimes.
14            Q.    But more specifically, where
15       would you go to get the fillers inside of
16       the Buffalo Police Department to make a
17       photo array?
18            A.    My recollection is that some
19       detectives had a stack or stacks of photos
20       that they kept for their own personal use,
21       and others may have gone to the
22       identification bureau and looked through
23       various files or asked for help from
24       somebody up there to get photographs of
25       people that may resemble the suspect.
```

```
 1                    Riga                    49

 2          Q.    I would like you to take a look

 3     at Exhibit 3.

 4                Do you recognize, if not

 5     Exhibit 3 specifically, but the form that's

 6     depicted on Exhibit 3?

 7          A.    Yes.

 8          Q.    Would it be correct to say that

 9     when fillers were obtained from the police

10     photographic unit, that there had to be a

11     record of which fillers were chosen?

12          A.    Yes.

13                MR. RICKNER:  Now, I would like

14          to mark the new exhibit as Exhibit 96.

15                (Whereupon, the aforementioned

16          photo array was marked as Exhibit 96

17          for identification as of this date by

18          the Reporter.)

19                MS. HUGGINS:  The exhibit is in

20          front of the witness.

21          Q.    Now, is it correct to say that

22     Exhibit 96 is a photo array?

23          A.    It appears to be.

24          Q.    Now, if you look at Exhibit 96,

25     the number five slot does not have a photo;
```

```
 1                         Riga                    50

 2        is that fair to say?

 3              A.    Yes.

 4              Q.    If you flip it over, however, you

 5        can see a block where there's a signature;

 6        do you see that?

 7              A.    Yes.

 8              Q.    And it says I have positively

 9        identified the photo in slot number five as

10        the person that I saw shoot Tomika Means on

11        5/26/97, signed Jackie Bradley, date

12        7/6/97 at 9:05 p.m.  Do you see that?

13              A.    Yes, I do.

14              Q.    So is it fair to say that this

15        photo array contains the suspect Cory Epps?

16              A.    Yes.

17              Q.    Now, I would like you to look at

18        Exhibit 9.  This exhibit on the second

19        page, I think it's fair to say also is

20        meant to say number five.

21                   MS. HUGGINS:  Rob, can you repeat

22              your question?

23              Q.    Would it be correct to say that

24        the second page of Exhibit 9 is a photo

25        array that's also missing photograph number
```

1                          Riga                    51

2       five?

3            A.    I would say that five is not

4       included.  I don't know whether it's

5       missing or not, but it's not included.

6            Q.    Okay.

7                  Is it correct to say that based

8       on the last two pages of Exhibit 9, there's

9       a photograph of Cory Epps?

10           A.    Yes.

11           Q.    And if you look at the ID number,

12      it says 161052 on that photograph; is that

13      right?

14           A.    That's correct.

15           Q.    And if you look at the front page

16      of Exhibit 9, there is a slot number five

17      and it says 161052; do you see that?

18           A.    No, I don't.  What are we looking

19      at?

20           Q.    Go to the first page of

21      Exhibit 9.

22           A.    Okay.  And your question again,

23      sir.

24           Q.    Do you see the slot number five

25      entry 161052?

1                       Riga                        52

2          A.     Yes, I do.

3          Q.     And that matches the mug number

4     for Cory Epps?

5          A.     Yes, it does.

6          Q.     So would it be correct to say

7     that Exhibit 9 is a photo array where Cory

8     Epps is the suspect?

9          A.     Yes.

10          Q.     Now, I would like you to look at

11     the second page of Exhibit 9 and compare it

12     to the first page of Exhibit 96.

13          A.     All right.  The first page of

14     Exhibit 9 and compare to what?

15          Q.     It's the second page of Exhibit 9

16     and the first page of Exhibit 96.  So if

17     you're looking at the photographs, do you

18     see that?

19          A.     Yes, sir.

20          Q.     Would it be correct to say that

21     the fillers depicted in Exhibit 9 are not

22     the same fillers depicted in Exhibit 96?

23               MS. HUGGINS:  For the record, the

24          Exhibit 96 that the witness is viewing

25          is in black and white.  It is not a

```
1                        Riga                    53
2          color copy.
3          A.     And there are no numbers.
4          Q.     Does it look like this?
5                 MS. HUGGINS:  I mean, it is what
6          you have emailed.  It is just -- he has
7          a black and white version in front of
8          him.  I do not have access to a color
9          printer right now.
10                MR. RICKNER:  Okay.
11         Q.     But color or lack of color, can
12    you see the faces of the fillers on each of
13    these exhibits?
14         A.     Yes.
15         Q.     Can we agree that these are not
16    the same document, that these are two
17    different photo arrays?
18         A.     It appears to be that way.
19         Q.     Do you know why two photo arrays
20    were generated for Cory Epps?
21         A.     I don't know why in this
22    particular case.
23         Q.     Based on your experience as the
24    chief of homicide, was it normal for two
25    photo arrays to be generated with respect
```

1                         Riga                    54

2        to a single suspect?

3             A.    Yes.  It would be normal if we

4        were showing those photo arrays to

5        different viewers.

6             Q.    Where were the photo arrays with

7        respect to a homicide investigation after

8        they were used stored?

9             A.    They would have been part of the

10       file.

11            Q.    When you say part of the file,

12       you mean that it would have been placed

13       into the homicide file for this particular

14       investigation?

15            A.    Yes.

16            Q.    We've discussed briefly the Paul

17       Pope homicide; is that fair?

18            A.    Yes.

19            Q.    From 1998, if you can establish

20       your memory from things you learned more

21       recently, do you remember what Wymiko

22       Anderson AKA Pumpkin being a witness in the

23       Paul Pope homicide?

24                 MS. HUGGINS:  Initial

25            investigation.

1                      Riga                      55

2           MR. RICKNER:  Correct.

3           MS. HUGGINS:  You can answer.

4      A.    Would you repeat it?

5      Q.    Well, overall, is it fair to say

6   that Wymiko Anderson was a witness with

7   respect to the Paul Pope homicide?

8      A.    Yes.

9      Q.    Going back to 1998, do you

10  remember Wymiko Anderson coming into the

11  Buffalo Police Department Homicide Squad?

12     A.    No.

13     Q.    As you sit here today, do you

14  know how many times she came to the

15  homicide squad?

16     A.    I don't know if she ever did.

17     Q.    Okay.

18           In April of 1998, do you remember

19  anyone at the homicide squad suggesting

20  that Russell Montgomery may have killed

21  Tomika Means?

22     A.    No, sir.

23     Q.    If you became aware of the fact

24  that Wymiko Anderson had said Russell

25  Montgomery killed Tomika Means, would you

```
 1                    Riga                 56
 2        have made sure that information got to the
 3        district attorney?
 4             A.    I know that we would have been
 5        investigated further, and eventually that
 6        information would have been given to the
 7        district attorney.
 8             Q.    And the reason it would have been
 9        given to the district attorney was because
10        it was Brady material, right?
11                  MS. HUGGINS:  Form.  You can
12             answer.
13             A.    Yeah.  That and the fact that it
14        would be important information about their
15        case.
16             Q.    Now, I would like you to pull up,
17        if you could, Exhibit 73, and also --
18                  MS. HUGGINS:  73?
19                  MR. RICKNER:  Yes, 73, please.
20                  MS. HUGGINS:  Exhibit 73 is in
21             front of the witness.
22                  MR. RICKNER:  Great.  Thank you.
23             Q.    Are you familiar with Exhibit 73,
24        meaning do you recognize this document at
25        all?
```

```
 1                         Riga                    57
 2              A.    Looking at it, I know what it is
 3        and what it's about.
 4              Q.    Okay.
 5                    Do you remember Cory Epps stating
 6        that he had an alibi with respect to the
 7        Tomika Means murder?
 8              A.    I don't recall that specifically,
 9        but I do recall Investigator Constantino
10        following that route to whatever restaurant
11        it was late at night.
12              Q.    Would it be correct to say that
13        Detective Constantino drove this route in
14        an attempt to undermine Cory Epps' alibi
15        that he was at this restaurant?
16                    MS. HUGGINS:  Form.  You can
17              answer.
18              A.    I wouldn't use the term alibi --
19        or undermine.
20              Q.    Okay.
21                    Well, what term would you use?
22              A.    To investigate whether or not it
23        was possible to make it from point A to
24        point B in that amount of time.
25              Q.    Okay.
```

```
 1                    Riga                    58

 2                Now, based on Exhibit 73, is it

 3        fair to say that this took place on

 4        April 21st, -- withdrawn.  Let me ask a

 5        better question.

 6                Based on Exhibit 73, would it be

 7        correct to say that Detective Constantino

 8        drove the route to see if it was possible

 9        on April 21st, 1998?

10        A.    Yes.

11        Q.    Do you know why he decided to

12        drive this route to see if it was possible

13        a year after the Tomika Means homicide

14        almost?

15        A.    I don't know.

16        Q.    Do you know who tasked him with

17        driving this route to see if it was

18        possible?

19        A.    I do not.

20        Q.    Is there any chance it would have

21        been you?

22        A.    I don't recall it.  I don't think

23        so.

24        Q.    I would like you to pull up

25        Exhibit 33.  Do you recognize the
```

```
 1                      Riga                    59
 2      handwriting on Exhibit 33?
 3           A.    No, I don't.
 4           Q.    Are you familiar with the Perkins
 5      Family Restaurant from the 1990s in
 6      Buffalo?
 7           A.    Yes, sir.
 8           Q.    Was it open 24 hours a day?
 9           A.    I believe so.
10           Q.    Was it the kind of place that
11      police officers sometimes hung out at
12      because it was open 24 hours a day?
13           A.    I don't know.
14           Q.    Did you ever go to the Perkins
15      Family Restaurant with other officers in
16      the 1990s to get food late at night?
17           A.    I don't think so.
18                MR. RICKNER:  Now, I'll try to
19           make this fast.  Maeve, can you pull up
20           the block of handwritten documents,
21           Exhibits 15 through 27 as well as 62?
22                MS. HUGGINS:  What about 28?
23                MR. RICKNER:  I'm just going
24           through 27.
25                MS. HUGGINS:  Okay.
```

```
 1                      Riga                   60

 2              MR. RICKNER:  There are a few

 3         others I may have given up on.

 4              MS. HUGGINS:  Okay.  And then the

 5         last number I forgot.

 6              MR. RICKNER:  Sixty-two.

 7              MS. HUGGINS:  All right.  The

 8         witness has all the exhibits.

 9         Q.    Now, previously I've gone through

10    these one by one; but I think we can be a

11    bit more abbreviated.  Can you please look

12    through Exhibits 15 through 27 for me.

13    Take as much time as you feel is necessary,

14    and tell me if you recognize the

15    handwriting on any of the exhibits; and if

16    you do, please tell me which ones and then

17    I'll ask some follow-up questions, okay?

18         A.    Okay.  Reviewed exhibits through

19    27.

20         Q.    Do you recognize any of the

21    handwriting?

22         A.    I see various forms of

23    handwriting.  I don't know who made those

24    reports.

25         Q.    Now, at some point you were
```

```
1                       Riga                    61

2          involved in the reinvestigation into the

3          Tomika Means murder and Cory Epps

4          conviction; is that correct?

5               A.    Yes.

6               Q.    Can you tell me when you first

7          became involved in the reinvestigation?

8               A.    When I became involved when I was

9          working at the DA's office, I don't

10         remember the year; but it was somewhere

11         around 2013, around there, 2014 maybe.

12              Q.    Sorry to go back, I think I may

13         have misspoken.

14                    Did you look at Exhibit 62; and

15         if so, did you recognize the handwriting?

16         I think I only went through 27 on the

17         record?

18              A.    Yeah.  I reviewed the exhibit.  I

19         don't know whose handwriting that is.

20              Q.    So going back to the topic at

21         hand, how did you become involved in the

22         reinvestigation?

23              A.    Was requested by Tom Finnerty

24         (phonetic) who was -- his title was counsel

25         to the DA, I believe, or something like
```

```
 1                        Riga                    62
 2        that.  He requested I assist him in the
 3        investigation.
 4             Q.    At that point, had any
 5        significant portion of the reinvestigation
 6        been done?
 7             A.    No.
 8             Q.    So would it be correct to say
 9        that you got involved at the beginning of
10        the reinvestigation?
11             A.    Yes, sir.
12             Q.    Do you know why the
13        reinvestigation was launched?
14             A.    Because our office became aware
15        of a new witness in the matter.
16                  MS. HUGGINS:  Can you identify
17             when you say our office who you're
18             speaking of?
19             A.    The district attorney's office.
20             Q.    Would that be witness one?
21             A.    Yes.
22             Q.    And did you become aware of this
23        information through Cory Epps' counsel?
24             A.    Yes, sir.
25             Q.    After you received this
```

```
 1                        Riga                    63

 2         information, what was the first set of

 3         steps you took in the reinvestigation?

