# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

June 22, 2023

**Via ECF**

Hon. Lawrence J. Vilardo
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    *Epps v. City of Buffalo, et al.*, 19-cv-00281

Dear Judge Vilardo,

We along with Glenn A. Garber, P.C. represent Plaintiff Cory Epps in the above-captioned civil rights suit. Mr. Epps was wrongfully imprisoned for 19 years and now brings claims against the City of Buffalo and the detectives who we allege caused his wrongful imprisonment.

Epps is filing his Objections to the Magistrate Judge's Report and Recommendations. Our brief is longer than the 25-page limit in the Local Rules, so we respectfully request an additional 5 pages. Defendants consent to this request, and we have agreed that they should be allowed an additional 5 pages for their briefing, if they need it.

Thank you for your consideration of this request.


Respectfully,

   /s/

Rob Rickner