 4              A.    I attempted to interview Wymiko

 5         Anderson.

 6              Q.    Were you successful in those

 7         efforts?

 8              A.    Not initially.

 9              Q.    At some point, were you

10         successful in interviewing Wymiko Anderson?

11              A.    Yes.

12              Q.    Can you tell me roughly what year

13         that was?

14              A.    I'm going to say somewhere around

15         2007, 2008, I'm not sure.

16              Q.    Do you think --

17              A.    I'm sorry.

18              Q.    There's no way that's true, so

19         let's try again.

20              A.    No.  I've got my decades mixed up

21         here.  No, it would have been 2016, 2017.

22              Q.    Okay.

23                    How long did you interview Wymiko

24         Anderson?

25              A.    Probably for about an hour.
```

```
 1                        Riga                    64
 2            Q.    And did you make a record of that
 3       interview?
 4            A.    I believe I did.
 5            Q.    Did you record that interview?
 6            A.    No.  You mean --
 7            Q.    When I say record, I mean audio
 8       or video.
 9            A.    No.
10            Q.    Did you learn anything
11       significant during that interview?
12                 MS. HUGGINS:  Form.  You can
13            answer.
14            A.    Yeah, I don't specifically recall
15       what Wymiko Anderson said during an
16       interview.
17            Q.    As you sit here today, do you
18       remember anything that Wymiko Anderson told
19       you that was significant to your
20       reinvestigation?
21                 MS. HUGGINS:  Form.  You can
22            answer.
23            A.    I'm sorry.  I believe that she
24       told us that Paul Pope told her that
25       Russell Montgomery killed Tomika Means.
```

```
 1                    Riga              65
 2        Q.    Do you believe that it's possible
 3   that Russell Montgomery killed Paul Pope
 4   because Paul Pope was talking about the
 5   murder of Tomika Means?
 6        A.    Yes.
 7             MS. HUGGINS:  Form.  And I'm
 8        going to object on the grounds that it
 9        calls for speculation.
10             MR. RICKNER:  Okay.
11        Q.    What was your impression of
12   Wymiko Anderson by which I mean her
13   demeanor, how she provided information, et
14   cetera?
15             MS. HUGGINS:  Form.  You can
16        answer.
17        A.    She was very animated, and I
18   don't know how else to describe her.
19        Q.    Did you ever feel as though she
20   was being dishonest?
21        A.    I wasn't sure because we had
22   other information that conflicted with what
23   she was telling us.
24        Q.    What other information did you
25   have that conflicted with what she was
```

```
 1                   Riga                   66
 2      telling you?
 3          A.    She said that she spent the night
 4      with Paul Pope, and someone else had told
 5      us that that person spent the night with
 6      Paul Pope.
 7          Q.    Would that other person be
 8      witness one?
 9          A.    Yes.
10          Q.    So going back to the initial
11      steps of the investigation, you stated that
12      you tried to speak with Wymiko Anderson;
13      and it actually took a few years for you to
14      accomplish that.  In the interim, what were
15      the next steps you took in the
16      reinvestigation?
17          A.    Well, I conferred with Tom
18      Finnerty; and then nothing more happened
19      until we interviewed witness one.
20          Q.    When did you interview witness
21      one?
22          A.    I'm sorry?
23          Q.    When did you interview witness
24      one?
25          A.    I couldn't tell you the date.
```

```
1                      Riga                    67
2         Q.    Could you tell me the year?
3         A.    I would be approximating, 2016,
4    2017.
5         Q.    Now, besides attempting to
6    interview Wymiko Anderson, between the
7    beginning of the reinvestigation and this
8    interview with witness one, did you take
9    any other steps with respect to the
10   reinvestigation?
11        A.    No.
12        Q.    Did you obtain photographs during
13   this time of Russell Montgomery and Cory
14   Epps?
15        A.    I don't believe so.
16        Q.    How long did your interview
17   witness one for?
18        A.    I believe we interviewed witness
19   one on at least three occasions, and the
20   first time was to the best of my
21   recollection a couple of hours.
22        Q.    Did you make a record, a written
23   record of that interview?
24        A.    I don't recall.
25        Q.    Did you report it, by which I
```

```
 1                         Riga                    68
 2      mean audio or video?
 3             A.    No, sir.
 4             Q.    Did you find witness one to be
 5      credible?
 6             A.    Yes.
 7             Q.    Did witness one tell you anything
 8      with respect to Russell Montgomery that was
 9      significant to the reinvestigation?
10             A.    Yes.  Yes, that witness did.
11             Q.    What did witness one tell you?
12             A.    That Paul Pope told her that
13      Russell Montgomery killed Tomika Means.
14             Q.    Following the interview with
15      witness one, did you take any additional
16      steps in the reinvestigation?
17             A.    Yes.
18             Q.    What did you do following the
19      interview with witness one?
20             A.    We interviewed several other
21      individuals that we believe may have had
22      information.
23             Q.    Which other individuals did you
24      interview?
25             A.    Jaclyn Bradley and I can't think
```

```
 1                      Riga                    69
 2        of the names of the other people we may
 3        have interviewed at this point.
 4             Q.    The other people that you
 5        interviewed, would they have been police
 6        officers or lay witnesses or something
 7        else?
 8             A.    They wouldn't have been police
 9        officers.
10             Q.    They wouldn't have been?
11             A.    They would not have been.
12             Q.    So the other people that you
13        interviewed were civilian witnesses?
14             A.    That's correct.
15             Q.    Did you interview somebody named
16        Gino Johnson (phonetic)?
17             A.    I don't recall.
18             Q.    Did you interview somebody named
19        Linda Means?
20             A.    I don't recall that either.
21             Q.    Did you interview somebody named
22        Agnes Means?
23             A.    I don't know.  I don't remember.
24             Q.    But it's correct to say that you
25        interviewed Jackie Bradley?
```

```
 1                      Riga                    70
 2        A.    Yes.
 3        Q.    How long did that interview take?
 4        A.    No more than 15 or 20 minutes.
 5        Q.    Did you discuss the procedure by
 6    which she identified Cory Epps?
 7        A.    That may have been part of our
 8    discussion.  I don't recall specifically.
 9        Q.    Did she tell you anything about
10    how it was she came to identify Cory Epps?
11        A.    I don't recall that specifically
12    either.
13        Q.    Did you show her photographs of
14    Russell Montgomery?
15        A.    I don't remember.
16        Q.    Given that Russell Montgomery was
17    the new suspect, can you think of any
18    reason why you wouldn't have shown the
19    eyewitness photographs of Russell
20    Montgomery?
21            MS. HUGGINS:  Form.
22        A.    Ms. Bradley was very, very
23    adamant that she picked out the right
24    person, that it was Cory Epps.  She became
25    somewhat hostile towards us, and, in fact,
```

```
 1                      Riga                    71

 2      asked us to leave.

 3           Q.    Who was with you during that

 4      interview?

 5           A.    It was Investigator Anthony

 6      Constantino.

 7           Q.    Anyone else?

 8           A.    No.

 9           Q.    Following these interviews of

10      civilian witnesses, did you take any other

11      steps with respect to the reinvestigation?

12           A.    We did other things with the

13      investigation.  I couldn't tell you right

14      now what they were but we did a lot of work

15      on it.

16           Q.    What kinds of things did you do?

17           A.    Interviews, records, I obtained

18      photographs of Russell Montgomery and Cory

19      Epps when they were first admitted to the

20      state prison system.

21           Q.    And looking at the photographs of

22      Russell Montgomery and Cory Epps, did you

23      see resemblance?

24           A.    Yes.

25           Q.    How would you describe that?
```

```
 1                      Riga                  72

 2          A.    Very strong resemblance.

 3          Q.    Besides the statements by Wymiko

 4    Anderson and witness one and resemblance of

 5    the photos, did you uncover any other

 6    evidence that Russell Montgomery killed

 7    Tomika Means?

 8          A.    I don't believe so.

 9          Q.    Did you come to any conclusions

10    with respect to your reinvestigation of

11    Tomika Means murder?

12                MS. HUGGINS:  Form.  You can

13          answer.

14          A.    Yeah, I concluded that it was

15    more likely that Russell Montgomery killed

16    Tomika Means than Cory Epps.

17          Q.    Did you place that opinion into

18    some sort of official document or report?

19          A.    Well, at the time that we were

20    doing the investigation, I was working with

21    other members of the DA staff; and I

22    communicated what we did to them.  I don't

23    recall doing any -- making any notes or

24    doing any reports, but I'm sure that there

25    are reports in the file at the DA's office
```

1                          Riga                    73

2          that reflect that.

3                 Q.    Okay.

4                       And you're aware of the fact that

5          the DA ultimately decided to have the

6          indictment against Mr. Epps dismissed and

7          his release from prison?

8                 A.    Yes, I am.

9                 Q.    Did you know that was going to

10         happen before it became public knowledge?

11                A.    Yes.

12                Q.    Besides what we've discussed

13         today, do you know anything else that would

14         lead to that determination to have Mr. Epps

15         released?

16                      MS. HUGGINS:  Form.  You can

17                answer.

18                A.    I'm sorry.  Would you repeat the

19         question, please?

20                Q.    Besides what we've already

21         discussed today, was there anything else

22         that went into -- to your knowledge the

23         district attorney's decision to have

24         Mr. Epps released?

25                A.    I can't think of anything else.

```
 1                    Riga                74
 2          Q.    Was one of the civilians that you
 3     spoke with Glenn Garber?
 4          A.    I don't recall.
 5          Q.    Do you remember a relatively
 6     short guy who's an attorney?
 7          A.    Yes, okay.  I thought you were
 8     talking about witnesses to the case.
 9          Q.    Okay, no.  I'm just wondering if
10     you spoke with Glenn Garber during the
11     reinvestigation?
12          A.    Yes.
13          Q.    Did he provide information that
14     you found useful to the reinvestigation?
15          A.    Yes.
16          Q.    What information was that?
17          A.    Well, it was regarding witness
18     one; and he provided access to witness one.
19          Q.    When did you first become aware
20     of this lawsuit?
21          A.    I would say a couple of years
22     ago.
23          Q.    Were you personally served with a
24     copy?
25          A.    Yes.
```

```
1                      Riga                    75
2           Q.    Are you still in contact --
3      withdrawn.
4               MS. HUGGINS:  As to that last
5           question, did you personally receive a
6           copy aside from communications with
7           myself?
8               THE WITNESS:  No.
9               MS. HUGGINS:  Okay.
10          Q.    It would be correct to say that
11     you don't remember the date that occurred?
12          A.    Pardon me?
13          Q.    Would it be correct to say that
14     you don't remember the day that you saw it?
15          A.    That's correct.
16          Q.    Now, do you recognize the name
17     Detective John Bohan?
18          A.    Yes.
19          Q.    When was the last time you spoke
20     with Detective Bohan?
21          A.    It's been many years since I've
22     spoken to him.
23          Q.    Prior to 2019?
24          A.    Yes.
25          Q.    Do you remember Detective
```

1                          Riga                    76

2          Reginald Minor?

3                 A.     Yes.

4                 Q.     When was the last time you spoke

5          with Detective Minor?

6                 A.     It's probably been a couple of

7          years since I've spoken with him.

8                 Q.     Before 2019?

9                 A.     I would say so, yes.

10                Q.     Do you remember Detective Mark

11         Stambach?

12                A.     Yes, sir.

13                Q.     When was the last time you spoke

14         with Detective Stambach?

15                A.     Probably a month or so ago.

16                Q.     Did your discussions have

17         anything to do with this particular case?

18                A.     No.  Only the fact that we were

19         both scheduled to give depositions.

20                Q.     Did you discuss the substance of

21         your testimony?

22                A.     No.

23                Q.     Prior to your recent conversation

24         with Detective Stambach, have you had any

25         other conversations with him since January

```
 1                    Riga                      77

 2   of 2019?

 3        A.    Yes.  Detective Stambach and I

 4   are friends, and we converse regularly.

 5        Q.    Have you ever discussed this

 6   lawsuit?

 7        A.    Nothing other than the fact that

 8   we were both scheduled to give depositions.

 9        Q.    Okay.

10              Did you ever discuss the Cory

11   Epps conviction or the Tomika Means

12   homicide with him prior to January 1st,

13   2019?

14              MS. HUGGINS:  Could you orient it

15         to the date?  When are you referring

16         to?

17        Q.    Well, at any time between the

18   conviction of Cory Epps and the date he was

19   released, did you have a conversation with

20   Detective Stambach regarding Cory Epps or

21   the Tomika Means' homicide?

22        A.    I don't recall specifically.

23        Q.    Just to be clear, you never

24   interviewed any of the original detectives

25   during the reinvestigation?
```

```
 1                    Riga                    78
 2           A.    I don't recall whether we did or
 3     not.
 4           Q.    Is it possible that somebody at
 5     the district attorney's office interviewed
 6     them?
 7           A.    It's possible.
 8           Q.    Do you recognize the name
 9     Detective James Giardina?
10           A.    Yes.
11           Q.    When was the last time you spoke
12     to Detective Giardina?
13           A.    The last time I spoke to him was
14     last summer.
15           Q.    What did you guys discuss?
16           A.    Just he was with a group of
17     friends, and we discussed -- we didn't
18     discuss anything about the Cory Epps case.
19           Q.    Prior to seeing Detective
20     Giardina last summer, had you seen him
21     prior to that?
22           A.    Not in a long time.
23           Q.    Now, we established that you
24     worked with Detective Anthony Constantino,
25     right?
```

```
 1                    Riga                79
 2        A.    Yes.
 3        Q.    Did you ever discuss the Tomika
 4   Means investigation in the 1990s with
 5   Detective Constantino?
 6        A.    I don't recall.
 7        Q.    Did you ever discuss the 1990s
 8   investigation to the Paul Pope murder with
 9   Detective Constantino during the
10   reinvestigation?
11        A.    During the reinvestigation?
12        Q.    Yes.
13        A.    Yes.
14        Q.    Okay.
15        A.    And were you referring to the
16   reinvestigation when you asked me about
17   Constantino the first time?
18        Q.    I was.  So why don't I rephrase
19   this.
20        A.    Please do.
21        Q.    Detective Constantino worked on
22   the reinvestigation, right?
23        A.    The exoneration investigation,
24   right, or both investigations.
25        Q.    Right.
```

```
 1                    Riga                80

 2        A.    Yeah.

 3        Q.    In fact, I believe he shows up at

 4   least briefly possibly in all three, the

 5   original investigations and the

 6   exoneration; but taking that aside, during

 7   the reinvestigation, did you discuss the

 8   initial investigation of the Paul Pope

 9   murder with Detective Constantino?

10        A.    I don't recall specifically, but

11   I'm sure I did.

12        Q.    Okay.

13             During the reinvestigation, did

14   you discuss the original investigation into

15   the Tomika Means murder with Detective

16   Constantino?

17        A.    I'll answer it the same way.  I

18   don't recall the specific conversation, but

19   I'm sure we must have.

20        Q.    Do you remember him telling you

21   anything informative about what happened in

22   those initial investigations?

23        A.    No.

24             MS. HUGGINS:  Objection.  You can

25        answer.
```

```
1                         Riga                    81
2              A.    No.
3              Q.    Do you recognize the name
4         Detective Robert Chella?
5              A.    Yes.
6              Q.    When was the last time you spoke
7         with Detective Chella?
8              A.    It's probably been a year or so.
9              Q.    Did you discuss this lawsuit?
10             A.    No.
11             Q.    Well, do you recognize the name
12        Detective Raniero Massechia?
13             A.    Yes.
14             Q.    That's R-A-N-I-E-R-O, space,
15        M-A-S-S-E-C-H-I-A?
16             A.    Yes, I do.
17             Q.    When was the last time you spoke
18        with Detective Massechia?
19             A.    It's been years since I've spoken
20        with him.
21             Q.    Do you remember Detective
22        Massechia telling you that he got into a
23        fistfight with Cory Epps?
24             A.    No.
25             Q.    Do you recognize the name
```

```
 1                      Riga                    82
 2        Detective Charles Aronica?
 3             A.    Yes.
 4             Q.    When was the last time you spoke
 5        with Detective Aronica?
 6             A.    I couldn't tell you the last
 7        time.  It's been years and years since I've
 8        spoken with him.
 9             Q.    Understood.
10             MR. RICKNER:  I would like to
11             take five just to go over my notes and
12             make sure I've hit everything if that's
13             all right.
14             MS. HUGGINS:  That's fine.
15             MR. RICKNER:  Are you going to
16             have any questions?
17             MS. HUGGINS:  I have one
18             question.  I can ask it now.
19             MR. RICKNER:  Go for it.
20        EXAMINATION
21        BY MS. HUGGINS:
22             Q.    Chief, at the time of the Tomika
23        Means' murder investigation, did the
24        homicide assistant district attorneys have
25        access to the homicide investigation files
```

```
 1                     Riga                 83
 2      in your squad?
 3              A.    Yes.
 4                  MS. HUGGINS:  That's all.
 5                  MR. RICKNER:  Okay.  I'll be back
 6          in five minutes.
 7                  (Whereupon, a short recess was
 8          taken.)
 9      RE-EXAMINATION
10      BY MR. RICKNER:
11              Q.    Chief Riga, it's fair to say that
12      you've been testifying off and on for about
13      two hours?
14              A.    That's fair to say.
15              Q.    Looking back, do you have
16      anything that you would like to correct or
17      change about your testimony?
18              A.    No, sir.
19              Q.    Is there anything relevant to
20      this case that we haven't discussed?
21              A.    I don't believe so.
22                  MR. RICKNER:  Well, then I'm
23          going to say thank you very much and
24          close out the record.
25                  (Time noted:  2:10 p.m.)
```

1                        Riga                        84

2       May 5, 2021

3                    ERRATA

4

5       PAGE/LINE      CHANGE/REASON

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      _____

1                          Riga                      85

2

3

4

5

6

7

8                                    _____

9                                    JOSEPH RIGA

10

11

12

13       Subscribed and sworn to

14       before me this      day

15       of              2021

16

17       _____

18

19

20

21

22

23

24

25

```
1                                               86

2                    CERTIFICATE

3       STATE OF NEW YORK )

4                        ) ss.

5       COUNTY OF SUFFOLK )

6

7            I, Nicole Veltri, RPR, CRR, and Notary

8       Public within and for the State of New York,

9       do hereby certify:

10           That JOSEPH RIGA, the witness whose

11      deposition is hereinbefore set forth, was

12      duly sworn by me and that such deposition is

13      a true record of the testimony given by such

14      witness.

15           I further certify that I am not

16      related to any of the parties to this action

17      by blood or marriage and that I am in no way

18      interested in the outcome of this matter.

19

20

21                    _____

22                    NICOLE VELTRI, RPR, CRR

23

24

25
```

87

May 5, 2021

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| Joseph Riga | Mr. Rickner | 4 |
| | Ms. Huggins | 82 |
| | Mr. Rickner | 83 |

| EXHIBIT | PAGE | |
|---------|------|--|
| Exhibit 96 | 49 | Photo array |

**'**

**'82** [1] - 12:23

## 1

**1** [11] - 8:4, 36:2, 36:3, 36:6, 36:10, 36:17, 37:5, 37:13, 38:17, 38:22, 39:22
**10005** [1] - 2:7
**1112** [1] - 2:13
**12:14** [1] - 1:13
**14** [1] - 2:6
**14202-3313** [1] - 2:14
**15** [3] - 59:21, 60:12, 70:4
**1603** [1] - 2:6
**161052** [3] - 51:12, 51:17, 51:25
**1968** [2] - 9:22, 10:2
**1970** [1] - 11:4, 11:7
**1980** [3] - 11:21, 11:23, 12:2
**1981** [1] - 12:23
**1986** [3] - 12:24, 13:9, 15:12
**1990s** [7] - 29:7, 31:19, 48:5, 59:5, 59:16, 79:4, 79:7
**1992** [4] - 13:20, 14:25, 15:13, 15:19
**1996** [14] - 14:10, 14:13, 14:16, 14:18, 15:20, 18:6, 18:15, 18:18, 18:24, 19:8, 19:17, 19:24, 43:2, 48:6
**1998** [4] - 54:19, 55:9, 55:18, 58:9
**1:19-CV-00281-LJV** - 1:6
**1st** [1] - 77:12

## 2

**20** [1] - 70:4
**2001** [3] - 16:2, 16:4, 16:8
**2007** [1] - 63:15
**2008** [1] - 63:15
**2010** [1] - 17:18
**2013** [1] - 61:11
**2014** [1] - 61:11
**2016** [2] - 63:21, 67:3
**2017** [2] - 63:21, 67:4
**2019** [4] - 75:23, 76:8, 77:2, 77:13
**2021** [4] - 1:13, 84:2, 85:15, 87:2
**21st** [2] - 58:4, 58:9
**24** [3] - 22:22, 59:8, 59:12
**27** [5] - 59:21, 59:24, 60:12, 60:19, 61:16
**28** [1] - 59:22

**2:10** [1] - 83:25

## 3

**3** [5] - 46:5, 46:8, 49:3, 49:5, 49:6
**33** [2] - 58:25, 59:2
**38** [3] - 31:24, 31:25, 32:3
**3:00** [1] - 43:19

## 4

**4** [1] - 87:6
**45** [1] - 43:13
**49** [1] - 87:9

## 5

**5** [3] - 1:13, 84:2, 87:2
**5/26/97** [1] - 50:11
**50** [1] - 10:23

## 6

**60** [1] - 11:13
**62** [2] - 59:21, 61:14
**65** [1] - 2:13

## 7

**7/6/97** [1] - 50:12
**73** [7] - 56:17, 56:18, 56:19, 56:20, 56:23, 58:2, 58:6
**79** [3] - 25:9, 26:8, 26:18

## 8

**8** [5] - 36:2, 36:3, 39:19, 39:20, 39:25
**82** [1] - 87:6
**83** [1] - 87:7

## 9

**9** [20] - 46:5, 46:8, 46:12, 46:14, 46:16, 46:18, 46:21, 46:24, 47:7, 47:18, 50:18, 50:24, 51:8, 51:16, 51:21, 52:7, 52:11, 52:14, 52:15, 52:21
**95** [1] - 8:4
**96** [9] - 49:14, 49:16, 49:22, 49:24, 52:12, 52:16, 52:22, 52:24, 87:9
**9:05** [1] - 50:12

## A

**A/detective** [1] - 37:20
**A/detectives** [1] - 37:17
**abbreviated** [1] - 60:11
**able** [1] - 44:24
**Academy** [1] - 15:10
**accept** [3] - 4:13, 4:22, 7:25
**access** [3] - 53:8, 74:18, 82:25
**accomplish** [1] - 66:14
**according** [1] - 41:8
**accurate** [1] - 6:13
**Acting** [1] - 37:21
**action** [1] - 86:16
**activity** [5] - 36:8, 36:12, 37:4, 38:17, 39:21
**actual** [1] - 25:18
**adamant** [1] - 70:23
**additional** [1] - 68:15
**address** [1] - 4:16
**addressed** [1] - 37:16
**administer** [1] - 3:12
**administration** [1] - 12:11
**administrative** [1] - 21:7
**administrators** [1] - 22:21
**admitted** [1] - 71:19
**aforementioned** [1] - 49:15
**afterwards** [1] - 40:7
**Agnes** [1] - 69:22
**ago** [3] - 30:5, 74:22, 76:15
**agree** [3] - 4:22, 38:8, 53:15
**AGREED** [3] - 3:4, 3:9, 3:13
**agreement** [1] - 1:18
**airport** [1] - 17:2
**AKA** [1] - 54:22
**alibi** [3] - 57:6, 57:14, 57:18
**alive** [3] - 20:20, 26:24, 27:2
**alleges** [1] - 45:11
**allowed** [1] - 45:22
**almost** [1] - 58:14
**alternate** [1] - 20:12
**amount** [1] - 57:24
**AND** [3] - 3:4, 3:9, 3:13
**Anderson** [13] - 54:22, 55:6, 55:10, 55:24, 63:5, 63:10, 63:24, 64:15, 64:18, 65:12, 66:12, 67:6, 72:4
**animated** [1] - 65:17
**answer** [22] - 5:11, 5:13, 19:21, 26:5, 30:4, 30:10, 33:12, 35:11, 35:18, 39:11, 41:16, 47:24, 55:3, 56:12, 57:17, 64:13, 64:22, 65:16, 72:13, 73:17, 80:17, 80:25
**answering** [1] - 5:15
**answers** [2] - 6:4, 6:9
**Anthony** [2] - 71:5, 78:24
**ANTHONY** [1] - 1:9

**apologize** [2] - 11:10, 11:13
**appearance** [1] - 4:15
**APPEARANCES** [1] - 2:2
**appropriately** [1] - 29:17
**approximating** [1] - 67:3
**April** [3] - 55:18, 58:4, 58:9
**area** [2] - 16:15, 40:25
**areas** [1] - 17:7
**ARONICA** [1] - 1:10
**Aronica** [2] - 82:2, 82:5
**array** [13] - 46:20, 46:22, 47:7, 47:17, 48:5, 48:11, 48:17, 49:16, 49:22, 50:15, 50:25, 52:7, 87:9
**arrays** [5] - 53:17, 53:19, 53:25, 54:4, 54:6
**arrest** [3] - 28:12, 28:17, 32:18
**arrested** [1] - 48:13
**arrests** [1] - 40:24
**Aside** [1] - 15:11
**aside** [4] - 25:24, 26:23, 75:6, 80:6
**assigned** [9] - 11:25, 14:2, 14:10, 14:12, 20:5, 20:7, 21:2, 21:17, 23:7
**assist** [1] - 62:2
**Assistant** [4] - 20:17, 20:19, 20:22, 24:12
**assistant** [7] - 21:23, 21:25, 22:13, 22:14, 22:18, 22:21, 82:24
**assume** [1] - 4:12
**attempt** [1] - 57:14
**attempted** [1] - 63:4
**attempting** [1] - 67:5
**attended** [1] - 15:6
**attorney** [5] - 19:5, 56:3, 56:7, 56:9, 74:6
**attorney's** [5] - 8:14, 29:6, 62:19, 73:23, 78:5
**attorneys** [3] - 33:23, 34:4, 82:24
**Attorneys** [2] - 2:5, 2:12
**audio** [2] - 64:7, 68:2
**aunt** [3] - 38:23, 40:2, 42:12
**Authority** [1] - 16:6
**authorized** [1] - 3:11
**available** [1] - 7:21
**aware** [9] - 19:8, 19:18, 31:5, 31:7, 55:23, 62:14, 62:22, 73:4, 74:19

## B

**Based** [2] - 53:23, 58:6
**based** [4] - 36:18, 42:3, 51:7, 58:2
**basement** [1] - 32:17
**bat** [1] - 5:5

**became** [19] - 10:17, 14:25, 15:12, 15:20, 16:5, 17:15, 18:5, 18:9, 18:18, 18:24, 19:7, 19:17, 19:23, 55:23, 61:7, 61:8, 62:14, 70:24, 73:10

**become** [4] - 16:21, 61:21, 62:22, 74:19

**becoming** [1] - 18:14

**beforehand** [1] - 15:2

**beginning** [3] - 11:11, 62:9, 67:7

**behalf** [1] - 4:23

**best** [4] - 19:21, 25:7, 29:24, 67:20

**better** [2] - 26:7, 58:5

**between** [8] - 3:5, 15:12, 15:17, 15:19, 21:4, 25:3, 67:6, 77:17

**Beyond** [1] - 48:2

**bit** [3] - 10:25, 21:7, 60:11

**black** [2] - 52:25, 53:7

**block** [2] - 50:5, 59:20

**blood** [2] - 32:15, 86:17

**Bohan** [2] - 75:17, 75:20

**BOHAN** [1] - 1:7

**bottom** [5] - 26:19, 37:12, 38:2, 38:22, 39:24

**Bradley** [6] - 42:15, 42:21, 50:11, 68:25, 69:25, 70:22

**Brady** [6] - 19:2, 19:9, 19:11, 19:13, 19:19, 56:10

**break** [1] - 43:12

**briefly** [2] - 54:16, 80:4

**broken** [1] - 20:8

**brought** [1] - 7:8

**BUFFALO** [2] - 1:7, 2:10

**Buffalo** [28] - 2:14, 10:6, 10:9, 10:18, 11:5, 12:8, 12:15, 13:12, 13:16, 13:23, 14:21, 15:10, 16:7, 16:11, 16:15, 17:2, 22:17, 25:14, 34:8, 34:24, 41:22, 42:5, 46:23, 48:4, 48:8, 48:16, 55:11, 59:6

**bureau** [2] - 22:24, 48:22

**BY** [6] - 2:8, 2:15, 4:8, 82:21, 83:10, 87:5

**C**

**cadet** [2] - 10:5, 10:13

**captain** [7] - 13:21, 13:22, 14:2, 14:6, 14:20, 14:25, 15:13

**captain's** [1] - 14:3

**career** [1] - 10:8

**careful** [1] - 9:16

**carried** [1] - 25:21

**Case** [1] - 1:5

**case** [21] - 4:15, 23:13, 23:24, 28:7, 28:10, 28:20, 28:23, 29:9, 29:14, 29:19, 29:20, 30:14, 30:23, 34:5, 45:21, 53:22, 56:15, 74:8, 76:17, 78:18, 83:20

**cases** [9] - 30:20, 36:20, 44:7, 44:10, 45:6, 45:8, 45:11, 45:14

**categories** [1] - 30:2

**caused** [1] - 7:16

**certain** [2] - 24:24, 32:10

**CERTIFICATE** [1] - 86:2

**certify** [2] - 86:9, 86:15

**cetera** [1] - 65:14

**chance** [1] - 58:20

**change** [1] - 83:17

**CHANGE/REASON** [1] - 84:5

**changed** [1] - 14:9

**CHARLES** [1] - 1:10

**Charles** [1] - 82:2

**CHELLA** [1] - 1:9

**Chella** [2] - 81:4, 81:7

**chief** [26] - 8:15, 14:10, 14:12, 15:20, 15:23, 16:5, 16:8, 17:15, 18:5, 18:10, 18:14, 18:19, 18:25, 19:7, 19:18, 19:23, 21:23, 21:25, 22:13, 22:14, 22:19, 22:21, 24:15, 24:19, 32:19, 53:24

**Chief** [14] - 4:11, 8:11, 8:17, 8:20, 20:17, 20:20, 20:22, 24:5, 24:12, 26:2, 43:24, 82:22, 83:11

**CHIEF** [1] - 1:10

**chiefs** [1] - 22:18

**choose** [1] - 18:22

**choosing** [1] - 9:16

**chosen** [1] - 49:11

**circuit** [1] - 14:4

**circumstances** [4] - 23:25, 24:3, 29:16, 29:22

**CITY** [2] - 1:7, 2:10

**City** [6] - 10:5, 10:8, 10:18, 12:14, 12:18, 13:16

**civil** [3] - 45:6, 45:7, 45:8

**Civil** [1] - 1:18

**civilian** [2] - 69:13, 71:10

**civilians** [1] - 74:2

**clarify** [1] - 38:10

**clear** [5] - 5:8, 6:6, 13:14, 16:21, 77:23

**clock** [1] - 22:2

**close** [2] - 16:11, 83:24

**closely** [1] - 21:6

**collected** [1] - 36:25

**collection** [1] - 7:12

**color** [4] - 53:2, 53:8, 53:11

**coming** [2] - 31:9, 55:10

**command** [1] - 20:14

**comment** [1] - 45:24

**communicated** [1] - 72:22

**communications** [1] - 75:6

**compare** [2] - 52:11, 52:14

**completed** [2] - 27:5, 27:8

**composite** [1] - 40:3

**concern** [1] - 33:10

**concerned** [3] - 33:14, 39:8, 39:13

**concluded** [1] - 72:14

**conclusions** [1] - 72:9

**condition** [1] - 6:11

**conference** [2] - 5:19, 44:3

**conferred** [1] - 66:17

**conflation** [1] - 25:3

**conflicted** [2] - 65:22, 65:25

**considered** [1] - 12:3

**CONSTANTINO** [1] - 1:9

**Constantino** [11] - 57:9, 57:13, 58:7, 71:6, 78:24, 79:5, 79:9, 79:17, 79:21, 80:9, 80:16

**constitutional** [1] - 45:12

**contact** [1] - 75:2

**contains** [1] - 50:15

**content** [2] - 25:24, 36:9

**context** [1] - 40:18

**conversation** [3] - 76:23, 77:19, 80:18

**conversations** [1] - 76:25

**converse** [1] - 77:4

**conviction** [3] - 61:4, 77:11, 77:18

**Conwell** [6] - 20:18, 20:20, 21:24, 24:6, 24:12, 37:10

**Conwell's** [1] - 20:23

**copy** [10] - 26:11, 27:9, 27:13, 36:22, 44:24, 45:17, 45:21, 53:2, 74:24, 75:6

**CORPORATION** [1] - 2:11

**Correct** [2] - 8:6, 55:2

**correct** [38] - 8:23, 9:14, 14:14, 14:19, 16:3, 17:24, 23:16, 24:7, 27:4, 27:23, 28:17, 28:18, 30:8, 30:22, 32:25, 34:6, 41:11, 42:19, 42:23, 44:23, 45:9, 49:8, 49:21, 50:23, 51:7, 51:14, 52:6, 52:20, 57:12, 58:7, 61:4, 62:8, 69:14, 69:24, 75:10, 75:13, 75:15, 83:16

**corrections** [2] - 45:22, 45:24

**Cory** [30] - 5:2, 25:2, 31:18, 38:25, 40:4, 41:9, 41:14, 41:24, 42:17, 50:15, 51:9, 52:4, 52:7, 53:20, 57:5, 57:14, 61:3, 62:23, 67:13, 70:6, 70:10, 70:24, 71:18, 71:22, 72:16, 77:10, 77:18,

77:20, 78:18, 81:23

**CORY** [1] - 1:4

**counsel** [5] - 3:5, 4:12, 19:15, 61:24, 62:23

**counsel's** [1] - 35:19

**COUNSEL'S** [1] - 2:11

**COUNTY** [1] - 86:5

**couple** [6] - 5:4, 5:6, 13:10, 67:21, 74:21, 76:6

**COURT** [1] - 1:2

**court** [6] - 6:7, 8:21, 8:24, 9:17, 31:9, 31:10

**creating** [2] - 32:22, 48:4

**credible** [1] - 68:5

**crimes** [1] - 48:13

**criminal** [2] - 40:14, 40:22

**cross** [2] - 9:11, 45:25

**cross-examination** [1] - 45:25

**cross-examined** [1] - 9:11

**CRR** [3] - 1:20, 86:7, 86:22

**D**

**DA** [3] - 61:25, 72:21, 73:5

**DA's** [6] - 8:16, 17:16, 42:18, 44:19, 61:9, 72:25

**date** [6] - 49:17, 50:11, 66:25, 75:11, 77:15, 77:18

**days** [2] - 11:13, 20:12

**DEA** [5] - 12:12, 12:23, 13:7, 13:9, 43:7

**deal** [1] - 23:3

**decades** [1] - 63:20

**decided** [2] - 58:11, 73:5

**decision** [3] - 23:22, 24:8, 73:23

**decisions** [1] - 23:18

**defendant** [1] - 19:16

**Defendants** [2] - 1:11, 2:12

**defense** [4] - 19:14, 33:23, 33:24, 34:4

**demeanor** [1] - 65:13

**Department** [15] - 11:6, 13:24, 14:21, 16:7, 22:17, 25:14, 34:9, 34:24, 41:22, 42:5, 46:23, 48:4, 48:8, 48:16, 55:11

**DEPARTMENT** [1] - 2:10

**depicted** [3] - 49:6, 52:21, 52:22

**deposition** [11] - 1:16, 3:10, 3:15, 6:9, 6:16, 8:5, 8:8, 8:18, 43:25, 86:11, 86:12

**depositions** [2] - 45:17, 76:19, 77:8

**describe** [3] - 10:22, 65:18, 71:25

**described** [1] - 48:2

**designed** [1] - 5:7

**desk** [1] - 37:6
**detail** [1] - 10:25
**detective** [7] - 20:6, 21:9, 22:24, 23:7, 23:8, 37:16, 41:12
**DETECTIVE** [6] - 1:7, 1:7, 1:8, 1:8, 1:9, 1:9
**Detective** [28] - 26:20, 57:13, 58:7, 75:17, 75:20, 75:25, 76:5, 76:10, 76:14, 76:24, 77:3, 77:20, 78:9, 78:12, 78:19, 78:24, 79:5, 79:9, 79:21, 80:9, 80:15, 81:4, 81:7, 81:12, 81:18, 81:21, 82:2, 82:5
**detectives** [26] - 21:11, 21:17, 21:20, 21:22, 21:23, 21:25, 22:6, 22:10, 22:13, 22:15, 22:19, 22:22, 23:10, 23:14, 24:4, 24:10, 28:22, 29:13, 30:24, 31:15, 32:21, 33:2, 37:17, 38:19, 48:19, 77:24
**detectives/investigators** [1] - 20:25
**determination** [1] - 73:14
**determine** [1] - 29:18
**develop** [1] - 47:17
**dictated** [4] - 34:10, 34:18, 34:25, 35:16
**dictation** [2] - 35:7, 35:22
**difference** [1] - 21:4
**different** [12] - 20:2, 21:10, 21:13, 21:24, 22:5, 24:2, 28:15, 36:20, 38:18, 47:5, 53:17, 54:5
**difficult** [1] - 29:4
**digital** [1] - 25:22
**direct** [1] - 29:17
**discoverable** [2] - 34:2, 34:3
**discuss** [10] - 70:5, 76:20, 77:10, 78:15, 78:18, 79:3, 79:7, 80:7, 80:14, 81:9
**discussed** [6] - 54:16, 73:12, 73:21, 77:5, 78:17, 83:20
**discussion** [3] - 4:21, 17:12, 70:8
**discussions** [2] - 31:13, 76:16
**dishonest** [1] - 65:20
**dismissed** [1] - 73:6
**dispatcher** [1] - 21:19
**district** [11] - 8:14, 14:5, 19:5, 29:6, 56:3, 56:7, 56:9, 62:19, 73:23, 78:5, 82:24
**DISTRICT** [2] - 1:2, 1:2
**division** [2] - 13:19, 13:23
**document** [5] - 46:13, 46:17, 53:16, 56:24, 72:18

**documents** [2] - 47:5, 59:20
**done** [3] - 5:14, 41:19, 62:6
**draft** [1] - 33:3
**drafted** [1] - 33:6
**drafting** [1] - 38:14
**drive** [1] - 58:12
**driving** [1] - 58:17
**drove** [2] - 57:13, 58:8
**drug** [1] - 12:10
**dryer** [1] - 32:16
**duly** [2] - 4:4, 86:12
**During** [2] - 79:11, 80:13
**during** [9] - 45:24, 64:11, 64:15, 67:12, 71:3, 74:10, 77:25, 79:9, 80:6
**duties** [3] - 20:23, 20:24, 21:4
**duty** [3] - 21:20, 21:22, 22:22

## E

**easier** [1] - 16:18
**education** [1] - 15:14
**efforts** [1] - 63:7
**either** [6] - 20:10, 21:19, 24:10, 45:11, 69:20, 70:12
**elaborate** [1] - 40:23
**emailed** [1] - 53:6
**employ** [1] - 43:3
**employed** [4] - 12:14, 12:18, 17:25, 18:3
**end** [2] - 5:14, 47:11
**enforcement** [3] - 9:25, 10:4, 12:11
**entire** [1] - 10:8
**entities** [1] - 17:5
**entry** [2] - 41:2, 51:25
**EPPS** [1] - 1:4
**Epps** [31] - 5:2, 25:2, 31:19, 39:2, 40:4, 41:14, 41:24, 42:17, 47:12, 50:15, 51:9, 52:4, 52:8, 53:20, 57:5, 61:3, 67:14, 70:6, 70:10, 70:24, 71:19, 71:22, 72:16, 73:6, 73:14, 73:24, 77:11, 77:18, 77:20, 78:18, 81:23
**Epps'** [3] - 41:9, 57:14, 62:23
**ERRATA** [1] - 84:3
**ESQ** [2] - 2:8, 2:15
**essentially** [1] - 13:4
**establish** [1] - 54:19
**established** [2] - 42:24, 78:23
**et** [1] - 65:13
**event** [1] - 4:13
**events** [2] - 6:22, 27:17
**eventually** [1] - 56:5

**evidence** [1] - 72:6
**exact** [1] - 29:12
**exactly** [1] - 29:11
**EXAMINATION** [4] - 4:7, 82:20, 83:9, 87:5
**examination** [1] - 45:25
**examined** [2] - 4:5, 9:11
**example** [4] - 24:9, 44:12, 46:17, 47:5
**except** [1] - 3:6
**exclusively** [1] - 23:13
**exculpate** [1] - 19:15
**exculpatory** [1] - 19:3
**EXHIBIT** [1] - 87:8
**exhibit** [4] - 49:14, 49:19, 50:18, 61:18
**Exhibit** [57] - 25:9, 26:8, 26:18, 31:24, 31:25, 32:3, 36:6, 36:10, 36:17, 37:5, 37:13, 38:17, 38:22, 39:19, 39:20, 39:22, 39:25, 46:5, 46:12, 46:14, 46:16, 46:18, 46:21, 46:24, 47:7, 47:18, 49:3, 49:5, 49:6, 49:14, 49:16, 49:22, 49:24, 50:18, 50:24, 51:8, 51:16, 51:21, 52:7, 52:11, 52:12, 52:14, 52:15, 52:16, 52:21, 52:22, 52:24, 56:17, 56:20, 56:23, 58:2, 58:6, 58:25, 59:2, 61:14, 87:9
**Exhibits** [4] - 36:2, 36:3, 59:21, 60:12
**exhibits** [14] - 6:17, 6:20, 6:25, 7:5, 7:8, 7:12, 7:20, 8:3, 8:7, 46:9, 53:13, 60:8, 60:15, 60:18
**exoneration** [3] - 25:2, 79:23, 80:6
**expect** [1] - 41:3
**expectation** [1] - 37:22
**experience** [2] - 18:6, 53:23
**explain** [2] - 4:18, 19:24
**extent** [2] - 21:14, 31:11
**eyewitness** [1] - 70:19

## F

**faces** [1] - 53:12
**fact** [7] - 55:23, 56:13, 70:25, 73:4, 76:18, 77:7, 80:3
**facts** [2] - 7:16, 29:16
**Fair** [3] - 19:22, 27:3, 31:22
**fair** [21] - 7:17, 8:20, 10:7, 17:22, 23:2, 28:2, 28:13, 30:15, 36:18, 39:20, 39:23, 42:2, 47:16, 50:2, 50:14, 50:19, 54:17, 55:5, 58:3, 83:11, 83:14
**fairly** [1] - 16:11

**fairness** [1] - 7:19
**fall** [1] - 29:25
**Falls** [2] - 16:11, 16:12
**familiar** [5] - 36:7, 47:8, 48:3, 56:23, 59:4
**Family** [2] - 59:5, 59:15
**far** [2] - 8:5, 8:7
**fast** [1] - 59:19
**favor** [1] - 5:12
**Federal** [1] - 1:18
**federal** [1] - 12:16
**felt** [1] - 29:15
**few** [4] - 9:5, 28:15, 60:2, 66:13
**file** [14] - 27:6, 27:16, 33:7, 33:9, 33:16, 33:20, 35:16, 35:21, 36:18, 36:23, 54:10, 54:11, 54:13, 72:25
**files** [2] - 48:23, 82:25
**filing** [1] - 3:14
**fill** [1] - 14:6
**fillers** [8] - 47:19, 48:10, 48:15, 49:9, 49:11, 52:21, 52:22, 53:12
**finalized** [1] - 27:5
**fine** [2] - 8:19, 82:14
**finish** [1] - 9:20
**finished** [3] - 26:2, 26:12, 26:16
**Finnerty** [2] - 61:23, 66:18
**first** [17] - 4:3, 5:8, 7:10, 9:24, 10:3, 13:25, 41:8, 51:20, 52:12, 52:13, 52:16, 61:6, 63:2, 67:20, 71:19, 74:19, 79:17
**fistfight** [1] - 81:23
**five** [15] - 15:25, 43:12, 43:21, 44:6, 47:6, 47:19, 49:25, 50:9, 50:20, 51:2, 51:3, 51:16, 51:24, 82:11, 83:6
**flip** [1] - 50:4
**follow** [4] - 23:12, 23:15, 24:8, 60:17
**follow-up** [1] - 60:17
**followed** [1] - 23:19
**Following** [3] - 45:16, 68:14, 71:9
**following** [3] - 44:25, 57:10, 68:18
**follows** [1] - 4:6
**food** [1] - 59:16
**force** [5] - 12:11, 12:13, 12:17, 43:7
**Forgive** [2] - 12:25, 16:10
**forgot** [1] - 60:5
**Form** [6] - 26:4, 26:14, 33:11, 35:8, 39:10, 41:15, 47:23, 56:11, 57:16, 64:12, 64:21, 65:7, 65:15, 70:21, 72:12, 73:16

**form** [10] - 3:7, 25:18, 26:15, 36:8, 36:22, 37:23, 40:21, 40:23, 46:22, 49:5
**formal** [1] - 15:14
**formality** [1] - 27:20
**forms** [2] - 36:25, 60:22
**forth** [1] - 86:11
**four** [3] - 20:11, 37:4, 44:6
**fourth** [1] - 47:13
**FRAP** [3] - 40:8, 40:17
**friends** [2] - 77:4, 78:17
**front** [9] - 9:17, 25:11, 32:2, 36:4, 46:10, 49:20, 51:15, 53:7, 56:21
**Frontier** [2] - 16:6, 16:13
**full** [1] - 6:12
**function** [1] - 17:4
**FURTHER** [2] - 3:9, 3:13

### G

**Garber** [2] - 74:3, 74:10
**general** [5] - 7:7, 7:15, 16:15, 29:8, 43:15
**generally** [7] - 23:9, 25:15, 31:5, 31:14, 42:4, 43:5, 46:13
**generated** [2] - 53:20, 53:25
**geography** [1] - 16:10
**Giardina** [3] - 78:9, 78:12, 78:20
**GIARDINA** [1] - 1:8
**Gino** [1] - 69:16
**given** [7] - 45:4, 45:17, 45:21, 56:6, 56:9, 60:3, 86:13
**Given** [1] - 70:16
**Glenn** [2] - 74:3, 74:10
**government** [1] - 12:16
**grab** [1] - 25:9
**grand** [2] - 9:7, 9:12
**granular** [1] - 10:25
**Great** [2] - 4:24, 56:22
**great** [2] - 6:2, 21:14
**ground** [1] - 5:6
**grounds** [1] - 65:8
**group** [10] - 20:11, 21:16, 21:25, 22:5, 22:10, 22:12, 24:10, 34:13, 34:15, 78:16
**groups** [3] - 20:2, 20:9, 20:11
**guess** [1] - 8:13
**guy** [2] - 40:8, 74:6
**guys** [1] - 78:15

### H

**half** [2] - 7:20, 39:24
**hand** [1] - 61:21

**handled** [1] - 22:23
**handwriting** [6] - 59:2, 60:15, 60:21, 60:23, 61:15, 61:19
**handwritten** [2] - 47:9, 59:20
**head** [1] - 6:4
**hear** [1] - 7:3
**heard** [2] - 27:2, 38:25
**held** [4] - 4:21, 8:13, 17:12, 17:14
**help** [1] - 48:23
**hereby** [1] - 86:9
**HEREBY** [1] - 3:4
**hereinbefore** [1] - 86:11
**hereto** [1] - 3:6
**Hi** [1] - 4:25
**hierarchy** [1] - 20:3
**high** [3] - 9:4, 9:21, 29:20
**highest** [1] - 8:12
**hit** [1] - 82:12
**hold** [4] - 9:23, 12:19, 14:7, 17:19
**home** [1] - 4:16
**Homicide** [2] - 26:3, 55:11
**homicide** [69] - 14:11, 14:13, 15:20, 15:24, 18:5, 18:7, 18:10, 18:11, 18:15, 18:19, 18:25, 19:8, 19:18, 19:24, 19:25, 20:5, 20:23, 21:11, 21:15, 21:18, 22:3, 22:11, 22:24, 23:3, 23:8, 23:11, 23:23, 24:15, 24:19, 24:23, 24:25, 25:5, 27:25, 28:4, 28:11, 28:21, 28:24, 29:10, 29:12, 29:25, 30:20, 30:23, 30:25, 31:4, 31:12, 31:15, 32:19, 33:18, 33:19, 35:21, 36:23, 37:24, 41:10, 41:23, 42:9, 42:22, 53:24, 54:7, 54:13, 54:17, 54:23, 55:7, 55:15, 55:19, 58:13, 77:12, 77:21, 82:24, 82:25
**homicides** [2] - 30:16, 42:25
**hostile** [1] - 70:25
**hour** [1] - 63:25
**hours** [5] - 22:22, 59:8, 59:12, 67:21, 83:13
**Huggins** [1] - 87:6
**HUGGINS** [53] - 2:15, 4:17, 4:22, 7:18, 7:23, 8:6, 11:10, 16:17, 17:9, 25:10, 26:4, 26:14, 31:25, 33:11, 35:8, 36:3, 39:10, 41:15, 43:14, 43:20, 46:6, 46:9, 47:23, 49:19, 50:21, 52:23, 53:5, 54:24, 55:3, 56:11, 56:18, 56:20, 57:16, 59:22, 59:25, 60:4, 60:7, 62:16, 64:12, 64:21, 65:7, 65:15, 70:21,

72:12, 73:16, 75:4, 75:9, 77:14, 80:24, 82:14, 82:17, 82:21, 83:4
**hundreds** [1] - 8:24
**Hundreds** [1] - 9:2
**hung** [1] - 59:11

### I

**ID** [2] - 43:4, 51:11
**idea** [1] - 47:10
**identification** [5] - 16:18, 18:21, 43:9, 48:22, 49:17
**identified** [2] - 50:9, 70:6
**identify** [2] - 62:16, 70:10
**ignorance** [1] - 12:25
**impact** [1] - 7:13
**important** [1] - 56:14
**impression** [1] - 65:11
**in-service** [1] - 15:17
**included** [7] - 33:7, 33:9, 33:15, 33:20, 39:15, 51:4, 51:5
**incorporated** [1] - 33:3
**INDEX** [1] - 87:3
**indicator** [1] - 25:18
**indictment** [1] - 73:6
**individuals** [2] - 68:21, 68:23
**inform** [1] - 45:23
**information** [16] - 19:3, 36:20, 39:4, 39:8, 41:3, 56:2, 56:6, 56:14, 62:23, 63:2, 65:13, 65:22, 65:24, 68:22, 74:13, 74:16
**informative** [1] - 80:21
**Initial** [1] - 54:24
**initial** [8] - 5:6, 37:13, 38:4, 38:5, 38:12, 66:10, 80:8, 80:22
**inquired** [1] - 39:17
**inside** [3] - 31:14, 34:8, 48:15
**instances** [2] - 27:12, 27:14
**interaction** [1] - 42:9
**interest** [1] - 42:4
**interested** [2] - 27:16, 86:18
**interim** [1] - 66:14
**interview** [20] - 63:4, 63:23, 64:3, 64:5, 64:11, 64:16, 66:20, 66:23, 67:6, 67:8, 67:16, 67:23, 68:14, 68:19, 68:24, 69:15, 69:18, 69:21, 70:3, 71:4
**interviewed** [10] - 28:16, 66:19, 67:18, 68:20, 69:3, 69:5, 69:13, 69:25, 77:24, 78:5
**interviewing** [1] - 63:10

**interviews** [1] - 71:9
**Interviews** [1] - 71:17
**investigate** [2] - 41:13, 57:22
**investigated** [2] - 44:18, 56:5
**investigation** [21] - 23:12, 23:23, 25:2, 25:4, 28:4, 32:14, 42:17, 54:7, 54:14, 54:25, 62:3, 66:11, 71:13, 72:20, 79:4, 79:8, 79:23, 80:8, 80:14, 82:23, 82:25
**investigations** [8] - 18:7, 18:12, 23:3, 23:17, 43:3, 79:24, 80:5, 80:22
**Investigator** [2] - 57:9, 71:5
**investigator** [3] - 8:15, 17:16, 43:6
**investigators** [4] - 21:6, 22:20, 33:18, 36:15
**involved** [11] - 17:6, 23:14, 24:25, 28:25, 44:12, 44:14, 61:2, 61:7, 61:8, 61:21, 62:9
**involvement** [1] - 30:13
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13
**itself** [3] - 23:25, 25:5, 28:8

### J

**Jackie** [4] - 42:15, 42:21, 50:11, 69:25
**Jaclyn** [1] - 68:25
**JAMES** [1] - 1:8
**James** [1] - 78:9
**January** [2] - 76:25, 77:12
**job** [2] - 6:2, 10:3
**JOHN** [1] - 1:7
**John** [1] - 75:17
**Johnson** [1] - 69:16
**joint** [2] - 12:13, 12:17
**Joseph** [4] - 4:11, 26:2, 26:9, 87:6
**JOSEPH** [5] - 1:10, 1:16, 4:2, 85:9, 86:10
**Juan** [2] - 26:20, 26:23
**jump** [1] - 5:12
**jumping** [1] - 5:15
**jurisdiction** [3] - 16:19, 16:23, 17:2
**jury** [2] - 9:8, 9:12

### K

**keep** [1] - 28:3, 43:18
**kept** [1] - 48:20
**killed** [7] - 55:20, 55:25, 64:25, 65:3, 68:13, 72:6, 72:15
**kind** [5] - 9:24, 32:17, 36:7,

39:21, 59:10
**kinds** [2] - 44:10, 71:16
**knowledge** [7] - 35:14, 41:14, 42:3, 42:10, 42:20, 73:10, 73:22

## L

**lack** [2] - 16:10, 53:11
**last** [15] - 44:12, 51:8, 60:5, 75:4, 75:19, 76:4, 76:13, 78:11, 78:13, 78:14, 78:20, 81:6, 81:17, 82:4, 82:6
**late** [2] - 57:11, 59:16
**launched** [1] - 62:13
**LAW** [1] - 2:10
**law** [2] - 9:24, 10:3
**lawsuit** [7] - 5:3, 6:22, 44:20, 44:21, 74:20, 77:6, 81:9
**lay** [2] - 47:20, 69:6
**lead** [3] - 23:7, 24:9, 73:14
**leads** [1] - 23:18
**learn** [1] - 64:10
**learned** [1] - 54:20
**least** [4] - 20:6, 40:24, 67:19, 80:4
**leave** [3] - 13:18, 34:17, 71:2
**led** [1] - 32:17
**left** [1] - 8:13
**letting** [1] - 31:9
**Lieutenant** [1] - 37:9
**lieutenant** [5] - 12:22, 13:6, 13:8, 15:6, 21:24
**likely** [1] - 72:15
**Linda** [5] - 38:23, 40:2, 41:13, 42:12, 69:19
**line** [1] - 18:16
**link** [1] - 5:19
**look** [12] - 27:18, 46:11, 47:9, 49:2, 49:24, 50:17, 51:11, 51:15, 52:10, 53:4, 60:11, 61:14
**looked** [2] - 40:4, 48:22
**Looking** [5] - 26:8, 26:18, 46:21, 57:2, 83:15
**looking** [6] - 10:24, 36:17, 46:17, 51:18, 52:17, 71:21
**looks** [1] - 47:7

## M

**machine** [1] - 32:16
**Maeve** [1] - 59:19
**MAEVE** [1] - 2:15
**main** [1] - 17:4
**man** [2] - 5:2, 32:4
**management** [1] - 14:20
**Mark** [1] - 76:10

**mark** [1] - 49:14
**MARK** [1] - 1:8
**marked** [2] - 8:4, 49:16
**marriage** [1] - 86:17
**Maryland** [1] - 19:19
**MASSECHIA** [2] - 1:10, 81:15
**Massechia** [3] - 81:12, 81:18, 81:22
**matches** [1] - 52:3
**material** [4] - 19:12, 19:13, 56:10
**materials** [2] - 19:2, 19:9
**matter** [2] - 62:15, 86:18
**mean** [21] - 17:3, 19:3, 20:2, 22:7, 24:17, 26:17, 28:5, 28:7, 34:3, 34:14, 36:8, 39:12, 43:25, 46:16, 53:5, 54:12, 64:6, 64:7, 65:12, 68:2
**meaning** [3] - 5:21, 18:21, 56:24
**Means** [26] - 24:15, 24:20, 28:11, 38:23, 38:24, 40:2, 41:13, 42:8, 42:12, 50:10, 55:21, 55:25, 57:7, 58:13, 61:3, 64:25, 65:5, 68:13, 69:19, 69:22, 72:7, 72:11, 72:16, 77:11, 79:4, 80:15
**means** [1] - 4:18
**Means'** [9] - 28:21, 28:24, 29:9, 29:25, 41:10, 41:23, 42:21, 77:21, 82:23
**meant** [2] - 6:6, 50:20
**medical** [1] - 6:11
**members** [1] - 72:21
**memorandum** [1] - 25:13
**memory** [3] - 7:2, 7:6, 54:20
**message** [1] - 34:17
**might** [3] - 9:2, 24:5, 27:17
**mind** [1] - 8:18
**Mine** [1] - 21:7
**minimally** [1] - 6:23
**Minor** [2] - 76:2, 76:5
**MINOR** [1] - 1:8
**minutes** [3] - 43:13, 70:4, 83:6
**misconduct** [1] - 45:12
**missing** [2] - 50:25, 51:5
**misspoken** [1] - 61:13
**mixed** [1] - 63:20
**moment** [2] - 4:18, 17:10
**Montgomery** [15] - 32:18, 55:20, 55:25, 64:25, 65:3, 67:13, 68:8, 68:13, 70:14, 70:16, 70:20, 71:18, 71:22, 72:6, 72:15
**month** [1] - 76:15
**months** [1] - 28:12
**Morales** [2] - 26:20, 26:24

**morning** [1] - 6:18
**most** [1] - 7:13
**MR** [30] - 4:8, 4:12, 4:24, 7:22, 7:25, 8:9, 11:14, 16:22, 26:6, 31:23, 35:24, 43:11, 43:17, 46:8, 49:13, 53:10, 55:2, 56:19, 56:22, 59:18, 59:23, 60:2, 60:6, 65:10, 82:10, 82:15, 82:19, 83:5, 83:10, 83:22
**MS** [52] - 4:17, 4:22, 7:18, 7:23, 8:6, 11:10, 16:17, 17:9, 25:10, 26:4, 26:14, 31:25, 33:11, 35:8, 36:3, 39:10, 41:15, 43:14, 43:20, 46:6, 46:9, 47:23, 49:19, 50:21, 52:23, 53:5, 54:24, 55:3, 56:11, 56:18, 56:20, 57:16, 59:22, 59:25, 60:4, 60:7, 62:16, 64:12, 64:21, 65:7, 65:15, 70:21, 72:12, 73:16, 75:4, 75:9, 77:14, 80:24, 82:14, 82:17, 82:21, 83:4
**mug** [4] - 40:8, 40:11, 52:3
**multiple** [3] - 37:23, 38:18, 47:5
**murder** [12] - 32:4, 32:9, 32:14, 57:7, 61:3, 65:5, 72:11, 79:8, 80:9, 80:15, 82:23
**murdered** [2] - 24:16, 24:20
**must** [1] - 80:19

## N

**name** [13] - 4:9, 4:25, 25:12, 27:19, 34:13, 34:18, 41:9, 41:24, 71:6, 78:8, 81:3, 81:11, 81:25
**named** [6] - 5:2, 32:4, 42:14, 69:15, 69:18, 69:21
**names** [1] - 69:2
**narcotics** [4] - 12:2, 12:7, 13:19, 43:7
**Narcotics** [2] - 12:9, 13:12
**NCIC** [1] - 40:20
**necessarily** [2] - 26:13, 27:10
**necessary** [2] - 4:14, 60:13
**need** [2] - 4:16, 19:14
**needed** [6] - 14:5, 21:21, 22:4, 29:15, 29:19, 33:22
**neglected** [1] - 11:11
**never** [3] - 13:3, 45:4, 77:23
**NEW** [2] - 1:2, 86:3
**new** [3] - 49:14, 62:15, 70:17
**New** [6] - 1:21, 2:7, 2:14, 4:5, 86:8
**next** [2] - 17:14, 66:15
**NFTA** [6] - 16:8, 16:20,

16:24, 16:25, 17:4, 17:13
**Niagara** [5] - 2:13, 16:5, 16:11, 16:12, 16:13
**nice** [1] - 5:8
**NICOLE** [1] - 86:22
**Nicole** [2] - 1:19, 86:7
**night** [4] - 57:11, 59:16, 66:3, 66:5
**nights** [1] - 20:12
**nine** [1] - 25:10
**nineties** [1] - 46:23
**non** [1] - 44:22
**non-party** [1] - 44:22
**normal** [2] - 53:24, 54:3
**Notary** [3] - 1:20, 4:4, 86:7
**noted** [1] - 83:25
**notes** [11] - 33:2, 33:5, 33:8, 33:15, 33:20, 33:22, 35:6, 35:15, 47:9, 72:23, 82:11
**noteworthy** [1] - 29:21
**nothing** [3] - 5:22, 35:9, 66:18
**Nothing** [1] - 77:7
**notify** [2] - 21:19, 22:3
**number** [12] - 7:20, 34:7, 46:7, 49:25, 50:9, 50:20, 50:25, 51:11, 51:16, 51:24, 52:3, 60:5
**numbered** [1] - 8:7
**numbers** [2] - 36:19, 53:3
**nuts** [1] - 11:15

## O

**oath** [2] - 3:12, 9:17
**object** [1] - 65:8
**objection** [1] - 26:15
**Objection** [1] - 80:24
**objections** [1] - 3:6
**obtain** [1] - 67:12
**obtained** [2] - 49:9, 71:17
**occasion** [1] - 43:8
**occasions** [1] - 67:19
**occupation** [1] - 10:22
**occurred** [3] - 21:15, 21:18, 75:11
**OF** [5] - 1:2, 1:7, 2:10, 86:3, 86:5
**off-the-record** [2] - 4:20, 17:11
**OFFICE** [1] - 2:11
**office** [17] - 8:14, 8:16, 13:8, 13:9, 17:16, 22:19, 29:6, 31:8, 33:19, 42:18, 44:19, 61:9, 62:14, 62:17, 62:19, 72:25, 78:5
**officer** [13] - 3:11, 10:18, 10:20, 10:22, 11:4, 11:5, 11:9, 11:17, 11:19, 11:25,

12:7, 13:5, 44:8
**officer's** [1] - 35:6
**officers** [10] - 14:23, 15:4,
17:6, 20:3, 30:24, 48:8,
59:11, 59:15, 69:6, 69:9
**official** [1] - 72:18
**One** [2] - 26:23, 47:7
**one** [39] - 5:9, 7:11, 7:14,
18:22, 27:19, 30:2, 30:9,
34:19, 37:5, 38:17, 42:6,
43:15, 44:11, 44:12, 45:3,
45:4, 47:3, 47:17, 48:7,
60:10, 62:20, 66:8, 66:19,
66:21, 66:24, 67:8, 67:17,
67:19, 68:4, 68:7, 68:11,
68:15, 68:19, 72:4, 74:2,
74:18, 82:17
**ones** [1] - 60:16
**open** [2] - 59:8, 59:12
**opening** [1] - 35:20
**opinion** [1] - 72:17
**options** [1] - 24:3
**oral** [1] - 35:7
**order** [1] - 47:17
**organized** [1] - 19:25
**orient** [1] - 77:14
**original** [3] - 77:24, 80:5,
80:14
**outcome** [1] - 86:18
**outside** [1] - 40:24
**overall** [1] - 55:5
**own** [1] - 48:20

**P**

**p.m** [3] - 1:13, 50:12, 83:25
**P73** [17] - 25:16, 25:19,
26:12, 27:5, 27:8, 27:13,
27:16, 27:24, 33:3, 33:6,
33:15, 35:15, 35:22, 39:5,
39:9, 39:13, 41:4
**P73s** [1] - 32:22
**page** [15] - 26:19, 46:15,
46:18, 46:24, 47:8, 47:13,
50:19, 50:24, 51:15, 51:20,
52:11, 52:12, 52:13, 52:15,
52:16
**PAGE** [2] - 87:5, 87:8
**PAGE/LINE** [1] - 84:5
**pages** [2] - 47:6, 51:8
**Pardon** [2] - 18:2, 75:12
**part** [6] - 13:23, 33:21,
33:24, 54:9, 54:11, 70:7
**particular** [19] - 7:2, 7:15,
13:22, 18:11, 21:3, 21:16,
21:21, 23:8, 25:13, 27:15,
27:19, 30:13, 32:20, 35:5,
36:19, 41:7, 53:22, 54:13,
76:17
**parties** [2] - 3:6, 86:16

**parts** [1] - 24:24
**party** [1] - 44:22
**past** [1] - 43:19
**patrol** [1] - 11:5
**patrolman** [3] - 11:8, 11:16,
13:5
**Paul** [14] - 32:4, 32:8,
32:14, 54:16, 54:23, 55:7,
64:24, 65:3, 65:4, 66:4, 66:6,
68:12, 79:8, 80:8
**paychecks** [1] - 13:15
**PD** [1] - 16:7
**people** [9] - 28:16, 31:8,
37:24, 38:25, 48:12, 48:25,
69:2, 69:4, 69:12
**per** [2] - 11:24, 20:11
**perfectly** [1] - 29:5
**period** [1] - 13:15
**periodically** [1] - 37:6
**Perkins** [1] - 59:4, 59:14
**permission** [1] - 11:13
**person** [5] - 42:4, 50:10,
66:5, 66:7, 70:24
**personal** [1] - 48:20
**personally** [2] - 74:23, 75:5
**personnel** [2] - 22:3, 22:25
**phone** [2] - 34:7, 41:7
**phonetic** [4] - 26:20, 42:15,
61:24, 69:16
**phonetic)** [1] - 20:18
**Photo** [1] - 87:9
**photo** [21] - 18:20, 46:20,
46:22, 47:3, 47:7, 47:17,
48:5, 48:11, 48:17, 49:16,
49:22, 49:25, 50:9, 50:15,
50:24, 52:7, 53:17, 53:19,
53:25, 54:4, 54:6
**photograph** [5] - 47:12,
47:18, 50:25, 51:9, 51:12
**photographic** [1] - 49:10
**Photographs** [1] - 48:12
**photographs** [7] - 48:24,
52:17, 67:12, 70:13, 70:19,
71:18, 71:21
**photos** [3] - 18:21, 48:19,
72:5
**phrase** [1] - 38:12
**pick** [1] - 7:14
**picked** [1] - 70:23
**place** [5] - 27:17, 38:18,
58:3, 59:10, 72:17
**placed** [5] - 27:6, 36:23,
37:5, 41:4, 54:12
**plainclothes** [2] - 11:25,
12:6
**Plaintiff** [3] - 1:5, 1:17, 2:5
**PLLC** [1] - 2:4
**point** [9] - 25:17, 27:4,
35:20, 57:23, 57:24, 60:25,
62:4, 63:9, 69:3
**police** [21] - 10:5, 10:13,

10:17, 10:19, 10:21, 11:4,
11:9, 11:17, 11:18, 16:9,
17:5, 17:6, 21:19, 44:8,
44:13, 44:14, 45:11, 49:9,
59:11, 69:5, 69:8
**Police** [22] - 11:6, 12:9,
13:12, 13:23, 14:21, 15:10,
16:6, 16:20, 16:24, 16:25,
17:4, 22:17, 25:14, 34:8,
34:24, 41:22, 42:5, 46:23,
48:4, 48:8, 48:16, 55:11
**Pope** [5] - 32:4, 32:8,
32:14, 54:17, 54:23, 55:7,
64:24, 65:3, 65:4, 66:4, 66:6,
68:12, 79:8, 80:8
**portion** [2] - 8:3, 62:5
**position** [6] - 9:24, 12:20,
14:8, 14:9, 17:14, 17:20
**positively** [1] - 50:8
**possible** [8] - 7:18, 57:23,
58:8, 58:12, 58:18, 65:2,
78:4, 78:7
**possibly** [1] - 80:4
**practice** [2] - 33:18, 41:12
**prefer** [1] - 39:13
**prepare** [1] - 6:15
**prepared** [1] - 38:3
**prevent** [1] - 6:12
**previous** [1] - 9:11
**previously** [1] - 60:9
**printer** [1] - 53:9
**prison** [2] - 71:20, 73:7
**problem** [1] - 11:14
**Procedure** [1] - 1:19
**procedure** [3] - 32:20,
32:24, 70:5
**procedures** [1] - 43:4
**process** [3] - 44:2, 48:3,
48:7
**profile** [1] - 29:20
**promises** [1] - 43:18
**promoted** [7] - 10:16,
11:23, 12:22, 13:8, 13:21,
13:25, 15:5
**promotion** [2] - 11:24, 12:4
**provide** [1] - 74:13
**provided** [2] - 65:13, 74:18
**public** [1] - 73:10
**Public** [3] - 1:20, 4:4, 86:8
**pull** [6] - 31:23, 35:25, 46:4,
56:16, 58:24, 59:19
**Pumpkin** [1] - 54:22
**pursuant** [1] - 1:17

**Q**

**questions** [4] - 5:4, 5:10,
60:17, 82:16
**Quite** [1] - 9:5
**quite** [2] - 16:21, 28:15

**R**

**rail** [1] - 17:3
**rambling** [1] - 5:10
**Raniero** [1] - 81:12
**RANIERO** [2] - 1:10, 81:14
**rank** [2] - 8:12, 13:3
**rapid** [1] - 17:3
**rather** [2] - 30:24, 36:9
**RE** [1] - 83:9
**RE-EXAMINATION** [1] -
83:9
**read** [3] - 11:12, 27:24,
37:23
**reading** [5] - 37:14, 38:6,
38:9, 38:13
**really** [4] - 7:12, 21:13,
22:20, 42:25
**reason** [6] - 33:21, 35:5,
35:15, 39:14, 56:8, 70:18
**reassigned** [1] - 13:11
**receive** [1] - 75:5
**received** [1] - 62:25
**recent** [1] - 76:23
**recently** [1] - 54:21
**recess** [2] - 43:22, 83:7
**recognize** [13] - 46:12,
46:14, 49:4, 56:24, 58:25,
60:14, 60:20, 61:15, 75:16,
78:8, 81:3, 81:11, 81:25
**recollection** [6] - 6:21, 7:9,
29:24, 35:3, 43:18, 67:21
**record** [22] - 4:10, 4:20, 6:6,
17:9, 17:11, 35:9, 40:8,
40:14, 40:15, 40:20, 40:22,
49:11, 52:23, 61:17, 64:2,
64:5, 64:7, 67:22, 67:23,
83:24, 86:13
**recording** [2] - 34:9, 38:9
**records** [2] - 41:8, 71:17
**refer** [2] - 40:11, 40:14
**referred** [5] - 11:3, 14:3,
22:9, 22:12, 25:15
**referring** [4] - 38:2, 46:25,
77:15, 79:15
**refers** [1] - 32:3
**reflect** [1] - 73:2
**refresh** [1] - 6:20
**regarding** [7] - 15:14,
18:11, 18:16, 19:2, 41:14,
74:17, 77:20
**Reginald** [1] - 76:2
**REGINALD** [1] - 1:7
**regularly** [1] - 77:4
**reinvestigation** [24] - 61:2,
61:7, 61:22, 62:5, 62:10,
62:13, 63:3, 64:20, 66:16,
67:7, 67:10, 68:9, 68:16,
71:11, 72:10, 74:11, 74:14,
77:25, 79:10, 79:11, 79:16,

79:22, 80:7, 80:13
**related** [6] - 33:15, 35:15, 35:22, 43:9, 44:7, 86:16
**relation** [1] - 16:14
**relatively** [1] - 74:5
**release** [1] - 73:7
**released** [3] - 73:15, 73:24, 77:19
**relevant** [1] - 83:19
**relief** [1] - 14:3
**remember** [36] - 7:16, 14:15, 20:9, 24:23, 24:24, 25:17, 29:10, 30:6, 30:9, 30:12, 31:18, 32:8, 32:10, 32:13, 32:15, 34:24, 35:20, 38:16, 38:20, 42:14, 45:14, 54:21, 55:10, 55:18, 57:5, 61:10, 64:18, 69:23, 70:15, 74:5, 75:11, 75:14, 75:25, 76:10, 80:20, 81:21
**remembered** [1] - 25:5
**remotely** [1] - 1:19
**repeat** [5] - 30:18, 35:12, 50:21, 55:4, 73:18
**rephrase** [1] - 79:18
**report** [9] - 25:25, 26:3, 36:8, 36:19, 38:3, 39:21, 67:25, 72:18
**reported** [4] - 1:19, 21:16, 39:5, 39:9
**Reporter** [1] - 49:18
**reporter** [2] - 6:8, 9:18
**reports** [8] - 25:22, 36:12, 37:4, 38:17, 42:16, 60:24, 72:24, 72:25
**represent** [2] - 5:2, 41:6
**representation** [1] - 8:2
**requested** [3] - 45:3, 61:23, 62:2
**required** [5] - 19:4, 22:24, 30:3, 32:21, 43:3
**requirement** [1] - 19:19
**resemblance** [3] - 71:23, 72:2, 72:4
**resemble** [1] - 48:25
**reserved** [1] - 3:7
**respect** [15] - 15:3, 18:20, 23:23, 27:25, 29:11, 30:10, 41:10, 53:25, 54:7, 55:7, 57:6, 67:9, 68:8, 71:11, 72:10
**respective** [1] - 3:5
**responded** [2] - 23:10, 24:11
**responsibilities** [1] - 21:10
**responsible** [1] - 23:11
**rest** [1] - 47:9
**restaurant** [2] - 57:10, 57:15
**Restaurant** [2] - 59:5, 59:15
**retained** [4] - 34:21, 35:6,

35:10, 35:16
**retired** [1] - 16:7, 17:23
**review** [5] - 29:15, 37:6, 38:19, 44:25, 45:18
**Reviewed** [1] - 60:18
**reviewed** [4] - 6:17, 7:19, 8:3, 61:18
**RICKNER** [32] - 2:4, 2:8, 4:8, 4:12, 4:24, 7:22, 7:25, 8:9, 11:14, 16:22, 26:6, 31:23, 35:24, 43:11, 43:17, 46:8, 49:13, 53:10, 55:2, 56:19, 56:22, 59:18, 59:23, 60:2, 60:6, 65:10, 82:10, 82:15, 82:19, 83:5, 83:10, 83:22
**Rickner** [3] - 4:25, 87:6, 87:7
**Riga** [8] - 4:11, 8:17, 8:20, 26:2, 26:9, 43:24, 83:11, 87:6
**RIGA** [5] - 1:10, 1:17, 4:2, 85:9, 86:10
**rights** [2] - 45:6, 45:8
**Rob** [5] - 4:25, 11:10, 26:14, 46:7, 50:21
**ROB** [1] - 2:8
**Robert** [1] - 81:4
**ROBERT** [1] - 1:9
**role** [2] - 14:20, 22:16
**Room** [1] - 2:13
**room** [1] - 13:9
**roughly** [1] - 63:12
**route** [5] - 57:10, 57:13, 58:8, 58:12, 58:17
**RPR** [3] - 1:20, 86:7, 86:22
**rules** [2] - 5:6, 5:20
**Rules** [1] - 1:18
**rushing** [1] - 43:15
**Russell** [15] - 32:18, 55:20, 55:24, 64:25, 65:3, 67:13, 68:8, 68:13, 70:14, 70:16, 70:19, 71:18, 71:22, 72:6, 72:15

## S

**saw** [3] - 40:3, 50:10, 75:14
**scene** [3] - 21:21, 23:10, 24:11
**scheduled** [2] - 76:19, 77:8
**school** [4] - 9:21, 15:7, 15:9, 15:12
**se** [1] - 11:24
**sealing** [1] - 3:14
**second** [6] - 20:13, 26:19, 46:6, 46:18, 50:18, 50:24, 52:11, 52:15
**section** [3] - 37:12, 38:2, 38:21

**secure** [1] - 4:14
**see** [23] - 26:9, 26:21, 27:15, 32:4, 37:14, 37:15, 37:18, 38:6, 39:2, 40:5, 40:9, 50:5, 50:6, 50:12, 51:17, 51:24, 52:18, 53:12, 58:8, 58:12, 58:17, 60:22, 71:23
**seeing** [2] - 35:21, 78:19
**selected** [1] - 23:7
**September** [1] - 14:17
**sergeant** [2] - 13:2, 13:3
**sergeants** [3] - 20:6, 21:9, 37:17
**served** [1] - 74:23
**service** [3] - 4:23, 15:17, 34:16
**set** [2] - 63:2, 86:11
**Seventy** [1] - 25:10
**Seventy-nine** [1] - 25:10
**several** [3] - 6:17, 28:12, 68:20
**shocked** [1] - 43:19
**shoot** [1] - 50:10
**shooting** [3] - 39:2, 44:13, 44:15
**short** [3] - 43:22, 74:6, 83:7
**shot** [1] - 40:11
**show** [3] - 40:24, 47:20, 70:13
**showing** [1] - 54:4
**shown** [1] - 70:18
**shows** [1] - 80:3
**sign** [1] - 11:12
**signature** [1] - 50:5
**signed** [3] - 3:10, 26:19, 50:11
**significant** [4] - 62:5, 64:11, 64:19, 68:9
**similar** [1] - 37:7
**simple** [1] - 48:10
**single** [2] - 47:3, 54:2
**sit** [8] - 24:22, 27:24, 31:17, 32:7, 35:4, 41:18, 55:13, 64:17
**situations** [1] - 22:23
**six** [1] - 18:21
**Sixty** [1] - 60:6
**Sixty-two** [1] - 60:6
**skip** [2] - 10:12, 13:2
**slot** [4] - 49:25, 50:9, 51:16, 51:24
**someone** [1] - 66:4
**sometime** [1] - 12:2
**sometimes** [1] - 59:11
**somewhat** [1] - 70:25
**somewhere** [2] - 61:10, 63:14
**sorry** [7] - 7:3, 30:18, 38:10, 63:17, 64:23, 66:22, 73:18
**Sorry** [1] - 61:12

**sort** [4] - 11:2, 20:3, 20:13, 72:18
**space** [1] - 81:14
**sparked** [2] - 7:2, 7:6
**speaking** [2] - 23:9, 62:18
**specific** [5] - 15:3, 15:21, 32:23, 36:9, 80:18
**specifically** [14] - 7:6, 15:18, 28:24, 43:10, 45:14, 46:16, 48:14, 49:5, 57:8, 64:14, 70:8, 70:11, 77:22, 80:10
**speculation** [1] - 65:9
**spent** [2] - 66:3, 66:5
**spoken** [5] - 23:19, 75:22, 76:7, 81:19, 82:8
**squad** [15] - 12:2, 13:19, 19:25, 20:8, 20:23, 21:12, 22:11, 30:25, 31:15, 37:24, 41:12, 43:7, 55:15, 55:19, 83:2
**Squad** [2] - 12:9, 55:11
**Square** [1] - 2:13
**ss** [1] - 86:4
**stack** [1] - 48:19
**stacks** [1] - 48:19
**staff** [1] - 72:21
**STAMBACH** [1] - 1:8
**Stambach** [5] - 76:11, 76:14, 76:24, 77:3, 77:20
**standard** [1] - 46:22
**start** [1] - 36:5
**state** [4] - 4:9, 40:20, 40:24, 71:20
**State** [3] - 1:21, 4:5, 86:8
**STATE** [1] - 86:3
**statement** [1] - 35:17
**statements** [2] - 35:7, 72:3
**STATES** [1] - 1:2
**states** [2] - 38:22, 39:25
**stating** [1] - 57:5
**station** [1] - 14:4
**stayed** [1] - 13:9
**steps** [8] - 28:3, 29:11, 63:3, 66:11, 66:15, 67:9, 68:16, 71:11
**still** [5] - 5:13, 12:18, 20:20, 26:24, 75:2
**stilled** [1] - 12:14
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stored** [1] - 54:8
**straight** [1] - 13:5
**Street** [1] - 2:6
**strong** [1] - 72:2
**stupid** [1] - 5:14
**submitted** [1] - 40:7
**subpoenas** [1] - 4:13
**Subscribed** [1] - 85:13
**substance** [3] - 38:23,

39:25, 76:20

**successful** [2] - 63:6, 63:10
**SUFFOLK** [1] - 86:5
**suggest** [1] - 35:9
**suggesting** [1] - 55:19
**suggests** [2] - 38:8, 38:13
**Suite** [1] - 2:6
**sum** [2] - 38:22, 39:25
**summer** [2] - 78:14, 78:20
**supervise** [2] - 20:25, 28:21
**supervised** [1] - 14:23
**supervising** [2] - 15:4, 29:13
**supervision** [3] - 29:15, 29:19, 30:3
**supervisor** [3] - 15:15, 39:7, 44:17
**supervisors** [1] - 36:14
**supervisory** [3] - 15:6, 15:8, 15:11
**suspect** [7] - 40:3, 47:19, 48:25, 50:15, 52:8, 54:2, 70:17
**sworn** [4] - 3:10, 4:4, 85:13, 86:12
**system** [2] - 17:3, 71:20

## T

**table** [1] - 44:3
**tabs** [1] - 28:4
**tape** [1] - 35:21
**tapes** [2] - 34:21, 35:2
**task** [5] - 12:11, 12:13, 12:17, 43:7
**tasked** [1] - 58:16
**tease** [2] - 25:7, 29:5
**ten** [3] - 11:19, 17:21, 17:22
**tend** [1] - 19:15
**term** [4] - 10:21, 45:9, 57:18, 57:21
**testified** [7] - 4:6, 8:21, 8:24, 44:21, 45:5, 45:7, 45:10
**testify** [4] - 9:7, 9:17, 30:25, 44:2
**testifying** [3] - 5:18, 5:20, 83:12
**testimony** [7] - 6:13, 8:8, 9:12, 45:2, 76:21, 83:17, 86:13
**THE** [2] - 1:7, 75:8
**themselves** [1] - 24:5
**three** [4] - 20:10, 36:20, 67:19, 80:4
**throughout** [1] - 13:14
**title** [4] - 11:3, 11:5, 11:7, 61:24
**today** [12] - 5:4, 6:13, 6:16, 9:18, 24:22, 31:17, 32:7,

41:18, 55:13, 64:17, 73:13, 73:21
**together** [1] - 35:25
**Tom** [2] - 61:23, 66:17
**Tomika** [29] - 24:15, 24:20, 28:11, 28:20, 28:23, 29:9, 29:25, 38:24, 41:10, 41:23, 42:8, 42:21, 50:10, 55:21, 55:25, 57:7, 58:13, 61:3, 64:25, 65:5, 68:13, 72:7, 72:11, 72:16, 77:11, 77:21, 79:3, 80:15, 82:22
**took** [8] - 23:3, 28:11, 29:11, 33:2, 58:3, 63:3, 66:13, 66:15
**top** [2] - 26:8, 47:8
**topic** [1] - 61:20
**towards** [1] - 70:25
**training** [7] - 15:3, 15:17, 15:22, 18:11, 18:15, 18:20, 19:2
**transcript** [3] - 5:8, 44:25, 45:18
**transferred** [1] - 13:11
**Transit** [2] - 16:20, 16:24
**transit** [1] - 17:3
**transitioned** [1] - 11:8
**transpired** [1] - 7:9
**Transportation** [1] - 16:6
**trial** [15] - 3:8, 4:15, 5:21, 9:10, 30:17, 30:21, 30:24, 31:4, 31:12, 31:14, 31:18, 31:21, 33:24, 34:5, 45:25
**tried** [1] - 66:12
**true** [2] - 63:18, 86:13
**truth** [3] - 5:22, 5:23
**try** [3] - 25:7, 59:18, 63:19
**turned** [4] - 19:4, 19:14, 33:22, 34:3
**two** [13] - 10:14, 10:15, 12:10, 17:5, 20:6, 21:9, 25:7, 51:8, 53:16, 53:19, 53:24, 60:6, 83:13
**type** [7] - 11:5, 14:20, 25:13, 39:4, 41:2, 46:13, 46:17

## U

**ultimately** [3] - 30:21, 34:4, 73:5
**uncover** [1] - 72:5
**under** [2] - 9:17, 19:19
**underlying** [1] - 6:21
**undermine** [1] - 57:14, 57:19
**understand** [4] - 9:15, 29:3, 29:4, 46:2
**Understood** [2] - 25:6, 82:9
**uniformed** [2] - 11:18, 13:5

**unit** [1] - 49:10
**Unit** [1] - 13:12
**UNITED** [1] - 1:2
**up** [19] - 7:10, 18:16, 20:8, 22:23, 23:12, 23:15, 23:19, 24:8, 35:20, 35:25, 41:9, 48:24, 56:16, 58:24, 59:19, 60:3, 60:17, 63:20, 80:3
**useful** [1] - 74:14

## V

**various** [3] - 48:13, 48:23, 60:22
**Veltri** [2] - 1:20, 86:7
**VELTRI** [1] - 86:22
**verbal** [2] - 6:4, 6:8
**version** [1] - 53:7
**victim** [1] - 38:24
**video** [2] - 64:8, 68:2
**Videoconference** [1] - 1:16
**viewers** [1] - 54:5
**viewing** [1] - 52:24
**violation** [1] - 45:12

## W

**wait** [1] - 5:13
**waived** [1] - 3:15
**Wall** [1] - 2:6
**washing** [1] - 32:16
**WESTERN** [1] - 1:2
**white** [2] - 52:25, 53:7
**whole** [2] - 5:22, 47:3
**William** [1] - 20:17
**withdrawn** [2] - 58:4, 75:3
**WITNESS** [2] - 75:8, 87:5
**witness** [33] - 4:3, 25:11, 32:2, 36:4, 44:22, 46:10, 47:21, 49:20, 52:24, 54:22, 55:6, 56:21, 60:8, 62:15, 62:20, 66:8, 66:19, 66:20, 66:23, 67:8, 67:17, 67:18, 68:4, 68:7, 68:10, 68:11, 68:15, 68:19, 72:4, 74:17, 74:18, 86:10, 86:14
**witnesses** [5] - 23:19, 69:6, 69:13, 71:10, 74:8
**wondering** [1] - 74:9
**word** [1] - 26:16
**words** [1] - 9:16
**written** [2] - 13:16, 67:22
**Wymiko** [13] - 54:21, 55:6, 55:10, 55:24, 63:4, 63:10, 63:23, 64:15, 64:18, 65:12, 66:12, 67:6, 72:3

## Y

**year** [8] - 9:20, 9:23, 12:9, 58:13, 61:10, 63:12, 67:2, 81:8
**years** [15] - 10:14, 10:15, 10:23, 11:19, 13:10, 15:25, 17:19, 17:22, 66:13, 74:21, 75:21, 76:7, 81:19, 82:7
**YORK** [2] - 1:2, 86:3
**York** [6] - 1:21, 2:7, 2:14, 4:5, 86:8
**yourself** [2] - 20:14, 24:11

## Z

**Zoom** [1] - 5:19